# Exhibit A-51

| | |
|---|---|
| From: | Haydar, Abdullah |
| To: | Bezos, Jeff |
| Sent: | 9/16/2015 6:58:48 AM |
| Subject: | RE: Amazon |
| Attachments: | Amazon Letter 8.13.15.pdf; We need to correct these HR problems before we repeat historical mistakes; AmazonAttorneyCorrespondence.zip |

Hi Jeff,

I am following up on your note below as well as my previous email to you in May (attached). During the ensuing months, my situation has only become (1) worse in terms of management abuse with HR supporting their actions regardless of the ongoing lack of truth in their statements regarding my performance and (2) crystal clear in terms of the all relevant data become available to me in recent weeks. It is now irrefutably clear that I have been the subject of illegal management abuse for the past 10 months, including a fraudulent review process and PIP process. If needed, I will provide all the needed documentation I have collected refuting all false performance data on me reported in the past year.

It's also become painfully clear that HR refuses to do anything to fix these clearly fraudulent and abusive actions, clearly identifying themselves as a root cause to the problem here. They tried their standard playbook with me in terms of trying to convince me that I'm not a good fit for Amazon (which is contradicted by hundreds of Amazonians I've worked with – in fact, virtually everyone except for the abusive managers.) They also tried to convince me to negotiate a separation package, which I'm not interested in doing since my motivations aren't financial. These actions are appropriate for a poor performer who isn't able to succeed in the Amazon culture, not for a victim of abuse as in my case. HR clearly doesn't know how to handle my case since they've apparently never had to deal with such a strong job performer being so mistreated and they've made the wrong decisions at every point in this process.

I very much believe in our Amazon culture and leadership principles and am told by nearly everyone that I am an overachiever and role model doing excellent work in all my job responsibilities as well as going well beyond my job in a multitude of contributions to internal company conferences, employee groups, events, training, hiring, etc. Here is one recent unsolicited email from an SDE I barely know, just to demonstrate this point: "As someone who has some insight into what's happening here (or maybe more than some), as well as someone I know is experienced and a lot of developers trust... I'd like to get a 3rd party, semi-objective perspective from you on my career and where it should be going"

My goal here is to fix this potentially fatal flaw in Amazon and not accept hiding my abuse through being financially compensated for it. HR is interested in making my situation "go away" and apparently nothing else, least of all challenging abusive managers who lie and cheat to advance their careers and harm others. Since HR has been unresponsive in terms of positive outcome from my attempts to internally fix my situation, I engaged an attorney to push them towards a solution through a formal letter (attached). They have now gone even further by perpetuating even more false data about my job performance, as you can see in the attached zip file containing the remaining correspondence between my attorney and theirs.

Unless I find an immediate path forward to fix this sickness in my org's leadership culture (where favoritism and politics very much overrule measuring actual performance data), backed by irresponsible HR behavior, my next steps starting no sooner than the end of next week will be to (1) publicize my situation to the media to pressure Amazon to fix this flaw and ensure our awesome autonomous ownership culture lives on with the appropriate checks and balances against abuse, (2) refer the illegal management retaliatory behavior to the appropriate authorities for investigation of violations of state and federal law, and (3) follow up with my attorney regarding potential civil litigation.

I hope you are serious about ensuring Amazon lives up to its values, because that is my only goal here.

Best Regards,
-Abdullah


Δ π EXHIBIT 51
Deponent Haydar
Date 6.28.17 Rptr JF
WWW.DEPOBOOK.COM

AMAZON_HAYDAR_00000001

**From:** Bezos, Jeff
**Sent:** Monday, August 17, 2015 1:00 AM
**To:** Bezos, Jeff
**Subject:** Amazon

Dear Amazonians,

If you haven't already, I encourage you to give this (very long) New York Times article a careful read:

http://www.nytimes.com/2015/08/16/technology/inside-amazon-wrestling-big-ideas-in-a-bruising-workplace.html

I also encourage you to read this very different take by a current Amazonian:

https://www.linkedin.com/pulse/amazonians-response-inside-amazon-wrestling-big-ideas-nick-ciubotariu

Here's why I'm writing you. The NYT article prominently features anecdotes describing shockingly callous management practices, including people being treated without empathy while enduring family tragedies and serious health problems. The article doesn't describe the Amazon I know or the caring Amazonians I work with every day. But if you know of any stories like those reported, I want you to escalate to HR. You can also email me directly at jeff@amazon.com. Even if it's rare or isolated, our tolerance for any such lack of empathy needs to be zero.

The article goes further than reporting isolated anecdotes. It claims that our intentional approach is to create a soulless, dystopian workplace where no fun is had and no laughter heard. Again, I don't recognize this Amazon and I very much hope you don't, either. More broadly, I don't think any company adopting the approach portrayed could survive, much less thrive, in today's highly competitive tech hiring market. The people we hire here are the best of the best. You are recruited every day by other world-class companies, and you can work anywhere you want.

I strongly believe that anyone working in a company that really is like the one described in the NYT would be crazy to stay. I know I would leave such a company.

But hopefully, you don't recognize the company described. Hopefully, you're having fun working with a bunch of brilliant teammates, helping invent the future, and laughing along the way.

Thank you,

Jeff

AMAZON_HAYDAR_00000002