# Exhibit A-4

**Abdullah Haydar - Interim Performance Review (Nov. 2012 – May 2013)**

Performance Summary:

You started with the Marketplace Selection Technology team in November 2012 as the senior technology leader responsible for two mission-critical areas of our Selling Platform – the listing feed processing technology and the selection cache and quality technologies. This is an interim performance review to provide feedback on the areas you are doing well in and the areas you significantly need to improve in. As part of this review, I have reached out to a number of Marketplace leaders to gather feedback that is meant to help you. I have included their quotes for you to understand the context of their feedback so that you can consider appropriate actions and improvements on your part.

I have observed that you have good bias for action which follows your sense of ownership. You are not shy about being vocally self-critical, have backbone and have demonstrated your ability to disagree and commit. Other leaders have observed these too as recognized in their quotes included in this review.

However, I do have serious concerns about your ability to succeed in this role and at Amazon in general, if you do not take immediate action to improve on your effective communication, active listening, diving deep, earning the trust of others, insisting on the highest standards and being right a lot. There are specific examples later in this review where you have not inspired confidence in others in these areas. I want you to take this very seriously as a wake-up call and show significant improvements within the next two months. At the time of this review (May 20, 2013), I would rate your performance as:

Performance Rating: Improvement Needed

Leadership Rating: Solid Strength

Strengths:

"Abdullah demonstrates great passion and energy on the solutions that we have and we are building. He is eager to make his statements and impression in meetings and shows positive energy all times."

"Enjoyable to work with. Keeps a generally positive, upbeat attitude."

Bias for Action –

This is perhaps your #1 most-visible and demonstrated strength observed by your peers. The following quotes recognize this:

"Abdullah **takes quick decisions**, soon after he joined, he worked with the team to reduce "Low Sev" tickets by establishing right SOPs, worked with Seller Support team – T4 to reduce the overall ticket count. He conducted a few bug bashes to bring the ticket count / operational burden down."

"Abdullah is **aggressive and interested in moving quickly.** I've regularly heard Abdullah offer to help with documentation, coming up with a plan, attending a meeting, etc. As an example, **he volunteered to gather information** on tool vulnerability across teams."

Δ π **EXHIBIT** 4

Deponent __Haydar__

Date__6-28-17__ Rptr__JF__

WWW.DEPOBOOK.COM

Page 1

CONFIDENTIAL

"**Focuses on quality of his teams work**. Truly believes good engineering matters.

    o     Regularly reviews and drives code quality metrics with his teams. Has many times discussed what his team's numbers really mean and how they can improve.

    o     Has proactively worked with Ed's team to get the Mouse tool up and running again in Prod to verify category attributes. He intends to use this information to fix Prod defects and would like to investigate auto-fixing of defects."

"Within a short time of joining Amazon, Abdullah gained good understanding of the systems he owns and he is able to represent his teams well to his technology partners and stakeholders. He is **often the most active person in a meeting** offering solutions for the problems at hand. He has **great enthusiasm to learn about and contribute to projects outside his immediate space**. He participated in almost all the technical deep-dives I hosted and he often catches the nuances of the Amazon systems very fast and offers solutions to the problem. The LDR report for the Image Defects and the Variation tree suppression for parent ASIN defects are the two such sessions he participated in. While offering solutions for these problems, Abdullah demonstrated that he has great Customer Obsession by incorporating the Seller Experience in his justifying a solution. Also, he demonstrated great Bias for Action when he took action items for these meetings and moved fast in scoping the effort-level and driving them to resolution. He also demonstrated Bias-for-Action when he shuffled the MLP resources to unblock the Cuba/Cradle project."

### Have Backbone, Disagree and Commit –

"During the first few weeks after Abdullah joined, we ran into the OP2 situation. As a result of the OP2 planning, Abdullah lost one of the most critical programs - "Faster". He had to transfer 2 of his resources to other teams. In spite of having several operational issues in the team, as a direction from the organization, he moved forward with the plan."

### Vocally Self-critical –

"Abdullah **is not afraid of surfacing issues specifically with his systems**. In multiple meetings, he mentioned that FIJI and MLP systems are a problem and they are the main reasons for operational burden. In one incident when there was FIJI outage due to un-intended code, he admitted that it was his problem and came up with a plan to fix it."

### Ownership –

"Within the quick timeframe of assuming the platform leadership role, Abdullah **demonstrated great ownership in multiple instances**. We had to provide revised plan on Cuba / Cradle (Aka. Tang) and he worked with his team to set the right priorities and came up with a schedule. Even though there have been delays from MLP in maintaining the schedule due to operational issues, he tried to find alternatives to meet the original committed schedule."

---

CONFIDENTIAL

CONFIDENTIAL        AMAZON_HAYDAR_00000150

"My primary interactions with Abdullah are primarily in larger Marketplace leadership meetings like WPR, EWMTOR, L7 promo review committee for SDE 1 to 2 promo's and the recent intern allocation process. Throughout these EWMTOR, there have been times when Abdullah has demonstrated an ability to draw on his past experiences to implement a process improvement for Marketplace. From an outsider's point of view, Abdullah appears to have done a good job understanding the systems his teams own. I think he did a great job of understanding where the operational pain points are in his systems and did a good job from my perspective working with Seller Support to update SOP's in an attempt to reduce operational load for his teams. I also see Abdullah spending a great deal of time on the weekends and late into the evening working with his team to address operational issues which demonstrates a high degree of ownership."

**Leadership Outreach –**

"Abdullah reached out to me early on to understand my space and proactively look for win-win opportunities with goals. We have little overlap but **I appreciated his leadership and outreach**."

CONFIDENTIAL

CONFIDENTIAL                                    AMAZON_HAYDAR_00000151

### Growth Areas:

"Abdullah is a nice guy personally, but I have concerns about his ability to be successful."

### Effective Communication; Frugality; Active Listening –

"Abdullah **dominates most conversations**. This is the norm for him, not an exception. I can cite many examples, such as the OLR with Peter's directs, promo meetings, COE reviews, 1:1s. Abdullah could really benefit from a change here."

