# Exhibit A-&%

# 2014-15 Review Process

## Manager Review

Abdullah Haydar
Performance Review: 04/01/2014 - 03/31/2015

**Reviewer:** Garret Gaw  **Role:** Manager

**Document Status:** Completed  **Manager:** Garret Gaw

**Review Status:** Review Completed

### Overall Performance Summary

**Employee Summary:**

Goals Summary:
Total:
Exceed 15/74, Achieved 48/74, Missed 5/74, Canceled 6/74

Program Goals:
Exceed 6/28, Achieved 16/28, Missed 3/28, Canceled 3/28

EOE Goals:
Exceed 4/17, Achieved 11/17, Missed 1/17, Canceled 1/17

Team Leadership Goals:
Exceed 5/29, Achieved 21/29, Missed 1/29, Canceled 2/29



Hiring/Developing:

I started 2014 by taking over the SSA team in Seattle and starting to work to hire the new team in Detroit. The SSA team in Seattle had been managed by an ineffective SDM for most of 2013 until he was managed out in October 2013. Therefore, they had felt neglected by their management chain throughout 2013 and I committed to help them grow in their remaining career with SSA before they would transition to a new team after we had hired enough new people in Detroit. Here is how I directly helped to develop each:

Siri: Even though her whole team recognized her as achieving at the SDE2 level, no one in her management chain had put any effort towards promoting her until I took over the team. I successfully rushed to gather the needed data and she received a Q1 2014 promotion.

Carsten: After everyone agreed that he was a mis-hire as an SDE1, I worked with Carsten to coach him to cover all areas and ensure he received his SDE2 promotion in Q3 2014.

Rich: After he transferred to the SSA team to work on Machine Learning only one month before the team began the transition to Detroit, I worked to ensure that Rich closed the gaps identified by his previous team and he received his SDE2 promotion in Q3 2014.

Justin: Justin had not grown at all in his first two years at Amazon and was an LE for 2 years, but

since he had lacked any management guidance before I took over the team, I gave him an opportunity to grow and make up for lost time. He successfully grew enough to ensure that he was meeting the SDE1 bar and was able to transfer to another team as result, where he has continued to grow.

Jeremy: After 18 months at Amazon, Jeremy had not grown at all due to being a very strong individual contributor who didn't spend any time contributing to his team or org. With my coaching starting in January 2014, Jeremy turned this behavior around and has been approved by the SDE Promo Panel for a Q1 2015 promotion to SDE3.

Ryan: After 3.5 years at Amazon with no growth due to a lack of coaching, Ryan responded well to my coaching to realize his shortcomings and then grew solidly to work at the SDE2 level since March 2014 and has been approved for a Q1 2015 promotion to SDE2.

In terms of mentoring, I continued receiving effective guidance from my mentor Raju Matta throughout 2014. I stopped mentoring three of my prior TPM and SDM mentees from 2013 in early 2014 as they moved to new roles, so I accepted mentorship requests from Shreekant Mandke in Hyderabad (mentored 3/2014-present), John Marx in Detroit (mentored 5/2014-present), and Maqbool Khan in Boston (mentored 10/2014-present).

In Detroit, I hired 16 SDEs and 2 SDMs as well as transferring in 2 SDEs and 1 TPM from Seattle. The strongest hires were Andrew and Fletcher who was recognized for their accomplishements by the SDE Promo Panel as we move towards both being promoted to SDE3 in Q3 2015. In addition, Prashant transferred from Seattle having been a heads-down programmer and, with my coaching, he helped to bring the Amazon Seattle culture to our team while delivering his projects and received an SDE2 promotion in Q3 2014 as a result.

In August 2014, I completed the original SSA transition plan 5 months ahead of schedule. The extended plan, which accounted for the hiring of an additional SDM was completed by 12/1/2014.

In August 2014, I successfully split the SSA team into the SNA and SNP teams. Our team split plan was requested to be used as a template by other teams who faced a similar situation. I also formed the Marketplace Machine Learning the same month so that our ML experts (Rich and Carsten) could continue to focus their career across Marketplace ML projects. We onboarded one additional ML project that month (Autocat) and continued working on both projects till EOY.

I also hired 3 additional SDEs (1 referral and 2 SNA hires) who I transferred to help the Seller Central Platform team, since they were a "house on fire" and desperately needed to ramp up their hiring. I did this without impacting the SNA work plan since I had onboarded 2 loaners to assist with our Marco Polo project.

