# Exhibit A-) *



September 22, 2015

Abdullah Haydar
42252 Barchester Rd
Canton, MI 48187

Dear Abdullah:

==This letter confirms that your employment with Amazon Corporate LLC is ending.==

The Company has no legal obligation, policy or practice with respect to making severance. Nevertheless, we hope that your termination of employment will be amicable. To that end, should you execute the attached Severance Agreement and General Release ("Agreement"), your termination date will be November 18, 2015 as described in the attached Agreement. Should you chose not to execute the attached Agreement your termination date will be the first business date following October 2, 2015. Regardless of whether you chose to execute the attached Agreement, you will not be expected to report to work or perform work effective today.

In consideration of, and in order to receive the severance benefits above, you will be required to execute the attached Agreement, which you should read carefully. If you wish to receive the above severance package, please initial each page, sign and return all pages of the Agreement. The Agreement must be postmarked or hand delivered by October 2, 2015.

You have executed a Confidentiality, Noncompetition and Invention Assignment Agreement with the Company. You are reminded that certain provisions of the agreement survive the termination of your employment with the Company and remain in full force and effect. For your convenience, a copy of your agreement is enclosed.

We wish you the best in your future endeavors.

Sincerely,
Amazon Human Resources

Enclosed:
- Important Contact Information
- Benefits Termination Information Chart (refer to page 2)
- Copy of Confidentiality, Noncompetition and Invention Assignment Agreement
- Severance Agreement and General Release

| Important Contact Information | | |
|---|---|---|
| Who? | Why? | How? |
| ADP | Use ADP to view your pay statements and W-2 forms for up to three years. Also, elect to receive a paperless W-2. If a password reset is needed, please contact the ERC. | https://portal.adp.com/<br>888-892-7180 (ERC)<br>For a paperless W-2: Click *Pay & Taxes* > *Annual Statements* > *Go Paperless* |
| Employee Resource Center (ERC) | Contact the ERC for any post-employment questions, including home address or telephone number updates (important for W-2 delivery). | ERC@amazon.com<br>888-892-7180 |
| The Work Number | Verification of your employment with Amazon is accessed through The Work Number. | 800-367-5690<br>www.theworknumber.com<br>*User ID*: Your Social Security Number<br>*PIN*: your birthday (MMDDYYYY)<br>Amazon Employer Code: 70129 |

Amazon Confidential

CONFIDENTIAL



AMAZON_HAYDAR_00000326

| Benefits and Impact | Action Needed? |
|---|---|
| **Stock-Based Awards**<br>*Restricted Stock Units (RSUs):* You will retain control of any previously vested shares; however, any unvested RSU's are forfeited as of your termination date.<br>*Contact:* Amazon Stock Team stock@amazon.com, 206-266-4241<br>For vests prior to April 1, 2014 - Charles Schwab 800-654-2593, http://eac.schwab.com<br>For vests after April 1, 2014 - Morgan Stanley 1 866-533-2575 | Yes: Contact Morgan Stanley or Charles Schwab with questions on your vested shares. |
| **Medical/Vision/Dental/EAP**<br>Your medical, vision, dental, prescription drug coverage and EAP benefits end at the end of the month in which your employment terminated. You will receive a letter explaining your ability to continue these benefits under COBRA within 14 days of the date your coverage ends.<br>*Contact:* COBRA Service Center 877- 292-6272<br>Premera Blue Cross 877-995-2696, www.premera.com/amazon<br>Kaiser Permanente 800-464-4000, www.kaiserpermanente.org<br>Vision Service Plan (VSP) 800-877-7195, www.vsp.com<br>Delta Dental/WA Dental Service 800-238-3107, www.deltadentalwa.com<br>ComPsych – Employee Assistance Program 855-435-4333, www.guidanceresources.com | Yes: Sign up for COBRA if you are interested in receiving continued benefits. |
| **FSA Healthcare & Dependent Care**<br>For Healthcare and Dependent Care Spending Accounts, participation ends on your last day of work. However, you may submit claims for reimbursement up to 90 days after the plan year ends for dates of service beginning April 1 of the current plan year through your last day of employment. For Healthcare FSA, claims incurred after your termination date may only be reimbursed if you continue participation in the healthcare flexible spending account through COBRA participation.<br>*Contact:* Connect Your Care 855-609-8616, www.connectyourcare.com | Yes: Apply for reimbursement. Contact COBRA to continue participation. |
| **401(k)**<br>*401(k):* You can elect to receive a distribution of your vested 401(k) account balance through Vanguard. For vested balances over $1,000, you may leave the money in the account and make transfers. For vested balances less than $1,000, you must make an election within 60 days as to how you would like the funds distributed or they will automatically be distributed less tax withholding.<br>*401(k) loan:* You must repay any outstanding loan balance within 60 days of your termination date. If not repaid, the balance will be treated as a distribution paid to you and will be subject to applicable taxes and penalties. Amazon will notify the IRS about the distribution.<br>*Contact:* Vanguard 800-523-1188, www.vanguard.com | Yes: For vested balances less than $1,000, choose your distribution type. Ensure outstanding 401(k) loans are repaid. |
| **Short and Long-Term Disability Insurance**<br>If your date of disability is prior to your termination date, then you may be eligible to continue short and/or long-term disability benefits through your period of disability.<br>*Contact:* Aon Hewitt 888-892-7180 (Option 1)<br>Aetna 888-807-3750 | Yes: Contact Aon Hewitt for ST disability. Contact Aetna for LT disability. |
| **Life Insurance**<br>Basic/Optional Life coverage ends at the end of the month in which you terminate employment. Contact Minnesota Life within 31 days of the coverage termination date to continue coverage through an individual policy.<br>*Contact:* Minnesota Life 866-293-6047 | Yes: Contact Minnesota Life to continue coverage. |
| **AD&D (Accident) Insurance**<br>Coverage for Basic/Optional AD&D ends at the end of the month in which you terminate employment and may not be continued.<br>*Contact:* Minnesota Life 866-293-6047 | None Required |
| **Personal Time/ Vacation**<br>Accrued but unused vacation time will be paid out on your final paycheck. Except where state law requires otherwise, Amazon does not pay out for personal time. | None Required |