# Exhibit A-),

**FAUSONE BOHN, LLP**
ATTORNEYS AT LAW

August 13, 2015

Shelly Cerio
Vice President, Human Resources
Amazon.com
cerio@amazon.com

Ian Simpson
Vice President, Marketplace Technology
Amazon.com
iansim@amazon.com



Δ π EXHIBIT 58
Deponent Haydar
Date 6.23.17 Rptr JF
WWW.DEPOBOOK.COM

Dear Ms. Cerio and Mr. Simpson,

    I am writing concerning my client Mr. Abdullah Haydar. He has engaged our firm to represent him regarding certain retaliatory conduct against Mr. Haydar by his former manager Mr. Joel Mosby for acting to improve the working conditions for an employee in Mr. Haydar's department when Mr. Mosby and others were mistreating that employee during a departmental transfer. As part of this retaliation, the following incidents have occurred:

1. Eight months of ongoing abusive behavior by Mr. Mosby and Mr. Haydar's current manager (Mr. Garret Gaw);

2. A hostile environment was created as part of the retaliation by Mr. Mosby, Mr. Gaw and Mr Haydar's business partners (Mr Stefan Haney and Mr. Mat Philipsen) ;

3. An exceedingly inaccurate and misleading2015 annual review was created for Mr. Haydar by Mr. Gaw and Mr. Mosby; and

4. Clear bias and favoritism in measuring the 2014-2015 performance of Mr. Haydar differently from that of his peers.

    In addition, Mr. Haydar has been harmed by the lack of corrective action taken by senior leaders in his organization and Amazon Human Resources (HR) despite increasingly clear data presented by Mr. Haydar regarding his being mistreated over the past 8 months through actions which violate company policy as well as state and federal employment law.

    The issues raised above are documented with supporting emails and other files provided by Mr. Haydar and his supporters and we are willing to share this information as needed. Mr. Haydar had referred each of these issues to HR and although there were investigated, each issue

41700 West Six Mile Road • Suite 101 • Northville, Michigan 48168
(248) 380-0000 • FAX (248) 380-3434 • www.fb-firm.com

Haydar 0288

was closed without corrective action after they were wrongfully justified and excused. Furthermore, HR has enabled the abusive managers to put Mr. Haydar on a performance improvement plan (PIP) under false parameters and has insisted on continuing with the PIP even though the false parameters were clearly demonstrated by Mr. Haydar.

After being one of the top performers at his job over the past year as recognized broadly by dozens of Amazon leaders and staff, Mr. Haydar has suffered tremendous stress and adverse impact to his health due to the abusive and retaliatory conduct by the above mentioned managers. Even so, Mr. Haydar appreciates the opportunity to work at Amazon and is a supporter of the Amazon corporate culture overall and is not currently seeking compensation or any other legal recourse except as outlined in this letter. Mr. Haydar seeks a full and immediate correction of his 2015 performance reviews, protection from further abuse by immediately removing himself and his department from reporting to Mr. Gaw, and a full internal Correction of Error (COE) process to ensure that others do not suffer under similar circumstances from these abusive managers or any similar behavior by others.

Please find enclosed as Appendix 1 a lengthy but critical explanation of the facts around Mr. Haydar's maltreatment at the hands of his supervisor and certain senior managers.

I look forward to your timely response to this letter within one week in order to avoid the need for further action.

Sincerely,

FAUSONE BOHN, LLP

Tariq Hafeez, Esq.

TSH/sks

## Appendix 1

### Abusive behavior by Mr. Mosby and Mr. Gaw:

1. Prior to the employee transfer incident in November 2014, Mr. Mosby had consistently praised Mr. Haydar for having sustained a very strong performance record for the entire duration of their reporting relationship since January 2014. He had updated Mr. Haydar's HR file in September 2014 indicating that a wide group of leaders agreed that Mr. Haydar had performed strongly all year and that the leadership improvement areas identified in Mr. Haydar's 2014 performance review (his first after joining Amazon) were no longer applicable. He further corroborated this strong performance in Mr. Haydar's 2014-2015 midyear annual review in October 2014, where he rated Mr. Haydar's performance as Exceeds Expectations on his goals with Solid Strength leadership principles.

