# Exhibit 8!&

1. Deliver at least 3 technical deep dive or vision 6-pager documents to faricy@ tech directs in your area by 12/31/2014.  Topics include Nudge Platform Deep Dive, Nudge 3 year technical vision, SCA Deep Dive, SCA 3 year technical vision.  This is related to "Write and present a deep dive document on the services you own at least once per quarter"
    a. Deliver Nudge Architecture deep dive doc by 6/30
    b. Deliver Nudge Customer deep dive doc by 7/7
    c. Deliver SCA deep dive doc by 6/30 (you should led Viorel to write the doc)
    d. Deliver Nudge Architecture 3-year vision by 9/30

    e. Exceeds criteria: deliver more than 3 or a quality measure (not sure what this would be – we could ask Peter/Jim/Avi to "grade" docs) or get a great doc from someone in the meeting.  I would lean more towards the high quality doc
2. Conduct at least 2 peer feedback requests to L7-L8 managers in Marketplace and Partner teams (e.g., FBA) specifically asking for feedback on competencies of Earn Trust of Others, Vocally Self-Critical, and Dive Deep and receive more strength feedback than areas to improve feedback.
    a. Exceeds Criteria: Receive 2:1 strengths vs. Areas To Improve
3. Receiving a "passing" score on at least 9 of the 12 core SDE Survey questions in 2014.  All non-passing scores must be within 10% of company average.
    a. Exceeds Criteria: passing score on 11 of 12.

AMAZON_HAYDAR_00000398