# Exhibit 9! -

**Marketplace 2014 Q3 OLR**
**Thursday, October 2nd 8:00 AM – 4:00 PM PST**
**CONF US SEA Roxanne 05.200**
**Agenda – Notes**

**Attendees:** Peter Faricy, Mark Mitchke, Julie Bainbridge, Dharmesh Mehta, Jonathan Shakes, Jim Joudrey, Avi Saxena, Steve Johnson, Nish Lathia, Peeyush Nahar, Nick Talwar

**Not able to attend:** Stefan Haney

**Simmi Bath** · Facilitator; Lindsey Kattenhorn & Kaitlin McVey · HR

| Topic | Time |
|---|---|
| **Introduction**<br>• Review agenda and materials<br>• Review expectations of meeting and ground rules | 8:00 – 8:30 |
| **People Goals Update**<br>• Attrition, Top Tier Retention & Top Grading<br>• Hits and Misses<br>**Notes:** | 8:30 – 9:00 |

REDACTED

Amazon.com confidential                                                                 Page 1



CONFIDENTIAL              AMAZON_HAYDAR_00001914

- **Actions/Next Steps:**

REDACTED

o Tinders to develop Marketplace elevator pitch.

**L8 Promo Recommendations**                                    9:00 - 10:30

- REDACTED

**Notes:** Promo docs will reviewed at Sebastian's OLR (10/16), followed by Tech Panel

**Joel Mosby Doc Comments/edits:**

REDACTED

o Three L7 remote managers, Joel has turned around the performance of Abdullah (was LE is last OLR)

REDACTED

Amazon.com confidential                                          Page 7

CONFIDENTIAL          AMAZON_HAYDAR_00001915



REDACTED

Nitin Garg Doc Comments/edits: Reviewed at Sebastian directs in Q1, but did not go to panel.

REDACTED

| MBA Discussion | 10:30 – 12:30 Includes Lunch |
|---|---|
| REDACTED | |
| Notes: | |
| REDACTED | |
| SDE II Rotation Discussion | 12:30 – 1:30 |
| REDACTED | |

CONFIDENTIAL          AMAZON_HAYDAR_00001916



**L7 TT Discussion**

1:30 – 2:30

Notes:
Top Tiers:

CONFIDENTIAL            AMAZON_HAYDAR_00001917

**REDACTED**

**Highly Valued:**

**REDACTED**

**Least Effective:**
- Abdullah: Turning the corner, doing very well. Responded well to feedback.

**Too new to rate:**

**REDACTED**

**L7 LE Discussion**
- Discuss specific plans

2:30   3:00

**Notes:**

**L8 Discussion** *Peter, Mark & Simmi Only*

3:00 - 4:00

CONFIDENTIAL          AMAZON_HAYDAR_00001918

People concerns to consider for offsite:



CONFIDENTIAL          AMAZON_HAYDAR_00001919

From:       Bath-Hydzik, Simmi
To:         Saxena, Avi
Sent:       10/10/2014 1:24:14 PM
Subject:    Notes from Peter's OLR

Hi Avi,

Here are the notes from Peter's OLR:

**Joel Mosby Doc Comments/edits:**

REDACTED

- o Three L7 remote managers, Joel has turned around the performance of Abdullah (was LE is last OLR)

REDACTED

**Nitin Garg Doc Comments/edits: Reviewed at Sebastian directs in Q1, but did not go to panel.**

REDACTED

CONFIDENTIAL            AMAZON_HAYDAR_00001920



**Simmi Bath-Hydzik**
Human Resources
**amazon**.com.
*Click Here for General HR Questions*