"He has developed a habit of saying, "I understand what you're saying, but....", or, "I agree with you, but....", and goes on to say something that **shows he didn't actually hear what you said**."

"In recent intern reviews, I had several interactions with Abdullah. During the meeting there were several challenges due to lack of good process. This required a small team of senior leaders to solve a couple of problems quickly on the fly. During this situation, Abdullah exhibited several behaviors that were disruptive. He changed topics breaking up the agenda. The meeting leader was the least senior – Lindsey struggled to keep order or focus the group toward an agenda. At a particular point – we identified that we had 7 interns who were unassigned. At this point the group began discussing how to recruit additional projects. Abdullah objected, asking for the point of deadlines with stories, elaborating for nearly 5 minutes. He needed to be refocused multiple times to inquire to his point. As a result, the meeting was not able to reach conclusion and participants were frustrated. As a loudmouth extrovert myself, I think and hope this is coachable but **he needs to become more self-aware and focused**."

"Abdullah **can be disruptive during meetings and discussions**. When others are talking, Abdullah **regularly interrupts** (loudly, and with a long digression). When the group wants to move off of a topic, Abdullah regularly brings the group back to the previous discussion. As a recent example, Abdullah regularly interrupted multiple senior managers during the latest executive B&O meeting, causing disruption during the discussions."

"Situation: Weekly B&O meetings

Behavior: Abdullah **talks over top of people and interrupts**. One specific instance was when Curt was discussing operational excellence and ticket handling, Abdullah continually interrupted and cut Curt off.

Impact: I find this method of communication **disrespectful to others** in the room and I would like to hear what Curt has to say when he starts talking, not Abdullah's interrupted opinion."

"Situation: Intern Allocation Meeting 1

Behavior: Abdullah talked over talk of people and from my observation, **felt he had to comment on every issue**. He also challenged me on whether one of my projects was the "same" thing in a **confrontational manner**. His assertion was that the MSS mailing label is the same thing as the MYO packing slip and that the projects are the same. Abdullah approached this situation with the wrong

CONFIDENTIAL

CONFIDENTIAL                           AMAZON_HAYDAR_00000152

approach since he doesn't know the difference. He could have asked qualifying questions to get an answer on the projects but instead **he asserted incorrect ideas strongly.**

Impact: 1) Time was wasted and we did not have as a productive meeting as we could have. 2) I was not impressed with Abdullah's approach to the MSS/MYO project question. He didn't have the background data but **continued to assert as if he was the expert.** In the end I told him how the systems/projects differ but **didn't seem to listen to me when I was correcting him either.**"

"Abdullah has a **habit of interrupting people** that are speaking, sometimes his points are valid, but more often than not his interruptions prevent a rich dialog from other participants. At times, Abdullah's communication style in these meetings come across as **harsh and abrasive** which greatly impacts the trust his peers have in him. I've also noticed a tendency for Abdullah to **attempt to steamroll a conversation** when he is challenged **rather than listening to the point** that is trying to be made and incorporating that feedback into Abdullah's thoughts or actions going forward. In addition to negatively impacting earn trust, these interactions impact are right a lot, disagree and commit and vocally self-critical. Some specific examples of this include:

Recently in an executive WMTOR meeting when the Seller Support team was visiting to discuss their process for Seller 911 ticket management, Abdullah made the comment that he would disagree and commit on the process since he had been working with Seller Support outside the meeting, then spent the next 30 minutes **vehemently disagreeing with the outcome.** This was a very painful dialog that should have ended quickly so the focus could have been on the issue at hand versus arguing about past decisions.

Soon after Abdullah started at Amazon, we were in an L7 promo review meeting for SDE 1 to 2 promotions. During one of the meetings we had set a specified time limit to review the promo doc and provide feedback to make sure we could get through all candidates in the allotted time. While reviewing one of the candidates, Abdullah steamrolled the review session, **speaking over others** with feedback. He effectively took the entire time allocated to review the candidate and then when others tried to provide their feedback, Abdullah **continually interrupted** that we were out of time. While I understand that we were trying to stay on schedule and in such meetings it's helpful to have someone keep the time, however the person who monopolized the conversation **needs to be self-aware** enough to let others state their opinion. Also during these meetings it was clear based on some of Abdullah's comments that he had never written a promotion document. While this is understandable given he hasn't been through the process, **I would have liked to see him observe and learn** rather than express a strong opinion when he doesn't have the full context or experience."

**Earn Trust of Others; Delivers Results –**

"I **want to see Abdullah honor his commitments,** when we established the schedule for project Tang in Jan / Feb timeframe, Abdullah came up with revised plan to complete the critical phases without variations by 5/30. In fact he communicated that there was buffer in the plan and he did not see any issues in meeting the time line. As of mid-May, MLP has not started the development of read / write

CONFIDENTIAL

CONFIDENTIAL                                    AMAZON_HAYDAR_00000153

phase and the project is not on track to complete by 5/30. Abdullah needs to work with his team, make necessary tradeoffs to honor his commitments.

Also in some cases Abdullah makes quick statements without proper data points. He **needs to gather data points** and present his view point **to earn trust from other stakeholders in the organizations**."

"Situation: Email sent out to leaders for not having updated Anvil within the timeline set.

Behavior: Email sent to a wide audience with language **I interpret as scolding the teams.**

Impact: I was not happy to read the email send by Abdullah as I felt it was accusing our leaders of not wanting to do the right thing or take ownership. I don't think this is the case. Abdullah has taken ownership of this task. It is his responsibility to drive it to completion. Perhaps he can support the teams better by getting a confirmation from the owners acknowledging the action item assigned to them. He could also set up an office hours to discuss the task or better yet, a project kick off meeting to answer any questions the teams may have. I think this is an example of Abdullah **taking ownership but not driving the project he now owns** and passing the lack of success down the chain inappropriately."