I also took over the SCA team in Romania in January 2014. In this role, I supported the transition to new team manager, delivered 3 mobile features and CN Business Reports as mid-year injections as well as delivering DW primary source deprecation. We also managed out an LE and backfilled faster than historical hiring for their site. Also, I transferred Tarun in from Seattle as a former lead Support Engineer in AFT to be the Business Reports TPM. He recognized for a strong ramp-up as a remote site TPM and I was asked to provide guidance to other SDMs on how to ramp-up other TPMs as successfully as him.

I established a mentoring relationship for our senior SDE2 in Romania with a mentor in Marketplace India due to the lack of an available local mentor. This relationship was highly appreciated by both the mentor and mentee and helped to expand both of their influence areas towards career growth.

In terms of team development, I worked to ensure that we had sufficient local training opportunities in Detroit, including Making Great Hiring Decisions, Working Backwards, Scrum Workshop, and SDE Functional Interviewing. I also led the coordination of the Intern Hackathon and Test UnConference

CONFIDENTIAL

CONFIDENTIAL                    AMAZON_HAYDAR_00000181

for our site.

From a site leadership perspective, I co-led organizing and leading the Detroit Seller Meeting in September 2014 as well as co-led the Phoenix Seller Meeting in October 2014. I also took the lead on sending a monthly site flash and participated actively in supporting all DTW10 site needs. I also engaged the Michigan State University engineering school and coordinated Amazon becoming a course sponsor for the CSE Capstone Course and then directly led the MSU Capstone course for the Fall 2014 semester, including weekly meetings with the students.

In terms of additional recruiting activities, I gave one third of a Tech Talk at UM, led On Campus Recruiting events at University of Michigan 4/2014 and 10/2014 and at Carnegie Mellon University 1/2015. Due to the lack of a bar raiser at these events, I was the acting bar raiser, which was highly appreciated by the recruiters, and my work in this regard was validated by bar raisers.

I was invited to give a talk at EE Days in 7/2014 on best practices for remote sites and for cross-site collaboration. This was well-received and has led to continual requests for guidance in this area from across Amazon.

I directly managed our SSA team intern since I had not yet hired an SDM at that time. He was successful in delivering his Nudge Email Preferences project, which is currently in production. Due to the strength of his success, he was selected to join the Amazon Prime Air team for his full-time role. This is a success as they are highly selective due to the large demand and limited supply for roles on their team.

SDE Survey:

Key Indicators:
I was successful in exceeding 9/12 key indicators. The 3 misses were:
How much does your team apply hacks/workarounds: 78% for Amazon versus 66% for my team
I am satisfied with the overall quality of what my team produces: 83% for Amazon versus 75% for my team
Project meetings are an effective use of my time: 80% for Amazon versus 58% for my team

2014 - 2013 Year over Year
Key Improvements:
I would recommend Amazon to friends and family as a great place to work 91% for 2014 versus 61% for 2013.
Amazon is a place where builders can build 91% for 2014 versus 53% for 2013.
I enjoy working at Amazon 91% for 2014 versus 61% for 2013.
I understand the needs of the business/how work relates to company goals 100% for 2014 versus 69% for 2013.
My leadership team has relentlessly high standards 100% for 2014 versus 76% for 2013.
My leadership team communicates a bold direction that inspires results 91% for 2014 versus 53% for 2013.
I'd recommend my organization as a great place to work 91% for 2014 versus 38% for 2013.
My team is working on the right things for our customers 100% for 2014 versus 61% for 2013.
My team is truly innovating 72% for 2014 versus 23% for 2013.
I'd recommend my team as a great place to work 91% for 2014 versus 23% for 2013.
I find the work I do on my team interesting 91% for 2014 versus 53% for 2013.
*Not* considering leaving the team 83% for 2014 versus 46% for 2013.
I have a clear understanding of what I need to do to advance my career 83% for 2014 versus 61% for 2013.
I have access to mentors in my specific job role for guidance 83% for 2014 versus 61% for 2013.
I am continually learning and growing at Amazon 91% for 2014 versus 69% for 2013.
I have visibility into my customers' requirements 75% for 2014 versus 38% for 2013.
My team gets the cooperation it needs from other teams to deliver results 91% for 2014 versus 61%

CONFIDENTIAL

CONFIDENTIAL                                    AMAZON_HAYDAR_00000182

for 2013.
I am satisfied with the overall quality of what my team produces 75% for 2014 versus 53% for 2013.
Team operations has a minor impact on personal life 100% for 2014 versus 25% for 2013.
Less than 25% paged into an issue and presence wasn't required 100% for 2014 versus 58% for 2013.
Rarely/Never contacted for operational issues - offcall 88% for 2014 versus 50% for 2013.