2. Immediately after the employee transfer incident last November, Mr. Mosby's first reaction was to seek to put Mr. Haydar on a Performance Improvement Plan, which is a step reserved for low performers who are risk of being terminated due to sustained poor performance. Amazon HR correctly informed Mr. Mosby that this step was not appropriate and he discontinued this process for the time being.

3. Mr. Mosby then worked to socialize the message that Mr. Haydar was now a poor performer in his meetings with other senior leaders who would evaluate Mr. Haydar during the annual review process. These efforts were conveyed to Mr. Haydar by some of these same senior leaders who wanted to help Mr. Haydar to defend himself against Mr. Mosby's actions.

4. Mr. Haydar then followed the advice of one of these senior leaders by taking his concerns about Mr. Mosby's behavior to his new manager Mr. Gaw, where he sought to confirm that this single incident with Mr. Mosby would not otherwise tarnish a strong performance record for the prior year. Rather than assisting Mr. Haydar, Mr. Gaw's reaction to this was to take this information to Mr. Mosby, who then worked with Mr. Haney and Mr. Philipsen to exaggerate a minor misunderstanding in December and create a hostile environment for Mr. Haydar for the next 5 months (see below) in order to artificially create additional documented incidents of poor performance from Mr. Haydar.

5. Mr. Gaw then updated Mr. Haydar's HR file in January 2015 indicating that Mr. Haydar was a poor performer as shown by the employee transfer incident and the exaggerated issue with Mr. Haney and Mr. Philipsen. This clearly demonstrates that Mr. Gaw's goal was to follow through on Mr. Mosby's attempt to put Mr. Haydar on a performance improvement plan, despite Mr. Mosby being told by HR that it was inappropriate to do so.

6. After having repeatedly communicated to Mr. Haydar that the best path to career growth at Amazon was to expand his scope by taking on additional teams, Mr. Mosby worked during this same period to remove teams from Mr. Haydar's organization. In one case, he advocated

Haydar 0290

for the reassignment of an Amazon team in Romania which reported to Mr. Haydar and succeeded in making this happen within a few weeks. In the second case, Mr. Mosby waited until the last day when Mr. Haydar was reporting to him to transfer away one of Mr. Haydar's teams from him to Mr. Haney without notifying Mr. Haydar. (see more details below). All of these changes led to substantial morale issues and attrition for the impacted teams. Both of these teams have suffered new attrition in the last few weeks as after-effects of their mistreatment.

Related to this issue, Mr. Haydar has documented at least 14 other Amazon staff impacted by Mr. Mosby acting inappropriately in the area of personnel management. These situations range from harmful actions taken against the interest of his employees to top performers being blocked in their career growth and the neglect of poor performers who received no support from Mr. Mosby as they worked to rectify their weak skill areas. In each case, it is clear that Mr. Mosby would only support his staff's needs and careers when it would also personally benefit his own career and he did not hesitate to take actions which would harm his staff if it would benefit him in some way. These cases show that Mr. Mosby is a serial abuser of his staff whose negative actions have become more egregious due to the lack of corrective behavior by his management or HR.