"I have noticed at times that Abdullah usually qualifies a compliment to other people. For example, at one point he complimented me on something but added the qualifier "among your peers". At this time I was still a L6 and felt that this qualification may have been a backhanded compliment as he was a L7. He also has made comments when I enter a meeting like the Intern Allocation meeting "oh you are a L7 now". I am not sure if he means any harm with comments like this but **if he is doing this sort of thing to others, I don't think it is a great way to make alliances**."

"Abdullah **does not listen effectively**. At a lot of meetings that I have been, he tends to talk a lot, **interrupts other speakers and tends to derail the conversation**. During intern project review meeting, he was pushing the committee to distribute the interns based on the projects that were entered even if they were not the best projects that the intern could have worked on. His attitude was if you are not present to defend and provide additional data for your projects then you do not get an intern which while was efficient from the process perspective but was not ideal. Similarly during the annual OLR, he kept interrupting the conversation and reading the data from his peer's computer which was not very nice."

"I have not seen him be very data driven; he **has strong opinions and tends to not have back data** behind these. During the conversation on MLP high operation load he mentioned that FAST was one of the biggest contributors but he was not able to provide data on why it was so. Another example was during a recent B&O, Joel mentioned that he would not be able to complete an action item (dynamo DB analysis) in a given timeframe and needed the due date to be moved (another additional week) but Abdullah kept interrupting stating that it is extremely important and the date could not be changed but he did not explain why a week's slip would be impactful."

"Often Abdullah **is eager to answer tough questions even if he does not have all the facts**. This **often leads to responses that are not crisp causing more confusion**. For example, in a meeting with the Kindle

CONFIDENTIAL

CONFIDENTIAL                                    AMAZON_HAYDAR_00000154

team, Abdullah's responses to the priority scheduling problem were unfocused as he was laying out multiple solutions "we could" offer with no clear direction. He was not able to earn the trust of the Kindle team as he was not able to convince them that we take the Operational issues with our platform just as seriously as they do and that we are executing specific projects that address these issues. I have observed similar behavior in the Executive B&O meeting and the STP Review with Peter."

### Dive Deep -

"Abdullah **needs to dive deep more to provide right answers**. In a couple of occasions, I observed Abdullah providing incorrect information without having complete details. For example, in one B&O meeting he was asked why there are many hi-sev issues in MLP, he provided the response that it was due to FIJI and once we deprecate FIJI, hi-sev tickets will be reduced. The reality is, FIJI causes mostly low Sev tickets and most of the hi-sev tickets are related to feeds platform. I wished that Abdullah's response could have been, I would come back with more information on ticket analysis rather than jumping to response."

"Situation: Weekly B&O meeting. We were discussing the T4 process and the data I had gathered with my team with the Seller Support representatives.

Behavior: Abdullah was insisting on having all T4 tickets be sev-2 without listening to the data or the proposals being discussed (e.g. 30-60% increase in high sev tickets for my teams and many of these tickets being un-actionable by my teams.) Even when the meeting was over and he was leaving he continued to talk over people and insist that the only answer is sev2.

Impact: I felt that Abdullah **was not open to having a data driven discussion**, deep dive the issue at hand and work with our partner teams to resolve my team's concerns with the proposed process. Also, it was this meeting where we had just discussed that Abdullah's teams was 3x last year's high sev tickets. I wouldn't think that he would want to add additional operational burden to his team without a thorough deep dive. It was not clear that he had done this deep dive for his team."

### Insists on the Highest Standards -

"Abdullah needs to insist on highest standards specifically in MLP areas. In one of the recent cases, when MLP completed the work on MLS for TANG 2.0 (Write pipeline), after the service was deployed to production, we realized that the Service was not scalable for all categories and it was only designed for Wine. Even though ILA and MVA systems are ready, we could not ramp up MYI further due to MLP limitations. Abdullah could have insisted on extensibility and scalability of the service and could have stopped moving to production, if the system was ready."

### Ownership –

You should take full ownership of the decisions and problems in your area and not come across as a "victim". As a team we decided to postpone "FASTr" technology work during OP2 with your input. There have been occasions later where you have attributed the lack of attention to operational issues as having been part of the "FASTr" de-prioritization. You should use good judgment to prioritize work that

CONFIDENTIAL

CONFIDENTIAL                        AMAZON_HAYDAR_00000155

is critical and look broadly (across MLP and SCaS if needed) to balance priorities as you see fit. Quotes from other leaders:

"During Venkatesh's transition conversation, there were occasions where I felt that Abdullah was not ready to get ownership of his areas. Specifically, during one of our meetings he mentioned that he had been hired in Amazon to manage managers and cannot afford to spend time on one particular team which is why he wanted Venkatesh to stay longer. These conversations were not very productive as Abdullah kept talking about 50%-50% split in time rather than the goals that needed to be met. I tried to explain to him that Amazon does not work that way but **he was not very responsive to the feedback**. I understand that he is new to the company and had a steep learning curve but accepting org. changes and coming up with mitigation plan to reduce impact is expected from a Senior manager which I have not seen him display."

"Ownership of problems with his services: Abdullah should challenge his team to make sure they fully understand what they own and the reasons they tell him they need to rebuild existing services. FIJI has been on a deprecation path for much too long and I worry that they will build a replacement that doesn't solve all its issues because they don't really know why it has problems now. There is a requirement miss here, I think. The new service really needs to be reviewed for design and testability, or it could become the new Fiji. He hasn't reached out to QAE yet and I have asked Ed to offer our help. I'd prefer a pull instead of a push here."

"Sometimes, Abdullah's strong bias-for-action puts him in situations where **his actions are more tactical, solving immediate problem, than strategic**. As a result, under his leadership, there has been no concerted effort to address the operation issues plaguing the MLP team. In fact on multiple occasions, Abdullah incorrectly stated that increase in operational burden was a conscious choice to improve the Seller experience. Also, in the program reviews with Peter and the B&O meetings, Abdullah did not exude confidence that he owns the problem and he has a strategy to address the situation."