Key Misses:
My team considers our impact on the entire company 83% for 2014 versus 100% for 2013.
I have access to Principal(s) for technical direction when I need it 41% for 2014 versus 92% for 2013.
My estimates are considered when setting due dates 33% for 2014 versus 83% for 2013.
My manager emphasizes the importance of quality 66% for 2014 versus 92% for 2013.

Projects:

From a project perspective, I kicked off the year by completing the carryover SSA 2013 projects in Q1, namely Mula 1.0 delivery, NAR deprecation, real-time pricing rollout, and real-time inventory rollout after solving the out of stock bug. After that, we kicked off our 2014 initiatives in late Q1, including the following:

SNA/SNP/MML:
- Seller Preference Center: We delivered two phases of this project in Q3 before deferring the remaining phases to 2015 in favor of working on the Marco Polo project.
- Nudge Search: We delivered the backend on time in June and the front-end on time in September, integrating AWS CloudSearch into our architecture for the first time.
- Machine Learning: We built the GLaDOS EML integration platform by June, allowing us to meet our goal of delivering 5 ML models for Nudges by EOY. This was done in partnership with the Seller Services ML team in Bangalore, whom we visited with 1 SDM, 1 TPM, and 2 SDEs in March to expand the scope of our collaborations.
- In Stock Metrics: We built this system starting at the beginning of Q3 and successfully went through design reviews and delivered the entire back-end on time by 9/30 as well as the front-end by 10/31.
- Mula 2.0: We built Mula 2.0 to create an extensible attribution platform which can scale to any level of volume. We delivered it into Gamma in Q4 and launched it into production as of January 2015.
- Marco Polo: We took on a mid-year injection for this language chooser project. We were the first major milestone across the entire Marco Polo program and we delivered it on time and leveraged our loaners on other projects to make up for the time we invested from our core team.
- Business Navigator: We took this project on as a Q4 injection in place of all other planned work and delivered it on time at the beginning of January 2015.
- MWS Improvements: We launched 5 improvements to the MWS APIs for Nudges on time in Q3.

Other than Marco Polo and Business Navigator, the remaining projects were directly delivered by my work with the SDEs, TPMs, and PMs since I had not yet hired or ramped up my new SDMs for SNP and SNA at those times.

SCA:
- Mobile Sales Dashboard: We delivered three phases for this project in 2014 (iOS 5/2015, Android 8/2014, enhancements 10/2014), despite the project being a mid-year injection
- CN Business Reports: We delivered Business Report feature parity in CN in October 2014, despite the project being a mid-year injection
- Seller Reporting Platform: We conducted Principal Reviews for the UI Platform and Back-end Platform in April 2014 and delivered the first download features by EOY.
- Business Reports for B2B: We delivered these features on time.
- Data Warehouse Deprecation: We deprecated the use of the Data Warehouse for primary sourcing

CONFIDENTIAL

of Business Reports data in Q4.

Operations:
- Reduced SSA Operational Burden from 12.25 high sev per week in January 2014 to 1 high sev per week in December 2014 (82% reduction)
- Met all other OE reduction goals for SCA and SSA
- My operations deep-dives are being used as a template across AWS Networking group.

Misses:
1. I mismanaged the Red Data goal for SCA throughout the year, resulting in our missing the goal without taking any action on this issue. I should have had more bias for action to identify the risk to the goal earlier and then canceled the goal when we agreed to defer it rather than leaving it in the wrong state.
2. We delivered too few releases for SSA and SCA in Q1 and Q2 of 2014 due to my improper plan to deliver most of the features in Q3, which put too much risk in a few short months.
3. I allowed the dependency on loaner SDEs for the Seller Reporting Platform project to cause me to fail to deliver any of the primary features for this project in 2014, when the loaner SDEs were removed from the project during Q3.
4. We delivered the Data Warehouse deprecation for primary sourcing of Business Reports data late due to unplanned delays in the work of our dependency teams.
5. We delivered the first phase Seller Preference Center 2 weeks late due to a lack of sufficient rollout planning, which I should have caught since our Detroit team members were all new to Amazon.
6. For In Stock Metrics, our focus on the very hard problem of capturing Inventory data at an unprecedented level lead to a miss when we did not focus enough on scaling the metric calculation engine and launched our features working for 99.9% of Sellers, but missing the .1% of Sellers who would most benefit from these features.
7. For Mula 2.0, our delivery was delayed after the design reviews left too many open questions and I allowed the team to experiment towards delivering the system in Gamma in Q4 rather than setting a specific deadline with a more precise timeline.