### Hostile environment created as part of the retaliation by Mr. Gaw, Mr. Mosby and Mr Haydar's business partners (Mr Stefan Haney and Mr. Mat Philipsen):

In December 2014, after Mr. Haydar had worked to ensure that Mr. Mosby's reaction to the employee transfer incident would not result in a negative performance review for the entire year, Mr. Gaw did not take any beneficial action to assist Mr. Haydar when he escalated this issue to him as his new manager. Rather, he coordinated with Mr. Mosby, Mr. Haney, and Mr. Philipsen to create a hostile environment for Mr. Haydar. This began immediately after Mr. Haydar escalated the issue with Mr. Gaw. At that time, Mr. Haney and Mr. Philipsen suddenly claimed to be severely impacted from a minor misunderstanding over a team roadmap issue. This issue was ultimately found to be caused by an accounting mistake by the department's central project office director, but Mr. Haney and Mr. Philipsen decided that this issue was a major breach of trust by Mr. Haydar and began their hostile treatment of Mr. Haydar. Clearly it was nothing more than a pretext for their ongoing inappropriate treatment of Mr. Haydar.

As part of this hostile treatment, Mr. Haney and Mr. Philipsen stopped responding to the regular daily emails from Mr. Haydar, which had a major impact on his productivity since they lead the business areas related to Mr. Haydar's technology responsibilities. In addition, they began to exclude Mr. Haydar on all of their key emails and meetings related to Mr. Haydar's work. While they were excluding Mr. Haydar from key emails, they were still including Mr. Haydar's team members (managers and engineers). This made the situation very uncomfortable and awkward for Mr. Haydar's team members, as they were unsure whether to forward the necessary meetings and emails to Mr. Haydar. In addition, Mr. Haney and Mr. Philipsen and their teams began ignoring Mr. Haydar's regular requests for them to visit the Detroit office to work with Mr. Haydar's teams, as had occurred consistently for the past 12 months and is critical for the effective functioning of these integrated teams working from different sites. Finally, Mr. Haney worked to take credit for Mr. Haydar's successes while excluding him from key

communications in several instances over the past 5 months, most notably the Echo Nudges project. This hostile treatment continued until May, when it was minimally settled as part of initiating Mr. Haydar's Performance Improvement Plan (see below for more details), so that work could proceed even if the supposed original issues were never fully explored.

The aforementioned inappropriate team transfers were made without prior notification to Mr. Haydar. When Mr. Haydar challenged Mr. Mosby and Mr. Haney regarding the inappropriate transfers, Mr. Haney offered to explain the situation in a one on one meeting. However, Mr. Haney avoided scheduling meetings with Mr. Haydar for at least a month. During this interim period, Mr. Haydar's now-former employees consistently complained to Mr. Haydar regarding their mistreatment and neglect during and since the transfer process. When Mr. Haydar was finally able to with Mr. Haney a month later and honestly filled him in as to his concerns regarding these organizational changes as well as sharing the concerns of his former employees, he was told that it was too late to challenge this change and that this late challenge was an indication of Mr. Haydar being a poor performer and then communicated the same information to HR. In addition, he inappropriately told Mr. Haydar that he had no right to meet with his former employees under any circumstances without the presence of Mr. Philipsen or Mr. Haney in the meeting.

To add insult to injury, Mr. Haney asked Mr. Haydar to conduct the then current annual reviews for his former employees (who were members of the transferred teams), despite the fact that the annual review feedback process was well under way without any prior input by Mr. Haydar. Mr. Haydar then communicated to Mr. Philipsen and Mr. Haney that he could not fairly conduct the annual reviews since he had been the subject of a complete blackout of his former employees work during the previous four months since the transfer of his teams. Mr. Haney and Mr. Gaw then communicated to HR that this was further evidence of Mr. Haydar being a poor performer.

Throughout these hostile situations from December 2014-May 2015, Mr. Haydar was unclear as to why he was being mistreated by his business partners and that it had been initiated by Mr. Mosby and Mr. Gaw. In addition, he was totally unaware of Mr. Gaw's role in this mistreatment at the time as he assumed Mr. Gaw was working for his best interests as his new manager. However, Mr. Gaw took no positive action to help Mr. Haydar when he was being mistreated and had escalated the issue to him. In fact, he did the opposite as he inaccurately updated Mr. Haydar's HR file indicating he was a poor performer right at the beginning of this hostile period. He also falsely communicated to HR that Mr. Haydar was showing aggression towards his business partners and threatened to immediately walk Mr. Haydar out the door if this supposed aggression continued. This claim by Mr. Gaw is totally unfounded and unsubstantiated by Mr. GawMr. Gaw also continually communicated negative information to HR and to his VP regarding Mr. Haydar, negatively impacting their perception of Mr. Haydar and his performance.