### Are Right, a Lot –

"Recently during executive B&O, we were discussing the 911 process. Abdullah without understanding the concern raised by other managers around false positives, kept talking about making all the 911 tickets sev2's immediately. While I understand that he wants to do the right thing for the sellers, but **he needs to do his due diligence in understanding the pros and cons** before signing up for additional operational support for a team that is already burdened."

### Customer Obsession –

"During multiple discussions, Abdullah has demonstrated a lack of Amazonian focus on customer obsession. As a most recent example, we were reviewing potential intern projects. We had a number of what was considered "poor" intern projects. Someone made a suggestion that we go back to all the teams, and ask for new projects to be submitted, particularly from the teams which did not submit intern projects. Abdullah stated that it "wasn't fair", that "if they didn't submit their idea on time, it's

CONFIDENTIAL

CONFIDENTIAL                                    AMAZON_HAYDAR_00000156

not fair that they get to submit an idea later". He was **more focused on making it fair to his team, than to doing the "right thing" for our interns."**

### Hire and Develop the Best –

You haven't yet been successful in finding the right leader for SCaS. You should find a strong leader for this team which will enable you to scale better. You should also continuously evaluate the strength of your engineering team (performance, motivation and retention of your SDEs) and build an enduring high-performance team. Your interview feedback ratings in MRT indicate more "unhelpful" votes than "helpful" votes and a relatively low "strictness" score , which you should reflect on and improve your evaluation and feedback writing. We need to have a very high bar for our recruiting and people processes for us to build a strong team.

Feedback from a Marketplace leader:

"Recently I referred a candidate with 8+ years' experience building software and leading teams of engineers building software for Amazon (among other shopping destinations) Sellers for Abdullah's open SDM position. I was leery of referring this candidate to Abdullah, but ultimately did refer the candidate. There were a number of missteps early in the process related to getting the candidate through the interview process. I attempted to communicate those issues and my recommended learnings to Abdullah based on my experiences ramping into Amazon and hiring for the first time. Specifically, Abdullah felt that since he had a sell call with the candidate, it was other people's responsibility to do a phone screen. As a hiring manager, **you need to have full ownership in the hiring process and sell the candidate as well as interview**. While Abdullah was receptive to the feedback, I did not see a difference in his approach. It ultimately took more than 2 months to get the candidate through the interview process for a candidate that should have been a slam dunk. During the 2+ months a lot of momentum was lost; ultimately the candidate chose not to come to Amazon after receiving an offer. My impression through this process was that Abdullah was not overly interested in the candidate."

CONFIDENTIAL

CONFIDENTIAL                                 AMAZON_HAYDAR_00000157

**Abdullah Haydar - Interim Performance Review (Nov. 2012 – June 2013)**

<u>**Performance Summary:**</u>

You started with the Marketplace Selection Technology team in November 2012 as the senior technology leader responsible for two mission-critical areas of our Selling Platform – the listing feed processing technology and the selection cache and quality technologies. This is an interim performance review to provide feedback on the areas you are doing well in and the areas you significantly need to improve in. As part of this review, I have reached out to a number of Marketplace leaders to gather feedback that is meant to help you. I have included their quotes for you to understand the context of their feedback so that you can consider appropriate actions and improvements on your part.

I have observed that you have good bias for action which follows your sense of ownership. You are not shy about being vocally self-critical, have backbone and have demonstrated your ability to disagree and commit. Other leaders have observed these too as recognized in their quotes included in this review.

However, I do have serious concerns about your ability to succeed in this role and at Amazon in general, if you do not take immediate action to improve on your effective communication, active listening, diving deep, earning the trust of others, insisting on the highest standards and being right a lot. There are specific examples later in this review where you have not inspired confidence in others in these areas. I want you to take this very seriously as a wake-up call and show significant improvements within the next two months. At the time of this review (May 20, 2013), I would rate your performance as:

Performance Rating: Improvement Needed

Leadership Rating: Solid Strength

**[June Update]**

Since your May review, you requested feedback from a broad cross-section of people you've worked with so far at Amazon. I have added input from this additional feedback loop in this updated review in sections tagged as "**[June Update]**".

The top three areas of strength identified by your feedback providers are – Customer Obsession, Ownership, and Bias for Action.

The top three areas of improvement identified by your feedback providers are – Earn Trust of Others, Dive Deep, and Ownership.

**[/June Update]**

<u>**Strengths:**</u>

"Abdullah demonstrates great passion and energy on the solutions that we have and we are building. He is eager to make his statements and impression in meetings and shows positive energy all times."

"Enjoyable to work with. Keeps a generally positive, upbeat attitude."

CONFIDENTIAL

CONFIDENTIAL                        AMAZON_HAYDAR_00000158

**[June Update]**

<u>Customer Obsession –</u>

"Abdullah has shown good customer focus in the few months he's been here. He has been highly involved with the submit-to-publish deep dives we've been having and has been making sure we're tracking the right metrics."

"Abdullah focuses on the needs and expectations of customers for the team. He pushes for the team to set deadlines and plan project work to meet the estimates and deadlines we initially set. He suggests approaches and changes to help reach the goals. For example, he works with each developer's schedule and keeps them in mind when organizing the work needed to be completed and works to suggest changes in the on-call schedule to help prioritize resources to complete projects, and changes to free up the more effective developers for certain projects to have more time to focus on the work."

"I love Abdullah's passion that he's expressing for the listings space. He's got a lot of context to come up to speed with. In his new role as Marketplace's single point of contact for listings-related issues I have observed him being attentive to the needs of customers. For example, we had a break-out session where Abdullah and GRCS's TPM had a lively conversation about identifying their scaling requirements and where points of compromise could be found so we can best achieve the goals."

**[/June Update]**

<u>Bias for Action –</u>

This is perhaps your #1 most-visible and demonstrated strength observed by your peers. The following quotes recognize this:

"Abdullah **takes quick decisions**, soon after he joined, he worked with the team to reduce "Low Sev" tickets by establishing right SOPs, worked with Seller Support team – T4 to reduce the overall ticket count. He conducted a few bug bashes to bring the ticket count / operational burden down."