**Manager Summary:**
2014 has been a challenging year for you, marked with a number of successes as well as areas to improve. There have been common themes that run throughout your work and feedback. Your total feedback was 28 submissions with 148 data points and a ratio of 2.36:1 Strengths to Weaknesses. Your strongest area was Hire and Develop the Best, with Bias for Action and Ownership next. Your biggest area to improve was Earn Trust of Others, with Vocally Self-Critical and Have Backbone; Disagree & Commit next.

Your overall performance rating is Achieves. At a high level, you've shown strong positives as well as serious areas to improve.

Some of your strongest achievements have been in the areas of Hire and Develop the Best and supporting the growth of the Detroit office. One of the larger projects you had for the year was transferring the SSA team to Detroit, which you were successful at doing without dropping commitments being held by the current Seattle-based team.

"When Abdullah was recruiting me after receiving my offer, I was impressed by the effort he put in to landing me to accept the offer. He was willing to meet me at the time and location that worked best for me to talk as long as needed to get all of my questions and concerns addressed. This type of dedication is what really sold me on this being the right company and team to join." – Detroit SSA team member

"Abdullah did a great job of hiring a team in Detroit after the decision to transition SSA to DTW was made. He led the hiring for SSA and was able to not only hire ahead of the ramp plan, he brought in

CONFIDENTIAL

CONFIDENTIAL                    AMAZON_HAYDAR_00000184

a great set of people." – Nudge Team Member

You've also done a good job of supporting the SDEs on your team with 1 on 1s and mentoring.

"He was great with scheduling weekly 1-1s and discussing concerns on the team and related to project work." – Nudge Team Member

"He immediately set up weekly 1:1 meetings with ever member of the Seattle portion of the team and started hiring quality engineers very quickly." – Nudge Team Member

"Abdullah made sure he showed concern for each of our careers." – Nudge Team Engineer

"Abdullah has a good mentoring style, he asks the right level of questions to understand the problem, but also spends enough time providing guidance." – Mentee

Your support for team member's career growth is also a highlight, successfully promoting (4) SDE1s to SDE2 and (1) SDE2 to SDE3. Four of the five were "turn around" situations where the SDE had not done well in the past and your support and guidance helped put them on a positive trajectory.

Your work with the local universities, University of Michigan and Michigan State, has been a big help for the Detroit office as well as Amazon as a whole. That includes the college recruiting interview events, the MSU Capstone work, the Tech Talks at UofM, as well as the Carnegie Mellon recruiting event recently.

"I thought Abdullah did a great job of managing the MSU Capstone course this past year and procuring the sponsorship." – Detroit Team Member

Your team environment, according to the SDE survey taken by your team in mid 2014, was slightly above average. The members recommend your team as a great place to work, understand what is expected of them, and aren't looking to move.

| Description | Criteria | Company | Abdullah | Grade |
|---|---|---|---|---|
| Project meetings are an effective use of my time. | Agree + | 88 | 58 | Fail |
| I have a clear understanding of what is expected of me. | Agree + | 84 | 91 | Pass |
| I understand the needs of the business and how my work relates to company goals. | Agree + | 94 | 100 | Pass |
| I am satisfied with the overall quality of the software I produce. | Agree + | 82 | 75 | Fail |
| My manager encourages my personal & career development. | Agree + | 85 | 91 | Pass |
| I understand how my performance is evaluated. | Agree + | 75 | 75 | Pass |
| I'd recommend my team as a great place to work | Agree + | 79 | 91 | Pass |
| My manager provides regular feedback and communication. | Agree + | 84 | 83 | Pass* (close) |
| I recently received recognition or praise for my work. | Agree + | 76 | 75 | Pass* (close) |
| Considering leaving the team in the next 6 months? | No | 68 | 83 | Pass |
| How would you characterize your team's operational load? | Unsustainable | 18 | 22 | Fail |
| How often do you apply shortcuts to fix problems or get features out the door? | Very + Regularly | 19 | | |