### The grossly inaccurate 2015 annual review created for Mr. Haydar by Mr. Gaw and Mr. Mosby

Mr. Haydar's annual review contained numerous falsehoods, most notably the performance feedback given about Mr. Haydar by 29 Amazon colleagues was overwhelmingly

positive, with only one outlier of an extremely negative and biased feedback by Mr. Philipsen, which clearly coincided with the hostile treatment. Rather than following the Amazon Manager Toolkit's instructions that managers should "deem which feedback examples are credible" and then exclude this clearly biased feedback, Mr. Gaw and Mr. Mosby made this single piece of feedback the highlight of the entire review by highlighting its numerical impact (1 positive to 10 negative leadership areas) as well as including more quotes in the review from this feedback than from any other. Most notably, Mr. Gaw falsely attempted to create a pattern of negative performance by Mr. Haydar by lumping in this one negative feedback with 7 others in this paragraph in the annual review: "When I looked at your 360 Feedback specifically from peers, business partners, and senior leadership the data better illustrates the leadership concerns shared in this document. There were 8 submissions with 39 data points and a ratio of 0.76:1 Strengths to Weaknesses." However, if Mr. Philipsen's clearly biased feedback is removed, the ratio changes from 17:22 to 16:12, which is a positive ratio of 1.33:1 and materially different than the stated negative ratio. Reading the comments from the other highlighted feedback providers further emphasizes the strength of Mr. Haydar's 2014-2015 performance, regardless of the numerical analysis. Enabling this one biased and falsified feedback to drive the entire review is clearly an attempt to falsify the entire review.

Mr. Gaw and Mr. Mosby also falsely highlighted the statement that "there were challenges on delivery" and inaccurately rated him as Achieves Expectations against his goals by measuring Mr. Haydar against incorrect goals with old updates in his review. He also stated the following in the Performance Improvement Plan delivered to Mr. Haydar in May: "Joel Mosby provided you with feedback in January 2015 regarding your 2014 performance. He shared both positive and critical feedback. What you heard was only the positive. As a result, you stated in an email the following week that you heard you'd be receiving an Exceeds rating on your overall performance review. I had to correct this misconception." This was after Mr. Gaw had explicitly asked Mr. Mosby to confirm Mr. Haydar's Exceeds Expectations rating for the prior year as part of the manager transition. Mr. Mosby did confirm the Exceeds Expectations rating in writing as being correct along with stating that "I think on balance he had a strong year hiring and developing his team and delivering results." Mr. Gaw and Mr. Mosby then blatantly falsified this rating and exacerbated this falsehood by claiming that Mr. Haydar had misunderstood his rating when this is refuted by their own written documentation. There is also clear documentation showing that Mr. Gaw and Mr. Mosby utilized inaccurate goals for the review in order to support their falsified rating rather than having used the correct goals data to support an accurate rating as the process requires.

Even more harmful have been Mr. Gaw's continuous attempts to portray Mr. Haydar's defense of the truth of his performance record as being evidence of additional weaknesses in his performance. He has impugned Mr. Haydar's widely respected and previously unimpeachable integrity by making the following false statements as part of this ongoing effort as part of his documentation for Mr. Haydar's review, PIP, and follow-up communications with HR and senior leadership:

1. "No one ever said exceeds for your rating",

2. "No one said ever said you were a strong L7 leader"

3. "By October 2014, it was clear that you were facing performance challenges consistent with previous examples."

4. "You are rewriting history."

5. "From a leadership principles perspective, you were a poor performer for most of last year and didn't internalize the feedback."