"Abdullah is **aggressive and interested in moving quickly**. I've regularly heard Abdullah offer to help with documentation, coming up with a plan, attending a meeting, etc. As an example, **he volunteered to gather information** on tool vulnerability across teams."

"**Focuses on quality of his teams work**. Truly believes good engineering matters.

o        Regularly reviews and drives code quality metrics with his teams. Has many times discussed what his team's numbers really mean and how they can improve.

o        Has proactively worked with Ed's team to get the Mouse tool up and running again in Prod to verify category attributes. He intends to use this information to fix Prod defects and would like to investigate auto-fixing of defects."

CONFIDENTIAL

CONFIDENTIAL                          AMAZON_HAYDAR_00000159

"Within a short time of joining Amazon, Abdullah gained good understanding of the systems he owns and he is able to represent his teams well to his technology partners and stakeholders. He is **often the most active person in a meeting** offering solutions for the problems at hand. He has **great enthusiasm to learn about and contribute to projects outside his immediate space**. He participated in almost all the technical deep-dives I hosted and he often catches the nuances of the Amazon systems very fast and offers solutions to the problem. The LDR report for the Image Defects and the Variation tree suppression for parent ASIN defects are the two such sessions he participated in. While offering solutions for these problems, Abdullah demonstrated that he has great Customer Obsession by incorporating the Seller Experience in his justifying a solution. Also, he demonstrated great Bias for Action when he took action items for these meetings and moved fast in scoping the effort-level and driving them to resolution. He also demonstrated Bias-for-Action when he shuffled the MLP resources to unblock the Cuba/Cradle project."

**[June Update]**

"I have also noted that Abdullah does not shy away from work. He is quick to assume responsibility for action items whether they are his to own or not. His enthusiasm is always high and aims to get things done. I have always admired his Bias for Action based on our one on one interaction and in larger team settings."

"Abdullah is always very responsive to feedback, requests, and communication. I've found Abdullah to be very reliable and thorough in his follow through on tasks. If he says that he's going to follow up or drive something to completion, you can rest assured that he will complete the task to the best of his abilities."

"For the lack of capacity for our downstream services I give Abdullah high marks with coming up with a plan of action quickly that resulted in 'force marching' our key dependencies in the Amazon Website Publishing Pipeline to getting hardware ordered quickly for China. We then further started driving everyone to mapping their scaling metrics to simpler Amazon business metrics; though this latter item is turning out to not be as straightforward as originally hoped. Our downstream dependencies (especially SABLE) have some rather complex drivers for their scaling)."

**[/June Update]**

**Have Backbone, Disagree and Commit –**

"During the first few weeks after Abdullah joined, we ran into the OP2 situation. As a result of the OP2 planning, Abdullah lost one of the most critical programs - "Faster". He had to transfer 2 of his resources to other teams. In spite of having several operational issues in the team, as a direction from the organization, he moved forward with the plan."

**Vocally Self-critical –**

"Abdullah **is not afraid of surfacing issues specifically with his systems**. In multiple meetings, he mentioned that FIJI and MLP systems are a problem and they are the main reasons for operational

CONFIDENTIAL

CONFIDENTIAL                                    AMAZON_HAYDAR_00000160

burden. In one incident when there was FIJI outage due to un-intended code, he admitted that it was his problem and came up with a plan to fix it."

## Ownership –

"Within the quick timeframe of assuming the platform leadership role, Abdullah **demonstrated great ownership in multiple instances**. We had to provide revised plan on Cuba / Cradle (Aka. Tang) and he worked with his team to set the right priorities and came up with a schedule. Even though there have been delays from MLP in maintaining the schedule due to operational issues, he tried to find alternatives to meet the original committed schedule."

"My primary interactions with Abdullah are primarily in larger Marketplace leadership meetings like WPR, EWMTOR, L7 promo review committee for SDE 1 to 2 promo's and the recent intern allocation process. Throughout these EWMTOR, there have been times when Abdullah has demonstrated an ability to draw on his past experiences to implement a process improvement for Marketplace. From an outsider's point of view, Abdullah appears to have done a good job understanding the systems his teams own. I think he did a great job of understanding where the operational pain points are in his systems and did a good job from my perspective working with Seller Support to update SOP's in an attempt to reduce operational load for his teams. I also see Abdullah spending a great deal of time on the weekends and late into the evening working with his team to address operational issues which demonstrates a high degree of ownership."

### [June Update]

"Abdullah gathered the interested parties together in a room to identify how/what needed to be done to get the MYI cache consistency checker tool running in production. We assembled a list of tasks and he assigned his summer intern to work on them."

"Abdullah stepped up to take ownership of pulling together a first draft of the Capacity Planning problem statement and integrating the China business metrics. He owned the document and drove getting a draft. He took feedback on the draft and continued to iterate. The original document is the basis for some of the documents we are currently working through for global scale across MTech and IOP."

### [/June Update]

## Leadership Outreach –

"Abdullah reached out to me early on to understand my space and proactively look for win-win opportunities with goals. We have little overlap but **I appreciated his leadership and outreach**."

CONFIDENTIAL

CONFIDENTIAL                      AMAZON_HAYDAR_00000161

**Growth Areas:**

"Abdullah is a nice guy personally, but I have concerns about his ability to be successful."

**Effective Communication; Frugality; Active Listening –**

"Abdullah **dominates most conversations**. This is the norm for him, not an exception. I can cite many examples, such as the OLR with Peter's directs, promo meetings, COE reviews, 1:1s. Abdullah could really benefit from a change here."

"He has developed a habit of saying, "I understand what you're saying, but....", or, "I agree with you, but....", and goes on to say something that **shows he didn't actually hear what you said**."