CONFIDENTIAL

CONFIDENTIAL                    AMAZON_HAYDAR_00000185

33      Fail

The effectiveness of project meetings is an area to improve. There may be many factors driving the lack of effectiveness of project meetings. For example, upon joining the team I noticed that during meetings with business stakeholders your team is very knowledgeable about the projects, but there was no single clear project plans. The TPM would manage roadmap spreadsheets at the quarterly level and the SDMs would track tasks in issues.amazon.com at the story level, but it was difficult to nail down what was actually being delivered when. This caused much of the meetings to be spent getting clarification on the status of the project and the deliverables. As an SDE on the team, this can get frustrating. While I would expect the SDMs leading these teams to manage this aspect of coordination and ultimately own their own project plans and roadmaps – considering you were the SDM for these teams initially, I would expect you to set the tone and then hold the bar.

Also, at times you're approach to leading meetings is seen as a waste of time to the participants.

"during meetings, sometimes other team members have something to add but Abdullah will move the conversation somewhere else quickly, and we'll have to back track." – Nudge Team Member

"While his input can be valuable, it can also serve to be disruptive and time consuming as he when he interjects or otherwise bogs down the process." – Nudge Team Member

"He can easily plow through conversations where nobody else can get a word in. This is a miss on earn trust because people (myself included) don't always want to engage with him because they know what the communication will be like." – Seattle Leadership

Your successful hiring resulted in a total team size of 20. You've hired 2 solid managers to lead the SNA and SNP teams. They have picked up their respective roadmaps and made good progress on their 2014 roadmaps, delivering the majority of their projects. There were challenges on delivery, however.

Seller Success (SSA) - 32 Seller Nudge Goals. 25 (78.13%) were completed, 4 (12.5%) were completed late, 3 were not met 9.38%, 0 were cancelled.

Seller Central Analytics (SCA) - 26 Seller Central Analytics Goals. 15 (57.69%) were completed, 1 (3.85%) was completed late, 9 were not met (34.62%), and 1 (3.85%) was cancelled.

"I have lost trust in the ability of the team to deliver on goals and have begun to question the original strategic direction." – Nudge Team Business Stakeholder

With the majority (over 50%) of the tech team funded by multiple business units, it is imperative that the business value of even the platform level projects be well articulated and data driven, otherwise the business units are unable to 'see' the value. This, in turn, creates an adversarial relationship between business stakeholders and the tech teams.

"I do not trust Abdullah, when he makes a promise I find that he rarely keeps to the commitment." – Business Stakeholder
You tend to speak (and sometimes take action) before you have a full understanding of the situation and the consequences of acting. This may be one of the root causes of you not meeting your commitments.

There is still confusion around the vision of the platform and what each team owns. During 1 on 1 conversations with you, you are able to articulate your vision. But when it comes to the actual teams, the managers are still struggling to come to a consensus on the vision and how the work will be divided up. We scheduled a meeting for you, Jim, and Anand to walk me through the platform vision document written in 2014. It was at that point that I realized that the 2 managers hadn't read it yet. I found this surprising, considering it should be their vision as well. During that meeting, the 3 of you

CONFIDENTIAL

CONFIDENTIAL                                                        AMAZON_HAYDAR_00000186

did not agree on what the vision was for the future. I scheduled a few vision / tenet discussions after this to help us come to clarity, but we're not quite there yet. I see this as a key milestone for the eventual autonomy, success, and growth of the Nudge Platform. I would expect you to drive this with your leadership going forward. It's important for your team to understand, be on the same page, and believe in the vision of your platform.