6. "You focus excessively on positive feedback."

7. "Your situational awareness is poor."

8. "There is a disconnect between your self-review and the 360 feedback you've received from your team, peers, and senior leadership."

9. "You struggle to hear critical feedback."

There is very little truth in any of these statements. In fact, the opposite of many of them are true as these statements are clearly an attempt to rewrite history to ignore Mr. Haydar's successes and declare him a poor performer in order to punish him as part of Mr. Mosby's retaliation. There is no evidence of any of the claimed performance issues before the November transfer incident and much evidence to the contrary as many people, including Mr. Mosby and Mr. Gaw themselves until December, praised Mr. Haydar in writing for having been very successful as an Amazon leader. Mr. Haney has also been supporting these false statements by communicating to HR that he discontinued working closely with Mr. Haydar in July due to trust issues, but this is proven to be false by the entry in Mr. Haydar's personnel file indicating that Mr. Haney was fully supportive of Mr. Haydar as having a strong performance record as of September.

In addition, Mr. Gaw has been especially egregious in attacking Mr. Haydar's strong performance whenever it is raised by anyone since December. He has explicitly highlighted every minor weakness to his VP and to HR and had neglected every opportunity to recognize Mr. Haydar's many successes. For example, Mr. Haydar's team site move, team split, and operational deep dive documents have been used as role model templates across multiple Amazon departments. Mr. Haydar ensured his team was again the largest single contributor to the departmental Three Year Planning (3YP) process in 2015. He also continued to drive the strongest operations teams in his department along with being recognized with awards from multiple internal company events and competitions. Most recently, Mr. Haydar's technology architecture plan was recognized as the role model for others across his organization. In all of these cases, Mr. Gaw made no visible effort to recognize Mr. Haydar's successes, likely because this contradicts his false claims of a poor overall performance record for Mr. Haydar. When Mr. Haydar has challenged Mr. Gaw as his manager in this regard, he has responded with superficial positive comments in local team meetings recognizing Mr. Haydar's participation as being beneficial, but no positive recognition has occurred in any written form or any meetings with senior leaders and it also has not been included in any of his written reviews.

### Clear bias and favoritism in measuring the performance of others versus Mr. Haydar's performance

Upon reviewing Mr. Haydar's annual review in comparison to his peers, it is clear that Mr. Haydar was being evaluated differently that his peers. As mentioned above, Mr. Haydar's performance data was falsified and the departmental leaders judging his performance were biased by Mr. Mosby, so they all went along with a poor performance rating for Mr. Haydar, despite his many achievements and successes. Even after being challenged in this regard, these departmental leaders disowned their previous praise of Mr. Haydar's work in their dishonest focus on supporting the actions of Mr. Gaw and Mr. Mosby.

The examples of biased measurement include the following:

1. For Ms. Priya Padmanabhan (one of Mr. Haydar's peers), she was given a far superior rating than Mr. Haydar despite having had more significant failures in regards to some of her projects, such as the failures associated with moving the Payments team to India while failing on their projects and operations.

2. For Mr. Gaw, who was Mr. Haydar's peer for all of 2014 until December, his review contains no mention of his widely recognized failures after taking over the Seller Central team in April 2014. For the first 5 months of his owning that team, the team fell apart with substantial attrition, no replacement hiring, poor operational performance, and poor project delivery. In fact, the only reason the team recovered somewhat beginning in October 2014 is that Mr. Haydar selflessly helped Mr. Gaw to move the team to Detroit by providing him three of his team members, including one of his strongest engineers, with no apparent benefit to Mr. Haydar or his teams. Mr. Gaw was given credit in his review for his team's partial recovery without mentioning his substantial failings and without mentioning Mr. Haydar's actions which drove Mr. Gaw's limited success. Mr. Gaw also takes sole credit for all Mr. Haydar's successes in growing and developing the Detroit office in his review. An objective analysis of Mr. Gaw's review shows clear bias in both he and his management whitewashing his failures and overstating his successes to give him an undeservedly high rating in both goals performance and leadership performance, while Mr. Gaw simultaneously worked to falsify Mr. Haydar's performance and give him a failing rating. Mr. Gaw also measured himself against his own goals but insisted on only including the wrong goals in Mr. Haydar's review, in order to justify the falsified rating. Mr. Gaw was also rated as a role model for his peers, which is clearly not the case given the low number of peer and leaders giving him positive feedback while his review ignores his substantial failings and does not provide any supporting feedback from his peers indicating his being seen as a role model.