"In recent intern reviews, I had several interactions with Abdullah. During the meeting there were several challenges due to lack of good process. This required a small team of senior leaders to solve a couple of problems quickly on the fly. During this situation, Abdullah exhibited several behaviors that were disruptive. He changed topics breaking up the agenda. The meeting leader was the least senior – Lindsey struggled to keep order or focus the group toward an agenda. At a particular point – we identified that we had 7 interns who were unassigned. At this point the group began discussing how to recruit additional projects. Abdullah objected, asking for the point of deadlines with stories, elaborating for nearly 5 minutes. He needed to be refocused multiple times to inquire to his point. As a result, the meeting was not able to reach conclusion and participants were frustrated. As a loudmouth extrovert myself, I think and hope this is coachable but **he needs to become more self-aware and focused**."

"Abdullah **can be disruptive during meetings and discussions**. When others are talking, Abdullah **regularly interrupts** (loudly, and with a long digression). When the group wants to move off of a topic, Abdullah regularly brings the group back to the previous discussion. As a recent example, Abdullah regularly interrupted multiple senior managers during the latest executive B&O meeting, causing disruption during the discussions."

"Situation: Weekly B&O meetings

Behavior: Abdullah **talks over top of people and interrupts**. One specific instance was when Curt was discussing operational excellence and ticket handling, Abdullah continually interrupted and cut Curt off.

Impact: I find this method of communication **disrespectful to others** in the room and I would like to hear what Curt has to say when he starts talking, not Abdullah's interrupted opinion."

"Situation: Intern Allocation Meeting 1

Behavior: Abdullah talked over talk of people and from my observation, **felt he had to comment on every issue**. He also challenged me on whether one of my projects was the "same" thing in a **confrontational manner**. His assertion was that the MSS mailing label is the same thing as the MYO packing slip and that the projects are the same. Abdullah approached this situation with the wrong

CONFIDENTIAL

CONFIDENTIAL                                  AMAZON_HAYDAR_00000162

approach since he doesn't know the difference. He could have asked qualifying questions to get an answer on the projects but instead **he asserted incorrect ideas strongly**.

Impact: 1) Time was wasted and we did not have as a productive meeting as we could have. 2) I was not impressed with Abdullah's approach to the MSS/MYO project question. He didn't have the background data but **continued to assert as if he was the expert**. In the end I told him how the systems/projects differ but **didn't seem to listen to me when I was correcting him either**."

"Abdullah has a **habit of interrupting people** that are speaking, sometimes his points are valid, but more often than not his interruptions prevent a rich dialog from other participants. At times, Abdullah's communication style in these meetings come across as **harsh and abrasive** which greatly impacts the trust his peers have in him. I've also noticed a tendency for Abdullah to **attempt to steamroll a conversation** when he is challenged **rather than listening to the point** that is trying to be made and incorporating that feedback into Abdullah's thoughts or actions going forward. In addition to negatively impacting earn trust, these interactions impact are right a lot, disagree and commit and vocally self-critical. Some specific examples of this include:

Recently in an executive WMTOR meeting when the Seller Support team was visiting to discuss their process for Seller 911 ticket management, Abdullah made the comment that he would disagree and commit on the process since he had been working with Seller Support outside the meeting, then spent the next 30 minutes **vehemently disagreeing with the outcome**. This was a very painful dialog that should have ended quickly so the focus could have been on the issue at hand versus arguing about past decisions.

Soon after Abdullah started at Amazon, we were in an L7 promo review meeting for SDE 1 to 2 promotions. During one of the meetings we had set a specified time limit to review the promo doc and provide feedback to make sure we could get through all candidates in the allotted time. While reviewing one of the candidates, Abdullah steamrolled the review session, **speaking over others** with feedback. He effectively took the entire time allocated to review the candidate and then when others tried to provide their feedback, Abdullah **continually interrupted** that we were out of time. While I understand that we were trying to stay on schedule and in such meetings it's helpful to have someone keep the time, however the person who monopolized the conversation **needs to be self-aware** enough to let others state their opinion. Also during these meetings it was clear based on some of Abdullah's comments that he had never written a promotion document. While this is understandable given he hasn't been through the process, **I would have liked to see him observe and learn** rather than express a strong opinion when he doesn't have the full context or experience."

**Earn Trust of Others; Delivers Results –**

"I **want to see Abdullah honor his commitments,** when we established the schedule for project Tang in Jan / Feb timeframe, Abdullah came up with revised plan to complete the critical phases without variations by 5/30. In fact he communicated that there was buffer in the plan and he did not see any issues in meeting the time line. As of mid-May, MLP has not started the development of read / write

CONFIDENTIAL

CONFIDENTIAL          AMAZON_HAYDAR_00000163

phase and the project is not on track to complete by 5/30. Abdullah needs to work with his team, make necessary tradeoffs to honor his commitments.

Also in some cases Abdullah makes quick statements without proper data points. He **needs to gather data points** and present his view point **to earn trust from other stakeholders in the organizations**."

"Situation: Email sent out to leaders for not having updated Anvil within the timeline set.

Behavior: Email sent to a wide audience with language **I interpret as scolding the teams.**

Impact: I was not happy to read the email send by Abdullah as I felt it was accusing our leaders of not wanting to do the right thing or take ownership. I don't think this is the case. Abdullah has taken ownership of this task. It is his responsibility to drive it to completion. Perhaps he can support the teams better by getting a confirmation from the owners acknowledging the action item assigned to them. He could also set up an office hours to discuss the task or better yet, a project kick off meeting to answer any questions the teams may have. I think this is an example of Abdullah **taking ownership but not driving the project he now owns** and passing the lack of success down the chain inappropriately."

"I have noticed at times that Abdullah usually qualifies a compliment to other people. For example, at one point he complimented me on something but added the qualifier "among your peers". At this time I was still a L6 and felt that this qualification may have been a backhanded compliment as he was a L7. He also has made comments when I enter a meeting like the Intern Allocation meeting "oh you are a L7 now". I am not sure if he means any harm with comments like this but **if he is doing this sort of thing to others, I don't think it is a great way to make alliances**."