"Abdullah seems contented with an overall view of his team's software architecture. I think he needs to take the time to dive deep into all the systems he currently owns and understand how each of them work." – Senior SDE

"Abdullah doesn't understand the technical capabilities of our system, or what we are building and will delay planning meetings when we need to pause to catch him up and correct him." – Nudge Team Member

==From a leadership perspective, your rating is Development Needed. In general, I see a lack of situational awareness, vocally-self critical, and openness. As a result, it's had a serious impact on your professional relationships, most notably your ability to earn trust with peers and senior leadership – both of which are critical components to performing at the L7 level.==

==When I looked at your 360 Feedback specifically from peers, business partners, and senior leadership the data better illustrates the leadership concerns shared in this document. There were 8 submissions with 39 data points and a ratio of 0.76:1 Strengths to Weaknesses. Your strongest area was Hire and Develop the Best, with no other statistical standouts. Your biggest area to improve was Earn Trust of Others, with Vocally Self-Critical and Have Backbone; Disagree & Commit next.==

==While this is but one set of data points, it is an indicator of some of the challenges you've had working with other senior managers and senior leaders.==

I pulled feedback from over 10 different individuals for this review. Some being your team members and others peers or senior leaders. The vast majority being folks you yourself requested feedback from.

## Identify Strengths

**Employee Summary:**

Top Strengths:
1. Deliver Results
2. Bias for Action
3. Hire and Develop the Best
4. Customer Obsession
5. Ownership

**Employee Strengths:**

**Employee Other Strengths:**

**Manager Summary:**
Hire and Develop the Best

For as long as I've worked with you at Amazon, Hire and Develop the Best has been your strongest leadership principle.

Your participation in local recruiting events, university campus events, MSU Capstone, and U of M Tech Talks has gone a long way towards helping the Detroit office grow. In addition, helping to coordinate local instances of Making Great Hiring Decisions an Functional Interviewing has helped others within the office to grow their own interviewing skills. You regularly participate in the bi-weekly office leadership meetings, ensuring we stay on top of events (both locally and at other sites).

You worked hard to ensure your team members are in good positions for promotion. In one case, so much so that you had an FLP written for a new SDE1 that hadn't even started yet. You've helped to turn around the performance trajectory of 4 members of your team, resulting in promotions. You've also hired 2 strong managers with good instincts and solid leadership skills.

"Abdullah took over the (then known as) SSA team in January 2014 with the intention of moving the team to Detroit. Within about 3 months, the first few engineers joined the team. Within 6-9 months he had hired a manager and a fully staffed SSA team in Detroit. Every new Detroit engineer had a clear launch plan and a clear project (obtained with guidance from the Seattle team) to work on. Thus every new engineer started contributing immediately to the team. By May, the Seattle team was not even going on-call anymore. To me, this was a huge success. I have been in team transitions before, and transitioning on-call is a sticky point. " – SSA Team Member

Bias for Action

You are not afraid to take action. You pushed the team to build EcHo using a rapid, iterative design approach. As a result, the project was delivered months ahead of when it would have been delivered had the team gone through the standard design approach. This provided months of additional customer interaction data that we otherwise wouldn't have.

When you heard about the issue with Canadian vs US benefits for the employees we have in the office that live in Windsor, Ontario and work in Detroit, Michigan, you jumped in and worked with HR, Benefits, and Legal to come to a consensus.

"Abdullah has a knack for taking problems head-on when addressing them." – Nudge Team Member

You are never on the sidelines – always in the game.

Ownership

You take on a wide variety of concerns, not just those of your team. Your work with the IR2 hackathon and last year's Seller Summits in both DTW10 and PHX10 was above and beyond your regular team responsibilities and helped a number of Amazon teams & Sellers. Your help with general leadership within the Detroit office has been valuable throughout 2014.

**Manager Strengths:**

**Manager Other Strengths:**

| Identify Areas for Improvement |
|---|

**Employee Summary:**
Improvement Areas:
1. Earn Trust - I frequently misinterpret pauses during conversations as a completion of the other

CONFIDENTIAL

CONFIDENTIAL                                    AMAZON_HAYDAR_00000188

person's thoughts and so I interrupt as a result. This causes a trust issue for others who are may not be as vocal in meetings. Additionally, I usually take what others are stating at face value rather than "reading between the lines". This had led to to multiple situations where I was frustrated with the lack of responsiveness by others to the data I was presenting and could not understand why this was the case. I need to do a better job analyzing interpersonal communications rather than negatively impacting others when I misunderstand their positions.

2. Invent and Simplify: I need to take a more active role in the design of new systems, rather than just coaching SDEs and SDMs in this area.

3. Have Backbone: I have too much backbone and need to let others speak more, even when I believe that I have the right data.