It is clear that Mr. Haydar drove a superior performance last year over either Mr. Gaw or Ms. Padmanabhan, but the ratings clear do not reflect an accurate assessment of the facts.

### Lack of corrective action taken by senior leaders in his organization or Amazon Human Resources (HR) despite increasingly clear data presented by Mr. Haydar regarding his increasingly being mistreated over the past 8 months.

Beginning with the November transfer incident, Mr. Haydar has made his management and Amazon HR aware of the above mentioned conduct and how it isaffecting his ability to do his job. When Mr. Haydar first met his new HR Business Partner (Ms. Kaitlin McVey) in December and she mentioned her familiarity with the November transfer incident, Mr. Haydar received her assurances that he had sustained a strong performance record all year and this one incident would not substantially affect his performance rating. When his falsified rating and the lack of action by Mr. Gaw to resolve the hostile environment became apparent in February, Mr. Haydar escalated these issues to Ms. Shelly Cerio, VP of HR. She investigated the falsified review, hostile environment, and retaliation and closed all issues without action. Mr. Haydar was then unable to take further action to rectify the situation because of his limited visibility into the annual review process until his supporters recognized that he was the subject of abusive treatment not in line with Amazon's policies and principles and began to provide him documentation to assist him. It is clear from the documents made available to our team that Amazon HR and departmental leadership was going along with Mr. Gaw's false statements about Mr. Haydar and allowing him to blame Mr. Haydar for all of the negative incidents, in effect blaming the victim and excusing at every turn any inappropriate or unethical behavior demonstrated byby Mr. Mosby, Mr. Haney, Mr. Philipsen, and Mr. Gaw. Mr. Haydar continually provided additional clarifying data to HR and departmental leadership as it became available to him, but they have accepted the false statements of his managers justifying their behavior in every case.

When Mr. Gaw put together the Performance Improvement Plan which contained many false statements, Mr. Haydar was immediately able to demonstrate these falsehoods to HR. The most notable aspect of this was that the basis of the entire PIP was that Mr. Haydar should repair his broken relationships with the 8 key leaders identified by Mr. Gaw. When Mr. Haydar approached these key leaders, everyone other than the abusive managers confirmed their view that Mr. Haydar was a strong performer from each of their perspectives and that there was no broken trust, but rather that their feedback was simply to provide Mr. Haydar good advice on how he can improve as a leader, which was welcomed by Mr. Haydar. The only broken relationships which actually needed repairing were with Mr. Haney, Mr. Mosby, and Mr. Philipsen, despite Mr. Haney and Mr. Philipsen's identified breaches being exaggerations of a minor issue used to create the hostile environment. Despite these facts, HR insisted that Mr. Haydar continue on his PIP, which became an almost meaningless exercise when Mr. Mosby and Mr. Philipsen refused to participate for more than 2 months, which is still unresolved as of today.

It is clear from all of the above data that Mr. Haydar was a very strong performer for all of last year and that the Amazon annual review process has been successfully manipulated to retaliate against him for challenging Mr. Mosby's inappropriate actions impacting the work environment of one of Mr. Haydar's employees. It is also clear that Mr. Gaw, Mr. Haney, and Mr. Philipsen participated in this scheme and created a hostile environment for Mr. Haydar, which continues to this day.