"Abdullah **does not listen effectively**. At a lot of meetings that I have been, he tends to talk a lot, **interrupts other speakers and tends to derail the conversation**. During intern project review meeting, he was pushing the committee to distribute the interns based on the projects that were entered even if they were not the best projects that the intern could have worked on. His attitude was if you are not present to defend and provide additional data for your projects then you do not get an intern which while was efficient from the process perspective but was not ideal. Similarly during the annual OLR, he kept interrupting the conversation and reading the data from his peer's computer which was not very nice."

"I have not seen him be very data driven; he **has strong opinions and tends to not have back data** behind these. During the conversation on MLP high operation load he mentioned that FAST was one of the biggest contributors but he was not able to provide data on why it was so. Another example was during a recent B&O, Joel mentioned that he would not be able to complete an action item (dynamo DB analysis) in a given timeframe and needed the due date to be moved (another additional week) but Abdullah kept interrupting stating that it is extremely important and the date could not be changed but he did not explain why a week's slip would be impactful."

"Often Abdullah **is eager to answer tough questions even if he does not have all the facts**. This **often leads to responses that are not crisp causing more confusion**. For example, in a meeting with the Kindle

CONFIDENTIAL

CONFIDENTIAL                          AMAZON_HAYDAR_00000164

team, Abdullah's responses to the priority scheduling problem were unfocused as he was laying out multiple solutions "we could" offer with no clear direction. He was not able to earn the trust of the Kindle team as he was not able to convince them that we take the Operational issues with our platform just as seriously as they do and that we are executing specific projects that address these issues. I have observed similar behavior in the Executive B&O meeting and the STP Review with Peter."

**[June Update]**

"Abdullah performed another HiSev ticket deep dive for MLP, during this deep dive the document was not organized well and the analysis was subjective. When analyzing the data the way it was represented it made it look like there was no problem. When asked about the criticality of where MLP is at today the answers were similar in painting a picture that there were no issues. Even when HiSev tickets was 3x higher this year for MLP, he was trying to justify that it was ok that the numbers are higher and that they are working on it. This did not go over well and in the end Abdullah had to rewrite and present the analysis to the team. Second analysis went a lot better.

Abdullah should be able to take constructive criticism, and learn how to accept the information because the team is only trying to help. There is no reason to be defensive or feel that you have to justify cause if numbers are bad. It is more about what can be done to improve from this point forward."

"Abdullah is in one of two modes in meetings - he either (a) doesn't pay attention or (b) talks. Consequently, meetings with Abdullah tend to be unproductive and quieter engineers don't get a word in (that Abdullah listens to).

Abdullah often comes late or leaves early in meetings, citing other meetings. He would be much better off choosing fewer meetings and attending them fully. In the same vein, while Abdullah is running from meeting to meeting all day he does not appear to be fully present in _any_ of them. He is rarely a central participant in or substantially contributes to meetings.

Abdullah thinks and speaks very highly of himself and his pre-Amazon accomplishments. Abdullah's perception of his own performance at Amazon appears to be quite out of touch with others' perception of his performance."

"On a recent concall while working on an operational issue, I observed Abdullah rush to judgment and make suggestions that weren't helpful to solving the root cause. I could sense some frustration from the engineers on the call whose job it is to perform this diagnosis. As a senior leader on the call, Abdullah's role should be to listen, make sure the right people are engaged, and ensure that the engineers are closing on the proper root cause."

**[/June Update]**

**Dive Deep -**

"Abdullah **needs to dive deep more to provide right answers**. In a couple of occasions, I observed Abdullah providing incorrect information without having complete details. For example, in one B&O

CONFIDENTIAL

CONFIDENTIAL                              AMAZON_HAYDAR_00000165

meeting he was asked why there are many hi-sev issues in MLP, he provided the response that it was due to FIJI and once we deprecate FIJI, hi-sev tickets will be reduced. The reality is, FIJI causes mostly low Sev tickets and most of the hi-sev tickets are related to feeds platform. I wished that Abdullah's response could have been, I would come back with more information on ticket analysis rather than jumping to response."

"Situation: Weekly B&O meeting. We were discussing the T4 process and the data I had gathered with my team with the Seller Support representatives.

Behavior: Abdullah was insisting on having all T4 tickets be sev-2 without listening to the data or the proposals being discussed (e.g. 30-60% increase in high sev tickets for my teams and many of these tickets being un-actionable by my teams.) Even when the meeting was over and he was leaving he continued to talk over people and insist that the only answer is sev2.

Impact: I felt that Abdullah **was not open to having a data driven discussion**, deep dive the issue at hand and work with our partner teams to resolve my team's concerns with the proposed process. Also, it was this meeting where we had just discussed that Abdullah's teams was 3x last year's high sev tickets. I wouldn't think that he would want to add additional operational burden to his team without a thorough deep dive. It was not clear that he had done this deep dive for his team."

### [June Update]

"Abdullah's documents tend to be ill prepared with little thought given to the overall structure or key long-term metrics. He quite literally pastes content from emails into docs then gives them headers, prints the doc and presents it to executives. Several times in a row, Abdullah did not involve the team by polling for their ideas up front and left no time for substantial review before presenting. He should simply postpone these meetings until he is prepared for them. Additionally, in meetings with executives he interrupted and asserted that there was no problem for a long time while it was clear from the metrics (300+% increase in MLP tickets from previous year) that there was."

"I have yet to get a sense of Abdullah's technical understanding of how our services interact and integrate with each other. While Abdullah's overall Business understanding appears to be sound, the technical side of the conversation is usually deferred. I would like to see more of Abdullah's technical side (Dive Deep) during conversations and technical meetings."

### [/June Update]

### Insists on the Highest Standards -

"Abdullah needs to insist on highest standards specifically in MLP areas. In one of the recent cases, when MLP completed the work on MLS for TANG 2.0 (Write pipeline), after the service was deployed to production, we realized that the Service was not scalable for all categories and it was only designed for Wine. Even though ILA and MVA systems are ready, we could not ramp up MYI further due to MLP limitations. Abdullah could have insisted on extensibility and scalability of the service and could have stopped moving to production, if the system was ready."