**Employee Areas for Improvement:**

**Employee Other Areas for Improvement:**

**Manager Summary:**
Vocally Self-Critical

Being vocally self-critical means not only being willing to say that you've messed up, but even more importantly that you're willing to back up those words with action to be different – I don't see the second component. You're willing to say, "I'm not perfect." and "I have a loud voice." You wrote a few paragraphs in your self-review stating the same. But I haven't seen you actually dive deep, being introspective and open to the possibility that these truly are areas you need to work on. Equally important, you have not been honest with yourself about the impact these issues have had on your professional relationships.

You and I have had conversations regarding areas to improve. In one example, in the past 2 months I've walked through the SDM Leveling Guidelines for an L7 with you and gave specific examples of where the issues were. For each example you had a reason why it was someone else's fault.

In the second half of the year, during conversations with your previous manager regarding a conflict you were having with another senior manager around the transition time of an SDE from one team to another, you spent much of the time explaining all of the issues with the other manager. When your manager asked you what you felt you could have done better in the situation, you immediately went back to all the things the other manager did wrong.

"I think there is an opportunity for Abdullah to work on being vocally self critical, or perhaps choosing when to speak and when not to speak. His default seems to be to always respond as an authority on whatever the issue at hand may be." – Detroit Team Member

Have Backbone; Disagree & Commit

"I do recall many conversations that I was not directly participating, but in the room, where Abdullah tried too hard to have the last word only to be "told" to disagree and commit and his response becomes "ok, fine"." – Peer

Throughout the year I've watched you participate in meetings within the office where other managers share how they are running projects or managing situations and your response is to tell them they are wrong. I've left more than one of these meetings and had a participant come up to me and explain that they were uncomfortable with the level of confrontation you displayed in the meeting and that it was not a productive exchange. As a result, many people in the office will not discuss topics with you anymore – they are simply cordial and let you talk.

This need to be right and have the last word seems to happen most often with peers and senior

CONFIDENTIAL

CONFIDENTIAL AMAZON_HAYDAR_00000189

leaders. I recommend, when working with other L7, L8, and L10 leaders, to listen for situations where you have attempted to defend your position more than twice. This may be a time to reflect and determine whether the best course of action is to continue to debate or disagree and commit.

Earns Trust of Others

I've participated in meetings with you and watched your communication style with peers and senior leadership. At times, you position yourself as an expert in a domain that you're not.

"One thing that I think Abdullah could do to earn more trust of others is being more genuine and honest when he is describing team relationships. I've been in a couple of meetings where Abdullah tells other managers that our team has a close relationship with another, which isn't entirely accurate. I felt Abdullah was being disingenuous in telling --- that we closely partnered with ----." -- Nudge Team Engineer

I observe this same behavior during most of our meetings. One in particular was in December during your introductory meeting our new tech VP, Ian Simpson. Ian asked if you had heard of, or spoken with specific leaders of other tech teams outside Marketplace about possibly coordinating on specific aspects of the Nudge platform. Your response was, "I know that person very very well." So, as a follow up question, Ian asked what you learned from your interactions with that person. Your response was that you hadn't really spoken with them specifically about that area of the Nudge Platform. Ian would then ask about the possibility of integrating or leveraging other specific services outside Marketplace with the Nudge Platform. Your response was, "I know those services very very well." So, as a follow up question, Ian would ask what you saw as possible ways to leverage the services. Your response was that you hadn't really dug that deep into them yet. After 4 of these exchanges, on the 5th one Ian cut you off and stated, "You sure say that a lot." We talked about this incident immediately after the meeting. I shared this observation with you. Your response was, "I don't agree with you. I thought that meeting went really well." To verify, I followed up with Ian later that day. The meeting did not go well.

"I find that Abdullah likes to hear himself talk. Every conversation is 2x longer than it needs to be. Simple yes/no answers become paragraphs of details. I think Abdullah needs to learn to be more succinct. Whenever he's asked a question in MTOR or any other meeting, he just keeps on going with an answer, many times someone stops him." – Peer

Also, a fundamental skill in building trust with people is doing what you say you will do.

"I've also experienced Abdullah telling me and my team one thing in email or out loud and then telling other teams something different" – Business Partner

I will be working with you on a Performance Improvement Plan to help you improve in the specific areas identified above.

**Manager Areas for Improvement:**

**Manager Other Areas for Improvement:**

| Ratings |
|---|
| **Performance Rating:** Achieves <br> **Leadership Principles Rating:** Development Needed |

CONFIDENTIAL

CONFIDENTIAL　　　　AMAZON_HAYDAR_00000190