CONFIDENTIAL

CONFIDENTIAL                          AMAZON_HAYDAR_00000166

## Ownership –

You should take full ownership of the decisions and problems in your area and not come across as a "victim". As a team we decided to postpone "FASTr" technology work during OP2 with your input. There have been occasions later where you have attributed the lack of attention to operational issues as having been part of the "FASTr" de-prioritization. You should use good judgment to prioritize work that is critical and look broadly (across MLP and SCaS if needed) to balance priorities as you see fit. Quotes from other leaders:

"During Venkatesh's transition conversation, there were occasions where I felt that Abdullah was not ready to get ownership of his areas. Specifically, during one of our meetings he mentioned that he had been hired in Amazon to manage managers and cannot afford to spend time on one particular team which is why he wanted Venkatesh to stay longer. These conversations were not very productive as Abdullah kept talking about 50%-50% split in time rather than the goals that needed to be met. I tried to explain to him that Amazon does not work that way but **he was not very responsive to the feedback**. I understand that he is new to the company and had a steep learning curve but accepting org. changes and coming up with mitigation plan to reduce impact is expected from a Senior manager which I have not seen him display."

"Ownership of problems with his services: Abdullah should challenge his team to make sure they fully understand what they own and the reasons they tell him they need to rebuild existing services. FIJI has been on a deprecation path for much too long and I worry that they will build a replacement that doesn't solve all its issues because they don't really know why it has problems now. There is a requirement miss here, I think. The new service really needs to be reviewed for design and testability, or it could become the new Fiji. He hasn't reached out to QAE yet and I have asked Ed to offer our help. I'd prefer a pull instead of a push here."

"Sometimes, Abdullah's strong bias-for-action puts him in situations where **his actions are more tactical, solving immediate problem, than strategic.** As a result, under his leadership, there has been no concerted effort to address the operation issues plaguing the MLP team. In fact on multiple occasions, Abdullah incorrectly stated that increase in operational burden was a conscious choice to improve the Seller experience. Also, in the program reviews with Peter and the B&O meetings, Abdullah did not exude confidence that he owns the problem and he has a strategy to address the situation."

### [June Update]

"While managing the SCaS team, Abdullah has had to deal with the difficult task of being a Senior Manager as well as a dev manager. As a dev manager, there are a lot of tasks to be managed and at times, projects and requests have been forgotten or dropped. When they are remembered, the amount of time the team is given to work on the task is very short and presents situations were developers will need to drop current tasks to pick up the missed work. This is more of an organization issue with trying to conduct his work and also trying to manage the tasks of the smaller dev team."

### [/June Update]

CONFIDENTIAL

CONFIDENTIAL                    AMAZON_HAYDAR_00000167

### Are Right, a Lot –

"Recently during executive B&O, we were discussing the 911 process. Abdullah without understanding the concern raised by other managers around false positives, kept talking about making all the 911 tickets sev2's immediately. While I understand that he wants to do the right thing for the sellers, but **he needs to do his due diligence in understanding the pros and cons** before signing up for additional operational support for a team that is already burdened."

### [June Update]

"While Abdullah tries to be Right A Lot, it seems that he often tries too hard to do so. Instead of saying he doesn't know something and will follow-up, he will instead provide extremely high level responses that will naturally be accurate because they lack any detail, quickly adapt his responses to match the expectations of what he is being questioned during a conversation, or answer a completely different question. I have witnessed this on multiple occasions in his interactions with people on my team and with a number of other individuals in various Marketplace level meetings. Abdullah has good instincts and clearly wants to show good customer focus, but I think he needs to slow down a bit and truly listen to and think about what he is being asked (Earn Trust of Others) before providing a response. A response he makes may include, "I will need to investigate and get back to you" or "let me make sure I understand your question, can you give me a use case?", or even pausing for a moment and allowing someone else in the room who does know the answer to provide it."

### [/June Update]

### Customer Obsession –

"During multiple discussions, Abdullah has demonstrated a lack of Amazonian focus on customer obsession. As a most recent example, we were reviewing potential intern projects. We had a number of what was considered "poor" intern projects. Someone made a suggestion that we go back to all the teams, and ask for new projects to be submitted, particularly from the teams which did not submit intern projects. Abdullah stated that it "wasn't fair", that "if they didn't submit their idea on time, it's not fair that they get to submit an idea later". He was **more focused on making it fair to his team, than to doing the "right thing" for our interns**."

### Hire and Develop the Best –

You haven't yet been successful in finding the right leader for SCaS. You should find a strong leader for this team which will enable you to scale better. You should also continuously evaluate the strength of your engineering team (performance, motivation and retention of your SDEs) and build an enduring high-performance team. Your interview feedback ratings in MRT indicate more "unhelpful" votes than "helpful" votes and a relatively low "strictness" score , which you should reflect on and improve your evaluation and feedback writing. We need to have a very high bar for our recruiting and people processes for us to build a strong team.

Feedback from a Marketplace leader:

CONFIDENTIAL

CONFIDENTIAL                                   AMAZON_HAYDAR_00000168

"Recently I referred a candidate with 8+ years' experience building software and leading teams of engineers building software for Amazon (among other shopping destinations) Sellers for Abdullah's open SDM position. I was leery of referring this candidate to Abdullah, but ultimately did refer the candidate. There were a number of missteps early in the process related to getting the candidate through the interview process. I attempted to communicate those issues and my recommended learnings to Abdullah based on my experiences ramping into Amazon and hiring for the first time. Specifically, Abdullah felt that since he had a sell call with the candidate, it was other people's responsibility to do a phone screen. As a hiring manager, **you need to have full ownership in the hiring process and sell the candidate as well as interview**. While Abdullah was receptive to the feedback, I did not see a difference in his approach. It ultimately took more than 2 months to get the candidate through the interview process for a candidate that should have been a slam dunk. During the 2+ months a lot of momentum was lost; ultimately the candidate chose not to come to Amazon after receiving an offer. My impression through this process was that Abdullah was not overly interested in the candidate."