# Exhibit : !%

CONFIDENTIAL – Amazon Internal HR Report                                                                        1

FROM:           Anne DeCleene – HR/ER Specialist
SUBJECT:        Summary of Investigation re: Abdullah Haydar
DATE:           April 15, 2015

## CONTENTS

REASON FOR INVESTIGATION ............................................................................................................ 1

TIMELINE & CURRENT TEAM STRUCTURE ....................................................................................... 2

ISSUE & ANALYSIS............................................................................................................................ 3

RECOMMENDATION ........................................................................................................................ 9

INTERVIEW NOTES........................................................................................................................... 10

EXHIBITS........................................................................................................................................... 11

## REASON FOR INVESTIGATION

This investigation was initiated on 02/24/2015 as a result of concerns Abdullah Haydar raised in an email he sent to Shelly Cerio—VP, Consumer HR (*see* Exhibit 1).  Specifically, Abdullah alleged that he "faced a pattern of biased treatment" as follows: (*see* Exhibit 1)

1. "I have now been given two unfair ratings in a row"
   o "I was then very surprised to receive a 2014 rating of ACH/DN/LE"
   o "I was shocked to find out today that my 2015 rating would be ACH/DN/LE"

2. "Peter [Faricy] has established a pattern of giving L7 and higher ratings (and re-orging and promoting) based on his own biases and the biases of his directs who he has promoted based on their relationship building with him rather than their actual performance data."

3. "Peter [Faricy] has made subtle comments over the past 2.5 years, which in totality show a pattern of a biased perspective regarding me."

4. The HR team failed to adequately address Abdullah's concerns when he brought them to their attention in the past.
   o "Since Jennifer [JoHahnson] had been unhelpful the previous year, I raised this [ratings] issue to Madonna [Cole] right after my 2014 review and after months of repeatedly promising to look into it, she suddenly closed the issue last summer by telling me that she had consulted with Joel [Mosby] and the rating would stand."

On 03/25/2015, the investigation was expanded in include further inquiry, including investigative interviews, conducted by me—Anne DeCleene.  The summary below addresses Abdullah's allegations of "biased treatment."

CONFIDENTIAL – Amazon Internal HR Report                                                                          2

# TIMELINE & CURRENT TEAM STRUCTURE



| 11/19/2012 | Abdullah's first day of employment w/ AMZN; Supervisor: Ramiah "Kanda" Kandasamy; (Abdullah relocated from DET to SEA for the position) |
|---|---|
| Q1 2013 | OLR; Abdullah "too new" to receive 2012 ratings |
| 10/16/2013 | Abdullah had a supervisor change – Jim Joudrey |
| 01/09/2014 | Abdullah had a supervisor change – Joel Mosby |
| 01/01/2014 | Abdullah's started transitioning part-time to new position in DET (see Exhibit 12) |
| 02/01/2014 | Abdullah's transferred full-time to new position in DET (see Exhibit 12) |
| 02/17/2014 | PeoplePortal Location Change for Abdullah – SEA to DTW |
| Q1 2014 | OLR; Abdullah received the following 2013 ratings: Achieves, Development Needed, Limited, Least Effective |
| 05/01/2014 | Abdullah sent Madonna an email escalating concerns about the ratings he received in 2014 (see Exhibit 12) |
| 06/2014 | Joel Mosby presented/discussed "development goals" with Abdullah (see Exhibit 18) |
| 07/17/2014 | Madonna responded to Abdullah's concerns, via email, informing him that the ratings he received in 2014 will not be changed; Madonna also wrote, "Joel sees that you are doing very well and believes you will continue to" (see Exhibit 5) |
| 10/2014 - 11/2014 | Transfer escalation/incident occurred involving Abdullah, Joel Mosby, Sairam Chinta and Alejandro Vazquez (see Exhibits 6, 9 and 16) |
| 11/2014 | Joel Mosby prepared PIP to present to Abdullah; after consulting with HR, the PIP was not |

| | |
|---|---|
| | presented to Abdullah (*see* Exhibit 17) |
| 12/16/2014 | Abdullah had a supervisor change – Garret Gaw |
| 01/09/2015 | Garret had a meeting with Abdullah during which he presented "various examples that [he had] seen where [Abdullah] tend[ed] to erode trust with people" (*see* Exhibit 23) |
| 01/13/2015 | Ian had a meeting with Abdullah; Ian wrote in a follow-up email, "[Abdullah] feels the stage is set for him to get an LE rating this year" (*see* Exhibit 22) |
| 01/26/2015 | Garret determined Abdullah's ratings – A/DN/L (*see* Exhibit 28) |
| Q1 2015 | OLR; Abdullah received the following 2014 ratings: Achieves, Development Needed, Limited, Least Effective |
| 02/24/2015 | Abdullah was informed, by Garret Gaw, of his 2014 ratings— A/DN/LE; Abdullah sent Shelly Cerio an email escalating his concerns (as outlined under Reason for Investigation) (*see* Exhibit 1) |
| 03/05/2015 | Shelly had a call with Abdullah (*see* Exhibit 3) |
| 03/25/2015 | Shelly had a call with Abdullah (*see* Exhibit 4); Investigation transferred to me – Anne DeCleene |
| 03/29/2015 | Abdullah communicated to colleagues that he will not be able to complete two employees annual review draft (*see* Exhibit 19) |
| 04/13/2015 | Report reviewed w/ Shelly Cerio |
| 04/14/2015 | Report reviewed w/ **Redacted** and HR (Shelly Cerio and Madonna Cole) |
| 04/15/2015 | Shelly discussed outcome of investigation with Abdullah |

## ISSUE & ANALYSIS

**ISSUE 1 –**   ***Whether Abdullah received "biased" and/or "unfair" ratings since joining Amazon?***

**Uncorroborated.** Abdullah alleged that he was "given two unfair ratings in a row" in 2014 (A/DN/L/LE) and, more recently, in 2015 (A/DN/L/LE). The investigation was unable to corroborate that there was any bias and/or unfairness in the ratings Abdullah received in 2014 and/or 2015.

The investigation showed that Abdullah's ratings were not determined in a vacuum; rather, there were multiple sources and data points informing the ratings decision for both years. Specifically, such sources/data points included:

- Abdullah's self-review
- Manager review
- Feedback from direct reports, peers and leadership
- Progress/Performance against goals
- Leveling guidelines
- Tech Survey results

Furthermore, the investigation showed that, throughout Abdullah's employment with Amazon, he received feedback, on multiple occasions, regarding his deficiencies in the Leadership Principles, which led to his DN rating in both years. Examples include:

Abdullah's 180-day review stated,

> I do have serious concerns about your ability to succeed in this role and at Amazon in general, if you do not take immediate action to improve on your effective communication, active listening, diving deep, earning the trust of others, insisting on the highest standards and being right a lot... I want you to take this very seriously as a wake-up call and show significant improvements within the next two months.
> (*See* Exhibit 31)

For his mid-year 2013 review, Abdullah's manager (Jim) told Abdullah that he was "on the bubble" (*see* Jim Interview Notes).

Abdullah's 2013-2014 Annual Review, received by Abdullah in April 2014, stated the following:  (*see* Exhibit 36)

> *Manager Summary:*
>
> "You need to take aggressive steps to improve your communication style ..."
>
> "... you revert back to over-powering conversations you are in and interactions with others... This issue is the single biggest issue you need to take measurable and immediate steps to improve and will severely limit your growth at Amazon."
>
> *Feedback submitted and included in Abdullah's Annual Review:*
>
> "Abdullah is socially un-aware."
>
> "Abdullah will sometimes interrupt other managers... makes tone of a meeting... less positive."
>
> "Abdullah should develop some active listening skills... doesn't seem to see other person's point.  He likes to counter every argument and feels like he wants to have the last word."

Following Abdullah's Annul Review, Abdullah's manager (Joel) composed development goals in June 2014 (*see* Exhibit 18).  Such goals included tracking improvements in peer feedback (i.e. earn trust, vocally self-critical and dive deep) by requesting feedback from L7-L8 peers/managers (*see* Exhibit 18).

While Abdullah started to show improvement in 2014 (*see* Exhibit 5; *see also* Kaitlin, Simmi, Avi, Joel and Peter Interview Notes), the investigation showed that he did not maintain such progress/improvement.  Deficiencies in Earns Trust of Others, Vocally Self Critical and Disagree and Commit started to shine through again as early as fall 2014.  For instance, in Oct./Nov. 2014, Abdullah's manager (Joel) consistently advised Abdullah to disagree and commit and be vocally self-critical with regard to a transfer timeline issue.  Despite Joel telling Abdullah multiple times that he was "done arguing with [him]", Abdullah pushed the issue (*see* Exhibits 6, 9 and 16).

Kaitlin McVey (HRBP) went to DET in late Nov/early Dec. 2014 and, during the visit, she told Abdullah that he "needs to choose his battles" and that "leadership is not seeing behavior change" (*see* Kaitlin Interview Notes).

In January 2015, Abdullah sent an email acknowledging that, after meeting with his manager (Joel), his Leadership Principle ratings would be "Solid Strength or Development Needed" (*see* Exhibit 14).

Along with Abdullah steadily receiving feedback concerning his areas of opportunity, the investigation showed another pattern—that is, Abdullah reliably pushed back and/or escalated concerns after receiving constructive criticism and/or coaching. Examples include:

After receiving his initial 180-day review in May 2013, Abdullah requested revisions in the form of additional feedback. Specifically, Abdullah's manager (Kanda) wrote in an email, "[Abdullah] wanted to reach out broadly for a full 360 review and feedback for himself and has requested feedback from **50+ folks** through People Portal" (*see* Exhibit 31). After receiving additional feedback, the revised 180-day review ended up containing the same language as quoted above.

When Abdullah received his 2013-2014 Annual Review he had concerns with some of the feedback initially included and requested his manager (Joel) remove some of the feedback (*see* Joel Interview Notes). While Joel did decide to remove some of the feedback, it did not impact/alter Abdullah's ratings, which remained A/DN/L/LE (see Joel Interview Notes). In addition to raising concerns with Joel, Abdullah escalated his concerns all the way to Madonna Cole (HR Director), as highlighted in *Reason for Investigation*. Despite Abdullah's escalation path, the ratings he received in 2014 stood.

As noted above, in Oct./Nov. 2014, Abdullah argued for weeks on an issue regarding the timeline for a L5 SDE transfer from SEA to DET (*see* Exhibits 6, 9 and 16).

Most recently, when Abdullah learned of his 2014-2015 ratings in February 2015, he escalated his concern immediately to Shelly Cerio (see Exhibit 1).

As part of the investigation, ten (10) investigative interviews were conducted, with the following similar feedback provided:

- He listens to feedback but doesn't change behavior (*see* Garret Interview Notes)
- He doesn't have situational awareness (*see* Garret Interview Notes)
- He's doesn't believe he needs to work on his "areas to improve" (*see* Garret Interview Notes)
- One of his issues is that he hears what he wants to hear (see Joel Interview Notes)
- He has to be right and he has to win… when he is challenged, that is the behavior that comes out (see Joel Interview Notes)
- Once he has picked a point, he will argue forever (see Avi Interview Notes)
- He's counter-productive in every meeting (see Avi Interview Notes)
- He has real trouble moving on (see Avi Interview Notes)

CONFIDENTIAL – Amazon Internal HR Report                                                                                                                6

- He has lost trust amongst leaders/partners and this impacts his ability to get things done (see Derek Interview Notes)
- He doesn't always focus on priorities for his role (see Derek Interview Notes)
- He tends to talk over people and interrupt (see Kaitlin Interview Notes)
- He has a victim mentality (see Kaitlin Interview Notes)
- He hears the positive... not the negative (see Kaitlin Interview Notes)

In addition to the feedback provided in investigative interviews, the investigation produced similar historical feedback in the form of Anytime Feedback and email/written feedback.

- In a June 2013 email, Peter Faricy wrote the following to Abdullah:  (see Exhibit 8)

    Your top two priorities are:

    (1.) Understand and integrate with the Amazon leadership principles and culture. This includes becoming a **better listener and vocally self-critical**.

    (2.) Focus on your teams [sic] execution and delivery of the 2013 plan

- In a January 2015 email, Abdullah's manager (Garret) wrote the following: (see Exhibit 30).

    You've done some very good work this year building your teams. However, how **you earn (or lose) trust with people** affects how they view situations. You've stated that you understand you have areas to improve in (we all do). But I don't think you see the impact these areas have on others. I really think you need to take an honest look at how these events and how they have impacted the trust that others have with you.

- Anytime feedback submitted for the 2013-2014 review cycle is included above. Additional anytime feedback submitted for the 2014-2015 mirrors the feedback submitted last year.  Recent feedback submitted includes: (see Exhibit 2)

    "Abdullah's biggest area for improvement is that he needs to stop talking and start listening more."

    "I find that Abdullah likes to hear himself talk. Every conversation is 2x longer than it needs to be."

    "I have felt that Abdullah has both been rigid in his view of how things should work, and has come across to me as always having the right answer."

These varied data points pulled and reviewed throughout the investigation illustrate consistent areas of improvement for Abdullah and, more specifically, a lack of bias/unfairness in the rating process.  While perhaps the feedback/coaching Abdullah received (to date) throughout his employment with AMZN could have been more consistent (see Jim Interview Notes), Abdullah's

"surprised" and "shocked" reaction to his ratings for both years may very well have been the same in light of his pattern of "not hearing the negative", "arguing" and "having to be right".

**ISSUE 2 –**      ***Whether Peter Faricy and/or his directs exhibit "bias" in the promotion and/or re-org process?***

**Uncorroborated.** Abdullah alleged that Peter Faricy, and his directs, exhibit bias in the promotion and re-org process. The investigation was unable to corroborate such allegation. Rather, as highlighted in the analysis for Issue 1, the investigation showed that promotion and/or re-org decisions are not made in a vacuum. Furthermore, the common theme between promotion and re-orgs decisions is that they are made around successful people. Specifically, leader placement decisions during the re-org process are made on the merits of performance. As Avi stated in an investigative interview, "Re-orgs are often done around successful people" (see Avi Interview Notes). Similarly, ""People are promoted because they are successful" (see Avi Interview Notes).

Promotions documents are, generally, composed by the employee's direct manager but there are many checks/balances throughout the process. For instance, all promotion documents include, along with a lengthy "promotion justification", feedback from peers and leadership. Included in such feedback is "best reasons <u>not</u> to promote". Even after a promo document is composed, it still goes through multiple reviews via the OLR process and/or panel review process (tech). In reviewing promo docs, there are several factors that leaders consider, including:

- Does the employee already have the scope of the role?
- Does the data support performance?
- Is there a thoughtful section on why <u>not</u> to promote?
- What is the vote (from feedback providers and in the room)?
- How many people providing feedback are more senior than the proposed promo role?
- How many people providing feedback are outside the org?
(*See* Peter Interview Notes)

Abdullah pointed to Stefan Haney and Joel Mosby as "deficient leaders" who received promotions on account of their "relationship with Peter." However, the investigation failed to corroborate this. The investigation showed that Avi put Joel up for a promotion to L8 and he was put up twice before the promo was approved. Kaitlin was in one of the OLR's during which Joel's promo was discussed and she recalls the decision being "fair and balanced" and the group deciding that Joel "already had the scope of a Director role" (*see* Kaitlin Interview Notes). Stefan's promo, similarly, was rejected twice prior to approval. Differing from the process for Joel (non-tech), Stefan's promo doc went to a panel review with tech leaders from multiple businesses.

Another example illustrating Peter's lack of bias in the promo process was the promotion of Curt Ohrt, of whom Peter has/had a "contentious" relationship. Despite Peter and Curt not getting along well, Peter supported Curt's promotion to VP (see Madonna Interview Notes).

CONFIDENTIAL – Amazon Internal HR Report   8

It is also relevant to note, especially in light of Abdullah's allegation, that to be a successful leader at AMZN leaders need to be able to build relationship amongst their team, peers and leadership, both within and outside their org.  Successful relationship building is intrinsic within many of AMZN's Leadership Principles—Earn Trust of Others, Disagree & Commit, Vocally Self Critical.

**ISSUE 3 –**      *Whether Peter Faricy has made any comments that illustrate "bias" against Abdullah?*

**Uncorroborated.**  Abdullah alleged that Peter Faricy made the following comments,

- During a June 2013 off-site, Peter allegedly made Abdullah stand next to a peer who was getting married (Dave Anderson) and had them recite lines to each other that they could use on their wives to make them feel loved.

- Peter allegedly stated at an All Hands in DET in the past year, "[We are] lucky to hire Abdullah… after he previously left his poor wife behind and went to SEA for a year".

One investigative interview showed that an HR Leader did observe Peter make a comment at an off-site that she interpreted as Abdullah not being a good husband because he leaves his family behind every week (*see* Jennifer Interview Notes).  While the HR Leader would describe the comment as "judgmental", she further described that Peter's concerns/thoughts about Abdullah ultimately stemmed from Abdullah's performance (or lack thereof) and inability to be a strong leader (*see* Jennifer Interview Notes).  Accordingly, while Peter's comment was not tasteful, the investigation failed to show that there was any discriminatory animus in such comment—there is no evidence of Abdullah being subjected to any comments, decisions, treatment and/or actions that would be in violation of any Amazon policy.

**ISSUE 4 –**      *Whether HR failed to respond/address Abdullah's concerns?*

**Uncorroborated.**  The investigation showed Jennifer JoHahnson (Sr. HR Manager) supported Abdullah from March/April 2013 until she went on a LOA in Feb. 2014 (before Abdullah received his 2013-2014 Annual Review/Ratings).  After Jennifer went out on LOA, Jennifer explained that Simmi Bath-Hydzik (Sr. HR Manager) and Karen Boone (HR Contractor) took over support (*see* Jennifer Interview Notes).  Kaitlin McVey (HRBP) explained that Karen supported Abdullah in 2014 until Kaitlin took over in September 2014 (*see* Kaitlin Interview Notes).  Simmi explained that she had a conversation with Madonna Cole (HR Director) about closing the loop with Abdullah after he reached out to Madonna with concern regarding his ratings, but that she never met with or had a conversation with Abdullah (*see* Simmi Interview Notes).  More recently, in December 2014, Derek Oehler (Sr. HRBP) started providing HR support to Abdullah (*see* Derek Interview Notes).

I provide this overview to illustrate that the investigation showed that Abdullah's HR support has not been constant; so, opportunities to mitigate Abdullah's concerns may have been passed by due to the various hand-offs in HR support.  For example, when conversation came up in the

9

recent OLR about Abdullah gaps, Kaitlin originally thought Abdullah had been put on a PIP in 2014 but, after digging, Kaitlin discovered that while Abdullah's manager (Joel) did compose a PIP in 2014, it was never presented to Abdullah (*see* Kaitlin Interview Notes).  As another example, when Abdullah raised concerns about his ratings to Madonna in May of last year, the investigation showed that Abdullah tried to arrange time to meet with Madonna to discuss her "findings" in June 2014 but, due to scheduling conflicts, Madonna and Abdullah were unable to connect.  Madonna responded to Abdullah's concerns with the following email message: (*see* Exhibit 5)

> I have reviewed things, talked to Joel, and after review we aren't going to change your rating.  I am sure this is a disappointment, so I also want to reinforce that Joel sees that you are doing very well and believes you will continue to and is invested in you.  Simmi Bath-Hydzik is your HR leader now for Marketplace, she is really good so I'd also encourage you to get to know her a bit next time you are here.

Thereafter, Simmi and Abdullah never connected.  While Abdullah did try to arrange a meeting with Simmi when he was in town, he reached out to Simmi "very last minute" and Simmi couldn't make the meeting (*see* Simmi Interview Notes).  Not long thereafter, HR support transferred to Kaitlin.

While this may illustrate an opportunity for HR to improve customer support/obsession, the investigation did not show that HR *failed* in responding to and/or addressing Abdullah's concerns.  Furthermore, it is also worth noting that even if Abdullah's HR support had been more consistent, the investigation showed that his "surprised" and "shocked" reaction to his ratings and coaching may very well have been the same in light of his pattern of "not hearing the negative", "arguing" and "having to be right".

# RECOMMENDATION

In light the investigative findings, I would generally recommend proceeding with a performance improvement plan (PIP) for Abdullah.  However, the investigation also showed that Abdullah may have an adverse, disgruntled reaction to the PIP process, as illustrated by these comments made during investigative interviews:

- "[Abdullah] said he won't sign or do a PIP" (see Garret Interview notes)
- "[Abdullah] said he will have Peter and Sebastian fired before he does a PIP" (see Garret interview notes)
- At a recent event in PHX, Abdullah stated to Peter Faricy, "my manager is a L7 and doesn't know how to manage a L7" (see Peter Interview Notes)

Accordingly, I recommend the business and HR, in consultation with Legal, weigh the risk associated with presenting Abdullah with a PIP and determine the best course of action.

**CONFIDENTIAL** – Amazon Internal HR Report                                                                10

# INTERVIEW NOTES

**(1) Notes from Interview w/ Abdullah Haydar**



INT - Abdullah
Haydar - 3.26.15.doc

**(2) Notes from Interview w/ Garret Gaw – Abdullah's current manger**



INT - Garret Gaw -
3.31.15.docx

**(3) Notes from Interview w/ Joel Mosby – Abdullah's previous/3rd manager**



INT - Joel Mosby -
4.2.15.docx

**(4) Notes from Interview w/ Jim Joudrey – Abdullah's previous/2nd manager**



INT - Jim Joudrey -
4.2.15.docx

**(5) Notes from meeting w/ Peter Faricy**



INT - Peter Faricy -
3.31.15.docx

**(6) Notes from meeting w/ Avi Saxena**



INT - Avi Saxena -
4.1.15.docx

**(7) Notes from meeting w/ Madonna Cole**



INT - Madonna -
3.30.15.docx

**(8) Notes from meeting w/ Derek Oehler**



INT - Derek Oehler -
4.1.15.docx

**(9) Notes from meeting w/ Kaitlin McVey**



INT - Kaitlin McVey -
4.1.15.docx

11

**(10) Notes from meeting w/ Jennifer JoHahnson**



INT - Jennifer
JoHahnson - 4.1.15.

**(11) Notes from meeting w/ Simmi Bath-Hydzik**



INT - Simmi -
4.2.15.docx

# EXHIBITS

**Exhibit 1:**

Email Abdullah sent Shelly Cerio – 02/24/2015, including feedback Abdullah submitted for Joel Mosby and Stefan Haney in 02/2015



CONFIDENTIAL bias
issue EMAIL - 2.24.1!

**Exhibit 2:**

Abdullah's Anytime Feedback

   

feedback_for_abdul   feedback_for_abdul
lah_haydar.pdf       lah_haydar-1.pdf

**Exhibit 3:**

Shelly's Notes from Call w/ Abdullah Haydar – 3/5/15



Cerio Notes from
Call with AH - 3.5.15

**Exhibit 4:**

Shelly's notes from Call w/ Abdullah Haydar – 3/25/15



Cerio Notes from
Call with AH - 3.25.1

**Exhibit 5:**

CONFIDENTIAL – Amazon Internal HR Report                                                                                           12

7/17/14 – Email from Madonna to Abdullah stating, "Joel sees that you are doing very well and believes you will continue to and is invested in you", after Madonna looked into concerns Abdullah raised.



FW rating
discussion EMAILS.n

7/16/14 – Email Madonna sent Joel inquiring about Abdullah's 2013 rating



RE mid-year
review.msg

**Exhibit 6:**

Email from Joel Modby to Abdullah regarding Alejandro transfer incident



FW Did you meet
with Alejandro EMA

**Exhibit 7:**

Misc. feedback Abdullah provided



additional data
EMAIL.msg

**Exhibit 8:**

Emails between Peter and Abdullah & Peter and Kanda – 06/2013



FW appreciation          RE appreciation
and clarification EM   and clarification.msg

**Exhibit 9:**

Emails between Joel and Abdullah re: transfer disagreement – 11/13/2014



FW Thanks for
hanging up on me E

**CONFIDENTIAL** – Amazon Internal HR Report                                                                                  13

**Exhibit 10:**

Email to Joel reiterating mid-year message – 12/2/14

FW Review EMAIL -
12.2.14.msg

**Exhibit 11:**

Email Abdallah sent Shelly – 3/18/15

update from
Abdullah to Shelly E

**Exhibit 12:**

Abdullah's escalation email to Madonna – 5/1/15

FW Significant
concerns about ratii

**Exhibit 13:**

Email Abdullah sent Shelly following phone conversation – 3/5/15

RE Abdullah
HaydarShelly Cerio J

**Exhibit 14:**

Email Abdullah sent Joel stating, "we are all in agreement on my performance rating as Exceeds Expectations for all of 2014, so I wanted to follow up on the Leadership Principles since my midyear rating was clearly Solid Strength and you expressed some doubt as to whether it should be Solid Strength or Development Needed for the entire year"

FW improvement
areas EMAIL - 1.13.1

**Exhibit 15:**

Email Abdullah sent Garret following discussion re: Q1 2015 ratings

CONFIDENTIAL – Amazon Internal HR Report                                                                14

FW thanks
EMAIL.msg

**Exhibit 16:**

Emails re: Transfer Incident/Escalation

Transfer Email        Transfer Email 2 -     Transfer Email 3 -     Transfer Email 4 -
Chain - 11.2014.msg   11.2014.msg            10.2014.msg            11.2014.msg

**Exhibit 17:**

PIP Joel Mosby composed for Abdullah; after consulting w/ HR, PIP was not presented to Abdullah

Written PIP -         FW Confidential         RE Confidential         RE Confidential
haydara.docx          performance plan.m     Performance Improv     Performance Improv

RE Pip- Abdullah
Haydar.msg

**Exhibit 18:**

Development Goals Joel presented to Abdullah in light of his 2013 ratings

Proposed               Abdullah's
Development Goals.     Proposed Goals.msg

**Exhibit 19:**

Email Abdullah sent re: not being able to complete two EEs Annual Reviews, as he had previously
committed

Fwd annual
reviews.msg

**Exhibit 20:**

03/2015 Email Example of Abdullah failing to disagree & commit



FW TPM.msg

**Exhibit 21:**

Emails Stefan sent to HR w/ feedback re: Abdullah – "At this point, I will not interact with Abdullah without additional people present and do not trust commitments from him to myself or my team without validation or his manager's review."



FW Employee          FW Spartan 2015     FW IR2 project.msg
feedback.msg         Q2 Roadmap.msg

**Exhibit 22:**

1/18/15 – Feedback Ian Simpson sent to Joel, Garret and HR



Confidential
Abdullah.msg

**Exhibit 23:**

Email documenting meeting that Garret had w/ Abdullah re: areas of improvement coming from multiple sources



Confidential RE
Meeting with Abdul

**Exhibit 24:**

12/20/2014 – Email Abdullah sent Kaitlin raising concerns; including attachment with EE transfer notification due to re-org



follow-up.msg

**Exhibit 25:**

Feedback Stefan provided Abdullah

FW summary notes.msg

FW tech deep dive outline.msg

Historical feedback.msg

**Exhibit 26:**

Email from Kaitlin to Joel requesting a copy of Abdullah's 2014 PIP – it was briefly incorrectly thought that Abdullah received the PIP that Joel composed in 2014

RE Abdullah Haydar.msg

**Exhibit 27:**

Notes Kaitlin took, and correspondence w/ Derek and Simmi, re: current state and next steps

RE Abdullah.msg

**Exhibit 28:**

01/2014 – Emails b/t Garret and Kaitlin in which Garret confirms A/DN/L ratings for Abdullah

RE AH.msg

**Exhibit 29:**

Email Abdullah sent Joel and Garret requesting to "bridge the gap" to Solid Strength and recognizing that the "totality of the data (feedback, goals, SDE survey)" defines ratings

RE improvement areas.msg

RE improvement areas 2.msg

RE improvement areas 3.msg

**Exhibit 30:**

1/12/2015 – Feedback Garret provided Abdullah



RE The email thread
I was referring to or

**Exhibit 31:**

Abdullah's "180-day" Review

The May 2013 review was revised after Abdullah's manager at the time, Kanda, met with Abdullah. During that review, Abdullah requested additional feedback.  Specifically, Kanda wrote in an email, "he wanted to reach out broadly for a full 360 review and feedback for himself and has requested feedback from 50+ folks through People Portal."

The revised review contains the same language as cited above, with additional feedback added.



Abdullahs 180 Day          RE appreciation
Reviews.msg                and clarification.msg

**Exhibit 32:**

Email from one of two EEs impacted by MML re-org indicating Abdullah told them to reach out to Kaitlin



Re Questions
about organizationa

**Exhibit 33:**

Jennifer JoHahnson's notes from 2014 OLR

| Employee Name | Performance Rating | Leadership Rating | Growth Potential Rating | Overall Value Rating | Notes |
|---|---|---|---|---|---|
| Abdullah Haydar | Achieves | DN | Limited | LE | A/DN/Limitted/LE  High debate of whether or not Limited or Med Growth Potential.  He will be on a strong dev plan and given specific feedback.  Jim/Avi will come back if we should override to HV. |

**Exhibit 34:**

Emails re: Abdullah's request to work remote

RE follow-up.msg          RE appreciation
                          and clarification.msg

**Exhibit 35:**

Abdullah's Dev Tool Entries (as of 04/06/2015)

CONFIDENTIAL – Amazon Internal HR Report                                          18

| Status | Development Action | Action Effective Date | Action By | Record Entry Date | Comment by | Comment |
|--------|-------------------|----------------------|-----------|-------------------|-----------|---------|
| Performance Improvement | PI: Coaching | 01/12/2015 | Gaw,Garret | 01/13/2015 04:26 PM | Gaw,Garret | Abdullah has begun struggling again in the same areas he's had problems with in the past, specifically breaking trust with others. Joel Mosby, Stefan Haney, and Mat Philipsen have had specific issues with Abdullah not following through on commitments. In addition, I've had to request that he stay out of conversations between teams in order for forward progress to be made on a shared 2015 team roadmap. I have tried to explain the impact that these events have on people's trust in him, but I don't think he can hear it. I've had multiple conversations with him recently on these issues. I've also followed up with an email on 1/12/15. I will be working with him on his interactions with the Nudge Business group. I'm going to be working with him on the 3 year vision for his teams in preparation for a review with the business group in February. I will also be providing daily feedback on interactions I see first-hand (both positive and areas for improvement). |
| None | PI: Sustained Performance - Off Perf Improvement | 09/08/2014 | Mosby,Joel | 09/08/2014 12:59 PM | Mosby,Joel | Abdullah continues to demonstrates sustained positive improvement in his interactions with his peers and partners. Based on feedback from his team (downward), other L7's in the org (lateral) and from L8's (haney@, saxena@) the issues of Earn Trust that limited Abdullah's individual productivity have been addressed over a sustained period. Recommend ending performance plan successfully. |
| Performance Improvement | PI: Performance Improved - Ongoing Coaching | 05/30/2014 | Mosby,Joel | 07/09/2014 08:46 AM | Mosby,Joel | Abdullah has been given feedback and coaching on growth areas and has shown demonstratable improvements in these areas. I have received feedback from multiple partners and peers that his interaction with them has greatly improved. I will continue to coach Abdullah and monitor for sustained improvement. |
| Performance Improvement | PI: Action Pending | 04/01/2014 | | 04/01/2014 | | |

**Exhibit 36:**

Abdullah's 2013-2014 Annual Review

Haydar 13-14
Annual Review.pdf

CONFIDENTIAL – Amazon Internal HR Investigation                                                                        1

FROM:          Anne DeCleene
SUBJECT:       Abdullah Haydar – Investigative Interview
DATE:          03/26/2015


I.   <u>Set Expectations:</u>
   a.  Legal Obligation
        i.   AMZN fosters an environment where EEs feel comfortable raising issues and reporting complaints
        ii.  Reinforce that Amazon has a duty to investigate
        iii. Cite relevant policy
   b.  Emphasize <u>Confidentiality</u>
        i.   Will be done as confidentially as possible
        ii.  Disclosure limited to those who have a legitimate reason to know
        iii. Strict duty to keep confidentiality and not discuss with anyone
   c.  Emphasize Integrity
        i.   This is serious and confidential
        ii.  Important to receive truthful/accurate info
        iii. Need first-hand info; not opinion/speculation
   d.  <u>No Conclusion Reached Yet</u>
        i.   Need to gather and analyze all the facts
   e.  Strongly Discourage Any <u>Retaliation</u>
        i.   Amazon policy prohibits retaliation
        ii.  Retaliation could result in discipline
   f.  Explain Nature & Content of The Complaint
        i.   Explain why you're there
        ii.  Carefully disclose certain facts
        iii. Maintain confidentiality of witnesses

II.  <u>Gather Facts</u>:

    a.  You note that "Peter Faricy himself as well as his directs" exhibit "bias".
        i.  Which directs?  How?
            1.  I am referring to group pf L8 and L10s he refers to as his directs
            2.  I am in PHX for a week-long event right now
            3.  Simultaneously there is a Faircy off-site
            4.  (long-winded... started talking about managers... ratings... goes on-and-on)
            5.  OLR is biased opinion of a few people
            6.  <u>Stefan Haney</u>
                a.  And some of his directs
                    i.  <u>Matt Philipson</u> – direct negative treatment
                    ii.  Tyler Witworth – indirect treatment
                    iii.  Michael Beary – indirect treatment
                    iv.  Matt Tollini – still treats me well
                b.  Find a way to find fault
                c.  Hear strange rumblings about "trust issues" "all of a sudden" in Jan. 2015
                d.  Ignore my emails... except for Matt Tollini... didn't do this last year... but, since January
            7.  <u>Joel Mosby</u>
                a.  Has cut me off since Nov. – transfer incident
                b.  He would just cancel 1:1s; ignore emails
                c.  Machine Learning not reporting to me anymore... SCA not reporting to me anymore
                d.  And some of his directs
                    i.  Sairam Chinta – out-going manager in transfer situation
                        1.  Interaction has dropped off since he started working for Joel
                    ii.  Damien Pozansky (dpoz) (used to report to Joel; doesn't now after re-org)
                        1.  Used to consult on a lot more things
                e.  Find a way to find fault
             8.  Transfer incident – Alejandro
                a.  20 year vet SDE
                b.  Came from MEX to SEA... was looking for a new opportunity
                c.  Enjoyed working w/ me in 2012/2013
                d.  End of Oct. 2014, he said he was ready to transfer
                e.  Sairam was his former manager; LE; substantial attrition
                f.  ·I had done almost 30 transfers since joining AMZN
                g.  They got Joel involved
                h.  Said he has to stay 90+ days
                i.  I said, company policy 45 days
                j.  (Rambles A LOT... goes on-and-on...)
                k.  Didn't want to burn a strong candidate
                l.  Joel hung-up on me during a call we were discussing this (SEE EMAIL)
                m.  (See feedback Abdullah submitted for Joel)
    b.  Who communicated your Q1 2015 rating on 2/24/2015?
        i.  What  happened was... the entire year... people were telling me I was doing great
         ii.  You should be a bar raiser

CONFIDENTIAL – Amazon Internal HR Investigation 3

      iii. <u>Avi</u> and <u>Jim Joudrey</u> wanted to nominate me to be a bar raiser
- 1. Needed a bar raiser to validate
- 2. Said I have proven myself to them
- 3. Garret said (verbally) bar raiser training was not going to happen b/c of my rating – 2/24/15 – Kaitlin McVey said it was okay to convey my rating
  - a. Said, "since I told you this I am going to hurry up and do your review now"
    - i. I said, there is no reason to rush it from my perspective b/c this rating is not going to stand
    - ii. I have not received my review yet
  - **b. No one has/had said I was failing**
  - c. The following week, I said, "Garret… if you read the data… with all the overwhelmingly positive goals, I am the LE?"  "What's up w/ Joel and Avi telling me I am doing great… now I am LE?"
    - i. Asked him to go back to the HR team and challenged ratings… he took a few days, and said the rating is going to stand (Abdullah forwarding email)
- 4. I had validated my ratings w/ Joel… then being told I am LE
- iv. Not officially trained as bar raiser
- v. (He doesn't directly answer questions… provides long winded answers)
- c. Who conveyed your 2014 mid-year rating?
  - i. Joel
  - ii. Generally, everyone receives a mid-year rating… but it is all verbal… which is why I wrote that email when I heard I was moving to my 4th manager
  - iii. Who reconfirmed in December 2014? ("reconfirmed in December when I was put through my 4th manager change")
    - 1. I talked to Garret and he said him and Joel had conversations about my performance and he agreed w/ Joel's assessment of my mid-year – Exceeds, Solid Strength
- d. You note that the recruiting community calls upon you to act as a bar raiser
  - i. (See above)
  - ii. Who?  When?
    - 1. In previous email forwarded Shelly, IM message w/ recruiter cited
    - 2. A lot of it was verbal
    - 3. The first couple times, university events, they were in a pinch… and had a bar raiser validate after the fact
    - 4. Bar raiser that validated – Phil Segel
    - 5. Primarily, university recruiting team – Albert Kim… but, interact w/ a lot of people on that team
  - iii. Are you "officially" a bar raiser?
  - iv. Do official "bar raisers" participate in the loop/s?
- e. You note the OE (operational excellence) and EE (engineering excellence) leadership teams asked for your participation defining "role model"
  - i. Who?  When?  How?
  - ii. When I had been transitioning team to DET… hired first remote TPM… says ramped up well… how did you make it happen?  Share best practices
  - iii. I said, part of it was candidate…and here are things I did to help him
  - iv. People have difficulty hiring in SEA
  - v. Asked to give a talked at EE days about best practices / managing remotely

            AMAZON_HAYDAR_00000378

CONFIDENTIAL – Amazon Internal HR Investigation                                                                    4

      vi. I am an active contributor on OE email list
          1. Asked for best practices on one thing or another

f. You note that you spoke at internal EE Days conference
    i. (see above)
    ii. Who asked? When? Why? How?

g. You note your work has been established as templates for best practices
    i. (see above)
    ii. What? When? Where? How?

h. You note you escalated "it" to Peter and Curt Ohrt, who assured you "it" would be handed in a few months.
    i. What is "it"? What did they assure you they would handle? (Kanda's poor leadership?)
        1. Yes – Kanda – "figure it out on your own"
        2. He gave me most ludicrous review... asked people for feedback that I never worked w/
    ii. Resolved w/ re-org in late 2013?

i. You state "she" closed the issue last summer (2014) by telling you that she had consulted with Joel and the rating would stand
    i. Madonna
    ii. See Exhibit 5 – 7/17 email

j. Witnesses to Peter's (alleged) comments:
    i. Allegedly made inappropriate comments during a June 2013 off-site
        1. Peter made A.H. stand next to peer who was getting married soon and had them recite lines that they could convey to their wives to make them feel loved
        2. Allegedly done "repeatedly" at 4 day off-site
        3. Directors... Joel... Dave Anderson... Dave was about to get married
    ii. Allegedly made similar comments at 2 All Hands in DET "over the past 12 months"
        1. "Lucky to hire A.H... after he previously left his poor wife behind and went to SEA for a year"
        2. The entire DET office
    iii. Allegedly made comments that he doesn't know if A.H. was ever in SEA b/c he never saw him there
        1. During most recent All Hands in Oct. 2014

k. You note "Joel, Jim, and Ian" recently visited DET and "Jim" conveyed he believed you were achieves, solid strength
    i. Joel Mosby
    ii. Ian Simpson
    iii. Jim who? Jim Joudrey?
        1. Yes – Jim confirmed in Dec. 2014 visit that he believed last year's rating... agreed... excluding Kanda feedback... should have been A, SS

l. You noted to Shelly (3/18 email) that your PMO recently conveyed that he only wants to interact w/ Garret.
    i. Who is your PMO?
        1. Josh Koppelman – PMO Director

m. I like what I do... with very few exceptions... **I think I see a pattern now**... b/t Kanda... Joel... Stephan... promotes regardless of competence... seeking additional opportunities

n. Yesterday, AWS told me they are ready for me soon

o. I told Shelly... I will not start my career in another org based on LE rating

p. (Gives little opportunity to comment or speak... he rambles quite a bit)

   q.  Why was I told I was great by so many people?
   r.  Why is org so broken?
   s.  OLR for L7+ seems broken… **manipulated rating**

CONFIDENTIAL – Amazon Internal HR Investigation                                                    1

FROM:      Anne DeCleene
SUBJECT:   Investigative Interview w/ Garret Gaw
DATE:      03/31/2015

I.   Set Expectations:
   a. Legal Obligation
      i.   AMZN fosters an environment where EEs feel comfortable raising issues and
           reporting complaints
      ii.  Reinforce that Amazon has a duty to investigate
      iii. Cite relevant policy
   b. Emphasize Confidentiality
      i.   Will be done as confidentially as possible
      ii.  Disclosure limited to those who have a legitimate reason to know
      iii. Strict duty to keep confidentiality and not discuss with anyone
   c. Emphasize Integrity
      i.   This is serious and confidential
      ii.  Important to receive truthful/accurate info
      iii. Need first-hand info; not opinion/speculation
   d. No Conclusion Reached Yet
      i.   Need to gather and analyze all the facts
   e. Strongly Discourage Any Retaliation
      i.   Amazon policy prohibits retaliation
      ii.  Retaliation could result in discipline
   f. Explain Nature & Content of The Complaint
      i.   Explain why you're there
      ii.  Carefully disclose certain facts
      iii. Maintain confidentiality of witnesses

II.    Gather Facts:

1.  When did you become Abdullah's manager? (12/14)
    a.  Dec.
    b.  Did you work w/ him before becoming his manager?  Please explain.
        i.  He and I both started at AMZN w/in a month of each other and are both from DET area
        ii.  Both interviewed for Sr. Manager/Site Manager in DET
        iii.  He ended up starting in SEA; while I have been in DET since I started
        iv.  We would see each other in meetings… for 1st year
        v.  2nd year – he ended up not moving family to SEA
        vi.  Ended up moving to DET and taking on a couple teams… brought teams to DET
        vii.  For about past year or so… maybe 02/2014… he moved to DET
            1.  Based in DET office
        viii.  Around Dec. 2014… I became his manager
        ix.  (Garret hired in @ Sr. Manager – L7 – level)
2.  Ratings
    a.  What was process for determining (Q1 2015) ratings?
        i.  Portion of that, provided by data he presented – self-review
        ii.  Working on manager feedback portion of Annual Review now (requested Garret send upon completion)
        iii.  One thing I had done was b/c I have been his manager for 4 months… vast majority of interactions have been in the form of observing him working w/ others and his peer… I am site lead in DET
            1.  Help ensure DET healthy and continues to grow
        iv.  I had a number of conversations
            1.  Joel Mosby
            2.  Other Sr. Leaders
                a.  Josh Koppelman
                b.  Avi
                c.  Stefan Haney
        v.  I also looked at 360 feedback
            1.  Abdullah in general takes a lot of data… and uses a lot of data… and so when I looked at his goals he had 85 goals and asked 40 people for feedback
            2.  Lots and lots of data
            3.  As a result, vast majority of goals were goals of his team…
                a.  I understand why he would want to track
                b.  But, what does he own?
                c.  I think Joel provided that feedback to him last year
            4.  He had a bunch of feedback from a number of different sources
            5.  I noticed that the dashboard does not include all Q1 LP notations
                a.  144 strength and 44 areas to improve
            6.  Common themes:
                a.  Great at hiring
                b.  Understands systems
                c.  But, as a Sr. Manager, and looking at Leveling Guideline for SDMs you have to be able to earn trust
                    i.  Esp. working remotely and AMZN being so distributed

    ii. I gave him the feedback... and he asked for his "numbers"... I gave him the numbers... and said it was one piece of data
1. Should ask, how am I impacting my relationship w/ others?
2. He thinks "well has been poisoned"
   a. It started w/ Stefan Haney likes him... but, now Stefan is against him
   b. What I am trying to do, is work w/ him and help him... but he doesn't look at me as someone who can provide help... and looks at others who have provided constructive feedback as out to get him
   c. I try to provide examples... from me working w/ him... so I don't get "you weren't there... you don't know"
   d. The 1st week I was working w/ him, Ian was in to introduce himself to the team... during conversation, all the teams presented systems/platforms... Abdullah talked for team, even though full team was there
      i. Abdullah kept saying he knew someone or something very well... but, couldn't elaborate when asked for more details
      ii. I pulled him into a room afterwards to provide feedback... saying you know everyone and you are an expert in everything doesn't **earn trust** well... he said he thought the meeting went well
      iii. He sent me an email showing how he was working well w/ others... but, was breaking trust w/ leadership & team b/c he was breaking process by telling another team he would slip in the work they needed to get done
      iv. I want to see the guy succeed... but, it's gotten worse... now, I am sending stuff to Derek (HR) on a daily basis
      v. Abdullah, yesterday, there were 2 folks on his team in 2014 that got moved to a different team (early 2015)... yesterday, he sent an email to Mat Phillipson that he said he was going to do the reviews for these guys but now he ran out of time and cannot; then he told Mat to talk to Stefan about leading tech teams; I talked to Abdullah about how his **snarky comments** were not going to get him anywhere
      vi. (Garret will forward written feedback; data send to Derek)
   vi. He listens to feedback... but doesn't really change behavior
   vii. He doesn't have situational awareness
   viii. His demeanor... it's getting rough
b. Who weighed in on rating?
c. In which OLR was Abdullah's rating determined?
   i. I was not a part of Pater's OLR... I was a part of Avi's and Joel's
   ii. I went in w/ the rating that was finalized
d. Why did he receive the ratings he did?
   i. Specifically, how does he – (Dev Needed Definition)
      1. "need to work on demonstrating AMZN's LPs more frequently in current level"?
      2. "deficiencies impact individual and team effectiveness"?

3. [VS. SOLID STRENGTH = Consistently demonstrates AMSN's LPs in <u>current</u> level and is <u>strong in most</u>.  While they may have areas to develop. Those areas do <u>not</u> impact overall individual or team effectiveness.]
   i. Do you think he demonstrates AMZN's LPs in current level – L7?
   ii. Do you think he is strong in most?
   iii. Deficiencies do/do not impact overall team effectiveness?

e. Was his Evolution feedback reviewed in the OLR?
   i. If so, in what context?
   ii. Was dashboard referenced?  Was "hidden" feedback referenced?
   iii. [Including Q1 2015 "hidden" feedback, Abdullah has 104 notations of strengths and 44 notations of areas to improve]
      1. In light of this, what do you think of Abdullah's LP rating?

f. What role (if any) did "transfer disagreement" play in rating?

g. Do you think his Q1 2015 ratings are fair?

h. Can you comment on the following:
   i. [Avi Saxena – Allegedly told A.H. that he shouldn't have any concerns about 2014 (Q1 2015) rating "since Marketplace was entrusting A.H. to build a whole new set of team in remote office"]
      1. No sight
      2. Was building DET team a "stretch" assignment?
      3. No... I have been doing the same thing for the past 2 years... if there is anything he has done over and above – representing the office... being an evangelist... recruiting events
      4. Even if you are off the charts great at that... doesn't mean you are Exceeds at L7 rating
      5. I offered to walk through the level guideline w/ him and explain why he got the rating he did... he kept having excuses
   ii. [A.H. had mid-year 2014 review/rating w/ **Joel**; allegedly told A.H. he was "exceeding"]
      1. Do you have any insight into mid-year review?
      2. I don't
      3. My understanding is that conversation they had was that he was a on a positive trajectory at the time... all 3rd hand data
   iii. [**Joel Mosby** allegedly confirmed Q1 2015 rating as Exceeds, Solid Strength – to A.H. and Garret]  [**Joel Mosby** allegedly conveyed to Garret that Q1 2015 rating for A.H. should be Exceeds, Solid Strength (as recently as 12/2014)]
      1. I have an email thread about that (Garret will forward)
      2. In that meeting, Abdullah asked about specific areas re: his performance
      3. Out of that meeting, Abdullah sent an email... calculated email... so, following up on our conversation, "I will be getting E, SS..."
      4. I contacted Joel and said, "Is that your perspective?"  Joel said, "No... but, we talked about specific projects... not overall"
      5. There were areas where he was not "exceeds"
      6. As an L7 leader... we separate leadership principles from performance... but, at least from my perspective, once you start having to coordinate more, your effectiveness (earn trust, are right a lot) are critical to performance... bleeds into performance
      7. I responded to Abdullah (Garret will forward)

       iv.  [Garret allegedly told A.H. that **Joel** proposed A, DN, LE rating in Q1 2015 rating w/o any new data]

3. Performance Management
    a. Q1 2014
        i. Do you have insight into why Abdullah wasn't placed on a formal written coaching plan in light of his Q1 2014 ratings?
        ii. No
    b. Q1 2015
        i. What coaching has Abdullah been provided, to date?
            1. Anything in writing?
        ii. Plan?
            1. Working w/ Derek to figure out how to make that work... I am putting together review... Joel is going to add/review (as well as Derek)
            2. PIP – I am working on formulating what that is going to work on... at the end of the day, I don't believe he thinks he needs to work on his "areas to improve" (needs to build trust back)
                a. He said he won't sign or do a PIP
                b. Said he will have Peter and Sebastian fired before he does a PIP
                c. And, he said he is mad at me about OLR
                d. Now, I am concerned about having a disgruntled L7 leader in the office here

4. [Bias / Favoritism]
    a. Do you have insight into MML and SCA being moved out of Abdullah's responsibilities?
        i. My interpretation... MML (two folks moved – Rich & Karsten... 2 folks not doing reviews for now)
            1. Org move
            2. Moved off of Abdullah's team around late 14/early 15
            3. There were 6 big org changes
        ii. SCA – team based in Romania... building set of tools (business reports)... new team in SEA, over course of next year going to replace "business reports" w/ something better... idea is the "business reports" team in Romania reporting to Sr. Manager in SEA so legacy system and "new" system are intertwined
            1. Less performance issue... more – made org sense
        iii. Why?
            1. [Abdullah alleged that **Joel Mosby** decreased scope of his role]
    b. Do you have insight into Abdullah allegedly bring excluded from "key meetings" and "emails" (per 3/18/15 email A.H. sent Shelly) in light of his recent ratings?
        a. There have been a number of occasions where a plan is out in place and Abdullah deviates
        b. Email thread discussing large project... I excluded him b/c Abdullah puts together something that derails us for a week
            i. I included Abdullah after plan was determined... then he responded to be about "business justification" for being excluded
        c. [PMO director whom I've worked with directly for over a year with no negative experiences has recently indicated that he wants to deal directly with Garret on our joint work items]

6

    d. Josh Koppelman (PMO)… has had issues w/ Abdullah since Abdullah started… don't know how much is documented in emails

    e. Specific example – TPM we were trying to figure out what to do while on leave… Abdullah sent an email to Josh… Josh said he will talk to Garret next week… in reality, I was already going to be in SEA… Abdullah took it as "Josh doesn't want to talk to me anymore"

c. Do you have insight into alleged comments Peter made?  Were such concerns ever brought to your attention?

    a. Allegedly made inappropriate comments during a <u>June 2013 off-site</u> – Peter made A.H. stand next to peer who was getting married soon and had them recite lines that they could convey to their wives to make them feel loved; Allegedly done "repeatedly" at 4 day off-site

       i. I was at that meeting, I do not remember that

    b. Allegedly made similar comments at 2 <u>All Hands</u> in DET "over the past 12 months" – "Lucky to hire A.H… after he previously left his poor wife behind and went to SEA for a year"

       i. I remember there being situations… it may have been that comment

       ii. My interpretation… I took it, and I believe the way Peter meant it, is what he was saying was – thank you Abdullah, and you wife, for sacrifice to help make this office a great place

       iii. Peter said the same thing to me… w/ me being in SEA once a month… I didn't take as, "gosh, I'm a shitty husband"

    c. Allegedly made comments that he doesn't know if A.H. was ever in SEA b/c he never saw him there (<u>All Hands</u> in Oct. 2014)

       i. I haven't heard that comment in DET

       ii. Peter never said anything about him never being in SEA

d. Do you think Peter shows bias/favoritism (in rating decision?)  (Promo decision?)

    a. I haven't seen it to people

    b. Maybe to ideas… biases to ideas/programs/business areas

    iv. [A.H. alleges that Peter bases ratings/promos on relationship w/ him rather than actual performance data]

e. Do you think Abdullah can be successful, long-term, at AMZN?

    a. Unfortunately… I don't

    b. I would have given a different answer 4 months ago… I thought he would be able to see the gaps

    c. Would you feel comfortable/uncomfortable if he were to transfer to another team?

       i. If he was to transfer… if he has someone… VP approval… I would be compelled, as would others, to make sure the person understands what they are getting in to… what he brings, would have to far outweigh his short-comings

MY NOTES:
- Garret's rating history:
  - 2014: E, SS, H, TT
  - 2015: E, RM, H, TT

CONFIDENTIAL – Amazon Internal HR Investigation                                    1

FROM:       Anne DeCleene
SUBJECT:    Investigative Interview w/ Joel Mosby
DATE:       03/31/2015

I.   <u>Set Expectations:</u>
   a.   Legal Obligation
         i.   AMZN fosters an environment where EEs feel comfortable raising issues and reporting complaints
         ii.  Reinforce that Amazon has a duty to investigate
         iii. Cite relevant policy
   b.   Emphasize <u>Confidentiality</u>
         i.   Will be done as confidentially as possible
         ii.  Disclosure limited to those who have a legitimate reason to know
         iii. Strict duty to keep confidentiality and not discuss with anyone
   c.   Emphasize Integrity
         i.   This is serious and confidential
         ii.  Important to receive truthful/accurate info
         iii. Need first-hand info; not opinion/speculation
   d.   <u>No Conclusion Reached Yet</u>
         i.   Need to gather and analyze all the facts
   e.   Strongly Discourage Any <u>Retaliation</u>
         i.   Amazon policy prohibits retaliation
         ii.  Retaliation could result in discipline
   f.   Explain Nature & Content of The Complaint
         i.   Explain why you're there
         ii.  Carefully disclose certain facts
         iii. Maintain confidentiality of witnesses

CONFIDENTIAL – Amazon Internal HR Investigation   2

II.   <u>Gather Facts:</u>

1. **When did you become Abdullah's manager? (01/14)  Until when? (12/14)**
   a. About 01/2014… remember started discussing 11/2013
   b. Manager until about Dec. 2014
   c. Also work w/ him on a regular basis before… after, not so much (ramping into new role)… still come awareness
   d. Did you work w/ him before becoming his manager?  Please explain.

2. Ratings
   a. Q1 2014 ratings exposure/insight?
      i. I would say more an advocate for him to make sure right rating was determined
         1. TWO FOLD:
            a. 1) wanted to make sure wasn't bringing over a manager who would immediately be put on a PIP
            b. There were yellow… if not red… flags around LPs
            c. Wanted him to receive that feedback before he came to the team
            d. 2) make sure he had an advocate and received the right rating
      ii. Jim was manager before me
      iii. I would say… Jim determined ratings… we talked about it a lot amongst a lot of us… Jim was probably the "biggest" owner… I don't think we got a lot of direct feedback from Kanda (1ˢᵗ manager)
      iv. Peer feedback was clear – 3 LPs impacting individual productivity… and prob. team productivity but I wasn't really close to team
         1. SDE survey results was amongst the worst I have ever seen
         2. Earn trust, vocally self critical, disagree & commit
            a. Until he addresses these 3 LPs… impacting his GP
            b. Dev Needed… Limited…
      v. All very quantitative data
      vi. [Q1 2014 – A.H. received A, DN, LE ratings with mentions of Kanda's issues in review… **Joel** then allegedly removed references before submitting review BUT maintained rating]
         1. He had concerns w/ a lot of the feedback… I removed some at his request
         2. At the end of the day, removing that feedback was immaterial to his deficiencies in certain LPs
   b. What was process for determining (Q1 2015) ratings?
      i. Pretty strong influence…. Worked w/ him for majority of last year
      ii. Transition of ownership to Garret… we had a conversation… feedback from me and Garret… and peers
   c. Who weighed in on rating?
   d. In which OLR was Abdullah's rating determined?
   e. Why did he receive the ratings he did?
      i. Specifically, how does he – (Dev Needed Definition)
         1. "need to work on demonstrating AMZN's LPs more frequently in current level"?
         2. "deficiencies impact individual and team effectiveness"?
         3. [VS. SOLID STRENGTH = Consistently demonstrates AMSN's LPs in <u>current</u> level and is <u>strong in most</u>.  While they may have areas to develop. Those areas do <u>not</u> impact overall individual or team effectiveness.]

      i.  Do you think he demonstrates AMZN's LPs in current level – L7?

      ii.  Do you think he is strong in most?

      iii.  Deficiencies do/do not impact overall team effectiveness?

f. Was his Evolution feedback reviewed in the OLR?
   i. If so, in what context?
   ii. Was dashboard referenced? Was "hidden" feedback referenced?
   iii. [Including Q1 2015 "hidden" feedback, Abdullah has 104 notations of strengths and 44 notations of areas to improve]
       1. In light of this, what do you think of Abdullah's LP rating?

g. What role (if any) did "transfer disagreement" play in rating?
   i. Garret and I talked to him and were trying to be transparent
   ii. Transfer incident is an event… not determinative of entire ratings
   iii. However, transfer incident was weeks of bad behavior
   iv. Contributing factor
   v. Highlighted – disagree and commit, earn trust, vocally self-critical
   vi. But, feedback illustrates others areas for improvement
   vii. Other evidence
       1. Break out his 360 feedback to just peers and above – 3 issues jump out
       2. None of those people involve in transfer issue
   viii. I think we have bent over backwards to try and be accommodating and give him the benefit of the doubt

h. We were in PHX last week… it was weird… wouldn't say hi
   i. Abdullah walked by and said hi to Ian but didn't acknowledge me
   ii. Weird and uncomfortable behavior

i. Can you comment on the following:
   i. [Avi Saxena – Allegedly told A.H. that he shouldn't have any concerns about 2014 (Q1 2015) rating "since Marketplace was entrusting A.H. to build a whole new set of team in remote office"]
       1. No insight
       2. Not a "new" team… moved things to other leaders (business reports) because there was stumbling
           a. Not 100% accountable
       3. Was building DET team a "stretch" assignment?
           a. No
   ii. [A.H. had mid-year 2014 review/rating w/ **Joel**; allegedly told A.H. he was "exceeding"]
       1. I told him… we looked at a couple things he did well 1st half of year… transitioning team to DET… hiring in DET
       2. Conversation was – what have you done well and what can we build on
       3. I expect an L7 to be promo 5 to 6 and 6 to 7… he was promo 4 to 5
       4. Roadmap delivery – doing well… delivering goals… I would make an argument for barely "exceeds"
       5. I expect L7 to build partnerships across more leaders across AMZN… at that time, Achieves at best
       6. There was no document… just a conversation
       7. E/A… doing well… BUT there was also areas I told him he needed work
       8. Still hasn't produced a 3 year vision doc for seller success… I, and others, have talked to him about that

         9.  In mid-year still had an opportunity to do his vision doc and build partnerships... and had done some things well

      10.  One of his issues is – he hears what he wants to hear

      11.  "Achieves" is not you barely doing everything – ref. definition

    iii.  **[Joel Mosby** allegedly confirmed Q1 2015 rating as Exceeds, Solid Strength – to A.H. and Garret]  **[Joel Mosby** allegedly conveyed to Garret that Q1 2015 rating for A.H. should be Exceeds, Solid Strength (as recently as 12/2014)]

       1.  Absolutely not (see mid-year notes)

       2.  Garret and I, together, determined the ratings... w/ multiple data points

       3.  Even though PP may say manager switch 12/14... really started to happen before that

3. **Performance Management**
   a. **Q1 2014**
      i. Was Abdullah placed on a formal written coaching plan in light of his Q1 2014 ratings?
         1. When I started working w/ him... we had conversations... at the time, he was stuck looking in the rear view – "kanda never told me... kanda never did this/that"... we decided to go off of that
         2. At the time, he was responsive to feedback... hope he could address and was demonstrating improvement
         3. Didn't think formal plan was necessary at that time
         4. Over course of year, there were still rough edges
            a. He went to Romania w/ FBA... got feedback that things were not going well
            b. Based on my judgment, I didn't say "FBA guys do not enjoy hearing your life story"... said, "when others are disengaging do not hit the gas pedal"
            c. I also got feedback saying – "wow... I really see improvement"
         5. Before I became his manager... I didn't want him in mtgs b/c he was too disruptive
         6. In 10/14, it went off the rail
            a. Transfer candidate – Alejandro
            b. They (Sairam) were getting stuck on transfer date... and escalated to me
            c. I said – as 2 L7 leaders you should be able to handle
            d. About ~ 2 weeks later, escalated again
            e. Abdullah getting "aggressive" pointing out all of Sairm's failing
            f. I got back involved and told Abdullah how disappointed I was
            g. Earn trust... not erode it
            h. I got involved and determined date... argument done
            i. Alejandro gave me a date... and that was the date we went w/
            j. I gave the date to Abdullah and Sairim... then it was "Sairim did this Sairim did that"... He continued to argue for days
            k. I asked him, in retrospective, "what could you have done better?"... I got a laundry list of Sairim's failings
               i. I asked him what HE could have done differently
               ii. Couldn't tell me one thing
         7. From that issue on... it was "old behavior" coming back out
         8. He has to be right and he has to win... when he is challenged, that is the behavior that comes out
      ii. 2014 PIP?
         1. I was really upset after transfer incident... continuing to argue w/ me

        2.  I did write PIP

        3.  At end of day, through conversation... decided not to present

        4.  Kaitlin... and talked to Simmi (do not talk to Madonna)

        5.  Guidance – let's get more info

    iii.  Why not?

    iv.  Was he provided any coaching?  In writing?

4.  [Bias / Favoritism]

    a.  Do you have insight into MML and SCA being moved out of Abdullah's responsibilities?

        i.  I split business reports and nudge platforms

            1.  Moved business reports to Romania w/ Abdullah owning

        ii.  This year –

            1.  Project idea around seller data kiosk – extension of business reports (SCA)

            2.  Owner = Priya... do moved business reports to Priya... made sense to align – PRIMARY

            3.  Secondary – Abdullah's ability to define/shape vision... haven't seen big thinking

            4.  Abdullah was not part of that conversation/decision... made above him

            5.  Back to – disagree & commit

        iii.  MML –

            1.  Is not a funded initiative... Seller Success (tell sellers what actions they can take to grow their business)

            2.  Nudge platform takes that info and manages communication w/ Seller

            3.  Stefan manages much of data/communication process

            4.  MML was imitative – how do we get smarter

            5.  B/c teams (MML and Stefan's team) were so close, a lot of collaboration

            6.  Abdullah was really, temporarily managing process

            7.  Moved to Stefan's team... needed to give more formal, long-term structure to MML team (2 EEs)

            8.  Wasn't personal to Abdullah

        iv.  Why?

            1.  [Abdullah alleged that **Joel Mosby** decreased scope of his role]

    b.  Do you have insight into Abdullah allegedly bring excluded from "key meetings" and "emails" (per 3/18/15 email A.H. sent Shelly) in light of his recent ratings?

        a.  [PMO director whom I've worked with directly for over a year with no negative experiences has recently indicated that he wants to deal directly with Garret on our joint work items]

    c.  Do you have insight into alleged comments Peter made?  Were such concerns ever brought to your attention?

        a.  I think he keeps a high bar... makes sound judgment

        b.  Allegedly made inappropriate comments during a June 2013 off-site – Peter made A.H. stand next to peer who was getting married soon and had them recite lines that they could convey to their wives to make them feel loved; Allegedly done "repeatedly" at 4 day off-site

            i.  Don't remember... have no idea

        c.  Allegedly made similar comments at 2 All Hands in DET "over the past 12 months" – "Lucky to hire A.H... after he previously left his poor wife behind and went to SEA for a year"

            i.  Don't remember

        ii.   Traveled to DET at least once a qtr. Last year

    d.   Allegedly made comments that he doesn't know if A.H. was ever in SEA b/c he never saw him there (<u>All Hands</u> in Oct. 2014)

        i.   I cannot even hear that coming out of his mouth

        ii.   No insight

d.   Do you think Peter shows bias/favoritism (in rating decision?)  (Promo decision?)

    v.   (No… see above)

    vi.   [A.H. alleges that Peter bases ratings/promos on relationship w/ him rather than actual performance data]

e.   Do you think Abdullah can be successful, long-term, at AMZN?

    a.   No

    b.   Would you feel comfortable/uncomfortable if he were to transfer to another team?

        i.   No

f.   In retrospect, what would you have done differently, if anything as his manager?

    a.   I wouldn't have brought him over to my team

    b.   What about in managing him specifically?

        i.   I should have done more documenting… shouldn't have given him the benefit of the doubt for so long

g.   Damen Posnasky – promo to L7 – only involvement Peter had in promo was reviewing w/ his leadership… Peter pushed on both sides of argument and went w/ recommendation of team and voted last

h.   Doesn't get involved below L7

i.   To my promo, I think he was an advocate… he stretched me… pushed me… challenged me… wasn't roses and sunshine… don't think he gave me any special attention

    a.   Once, he yelled at me for 20 min. in front of other people

j.   We put more time into him… than anybody else… trying to make him successful

CONFIDENTIAL – Amazon Internal HR Investigation                                                                    1

FROM:          Anne DeCleene
SUBJECT:       Investigative Interview w/ Jim Joudrey
DATE:          04/02/2015


I.   <u>Set Expectations:</u>
     a.   Legal Obligation
          i.    AMZN fosters an environment where EEs feel comfortable raising issues and
                reporting complaints
          ii.   Reinforce that Amazon has a duty to investigate
          iii.  Cite relevant policy
     b.   Emphasize <u>Confidentiality</u>
          i.    Will be done as confidentially as possible
          ii.   Disclosure limited to those who have a legitimate reason to know
          iii.  Strict duty to keep confidentiality and not discuss with anyone
     c.   Emphasize Integrity
          i.    This is serious and confidential
          ii.   Important to receive truthful/accurate info
          iii.  Need first-hand info; not opinion/speculation
     d.   <u>No Conclusion Reached Yet</u>
          i.    Need to gather and analyze all the facts
     e.   Strongly Discourage Any <u>Retaliation</u>
          i.    Amazon policy prohibits retaliation
          ii.   Retaliation could result in discipline
     f.   Explain Nature & Content of The Complaint
          i.    Explain why you're there
          ii.   Carefully disclose certain facts
          iii.  Maintain confidentiality of witnesses

II.     Gather Facts:

1.  When did you start managing Abdullah? (10/13)  Until when?  (01/14)
    a.  About right 10/13 to 01/14
    b.  Do you have exposure outside of being his manager?
        i.  Lots of meetings w/ him – Ops mtgs.
            1.  Struggled
            2.  He was responding to response time but we wanted him to focus on ticket reductions
            3.  In mtgs, it was hard for him to take feedback… eventually he changed some of those behaviors
        ii.  He is a Sr. Manager
        iii.  I identified him and Garret as potential managers for DET office… ended up coming to SEA and working for Kanda
        iv.  He was very unhappy w/ Kanda as his manager… didn't think he was getting good coaching/feedback
2.  Ratings
    a.  Q1 2014 ratings exposure/insight?
    b.  How were his 2014 ratings determined?  Who determined the ratings?
        i.  [Q1 2014 – A.H. received A, DN, LE ratings with mentions of Kanda's issues in review… **Joel** then allegedly removed references before submitting review BUT maintained rating]
        ii.  I had input… I provided it to Joel
        iii.  Mid-year 2013 – I did give him a review… I recall telling him he was on the bubble
        iv.  He was starting to take feedback… wasn't quite as argumentative
        v.  But, points in time… he wanted to promote Robert… I said he wasn't ready… we went around and around… he kept arguing… I advised him to go to HR if he wanted to continue arguing
        vi.  * Disagree and commit *
        vii.  When I handed him off… I would say he was doing "ok"… moved to DET office
        viii.  2014 – marginally above Achieves
        ix.  My OLR – some of the behavior we saw improvement in… came out in spades in OLR
        x.  Then, Peter's OLR, he got brought up… Peter is not a fan…
            1.  He wasn't an LE going into the OLR
            2.  Avi and I argued hard for him in the OLR to not be an LE
            3.  If he really is an LE… why move him to DET?
            4.  We had a big discussion
            5.  I think he was on the bubble
            6.  Peter pushed… made the ultimate call
                a.  He referenced mtgs he had been in w/ Abdullah
                b.  He doesn't play favorites
            7.  Abdullah was not happy about his ratings… I think Joel provided him w/ enough examples that would justify the rating
    c.  Do you have exposure/insight into his Q1 2015 ratings?
        i.  Peter's OLR… decided before Peter's OLR… do not remember discussing him in Peter's… I think it was decided in Avi's OLR
        ii.  Joel was very unhappy w/ Abdullah by the time the OLR rolled around
        iii.  When we had mid-year… heard he was making progress

    iv. Garret reporting in to me
    v. In the fall… there was a falling out b/t Joel and Abdullah… re: transfer SEA to DET…
        1. I think Abdullah wanted him to transfer sooner
        2. Sairim and Abdullah couldn't agree… escalated to Joel
        3. Disagreement b/t Joel and Abdullah… didn't move on
        4. Joel felt like all the progress they made was washed away
    vi. I haven't been in meetings w/ him since then… or around that time
    vii. Who weighed in on rating?
    viii. In which OLR was Abdullah's rating determined?
    ix. Why did he receive the ratings he did?
    x. Was his Evolution feedback reviewed in the OLR?
        1. If so, in what context?
        2. Was dashboard referenced?  Was "hidden" feedback referenced?
        3. [Including Q1 2015 "hidden" feedback, Abdullah has 104 notations of strengths and 44 notations of areas to improve]
           a. In light of this, what do you think of Abdullah's LP rating?
    xi. What role (if any) did "transfer disagreement" play in rating?
  d. Can you comment on the following:
    i. [Avi Saxena – Allegedly told A.H. that he shouldn't have any concerns about 2014 (Q1 2015) rating "since Marketplace was entrusting A.H. to build a whole new set of team in remote office"]
        1. Was building DET team a "stretch" assignment?
        2.
    ii. [A.H. had mid-year 2014 review/rating w/ **Joel**; allegedly told A.H. he was "exceeding"]
    iii. [**Joel Mosby** allegedly confirmed Q1 2015 rating as Exceeds, Solid Strength – to A.H. and Garret]  [**Joel Mosby** allegedly conveyed to Garret that Q1 2015 rating for A.H. should be Exceeds, Solid Strength (as recently as 12/2014)]
    iv. [Garret allegedly told A.H. that **Joel** proposed A, DN, LE rating in Q1 2015 rating w/o any new data]
3. Performance Management
  a. Received ratings after left my team
  b. Unusual for someone to get LE and not get PIP
  c. Q1 2014
    i. Was Abdullah placed on a formal written coaching plan in light of his Q1 2014 ratings?
    ii. Why not?
    iii. Was he provided any coaching?  In writing?
4. [Bias / Favoritism]
  a. Do you have insight into MML and SCA being moved out of Abdullah's responsibilities?
    i. Why?
        1. [Abdullah alleged that **Joel Mosby** decreased scope of his role]
  b. Do you have insight into Abdullah allegedly bring excluded from "key meetings" and "emails" (per 3/18/15 email A.H. sent Shelly) in light of his recent ratings?
    a. [PMO director whom I've worked with directly for over a year with no negative experiences has recently indicated that he wants to deal directly with Garret on our joint work items]
  c. Do you have insight into alleged comments Peter made?  Were such concerns ever brought to your attention?

    a. Allegedly made inappropriate comments during a <u>June 2013 off-site</u> – Peter made A.H. stand next to peer who was getting married soon and had them recite lines that they could convey to their wives to make them feel loved; Allegedly done "repeatedly" at 4 day off-site

        i. We were at dinner... heard about conversation after the fact... do not remember from whom

        ii. There was some conversation about marriage

        iii. There were 3 tables

    b. Allegedly made similar comments at 2 <u>All Hands</u> in DET "over the past 12 months" – "Lucky to hire A.H... after he previously left his poor wife behind and went to SEA for a year"

        i. Don't remember

    c. Allegedly made comments that he doesn't know if A.H. was ever in SEA b/c he never saw him there (<u>All Hands</u> in Oct. 2014)

        i. Don't remember

  d. Do you think Peter shows bias/favoritism (in rating decision?) (Promo decision?)

    ii. [A.H. alleges that Peter bases ratings/promos on relationship w/ him rather than actual performance data]

    iii. He is factual... data based... AMZN process... depends on level... some he doesn't participate

    iv. He is gregarious... but, when it comes down to serious decisions, thorough process

        1. Delegates a lot

    v. 1st time visibility – L7 promo+

    vi. Have to write doc, go in front of committee

    vii. He is/was a big Dave Anderson fan... Dave worked for me... we reviewed Dave's promo doc... based on feedback in room, Peter backed off

  e. ==Do you think Abdullah can be successful, long-term, at AMZN?==

    a. ==No==

    b. ==Would you feel comfortable/uncomfortable if he were to transfer to another team?==

        i. ==No==

        ii. ==Demonstrated enough hard flags... I think he would struggle==

  f. ==We've invested a ton of time in Abdullah==

  g. ==When I inherited him, his teams were in terrible condition... I don't think he did a great job of building teams... he learned... he did better building teams in DET==

  h. ==Not a great engineering leader... marginal engineering leader w/ poor behavior==

  i. In retrospect, he should have had more consistent feedback... I don't know if he got the same level of feedback before/after me

    a. He could have been getting it and it could have been washing over him

  j.

CONFIDENTIAL – Amazon Internal HR Investigation                                          1

FROM:        Anne DeCleene
SUBJECT:     Investigative Interview w/ Peter Faricy
DATE:        03/31/2015

I.    Set Expectations:
      a.  Legal Obligation
          i.    AMZN fosters an environment where EEs feel comfortable raising issues and
                reporting complaints
          ii.   Reinforce that Amazon has a duty to investigate
          iii.  Cite relevant policy
      b.  Emphasize Confidentiality
          i.    Will be done as confidentially as possible
          ii.   Disclosure limited to those who have a legitimate reason to know
          iii.  Strict duty to keep confidentiality and not discuss with anyone
      c.  Emphasize Integrity
          i.    This is serious and confidential
          ii.   Important to receive truthful/accurate info
          iii.  Need first-hand info; not opinion/speculation
      d.  No Conclusion Reached Yet
          i.    Need to gather and analyze all the facts
      e.  Strongly Discourage Any Retaliation
          i.    Amazon policy prohibits retaliation
          ii.   Retaliation could result in discipline
      f.  Explain Nature & Content of The Complaint
          i.    Explain why you're there
          ii.   Carefully disclose certain facts
          iii.  Maintain confidentiality of witnesses

CONFIDENTIAL – Amazon Internal HR Investigation                                                2

II.   <u>Gather Facts:</u>

1. Has Abdullah been on your team since he was hired?  (here for 2 years 4+ mths)
   a. He has
2. Ratings
   a. Were Abdullah's ratings determined in your OLR?
      i. I would have seen his ratings… would have been a discussion
      ii. We did talk about L7 and L8s…
      iii. We concentrated on L7s for TT and LE
      iv. He was lower right… second year in a row
      v. I think Joel Mosby brought his ratings to OLR
         1. Maybe Jim Jourdrey too
         2. Many others were there that have worked w/ him
      vi. What I recall:
         1. I think I was surprised he was in the lower right corner
         2. We did a promo doc for Joel and, as part of doc, we gave him credit for making progress
         3. He has a hard time getting along w/ folks
         4. Perspective of team – he had a period of time in which he was able to work more effectively w/ others… then, for whatever reason, that has fallen off again
         5. On earn trust and a number of other areas people felt they weren't going to be able to help
         6. No insight into why he may have dropped off
         7. He agreed to take a role in SEA even though his family was in Michigan
            a. I imagine that is every hard on your family
            b. But, had role open in SEA
         8. We saw move to DET risky… but, perhaps worth bet b/c may help him behave more as leader
         9. Thoughts – is this a good idea to move someone to new team/office in light of his ratings?
         10. I am surprised that it hasn't worked out well
      vii. For SDMs
         1. Two pieces of data used extensively
            a. Anytime feedback
            b. Ratings from SDEs
            c. By the time my OLR… Ian Tech VP… I was involved in significantly less conversation than prior years
   b. Do you recall the conversation?  How were his ratings determined?
      i. Who weighed in on rating?
      ii. Why did he receive the ratings he did?
      iii. Specifically, how does he – (Dev Needed Definition)
         1. "need to work on demonstrating AMZN's LPs more frequently in current level"?
         2. "deficiencies impact individual and team effectiveness"?
         3. [VS. SOLID STRENGTH = Consistently demonstrates AMSN's LPs in <u>current</u> level and is <u>strong in most</u>.  While they may have areas to develop. Those areas do <u>not</u> impact overall individual or team effectiveness.]
            i. Do you think he demonstrates AMZN's LPs in current level – L7?

- - ii. Do you think he is strong in most?
    - iii. Deficiencies do/do not impact overall team effectiveness?
  - c. Was his Evolution feedback reviewed in the OLR?
    - i. If so, in what context?
    - ii. Was dashboard referenced? Was "hidden" feedback referenced?
    - iii. [Including Q1 2015 "hidden" feedback, Abdullah has 104 notations of strengths and 44 notations of areas to improve]
      1. Only 3 LPs had more "improve" vs. "strength"
         - a. Vocally Self-Critical – 3 **vs.** 5
         - b. Dive Deep – 4 **vs.** 5
         - c. Have Backbone; Disagree & Commit – 2 **vs.** 5
    - iv. In light of this, what do you think of Abdullah's LP rating?
  - d. What role (if any) did "transfer disagreement" play in rating?
  - e. Can you comment on the following:
    - i. [Avi Saxena – Allegedly told A.H. that he shouldn't have any concerns about 2014 (Q1 2015) rating "since Marketplace was entrusting A.H. to build a whole new set of team in remote office"]
      1. Was building DET team a "stretch" assignment?
    - ii. [A.H. had mid-year 2014 review/rating w/ Joel; allegedly told A.H. he was "exceeding"]
      1. Do you have any insight into mid-year review?
      2. There was a time where Stefan and Joel were very upset w/ Abdullah... they said they had a guy here from SEA who was a good performer who wanted to transfer to DET and they were upset that Abdullah wasn't following up on taking on this top-performer... after lots of calls/discussions... allegedly resolved
    - iii. [Joel Mosby allegedly confirmed Q1 2015 rating as Exceeds, Solid Strength – to A.H. and Garret] [Joel Mosby allegedly conveyed to Garret that Q1 2015 rating for A.H. should be Exceeds, Solid Strength (as recently as 12/2014)]
    - iv. [Garret allegedly told A.H. that Joel proposed A, DN, LE rating in Q1 2015 rating w/o any new data]
    - v. Both Avi and Joel are straight shooters... wouldn't exaggerate ratings or talk fluff
3. Performance Management
   - a. Q1 2014
     - i. Do you have insight into why Abdullah wasn't placed on a formal written coaching plan in light of his Q1 2014 ratings?
   - b. Q1 2015
     - i. What coaching has Abdullah been provided, to date?
       1. Anything in writing?
     - ii. Plan?
4. [Bias / Favoritism]
   - a. Can you comment, generally, on how promo decisions are made? How do you determine who to put up for a promo?
     - a. Philosophically... I really believe in empowering team to make promo decision below me
     - b. I do not review L5 or L6 promo docs
     - c. All L7 promos, I am historically final sign-off
     - d. L8 and L10... I am writing doc or strong supporter
     - e. We have clear guidelines for each level

  f. Generically, do they have scope of role; data support performance; is there a thoughtful section on why not to promote; what is the vote... how many voters more senior than role being promoted to?  How many outside org?

  g. Do re-orgs influence promo decisions?

    i. [Alleged pattern of promoting by re-orging: Dave Anderson, Joel Mosby, Garret Gaw]

      1. It's not allowed at AMZN... I have never seen it... I am coming up on over 9 years... we never allow someone to transfer to new team in one level more senior

      2. Only based on merits of performance

  h. How does your relationship w/ employees influence promos?

    i. I think it is structurally impossible... I don't have a vote below L7...

    ii. This year, Ian was sign off below L7 tech

    iii. Mark Mitchkey put up Stefan Haney

    iv. Avi Sexeana put up Joel... and Joel was up twice before he got the promo

    v. In those promos... you cannot bring them forward w/o the VP of org supporting

    vi. We do a deep dive during OLR

    vii. I remember saying – we need more data here... or, we need more voters

    viii. [Stefan Haney – Promoted in late 2013, despite what A.H. describes as "deficient leader" who focuses energy on relationship w/ Peter (and his directs)]

    ix. [Joel Mosby – Promoted in late 2014, despite what A.H. describes as "deficient leader" who focuses energy on relationship w/ Peter (and his directs)]

b. Do you have insight into MML and SCA being moved out of Abdullah's responsibilities?

  i. Why?

    1. [Abdullah alleged that Joel Mosby decreased scope of his role]

c. Do you have insight into Abdullah allegedly bring excluded from "key meetings" and "emails" (per 3/18/15 email A.H. sent Shelly) in light of his recent ratings?

  a. [PMO director whom I've worked with directly for over a year with no negative experiences has recently indicated that he wants to deal directly with Garret on our joint work items]

d. Can you comment on the following: (Were concerns ever brought to your attention?)

  a. Allegedly made inappropriate comments during a <u>June 2013 off-site</u> – Peter made A.H. stand next to peer who was getting married soon and had them recite lines that they could convey to their wives to make them feel loved; Allegedly done "repeatedly" at 4 day off-site

    i. I do remember... not context

    ii. We had an off-site in DET... Dave Anderson was about to get married... Dave asked a question like, "For the people around the table who are married, what is your advice"... it was an evening social event... I think Abdullah was at the same table... everybody gave their funny/serious advice

      1. It was a mixture of sweet and funny advice

      2. They (Dave and his wife) met on this team

    b. Allegedly made similar comments at 2 <u>All Hands</u> in DET "over the past 12 months" – "Lucky to hire A.H... after he previously left his poor wife behind and went to SEA for a year"
- i. I might have said something like... we're lucky to have someone here like Abdullah who has SEA experience... and I might have said, and I bet your wife is happy too

    c. Allegedly made comments that he doesn't know if A.H. was ever in SEA b/c he never saw him there (<u>All Hands</u> in Oct. 2014)
- i. Doesn't resonate at all
- ii. The fact that I don't see people is irrelevant  (I don't see a lot of people)

e. Do you think Abdullah can be successful, long-term, at AMZN?
    a. No
    b. Would you feel comfortable/uncomfortable if he were to transfer to another team?
- i. Definitely not

f. Others it would be helpful to meet with?

g. Anything additional to add?

h. PHX
    a. Fun social event... mariners spring training
    b. Walking through food line
    c. Abdullah is getting food and starts talking to me
- i. Says something about his jacket/shirt from tech conf... then says he has the shirt that shows his loyalty – AMZN DET
- ii. I said why don't you send me that shirt
- iii. He said, "why don't you ask?"
- iv. I said, "well that's kind of weird... "
- v. He said, "well... there are a lot of things around here that don't make sense that you have to ask for"
- vi. He said, "are you aware of the performance discussion"
- vii. I said, "No... but you should have those discussions w/ HR and your manager"
- **viii. He said, "problem w/ that is that my manager is a L7 and doesn't know how to manger a L7... and my previous manager was just promoted to L8 and didn't know how to manage a L7"**
- ix. I said, "I am not comfortable w/ you having a discussion with me and skipping over other levels in org"
- x. He said, "Oh... so you don't want to have a discussion"

i. For a remote dev center... only takes one person to be disruptive

j. If someone is struggling in performance... have we treated them fairly... have we given them timely, actionable feedback... given feedback to turn around... Wilke said, if someone is LE 2 years in a row, not a good fit for AMZN

CONFIDENTIAL – Amazon Internal HR Investigation                                                    1

FROM:        Anne DeCleene
SUBJECT:     Investigative Interview w/ Avi Saxena
DATE:        03/31/2015

---

I.   Set Expectations:
     a.   Legal Obligation
          i.    AMZN fosters an environment where EEs feel comfortable raising issues and reporting complaints
          ii.   Reinforce that Amazon has a duty to investigate
          iii.  Cite relevant policy
     b.   Emphasize Confidentiality
          i.    Will be done as confidentially as possible
          ii.   Disclosure limited to those who have a legitimate reason to know
          iii.  Strict duty to keep confidentiality and not discuss with anyone
     c.   Emphasize Integrity
          i.    This is serious and confidential
          ii.   Important to receive truthful/accurate info
          iii.  Need first-hand info; not opinion/speculation
     d.   No Conclusion Reached Yet
          i.    Need to gather and analyze all the facts
     e.   Strongly Discourage Any Retaliation
          i.    Amazon policy prohibits retaliation
          ii.   Retaliation could result in discipline
     f.   Explain Nature & Content of The Complaint
          i.    Explain why you're there
          ii.   Carefully disclose certain facts
          iii.  Maintain confidentiality of witnesses

II.   <u>Gather Facts:</u>

1. When did you start working w/ Abdullah's?
   a. In what capacity?
   b. I have been a Sr. leader in marketplace since he started
   c. He transferred to Joel – I was his skip level manager
   d. OLR
      i. There were a lot of discussion re: leadership qualities
      ii. A lot of discussion in the room... including HR
   e. I remember he raised concern last year... he said he was going to go to Madonna
   f. I advised him... I said he could go to Madonna... I said what contributed to his ratings
   g. I think I met him for the 1st time a few months after the ratings (when in DET)... I advised him to look forward... he was making a lot of progress
   h. He was on the right trajectory (at least until May/June timeline)
2. Ratings
   a. Pre-OLR – Me, Mosby, Derek and Kaitlin
      i. Garret brought in ratings into my OLR
      ii. A, DN, L, LE – brought in
      iii. Joel spoke on the ratings... and invited Garret
      iv. Joel determined the ratings... Garret became his manager the month before
      v. Don't remember any push back on ratings
   b. Ian's OLR
      i. No pushback
   c. Peter's OLR
      i. Discussion was more about – what happened?  He was turning around... then went south
      ii. Transfer incident & another incident... he cannot disagree, commit and move on... disruptive
      iii. My other directs – said he's counter-productive in every meeting
   d. What was process for determining (Q1 2015) ratings?
   e. Who weighed in on rating?
   f. In which OLR was Abdullah's rating determined?
   g. Why did he receive the ratings he did?
      i. Specifically, how does he – (Dev Needed Definition)
         1. "need to work on demonstrating AMZN's LPs more frequently in current level"?
         2. "deficiencies impact individual and team effectiveness"?
         3. [VS. SOLID STRENGTH = Consistently demonstrates AMSN's LPs in <u>current</u> level and is <u>strong in most</u>.  While they may have areas to develop. Those areas do <u>not</u> impact overall individual or team effectiveness.]
            i. Do you think he demonstrates AMZN's LPs in current level – L7?
            ii. Do you think he is strong in most?
            iii. Deficiencies do/do not impact overall team effectiveness?
   h. Was his Evolution feedback reviewed in the OLR?
      i. If so, in what context?
      ii. Was dashboard referenced?  Was "hidden" feedback referenced?
      iii. [Including Q1 2015 "hidden" feedback, Abdullah has 104 notations of strengths and 44 notations of areas to improve]

        1.   In light of this, what do you think of Abdullah's LP rating?
  i.   What role (if any) did "transfer disagreement" play in rating?
  j.   Do you think his Q1 2015 ratings are fair?
  k.   Can you comment on the following:
      i.   **[Avi Saxena** – Allegedly told A.H. that he shouldn't have any concerns about 2014 (Q1 2015) rating "since Marketplace was entrusting A.H. to build a whole new set of team in remote office"]
           1.   We already had a team in DET... I told him he was on the right trajectory... but didn't say "shouldn't have any concerns"
           2.   Was building DET team a "stretch" assignment?
     ii.   Joel managed him directly
    iii.   My interactions were far a few b/t
    iv.   I gathered from others, largely Stefan and Joel, the concerns were that he was having challenge disagreeing & committing... once he picked a point he will argue forever
           1.   A string of emails about EE's rating... (he wouldn't move on)
     v.   [A.H. had mid-year 2014 review/rating w/ **Joel**; allegedly told A.H. he was "exceeding"]
           1.   Do you have any insight into mid-year review?
           2.   I
     vi.   **[Joel Mosby** allegedly confirmed Q1 2015 rating as Exceeds, Solid Strength – to A.H. and Garret]  [**Joel Mosby** allegedly conveyed to Garret that Q1 2015 rating for A.H. should be Exceeds, Solid Strength (as recently as 12/2014)]
    vii.   [Garret allegedly told A.H. that **Joel** proposed A, DN, LE rating in Q1 2015 rating w/o any new data]
3.   Abdullah brought it to me that he should get a team (that went to Priya w/ recent re-org)... I sent him an email and said decision was made... and he kept sending emails
  a.   Real trouble moving on
4.   He had another situation – transfer incident – Joel is a very patient guy... Abdullah would not give up... Joel called me one day asking for advice
  a.   Then, a month later I was in DET and Abdullah brought it up w/ me again
5.   Performance Management
  a.   Q1 2014
      i.   Do you have insight into why Abdullah wasn't placed on a formal written coaching plan in light of his Q1 2014 ratings?
     ii.   [**Avi** – Allegedly told A.H. he would not be placed on PIP or Dev Plan (due to Q1 2014 ratings) (see Cerio Notes – 3/5/15)]
           1.   Don't recall... as noted above... did tell him he was ramping upwards
  b.   Q1 2015
      i.   What coaching has Abdullah been provided, to date?
           1.   Anything in writing?
     ii.   Plan?
6.   [Bias / Favoritism]'
  a.   Do you have insight into MML and SCA being moved out of Abdullah's responsibilities?
      i.   Why?
           1.   [Abdullah alleged that **Joel Mosby** decreased scope of his role]
           2.   MML –
               a.   2 guys part of machine learning
               b.   I think they didn't want to move to DET... so we found someone local... Haney doing other things w/ machine learning

3. SCA – he argued w/ me forever on that
   a. SCA team located in Romania
   b. They do business reporting
   c. This year, we started a new program… similar… has to work closely w/ other program… new program run by Priya… makes sense to have Romania team report to Priya

b. Do you have insight into Abdullah allegedly bring excluded from "key meetings" and "emails" (per 3/18/15 email A.H. sent Shelly) in light of his recent ratings?
   a. No insight… but, since Dec. not in reporting structure

c. Do you have insight into alleged comments Peter made?  Were such concerns ever brought to your attention?
   a. Allegedly made inappropriate comments during a <u>June 2013 off-site</u> – Peter made A.H. stand next to peer who was getting married soon and had them recite lines that they could convey to their wives to make them feel loved; Allegedly done "repeatedly" at 4 day off-site
      i. I don't recall
      ii. Peter would bring up Dave's wedding in mtgs… but don't recall that
   b. Allegedly made similar comments at 2 <u>All Hands</u> in DET "over the past 12 months" – "Lucky to hire A.H… after he previously left his poor wife behind and went to SEA for a year"
      i. Wasn't in DET for all-hands
   c. Allegedly made comments that he doesn't know if A.H. was ever in SEA b/c he never saw him there (<u>All Hands</u> in Oct. 2014)

d. Do you think Peter shows bias/favoritism (in rating decision?) (Promo decision?)
   a. Peter has a style where he talks about people he knows well… jokes around… I don't think his decisions are based any bias
   b. Joel – I wrote promo doc… Peter had no role… process is it goes to Sebastian directs… then to promo panel… people from multiple businesses
      i. Peter is not allowed to write feedback in the doc b/c he is the management chain
      4. Stefan –
         a. Insight I have – doesn't go through same process… b/c Stefan is business… but, same time, brought up at least 3 times before Peter agreed he was ready
         b. I said he wasn't ready… and Peter respected that
      ii. He knows Haney well… and has known him a long time… but, not unfair promo advantage
         1. Twice rejected… at least
      iii. Re-orgs are often done around successful people… people promoted b/c they were/are successful
      iv. [A.H. alleges that Peter bases ratings/promos on relationship w/ him rather than actual performance data]

e. ==Do you think Abdullah can be successful, long-term, at AMZN?==
   a. ==No==
   b. Would you feel comfortable/uncomfortable if he were to transfer to another team?
      i. If he internalized the feedback he got here… there may be faint chance

f. I was in PHX last week… I went and sat at the same table… he didn't say hi
   a. He did the same thing to Joel

CONFIDENTIAL – Amazon Internal HR Investigation                                                                                5

       g.   [Joel as a leader/manager? Spec. Abdullah]
- a. Joel came to consult me at times
- b. He felt at a loss
- c. He tried a lot
- d. Joel managed an LE out a couple years ago… I gave him a lot of feedback during that process
- e. He came to me a lot for Abdullah

       h.

CONFIDENTIAL – Amazon Internal HR Investigation                                     1

FROM:         Anne DeCleene
SUBJECT:      Investigative Interview w/ <u>Madonna Cole</u>
DATE:         03/30/2015

I.   <u>Set Expectations:</u>
   a.   Legal Obligation
        i.   AMZN fosters an environment where EEs feel comfortable raising issues and
             reporting complaints
        ii.  Reinforce that Amazon has a duty to investigate
        iii. Cite relevant policy
   b.   Emphasize <u>Confidentiality</u>
        i.   Will be done as confidentially as possible
        ii.  Disclosure limited to those who have a legitimate reason to know
        iii. Strict duty to keep confidentiality and not discuss with anyone
   c.   Emphasize Integrity
        i.   This is serious and confidential
        ii.  Important to receive truthful/accurate info
        iii. Need first-hand info; not opinion/speculation
   d.   <u>No Conclusion Reached Yet</u>
        i.   Need to gather and analyze all the facts
   e.   Strongly Discourage Any <u>Retaliation</u>
        i.   Amazon policy prohibits retaliation
        ii.  Retaliation could result in discipline
   f.   Explain Nature & Content of The Complaint
        i.   Explain why you're there
        ii.  Carefully disclose certain facts
        iii. Maintain confidentiality of witnesses

II.   Gather Facts:

1.   Ratings
   a.   What was process for determining ratings?
      i.   Q1 2014?
         1.   Who weighed in on rating? Why did he receive the ratings he did?
            a.   I wasn't in the OLR… I didn't attend Peter's OLR (Jennifer)
            b.   Simmi and I met w/ Joel Mosby and Jim (just taking over as manager)
            c.   (Madonna forwarding relevant email/s)
         2.   I noticed on his 13-14 review his "strengths" and "improve" totals are included in the Review. Is that normal? Is that a normal approach for the Org?
            a.   I don't like that… but, it's not uncommon in tech groups
            b.   Are there statistical ranges by which LP count determines rating?
         3.   [Jim Joudry – Allegedly assured A.H. that rating in Q1 2014 would account for situation w/ Kanda; and rating would be: Achieves, Solid Strength (see Exhibit 12 – email to Madonna); Ended up w/ A, DN, LE ratings "with mentions of Kanda's issues in review… Joel then removed references before submitting review BUT maintained rating"]
            a.   I do remember "Kanda" being one of his concerns
            b.   It would have been Joel who determined the rating – whoever the manager is at the time of ratings "owns" the ratings… but, Jim would have provided feedback
         4.   Did you audit process/decision? Please explain. Who was involved? When? How?
            a.   I don't have notes… it was a stand-up meeting… "let's just get in a room and figure out what's going on"
               i.   Behavioral challenges
               ii.   I thought this guy could be turned around
               iii.   I honestly just handed it over to Simmi and never thought about it again
            b.   At what point was Abdullah's concern brought to your attention?
            c.   What did you and your HR team do, in response to his concern?
            d.   (Did HR adequately respond to his concerns?)
         5.   Do you think his Q1 2014 ratings were fair?
      ii.   Q1 2015?
         1.   Derek and Kaitlyn explained to me that Garret went into OLR w/ DN, LE, limited
         2.   Who weighed in on rating? In which OLR was Abdullah's rating determined?
            a.   Peter's OLR – Madonna does not attend
               i.   Kaitlin (maybe Derek)
         3.   Why did he receive the ratings he did?
         4.   Specifically, how does he – (Dev Needed Definition)
            a.   "need to work on demonstrating AMZN's LPs more frequently in current level"?
            b.   "deficiencies impact individual and team effectiveness"?
            c.   [VS. SOLID STRENGTH = Consistently demonstrates AMSN's LPs in current level and is strong in most. While they may have areas to develop. Those areas do not impact overall individual or team effectiveness.]

          i. Do you think he demonstrates AMZN's LPs in current level – L7?
          ii. Do you think he is strong in most?
          iii. Deficiencies do/do not impact overall team effectiveness?

5. Was his Evolution feedback reviewed in the OLR?
   a. If so, in what context?
   b. Was dashboard referenced? Was "hidden" feedback referenced?
   c. Including Q1 2015 "hidden" feedback, Abdullah has 104 notations of strengths and 44 notations of areas to improve
      i. Only 3 LPs had more "improve" vs. "strength"
         1. Vocally Self-Critical – 3 **vs.** 5
         2. Dive Deep – 4 **vs.** 5
         3. Have Backbone; Disagree & Commit – 2 **vs.** 5
      ii. In light of this, what do you think of Abdullah's LP rating?

6. What role (if any) did "transfer disagreement" play in rating?
   a. Just from conversation w/ Kaitlin w/ Derek
   b. Madonna provided NOTES from meeting w/ Derek and Kaitlyn (SEE NOTES)
      i. How did ratings occur?
      ii. At mid-year, was told her was "exceeding" from Joel
      iii. Abdullah doesn't hear the negative
      iv. Didn't feel it was only a "recent" issue
      v. (Madonna thinks Derek and Kaitlyn have a PIP composed… but, holding off on presenting since he's raised some concerns)

7. Do you think his Q1 2015 ratings are fair?

8. [Avi Saxena – Allegedly told A.H. that he shouldn't have any concerns about 2014 (Q1 2015) rating "since Marketplace was entrusting A.H. to build a whole new set of team in remote office"]
   a. Was building DET team a "stretch" assignment?

9. [A.H. had mid-year 2014 review/rating w/ Joel; allegedly told A.H. he was "exceeding"]
   a. Do you have any insight into mid-year review?

10. [Joel Mosby allegedly confirmed Q1 2015 rating as Exceeds, Solid Strength – to A.H. and Garret] [Joel Mosby allegedly conveyed to Garret that Q1 2015 rating for A.H. should be Exceeds, Solid Strength (as recently as 12/2014)]

11. [Garret allegedly told A.H. that Joel proposed A, DN, LE rating in Q1 2015 rating w/o any new data]

2. Performance Management
   a. Q1 2014
      i. What feedback/coaching/dev did Abdullah receive throughout the year as a result of his ratings?
      ii. Why wasn't Abdullah placed on formal coaching plan following rating?
      iii. Avi Saxena – Allegedly told A.H. he would not be placed on PIP or Dev Plan (due to Q1 2014 ratings) (see Cerio Notes – 3/5/15)
   b. Q1 2015
      i. Development plan?

3. [Bias / Favoritism]
   a. Do you have insight into MML and SCA being moved out of Abdullah's responsibilities?
      i. Why?

CONFIDENTIAL – Amazon Internal HR Investigation                                                                4

   1. [Abdullah alleged that Joel Mosby decreased scope of his role]
b. Do you have insight into Abdullah allegedly bring excluded from "key meetings" and "emails" (per 3/18/15 email A.H. sent Shelly) in light of his recent ratings?
   a. [PMO director whom I've worked with directly for over a year with no negative experiences has recently indicated that he wants to deal directly with Garret on our joint work items]
c. Do you have insight into alleged comments Peter made?  Were such concerns ever brought to your attention?
   a. No… last year… interactions were focused on ratings
   b. Didn't raise any of these type of concerns
   c. Do not attend any of Peter's All Hands
   d. Allegedly made inappropriate comments during a June 2013 off-site – Peter made A.H. stand next to peer who was getting married soon and had them recite lines that they could convey to their wives to make them feel loved; Allegedly done "repeatedly" at 4 day off-site
   e. Allegedly made similar comments at 2 All Hands "over the past 12 months" – "Lucky to hire A.H… after he previously left his poor wife behind and went to SEA for a year"
   f. Allegedly made comments that he doesn't know if A.H. was ever in SEA b/c he never saw him there
d. Do you think Peter shows bias/favoritism in rating decision?  Promo decision?
   ii. [A.H. alleges that Peter bases ratings/promos on relationship w/ him rather than actual performance data]
e. Do you think Abdullah can be successful, long-term, at AMZN?
   a. It is very unusual someone would be LE and still be here a 3rd year… possible… unlikely
   b. I don't know
   c. Would you feel comfortable/uncomfortable if he were to transfer to another team?
      i. No… unless there is a towering strength that is perfect fit for another position
f. Others it would be helpful to meet with (other than those listed in email previously sent)?
   a. Kaitlin McVey
   b. Derek Oehler
   c. Jennifer JoHnanson
   d. Simmi
g. I think there are nuances to marketplace culture… they tend to "re-org" quote a bit… but not really "re organizations"
   a. Not unusual to have 4 managers in 2.5 years… not great either
h. Thoughts re: Peter favoring people (ratings/promo) based on relationship
   a. Peter has that reputation… hi-fiving… mid-western guy…
   b. I think he makes great business/promo decision that are NOT based on his relationship w/ people
   c. Kurt Ohrt – strongly disliked each other
      i. Peter promoted Kurt to VP
      ii. And… encouraged him to move on to next role (AWS)
   d. Perception… not founded in data
i. Joel Mosby –

     a. Has he been consistent?
     b. Poke around
  j.

FROM:       Anne DeCleene
SUBJECT:    Investigative Interview w/ Derek Oehler
DATE:       04/01/2015

I.   Set Expectations:
   a.  Legal Obligation
       i.    AMZN fosters an environment where EEs feel comfortable raising issues and reporting complaints
       ii.   Reinforce that Amazon has a duty to investigate
       iii.  Cite relevant policy
   b.  Emphasize Confidentiality
       i.    Will be done as confidentially as possible
       ii.   Disclosure limited to those who have a legitimate reason to know
       iii.  Strict duty to keep confidentiality and not discuss with anyone
   c.  Emphasize Integrity
       i.    This is serious and confidential
       ii.   Important to receive truthful/accurate info
       iii.  Need first-hand info; not opinion/speculation
   d.  No Conclusion Reached Yet
       i.    Need to gather and analyze all the facts
   e.  Strongly Discourage Any Retaliation
       i.    Amazon policy prohibits retaliation
       ii.   Retaliation could result in discipline
   f.  Explain Nature & Content of The Complaint
       i.    Explain why you're there
       ii.   Carefully disclose certain facts
       iii.  Maintain confidentiality of witnesses

II.   <u>Gather Facts:</u>

1.  History supporting Abdullah
    a.  Started supporting Marketplace in 12/2014
        i.  Got up to speed
            1.  Typically, when a business partner transfer to a new business, made aware of "open" employee relations issues… or recent ER issues…
            2.  I was informed that Abdullah had concerns around LPs and his manager (Joel) was working w/ him to address those
            3.  And, to significant extent, he made progress… changed behavior…
            4.  I was also told the work Joel did w/ Abdullah was called out in Joel's promo doc
            5.  Mid-year (ish)– my understanding was there were a few instances
                a.  Internal transfer situation
                    i.  Did not disagree and commit
                b.  Ian Simpson – I support
                c.  When he was doing onboarding he went out to sites and described situation as, "Abdullah was speaking over people, claiming he had knowledge of projects/system and when Ian would probe he didn't have depth of knowledge he claimed to"
    b.  Specifically, started supporting Garret in March 2015
    c.  Simmi was Marketplace HR support – Peter Faricy – until 3/1/15
    d.  Mike Beary now supports Peter
    e.  Used to report to Simmi… now report to Mike
2.  Ratings
    a.  What was process for determining ratings?
        i.  Q1 2014?
            1.  Was not in last year's OLR
            2.  Who weighed in on rating?  Why did he receive the ratings he did?
            3.  I noticed on his 13-14 review his "strengths" and "improve" totals are included in the Review.  Is that normal?  Is that a normal approach for the Org?
                a.  Are there statistical ranges by which LP count determines rating?
            4.  [Jim Joudry – Allegedly assured A.H. that rating in Q1 2014 would account for situation w/ Kanda; and rating would be: Achieves, Solid Strength (see Exhibit 12 – email to Madonna); Ended up w/ A, DN, LE ratings "with mentions of Kanda's issues in review… <u>**Joel** then removed references before submitting review BUT maintained rating</u>"]
            5.  Did you audit process/decision?  Please explain.  Who was involved?  When?  How?
                a.  At what point was Abdullah's concern brought to your attention?
                b.  What did you and your HR team do, in response to his concern?
                c.  (Did HR adequately respond to his concerns?)
            6.  Do you think his Q1 2014 ratings were fair?
        ii.  Q1 2015?
            1.  Garret brought the ratings in and the ratings stuck
                a.  Kaitlin was supporting
            2.  My recollection is that the story w/ Abdullah (during OLR) was he was made aware of LP issue

    a. Earn Trust & Vocally Self Critical
    b. Received coaching from Joel
    c. Appeared to course correct
    d. During 2nd half of 2014... demonstrated that he wasn't able to sustain/maintain improvement
    e. Lost trust amongst leaders/partners... impacts ability to get things done
    f. Doesn't always focus on priorities for his role
    g. No one challenged ratings during OLR
    h. Don't remember extent to which Evolution was cited
    i. Leaders use an excel template to quantify the # of feedback and areas of strength/development... that is used... more to surface signals... but, look at feedback providers... perhaps solicit feedback
        i. Data point... but not sole decider
        ii. Others:
            1. Progress against goals
            2. Influence (esp. L7 and L8)
            3. Hire and Develop – Abdullah doing really well
            4. Effectiveness – drive large initiatives
            5. (Look at leveling guideline – broad tool)
    j. I know that, in terms of volume of feedback, he has interacted positively below him and outside org... to where he can get positive feedback... he solicits feedback
    k. Feedback that points to improvement – have much larger business impact and implications
        i. There are things are business cannot get done b/c of Abdullah
            1. Example: "roadmap" (Derek sending example)
3. Who weighed in on rating?
4. In which OLR was Abdullah's rating determined?
5. Why did he receive the ratings he did?
6. Specifically, how does he – (Dev Needed Definition)
    a. "need to work on demonstrating AMZN's LPs more frequently in current level"?
    b. "deficiencies impact individual and team effectiveness"?
    c. [VS. SOLID STRENGTH = Consistently demonstrates AMSN's LPs in current level and is strong in most. While they may have areas to develop. Those areas do not impact overall individual or team effectiveness.]
        i. Do you think he demonstrates AMZN's LPs in current level – L7?
        ii. Do you think he is strong in most?
        iii. Deficiencies do/do not impact overall team effectiveness?
7. Was his Evolution feedback reviewed in the OLR?
    a. If so, in what context?
    b. Was dashboard referenced? Was "hidden" feedback referenced?
    c. Including Q1 2015 "hidden" feedback, Abdullah has 104 notations of strengths and 44 notations of areas to improve

        i.  Only 3 LPs had more "improve" vs. "strength"
- 1. Vocally Self-Critical – 3 **vs.** 5
- 2. Dive Deep – 4 **vs.** 5
- 3. Have Backbone; Disagree & Commit – 2 **vs.** 5

        ii.  In light of this, what do you think of Abdullah's LP rating?

8. What role (if any) did "transfer disagreement" play in rating?
   a. In my opinion... it was the clearest and most representative example of a <u>trend</u> of behavior
      i. But, there are other instances/examples
   b. It was visible to a large # of people
9. Do you think his Q1 2015 ratings are fair?
10. [**Avi Saxena** – Allegedly told A.H. that he shouldn't have any concerns about 2014 (Q1 2015) rating "since Marketplace was entrusting A.H. to build a whole new set of team in remote office"]
    a. Was building DET team a "stretch" assignment?
    b. My understanding... transfer to DET primarily driven by personal reasons
    c. Opportunistic for AMZN as well
11. [A.H. had mid-year 2014 review/rating w/ **Joel**; allegedly told A.H. he was "exceeding"]
    a. Do you have any insight into mid-year review?
    b. I have not seen the review... my understanding – at a minimum, he was told he was on the right track
12. [**Joel Mosby** allegedly confirmed Q1 2015 rating as Exceeds, Solid Strength – to A.H. and Garret] [Joel Mosby allegedly conveyed to Garret that Q1 2015 rating for A.H. should be Exceeds, Solid Strength (as recently as 12/2014)]
    a. I attended a mtg w/ Kaitlin and Joel in Late Dec/early Jan and Joel actually was expressing concerns about Abdullah... primarily on LP side... but, no specific mention of potential ratings
13. [Garret allegedly told A.H. that Joel proposed A, DN, LE rating in Q1 2015 rating w/o any new data]
    a. Garret owns the rating... he walked into the OLR w/ the rating... Garret and Joel had discussions as part of hand-off... I do not know if Joel proposed a rating

3. Performance Management
   a. Q1 2014
      i. What feedback/coaching/dev did Abdullah receive throughout the year as a result of his ratings?
         1. As far as I know – verbal feedback
      ii. Why wasn't Abdullah placed on formal coaching plan following rating?
         1. Jim Joudrey – Jim wanted to move forward w/ written plan... I believe he may have written one... but, someone in HR pushed back... but I am not sure who that was
      iii. [**Avi Saxena** – Allegedly told A.H. he would not be placed on PIP or Dev Plan (due to Q1 2014 ratings) (see Cerio Notes – 3/5/15)]
         1. No insight
   b. Q1 2015
      i. Coaching in writing?

        1. Yes – Garret has had discussion… some of which were documented
        2. Stefan has provided feedback – at least verbally
     ii. Plan?
        1. PIP
4. [Bias / Favoritism]
   a. Do you have insight into MML and SCA being moved out of Abdullah's responsibilities?
     i. Why?
        1. [Abdullah alleged that Joel Mosby decreased scope of his role]
        2. I cannot speak specifically to those programs…
        3. I do know that there are members of Stefan's team who have expressed that they find it difficult to deal directly w/ Abdullah
   b. Do you have insight into Abdullah allegedly bring excluded from "key meetings" and "emails" (per 3/18/15 email A.H. sent Shelly) in light of his recent ratings?
     a. IR2 – recent hackathon (PHX)
       i. Stefan reached out to Garret and me – (Derek forwarding applicable email)
     b. [PMO director whom I've worked with directly for over a year with no negative experiences has recently indicated that he wants to deal directly with Garret on our joint work items]
   c. Do you have insight into alleged comments Peter made?  Were such concerns ever brought to your attention?
     a. No insight…
     b. Wasn't at those events and cannot recall any inappropriate comments Peter ever made
     c. Allegedly made inappropriate comments during a June 2013 off-site – Peter made A.H. stand next to peer who was getting married soon and had them recite lines that they could convey to their wives to make them feel loved; Allegedly done "repeatedly" at 4 day off-site
     d. Allegedly made similar comments at 2 All Hands "over the past 12 months" – "Lucky to hire A.H… after he previously left his poor wife behind and went to SEA for a year"
     e. Allegedly made comments that he doesn't know if A.H. was ever in SEA b/c he never saw him there
   d. Do you think Peter shows bias/favoritism (in rating decision?)  (Promo decision?)
     ii. [A.H. alleges that Peter bases ratings/promos on relationship w/ him rather than actual performance data]
     iii. Watching Peter in OLR process… fair, balanced and data driven
     iv. Witnessing interactions w/ direct reports, there are obviously people he knows better and has worked w/ longer… but he actively engages w/ people he doesn't know as well
   e. Do you think Abdullah can be successful, long-term, at AMZN?
     a. I don't… I believe that Abdullah has a vision of AMZN in his mind… that vision is not accurate w/ reality of our culture
     b. Would you feel comfortable/uncomfortable if he were to transfer to another team?
       i. My understanding of these behaviors… I believe that the moment he faces disagreement or is directed to work on something he doesn't want to spend his time on… these behaviors will continue
       ii. It would provide comparative data… but we have 2 performance cycles

CONFIDENTIAL – Amazon Internal HR Investigation                                                                    6

    f.   Garret and Abdullah had a 1:1 this week and Garret informed me that during the conversation Abdullah said, "Internal investigation is going on… Joel and Stefan will be lucky to keep their jobs… and, oh by the way… I am still mad at you"

        a.   Derek going to forward email

    g.

CONFIDENTIAL – Amazon Internal HR Investigation                    1

FROM:        Anne DeCleene
SUBJECT:     Investigative Interview w/ Kaitlin McVey
DATE:        04/01/2015


I.   Set Expectations:
     a.  Legal Obligation
         i.    AMZN fosters an environment where EEs feel comfortable raising issues and
               reporting complaints
         ii.   Reinforce that Amazon has a duty to investigate
         iii.  Cite relevant policy
     b.  Emphasize Confidentiality
         i.    Will be done as confidentially as possible
         ii.   Disclosure limited to those who have a legitimate reason to know
         iii.  Strict duty to keep confidentiality and not discuss with anyone
     c.  Emphasize Integrity
         i.    This is serious and confidential
         ii.   Important to receive truthful/accurate info
         iii.  Need first-hand info; not opinion/speculation
     d.  No Conclusion Reached Yet
         i.    Need to gather and analyze all the facts
     e.  Strongly Discourage Any Retaliation
         i.    Amazon policy prohibits retaliation
         ii.   Retaliation could result in discipline
     f.  Explain Nature & Content of The Complaint
         i.    Explain why you're there
         ii.   Carefully disclose certain facts
         iii.  Maintain confidentiality of witnesses

II.   <u>Gather Facts:</u>

1. History supporting Abdullah
   a. Karen Boone – Contractor – supported Marketplace last year
      i. Not sure extent of interaction Karen had w/ Abdullah
   b. I started supporting Marketplace in ~ Sept. 2014
      i. Derek moved over ~ Dec. 2014
   c. Derek and I divided Marketplace
      i. Derek came over w/ Ian
   d. I was helping w/ Abdullah b/c I was technically supporting his group
   e. We did a client re-alignment about a month ago
      i. Derek "officially" supports now
   f. Marketplace re-orgs quite often
      i. Business needs
   g. Moved Abdullah under Garret w/ recent re-org
      i. Wanted once site leader in DET, similar to PHX
   h. Joel just promoted Q3 2014, Abdullah used to report to Joel
   i. I had a meeting w/ Garret and Derek… maybe a month or so ago… that was me providing update, transition to Derek
2. Ratings
   a. What was process for determining ratings?
      i. Q1 2014?
         1. No insight
         2. First knowledge I learned of his ratings – Mid-year 2014 OLR – Joel
         3. Before I officially joined the team… in that mtg, met Abdullah
         4. Joel, Jim and other leaders talked about Abdullah – LE last year but doing a really good job… still some things he needs to work on… but have seen improvement… A towards E w/ SS… pleased w/ his progress
         5. Great story for Joel
         6. Escalated when Sebastian had an off-site w/ Directors ~ Oct. 2014 in SEA/Fremont –
            a. Joel pulled me aside and said he wanted to put Abdullah on a PIP
            b. He put a draft together and I pushed back…
               i. Said – he has been doing well… no documentation until now… provide strong coaching
               ii. Joel was upset about… Abdullah can be fixated on being right
               iii. Transfer incident
                  1. Escalated… Joel got involved… Abdullah called someone a liar
               iv. (Kaitlin sending PIP draft)
               v. I felt it was really poor behavior… warranting strong coaching… not PIP
               vi. Other leaders didn't even working w/ Abdullah
               vii. Advised Joel to be progressive
         7. I went to DET in late 11/2014/early 12/2014
            a. He was worried about moving under Garret… Joel being promoted… why isn't he being developed?  Transfer incident
            b. Joel said he wasn't vocally self-critical… so, I told him "he needs to choose his battles"… # of days to transfer… vs. continue/build relationships
            c. We talked about his rough start at AMZN

       d. Asked me if he can turn his first yr. ratings around
- i. Negative balance in the bank
- ii. Not in SEA... leadership not seeing behavior change
- iii. How do you rebuild relationships/trust?
- iv. Garret does that well... to your benefit you are reporting to Garret

       e. If you want to be here and are committed to being here... there is a spot for your... but hard to change people perception of trust

8. Personally... I think he had a rough start... but not naturally AMZN culture fit... poor rating... leaders decided best decision was have him move to DET and report up through SEA... a lot of distance
9. He said, in so many words, doesn't value networking w/ peers and leadership
10. We talked about networking can be advantageous to your group

  ii. Q1 2015?
1. I was talking w/ Garret for a while before the OLR re: ratings... he was thinking A or E w/ DN... I said: make sure you come in w/ data
2. I told Garret and talked to Simmi... we wouldn't put someone on a PIP if they were exceeds
3. We (Garret) recognized that Abdullah is going to be contentious
4. Garret told me that he was going to do A, DN
      a. He went into OLR – A, DN, L, LE
5. Abdullah did great work in recruiting... but gaps in the "work"/business side he was supposed to be doing
6. I remember a little of the discussion (during OLR – Joel's OLR – Directors and L7 w/ L7 directs)
      a. The transfer thing happened and it put a sore note...
      b. But, there were other instances after that... interactions w/ the business team
      c. When Ian Simpson was visiting DET, Abdullah would say he knew about something but then not be able to follow-it-up w/ any details
      d. Happened ~ 3 x in the mtg
      e. He wasn't being the leader that was expected of him
      f. Tends to talk over people and interrupt
7. I think he is passionate about developing and promoting... his team likes him... but, peers and upward – problematic – burned relationships
8. Victim mentality
9. Who weighed in on rating?
10. In which OLR was Abdullah's rating determined?
11. Why did he receive the ratings he did?
12. Specifically, how does he – (Dev Needed Definition)
      a. "need to work on demonstrating AMZN's LPs more frequently in current level"?
      b. "deficiencies impact individual and team effectiveness"?
      c. [VS. SOLID STRENGTH = Consistently demonstrates AMSN's LPs in current level and is strong in most. While they may have areas to develop. Those areas do not impact overall individual or team effectiveness.]

          i. Do you think he demonstrates AMZN's LPs in current level – L7?

          ii. Do you think he is strong in most?

          iii. Deficiencies do/do not impact overall team effectiveness?

13. Was his Evolution feedback reviewed in the OLR?

    a. Garret told me that he took a look at the feedback and he parsed it out by those below him and those that are his peers and above him… I think Garret talked about that in the OLR

        i. He can perform but he cannot build relationship and be a team player as a L7

    b. If so, in what context?

    c. Was dashboard referenced?  Was "hidden" feedback referenced?

    d. Including Q1 2015 "hidden" feedback, Abdullah has 104 notations of strengths and 44 notations of areas to improve

        i. Only 3 LPs had more "improve" vs. "strength"

            1. Vocally Self-Critical – 3 **vs.** 5

            2. Dive Deep – 4 **vs.** 5

            3. Have Backbone; Disagree & Commit – 2 **vs.** 5

        ii. In light of this, what do you think of Abdullah's LP rating?

14. What role (if any) did "transfer disagreement" play in rating?

15. Do you think his Q1 2015 ratings are fair?

16. **[Avi Saxena** – Allegedly told A.H. that he shouldn't have any concerns about 2014 (Q1 2015) rating "since Marketplace was entrusting A.H. to build a whole new set of team in remote office"]

    a. I know that Abdullah told me that Avi told him that he is doing well

    b. Was building DET team a "stretch" assignment?

17. [A.H. had mid-year 2014 review/rating w/ **Joel**; allegedly told A.H. he was "exceeding"]

    a. Do you have any insight into mid-year review?

18. [**Joel Mosby** allegedly confirmed Q1 2015 rating as Exceeds, Solid Strength – to A.H. and Garret]  [Joel Mosby allegedly conveyed to Garret that Q1 2015 rating for A.H. should be Exceeds, Solid Strength (as recently as 12/2014)]

    a. Joel and Garret had a sit down w/ Abdullah and Joel told Abdullah he thought he would be E, DN

    b. Abdullah followed up w/ that meeting w/ an email

    c. There was an email exchange about his ratings… Abdullah wrote that they are not accessing ratings right

    d. (Kaitlin forwarding emails)

19. [Garret allegedly told A.H. that Joel proposed A, DN, LE rating in Q1 2015 rating w/o any new data]

3. Performance Management

    a. Q1 2014

        i. Joel had an informal coaching plan… not much documented

        ii. What feedback/coaching/dev did Abdullah receive throughout the year as a result of his ratings?

        iii. Why wasn't Abdullah placed on formal coaching plan following rating?

          iv.  [Avi Saxena – Allegedly told A.H. he would not be placed on PIP or Dev Plan (due to Q1 2014 ratings) (see Cerio Notes – 3/5/15)]
- b. Q1 2015
    - i. Spoke about a plan a little during the OLR
    - ii. Also discussed him in Ian and Peter's OLR (in addition to Joel's)
        1. What happened?
        2. I am going to work w/ Garret to put him on a PIP to address behavior
        3. (I had originally thought he was put on a PIP in 2014… so, I reached out to Legal to see what we could do… but, when I discovered there was never a PIP… I recommend a PIP)
    - iii. Coaching in writing?
    - iv. Plan?
4. [Bias / Favoritism]
    - a. Do you have insight into MML and SCA being moved out of Abdullah's responsibilities?
        - a. MML – Machine learning
            - i. Moved people (from Abdullah) to report to Mat Philipson
            - ii. Abdullah reached out to me concerned about 2 EEs being moved… was not involved in conversation
                1. Ticket submitted to move 2 EEs… that's how Abdullah found out
                2. It could have been better… it's also, It's just AMZN
            - iii. In light of Abdullah's response, I met w/ Joel, Stefan and Derek
                1. Business case
            - iv. I also met w/ 2 EEs, since Abdullah said they were upset, and Abdullah pushed them to meet w/ me
                1. Joel said he chatted w/ them… Stefan said he saw it… Mat had a meeting w/ them
                2. When I met w/ EEs… they were not upset… there were not as clear about the business case
                    - a. Didn't fully understand why change was happening /business case
                    - b. Concern re: reporting up through tech – talked about mentors
                    - c. They were told something like – allow Abdullah to focus on his team/area
                    - d. I followed up w/ Mat Philipson
        - i. Why?
            1. [Abdullah alleged that Joel Mosby decreased scope of his role]
    - b. Do you have insight into Abdullah allegedly bring excluded from "key meetings" and "emails" (per 3/18/15 email A.H. sent Shelly) in light of his recent ratings?
        - a. [PMO director whom I've worked with directly for over a year with no negative experiences has recently indicated that he wants to deal directly with Garret on our joint work items]
    - c. Do you have insight into alleged comments Peter made?  Were such concerns ever brought to your attention?
        - a. All the conversations I have had w/ Joel and Garret and anyone else… re: ratings… not about his interactions w/ Peter
        - b. Abdullah told Ian that he felt Joel was disparaging his reputation to others

CONFIDENTIAL – Amazon Internal HR Investigation                                                                    6

    c.  When Abdullah moved over to Garret...
        i.  This isn't just coming from Joel... this is coming from multiple sources
    d.  Allegedly made inappropriate comments during a June 2013 off-site – Peter made A.H. stand next to peer who was getting married soon and had them recite lines that they could convey to their wives to make them feel loved; Allegedly done "repeatedly" at 4 day off-site
    e.  Allegedly made similar comments at 2 All Hands "over the past 12 months" – "Lucky to hire A.H... after he previously left his poor wife behind and went to SEA for a year"
    f.  Allegedly made comments that he doesn't know if A.H. was ever in SEA b/c he never saw him there

d.  Do you think Peter shows bias/favoritism (in rating decision?)  (Promo decision?)
    a.  I can say that... esp. in tech... in OLR... Ian is new VP of Tech... Peter made comments such as, "You guys decided/discussed ratings... I am going to trust what you decided"
    b.  I was in mtg where Joel's promo was discussed... fair and balanced... he already had scope of Dir role
    c.  Peter is actually pretty hard on promotions... doc has to be written really well
    d.  Avi wrote Joel's promo doc... I think it was the 2nd time Joel was up for promo
    ii.  [A.H. alleges that Peter bases ratings/promos on relationship w/ him rather than actual performance data]

e.  Do you think Abdullah can be successful, long-term, at AMZN?
    a.  He would have to go to a completely different org and want to change
        i.  Vocally self-critical
        ii.  Disagree and commit
        iii.  Currently – way he interacts at Sr. level... it's going to be very difficult
            1.  It's about influence and relationship building
            2.  I don't think he can do that
            3.  Burns relationships over one single thing
    b.  Would you feel comfortable/uncomfortable if he were to transfer to another team?
        i.  No... he has a reputation... I think it's hard to change that... in light of his specific areas...

f.  If you give him feedback... he hears the positive... not the negative

CONFIDENTIAL – Amazon Internal HR Investigation                                                      1

FROM:        Anne DeCleene
SUBJECT:     Investigative Interview w/ Jennifer JoHahnson
DATE:        04/01/2015

I.   Set Expectations:
     a.  Legal Obligation
         i.   AMZN fosters an environment where EEs feel comfortable raising issues and
              reporting complaints
         ii.  Reinforce that Amazon has a duty to investigate
         iii. Cite relevant policy
     b.  Emphasize Confidentiality
         i.   Will be done as confidentially as possible
         ii.  Disclosure limited to those who have a legitimate reason to know
         iii. Strict duty to keep confidentiality and not discuss with anyone
     c.  Emphasize Integrity
         i.   This is serious and confidential
         ii.  Important to receive truthful/accurate info
         iii. Need first-hand info; not opinion/speculation
     d.  No Conclusion Reached Yet
         i.   Need to gather and analyze all the facts
     e.  Strongly Discourage Any Retaliation
         i.   Amazon policy prohibits retaliation
         ii.  Retaliation could result in discipline
     f.  Explain Nature & Content of The Complaint
         i.   Explain why you're there
         ii.  Carefully disclose certain facts
         iii. Maintain confidentiality of witnesses

II.   <u>Gather Facts:</u>

1. History supporting Abdullah
   a. May 2014 – transferred to Fresh team
   b. Out on leave from end of Feb. through early May
   c. I was in Jan. 2014 OLR when they determined ratings
      i. It was a lengthy discussion
      ii. Not meeting curve for 6-7
         1. I think he had different ratings coming in vs. leaving OLR
         2. I remember Joel had just been moved to Abdullah's manager... so, Joel didn't have anything to say about ratings
         3. I remember they came in as A, DN, HV... I don't think he came in w/ limited
      iii. Stack ranked
      iv. One of the things I was I was thinking about was how we were going to put Joel up for promo and how putting LE was not going to be helpful
      v. Abdullah had several instances of trending up and down... largely around LPs... earns trust... he has an over bias for action
      vi. He would often open his mouth before thinking
      vii. Kanda was not in the OLR
      viii. Abdullah was worried Kanda wasn't standing up for himself or the team to Peter... but he never raised issues that Kanda was discriminatory or anything like that
      ix. He did say that he disagreed w/ the 90-day review Kanda wrote... didn't think it was fair or balanced
      x. I think at a later date, Kanda went back and got more feedback
      xi. (Jennifer going to send doc if she has it)
      xii. I often talked to Kanda about Abdullah... largely, how to help him adjust to the culture
      xiii. I remember Abdullah had an interaction w/ Peter that wasn't favorable so Peter asked me to have 1:1s w/ Abdullah... maybe bi-weekly... monthly... 2 or 3 times
      xiv. Abdullah is not very vocally self-critical
      xv. I'm sure he and I had a conversation about relationship b/t Peter and Kanda... he was worried Kanda was going to follow whatever Peter said and not have backbone
         1. Kanda actually had a lot of backbone when it came to tech decisions
         2. Although, Peter is right most often
         3. Kanda is not a strong people manager
         4. I would never say, "there is nothing I can do" or "I don't know what to do" (as Abdullah claims)
      xvi. I don't recall Madonna being looped in (went on leave right after OLR)
      xvii. We debated in OLR a long time... stack ranking... summary – although he showed signs that he was improving... over course of year, several opportunities where he continually demonstrated deficiencies in LPs
      xviii. He was in the process of moving to DET (when I went on leave)... he wasn't going to be the leader of that site (Garret)... honestly, Abdullah should have reported to garret
      xix. Jan. 2014 re-org – Joel started managing Abdullah
      xx. DET was not stretch assignment
         1. He started in SEA but never moved family here
      xxi. Don't remember ever having a conversation w/ Joel (or anyone else) re: development plan
         1. Karen Boone and Simmi covered while I was on leave

2. Ratings
   a. What was process for determining ratings?
      i. Q1 2014?
         1. Who weighed in on rating?  Why did he receive the ratings he did?
         2. I noticed on his 13-14 review his "strengths" and "improve" totals are included in the Review.  Is that normal?  Is that a normal approach for the Org?
            a. Are there statistical ranges by which LP count determines rating?
         3. [Jim Joudry – Allegedly assured A.H. that rating in Q1 2014 would account for situation w/ Kanda; and rating would be: Achieves, Solid Strength (see Exhibit 12 – email to Madonna); Ended up w/ A, DN, LE ratings "with mentions of Kanda's issues in review… **Joel** then removed references before submitting review BUT maintained rating"]
            a. I never saw Jim promising ratings to anybody
         4. Did you audit process/decision?  Please explain.  Who was involved?  When?  How?
            a. At what point was Abdullah's concern brought to your attention?
            b. What did you and your HR team do, in response to his concern?
            c. (Did HR adequately respond to his concerns?)
         5. Do you think his Q1 2014 ratings were fair?
3. Performance Management
   a. Q1 2014
      i. What feedback/coaching/dev did Abdullah receive throughout the year as a result of his ratings?
      ii. Why wasn't Abdullah placed on formal coaching plan following rating?
      iii. [Avi Saxena – Allegedly told A.H. he would not be placed on PIP or Dev Plan (due to Q1 2014 ratings) (see Cerio Notes – 3/5/15)]
4. [Bias / Favoritism]
   a. Do you have insight into alleged comments Peter made?  Were such concerns ever brought to your attention?
      a. DET off-site
         i. I was still new to the team
         ii. Started supporting Marketplace March/April 2013
         iii. Leadership off-site
         iv. Abdullah came… Peter was not happy about Abdullah being there
         v. (Jennifer will forward email) Peter sent Kanda an email… after I think… saying why was Abdullah invited… shouldn't have been
         vi. Not all of the L7s were there
         vii. During the off-site… or during event…
            1. There was some comment – Peter was joking w/ Abdullah and Peter made comments about him not being a good husband b/c he leaves his family behind every week… judgmental comment
         viii. Peter didn't like Abdullah… didn't feel he was a strong leader
         ix. Definitely not discriminatory towards Abdullah
         x. Abdullah never raised concern w/ me
      b. Allegedly made inappropriate comments during a June 2013 off-site – Peter made A.H. stand next to peer who was getting married soon and had them recite lines

4

               that they could convey to their wives to make them feel loved; Allegedly done "repeatedly" at 4 day off-site

- c.   Allegedly made similar comments at 2 All Hands "over the past 12 months" – "Lucky to hire A.H… after he previously left his poor wife behind and went to SEA for a year"
- d.   Allegedly made comments that he doesn't know if A.H. was ever in SEA b/c he never saw him there

- b. Do you think Peter shows bias/favoritism (in rating decision?)  (Promo decision?)
  - a. He makes sure strongest performers have roles that reflect that
  - b. He is good at sifting out who are going to be strong performers and gives them harder things to solve
    - i. [A.H. alleges that Peter bases ratings/promos on relationship w/ him rather than actual performance data]
      1. No
      2. Not any more than anyone else
      3. He doesn't even know ½ of the promos that come across his desk
- c. Do you think Abdullah can be successful, long-term, at AMZN?
  - a. I'm not sure… hard to say
  - b. Based on my experiences w/ him… I would say no
- d. There were regular flare-ups w/ his behavior… largely around Peter
- e. He says something… and presents it in an off-putting matter-of-fact type way

CONFIDENTIAL – Amazon Internal HR Investigation                                              1

FROM:        Anne DeCleene
SUBJECT:     Investigative Interview w/ <u>Simmi</u>
DATE:        04/02/2015

I.    <u>Set Expectations:</u>
   a.  Legal Obligation
       i.    AMZN fosters an environment where EEs feel comfortable raising issues and reporting complaints
       ii.   Reinforce that Amazon has a duty to investigate
       iii.  Cite relevant policy
   b.  Emphasize <u>Confidentiality</u>
       i.    Will be done as confidentially as possible
       ii.   Disclosure limited to those who have a legitimate reason to know
       iii.  Strict duty to keep confidentiality and not discuss with anyone
   c.  Emphasize Integrity
       i.    This is serious and confidential
       ii.   Important to receive truthful/accurate info
       iii.  Need first-hand info; not opinion/speculation
   d.  <u>No Conclusion Reached Yet</u>
       i.    Need to gather and analyze all the facts
   e.  Strongly Discourage Any <u>Retaliation</u>
       i.    Amazon policy prohibits retaliation
       ii.   Retaliation could result in discipline
   f.  Explain Nature & Content of The Complaint
       i.    Explain why you're there
       ii.   Carefully disclose certain facts
       iii.  Maintain confidentiality of witnesses

II.   <u>Gather Facts:</u>

1. History supporting Abdullah
   a. I got involved when I was transitioning into Marketplace… he reached out to Madonna… he had a 1:1 w/ Madonna about his last year's review
   b. That was my 1st exposure
   c. Madonna, Joel and I had a conversation… about Madonna having conversation w/ Abdullah and closing the loop
   d. The Abdullah transitioned to me… he emailed me when he was in town once… and it was very last minute… I couldn't make the meeting… let him know to let me know ahead of time… but he waited again until last minute
   e. I have never met him
   f. He was trending well at mid-year… it was called out in Joel's promo doc
   g. There was a more recent issue… closer to Q1… Kaitlin got involved
      i. Nov… earn trust, disagree and commit, vocally self-critical
   h. June/July when he reached out… I didn't think there were any issues
   i. Nov. – he reached out again… I said I am not available, however, you can reach out to Joel
   j. Kaitlin has been the sole person since then
   k. Derek got involved in Dec.
2. Ratings
   a. What was process for determining ratings?
      i. Q1 2014?
         1. Who weighed in on rating?  Why did he receive the ratings he did?
         2. I noticed on his 13-14 review his "strengths" and "improve" totals are included in the Review.  Is that normal?  Is that a normal approach for the Org?
            a. Are there statistical ranges by which LP count determines rating?
         3. [Jim Joudry – Allegedly assured A.H. that rating in Q1 2014 would account for situation w/ Kanda; and rating would be: Achieves, Solid Strength (see Exhibit 12 – email to Madonna); Ended up w/ A, DN, LE ratings "with mentions of Kanda's issues in review… <u>Joel then removed references before submitting review BUT maintained rating</u>"]
         4. Did you audit process/decision?  Please explain.  Who was involved?  When?  How?
            a. At what point was Abdullah's concern brought to your attention?
            b. What did you and your HR team do, in response to his concern?
            c. (Did HR adequately respond to his concerns?)
         5. Do you think his Q1 2014 ratings were fair?
      ii. Q1 2015?
         1. Who weighed in on rating?
         2. In which OLR was Abdullah's rating determined?
         3. Why did he receive the ratings he did?
         4. Specifically, how does he – (Dev Needed Definition)
            a. "need to work on demonstrating AMZN's LPs more frequently in current level"?
            b. "deficiencies impact individual and team effectiveness"?

    c. [VS. SOLID STRENGTH = Consistently demonstrates AMSN's LPs in current level and is strong in most. While they may have areas to develop. Those areas do not impact overall individual or team effectiveness.]

       i. Do you think he demonstrates AMZN's LPs in current level – L7?

       ii. Do you think he is strong in most?

       iii. Deficiencies do/do not impact overall team effectiveness?

5. Was his Evolution feedback reviewed in the OLR?

    a. If so, in what context?

    b. Was dashboard referenced? Was "hidden" feedback referenced?

    c. Including Q1 2015 "hidden" feedback, Abdullah has 104 notations of strengths and 44 notations of areas to improve

       i. Only 3 LPs had more "improve" vs. "strength"

          1. Vocally Self-Critical – 3 **vs.** 5

          2. Dive Deep – 4 **vs.** 5

          3. Have Backbone; Disagree & Commit – 2 **vs.** 5

       ii. In light of this, what do you think of Abdullah's LP rating?

6. What role (if any) did "transfer disagreement" play in rating?

7. Do you think his Q1 2015 ratings are fair?

8. [**Avi Saxena** – Allegedly told A.H. that he shouldn't have any concerns about 2014 (Q1 2015) rating "since Marketplace was entrusting A.H. to build a whole new set of team in remote office"]

    a. Was building DET team a "stretch" assignment?

9. [A.H. had mid-year 2014 review/rating w/ **Joel**; allegedly told A.H. he was "exceeding"]

    a. Do you have any insight into mid-year review?

10. [**Joel Mosby** allegedly confirmed Q1 2015 rating as Exceeds, Solid Strength – to A.H. and Garret] [Joel Mosby allegedly conveyed to Garret that Q1 2015 rating for A.H. should be Exceeds, Solid Strength (as recently as 12/2014)]

11. [Garret allegedly told A.H. that Joel proposed A, DN, LE rating in Q1 2015 rating w/o any new data]

3. Performance Management

    a. Q1 2014

       i. What feedback/coaching/dev did Abdullah receive throughout the year as a result of his ratings?

       ii. Why wasn't Abdullah placed on formal coaching plan following rating?

       iii. PIP?

       iv. [**Avi Saxena** – Allegedly told A.H. he would not be placed on PIP or Dev Plan (due to Q1 2014 ratings) (see Cerio Notes – 3/5/15)]

    b. Q1 2015

       i. Coaching in writing?

       ii. Plan?

4. [Bias / Favoritism]

    a. Do you have insight into MML and SCA being moved out of Abdullah's responsibilities?

       i. Why?

          1. [Abdullah alleged that Joel Mosby decreased scope of his role]

    b.  Do you have insight into Abdullah allegedly bring excluded from "key meetings" and "emails" (per 3/18/15 email A.H. sent Shelly) in light of his recent ratings?

        a.  [PMO director whom I've worked with directly for over a year with no negative experiences has recently indicated that he wants to deal directly with Garret on our joint work items]

    c.  Do you have insight into alleged comments Peter made?  Were such concerns ever brought to your attention?  Bias?  Favoritism?

        a.  Allegedly made inappropriate comments during a June 2013 off-site – Peter made A.H. stand next to peer who was getting married soon and had them recite lines that they could convey to their wives to make them feel loved; Allegedly done "repeatedly" at 4 day off-site

        b.  Allegedly made similar comments at 2 All Hands "over the past 12 months" – "Lucky to hire A.H... after he previously left his poor wife behind and went to SEA for a year"

        c.  Allegedly made comments that he doesn't know if A.H. was ever in SEA b/c he never saw him there

    d.  Do you think Peter shows bias/favoritism (in rating decision?)  (Promo decision?)

        ii.  [A.H. alleges that Peter bases ratings/promos on relationship w/ him rather than actual performance data]

            1.  No...

            2.  Same as any other org

            3.  Manager bring data

            4.  Joel... Avi... bring data...

            5.  Joel was just promoted... part of his promo doc... he was able to turn around an LE leader... the fact that Abdullah is having these issues upsets me

            6.  As far as I was hearing, he turned around

            7.  Then... there was the AWS transfer incident... he was jerk about it

    e.  Do you think Abdullah can be successful, long-term, at AMZN?

        a.  Would you feel comfortable/uncomfortable if he were to transfer to another team?

    f.

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **To:** | Cerio, Shelly |
| **Sent:** | 2/24/2015 7:24:30 PM |
| **Subject:** | CONFIDENTIAL: bias issue |
| **Attachments:** | joel-feedback.html; stefan-feedback.html |

Hi Shelly,

I am reaching out to you because I have been unsuccessful in resolving a long-standing issue using my HRBP chain, including Madonna. It has become very clear to me that I have faced a pattern of biased treatment for the past 18+ months and I am no longer willing to handle this within my HRBP team because I believe that this bias exists with Peter Faricy himself as well as his directs and that our HR team are deferring to his lead rather than challenging this bias. This is a very serious issue from my perspective and I really want to successfully handle it internally because I really enjoy working at Amazon and have been commended widely for exemplifying the Amazon culture, so I wouldn't want to jeopardize that by having to use external means to resolve this issue.

After having a great year over the past 12 months building a strong team from scratch in our Detroit dev center and delivering strongly on my project goals, I was shocked to find out today that my 2015 rating would be ACH/DN/LE after my mid-year review in October was confirmed to be EXC/SS and this was reconfirmed in late December when I was put through my 4th manager change in 2 years. I was also repeatedly told throughout 2014 by my director Avi Saxena that I was raising the bar in terms of hiring and developing my team and delivering results. The leadership feedback I received from my directs, peers, and colleagues was confirmed to be more than 2:1 positive as part of my current review cycle, which confirms my strong leadership principles in most areas with some definite areas to improve, which match my being vocally self-critical on improvement areas. The recruiting community has repeatedly called upon me to act as a bar raiser despite my lack of having that certification and constantly inquires as to when I will be formally trained as a bar raiser due to their very positive response to my work. Others across Amazon have continuously recognized my broad contributions to the company, including the OE and EE leadership teams asking for my participation defining role model behavior, asking me to speak at the internal EE Days conference, and establishing my work as templates for best practices.

The core issue here is that Peter has demonstrated a history of giving good ratings and promotions to leaders who spend all of their time managing their relationship with him and focusing on social cohesion with his directs, rather than competently doing their jobs. The most egregious example was Ramiah Kandasamy, who hired me and whose poor leadership contributed to my very rough ramp up during my first 6 months at Amazon. Kanda had a history of doing this with others and yet maintained his senior role in Marketplace for many years due only to his relationship with Peter. I raised this issue with my HRBP Jennifer JoHahnson at the time, but she said that she wasn't sure how to handle it due to the close relationship between Peter and Kanda. I also escalated this to Peter and to my tech VP Curt Ohrt, who assured me it would be handled within a few months. After my situation with Kanda was then finally resolved with a re-org in late 2013 (as had been done to resolve the similar concerns of other in prior years), he finally left Marketplace in early 2014. Peter has similarly promoted Stefan Haney in late 2013 and Joel Mosby in late 2014, who have significant deficiencies as leaders and who focus their energies on their relationships with Peter and his other directs rather than on delivering results and hiring great teams. For more details on their deficiencies as leaders, please refer to the Evolution feedback I left for each of them, which is attached. Peter has also established a pattern of promoting certain individuals by re-orging to give them their peers as direct reports each December without waiting for any annual review data to come in. He did this with Dave Anderson and Joel Mosby in December 2013 and with Garret Gaw in December 2014. Thus, he demonstrates favoritism and encourages the same behavior in his directs in order for them to grow their roles.

After my 2012-2013 situation with Kanda, I was assured by my new manager Jim Joudrey that my first rating in 2014 would appropriately account for the situation with Kanda and my rating would be ACH/SS, but then I immediately transitioned within 3 months to work for Joel Mosby in my new role. I was then very surprised to receive a 2014 rating of ACH/DN/LE with many mentions of Kanda's issues in my review. (Joel then removed the references before submitting my review in PeoplePortal but maintained the rating). Since Jennifer had been unhelpful the previous year, I raised this issue to Madonna right after my 2014 review and after months of repeatedly promising to look into it, she suddenly closed the issue last summer by telling me that she had consulted with Joel and the rating would stand. In

addition, my director Avi told that I shouldn't have any concerns about that 2014 rating since Marketplace was entrusting me to build a whole new set of teams in a remote office, so I should move forward and deliver strongly as I had been doing since taking on my new role a few months earlier.

As I mentioned, I was repeatedly told throughout the past year that I had exceeded my goals and was doing an overall great job, which is reflected in my self-review in Evolution. However, Joel Mosby and I had a disagreement on a personnel transfer issue last November and this led him to behave very inappropriately toward me in the months since then, as I mentioned in my attached feedback, especially shown in his handling of the MML team transfer in late December. As my 2014 manager, Joel had confirmed my proposed 2015 rating as EXC/SS to myself and my new manager Garret as recently as late December. However, Garret told me that Joel then proposed a rating during the OLR of ACH/DN/LE without any new data. My HRBP Kaitlin McVey was aware of the situation between Joel and me and she had earlier assured me that Garret would take the same performance data to my OLR as had been used to establish my mid-year and proposed rating and that Garret would represent me in every OLR since Joel did not appear to be keeping his word to me in other instances. This was despite Garret being an L7 himself who would not be able to participate in the ratings for other L7s. However, Peter then excluded all L7s from his OLR (for the first time for this year), so my rating was then represented unfairly by Joel. Unfortunately, I have continued to see a pattern of deference to Peter by Madonna and her various HRBPs which have rotated through our organization, so I don't feel that they feel empowered to challenge the biased ratings being established by Peter and his directs.

In addition to all of this, Peter has made subtle comments over the past 2.5 years, which in totality show a pattern of a biased perspective regarding me. When I joined Amazon in late 2012, I began a slow transition process to Seattle since my wife is currently finishing up her mid-life career change to become a dentist. As part of this process, I traveled back and forth regularly between Detroit and Seattle, which my family and I had planned properly and worked through successfully. Peter seems to have thought that this was somehow a mistreatment of my wife, as he made multiple inappropriate comments on this topic. Most notably, during a June 2013 leadership offsite, Peter jokingly made me stand next to my peer who was getting married soon and have us recite lines that we would convey to our wives to make them feel loved. This was done repeatedly during the 4 day offsite in front of the entire group and was embarrassing, to say the least. At the end of 2013, my current role became available in Detroit, so I changed my family's trajectory and moved back home rather than completing the move to Seattle. I tried to ignore Peter's previous treatment, but he has made similar comments at two all hands in Detroit over the past 12 months, where he would say "we're lucky to hire a talented individual like Abdullah for our new office here, after he previously left his poor wife behind and went to Seattle for a year." Peter has no idea regarding the details of my family situation and it is definitely inappropriate for him to make these types of comments in front of the entire office. In addition, he has made comments in front of the wider group indicating that he had regularly seen other remote office leaders in Seattle, but he had no idea if I was ever in Seattle because he never saw me there. The irony of this situation is that half of my direct reports over the past 12 months were in Seattle and I would make sure to visit them at least once per month for in person meetings, so my Detroit team would consider me to be MIA on a regular basis. However, Peter seems to care more about his personal opinion on whether I am in Seattle often enough rather than actually caring as to whether I was visiting to meet with my direct reports and other colleagues at the right frequency. Unless I have a meeting with him, I don't know why Peter would care to see me during my Seattle trips, but this seems to have biased his perspective regarding me as well.

In summary, Peter has established a pattern of giving L7 and higher ratings (and re-orging and promoting) based on his own biases and the biases of his directs who he has promoted based on their relationship building with him rather than their actual performance data. As a result, I have now been given two unfair ratings in a row, which jeopardizes my Amazon career, which I value very much. I know this is a very serious allegation I am making, but I am very frustrated with the inappropriate behavior demonstrated by Peter and especially by his directs who are unprofessional to say the least. Please let me know how we can resolve this situation at the earliest opportunity so that I don't have to consider alternative approaches to resolution. I am available to meet on this topic at any time via video or audio conference and can also travel to meet in person, if needed.

Thank you,
-Abdullah

AMAZON_HAYDAR_00000443

<u>evolution</u>

- <u>Home</u>
- <u>Reporting: My Team</u>
- <u>My Delegates</u>

- 

- <u>English</u>
  - o 
  - o <u>Deutsch</u>
  - o <u>FranÃ§ais</u>
  - o æ—¥æœ¬èªž
  - o ä¸æ–‡ (ç®€ä½“")

Please provide feedback for Joel Mosby, 02/04/2015
**Created by** Abdullah Haydar **Requested**
**Strengths:** Customer Obsession, Insist on the Highest Standards, and Dive Deep

Customer Obsession

As a former leader in one of the largest Seller integrators, Joel is recognized by both his peers and business partners as someone who understand the Sellers' perspective and takes it into account when making decisions on business functionality. This has proven invaluable on many occasions as differing opinions on potential functionality were able to be negotiated based on his expertise in what the Seller community would really want.


Dive Deep; Insist on the Highest Standards

Joel does not hesitate to dive deep into operations and project issues to drive resolution. He is often the first to recognize when a situation justifies a COE and drives that process to ensure that we are resolving the situation both immediately and for the long term. Examples include following up on our calculation engine scaling miss within our In Stock Metrics project and each of the following COEs:

https://coe.amazon.com/coes/39991

https://coe.amazon.com/coes/43429

https://coe.amazon.com/coes/43871

**Areas for Improvement:** Ownership, Hire and Develop The Best, Insist on the Highest Standards, Think Big, Vocally Self Critical, Earn Trust of Others, and Have Backbone; Disagree & Commit

Hire and Develop The Best; Insist on the Highest Standards

Joel frequently speaks to the importance of Hiring and Developing the best, but his actions consistently show that he does not prioritize much effort towards this. Here are four examples:

[S] In 2013, Joel managed a failing SDM who had hurt the SSA team for 18 months through his poor

management skills.

[B] After Joel had managed out the SDM in early October 2013, he did not put any effort towards regular 1:1 meetings with the 10 SDEs on the team, so they continued to feel neglected through the end of the year after the prior 18 months of neglect by the previous SDM.

[I] When I took over the SSA team in January 2014 and Joel announced the Detroit transition, every one of the team members wanted to immediately roll off the team by February since they did not feel that they had any career support from Joel. After I worked through these very negative feelings and convinced them to accept my promise so that I would support their career growth in 2014, only then did I manage to convince enough members of the team to stay on the team long enough to hire enough SDEs in Detroit to take over the team's responsibilities. Ultimately, five of the Seattle team members were so appreciative of my coaching after their previous neglect that they delayed rolling off to avoid the risk of joining another team who would again neglect them. I then worked to find each of them strong leaders who would continue to develop their performance.

[S] The SSA team felt that Joel did not put any substantial effort into promotions for his team, either when he was managing them with his failing SDM or directly after he managed out the SDM.

[B] Joel was vocally self-critical in late 2013 about his long delays in promoting Fang Liu in Q3 2013 after she had been on the team for 4 years. When I joined the team in January 2014, it was clear that everyone on the team believe Sirisha Kavuluru was ready to be promoted, but Joel had not put any effort towards her promotion when he was directly managing the team for 3 months, let alone any earlier effort. As a result, I rushed to get her promoted with some minimal assistance from Joel and we were able to get it done. Jeremy, Rich, Carsten, Nikita, and Ryan had all also felt that they were not being given the opportunity to grow towards a promotion when working for Joel.

[I] Joel's actions show that he spends his time on other efforts and did not prioritize working on the career development of his SDEs.

[S] Two of the former SSA team members appreciated my management of their careers and our strong relationship and did not want to stop working with me due to the Detroit transition. They had originally joined SSA to use their expertise for the team's Machine Learning work. I had driven their successful career in this area to get both of them promoted in Q3 2014, so with Joel and Stefan's support, I formed the Marketplace Machine Learning team to drive their skills to more broadly support Machine Learning initiatives across Marketplace.

[B] On Joel's last day as my manager in PeoplePortal after a reorg had been announced, he suddenly moved the members of the MML team to report into our business team led by Stefan. This was done without any consultation or explanation of the change ahead of time and my first notice was the PeoplePortal change email. The SDEs had been briefly notified on the day before the change, but had been told that their new work plan would be defined 6 weeks later. These members of the MML team, who are both top tier candidates who had been recently promoted and who had previously been unhappy with Joel's approach to their management in 2013 felt that they were being put in an unfair situation of having to suddenly report into an inexperienced people manager on a business team without a clear plan for their work. When I immediately asked Joel and Stefan about this change via email, Stefan indicated that he would discuss it with me after the holidays. During our first 1:1 right after the holidays, Stefan indicated

that the decision was done and, as their previous manager, I did not have any standing to ask for justification of the change or to inquire as to their career path moving forward. He also indicated that it was old news at that point and I was not demonstrating "disagree and commit" by wanting to discuss the topic after several weeks had passed. Joel indicated that he had forgotten to tell me to explain his lack of notification, let alone any discussion of whether it was the right move, but Stefan clearly indicated there wasn't any plan to tell me ahead of the change when his email stated: "Sure â€" we should have given you a heads up."

[I] Joel once again proved his lack of prioritization for Hiring and Developing the Best by making a decision in a vacuum to move two top tier SDEs into a career situation where they were not comfortable, which also apparently happened without a fully-baked plan for their new roles and at the last minute when Joel still had the ability to make this change in Peopleportal. Joel was clearly prioritizing something else above respecting the needs of our top tier employees but I have yet to receive a full explanation since Joel and Stefan don't feel I am entitled to one, despite being the successful manager of these SDEs for a year.

[S] A top tier employee wanted to transfer to join my team and applied after completing his current project and with no clear next project assignment. He very thoroughly planned his own transition but was held back by his previous management, which he felt was unfair and complained to me about that. The previous management escalated to Joel after I stood up for the candidate's position in our transfer negotiations and would not accept an excessively long transition.

[B] Joel ignored the situational data and told the candidate to give him the right date based on false information, which allowed the previous management to extend the candidate's transition to 60 days, far exceeding the maximum 45 day corporate transition period and the normal 2-3 weeks for all 22 of the other transitions I've handled since joining Amazon.

[I] Joel severely hurt the morale and job satisfaction of a top tier employee by focusing on his own relationship building with other senior leaders at the expense of a top tier employee.

Earn Trust of Others

Joel has a completely different definition of earn trust of others than anyone else I've met. When Joel explains it, it seems to be focused on finding ways to help other senior leaders with the expectation of them returning the favor in the future rather than building trust through successful delivery and living up to commitments.

[S] In the same situation mentioned above, an SDE from another team wanted to transfer to join my team. After negotiations were stalled regarding the transfer date, the other senior manager involved suddenly took a hard line on an extremely lengthy transition and refused to negotiate any reasonable date.

[B] Joel explicitly stated that I was losing an opportunity to earn the trust of my peer. When I challenged him indicating that the candidate was a top tier employee who had completed all of his existing projects and complained that he was being treated unfairly by the other team, Joel took a hard line and asked the candidate for the best transfer date under the false parameters established by his former management team.

[I] Since I later found out that the other senior manager had taken a hard line only after learning that he would be working for Joel, it seemed that Joel had placed more value on building a relationship with his

new direct report at the expense of the top tier SDE. For Joel to claim this as a lost opportunity to earn trust when he wasn't honest with me regarding his own bias in the situation is the absolutely wrong definition of earning trust.


Vocally Self Critical; Disagree & Commit

Joel uses the excuse of claiming someone is not being vocally self-critical when he does not have data to support his position

[S] Joel and I disagreed on how to handle negotiations with another team.

[B] After agreeing to disagree and commit to get past the difficult situation, Joel asked me to be vocally self-critical regarding what had occurred. I walked through the scenario of what had happened and asked Joel for his advice on areas where I could improve since I had felt that the data was being correctly applied. He continued to simply state "you're just not being vocally self-critical" without providing any meaningful advice.

[I] Using a leadership principle as a meaningless phrase when the data does not support your position devalues that leadership principle. Being vocally self-critical is an important part of our culture so that we can always learn and improve, but Joel has used it as a discussion tactic rather than living up to its meaning.


Have Backbone; Ownership; Think Big

Joel does not have backbone with his Marketplace business partners and gives up most of his team ownership to them.

[S] When creating our 2015 OP1 budgets, my teams and I defined each budget at a reasonable level of KLO/EOE similar to most teams across Marketplace (50% for a platform team and 30% for an applications team) and leaving the rest of the budget for the program work.

[B] Joel cut nearly all of our KLO/EOE budget (net 21% across two teams) and took almost our entire list of platform improvements and put them below the line. When challenged with a large travesty list of unfunded but needed platform improvements, Joel stated that our business partners would support our platform needs in their budget. However, they have consistently not done so. Furthermore, he agreed to an unreasonable request from our business partners that they be involved in dealing with any other potential customers of our platform. I disagreed but committed to this approach, but this had limited our ability to Think Big about other use cases for our platforms since we need to vet every conversation through the biased lens of one Marketplace business team's perspective.

[I] Since our teams have the lowest KLO and EOE budget in Marketplace, we have no flexibility in our budget to improve and scale our platforms to support our growing business, let alone build on our vision to provide a technology platform for customer teams across Amazon. Even when we have negotiate with other interested orgs who want to use our platform, our Marketplace business partners constantly insist that we are losing trust and not living up to our commitment if we try to get funding from the external teams to support our platform work without those requirements being defined by them (our Marketplace business partners). The net result is that our Marketplace business team has nearly full control of our budget and

tries to micromanage every work assignment in every sprint by each engineer, which has been a source of frustration for our engineers. Joel needs to have more backbone in his dealings with the business teams so that our team does not lose ownership of our work plan since we are ultimately the single-threaded owner of our platform and need to have the autonomy to do our jobs using our best judgement. Though Joel may see it as trust-building relationship, it does not earn trust to give up ownership of your team's roadmap, even to your closest business partners.

Contact Us Feature Requests General Questions Report Bugs

CONFIDENTIAL                    AMAZON_HAYDAR_00000448

evolution

- Home
- Reporting: My Team
- My Delegates

- 

- English
    - 
    - Deutsch
    - FranÃ§ais
    - æ—¥æœ¬èªž
    - ä¸æ–‡ (ç®€ä½“")

Feedback on 2014-2015 collaborations, 02/23/2015
**Created by** Abdullah Haydar **Unsolicited**
**Strengths:** Customer Obsession and Dive Deep

Customer Obsession

[S] Stefan taught our Working Backwards class in April 2014 in Detroit at my request.

[B] Stefan is an expert in this aspect of Amazon culture and did a good job teaching it to the majority of our Detroit office.

[I] Our local teams were highly appreciative of Stefan's course and learned a lot from it as they began to create Press Releases and FAQs for their work.

Dive Deep

[S] During program, business, tech and vision reviews, Stefan is a very active participant.

[B] Stefan never hesitates to deep-dive into any topic during meetings.

[I] Stefan is always deeply aware of everything going on with his programs and never glosses over anything at a high level, which benefits the team in terms of his participation in resolving issues at a deep level.

**Areas for Improvement:** Ownership, Hire and Develop The Best, Insist on the Highest Standards, Think Big, Vocally Self Critical, Earn Trust of Others, and Have Backbone; Disagree & Commit

Insist on the Highest Standards; Earn Trust of Others; Think Big; Vocally Self Critical

[S] Stefan regularly shows inconsistency when insisting on the highest standards.

[B] Stefan has coached me on key leadership aspects of being a senior manager at Amazon. All of his

advice is very good, but he does not seem to apply the same standards for others, especially his directs or his friends. Most notably, Stefan has given me a strong message that my lack of delivery of a vision document for Nudges or Business Reports during the first 7 months when I owned SSA and SCA was my key area to improve as a Senior Manager. However, Stefan has never been vocally self critical that he or anyone else had previously never created such a document in prior years, be it Joel who owned Nudges and Business Reports as the Senior Manager from his hire date in 2011 until I took over at the beginning of 2014 or Tyler who he promoted to Senior Manager in Q3 2013 based on his Nudges work or Stefan himself who was the Senior Manager and then Director over Nudges and Business Reports since 2010. He similarly makes statements recognizing my strong accomplishments in hiring and delivering in 2014 but then explicitly states that these are strong line manager skills which are less valuable at the Senior Manager level, when he knows very well that other Senior Managers have failed to succeed in this same work, more explicitly Joel when he was the Senior Manager of Nudges and Business Reports from 2011-2013.

[I] Stefan's double standards in these areas are frustrating when he seems to apply a different standard supporting Joel's promotion to Director and then telling me that I will not be able to grow based on my strong delivery of areas where Joel failed and my partially completed work to deliver a vision document where he, Tyler, and Joel never did so. This is a major trustbuster for my relationship with Stefan.

Hire and Develop The Best; Have Backbone; Disagree & Commit;

[S] Two of the former Seattle-based SSA team members appreciated my management of their careers and our strong relationship and did not want to stop working with me due to the Detroit transition. They had originally joined SSA to use their expertise for the team's Machine Learning work. I had driven their successful career in this area to get both of them promoted in Q3 2014, so with Joel and Stefan's support, I formed the Marketplace Machine Learning team to drive their skills to more broadly support Machine Learning initiatives across Marketplace.

[B] On Joel's last day as my manager in PeoplePortal after a reorg had been announced, he suddenly moved the members of the MML team to report into Stefan. This was done without any consultation or explanation of the change ahead of time and my first notice was the PeoplePortal change email. The SDEs had been briefly notified on the day before the change, but had been told by Stefan that their new work plan would be defined 6 weeks later. These members of the MML team, who are both top tier employees who had been recently promoted and who had previously been unhappy with Joel's approach to their management in 2013 felt that they were being put in an unfair situation of having to suddenly report into an inexperienced people manager on a business team without a clear plan for their work. When I immediately asked Joel and Stefan about this change via email, Stefan indicated that he would discuss it with me after the holidays. Stefan also indicated there wasn't any plan to tell me ahead of the change when his email stated: "Sure â€" we should have given you a heads up." During our first 1:1 right after the holidays, Stefan indicated that the decision was done and, as their previous manager, I did not have any standing to ask for justification of the change or to inquire as to their career path moving forward. He also indicated that it was old news at that point and I was not demonstrating "disagree and commit" by wanting to discuss the topic after several weeks had passed. Stefan had assigned the two SDEs to work for Mat Philipsen, who was new to people management overall and had never performed annual reviews for anyone yet, let alone tech employees. When I asked Stefan about this, he said that he would take care of it since he had personally managed SDEs before, which is a weak answer for someone who claims to focus

on Hiring and Developing the Best.

[I] Joel and Stefan demonstrated their lack of prioritization for Hiring and Developing the Best by making a decision in a vacuum to move two top tier SDEs into a career situation where they were not comfortable, which also apparently happened without a fully-baked plan for their new roles and at the last minute when Joel still had the ability to make this change in Peopleportal. They were clearly prioritizing something else above respecting the needs of our top tier employees but I have yet to receive a full explanation since Joel and Stefan don't feel I am entitled to one, despite being the successful manager of these SDEs for the past year. Stefan also demonstrated his lack of hiring and developing the best by moving these SDEs to work for an inexperienced manager without even having a plan in place for their work.

Ownership; Vocally Self Critical; Have Backbone; Disagree & Commit; Earn Trust of Others; Think Big

[S] When creating our 2015 OP1 budgets, my teams and I defined each budget at a reasonable level of KLO/EOE consistent with most teams across Marketplace (50% for a platform team and 30% for an applications team) and leaving the rest of the budget for the program work.

[B] At Stefan's direction, Joel cut nearly all of our KLO/EOE budget (net 21% across two teams) and took almost our entire list of platform improvements and put them below the line. When challenged with a large travesty list of unfunded but needed platform improvements, Joel stated that Stefan would support our platform needs in his budget. However, Stefan has consistently not done so. Furthermore, Joel agreed to an unreasonable request from Stefan that his PMs be involved in our dealings with other customers of our platform. I disagreed but committed to this approach due to Joel's insistence, but this has limited our ability to Think Big about other use cases for our platforms since we need to vet every conversation through the biased lens of one Marketplace PM team's perspective.

In one specific example, the PMO asked me to balance my team's roadmap between EOE and the Listing Quality team. I worked to do so as requested without involving Stefan's team. Stefan later told me that he believed that I had broken trust and violated our agreed upon approach by not involving his PMs in this discussion. He had apparently shared this view with his team because they also later told that I had lost their trust due to violating my agreement with Stefan by working directly with the Listing Quality team to balance my roadmap.

In another example, I informed Stefan that our TPM was attempting to micromanage our SDEs at the direction of his PMs and, rather than being vocally self-critical on this issue, Stefan insists that the TPM and PMs have the right approach. Our TPM was then considered for promotion, but was held back due to this exact issue as a reason not to promote. I've also discussed this approach with other business leaders and they all agree that Stefan's approach violates Amazon's "two pizza team" model, despite Stefan being one of the longest tenured Amazonians in Marketplace. Additionally, Stefan stated that he supported the SSA move to Detroit due to being "team which has less touch points than others" but then continues to insist on his PMs in Seattle controlling every aspect of my team's work.

[I] Stefan has lost my trust in terms of his approach to team ownership and his desire for his tech partners to follow his guidance without any backbone. Since our teams have the lowest KLO and EOE budget in Marketplace, we have no flexibility in our budget to improve and scale our platforms to support our growing business, let alone build on our vision to provide a technology platform for customer teams across Amazon. Even when we have negotiate with other interested teams who want to use our platform, Stefan and his PMs constantly insist that we are losing trust and not living up to our commitment if we try to get funding from the external teams to support our platform work without those requirements being defined by our Marketplace PMs. The net result is that Stefan's PM team has nearly full control of our budget and tries to micromanage every work assignment in every sprint by each engineer, which has been a source of vocal frustration for our SDEs. Stefan needs to accept tech leaders who have more backbone in his dealings with his business teams so that our tech team does not lose ownership of our work plan since we are ultimately the single-threaded owner of our platform and need to have the autonomy to do our jobs using our best judgement. Though Stefan and Joel may see it as trust-building relationship, it does not earn trust for me to give up ownership of my team's roadmap, even to my closest business partners like Stefan and his PMs.

Contact Us Feature Requests General Questions Report Bugs

## Abdullah Haydar Senior Manager, Merchant Technologies

**feedback on collaborating to organize the Amazon Test UnConference,** 02/05/2015
By Carlos Arguelles

Strengths: Ownership, Invent and Simplify, and Bias for Action
   Abdullah initially contacted me to brainstorm on how we could expand the concept of the Test UnConference (w?TestUnConference) to remote sites. Since the UnConference follows the principle of Open Space, it's highly interactive, so we could not involve remote sites in our gathering, and this was a problem that was worrying me. Abdullah proposed an ingenuous answer to the problem: transmit the initial hour (people pitching ideas) via Broadcast, and his team in Detroit could watch that and conduct their own mini-unconference, and either join already existing sessions or create their own sessions and add them to our wiki of artifacts. I thought his approach showed ++Bias for Action, as well as ++Invent and Simplify. It provided a very important blueprint for involving remote sites in the future. We will be following Abdullah's suggestion! Also, it was a pleasure collaborating with him.

Areas for Improvement: None

**Feedback from our 2014 work on SSA and SDK,** 01/22/2015
By Seema Degwekar

Strengths: Hire and Develop The Best and Deliver Results
   I have interacted with Abdullah mostly from Jan 2014-Jun 2014 in his capacity as the Seller Success team's manager. I've since interacted with him off and on as well, just not as closely. So, my feedback is mostly based on those 6 months when I was on the Seller Success team.

   Hire and Develop the Best:
   Abdullah took over the (then known as) SSA team in January 2014 with the intention of moving the team to Detroit. Within about 3 months, the first few engineers joined the team. Within 6-9 months he had hired a manager and a fully staffed SSA team in Detroit. Every new Detroit engineer had a clear launch plan and a clear project (obtained with guidance from the Seattle team) to work on. Thus every new engineer started contributing immediately to the team. By May, the Seattle team was not even going on-call anymore. To me, this was a huge success. I have been in team transitions before, and transitioning on-call is a sticky point.

   Abdullah was acting as the line manager for the team in Seattle at all times, and focused on having weekly 1:1s with all his engineers. He made it a point to meet with everyone about once a month, and used remote communication tools effectively to bridge the Detroit-Seattle gap. Abdullah successfully promoted 3 members of the Seattle team from SDE I -> SDE II.

   Deliver Results:
   The Detroit SSA team has delivered key projects within a year. They delivered the Nudge Preference Center and EcHoS, which are the big ones I know about. Both of these projects look into exciting and sometimes new technologies and prioritize real-time processing. I attribute this to a large extent towards Abdullah's direction for the team. Working with a team of brand new Amazonians on projects that need to interface with Seattle business, getting them to understand and be excited about the importance of the project(s) are huge wins for Abdullah.

   AMAZON_HAYDAR_00000468

**Areas for Improvement:** Invent and Simplify and Dive Deep
Invent and Simplify:
  The EcHoS project is focused on delivering "in stock metrics" to sellers with the intent of helping them plan for inventory. The project certainly has business value, but is overly focused on "real-time". During multiple design reviews, I and other reviewers have repeatedly asked what the use case for "real time" is because it significantly complicates the project. Without "real time" as a requirement, the project can be vastly simplified. Even though this was made clear, I have not heard a compelling reason for going down the "real-time" path. I would advise Abdullah to take a step back and realistically think how sellers will be using the report, especially since restocking inventory is not something sellers can do in an instant anyway.

Dive Deep:
  Abdullah seems contented with an overall view of his team's software architecture. I think he needs to take the time to dive deep into all the systems he currently owns and understand how each of them work. I say this from my experience with him during our 1:1s in the 6 months I was on the team. I would frequently try to explain what is actually going on with a system, only to have Abdullah try to fill in the gaps ahead of my talking, and he usually filled them in incorrectly.

---

**Please provide your valuable feedback on our work together in 2014,** 01/19/2015
**By** Ben Lee

**Strengths:** Earn Trust of Others
Earn Trust of Others
  I have found Abdullah to be a solid technology partner in 2014. We have a joint project to deliver the next generation of the Seller Central Business Reports platform. FBA would provide support via 2 SDEs and also business partnership. The project has been challenging on multiple fronts, between getting the Romania Team's buy-in and also working with multiple resources across three dev centers. Throughout this partnership, I Abdullah has been both supportive and understanding when resources go pulled in Q4 for other priorities. Abdullah also did a great job working with his management chain to get organizational buy-in and alignment. The project will be a huge win for Amazon when we launch it in 2015.

---

**Areas for Improvement:** Earn Trust of Others
Earn Trust of Others
  While Abdullah did a great job Earning Trust with his peers such as myself, I don't think the team in Romania was in alignment with his vision. As such, I think many of the early design paralysis in the project was a result of Romania dev team not being fully bought in. Early on, I think Abdullah kept things too ambiguous and lost the trust of the his Romanian Team. The team also had concerns about the direction and support they would have in the future. Having been a part of a remote dev center in the past, I understand the concerns and challenges of the Romania dev team. As a result, Abdullah had to spend the rest of the year earning it back their trust, costing us a few development cycles.

---

**Please provide your valuable feedback on our work together in 2014,** 01/18/2015
**By** Matthew Tollini

**Strengths:** Hire and Develop The Best
  Abdullah has a strong track record of success building the dev team in DTW.  Open slots were filled quickly with capable developers that immediately added to the productivity of the team.  I have

pointed other colleagues to Abdullah when they have asked about building and staffing a tech team (albeit, with some trepidation - see development area).

**Areas for Improvement:** Earn Trust of Others
   I am concerned that Abdullah over-extends himself and becomes too superficially involved on some of the projects his teams manages and makes decisions w/o the buy in of needed parties.  While his input can be valuable, it can also serve to be disruptive and time consuming as he when he interjects or otherwise bogs down the process.  My direct dealings with Abdullah have come from the business reports program, a program I picked up late in 2014.  From my view point this has primarily been a tech driven initiative that could use stronger leadership (from myself included as the current business partner).  The program has repeatedly missed deadlines and over relied on joint investment from the FBA team that was reduced/eliminated.  The program had with some tech improvements completed/nearing completion, but little Seller facing wins from many weeks of dev time in 2014.  As a result I have lost trust in the ability of the team to deliver on goals and have begun to question the original strategic direction.

**Please provide your valuable feedback on our work together in 2014,** 01/16/2015
**By** Scott Anderson

**Strengths:** Hire and Develop The Best, Insist on the Highest Standards, and Earn Trust of Others
   First off, Abdullah gets points for always meaning what he says. You never doubt that.

   Abdullah is a strong advocate for engineering excellence on his team. He consistently supports EE and OE goals during MTOR and Exec MTOR discussions. For example he was a loud voice (literally :) in the room when we were discussing if we should have exceptions for unit testing to code that is a Prod tool and not a service. Abdullah asked if the code (Magic Wand in this case) was used to manipulate anything that affected the customer. The reply was that it does, and Abdullah gave his opinion that we should insist on the highest standards by holding the unit testing bar.

   Abdullah has hired a good team and works to develop them. He had Ed Tellman from my team come out to Detroit for a few days and train his team on how to unit test their legacy code and how to improve their scrums.

   He presented at Engineering Excellence Days this year on how to manage teams that are remote. The material was well prepared, delivered and accepted. This is the type of effort on spreading knowledge that more folks should concentrate on. Abdullah's talk was rated 4.2 out of 5 by the post event survey.

**Areas for Improvement:** Ownership
   Abdullah asked for QA support for testing notifications when he took it over the team. There was no resources available. He asked for my team to request support or reprioritize since this was high value work. We gave a few options, such as pay the contractors overtime but he didn't like any of the options. I would expect him to plan for resourcing in a more purposeful, up front way with his management chain and work out funding/resourcing. Every team feels they have the best reasons to be at the top of the priority list.

**Please provide your valuable feedback on our work together in 2014,** 01/16/2015
**By** Mat Philipsen

**Strengths**: Hire and Develop The Best

I worked with Abdullah in 2014 as the business lead for Selling Coach. Abdullah did a great job of hiring a team in Detroit after the decision to transition SSA to DTW was made. He led the hiring for SSA and was able to not only hire ahead of the ramp plan, he brought in a great set of people.

---

**Areas for Improvement**: Ownership, Invent and Simplify, Are Right, A Lot, Insist on the Highest Standards, Think Big, Bias for Action, Vocally Self Critical, Earn Trust of Others, Dive Deep, and Deliver Results

I do not trust Abdullah, when he makes a promise I find that he rarely keeps to the commitment. I've also experienced Abdullah telling me and my team one thing in email or out loud and then telling other teams something different - this recently surfaced as we were locking our OP2 plan for 2015. I had worked with a number of external customer teams to define requirements and their investment in our space for 2015. As the business owner I was responsible for external business team input. During this time Abdullah reached out to Marketplace business teams for work in 2015 - after clarifying with him that this was my role and he should stop these activities he agreed in writing to do so, but with out me knowing he continued to pursue these conversations in private. The results were lost weeks in December that could have been spent preparing the team for our January work. To prevent further disruption, and because I don't trust his word or ability to deliver, I am choosing to work directly with Abdullah's team, or his leadership.

I believe Abdullah can't remember details and rather than say "I don't know", or creating a note keeping system for himself he will make up information on the fly or tell a self serving lie. When I've corrected the incorrect information he will tell me either that he didn't understand the question or blame someone else for giving him the false data.

Abdullah doesn't understand the technical capabilities of our system, or what we are building and will delay planning meetings when we need to pause to catch him up and correct him.

In 2014 I would have liked to use Abdullah's connections and level (as a Sr Mgr) within Marketplace to (1) remove roadblocks for our tech team in building new features in 2014, but this did not occur.
(1) In Q1 we started work on Preference Center that would rely on working with the business reports team (SCA). Even thought the team reported to Abdullah it took 2 months to get an answer on working together for our release and with the delay we had to change the prioritization of work and eventually had to build the work ourselves.
(2) SCaS deprecated services in June that we relied on to support the Listing Quality business team Nudges. This came as a surprise to all of us, but with Abdullah as the manager of SCaS in 2013 I would have expected him to know their tech roadmap better and to understand the impact of their planned work on our system.
(3) SCaS communicated to us that they might not be able to support our Inventory Nudges in Q4 due to scalability concerns. While this challenge was surfaced multiple times I came to rely on Joel Mosby and Jim McCollom to resolve the issue.

---

**Please provide your valuable feedback on our work together in 2014,** 01/13/2015
By Douglas Welzel

**Strengths**: Bias for Action, Vocally Self Critical, and Dive Deep

Abdullah was my office mate when I started at Amazon and I was taking over several of the areas he knew. Abdullah was simply a wealth of information about the teams he owned and gave me a very deep view on each team and the history of the teams. He really made my ramp up better.

One of the key pieces of advice that stuck with me was focusing on operations. Abdullah was vocally self critical in saying that when he first joining Amazon he didn't pay attention to operations

and got behind the ball.

Additionally, Abdullah volunteered to come to PHX10 for our seller summit and was instrumental in facilitating the discussion with the sellers.  He was probably one of the most experienced marketplace managers in the room and helped the conversation.

**Areas for Improvement:** Earn Trust of Others
Abdullah's biggest area for improvement is that he needs to stop talking and start listening more. He can easily plow through conversations where nobody else can get a word in.  This is a miss on earn trust because people (myself included) don't always want to engage with him because they know what the communication will be like.

**Please provide your valuable feedback on our work together in 2014,** 01/13/2015
By Damian Poznanski

**Strengths:** Ownership, Hire and Develop The Best, Insist on the Highest Standards, and Dive Deep
Overall I think Abdullahs strengths are Insist on Highest Standards and Vocally self critical.  During MTOR meetings, he was quick to challenge and point things out. I don't remember the exact topics, but I recall him asking the right questions to the other folks in the room. He also provides good advice during the questioning and does a good job in trying to raise the bar on Operational Excellence and Engineering Excellence.

Abdullah also has a great ability to dive deep. When he took over the SSA team, there were quite a few systems to learn. And quite a bit of issues with operations. ISsues that needed extensive deep dives into various systems and dependencies. through out 2014, he turned the team around with respect to their High Sev load. I think he's done a great job with it!

Lastly, He took a low performing SDE, who was on the verge of simply not making it at Amazon, and developed him to be put up for a promo in october of 2014. Although the sde didn't make it due to lack of demonstrated sustained progress, it's a great accomplishment to get the SDE to this level. This SDE reports to one of my directs, and he's doing much better than I remember him a year ago! Greate demonstration of the "hire and develop the best" leadership principal

**Areas for Improvement:** Vocally Self Critical and Have Backbone; Disagree & Commit
I find that Abdullah likes to hear himself talk. Every conversation is 2x longer than it needs to be. Simple yes/no answers become paragraphs of details.  I think Abdullah needs to learn to be more succinct. Whenever he's asked a question in MTOR or any other meeting, he just keeps on going with an answer, many times someone stops him.

The other similar point is that he can be argumentative, lacking the disagree and commit. I don't have an actual specific example of this, but I do recall many conversations that I was not directly participating, but in the room, where Abdullah tried too hard to have the last word only to be "told" to disagree and commit and his response becomes "ok, fine".  Abdullah is a nice guy, and overall, I think he's easy to work with, but he just has a strong personality that some people may not be able to deal with and it could lead to eroding trust of others. He should try to be more aware of it.

**Please provide your valuable feedback on our work together in 2014,** 01/07/2015
By John Marx

CONFIDENTIAL                    AMAZON_HAYDAR_00000472

**Strengths**: Customer Obsession, Hire and Develop The Best, and Bias for Action

I thought Abdullah did a great job of managing the MSU Capstone course this past year and procuring the sponsorship. We have a desperate need in the Detroit office to increase our branding in the community as a local employer. The MSU Capstone is a great way to give back to students, and develop our goal of local branding. Unfortunately, projects like these are not typical at Amazon. I had tried to pursue this exact thing the year before and met roadblocks that I was not able to overcome. Abdullah worked within a narrow timeline this past year, and was able to convince our business leaders both of the necessity to do this, but also to supply the required funding. Once green lighted, Abdullah did a very capable job managing the team and the project. As a former MSU alum, Abdullah kept me informed and involved, which was very much appreciated.

Another thing I worked with Abdullah on this past year was the Seller sessions we had both in the Detroit office and the one we attended in Phoenix. Both sessions were similar, but what was notable was Abdullah's ability to interact and provide real value and answers to Sellers questions. His broad expertise was key to delivering a valuable experience for Sellers in both events, as he was often the only one who could evaluate and answer many of the questions received. In Phoenix especially, Abdullah was the key cog and initiator of many of the positive seller interactions both in the formal and informal breakouts. Abdullah clearly demonstrated a macro-level understanding of our business that is not common to his peers, and left me very impressed.

---

**Areas for Improvement**: Vocally Self Critical and Earn Trust of Others

Abdullah has valuable insights into Amazon culture and often has uncommon knowledge to contribute. On a few occasions though, I have felt that Abdullah has both been rigid in his view of how things should work, and has come across to me as always having the right answer. In discussing the breakdown of my team in terms of ratio of SDE 1s to 2s, I felt that Abdullah was too rigid in his definition, and was unwilling to give me the benefit of the doubt to know more about my team than himself to make proper judgment calls in regards to a proper ratio. In discussing how to handle on call duties, I again thought Abdullah was initially dismissive of how my team was handling on call duties, and instead wanted to subscribe to a one-size fits all approach to this process at Amazon. His insights are definitely welcome, and do provide value and insight, but I think Abdullah is known for being a "talker" and the mountain of insights he offers can be too much at times, especially when he comes across as being right all the time. I'm a big believer that trust requires vulnerability, or quoting Amazon principles, requires self-criticality. I think there is an opportunity for Abdullah to work on being vocally self critical, or perhaps choosing when to speak and when not to speak. His default seems to be to always respond as an authority on whatever the issue at hand may be.

---

AMAZON_HAYDAR_00000473

## Abdullah Haydar Senior Manager, Merchant Technologies

**Feedback on our collaboration in 2014,** 01/26/2015
**By** Rajeev Rastogi

Strengths: Ownership
   I haven't worked closely with Abdullah but Atul Saroop an ML Scientist on my team did collaborate closely with Abdullah.

   Abdullah and his SDEs on his team visited Bangalore and Atul offered a 3-day ML workshop to them where he walked them through ML concepts, the model building process, training models on EML and tuning model performance. After the ML workshop, Abdullah and his team took complete ownership of building some of the ML models for the Seller Nudges program entirely on their own. This was indeed commendable since many engineering teams are hesitant to take over model building and it takes them a while to build up the confidence. But Abdullah and his team were very open to owning models and this was very refreshing for the ML team since one of our charters is to educate SDEs in business teams so that they can train models on their own.

Areas for Improvement: None

**Required: Manager Upward Feedback (auto-assigned),** 01/22/2015
**By** Anand Ramasamy

Strengths: Customer Obsession, Hire and Develop The Best, and Earn Trust of Others
   Abdullah is very passionate about his team and the services. He is actively trying to find more services that could move to Detroit. Likewise, Abdullah has been active in trying to secure more customers for nudge platform and applications. For example, Time Bound Account Mgmt (TBAM) team in London has a requirement for sending notifications to blocked sellers who may have been incorrectly blocked or taken corrective actions since, by taking data inputs from TRMS. Abduallh asked us to get on a call with TBAM team, explain our platform/tools to possibly drive them to use our services. As more details have to be worked on getting nudges generated off of TRMS, TBAM is currently working with business team and Seller Experience Biz Intelligence team. Very likely, TBAM will use our platform to send real-time details to blocked sellers using our systems.
   Abdullah is adept at developing his team. Abdullah is a firm believer of SDEs self-organizing themselves in sprint planning and project delivery. Though this does create some accountability problems during OLR, SDEs like this approach as it gives more free hand to them within the confines of requirements from business teams.

Areas for Improvement: Insist on the Highest Standards and Dive Deep
   Calling out insist on highest standards and dive deep as areas for improvements. Abdullah used a deep-dive doc from the SSA days to explain components of nudge platform/application and their interactions to us. This document is little dated and is not a true architecture doc as it does not have AWS services the components use. When we had a chance to meet with Tech VP for a deep dive by team, Abdullah used it to explain the architecture, which the Tech VP was quick to spot out. And we used the same doc for SNA and SNP. in different timeslots. More time spent on getting the right details to update the doc before our meetings with VP and director would have helped to create a better impression on our teams. (not saying he should have updated but could have guided us to get the details on architecture)

**Required: Manager Upward Feedback (auto-assigned),** 01/22/2015
By Tarun Koneru

**Strengths**: Customer Obsession, Ownership, Invent and Simplify, Are Right, A Lot, Hire and Develop The Best, Insist on the Highest Standards, Think Big, Bias for Action, Vocally Self Critical, Earn Trust of Others, Dive Deep, Have Backbone; Disagree & Commit, Mentoring and Guidance, and Active participation

Abdullah is one of the very few SDMs who has very strong leadership skills and stands as a role model. He has a very good business knowledge and experience in managing people and projects. His inputs are always very valuable and help us move in the right direction.

Situation
As a mentor and manager guiding me for the last 10 months

Behavior
Abdullah knows everything that goes on in the marketplace org. When I joined marketplace org he spent a lot of time explaining what several teams does and made easier to understand what we are supposed to do. He regularly interacts with all the team members and keeps track of everything and gives suggestions to move in the right directions. He makes sure that the path is clear by unblocking the risks to move us much smoother. For ex for the SRP rearchitecture project. This project was originally conceived as a joint effort between both FBA and SCA teams. But due to other priorities the FBA resources were pulled off the project. The UI development work has stopped in the middle. Abdullah immediately stepped up and talked to both our dev team and the FBA Sr leadership to make sure the expectation is changed. He also made sure that we get atleast loaner SDEs from FBA and even though they are completely occupied he managed to get some so that we can deliver more. He clearly showed ownership, have backbone, disagree and commit, and vocally self-critical.

Impact
As he always stands behind us guiding and supporting it would be much easier for us to move ahead and whenever there are blockers and red alerts he always manages to communicate that effectively to Sr leadership and get the required help.

Situation
Conflict resolution in the team when the whole SRP project landed on SCA team

Behavior
When FBA dropped in the middle from the SRP project the UI development came to a halt and all the due dates were changed. The SCA team didn't have any experience working on the UI and were not happy to take up the whole responsibility when we have no available bandwidth on the roadmap. Abdullah talked to each team member and managed to get them empowered and feel responsible for the whole project. Along with Viorel his motivation drove us to successfully launch our first milestone and team showed awesome energy levels as we delivered the milestones with in 50 days where as the FBA was working on this for more than 4 months. He showed Are right alot, earn trust of others leadership skills effectively.

Impact
Having morale issues in the team would hinder the progress of the project. As Abdullah effectively took care of it we were able to proceed with the project as planned.

Situation
Involvement in SRP Project planning and design discussions working on regular tickets and seller concerns

Behavior
Abdullah constantly showed Dive deep, Customer obsession and Insist on high standards. While planning for the SRP project he was involved in the design discussions, principal reviews, planning milestones and gave valuable suggestions. He also actively looks into various tickets and takes care of them even though he is not oncall and shows customer obsession. He has very good tech knowledge and that helps him and the team to make the right judgments. He also makes stretch goals but those would realistic and achievable. He is an active participant in the goals reviews and makes positive changes to them to make sure that those are attainable. He also is an active participant in talk series to educate other teams on what going on and also in the seller all hands to get to know their concerns and change them to the projects to help the sellers. I always like and follow what he says that its always better to try and fail rather than completely avoiding. He implements this in all the teams that are under him.

Impact
Due to his strong tech knowledge, all the goals he makes are very realistic and attainable. He understands our concerns and provides a lot of suggestions, which helps the project, the team and eventually the sellers.

---

Areas for Improvement: Think Big
I dont have much to say here. If he manages to get more seller concerns addressed by thinking big and proposing more ideas he would be a fit to the next higher role. I think he is alreayd working on this for the other teams he is managing.

---

**Required: Manager Upward Feedback (auto-assigned),** 01/20/2015
**By** Richard Harris

**Strengths:** Ownership, Hire and Develop The Best, and Earn Trust of Others
I started working for Adbullah after I had just arrived to the team and found out that the team was transitioning to Detroit. He took ownership of the whole process and made the transition smooth for me. He communicated very well the next steps for and the team. He created a plan to transition the platform and duties of the team and gave each of us roles in it.

I also worked under Abdullah on the Marketplace Machine Learning team. This team was newly formed and with Abdullah's direction we created vision for it. Throughout the rest of the year he enabled me to work on and learn Machine Learning here at Amazon. Forming and driving the machine learning initiative showed a Bias for Action. Having this team allows us to better understand how to use ML in future solutions and implement it quicker.

---

Areas for Improvement: Insist on the Highest Standards and Think Big
Although the nudge preference center was delivered successfully I feel that towards the end, the project felt rushed. We did have a TPM, Bill, that changed through the process. But it did seem that the dates that were created at the beginning of the year were never revisited during the project and hence it felt a little rushed.

A couple of machine learning model were completed last year, but none of them ended with results in production. I feel that this is a big miss and should have been planned from the start of the year.

---

**feedback on mentorship,** 01/20/2015

By Maqbool Khan

**Strengths**: Ownership and Earn Trust of Others

Abdullah has been my mentor since 11/14. Although this is a short period of time, I have found our conversations to be rich with useful information and guidance that I can apply to my job to produce better results for Amazon customers.

Earns trust - Abdullah has a good mentoring style, he asks the right level of questions to understand the problem, but also spends enough time providing guidance. In the past, I have found some mentors to be asking either way too many questions and then running out of the meeting time or not asking enough questions and jumping right into advise. I like how Abdullah manages our meeting time. He comes as genuinely interested in mentoring me, and this comes through in his communication style. He put me at ease during our very first conversation, which has allowed me to open up, and discuss the areas where I need guidance to become a better SDM.

Ownership - Abdullah also takes ownership of the meetings, and tends to take care of the small logistically issues. For instance, he insists on doing a VC over phone. Initially I did not think that this was critical, but after doing a couple a calls, I can see the difference this makes to the quality of our conversations.

Overall, it has been a great experience having him as mentor. I am looking forward to continuing this relationship for into next year, and continue to learn from him.

---

**Areas for Improvement**: None

Sorry, I have not spend enough time with Abdullah to provide meaningful feedback on areas of improvement.

---

**Please provide your valuable feedback on our work together in 2014,** 01/19/2015
By Ryan Westlake

**Strengths**: Hire and Develop The Best, Vocally Self Critical, and Earn Trust of Others

Abdullah was my manager from the beginning of the year (Late January) until late October and has been very active in my career development even beyond being my official manager for this review cycle.

When I was in the Nudge team before Abdullah I had gone a year with a manager who had mislead me into thinking I was doing what I needed to do for my career growth while I had not been.  He was eventually removed and then I went about half a year with no real manager which further stagnated me.  When Abdullah eventually joined the team he provided me with two options: either leave the team and start new or give him an opportunity to work with me and get to the next level.  We had originally discussed an October timeline for that goal with a very detailed actionable plan to get there, something that had been missing my entire time in the Nudge team so far.  I worked with him reguarly on a weekly basis on my career growth deveopment in our 1:1s which he showed dedication and determination in helping me during them.  He demonstrated Hiring and particularly Developing the Best principles admirably.

I worked hard over the period and when mid term reviews rolled along I was successful in reaching my objectives but unfortunately was not promoted.  Although I was visibly upset by this, Abdullah really sat down with me well beyond the regular amount of time expected to talk about decisions like this and demonstrated being Vocally Self Critical with himself in regards to the career miss and figuring out what next steps were on top to correct it.

This overall process really Earned my Trust, something I was jaded with as previous managers I have had distinctively did not deserve it in certain situations.

Abdullah is a fantastic manager for his devs.  He is always looking to grow them as far as their potential will allow them to, and he is focused on making sure they know he is as interested in their careers as they should be.  One of the things I will miss the most about moving from the Nudge Team to OLP to stay in Seattle is working with Abdullah on a day to day basis and dealing with his  honest, upfront and direct feedback.

**Areas for Improvement:** Have Backbone; Disagree & Commit
One area I've noticed Abdullah can work on is his instincts often to talk without a filter/argue his side of a discussion a bit too persuasively.  Although he generally does it out of good intentions, I've been in meetings from time to time where he may push too hard in a direction and not be as democratic as he needs to be.  He has also mentioned to me in our 1:1s that this is something he is actively working on, so for 2015 I think Abdullahs manor with which he Disagrees & Commits could be a good area for him to work on.

**Please provide your valuable feedback on our work together in 2014,** 01/16/2015
By Long Nguyen

**Strengths:** Earn Trust of Others and Deliver Results
Abdullah is a great senior manager. He is very approachable.

I am very impressed with the transition of the Nudge team to Detroit. Abdullah worked hard to make sure Seattle/Detroit can collaborate effectively and no one felt left out or not have access to the other team

Personally, I found Abdullah to care a lot about his direct reports and work hard to help them with career by providing valuable feedback, guidance as well as non-work related issues. A specific example is me living in Toronto and working in Detroit. Abdullah was flexible and gave me options to work from home once a week. He also has been working really hard to advocate for the Canadian employees in Detroit to get health benefits.

**Areas for Improvement:** None

**Required: Manager Upward Feedback (auto-assigned),** 01/16/2015
By Jeremy Przasnyski

**Strengths:** Hire and Develop The Best, Insist on the Highest Standards, and Bias for Action
[Situation] Abdullah took over as the manager of my team roughly 1 year ago. His primary goal was to hire a new Detroit team and to migrate the Seller Success team's services to that new team. [Behavior] Abdullah jumped in with a sense of purpose & enthusiasm. He immediately set up weekly 1:1 meetings with ever member of the Seattle portion of the team and started hiring quality engineers very quickly. [Impact] By the end of the year, his Detroit team consisted of 15 engineers and 2 managers... and all but myself rolled off the Seattle team. The quality of engineers he found was amazing. All the SDE1s are exhibiting traits of SDE2s. All the SDE2s are exhibiting traits of SDE3s.

* Hire and Develop the Best

* Bias for Action

[Situation] I began this year with a goal of getting promoted to SDE3, and I conveyed this to Abdullah in our 1:1. [Behavior] Abdullah immediately began giving me advice on specific actions I could take to better my chances during the mid-year and end-year review cycles. Each 1:1 he would follow up on suggestions he had made previously to ensure I was taking action. [Impact] My cross-team and cross-org influence has expanded - I regularly meet and help other teams. I now am participating in the mentorship program with 2 people I'm mentoring. Essentially - I've grown as an engineer directly as a result of Abdullah's guidance.

* Insist on the Highest Standards
* Hire and Develop the Best

Areas for Improvement: Dive Deep and Ownership
[Situation] Day-to-Day and Week-to-Week the Detroit team grew and became self-reliant because of the strong team members. [Behavior] From what I witnessed, Abdullah became less-and-less involved in the daily activities (other than 1:1 meetings) of the engineers... and became somewhat disconnected. I think attention was lost our engineering efforts and technology - with a bias towards new business opportunities. [Impact] Though we made it through Q4 without any appreciable issues, I suspect the engineers in 2015 will feel overworked as the bottoms-up goals will lose out to the top-down business goals. An example of this is the project I'm working on, Mula 2.0. From what I've heard, we've been given a Jeff Wilke level mandate to get our processing (we have 3K jobs currently) out of Data Warehouse (Oracle) and into alternatives processing containers (EMR, Redshift). However - there were no engineers officially allocated to this effort during 2015. I've since had to do a bunch of scrambling to get more visibility to officially get more resources allocated to the Mula effort... an effort that I clearly think should belong to Abdullah.

* Dive Deep
* Ownership

Required: **Manager Upward Feedback (auto-assigned),** 01/16/2015
By Carsten Locke

**Strengths:** Hire and Develop The Best, Earn Trust of Others, Deliver Results, Customer Obsession, Ownership, Insist on the Highest Standards, and Bias for Action
Abdullah took over the Seller Success team around the beginning of the year after we were informed that the team was moving to Detroit. He was always honest and transparent and made sure we had the information we needed regarding the move. He kept us informed of expectations of us as well as all of our options regarding moving teams. He supported our decisions and helped find opportunities both in and out of Marketplace. I felt that he handled the transition incredibly well and did everything possible to ensure that both the Seattle team and the new Detroit team were set up for success. His ability to hire quality engineers in such a short period of time was astounding. He also handled the split of the teams into an applications team and a platform team very well.

Abdullah supported and enabled Richard and I to form our own Marketplace Machine Learning team. This team would allow us to focus on our specialty and interest while providing an overall benefit to the Marketplace org. He put together a compelling argument to form the team and completed all the work required to do so. Once we were formed, he reached out to other teams to try to spread the word about us and find potential customers. He was able to get us the work with the AutoCat team as well as meetings with Matching and OLP. I felt that Abdullah always put our careers first and made sure we were set up for success.

When he was directly leading the Seller Success team, Abdullah would always insist on the highest standards in our quality of work. He also prioritized the most customer beneficial tasks while still allowing us to work to reduce our operational burden. Abdullah doesn't waste a lot of time overanalyzing things. He enables his team to make independent decisions when appropriate and is not afraid to take calculated risks, especially when the customer is being impacted.

**Areas for Improvement:** Have Backbone; Disagree & Commit
In some situations, I felt that Abdullah would not feel the urgency needed to complete a task. For example, there was a lot of work to be done for network regionalization that we were told would be taken care of in the future. As the deadlines approached, we felt increasing pressure and didn't have a clear plan or owner for the work. Eventually, Abdullah identified one of the new hires as the owner of the project and the work was scheduled. I believe we, as a team, should have been more proactive in prioritizing this work and it should have been started much earlier rather than waiting until the last minute. I think Abdullah felt pressure from the business to complete work for them and therefore pushed back this project until the last minute.

**Please provide your valuable feedback on our work together in 2014,** 01/16/2015
By Fletcher Liverance

**Strengths:** Are Right, A Lot, Hire and Develop The Best, Insist on the Highest Standards, Think Big, Bias for Action, and Deliver Results
[situation]
SSA transitioned from Seattle to Detroit.
[behavior]
Abdullah consistently provided aggressive and timely transition points, first to transition on call, then transition workload, then split SNA/SNP, then Ops split, and finally transition to full team autonomy. Nearly every step of the way was very well managed and carefully timed to provide the maximum positive impact. This required Abdullah to make some unpopular and aggressive changes, such as an early on-call transition and some forceful and short deadlines, that in hindsight lined up to a very well orchestrated and successful team transition.
[impact]
The agressive on-call transitioned succeeded at forcing the new team to take ownership over the code base, resulting in a very fast ramp up period for the whole Detroit team. This in turn allowed Abdullah to maintain aggressive deadlines on the remaining 2014 project work even with most of the Seattle team rolling off onto other projects, which further improved Detroit team ownership as they picked up the new project work. Finally, the team and ops split put the nail in the coffin for operational excellence, resulting in us ending the year with an enourmous decrease in weekly velocity of high and low sev tickets, while at the first time consistently maintaining a queue of 0 or near 0 throughout 2014 Q4 (which was the first Q4 for the entire Detroit team).

[situtation]
As my first major project at Amazon, I had been taking fairly standard (what I felt at the time was aggressive) process to investigate, prototype, mvp, and productize EcHo that resulted in 2 sprints with a lot of good design documentation but little real code.
[behavior]
Abdullah took Andy and myself aside and indicated to us that EcHo needed to be done, and it needed to be done now, no more considering, just dig in and deliver and we'll iterate as we go. This came as a shock to me, and frankly crazy, as I felt we were already delivering at an agressive pace on a difficult design problem
[impact]
After that discussion I distinctly recall being pissed and thinking "This is idiotic, but he said this is

AMAZON_HAYDAR 00000537

what he wants us to do and definitely got the point across that it's now or never, so f*** it, we'll just blast through all this crap and see what comes out the other side". Andy, Sanjay and I then spent a memorable 6 weeks furiously coding and designing on the fly, but we got it done, and the whole backend has been working flawlessly for 4 months now and has been a maintenance dream. Without that 'nudge' from Abdullah I'm positive we'd just be delivering the first report now instead of having released it 2 months ago, and having 2 months to gain priceless insight into customer use cases and the intrigues of various data aggregations. This is one of the few times in my career where a push from a manager against my better judgement pushed me to the next level and made me realize my potential. Definitely will remember it for a long time.

**Areas for Improvement:** Ownership, Vocally Self Critical, Earn Trust of Others, Have Backbone; Disagree & Commit, and Bias for Action

[situation]
SSA was in the middle of team transition from Seattle to Detroit, was neck deep in trying to maintain program deliverables that had not been executed from Jan-April, and had an ever increasing mountain of tickets topping 50 open tickets in the queue with 7-10 within 2 days of SLA. Every chance we could the whole team was complaining about the workload and that we desparately needed additional oncall to maintain the ops load.

[behavior]
Even with repeated and continued complaints about ops load over a number of weeks, there was no perception of action from senior management to correct the situation. The continued chaos caused by constant context switching to put out near SLA ticket fires resulted and the lack of movement resulted in rapidly declining morale at the lowest point borderline apathy for a significant portion of the team.

[impact]
Note, this issue was resolved and the team largely feels we have one of the best OE loads and nicest oncall rotations available, but this 3-4 week 'dark' period could have been completely avoided by better communication and putting an extra person as an active shadow oncall during transition to keep oncall manageable and prevent impact to the team at large, rather than waiting the 3-4 weeks for the team split to be finalized.

**Please provide your valuable feedback on our work together in 2014,** 01/16/2015
By Silviu Poede

**Strengths:** Ownership, Hire and Develop The Best, Bias for Action, and Earn Trust of Others
Abdullah took the ownership of Seller Central's Business Reports area in January 2014 while the Seller Central Analytics (SCA) team was in a restructuring phase - I changed my role from SDM to SDE and a new manager took over the leadership of team.

Right after joining the team Abdullah scheduled a trip to our office in Romania to have in person meetings with me and the new manager. He led the discussions around teams' past project, future projects and especially around the major pain points from the last year, which led to my role change. Abdullah focused on the action items resulted from our initial meetings throughout the year, bringing the SCA team closer to the Merchant Technologies organization. He played an important role in establishing team direction by contributing to the roadmap and prioritizing projects together with my manager and our TPM.
Abdullah was closely connected to the details related to all major ongoing projects like Seller Reports Platform and Data Warehouse dependency deprecation. He attended all our goals review meetings even when he had a busy schedule.

Abdullah was the communication bridge between our team in Romania, and the FBA management

in Seattle for the Seller Reports Platform. He took advantage of his geographical location which offered him time overlap with both parties involved in the project. This reduced the number of late night meetings that were frequent during previous years.

Abdullah was also focused on my growth as an SDE. He quickly found a mentor for me after we briefly discussed about this in one of our weekly 1:1 meetings.

**Areas for Improvement:** Are Right, A Lot
The team that develops the backend systems for the SRP project is highly understaffed (only two devs, including myself). Given the magnitude and the impact of the SRP project, I think Abdullah should spend more time working with our local manager to obtain funding for additional heads for this project in order to speed up the delivery of new features. The loaner SDE provided by the FBA team is not a substitute for an SDE that is fully committed to this project.

At the beginning of Q4 2014 the delivery of SRP frontend system was already delayed, mainly because the due date was not in line with the amount of effort related to the number of resources allocated. Abdullah caused frustration among team members when he agreed to sacrifice the development of the SRP backend system to speed up the development of the frontend app. He didn't account for the amount of time required by a SDE to get up to speed with the technologies required on the frontend app. This event had the potential to put on hold the development of both backend and frontend projects. In the end Abdullah gave up on this idea.

**Required: Manager Upward Feedback (auto-assigned),** 01/15/2015
By Andrew Keller

**Strengths:** Hire and Develop The Best and Bias for Action
When Abdullah was recruiting me after receiving my offer, I was impressed by the effort he put in to landing me to accept the offer. He was willing to meet me at the time and location that worked best for me to talk as long as needed to get all of my questions and concerns addressed. This type of dedication is what really sold me on this being the right company and team to join.

I've worked at several companies prior to coming to Amazon and at each of those companies there has been either less competent team members or those who clash with the rest of the team. I can honestly say that the Seller Success team that Abdullah has assembled in Detroit has none of those types of people. I truly think he has hired some of "the best" because during the transition of the team from Seattle to Detroit, the operational burden actually reduced and the overall transition was relatively smooth. The impact of having such great people to work with is that everyone can be more effective together, not having to worry about clashing personalities or carrying along underachievers.

Abdullah has a knack for taking problems head-on when addressing them. It's this bias for action that I think separates him for many managers I've seen in the past. He doesn't take time second guessing his team before fulfilling their ask. I can think of one such instance where Long and I were working on Preference Center, we were blocked on getting some front-end details, specifically relating to string translations. We communicated this to Abdullah and within the hour he had all of the relevant stakeholders on a conference call to answer all of our questions. Because of this we were unblocked and able to work toward delivering the feature on time.

**Areas for Improvement:** Earn Trust of Others
One thing that I think Abdullah could do to earn more trust of others is being more genuine and honest when he is describing team relationships. I've been in a couple of meetings where Abdullah

tells other managers that our team has a close partnership with another, which isn't entirely accurate. One example I can think of recently is when we met with the new VP Stefan. Abdullah explained to him that we were closely partnering with the SCA team to provide some new features in Business Navigator and the Inventory In-stock report. In reality the cooperation hasn't been that great. In fact, the lack of communication resulted in SCA deprecating a report that we were using and causing a Sev 2 and violating customer trust. I felt Abdullah was being disingenuous in telling Stefan that we closely partnered with SCA.

---

**Required: Manager Upward Feedback (auto-assigned),** 01/15/2015
By Jim McCollom

**Strengths**: Hire and Develop The Best, Insist on the Highest Standards, Think Big, and Dive Deep
   Adullah has constantly insisted on the highest standards for OE. This has transllated in a very strong focus on my end that has lowered ticket counts and lessened  overall SDE burden.

   Abdullah is constantly in looking for potential customers of the Nudge Platform and is driven to figure out synergies so we can on-board them to the platform.

   Abdullah is constantly encouraging us (the SDMs) to determine our best talent and work to develop it through training and promotion. He also drives hard to bring training from Seattle to the Detroit so we can increase competency across the entire office.

   Abdulllah has definitely dove deep on a lot the platform in the last year, generating an majority of the documentation that exists today for the Nudge Platform.

---

**Areas for Improvement**: Earn Trust of Others and Deliver Results
   When I started on the team and was trying to get my bearings, Abdulllah scheduled a mandatory SCRUM training for the whole team in Detroit.The crux of the training was that SDEs really don't need and shouldn't involve managers in day to day status and that they should pick what they work on rather than have management plan out their resources. As a new SDM, trying to start at a new company, I feel that this didn't give me the autonomy to develop methodologies that work to deliver results with my team. When I disagreed, it caused a rift with me and the team, and lleft me with the impression that I was essentially set up to fail in that situation. When it came for the SDEs to catch up with the trainer a few weeks later, I was again brought up as the bad guy because I didn't immediately embrace SCRUM with multiple deadlines hanging over my head. After this, Abdullah has coached me to "not be the bad guy", but it feels as if I was pushed into a corner where my only options were to acquiesce or stand my ground; neither was a winning situation for me.

   Abdullah is very focused on growing the Detroit team, however, sometimes I feel that some of the aiming high for growth leaves him absent from part of the decision making process, which made my initial few months with the company a real trial by fire. Whille I feel getting dropped in the deep end got me to the point where I am now where I feel more confident with the Nudge platform, and I definitely love the autonomy and trust he must have in me to operate autonomously, at times, I feel like there is some profession development I might be missing out on.

---

**Please provide your valuable feedback on our work together in 2014,** 01/15/2015
By Prashant Pagar

**Strengths**: Hire and Develop The Best

During transition of team from Seattle to Detroit, Abdullah setup shadow oncall sessions for every individual new team member which helped us to come up to speed with the services we own. He also arranged training sessions by Seattle team members for our team over here which made sure that ongoing projects were handed off smoothly.

---

**Areas for Improvement:** None

---

**Please provide your valuable feedback on our work together in 2014,** 01/13/2015
By Nikita Chhatre

**Strengths:** Customer Obsession, Ownership, Hire and Develop The Best, Bias for Action, Have Backbone; Disagree & Commit, and Clear communication
I got to work briefly with Abdullah as the manager on Nudge Team. So, might not be in apposition to give a detailed report of his review as a manager. It was mostly 1-1s remotely on video conference.

He was great with scheduling weekly 1-1s and discussing concerns on the team and related to project work. He did a great job with scheduling and following up on the knowledge transfer sessions to Detroit as well as making sure we were comfortable as we were transitioning out of the team due to re org. He was very effective in communicating across and being transparent when sharing constructive feedback.

Abdullah made sure he showed concern for each of our careers. He gave me an opportunity to work independently on the Long Term fox for OOS issues to get more exposure to design and interaction with dependent teams. He also owned responsibility to improve the career graph of others on the team by providing suitable opportunities for growth. Hence, he did a great job with shaping the careers of his employees.

Abdullah did a great job with hiring in Detriot. He worked extremely hard on it and the results for for all of us to see.

---

**Areas for Improvement:** Think Big, Vocally Self Critical, and Dive Deep
Abdullah could be positively affected by taking a detailed interest in the operations of the team. Though he micromanaged team members, he did not take effort to dive deep into the technical issues at hand but a more shallow approach to bottoms up projects. An overall understanding of the pain points will help him focus appropriate effort to the initiatives.

He could work on being vocally self critical and not focus on being on the right side of schemes. An example of this would be the impact of out of stock recommendation issues were doing to sellers. On correcting the inaccurate numbers, he did not seem to adapt to it. That will help him grow and learn out of it in an accelerated manner.

---

**Required: Manager Upward Feedback (auto-assigned),** 01/12/2015
By Cole Chandler

**Strengths:** Ownership, Are Right, A Lot, Hire and Develop The Best, Think Big, Bias for Action, Earn Trust of Others, and Deliver Results

Abdullah spent a large portion of last year transitioning the SSA team from Seattle to Detroit. He took initiative and gave us the tools necessary to make the change as seamless as possible. He set up an always-on video conference between the Seattle team and Detroit team, he arranged for team members from each team to travel to the other team's city for knowledge transfers, and he set up a shadow on-call system to make the initial exposure to ops less painful. This things made a huge difference in my ramp up time and greatly improved my experience when I first joined the team.

During one of my one-on-ones with Abdullah, I mentioned that I had an idea for a Firefox extension that I wanted to work on in my free time. I remembered hearing that Amazon was very strict about allowing these external projects and I wasn't sure where to get started. Abdullah encouraged me to follow through with this idea and sent me links to documentation on the process to get open source project contributions approved. Because of Abdullah's advice, I was able to get my request approved and built a project that my friends and I use everyday. This is just one example of Abdullah giving me great advice. He is extremely knowledgeable about Amazon and has valuable input for nearly every problem I have come across.

---

**Areas for Improvement:** Insist on the Highest Standards
Midway through last year, when Abdullah was managing the entire SSA team, both us in Detroit and those in Seattle, he was not as present as I would have liked. He seemed to miss a couple of standups a week and it felt like he would lose track of the team's status as a result. This is understandable, as he had to manage multiple teams -- not just ours -- and our team was already too large for one manager.

---

**Please provide your valuable feedback on our work together in 2014,** 01/11/2015
By Shreekant Kishor Mandke

**Strengths:** Customer Obsession, Ownership, Are Right, A Lot, Hire and Develop The Best, Insist on the Highest Standards, Bias for Action, and Earn Trust of Others
   Situation: Mentoring for Shreekant over the last 2 quarters
   Behavior: Haydar is extremely punctual. He runs the meeting like clock work even if he is travelling. On the rare occasion that he is not able to make the meeting he takes ownership and sets up another meeting instead of foregoing the meeting. Over the months he has taught me to be data driven a) making a case for additional resources b) OP1 planning. He has helped mentor me and helped me develop my team a) got me to develop FLP for my promising candidates and reviewed my promo documents. He has helped get me and my product visibility in marketplace

   Impact:
   Haydar has helped me become a better manager at Amazon. Me, my team and the products I manage are getting the benefit of his investment in me.

---

**Areas for Improvement:** None

---

**Required: Manager Upward Feedback (auto-assigned),** 01/10/2015
By Kevin Yavno

**Strengths:** Ownership, Insist on the Highest Standards, Think Big, Bias for Action, and Deliver Results
   [situation] benefits for Canadians working in Detroit [behaviour] Abdullah took charge and initiated action as soon as he heard about this inconsistent situation [impact] we are now in talks with HR to

possibly get Canadian benefits for us

[situation] transitioned the Nudges team from Seattle to Detroit [behaviour] helped the transition of the Nudges team from Seattle to Detroit be very smooth by putting into action several means of communication between the two sites, encouraging team members to travel to the other sites for Knowledge Transfer, and overall management of two teams at both sites [impact] the nudges team is now fully in Detroit with almost no need for any Seattle intervention. We have also decreased our OPs burden.

**Areas for Improvement:** Earn Trust of Others
[situation] leading conversation during meetings [behavior] often times he talks a little too much during meetings [impact] during meetings, sometimes other team members have something to add but Abdullah will move the conversation somewhere else quickly, and we'll have to back track. This hasn't happened to often, but it does happen occasionally.

[situation] being more involved with the team [behaviour] during the time that SNA didn't have a dedicated manager, Abdullah was the acting manager. There was about a 3 week period when I don't even remember seeing him once in person. [impact] our team was working on a project but we felt that leadership was lacking.

**Please provide your valuable feedback on our work together in 2014,** 01/08/2015
By Viorel Radu

**Strengths:** Customer Obsession, Are Right, A Lot, Hire and Develop The Best, Think Big, Bias for Action, and Deliver Results
I only met Abdullah this year, as I joined Seller Central Analytics team, but over the year we had interacted on all team's major projects. He helped me from the start to understand the Seller Central business and work procedures, something that was new to me coming from a different organization.

He took a great amount of interest in the team's main project for the year (Seller Reporting Platform), a joint effort with FBA organization intended to deliver an unified platform for reporting to all Seller Central teams. At the beginning of the project we had a lot of discussion, some just between us and some including the FBA as well, in order to get the project started. Abdullah invested a good amount of effort into this project and he pushed the others to find solutions on the problems as they appeared. With his help we were assigned a TPM dedicated to the project - a decision that proved to be of great help for the team and project.

He was also interested about growing team members and he has personally stayed in touch with Silviu Poede, our lead engineer. I know he has periodic 1:1 meetings with him and has recommended him a mentor to help with his career path.

**Areas for Improvement:** Have Backbone; Disagree & Commit
The only thing that I could see as an improvement area for Abdullah is his ability to push back on some requests. There were situations when I felt that the team was treated unfair, but I didn't see any reaction from Abdullah - like when FBA kept pulling back resources from the project we were working with them, without providing any explanation or mitigation plan. I would have expected him to step up and ask for the FBA to fulfill their commitment or at least to renegotiate the terms of the cooperation instead of us having to do all the compromises. I do understand that he was trying to keep the project going and that I don't have all the data, so I will assume that he made the best decision in this difficult case.

**Feedback as your manager,** 05/30/2014
By Fang Liu

**Strengths:** Ownership, Bias for Action, and Hire and Develop The Best
[Ownership, Bias for Action] Abdullah is my manager for the past a few months. When we have operation issues, he has good judgement on issue and importance of it, and prompt on escalating the issue if needed. He identifies dev tasks vs. tasks that managers should mask, and helped minimize the distraction or randomization of the dev team, as well as helped the team to prioritize dev project tasks.

[Hire and Develop the Best] For people in the team that needs more coaching and improvement, he set up plans to help the person to maintain focus and finish a specific feature, to let him gain technical skills and experience.

**Areas for Improvement:** None

**feedback request (due 6/14),** 02/09/2014
By Krithiga Thangavelu

**Strengths:** Customer Obsession, Ownership, Bias for Action, Insist on the Highest Standards, Are Right, A Lot, Vocally Self Critical, Think Big, Hire and Develop The Best, Earn Trust of Others, Dive Deep, Have Backbone; Disagree & Commit, and Deliver Results
I know this was long over due. Abdullah is one of those role model managers I would love to emulate. He is very energetic and passionate about his customers and his commitments. I worked with Abdullah on Pricing error suppression. In addition to quickly signing up to help us deliver on work in his space, he also followed up post delivery to ensure everything was working as expected. He is very engaged in all his meetings and ensures he gives his input into the process. It is a great pleasure to work with him. His obsession to learn and be the best in whatever he is tasked with and exemplify leadership principle is clearly raising the bar for all the managers in the marketplace. Initially, I was taken aback by his over enthusiasm level but over a period of time, I am totally sold on his genuineness, sincerity and goodwill for others.

**Areas for Improvement:** None

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/31/2014
By Venkatesh Veeraraghavan

**Strengths:** None
I didn't have a lot of opportunity to work closely with Abdullah. In my interactions I find him enthusiastic about the various things we are currently working. He showed a lot of curiosity to know the changes we are bringing in the finance/payments world and offered to help with reviews etc. I also find him very enthusiastic in hiring related activities. He helped do a lot of phone screens for college hires and interns.

**Areas for Improvement:** None

Abdullah should develop some active listening skills.  He comes out as a person who is not only too vocal, but doesn't seem to see the other person's point.  He likes to counter every argument and feels like he wants to have the last word.   This does give a feeling he doesn't want to collaborate, which might not be the case.

---

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/29/2014
By Jamie Yang

**Strengths**: Customer Obsession, Ownership, Earn Trust of Others, and Dive Deep
   When ticket projection was going above goal, Abdullah dove deep into ticket analysis and drove for ticket reduction for MLP. He categorized and prioritized the top offenders and held follow up meetings to plan out path to resolution and continuously follow up on the action items. His work and leadership ensured a successful Q4 as well as contributed to the turn-around of year end ticket count.

   As a senior manager, Abdullah is never hard to reach. He was actively involved in the marketplace Hackapolooza and made his genuine suggestions to our team's idea and encouraged us during the final presentation. He earn trust of others through setting up standards as a good people leader as well as technical leader.

   During my interaction with Abdullah, he has demonstrated great ownership, customer obsession, earn trust of others and dive deep leadership principles. It was great working with him and his work is greatly appreciated.

---

**Areas for Improvement**: Think Big
   there isn't much to tell regarding area of improvement based on my interaction with Abdullah. I could think that it would be great to see Abdullah takes on more responsibilities and execute his big ideas to benefit the org in the future.

---

**feedback request (due 6/14),** 01/28/2014
By Pankaj Dani

**Strengths**: Customer Obsession, Bias for Action, and Deliver Results
   Abdullah was L7 manager for listing platform space, and my interaction with him was during various meetings specifically in program reviews or during escalations. On positive side, I find Abdullah a very approachable, easy to work with, and who has strong bias for action. He became a single point of contact for external feed users, and this helped driving various process improvements including ensuring stable devo platform for listing. His continuous focus on operational load on MLP resulted in large reduction in sev-2 tickets for MLP.

**Areas for Improvement**: Ownership, Are Right, A Lot, Vocally Self Critical, Earn Trust of Others, and Have Backbone; Disagree & Commit
   On the improvement side, I would like to see Abdullah more specific in what he would like to convey. I find him having views on every discussion which may or may not be related which leads to non-productive discussion. This also leads to him taking stand without knowing exact facts. During the ASIN deletion project, he asserted various times about issues faced by SCAS were related to ASIN deletion, although his own manager as well as oncall could not relate two together. Similarly during project Tang root cause analysis, I failed to see him taking any accountability as senior leader of the group. He invariably would blame dev managers for ILA and MLP for failure along with senior engineers without taking overall ownership which I would expect a senior manager to show when a

project which multiple teams did not complete as expected. I would have also liked him to take a stand in front of leadership about complexity and uncertainty of tasks related to project showing his support for his team but the same time providing directions to help team simplify the solution to deliver appropriately.  In the end, I believe Abdullah failed to take ownership as well as show leadership for disagree and commit.

---

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/27/2014
By Aravind Yalamanchi

Strengths: Customer Obsession, Bias for Action, and Vocally Self Critical
   I interacted with Abdullah on numerous occasions, which include design discussions for MLP and SCaS projects, IOP-Marketplace coordination meetings, and technical deep-dives in the listings space. Abdullah is often the most active person in a meeting offering solutions for the problems at hand. He has great enthusiasm to learn about and contribute to projects outside his immediate space. He participated in most technical deep-dives I hosted and he often catches the nuances of the Amazon systems very fast and offers solutions to the problem. The LDR report for the Image Defects and the Variation tree suppression for parent ASIN defects are the two such sessions he participated in. While offering solutions for these problems, Abdullah demonstrated that he has great Customer Obsession by incorporating the Seller Experience in his justifying a solution. Also, he demonstrated great Bias for Action when he took action items for these meetings and moved fast in scoping the effort-level and driving them to resolution. He also demonstrates great Bias-for-Action in taking up action items from the IOP-Marketplace coordination meetings and following-up. The SKU store stickiness issue is one such problem where he volunteered to create a COE for and own it while he works with the partners on the solution. On another instance, when the MLP's operational burden was deemed unreasonably high, Abdullah dove into the root causes of the tickets and addressed them to achieve a great turnaround.
   In many ways, the teams and projects under Abdullah's leadership did not fare well this year. While this has been a painful onboarding experience for Abdullah, he never shied away from holding himself responsible and learning from it.  For instance Abdullah owned the responsibility for not identifying and addressing the operational burden faced by the team. Similarly, during the Peter deep-dive on the team performance, he admitted misses that resulted in low SDE satisfaction in his team as well as missing goals on the Cuba/Cradle project.

---

Areas for Improvement: Ownership, Think Big, Earn Trust of Others, and Dive Deep
   While Abdullah demonstrates the ability to dive deep in design discussions, he does not demonstrate this consistently to make it his strength. For the most part he does not have a clear idea of what he owns and he does not stay connected with the details of his own system and the performance of teams. For instance, at the program reviews for Cuba/Cradle, Abdullah consistently reported its status to be green, while the work on the ground is nowhere close to being green. Although the slow progress on Cuba/Cradle may not all be attributed to a single person, none of the involved managers took strong ownership of the project until it is flagged by the Directors. Abdullah's lack of visibility into unsustainable operational burden on the teams may also be attributed to lack of ownership and metrics to measure the performance of the teams. In fact on multiple occasions, Abdullah incorrectly stated that increase in operational burden was a conscious choice to improve the Seller experience.
   Often Abdullah is eager to answer tough questions even if he does not have all the facts. This often leads to responses that are not crisp causing more confusion. For example, in a meeting with the Kindle team, Abdullah's responses to the priority scheduling problem were unfocused as he was laying out multiple solutions "we could" offer with no clear direction. He was not able to earn the trust of the Kindle team as he was not able to convince them that we take the Operational issues with our platform just as seriously as they do and that we are executing specific projects that address these issues. I have observed similar behavior in the Executive B&O meeting and the STP Review with

Peter.
  Abdullah did not demonstrate that he can think big while discussing future plans for MLP and SCaS. He defers to his lead engineers to create the vision and in the case of SCaS he was not able to provide necessary guidance to Nick when he was not able to make progress.

---

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/26/2014
**By** Nick Pietraniec

Strengths: None
  see feedback submitted in june

---

Areas for Improvement: None
  see feedback submitted in june

---

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/26/2014
**By** Rohit Nair

**Strengths:** Earn Trust of Others, Dive Deep, and Demonstrate teamwork
  Abdullah has been extremely accessible as a senior manager, and is extremely res
  ponsive to any questions or mails from us. He's also had regular 1 on 1s with the SDEs under him, which were quite helpful for us to understand the big picture and get more transparency from the management chain. He's also been available fo
  r technical issues/outage related events and even driven some of those conversat
  ions. He's also given me guidance outside my regular work, for example, in matte
  rs related to hiring and recruiting.

  Abdullah is also extrmely active in trying to organize team events, provide increased opportunities for cross team interactions and also makes sure that any launches or major victories for the team or for sellers are rightly celebrated . This is really appreciated.

  More recently, Abdullah drove discussions around a seller issue that caused a Bezos escalation. There were multiple teams and systems involved and Abdullah was able to co-ordinate the discussions across those teams and come to a root cause for the issue.


Areas for Improvement: None

        .

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/24/2014
**By** Preeti Kumar

**Strengths:** Customer Obsession and Bias for Action
  Abdullah joined as our senior manager last year but he also filled in as our manager for some time when Venkatesh left. He made sure he had 1:1 scheduled with each one of us regularly and tried his best to be available whenever we wanted him. He was always responsive to emails and IM communication. He gave me feedback from time to time about my performance and shared a lot about his different  experience in his career. I could see he quickly adapted  to the Amazon culture once he joined and was able to encourage others to adopt Amazon Leadership Principle.

He helped a lot to escalate issues with OLS who kept sitting on ticket which was affecting an MWS customer. I could see he was working with MWS manager and making sure the customer's issue has been resolved.

Abdullah introduced 20% Engineering time policy for SCaS engineers to work on engineering task as Ops burden had increased. This was after we had a new manager. He made sure he pushed our manager to give the engineers the 20% time when they demanded.

Abdullah did a good job of trying to keep the team happy by making things workout between engineers and the new manager as some members went through hard times working with new manager.

After the SDE survey result, Abdullah gathered the results and presented them and took opinion from the teams (MLP and SCaS). I felt that our voices were being heard by the management rather than just ignoring the survey results.

Abdullah arranged regular team meetings and team activity involving MLP and SCaS. it helped me understand MLP's work and know the team members. it helped me a get a broader picture of their work.

**Areas for Improvement: None**

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/23/2014
By Dana Friedman

Strengths: Ownership, Bias for Action, Dive Deep, and Deliver Results
I worked with Abdullah in 2013 when it came to my attention that someone had been telling our engineers that they needed to fund CN hardware growth. Because all things hardware related are confusing, the message my engineers got was that this was somehow funded, yet I was pretty sure that wasn't the case. After trying to figure out how to get to the bottom of this, I found Abdullah (If I recall, the messenger of all this was someone who worked for him). Abudulla was extremely helpful in finding out from the CN teams what really happened, why there was confusion, and uncovered the somewhat contradictory conclusion the CN team came to around funding. Point being, Abdullah was pretty indefatable in researching what had happened, and brutally honest about what was really going on. Then we tried to work together to figure out how such things could be avoided in the future. It was really great how Abullah, who doesn't really know me that well, was willing to go out of his way to help me out, not just for my sake but because he realized the underlying problem (namely the way everyone tries to play hot potato with hardware) is a company wide problem tht he wanted to help solve. On top of that, he was friendly and fun to work with. Overall, I really liked working with Abdullah, and would readily seek him out again to help me troubleshoot a problem or navigate his org.

Areas for Improvement: Dive Deep
Beyond this issue, I haven't had a chance to work with Abdullah. I guess it would have been good if one or both of us had followed up on this issue with eachother to learn what improvements had been made. For instance, I wonder if Abdullah got more involved in the hardware planning process for his team for 2014. (I don't know, but would be interesting to know if he did).

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/23/2014
By Angky William

Strengths: Ownership and Earn Trust of Others
Abdullah is a good communicator.

Abdullah has a persuasive nature of approaching people.
He could persuade and encourage others to complete their task in a friendly way.

During the platform search sev2 that our team have, our manager Ramesh is panic about the entire situation. Abdullah in the other hand manage to keep his composure and ensure us that everything will be fine in the end instead of pilling us with more stress.
I think this definitely a good trait to have in a leader.

Abdullah has a great understanding of the team that he leads.
When I first join amazon 6 months ago, Abdullah give me a general overview what each team do and how each team correlated to the other. This overview really helps me to get a good understanding of how our team play our role in marketplace

**Areas for Improvement:** None
I did not get a chance to interact with Abdullah too much to know the area that Abdullah needs to improve

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/23/2014
**By** Nathan Yu

**Strengths:** Earn Trust of Others and Dive Deep
Abdullah took the time to get to know all of his team members on a personal level. Abdullah and I share an origin from the midwest. When I expressed interest in visiting the Detroit office over the holiday break he went out of his way to make sure I would have access to the building, knew where to park, and put me in contact with one of the managers in that office so my visit would be comfortable.

Abdullah also held regular meetings with his managed teams, SCaS and MLP. He facilitated cross-team discussion and was thorough and transparent with our teams' direction. I was consistently impressed with how much and with how much detail he understood every initiative, project, and task we worked on as a team. Abdullah attended and contributed to MLP's first annual Feedapalooza this year, where we identified and attempted to address the largest contributors to seller pain and our team's operational burden. He expressed genuine interest in resolving these issues and even volunteered solutions and offered help in completing our task list.

**Areas for Improvement:** None

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/20/2014
**By** Fahim Patel

**Strengths:** Customer Obsession, Ownership, Bias for Action, Vocally Self Critical, Think Big, Earn Trust of Others, Dive Deep, Have Backbone; Disagree & Commit, and Deliver Results
During last year SCaS had no manager for several months, during this time Abdullah started leading the team. Abdullah listened and took steps possible to address them.  Abdullah conducted regular 1x1 sessions, performance reviews and team meetings. Also when we got new manager he made sure things were running smooth and solved any issues that arise. During high sev events, Abdullah

provided support and communicated effectively.

Abdullah took effort to define scope of SCaS and MLP team. He showed keen interest and initiative on new SCaS re-architecture project. He pushed hard on design and requirement task to be completed so that we can start work on re-architecture in 2014. During performance review Abdullah helped me identify improvement areas. He followed up on the review and gave feedback on how I was doing that helped me address areas of improvement.

---

**Areas for Improvement:** None

---

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/20/2014
By Melanie Gens

**Strengths:** Customer Obsession, Bias for Action, and Hire and Develop The Best
[Customer Obsession]
[Bias for Action]
Abdullah demonstrated customer obsession and bias for action in several urgent seller investigations I was involved with in one way or another. One of these was a Seller 911 case in late April that he asked the team to take a look at via email during the evening on a Saturday. It was related to blank product titles in the Open Listings Report, which could easily have been the SCaS team, but I did an initial investigation and determined that it should probably go to MLP. From there he escalated and maintained pressure (over email) to respond to the seller's issues in a timely fashion, leading to TT21326876 and the eventual resolution through a coordinated effort between MLP and retail teams.

In the other case, he received a seller escalation related to a difficult Platform Search migration in China and it was a complex enough issue involving our older systems that he decided to call in Mohammad and me the next morning to work with the current team to make sure they fully understood the options for solving the issue as well as any nuances that might be overlooked. After this summit, the team was able to put together a plan to complete the migration successfully and resolve the seller impact, which was documented in COE 38430.

[Hire and Develop the Best]
Another strength of Abdullah's is hiring and developing the best. One notable way he did this which goes beyond what many other managers did was to volunteer to support SDEs during Hackapalooza. This was actually something he told me he felt was an important part of his job -- and he was happy to do it. He was awake all night and checked in with teams like mine to make sure we weren't stuck. It's the sort of less-than-glamorous duty that I wouldn't normally expect a senior manager to step up to do and it really impressed me that he did.

The other thing about Abdullah that stood out to me was his strong support for the summer interns. He was proud to tell me that he had been a proponent for bringing more interns into Marketplace, even pushing for additional meetings to bring up more intern project proposals. In addition to one new intern, SCaS had a returning summer intern, and he emailed Venkatesh and me on the first day to make sure we stopped by to say hi to Phillip so he would feel welcome. After Phillip's departure, he was also closely following Phillip's return offer decision.

---

**Areas for Improvement:** Employee Retention
Yes, this is not really either a leadership principle or a competency; arguably it's Hire and Develop the Best or maybe even Deliver Results, but I'm not quite sure of the cause so it's hard to tie it to a specific attribute. Whatever it is, as much as I feel Abdullah has been a passionate and capable leader for his team, he has definitely had a problem with employee retention and satisfaction on the SCaS team. Given that he is vocally self-critical, I know that he is well aware of the issue and

probably has more insight into root cause than I do -- even if it was just bad luck -- so that he can be successful with his new team and hopefully pass on those lessons to the current SCaS manager.

---

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/19/2014
By Kari Roe

**Strengths:** Ownership and Earn Trust of Others
  I primarily worked with Abdullah on a JeffB escalation answer.

  Ownership: The JeffB escalation was from a CN seller that was having issues searching in MYO with a product title. The escalation came down through Faricy's org and the CN 3P team. Because CN is a day ahead- we started our analysis of the problem and pulled together more seller details and feedback. When we talked to the Seattle team when they started the week Abdullah was very responsive and with his team dove into the technical issues. They quickly identified it as a known issue that was addressed in a TT. His team quickly came up with a short term and long term solutions and executed on the solutions to fix the problem.

  Earn Trust of Others: During the investigation and fix processes, We had a few calls with the Marketplace and CN 3P team. It was the first experience the CN 3P team had with JeffB escalations and Abdullah did an excellent job communicating the issues, asking for additional information to understand/confirm the problem walk through the short term and long term solutions. He really was a role model for how to manage a JeffB escalation.

---

**Areas for Improvement:** Bias for Action
  Bias for Action: The JeffB escalation was a known issue that was not actively being worked. I am sure that Abdullah's team has plenty on their plate, but had it been dealt with we could have avoided the escalation and saved the educational moment for later.

---

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/17/2014
By Venkat Kalyan

**Strengths:** Customer Obsession, Ownership, Earn Trust of Others, and Have Backbone; Disagree & Commit
  As the Digital Publishing, we use the Listing Platform to submit feeds to IMS to put them on sale.  In 2012 we had faced a number of issues with the platform and a high operational load.  We also wanted to bring down our latencies in 2012.  However, much we tried, we could never build a good relationship with the LP team until 2013.  In 2013, we built a very strong relationship with the LP team thanks to Abdullah (and Robert Walde).  Further, a number of issues we faced were due to issues in MVW team.  And we had a very hard time with MVW team and its manager who would ask for a COE whenever we cut a Sev2.  And we could never make any headway.  Caught between our demanding customers and our dependencies, we were in a fix.  Abdullah joined Amazon at that time and paved the way for a strong relationship between Digital Publishing (Kindle) and Listing Platform team.  This proved very fruitful as we achieved several objectives this year including building high priority pipeline, backfill pipeline and improved our performance as we reduced our latencies by 70% in our main pipeline.  I believe the work we did for MLP helped MLP roll out a Critical priority pipeline for retail too.  Overall, a great partnership and i dont think it would have been possible without ABdullah's leadership.  I can certainly say Abdullah's "Customer Obsession" was a key factor in this fruitful relationship.

  When we were facing issues with MVW, we were completely stuck.  Abdullah said he would be the

single point of contact for all LP teams and helped us reach out to the MVW team. Over about 4 months, the platform stabilized and the reliability has gone up significantly. Abdullah's ownership is commendable.

Abdullah also displays excellent "Have a backbone, Disagree and Commit" skills. When we built the Critical priority pipeline, it meant we would bypass LP and write to IMS directly. Naturally, LP and Abdullah were very much against it. He pushed back extremely strongly and was very unhappy that we did not heed him. However, we were able to put together a number of arguments as to why that was right for our customers and in the end, Abdullah politely disagreed but committed to the project. And the projects, as mentioned above, were successful. To me, Abdullah exhibited excellent "Have a backbone, Disagree and Commit" skills.

Due to our close cooperation and Abdullah's mature and strong leadership, he certainly earned our trust that in fact, I was very disappointed that Abdullah would be moving on to another role.

Abdullah is an asset to Amazon.

---

**Areas for Improvement:** Dive Deep
One are that Abdullah could potentially improve on is deep Dive. While Abdullah was an excellent leader, I dont think i saw any progress in his understanding of the Listing Platform and he had to rely on either Martin or Robert which, in my opinion, would allow a manager to independently judge suggestions and ideas.

---

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/17/2014
**By** Prakash Krishnan

**Strengths:** Customer Obsession, Ownership, Bias for Action, and Earn Trust of Others
In 2013, we had a successful collaboration between Retail and MLP.

Early in 2013, we ran into several problems operationally with MLP, where we were not getting enough throughput for publishing Retail contribution feeds, as well as having operational and performance issues.

Abdullah and his team collaborated with us and provided us with FAST processing of CatPIL feeds. The MLP platform increased the number of connections that were guaranteed for Retail, further increasing our processing speed. As a result, we scaled item publishing throughput per marketplace from 50K/hour in March to 200K/hour in June (4x improvement) and worldwide throughput from 400K/hour in March to 800K/hour in June (2x improvement). We also reduced the latency of Deals of the Day and promotions from an average of 20 hours in March to under 4 hours in June (5x improvement).

Abdullah & his team were instrumental in continuing this collaboration. Weekly meetings were set up between the two teams. Top issues were tracked. Retail's alarms were suppressed for a majority of alarms from MLP, reducing the number of occurrences of duplicate tickets. These initiatives demonstrate a high level of Customer Obsession and ownership.

---

Areas for Improvement: Invent and Simplify and Think Big
While we had a very productive 2013, we have more gaps to fill to meet Retail's needs. Our throughput in 2014 needs to scale from 800k/hr to 1.4M/hour. We still do not have any SLA monitoring, let alone SLA enforcement, within MLP, even though we promise SLAs to our customers. We do not have error message transparency for Item Master errors - where raw error messages from

IMS are not exposed to our internal business users. These are some areas where Abdullah & his team should  think big and try to invent & simplify their system to make it more useful for clients.

---

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/16/2014
**By** Alec Fu

**Strengths**: Ownership, Are Right, A Lot, Earn Trust of Others, and Dive Deep
   On several occasions through 2013, Abdullah has assisted my team with discovery of MLP systems and architecture questions on behalf of the retail subsidiaries who are commencing large scale migrations from their internal systems to the Amazon platform across many use-cases. He has been personable, professional and consistently responsive in terms of follow ups to get us unblocked in areas like Merchant Web Services product feeds for Zappoos and Woot, the move towards Ion feeds and has also connected us with the right contacts in the IOP organization when needing to redirect us. Although our interactions have been somewhat limited, I enjoy working with Abdullah and consider him a great resource and leader for his organization.

---

**Areas for Improvement**: Invent and Simplify
   A minor comment I have for Abdullah's organization is to consider ways to make discovery more self-service in the future. Amazon hasn't really yet perfected migration and integration playbooks for the subsidiaries in a systematic way (that is what my team was created to make happen), however there is value from the platform organization to also make intake, documentation and integration recommendations more turnkey. Just a small example, but all the subsidiaries are quite confused by all the different acronyms and name changes that MLP has undergone is recent times and it's hard for them to easily understand which team owns what service when examining their integration options in these domain areas.

---

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/15/2014
**By** Thomas Moore

**Strengths**: Customer Obsession, Ownership, Earn Trust of Others, Dive Deep, and Deliver Results
   I worked with Abdullah Haydar in Q4'12 and Q1'13, prior to my departure to Retail Subsidiary Integration in Q2'13, primarily on functionality and performance improvements needed for retail catalog publishing to Item Master through VLP services.  Abdullah was a key player in improving not only the throughput, but also the interactions between our two teams.  He was proactive, positive and enthusiastic in all of our meetings and follow up issues.  For example, he provided important metrics that helped determine the sources of bottlenecks in the pipeline (their side and ours) and moved to quickly improve throughput by adding resources while we worked on a long-term solution.  He continued to work with my former managers (Prakash Krishnan primarily) throughout the year to improve pipeline stability.   With Abdullah's help, retail publishing improved worldwide publishing 100% (from 400K/hour to 800K/hour in June 2013.  I give him strong marks in that we were truly treated as customers.  His consistency over the period we worked together definitely earned my trust and the trust of my teams.

**Areas for Improvement**: Invent and Simplify and Think Big
   Not sure how much this falls on Abdullah, but consistency from the team over longer periods of time has made it difficult to sustain improvements or complete a vision for streaming data to the website. Year to year, MLP and most recently including Abdullah, end up refocusing and reorganizing, which impacts their ability to think big and invent and simplify how we publish data into Item Master. Perhaps this is more of an issue of not having had the opportunity to prove these principles rather

than an issue of executing against clear goals, so, while I've checked these boxes below, take them with a grain of salt.

---

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/12/2014
**By** Howard Binner

Strengths: Ownership and Dive Deep
   Strengths: , Dive Deep, Ownership.
   I have mostly worked with Abdullah in the weekly MTOR Marketplace Operational Excellence meetings. Abdullah dives deep in knowing what high and low sev details his team has, deep diving and bringing 1 pager documents to detail the reason for tickets over 6 week average and his team's action plans to resolve root cause of the issues. He does not argue about the metrics, he uses them to inform him of the work needed to improve his team performance. Abdullah shows strong ownership of the team's he manages by holding his team accountable for success. We had an issue with one of his oncall folks not documenting tickets, I brought it to his attention and it was resolved promptly.

---

Areas for Improvement: Earn Trust of Others
   Areas to Improve: Earn Trust From Others, Though he has earned my trust on one occasion his abrupt answer to a question I had required more questions and time to get the detailed information needed. He can use a pause, and ask a redirect question will be more efficient.

---

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/07/2014
**By** Chris (Vendor Express) Simmons

Strengths: Customer Obsession and Earn Trust of Others
   I had several conversations with Abdullah on topic of subsidiary usage of MWS vs. Subsidiary Web Services. Abdullah was very understanding of the potential difficulty in moving all subsidiaries away from MWS to SWS, and in spite of a bit of a knee-jerk reaction on my part he patiently explained the rationale behind the move. Although we have still not moved any subsidiary away from MWS, we are in talks with several, and Abdullah's knowledge of the systems and explanation of the situation has helped move the process along.

Areas for Improvement: None
   In my relatively limited interaction with Abdullah, nothing stood out as an obvious area of improvement.

---

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/07/2014
**By** Brian Le

Strengths: Earn Trust of Others
   Abdullah came into the SCaS team in a difficult situation, having a team of SDEs directly report to him while also having to fulfill his responsibilities as a Senior Manager. Despite that, he took the new challenge in stride and tried to keep the team running following the loss of Venkatesh. Abdullah did well in interacting with each developer on the team, showing he took seriously the task of managing the SCaS team. He gave us the feeling that we were still being represented and listened to our thoughts and suggestions for how the team was being operated. For being thrown into this difficult situation, Abdullah was able to maintain a personal connection with each developer on the team to

ensure we knew our roles and what was expect and how we could continue to function without a dedicated development manager.

**Areas for Improvement:** Deliver Results

While Abdullah attempted to manage the SCaS team and later on continue his role as our Senior manager once a developer manager was found, he would meet regularly with each developer and attend meetings to help represent the SCaS team. From my experience with the design and review meetings I've attended with Abdullah, I have found that the meetings are not quite as productive with his attendance. The design and reviews are often taken on a tangent with his comments during the meeting, detracting from the productivity and achieving the goals of the meeting. Often the comments will be stories of things that happened previously in his experience, but rarely did they have any relevance to the current topics at the meetings, often causing frustration to the meeting attendees. In order for Abdullah to become a stronger manager, he should stay more attentive at meetings and try to keep on topic and lend relevant comments to the discussions.

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/07/2014
**By** Marty Eitreim

**Strengths:** None

accepted by mistake - Haven't worked closely enough with Abdullah to really give strong feedback one way or another.

**Areas for Improvement:** None

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/06/2014
**By** Tim Baker

**Strengths:** Vocally Self Critical, Hire and Develop The Best, and Have Backbone; Disagree & Commit

[Have Backbone; Disagree and Commit]

I've had limited interaction with Abdullah, since he works in Seattle and I'm in Tempe, Arizona, but one thing that stands out is that Abdullah has backbone, but will disagree and commit. For example, during our mid-year OLR with Kanda, Abdullah had an opinion on one of the developers being discussed. He presented clear, well thought-out justifications for his position. When Kanda said it was time to move on, Abdullah didn't have a problem disagreeing but committing to Kanda's judgment. Examples such as these set the tone for other, less senior managers on the team.

[Hire and Develop the Best]

Abdullah shows that he's committed to hiring and developing the best by spending time traveling to Detroit for interviews and building that team. While he is now permanently in Detroit, for a period of time, he was flying there frequently, and shows dedication to this Leadership Principle. In addition, he was always open to answering my questions as I'm new to the team, which shows his willingness to develop the best among the management team as well.

[Vocally Self Critical]

In Kanda's leadership meeting, I can remember Abdullah quickly admitting to an MLP-related issue

as a miss on his part.  He didn't hesitate or try to make excuses.  He then continued by describing the steps being taken to prevent any future issues.  This set a good example for the team.

**Areas for Improvement:** Earn Trust of Others
  [Earn the Trust of Others]

   I've noticed that in leadership meetings, Abdullah will sometimes interrupt other managers.  This tends to happen when he feels passionately about something, and doesn't agree with what another manager is saying.  This is not to say that he raises his voice or is unprofessional, but some people take being interrupted very seriously, and this could be a trust-buster for their working relationship with Abdullah.  I haven't worked closely with Abdullah in roughly 3 months, since the reorganization of Kanda's team, so I don't have any recent examples of this, and some of the managers that this would happen with are no longer on the same team as Abdullah, so I don't know if this continues to happen.  Overall, it makes the tone of a meeting where it occurs less positive.

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/06/2014
By Martin Frank

**Strengths:** None
   When he managed SCaS directly, he provided some concrete value beyond being a 2nd-level people manager, and he has also taken an active role in recruiting in Detroit.

   He also initiated weekly conference calls with important feeds customers such as Kindle and Retail.

**Areas for Improvement:** Ownership, Bias for Action, Vocally Self Critical, Think Big, Hire and Develop The Best, Earn Trust of Others, Dive Deep, and Deliver Results
   Abdullah is in one of two modes in meetings - he either (a) doesn't pay attention or (b) stops the converstation by suddenly speaking up out of context. Consequently, meetings with Abdullah tend to be unproductive and quieter engineers don't get a word in (that Abdullah listens to). I also heard indirectly that the "open forum" 3YP document editing session were specifically discontinued because of Abdullah's style of participation in same (I wasn't there but can see how his "pay no attention then speak" cycle could provoke this reaction).

   Abdullah often comes late or leaves early in meetings, citing other meetings, but virtually never brings input to or adds value to meetings he is in. He would be much better off choosing fewer meetings and attending them (physically and mentally). In the same vein, while Abdullah is running from meeting to meeting all day he does not appear to be fully present in _any_ of them. He is rarely a central participant in or substantially contributes to meetings. (The three meeting in which he was a presenter, to Peter Faricy on listing feed status, to Curt Ohrt on Sev-2 count, and to Jim Joudrey on OP1 plan, all went poorly and each led to a request to re-do.)

   Abdullah thinks and speaks very highly of himself and his pre-Amazon and Amazon accomplishments. Until at least recently (when a review by Peter Faricy and another one by Curt Ohrt went poorly) Abdullah's perception of his own performance at Amazon appears to be completely out of touch with others' perception of his performance.

   Abdullah's documents tend to be ill prepared with little thought given to the overall structure or key long-term metrics. He quite literally pastes content from emails into docs then gives them headers, prints the doc and presents it to executives. Several times in a row, Abdullah did not involve the team by polling for their ideas up front and left no time for substantial review before presenting. He should simply postpone these meetings until he is prepared for them. Additionally, in meetings with

executives (especially one with Curt) he interrupted and asserted that there was no problem for a long time while it was clear from the metrics (300+% increase in MLP tickets from previous year) that there was. In a Peter meeting, he presented one-day data (a copy and paste from that day's Daily Flash) then when questioned as the data was not looking good that the data was irrelevant (if so, why present it to executives in the first place?).

Under Abdullah's leadership both of the teams he managed, SCaS and MLP, went into disarray - SCaS lost the manager and several SDE-IIs, MLP lost a SDE-II, and not a single new hire was made. Not unrelated, Abdullah never developed a vision for the teams he owned and his teams received the worst SDE feedback that I have seen, with 12 out of his 13 SDEs stating that they would not recommend their team as a good place to work.

---

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/06/2014
**By** Ed Tellman

**Strengths:** Earn Trust of Others
I don't have much to add to the "any time" feedback I provided earlier in the year.

I haven't attended many meetings with Abdullah since then, so I can't comment on whether he's curbed his tendency to
dominate the discussion.

In rereading my earlier feedback, I realized I didn't emphasize that I like working with Abdullah. I find him to be
friendly, humorous, and generally a pleasure to work with.

---

**Areas for Improvement:** None

---

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/06/2014
**By** Russell Mosier

**Strengths:** Bias for Action, Earn Trust of Others, and Dive Deep
Abdullah worked closely with Seller Support in Q3 and Q4 to identify quick wins that reduce Seller pain and contacts to support.

He was a regular participant in bi-weekly meetings on feeds contact reduction and later in Q4 in weekly war-room meetings. First off, he did a great job of making time to attend meetings and when he'd be late or absent from participation he always followed up to ensure that no action item he could help with was falling through the cracks. During meetings, he demonstrated a strong bias for action when discussions would veer towards detailing current behavior and how short term changes could yield a better impact (e.g. pressing on whether a forthcoming initiative could be moved up to launch sooner to help Sellers).

His willingness to participate and be engaged during meetings helped set a tone of identifying what is important and what we could move quickly on. Although many initiatives fell outside of his immediate team's responsibility (i.e. feeds processing was not a key contact driver), his involvement as a leader helped promote other improvements.

---

**Areas for Improvement:** None

CONFIDENTIAL                    AMAZON_HAYDAR_00000557

**Please help me grow as an Amazonian by providing feedback for 2013,** 01/06/2014
By Mark Keller

**Strengths:** Hire and Develop The Best and Have Backbone; Disagree & Commit
[Hire and Develop, Have Backbone]

Situation: The Promo process, Intern process, OP1 Estimation and 3YP need L7s to make them work.
Behavior: Abdullah was a mainstay in these meetings. He was not afraid to speak his mind and express his opinion. When a decision was made he became fully supportive of it regardless of his previous opinion.
Impact: I could count on Abdullah to be at these meetings and be an active participant.

**Areas for Improvement:** Are Right, A Lot and Deliver Results
[Are Right a Lot, Deliver Results]

Situation: The Promo process, Intern process, OP1 Estimation and 3YP need L7s to make them work.
Behavior: Abdullah can be overly vocal even in areas where he does not have a strong background or information. He makes a judgment quickly and then runs with it.
Impact: Since Abdullah is not shy with his opinion sometimes he is overly vocal and wrong. These situations can detract from meetings and create churn.

**feedback request (due 6/14),** 12/13/2013
By Garret Gaw

**Strengths:** Bias for Action
Bias for Action
I've participated with Abdullah in MTOR meetings and coordinated with him on approx a dozen large scale events over the course of the year. During early Q1 2013, Abdullah's teams were identified as having a disproportionately high number of high Sevs relative to the previous year and were continuing to grow. Abdullah quickly rallied his team, began reducing the high sev ticket count, and reported out within 2 months on the reduction. These reductions contented throughout the remainder of the year.

**Areas for Improvement:** Customer Obsession, Ownership, Vocally Self Critical, and Earn Trust of Others
Ownership / Vocally Self-Critical
Abdullah stands out for me as a particularly "un-self-critical" person. I've observed him in many meetings, usually MTOR or Staff Meetings, where issues are brought up regarding his teams and 15 minutes or more is spent convincing Abdullah that it's something he should take back to his teams and dig into. He spends the time providing excuses or explaining how it's someone else's problem to fix. This was the situation that occurred early in 2013 when Abdullah first reported out on his team's high sev ticket counts and the root causes. The feedback he received was that his doc focused on the effects of yet-to-be-determined root causes and not on the root causes and how his teams would address them and own their systems. Over 30 minutes of the meeting was spent trying to help Abdullah see that this was not a personal attack, but instead valuable feedback to help him and his team. In the end, Curt Ohrt had to cut him off and tell him to stop talking, take the feedback, work

with his teams, and come back to the group.

Earn Trust of Others
Abdullah is socially un-aware.  In a recent staff meeting that his director was leading, Abdullah cutoff participants multiple times to suggest they try providing a different updates.  The leader of the meeting did not appear to have an issue with the way the meeting was going, but Abdullah took it upon himself to manage it on his behalf.  As a result, I had 2 people speak with me afterwards regarding the uncomfortable nature of Abdullah's behavior.  This is constant behavior over the past 12 months.

Ultimately, I don't believe Abdullah is a cultural fit with Amazon.

---

**Required: Manager Upward Feedback (auto-assigned),** 12/01/2013
By Ramesh Kancharla

**Strengths**: Customer Obsession, Vocally Self Critical, and Have Backbone; Disagree & Commit
Abdullah is very passionate, energetic and committed leader. He definitely takes care of his team and have their "backs" when needed.  I have experienced this behavior many times and the one that comes to my mind is related to one of the Jeff B's escalations related to platform search failure in CN region in MYI interface. Abdullah was the first to accept this failure and took on the responsibility to address the shortcomings of platform search in CN. No where in this whole episode, he blamed any individual(s) for this failure. He purely focussed on what needs to be done for short term as well for long term. This single instance demonstrated many of the leadership qualities but the one that stands out  is Vocally self critical quality.

He is not afraid to air his voice/concern in front of senior leadership if he believes things are not going in the right direction. I have witnessed this personally many times. One of the recent examples, was during OP1 discussions. He was very vocal about  delivery failures of ILA  and VLA teams and it's impact on the customers in room full of audience and had data to back it up.

Regarding Customer obsession, Abdullah definitely goes the extra mile to make sure customer needs are taken care first. One of our integrators (Spaceware) has been having issues with his listings. Upon further investigation,  it was found that root cause of the issue is in item master's court. He just didn't return the case back to customer care asking them to follow up item master team but he took on him self to follow up with Item master team on this issue and made sure this issue got the appropriate attention and priority from Item master team. This issue is now being followed up by Item master on a weekly basis.

---

**Areas for Improvement**: Over communication
Abdullah sometimes can get carried away with his passion and ownership and is exhibited in terms of over communication in meetings/discussions.  In some cases, this excess communication can overshadow the  underlying point and can be frustrating to other leaders and members in the meeting.  One of the instances that I can recall and was part of was OP1 discussions with Kanda and his leadership team. Abdullah was raising same point repeatedly related to ILA, VLA resources for various projects and the failure to deliver on time etc. This instance was visibly upsetting to the impacted leaders and Kanda had to diffuse the situation.

---

**Required: Manager Upward Feedback (auto-assigned),** 12/01/2013
By Robert Walde

AMAZON_HAYDAR_00000559

**Strengths**: Ownership, Bias for Action, Are Right, A Lot, Vocally Self Critical, Earn Trust of Others, and Deliver Results

Ownership:

Abdullah's greatest strengths are his ability to understand systems and work with others. Upon entering Amazon and throughout last year he made it a priority to understand the teams and systems that exist within Marketplace, and network with the right leaders to understand what their issues were. Abdullah wasted no time in asserting himself as the owner of the ScAS and MLP teams with all the people and teams that he networked with. He also made certain to get into any meetings that Venkatesh/Ramesh and I had to ensure that he had direct visibility into all that was going on.

Early in the year, Abdullah give me feedback on any negative perceptions others had of me and what areas I needed to work on to address them; he made certain to ensure that I made these a top priority for myself and my team. One example was the perception that the MLP team was not doing enough to address our low sev ticket backlog; this was evidenced by the fact that MLP was always at the top of the Marketplace Tickets Daily Flash. Abdullah strongly encouraged me to hold a full day ticket bash session to work down the backlog and then he held me accountable for keeping the backlog of Low-Sev tickets down. When the team had troubles doing so, Abdullah questioned what else we could be doing (or be doing differently) to address this. His questioning was highly supportive in that he indicated that if we needed additional resources to put on Operations then that is what we would need to do. In the end I was able to work with the team to come up with a plan and goal for keeping the low-sev ticket count down. We succeeded in this space then and have excelled beyond this by additionally reducing our incoming low-sev and high-sev tickets in general.

Abdullah is a quick learner. Whenever I have provided him with a whiteboard session on our architectures or project, he quickly grasped what all of our systems do (or need to do) and how they interact with our dependencies.

Abdullah made it a priority to study the Amazon principals and was speaking in those terms within weeks of his joining Amazon. To this day, Abdullah makes it a point to speak in terms of Amazon principals – he truly has done well in aligning himself and his language with our culture.

Once convinced of the benefits, Abdullah got behind taking the MLP team off-line for two weeks and dedicating them to a the task of cross-training and resolving recurring issues in Production that were occurring post the rollout of the FAST architecture. Abdullah was helpful in driving the work and even sponsored a concluding off-site event (bowling) to conclude two-week activity of debugging feeds (aptly named, feed-a-palooza). Similarly, when we launched MYI for Project Tang, it was Abdullah who stepped up and actually planned an off-site for all the SDEs involved from different teams. This was something that was spoken about and agreed to by the senior managers involved in the project, but it was Abdullah that actually took the initiative and made it happen. In the end, this event (whirly ball) turned out to be the best team off-site I had ever attended at Amazon, and the cost kept the event inside of being frugal. Overall, it was a great celebration of success and a team building event.


Earn Trust of Others:

Abdullah leverages a degree of personal/personnel types of relationship building to earn people's trust. This is best evidenced by the high amount of networking he does within the organization and Amazon in general. He will also not hesitate to discuss aspects of activities in his personal life (family trips, illness of relatives, etc.) and inquires of others about the same to increase the connectivity he has with those around him and on his teams. In all of his discussions with myself, the stories or anecdotes he shares show that he is an individual of good character in both his career and his community. He has also expressed an interest in ensuring that peoples' family needs are addressed and tended to (he is sincerely looking to ensure everyone has a good work/life balance). All of these have gone a long way to his earning of my trust, and I suspect the trust of others' too.

Abdullah openly shares his processes and working habits with others so that they are not surprised by the way he operates – he truly and consistently functions in the open/clear for all to see. He shares how he works best during off-hours to get things done and how he often dives deep into what his managers are writing about their people in the reviews they write (and the feedback they are receiving). (This also speaks to Dive Deep). He holds weekly strategy meetings with key leads from both teams (SCaS and MLP) and he held one monthly meeting across both teams to increase interactions between all of his SDEs.

For me, Abdullah has provided a good sense that I am working on a 'management team'. We share and cover each other for work on some of the ACTION REQUIRED emails driven by the Marketplace PMO (e.g., scoping requests), and cover for and represent each other at the number of different meetings we must attend (IOP/Marketplace Coordination, Listing Quality Review, WPR, etc.). During a couple of outages he jumped into the problem before I had a chance to and started up a con-call to get the problem resolution more focused. I truly appreciate not having to be the only one that is/was continuously on-the-hook for these and rested easier knowing that a backup for me existed.

Deliver Results:

Abdullah drove the creation of two deep-dive documents for Peter last year. He essentially initiated the documents and gave them good structure, and allowed me to flesh out the meaty data details and explanations for the highly data drive sections for STP latencies. He contributed his own parts where it came to Seller facing meetings and reporting on status from the ones that he attended. For the last one we did last year, Abdullah was great about constructing the Hits and Misses section. He was openly and vocally self-critical about the misses, which left little for people to question in the document itself. He openly identified what failures occurred and what actions are in place to correct them.

Abdullah's presence in Marketplace has been extremely helpful in offloading myself. His being watchful for issues on the Platform allowed me to focus on other areas. He also believes that he needs to consistently be out in front of others to identify what issues need to be solved or simply to represent the team/org to the business leaders around us. I truly believe that Abdullah has been managing me and my career here at Amazon. Abdullah has also been a strong proponent of having everyone within his organization getting mentors for themselves. His own sharing of him having a mentor inspired me to get a new one for myself, who I regularly meet with and have been obtaining benefit from.

Abdullah is also good about establishing the good processes. He encouraged me to setup a weekly feed users forum where any of our major feed users could come to discuss their current issues or future needs. Retail and Kindle have been the primary attendees, and meeting with them at the same time has allowed them to share their experiences and best practices for using the Listing Platform. The meetings also allow a forum for others to come to when they have larger issues to discuss. The AIV team is an example of one who came to these meetings and learned from the Kindle team about how they implemented recently delivered Listing Platform features that improved their throughput. The AIV team went on to implement the same changes and are now enjoying the benefits. Another team was compliance who indicated that they were planning to publish 10s of millions of Catalog updates in December. We vetted with them their deadlines and the Novelty ASIN purge that was already going on, and convinced them to make ~500K changes per day starting in December and ending by the end of February to complete their work without impacting other users.

Abdullah is also a big proponent of completing COEs as the right means of solving thorny problems. When we identified a GCID problem in Item Master, Abdullah volunteered to perform the COE as the process for driving us towards a solution. Executing on this process, Abdullah got the required parties in a room to find the right solution to address the problems. We ultimately walked away with the correct short-term and long-term solutions, and the right parties had the right actions items to execute on to achieve them.

Abdullah was highly successful is getting a seasoned SDE resource from the Kindle team to do work on the feed Platform to solve their requirements, which others (i.e., Retail and AIV) also benefited from. This was a big success story for Abdullah and the Listing Platform.


Bias for Action:

Abdullah has awesome Bias For Action – he will not leave anything alone for long and is consistently eager to complete tasks he is assigned or takes on, and responds quickly to all questions asked of him. He quickly volunteered to initiate/lead two feed Platform deep dive document creations for Peter, and he additionally picked up writing a document on a strategy for hiring in remote development centers (which I understand he presented at Peter's direct report meeting held in Detroit).

For the lack of capacity for our downstream services I give Abdullah high marks with quickly pushing for my creation of a plan that resulted in my 'force marching' our key dependencies in the Amazon Website Publishing Pipeline to getting hardware ordered quickly for China. At Abdullah's behest, I then drove everyone to mapping their Platforms' scaling metrics to simpler Amazon business metrics, and today our critical dependencies in the Website Publishing Pipeline understand what key metrics drive their scaling.


Is Right A Lot:

In project reviews re: Project Tang, the TPMs had asserted that the MLP team did not have resources to perform required project work. In this instance, Abdullah knew that the work belonged in the ILA team and correctly identified that it was the ILA team (not the MLP team) that did not have the right resourcing. Doing this correctly put the focus of the problem on the ILA team (where it belonged), and they needed to deliver the results after setting new expectations around their schedules. I found this type of engagement from Abdullah to help shed the MLP team from fielding requests for work and being the assumed blocker for work that doesn't belong on the team. In dealing with personnel, Abdullah's openness with being vocally critical allows for everyone (including for myself and members of my team) to focus on areas to improve.


Vocally Self-Critical:

Abdullah has no issue with admitting when he makes a mistake or error in judgment. For example, when the deep dive on Sev-2 tickets showed that the team was more focused on resolving Seller issues via low-Sev ticket resolutions over reducing high-sev tickets and pages (covered by SOPs and SDEs), he was vocally and publicly self-critical about having made the wrong judgement call. Abdullah also demonstrates faith in the system and himself in that by following the system and being vocally self-critical, he will make the necessary adjustments to come in line with what is right (which I have witnessed him do). For the example cited here, Abdullah became the second biggest proponent (behind me) for driving down high-sev tickets on the team.

---

**Areas for Improvement**: Think Big and Dive Deep
Think Big; Dive Deep:

I would encourage Abdullah to consider what additional things or areas he could be leading within and outside of his teams. Abdullah has a huge amount of energy and bias for action, and I believe that his efforts could be channeled into finding ways of increasing his and his organization's scope of work. I would have Abdullah consider his current scope of responsibilities and encourage him to identify a means of growing it further for the benefit to Amazon. This may come in the form of having

his teams consider additional ways that their own systems or teams can be expanding their scope of functionality, or by his own consideration of additional projects that he could be tackling from the 3 year-plan or OP1 process. These types of things would then feed into 3YP, and permit Abdullah to expand his and his team's scope of responsibility and team/org size.

**feedback request (due 6/14),** 06/12/2013
**By** Yu Pan

Strengths: Ownership
  I had very minimal interaction with Abdullah. But I have observed several leadership principles during Q4 standups.

  Ownership/Earn Trust of Others
  Abdullah was relatively new to marketplace at that time and he quickly ramp-ed to the space and started answering questions with confidence and path forward. He is not hesitant with challenges and is able to either defend himself well or admit and have a path forward.

Areas for Improvement: None
  I have not had enough interaction with Abdullah to comment on this.

Abdullah Haydar
Discussion: March 5, 2015
Conference Call

Shelly: I read your email, but why don't we start with you walking through the events since you joined that you outlined in your email:

In terms of a pattern, started at the beginning, hired by Kanda.  Well understood that his strength was manaing the relationship with his boss, his only strength. Everybody was unhappy.  I had 17 years of experience and I had to learn, put foot in my month and he shoved it down my throat. Rough go. Unhappy, and found out not only one.

3 tech directors (Kanda, Avi reported into Peter; Jim reported into Curt)

Escalated to Peter Faricy on Kanda in email (has email)– on my lack of getting guidance from Kanda as my leader,  he focuses on wrong things.   He would respond to work with Jennifer and Kanda on the concerns. I met with JJ and Jim who sent me to Curt.

In summer 2013, escalated to Jennifer JoHahnson.  She through hands up in the air and can't help you. Jim Joudrey also expressed similar with Kanda and suggested that I get out of Kanda's org;   Jim 6 months in, got guidance from Curt Ohrt, on how to be a successful L7.

(STC note: I had to slow him down; he was becoming unclear in what he was communicating)

Relationships are everything to Peter, above the work.   A reorg happened in October 2013, started working with Jum. Said that Kanda never provided meaningful feedback.  Only gave silly, nitpicking feedback. I asked for a proper review and feedback on how I am doing.  Jim and I went into detail on what I delivered and mistakes, but in realm in Achieves/SS. Happy working with Jim.  At that point with hiring problems in Seattle, we talked about what should be in Seattle, Phx, Detroit.

Personal situation with family in Detroit. Hired Doug Wezel to do my job to Phx and Jim agreed to help me look for my next role. Then Avi and Joel approached me to reconsider and move back to Detroit and move Seller Success and Business Reports to Detroit.

Kanda moved out in January 2014.

New role,  A team I Seattle and a team in Romania that is funded by Marketplace.  That team was unhappy with no manager and Joel interim and little direction.  I had to work hard to win them over. Last year, 4/30/14. Achieved and DN and no pay raise. I was very frustrated.  Kanda wanted his review not to include Kanda time and 50% of the stuff was under Kandas' time. Not what we agreed too. I did not want o be tarnished with an LE.  Joel said can't and won't do anything about it.  I escalated to Madonna on 5/1.  Call on 5/21. (Content of meeting – I was told by many people that Kanda is an LE and not a fair process because Jim told me I was A/SS; Jim went into OLR but changed to A/DN; not a fair process because the context of Kanda's behavior and lack of guidance and not clear separation of my own performance and Kanda; I was not opposed to A/DN but the Least Effective).  I am recognized by my team as being a strong leader.   I felt like I am not LE against my peers. Felt that nobody standing up for me and not getting fair shake).

I saw her a few times but she never followed up with me. Talked to Madonna and said I had concerns. Essentially no follow up.  I tried to meet with her repeatedly; on July 17th go an email out of the blue. (See email).

Joel as my manager I was not getting anything out of him, but also no harm. I would have occasional 1;1 with Avi. 6/2/14 I shared that I did not agree with the rating, he tolbe no PIP or dev plan, Kanda related, successful first half of the year, just have a good year. told more success than other L7s. All going well. Being recognized, invited to EE conference,  OE team asked for best practices contributing value across company and being told that contributing.

10/28 had a mid-year review with Joel.  I went from 2 teams to 4 teams over the year.  I promoted people, hired, migrated the team to Detroit, then the SSA team grew and split he team into two. Seller Nudge Application and Platform; told the split plan was a success story. Worked with Rajiv Rastogi because we were doing more ML work than anyone. Formed ML team and was acting manager.  Being told that having a successful year. During midyear, presented goals and self-assessment.  Talked about goals and I was successful.  I was not perfect by any means but regardless, Joel agreed that I was exceeding goals, in Romania was A/SS and overall E/SS.  Got positive feedback from Garret Ga.  I was being commended, nothing to worry about doing all the right things.

I am successful in attracting people to Seattle.  In late October, ILA team (Alexandro) was unhappy with his projects and management structure and his wife wanted to practice with her medical license. He applied for a transfer, then I started negotiated with his previous manager (Saran Raj; reports to Sariam Chimta).  They had attrition issues, we need to keep him for 90 days, but excessive and company policy is 45 days. Had a meeting and offered alternatives.  They dragged their feet; told them a min of 45 days. I said, we need to move this forward;.  "Look, take action here, and escalate. They escalated to Joel. Unbeknownst to me, I did not know that a reorg coming, Joel got involved.   Joel met with Alexando and asked what day you want to move who said late Dec date.  I said that is ridiculous.  This candidate had plans to move in November, and then I said that managers gave false parameters and not fair. I said fine and make sure he is not demoralized. Big disagreement.

10/27 is when Alexando applied.  11/13 Joel got involved.  12/22 agreed to the date. I was very unhappy.  (STC: I said two months is not uncommon.  Ab said it is; Ab said it is not uncommon and I heard from my peers that uncommon; my experiences were all two-three weeks. No one every escalated to go beyond).

Joel and I had 1:1; 11/1/15. Lets disagree and commit and move on.  Joel said not being vocally self-critical and should have worked it out. I did this and that; he never gave me advice on how to have handled it differently.   Heated argument.  Joel hung up on my.  I sent him an email that (see email) – lets be done and not talk about this again. Joel insisted that Alexandro had choice but I said we gave him false premises and min. 45 days; I said Sirim was being obstinate; Alexandro said that Sirim next sat down with him. Plus Sirim is an LE manager and part of a review cycle aith 50% attrition.   I was in Avi's OLR and Saran presented Sirim and LE. Sirum as being obstinate but didn't' want to lose happiness of TT who was being mistreated – he had a bad manager. Alexandro was trying to give a proper transition and finish projects before he even applied.

Joel kept cancelling 1:1s.

In early Dec; Joel an Avi visited Detroit; I had a 1;1 with Avi and told him that "how am I doing? You know I had problem with Joel on Alexandro" don't worry about it. Foun out that Joel moving to listing space and I would report into Garrett. And then move Romania to Priapady(p).. I acknowledged to

mismanaged a goal but they like working with me.  Explained that it aligned to the other project and aligned.  I had met with Priya and wanted to make sure we aligned.  I gave arguments why is should report into me and why not into Priya.   Avi and I agreed to leave it, talk about it more, and not make a decision until he first of the year.

Kaitlin McVey came to Detroit. She brought up Alexandro. I said that we disagreed and committed. Should be a done deal. Disagreed and committed.  I am concerned why Joel will bring it up. She said a lesson learned but only heard good things about my work.  Kaitlin said that I would get a fair assessment and not have the one incident impact he rating of good performance  of the full year.

Joel, Jim and Ian came to visit. Jim going to FBA. Garret to report in Ian and Joe and Avi would report into hi,. I had a 1:1 with Jim. "How am I doing"  For most of year good, but as of late falling off the wagons and Joel questioning if I was a strong performing. I was cornered that one issue should not influence my rating. He still believed I was still S/S the previous year sn he wanted me to have a A/SS this year, told me to work with garret and Ian.

The week of the changes, I found out the ML teams was being moved to Stefan Haney. I was not told.  I reached out to them, Stefan responded – combine Business intelligence with your ML team.  I could not find time with Stefan.  BTW, the ML team concerned about the move and did not want to report into a business team. I wanted to make sure that they are being treated fairly.   Joel has now moved the Romania and now the ML team and bad mouthing me behind my back. I shared that I am concerned that Joel would represent me in OLR. Had a meeting with Garret and Joel to meet, Joel reiterated the mid-year and Joel raised Alejandro and issues with VSC and Disagree and Commit and effects the LP rating and maybe DN. I told Joel that disagreed and committed, and would not talk about it gain and do not want one issue to affect my rating and success.

I set up a 1:1 with Stefan and Ian and Kaitlin during my next visit to Seattle.  Stefan says for ML, Joel made the changes and you are not entitled to hear anything about this.  I said these guys like me, promoted them; I want to make sure that they are taken care of. Stefan said don't worry, they can talk to me or matt. Ab said that new manager Mat is not having 1:1s.  Stefan said you have broken my trust because last month when asked to rebalance you did not involve my product managers and back in October you said you would involve them. We disagreed about our agreement. I feel that complete violation of ownership principle if Stefan thinks his team needs to be involved. Yes, I support them but my team should own their work.   He asked me to take ownership of eviwes but I had not entitlement to know anything.  Mixed message.  I told him I had a different definition of ownership but he wants to be involved in every aspect of my team and if I don't I violated his trust.

Ian meeting. Avi and Joel told me I am doing great. Exceeds but not sure about SS but not fair due to one situation and not fair until he sees feedback from peers. I sent Joel an email stating that my performance is exceeds and LP is ok; but now after one issues telling me DN.

Kaitlin meeting – Joel not treating me fairly what should I do. Still think I had good year. She trusts Joel and shouldn't be an issue.

I met with Stefen directs during that visit. Several fo them told me that you broken their trust. Sounded like they were coached from Stefen to tell me that. An echo of Stefen. Kaitlin told me that Garret would represents me at OLR. Do you trust him, yes. Ok then if Joel brings up Alexando then Garret can represent you.

I've been told that I have been raising the bar on recruiting. Jim and Avi told me that I would be a bar raiser but recruiting keeps asking me to be a BR but I tele them that I am not a BR.

2/24/15 – I asked them to nominate me for BR because recruiting tells me that I am a rock star. (College recruiting team – Katy mail, Page Popejoy, Albert Kim). At CMU, they asked me to be the BR but they said no problem. They called me for Waterloo but I repeated that not a BR.


I sent a message to Jim and Avi that you nominated me for BR. Garret then had a meeting with me. A/DN/LE so not eligible to be a bar raiser. How possible that such a great year and a DN. I raised with Garret that I have done a great job and the only issue was Alexandro with Joel and told it would not tarnish my ratings. Garret said we pulled out feedback from your peers. I told him it was cherry picking.

I said an <u>unfair process</u>. I gathered feedback from everyone. Garret, OE, FBA, recruiting, testing community told be great partner.

I look at Joel's track record – he doesn't hire but he is successful when have good people only and manages the relationship wti Peter. Peter promoted people with good relationships.

Stefan – I disagree on his definition of ownership; he worked with Joel behind my back and moved ML team. Influential with Peter.

Peter bad mouths me publically. Not major things. He has a negative opinion of me and lets other people us cherry picked data to give me horrible rating.

Specifically, starting in June 2013, working with Kanda. Peter had an offsite in Detroit. Dave Anderson was getting married soon. Ab and Dave stand up, I wanted to give you coaching on how to treat your wifes . . . 20 people in room . .. what do you say to your wife when you make a mistake. I am wrong and you ae right. I love you honey and make it up when I come back. Why did he pick me out? Next day at breakfast, asked us to repeat the lines. Silly but offensive. Then in the email he I said I was lacking guidance from Kanda. Gave the advice to keep head down. In beginning of 2014, in local All Hands he was talking about my moving back to Detroit )we are lucky to have such a talent individual after leaving his poor wife in Detroit). Then made same comment in a deep dive meeting. During October 2014 All hands said the poor wife thing, and then empowered to visit Seattle as much necessary. I know garret talks me up but I don't know where Abdullah is. I was there every month. He makes comments publically. Peter hold an opinion of me that I don't know where get s data from.

Bias – it is not racial or anything like that; Bias that nobody standing up for me; I am the fall guy because I do not have anyone standing up for me in the OLR. Peter focuses those who manage upward; People leave because they don't want t manage upward. Not fair that I achieved my goals. They are not looking at the full year, not looking at the data. Garret claims that if Abduallah was an LE why didn't you coach him???

Peter expresses a strained attitude for me. Make stupid comments, ridiculous comments. He has the wrong opinion of me.

Garret shared my LPs by LP ratings.   I don't know how I can be considered an LE.

The Romania team and the combined team with Priya was canceled. We made a move, caused morale issues and the other project never happened.

 (He keeps all email; will send to me).

I want fair treatment, I want recognition.  Joel held a grudge. He tells me I failed to disagree and commit. He is bad mouthing behind my back, created moral issues with Romani team, shrinking my scope and hurting my career by giving an unfair rating. Abuse of his authority. Now he is a director, he shrinks my scope.  He took on listing so not interested anymore.

Stefan and Joel are close partners.  Stefan is helping Joel.  Coaching his team to tell me the same thing on broken ownership. They are dishonest, unethical, and unprofessional. I should file a formal grievance against them. All based on the Alexandro , who is now raising.

Primary concern with my rating, 2) why are people not challenging the ratings.  Why only focusing on their own persona.  How can an impartial person come to the same conclusion? Ask Garret to review data and come to a conclusion.

Every Dec, Peter reorgs L7s-L7s.

Why can he not know that?   Wouldn't the want to get peer feedback: I don't agree on making org changes before feedback. Would you wait to get feedback before make changes.

Kaitlin asked my how do you feel that you fit it. I exemplify LPs but not fit in Peter's org.   He rewards others, and not me regardless of data.

I reached out to Shelly because Kaitlin and Madonna said I would be treated fairly.  Now getting mixed messages.  One incident should not sure one year. On 1/9/15 I was told that I was exceeded, how can be LE. I was told that it's about with you do but also how build great relationships to drive things forward across the company.  I'm told I am ethical, integrity.  I step on toes.  I made many mistakes.

Shelly:  need to assess the process and if receiving fair treatment.   I said that I would review the document and see if it aligns to the ratings.

Abduallah: I need to see a rating change. All the feedback was I was doing great.  If I had a blind spot, then I should have been told. I need to have the right rating.   I will not accept an unfair rating two years in a row.  Last year I was willing to move forward, but accepted it because I could work on it.  He sked me to do a fair analysis, Joel is vindictive and dishonest, deprived me of an honest assessment of my work. Stephen should be reprimanding for collaboration.  Peter needs feedback that promoting that wrong feedback.

I should be E/SS  or better.

Actively seeking roles outside Marketplace, went to go with the recognition of the success, and not an escalation.

Abdullah Haydar
Discussion: March 25, 2015
Conference Call

Shelly: Anything that transpired in the interim?

Abduallah:  People want to get me out of the org and excluding me from emails and stuff. Stefan Haney and others.

AWS is very interested and starting team in Detroit, and working on that proposal.  Todd Weatherbee, professional services team. He is putting together AWS services and 3P vendors and interested in Detroit market.  He reached out to me on the proposal and interested.

In PHX this week, a few things going on: 1) Hack-a-thon event, 2) Peter's offsite meeting and Sebastian is here; I met with Sebastian briefly, he is interested in the project my team is doing.  An example of some people really liking me and certain people just don't want me in the org and want me out of the company. Some recognize my contributions.

Shelly:  Wanted to schedule this time to get back to you on status and to share next steps. Since we spoke last,  I have been focused on 1) Examining and Auditing the process followed on the rating determination, 2) better understanding the context of the situations you shared with me;  the background of people you mentioned,  the org shifts, seeking more information on the interactions you mentioned.   I've pulled data and have been able to have a few discussions in a way that protects the confidentiality that you escalated to me.  The next step requires additional meetings with people who I do not interface with and it will bring visibility to that fact that you escalated to me.

For next steps, I will turn this over to someone in my org to keep moving this forward (shared that I will be ooto for the next few weeks) and someone whose role is to look into these types of situations – look for policy violations or where we have employee-manager issues.  This role is dedicated to these type of things and natural for her to interface with managers and HRBPs to investigate.   From here, its the best way to move forward.

Anne is someone who has been in the company for a while and understands our policies and how we do things.   She is fairly new to the Consumer business and sits on the Retail side; she does not have much interaction with the HR BPS you've mentioned.  She is neutral and will allow another person other than me to audit the HR team and independently also assess the rating determination.

<gauged his reaction>  He was agreeable and quite supportive of the idea of having an impartial person. Appreciate the role of HRBPs in each org but not working for him. He likes having a person who is impartial but understands the model.   He was very encouraged by me taking action and taking this serious; yet I did indicate that I would like to move this forward faster.

| **From:** | Haydar, Abdullah |
| --- | --- |
| **To:** | Cerio, Shelly |
| **Sent:** | 3/5/2015 1:25:26 PM |
| **Subject:** | FW: rating discussion |

**From:** Haydar, Abdullah
**Sent:** Thursday, July 17, 2014 6:13 PM
**To:** Cole, Madonna
**Subject:** RE: rating discussion

Thank you for the update.

On Jul 17, 2014 4:43 PM, "Cole, Madonna" <madonnan@amazon.com> wrote:
Hello sir!  I have reviewed things, talked to Joel, and after review we aren't going to change your rating.  I am sure this is a disappointment, so I also want to reinforce that Joel sees that you are doing very well and believes you will continue to and is invested in you.  Simmi Bath-Hydzik is your HR leader now for Marketplace, she is really good so I'd also encourage you to get to know her a bit next time you are here.

**From:** Haydar, Abdullah
**Sent:** Saturday, June 28, 2014 9:02 AM
**To:** Cole, Madonna
**Subject:** RE: rating discussion

Hi Madonna,

I just wanted to follow-up on this. My Seattle trip is still unconfirmed, but is likely to be on 7/7. Please let me know when you are ready to discuss your findings.

Thanks!
-Abdullah

**From:** Haydar, Abdullah
**Sent:** Tuesday, June 17, 2014 7:39 PM
**To:** Cole, Madonna
**Subject:** RE: rating discussion

Thanks for letting me know. Yes, I'm still here tomorrow but my schedule is super packed from 8am till my afternoon flight and I wouldn't ask you to come in any earlier (unless it's part of your normal routine).

If you have any availability for the rest of today, I can make anything work. If not, we can always have a phone or video conference whenever you're free and have had a chance to complete your analysis.

Thanks either way!
-Abdullah

**From:** Cole, Madonna
**Sent:** Tuesday, June 17, 2014 4:35 PM
**To:** Haydar, Abdullah
**Subject:** RE: rating discussion

I had to step away...you still here tomorrow?

AMAZON_HAYDAR_00000608

-------- Original message --------
From: "Haydar, Abdullah" <haydara@amazon.com>
Date: 06/16/2014 6:59 PM (GMT-08:00)
To: "Cole, Madonna" <madonnan@amazon.com>
Subject: RE: rating discussion

Sounds good – I will be attending the 3YP session for the Account Management team from 3pm-7pm and have other meetings in Varzea in the morning, so perhaps we can get together around 2pm between the 3YP sessions?

---

**From:** Cole, Madonna
**Sent:** Monday, June 16, 2014 4:28 PM
**To:** Haydar, Abdullah
**Subject:** RE: rating discussion

Yes let's connect while you are here!  I am in 3YP but can step out for a bit sometime tomorrow.

---

**From:** Haydar, Abdullah
**Sent:** Friday, June 13, 2014 8:03 PM
**To:** Cole, Madonna
**Subject:** RE: rating discussion

Hi Madonna,

I wanted to follow up on our discussion to see if you've had enough time to do your analysis of my review and feedback data yet.

I also wanted to let you know that I'll be in Seattle next Monday-Wednesday for 3YP meetings and can make time if you are ready for a follow up meeting or if you would like to meet on any other topics while I am in town.

Thanks!
-Abdullah

-----Original Appointment-----
**From:** Haydar, Abdullah
**Sent:** Wednesday, May 21, 2014 8:45 PM
**To:** Haydar, Abdullah; Cole, Madonna
**Subject:** rating discussion
**When:** Thursday, May 22, 2014 12:00 PM-12:45 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Abdullah to call Madonna's desk

AMAZON_HAYDAR_00000609

| | |
|---|---|
| **From:** | Cole, Madonna |
| **To:** | Mosby, Joel; Bath-Hydzik, Simmi |
| **Sent:** | 6/16/2014 9:21:05 AM |
| **Subject:** | RE: mid-year review |

Yes, let's do.

**From:** Mosby, Joel
**Sent:** Monday, June 16, 2014 9:20 AM
**To:** Cole, Madonna; Bath-Hydzik, Simmi
**Subject:** RE: mid-year review

If we can find time today, it might be a good idea to break out of the 3YP meeting and discuss. I have conviction that Abdullah had the right rating. I do think the earn trust and vocally self-critical impacted his individual productivity and warranted dev needed. Difficult situation from his perspective in that if he had been getting the coaching I believe he would have addressed it before receiving the rating.

**From:** Cole, Madonna
**Sent:** Monday, June 16, 2014 8:48 AM
**To:** Bath-Hydzik, Simmi; Mosby, Joel
**Subject:** FW: mid-year review

I have been a bad HR person, in that I talked with Abdullah but didn't follow up. In a nutshell, he knows he was LE last year, and while he is in a good place around how he is doing now, likes the work, Joel, etc. and agrees with the other aspects of his ratings, he doesn't feel he was LE.

Rarely do we change an OV rating, but wanted to check in with you Joel to see if you believe the LE was the right rating (I think you inherited this rating?)

**From:** Haydar, Abdullah
**Sent:** Thursday, May 22, 2014 9:23 AM
**To:** Cole, Madonna
**Subject:** FW: mid-year review

**From:** Haydar, Abdullah
**Sent:** Wednesday, December 11, 2013 10:47 AM
**To:** Joudrey, Jim
**Subject:** RE: mid-year review

Jim,

To summarize our discussion, based on the data in the document below and the more detailed goals status, my current rating would Ach/SS and my leadership principle areas of improvement would be "Earn Trust of Others" (based on making up for lost ground due to being lack of being sufficiently metrics-driven during my ramp-up) and "Dive Deep" and "Are Right, A Lot" (related to up-front decision making on strategy for operations or for projects I've taken over).

Thanks!
-Abdullah

<< File: Haydar-2013-midyear-selfevaluation.docx >>
-----Original Appointment-----
**From:** Haydar, Abdullah
**Sent:** Wednesday, December 04, 2013 3:15 PM
**To:** Haydar, Abdullah; Joudrey, Jim
**Subject:** mid-year review
**When:** Tuesday, December 10, 2013 7:30 AM-8:30 AM (UTC-08:00) Pacific Time (US & Canada).

AMAZON_HAYDAR_00000657

**Where:** Jim's office

AMAZON HAYDAR 00000658

**From:** Haydar, Abdullah
**To:** Cerio, Shelly
**Sent:** 3/5/2015 6:20:46 PM
**Subject:** FW: Did you meet with Alejandro?

**From:** Haydar, Abdullah
**Sent:** Thursday, November 13, 2014 9:54 AM
**To:** Mosby, Joel
**Subject:** RE: Did you meet with Alejandro?

Thanks for the update. I will commit to this, but I am very disappointed that we are essentially rewarding Sairam's complete inflexibility and apparent disregard for our candidate's experience.

**From:** Mosby, Joel
**Sent:** Thursday, November 13, 2014 12:51 PM
**To:** Haydar, Abdullah
**Subject:** Re: Did you meet with Alejandro?

Yes. 12/22 will be his first day working out of DTW. He's preparing a schedule working back from that date that he will send to me today.

On Nov 13, 2014, at 9:04 AM, Haydar, Abdullah <haydara@amazon.com> wrote:

AMAZON_HAYDAR_00000659

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **To:** | Cerio, Shelly |
| **Sent:** | 3/5/2015 6:22:32 PM |
| **Subject:** | additional data |

Here is some additional positive feedback on my work from across Amazon:

**From:** Lee, Ben (FBA Senior Manager)
**Sent:** Monday, January 26, 2015 12:13 PM
**Subject:** RE: Business Reports Ownership

Hi Abdullah-

I did hear about this last week.

I admit, I am saddened that we won't get to continue working on this together. You've been a great technology partner. I forward to future opportunities to partner up and build things together. Let me know if you need any BR help or MGHD Sessions in Detroit!

Thanks again Abdullah! Take care of yourself!

ben

**From:** Spott, Ryan (member of the company-wide Operations Excellence team)
**Sent:** Sunday, February 22, 2015 5:38 PM
**Subject:** Re: OE Interest and Awareness

Abdullah,

I would love to meet with you. I often quote some things you shared with me on our phone call some time ago.

Let me know when you are in town and lunch is on me.

Wayne, if you can carve out some time Abdullah has some great insight on rewarding devs that un-tangle broken code to reduce ops.

ryan


-----Original Message-----
From: Arguelles, Carlos  (one of only 2 Principal SDETs at Amazon)
Sent: Thursday, February 26, 2015 9:37 PM
To: Haydar, Abdullah
Subject: Re: Majordomo results: subscribe request by carlosa

BTW your Detroit mini-unconf concept is taking off - they invited me to India to host an unconf there in July!

--
Quality Tools Team (We're hiring!
<https://w.amazon.com/index.php/QualityToolsTeam/Hiring>)
Builder Tools

//the recruiting team keeps pushing me to be a BR for them
**Popejoy, Paige [1:39 PM]:**
We are still sorting through the final decisions from the 2/3 Waterloo Intern Event.  We are in need of a BR to simply

sign off on the "splits" and "inclines"
We would simply push the MRT links to you, it would have the interviewers decisions and you would merely need to validate
**Haydar, Abdullah [1:39 PM]:**
If you recall, I'm not actually formally a BR
I'm working to become one, but the process has been slow since we don't have a local BR to help train me
**Popejoy, Paige [1:40 PM]:**
Understood
This would be acceptable if you're willing
We would be looking to finalize by EOD Friday so it's not a "today" thing

//feedback from Garret as my peer Senior Manager in Detroit
On Apr 21, 2014 11:57 PM, "Gaw, Garret" <gawg@amazon.com> wrote:

Abdullah,

Thanks for responding to this.

Also, thank you for the work you've done in consolidating the Marketplace teams in Detroit.  Since you've moved to the office, you've been a phenomenal Detroit team member and Marketplace leader.  You lead by example in terms of spreading knowledge, energy, and practices between teams.  It's been a pleasure to work with you over the past few months.

- Garret

//feedback on my EE Days talk in July after being invited to speak about best practices for managing teams across multiple sites:

**From:** Haribhakti, Rupal
**Sent:** Thursday, July 24, 2014 7:34 PM
**To:** Haydar, Abdullah
**Subject:** About presentation - question about video conferencing from home

Hi Abdullah,

I was listening to your presentation through broadcast, since working remotely today. I like the presentation and would like to share the slides with my team.  Can you email me the slides?

My team in seattle most of the time works with team in india. Some of things are very hard to achieve like the team meetings usually we have it in the night seattle time and we all connect from home. How can we leverage the video conferencing for team meeting?

Thanks,
Rupal

//Joel's comments in my 2014 annual review on 4/30 after working with him for 4 months:
"From your self-review, it is clear that you are passionate about Amazon and Marketplace and go above and beyond what is normally expected of a Senior Technology Manager at Amazon. I think sometimes that passion can get in the way of creating positive relationships with your peers."

"You have also done a great job of building trust with the current SDE's on the SSA team in Seattle by making yourself available for regular 1:1's and to drive the growth of their careers. "

AMAZON_HAYDAR_00000662

| | |
|---|---|
| **From:** | Kandasamy, Ramiah |
| **To:** | Faricy, Peter |
| **CC:** | JoHahnson, Jennifer |
| **Sent:** | 6/10/2013 10:30:49 AM |
| **Subject:** | RE: appreciation and clarification |

My apologies Peter, I must have missed your suggestion not to include him. I didn't mean to include him anyways.

Kanda

-----Original Message-----
From: Faricy, Peter
Sent: Monday, June 10, 2013 10:24 AM
To: Kandasamy, Ramiah
Cc: JoHahnson, Jennifer
Subject: Re: appreciation and clarification

Yes I did initially propose we add him...until I got lots of feedback about his behavior. I then suggested to you not to include him.

Why did you include him anyways? Also, I had to personally "uninvited" him to multiple meetings during the off-site. Shouldn't this be something you own?

On Jun 10, 2013, at 9:54 AM, "Kandasamy, Ramiah" <ramiah@amazon.com> wrote:

> Peter,
>
> In hindsight, we could have chosen to leave Abdullah out of the Detroit offsite attendee list. Jen had sent a note to me (and Avi, attached) in early May that you had proposed adding Abdullah and Nitin to the offsite. I thought it would be good to add him as a leader with local roots to be part of the intro and launch of the Detroit dev team and for him to participate and learn from the 3YP reviews.
>
> I have discussed with Abdullah that he needs to be here and working with the team here going forward. His once-in-two-weeks Friday working from Detroit arrangement ends this month and he shared with me that he is looking for a more permanent accommodation in Seattle now.
>
> Kanda
>
> -----Original Message-----
> From: Faricy, Peter
> Sent: Monday, June 10, 2013 8:47 AM
> To: Kandasamy, Ramiah
> Cc: JoHahnson, Jennifer
> Subject: Re: appreciation and clarification
>
> Kanda,
> I suggest to you that Abdullah not attend the offsite and not work from Detroit anymore. He needs to focus on the basics and clearly needs lot of work on understanding our culture/ leadership principles.
>
> Why did he attend?
>
> Thanks,
> Peter
>
>
> On Jun 9, 2013, at 12:59 PM, "Kandasamy, Ramiah" <ramiah@amazon.com> wrote:
>
>> Jennifer,
>>
>> I was going to discuss this with you in our next 1:1. Last month I delivered a detailed interim written performance review to Abdullah after soliciting feedback from his peer L7 leaders, which I have attached for your review prior to your meeting with him.
>>
>> Since then he wanted to reach out broadly for a full 360 review and feedback for himself and has requested feedback from

50+ folks through People Portal. Once all that feedback is in (ETA 6/14), I plan to incorporate any deltas from that into his interim review and deliver it to him one more time.

>>

>> I have seen that he has internalized my wake-up call to him and he seems to be making a conscious effort to improve. I have made it clear to Abdullah that he needs to turn this around quickly in a couple of months. He seems capable and just needs to apply himself to it with some smart restraint and focus.

>>

>> Kanda

>>

>> From: JoHahnson, Jennifer
>> Sent: Sunday, June 09, 2013 9:46 AM
>> To: Faricy, Peter; Kandasamy, Ramiah
>> Subject: RE: appreciation and clarification

>>

>> Abdullah and I are meeting this week to discuss.

>>

>> From: Faricy, Peter
>> Sent: Sunday, June 09, 2013 4:57 AM
>> To: Haydar, Abdullah; Kandasamy, Ramiah; JoHahnson, Jennifer
>> Subject: Re: appreciation and clarification

>>

>> Adding kanda and Jenifer

>>

>> Glad to hear you appreciated the opportunity to participate in the 3YP off-site. Your top two priorities are:
>> 1. Understand and integrate with the Amazon leadership principles and culture. This includes becoming a better listener and vocally self-critical.
>> 2. Focus on your teams execution and delivery of the 2013 plan

>>

>> IMO, any focus you have on advising others across the team is premature at this point. To quote a famous football coach "keep your head down, your mouth shut and do your job". That advice may be a bit direct and harsh in tone, but it covers the overarching idea.

>>

>> Finally, you need to make sure you cover this feedback and any other with Kanda. I know he wants to help you integrate at Amazon. Jenifer is also available as a resource and can provide great advice as well.

>>

>> -Peter

>>

>>

>>

>> On Jun 9, 2013, at 3:45 AM, "Haydar, Abdullah" <haydara@amazon.com<mailto:haydara@amazon.com>> wrote:
>> Hi Peter,

>>

>> I wanted to reach out to thank you for your advice during our interactions this past week and also to clarify one area you mentioned.

>>

>> First, I really appreciate the fact that you advised Garret and me to limit our participation in the tech 3YP review on Wednesday morning and to use the opportunity primarily to learn from the knowledge and expertise of your direct reports. This type of advice is something that has been lacking during my ramp-up at Amazon, where my first-time participation in an OLR or FLP was not preceded by any kind of guidance so I've made more than my share of mistakes in those processes as I didn't really know what to expect and likely spoke out of turn without following the right process. In each of those cases, I was approached afterwards by colleagues who wanted to help me learn after-the-fact and asked whether anyone had coached me ahead of the process and my answer has been unfortunately no. That said, I take full responsibility for my own actions regardless of any coaching and I am definitely committed to learning from and not repeating my mistakes.

>>

>> Second, I was a little confused by your advice at dinner on Wednesday when I asked you about the best lesson you can share from your time at Amazon and you answered that it would be wise to listen to the guidance given by your VP. After thinking through that discussion for the next couple of days, I realized that perhaps you had intended your advice before the tech 3YP to be to limit my participation to learning only, when my misunderstanding was that you wanted me to primarily learn from the group, but also to contribute to conversation if I had anything meaningful to add, which I did on a very limited basis by waiting to the end of each of the conversations on the "Seller-in-a-box" and Carbon. My intention was certainly not to go against your advice, so please accept my apology if I misunderstood your direction. If I am still misunderstanding your advice, I would definitely appreciate any clarifications you can provide.

>>

>> I am committed to shedding the bad habits I developed from my earlier career experiences and working to be as metrics-driven and Amazonian as possible in my leadership approach, so I would definitely appreciate any additional guidance you can provide to help me along the way.

>>

>> Thanks!

>> -Abdullah

>> <AH-May-2013-Review.pdf>

> <mime-attachment>

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **To:** | Cerio, Shelly |
| **Sent:** | 3/5/2015 1:52:51 PM |
| **Subject:** | FW: Thanks for hanging up on me. |

**From:** Haydar, Abdullah
**Sent:** Thursday, November 13, 2014 2:27 PM
**To:** Mosby, Joel
**Subject:** RE: Thanks for hanging up on me.

Joel,

I have never hung up the phone on anyone. You are definitely correct that I frequently misinterpret pauses in people speaking as the completion of their thoughts, so I then step in with my own thoughts, which is correctly understood as an interruption even though I didn't mean to do it, so I need to continue to work on that.

In terms of this issue, you and I have never discussed the merits of the topic. Telling me to be vocally self-critical is not useful by itself. When I laid out the scenario and asked you for advice on a different approach, you kept insisting that I need to be more self-critical without actually dealing with the merits of this issue.

As I said, I am committed to moving forward with the date which you stated as the outcome of this situation. That fact does not negate the fact that some very inappropriate behavior occurred, which requires advisement to the person's manager from my perspective.

-Abdullah

**From:** Mosby, Joel
**Sent:** Thursday, November 13, 2014 2:20 PM
**To:** Haydar, Abdullah
**Subject:** RE: Thanks for hanging up on me.

I can only say the same thing some many times.  I was clear that I was done arguing with you 15 minutes before the call ended and clear that I had another meeting that I was late for, yet you wanted to continue to argue in circles.

**From:** Haydar, Abdullah
**Sent:** Thursday, November 13, 2014 11:02 AM
**To:** Mosby, Joel
**Subject:** Thanks for hanging up on me.

AMAZON_HAYDAR_00000453

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **To:** | Cerio, Shelly |
| **Sent:** | 3/5/2015 6:20:47 PM |
| **Subject:** | FW: Review |

---

**From:** Haydar, Abdullah
**Sent:** Tuesday, December 02, 2014 2:41 PM
**To:** Mosby, Joel
**Subject:** RE: Review

Since I'm facing another management change (4th manager in 2 years), I wanted to re-iterate our midyear review discussion from 10/28. Here is the summary I captured:

SSA – transitioning to Detroit, splitting to SNA/SNP, starting MML, delivery on projects, OE  – EXC/SS
SCA – partnering with FBA, delivery on project, OE – ACH/SS
Overall – EXC/SS

AMAZON_HAYDAR_00000454

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **To:** | Cerio, Shelly |
| **Sent:** | 3/18/2015 10:36:01 AM |
| **Subject:** | update |

Hi Shelly,

Given that it's been nearly two weeks since we met, I am emailing you to see where things stand as far as digging into my manipulated annual rating issue.

From my perspective, the only related events that have transpired since we've met is my continued mistreatment by some of the Marketplace directors and their directs, which only started early last month. More specifically, Stefan Haney and some of his directs have repeatedly excluded me from key meetings and emails related to my work (while often including my direct report SDMs and my manager Garret without me). Similarly, our PMO director whom I've worked with directly for over a year with no negative experiences has recently indicated that he wants to deal directly with Garret on our joint work items. Given that I have noted this behavior only from specific directors and their directs, this seems to be another outcome of the unfair OLR, which again frustrates me since I know that very selective negative and possibly even false data was used to create an inaccurate portrayal of my 2014 performance. As I mentioned, my performance was repeatedly confirmed to me and to my teams to be a continuously strong success throughout the past 12 months.

Other than these minor issues, my work with my teams has continued to proceed successfully with us continuing our prior year's strong delivery of our programs and operations as well as other obligations, such as annual review responsibilities and delivery of our QBR to our VP.

I am also pursuing opportunities outside Marketplace as I mentioned, but this will not be able to move forward until the ratings issue is resolved, since I cannot accept a fraudulent rating as the starting point for the next step in my Amazon career.

Please let me know when to expect an update on next steps.

Thanks!
-Abdullah

CONFIDENTIAL                    AMAZON_HAYDAR_00000455

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **To:** | Cerio, Shelly |
| **Sent:** | 3/5/2015 1:25:00 PM |
| **Subject:** | FW: Significant concerns about rating |

**From:** Haydar, Abdullah
**Sent:** Thursday, May 01, 2014 8:52 PM
**To:** Cole, Madonna
**Subject:** Significant concerns about rating
**Importance:** High

Hi Madonna,

I need to escalate an issue to you due to the complex history and the difficulty caused by specific relationships. Here is the summary:

After I started at Amazon in late November of 2012, I had higher than normal transition problems into the Amazon culture, partially due to a lack of guidance and some harmful behavior by my direct manager at the time Ramiah Kandasamy. This was compounded by substantial leadership issues caused by Kanda during the OP2 process a few weeks later.

After I grew very frustrated with this situation over my first six months, I sought help from Jim Joudrey. Upon his advice, I also escalated my concerns to his manager Curt Ohrt and then also in a brief email to Peter Faricy, who directed me to work with Jennifer JoHahnson. Therefore, I met separately with Curt, Jim, and Jennifer regularly for a few months and corrected some of my own initial mistakes but continued to be frustrated by Kanda's leadership issues. Since I noted at the time that Peter's long-term close relationship with Kanda seemed to be a deterrent for any immediate fixes by those I was working with, I was strongly considering escalating to you at that time, but was advised to wait while a departmental reorganization was worked out. After three more months, the reorganization was completed in late October of last year and I began reporting to Jim.

Having then been at Amazon nearly a year without any meaningful review to date, I requested a detailed mid-year review with my new manager Jim Joudrey. This was completed in mid-December 2013 and I was given a mid-year rating of Achieves/Solid Strength and assured that my full-year rating would be based on my own strengths and areas of improvement with full consideration of my difficulties with Kanda.

However, I then immediately faced another reorganization as we agreed that Marketplace should expand our Phoenix office to include my three Listings Platform teams and I therefore should transition my work to a new Phoenix-based senior manager, which I agreed was the right strategy. Since I was then going to look for a new role, I accepted an opportunity presented by my current manager Joel Mosby and his manager Avi Saxena to move our Seller Success and Business Reports leadership and teams to be centralized in my hometown Detroit office. While I was very supportive of this strategy, I was again facing a management change, but I discussed these concerns with Jim and was assured that my review would not be impacted. I then took on this new role part-time as of 1/1/2014 and full-time in Detroit as of 2/1/2014.

As of late yesterday evening, I was administered my first annual review at Amazon and I was upset by the seeming inclusion of my Kanda-related difficulties in determining the overall rating. While I fully concur with the content of the review with my successes recognized by many leaders across Amazon combined with definite areas to improve, especially in my communication style, the fact that I did not receive any pay increase was indicative of my being considered Least Effective for this review cycle, which is either an override or my being considered limited for growth potential. I do feel that Amazon compensates me fairly, so the issue here is not the pay increase but rather the rating.

While I am accepting of the Achieves Performance Rating accurately reflecting my wins and misses, I am not happy about the Leadership Rating being changed from Solid Strength to Development Needed, especially if you focus on the feedback I received at the beginning of this year from people I actually worked with versus some absurd feedback

                    AMAZON_HAYDAR_00000456

Kanda had sought. However, I am not very concerned about those ratings, but I am significantly concerned by the LE overall rating. I do fully believe that our Marketplace leadership team continues to invest in my future success and is helping me move forward, but I cannot accept the LE rating with my achievements despite being handicapped by one of the worst performing leaders I have ever worked for and especially as compared to each of my L7 peers with my deep knowledge of each of their strengths and shortcomings including some of them having substantially failed to develop healthy teams and leaders last year.

I would like to meet with you as soon as possible to discuss this topic because I do not feel that I have been given a fair overall value rating and I am concerned about the impact of this on my future growth trajectory at Amazon. I will next be in Seattle on 5/12, so we can meet in person at that time or sooner via video conference or phone if needed.

Thanks!
-Abdullah

| From: | Haydar, Abdullah |
|---|---|
| To: | Cerio, Shelly |
| Sent: | 3/5/2015 6:20:34 PM |
| Subject: | RE: Abdullah Haydar/Shelly Cerio 1:1 |

Hi Shelly,

Thanks again for all your time this afternoon and for working with me to understand the details of my situation. I understand that diving deep into this will take some time, especially as you do it carefully due to the sensitivity of the situation, so please let me know if you need any further data and I will expect an update from you every 1-2 weeks.

As we discussed, what I am seeking is the following:

- A fairly determined rating for my 2014-2015 work, which was continuously and consistently confirmed to be at least EE/SS all year.
- Joel Mosby being severely reprimanded for his dishonest, vindictive, and unethical actions against me in the past 3 months, including working to shrink my scope by moving 2 teams out of my org (one of which (MML) was moved without even having a plan for the team and the other (SCA) was moved under a plan to combine with a new team which was eventually not funded) and depriving me of a fair assessment of my work in my annual review through selective focus on very minor negative feedback while ignoring the overwhelming positive feedback and success against my goals. He also dishonestly presented my performance data at OLR after confirming a completely different picture to me as recently as 1/9/2015.
- Stefan Haney being reprimanded for collaborating with Joel to negatively impact me by taking over the MML team without a plan and for coaching his team to provide negative feedback on me to support Joel presenting me as a failed candidate in the OLR
- Peter Faricy, the rest of his directs and their HR partners being coached on accepting severely flawed and biased performance data in an OLR without challenging it. They also need to be on coached prioritizing their relationship building amongst each other at the expense of anyone who is not part of their inner circle (which is where I mentioned their bias against me in treating me poorly since no one from their inner circle was standing up for me when being treated unfairly by Joel and Stefan.)

Below are the timeline notes I mentioned which I had written for myself. As discussed, I will also forward the emails related to each of the major events as well.

Thanks!
-Abdullah

Timeline note:
4/30 - 2014 review - ACH/DN/LE after previous promise it would be ACH/SS by Jim Joudrey, who did my mid-year review in December 2013 after previously getting nothing useful from Kanda.
5/1 - email to Madonna (forwarded)
5/21 - conference call with Madonna detailing my concerns
6/2 - 1:1 with Avi - confirmed no concerns with 2014 LE since related to Kanda's failures, no plan to do dev plan or PIP, hiring and delivery successes raising the bar for an L7, promised to nominate and train as a BR (never fulfilled)
7/21 - After months of promised follow-ups which did not occur, Madonna closes out the rating issue with a short email (forwarded)
9/4 - 1:1 with Avi - successes continue raising the bar for an L7
10/6 - 1:1 with Avi - continuous same positive feedback
10/7 - Alejandro reaches out interested in joining my team. He interviews with two of my SDEs and commits to applying once he wraps up his current project.
10/22 Alejandro completes his project and applies to my open position.
10/27 Alejandro receives his offer and accepts it right away. I initiate transition conversations with Saran and Sairam.
10/28 mid year with Joel – Exceeds/Solid Strength (forwarded)
11/13 At Sairam's request after 3 weeks of no progress, Joel gets involved and commits Alejandro to 12/22 start date based on false decision parameters Saran had given him. (Alejandro later tells me that Sairam never met with him on this topic during the entire time, even though Saran is a failing manager with 50% attrition last year). I disagree but commit to this date. (forwarded)
11/13 1:1 with Joel. He brings up this topic even though we disagreed and committed, then hangs up on me.

(forwarded)

11/13-12/2 - Joel cancels three regular weekly 1:1s with me.

12/2 - Joel and Avi visit Detroit. Avi again mentions my strong 2014 performance both in our 1:1 and with my entire team in a tech deep dive. We privately discuss the situation with Joel and he suggests improvements on leadership principles. They jointly communicate the reporting change to Garret and for SCA to leave my org. Avi agrees to reconsider SCA change based on data provided, even though Joel is advocating for this change.

12/6 - Kaitlin visit Detroit and says that she knows all the details of the Alejandro situation (which is a surprise to me since I thought we were past it after disagreeing and committing). She assures me that I have been commended for my strong year and this one incident won't spoil that.

12/15 - Joel suddenly moves MML team to work for Stefan without notification and with no plan for their new roles. Stefan says he'll explain the details in our next 1:1 after the holidays.

12/17 - Jim and Ian visit Detroit. Jim indicates Joel is bad mouthing me behind my back to Faricy-directs and suggests I address this with Garret and Ian.

1/9 - Garret, Joel, and I sync and confirm EXC/SS for the year, but Joel says he's now not sure on SS due to Alejandro event. He tells me I didn't disagree and commit and then tries to re-discuss the merits of the topic, showing that he is stuck on this issue. (forwarded summary note)

1/12 - I visit Seattle and hear from Stefan that I'm not entitled to hear the details on MML. He also says I have broken trust since I responded to PMO request to balance LQ work on my roadmap without involving him.

1/13 - I have 1:1s with Stefan's directs and they echo exactly what Stefan said in terms of broken trust, indicating coaching in how to write their annual review feedback about me.

1/13 - I have a 1:1 with Ian and follow his suggested course of action to again clarify my rating via email to ensure Joel follows through on my review properly (for which Joel ignores my email).

1/13 - I have a 1:1 with Kaitlin and she assures me that the process will reflect my feedback and performance against goals and that she trusts Joel to be a fair-minded person overall, despite the challenges since November. She also promises me that my OLR review will be handled by Garret since Joel seems to be doing multiple things against me (moving MML and SCA and promoting a negative message about me to Faricy directs).

1/26 – SCA moves out of my team to combine with Seller Data Kiosk after Avi makes a final decision on this. This causes some team morale issues which I work to resolve. During OP2 finalization later that same week, Seller Data Kiosk's budget is cut, making the team move unnecessary.

2/24 – After pushing again for BR training due to continual recruiting requests, I am told that I am ineligible because I will be rated ACH/DN/LE. When asked for the data used, I am told a few specific feedback "from key peers" have been highlighted to show overall negative performance "since those are the leadership principles that matter for senior leadership." This appears to corroborate my earlier evidence of my review being rigged to ignore the actual feedback and goals data.

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **To:** | Cerio, Shelly |
| **Sent:** | 3/5/2015 6:20:56 PM |
| **Subject:** | FW: improvement areas |

**From:** Haydar, Abdullah
**Sent:** Tuesday, January 13, 2015 9:28 PM
**To:** Mosby, Joel (mosby@amazon.com)
**Cc:** Gaw, Garret
**Subject:** improvement areas

Hi Joel,

As we discussed last Friday, we are all in agreement on my performance rating as Exceeds Expectations for all of 2014, so I wanted to follow up on the Leadership Principles since my midyear rating was clearly Solid Strength and you expressed some doubt as to whether it should be Solid Strength or Development Needed for the entire year. I understand your concerns regarding the November transfer incident even though I have a different perspective on that event.

Can you please help me to improve by giving me very specific improvements needed to bridge the gap to Solid Strength from your perspective? Obviously, the data gathered from my feedback providers will be very meaningful in this regard, but I wanted to continue the conversation from Friday into specific actions I can immediately begin to implement.

Thanks!
-Abdullah

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **To:** | DeCleene, Anne |
| **Sent:** | 3/26/2015 10:05:33 AM |
| **Subject:** | FW: thanks |

FYI

**From:** Haydar, Abdullah
**Sent:** Wednesday, March 04, 2015 3:36 PM
**To:** Gaw, Garret
**Subject:** Re: thanks

I'm disappointed but not surprised.

Considering my proposed rating is supposedly based on my failure to earn the trust of certain people and is so poor despite so many documented successes, your failure as my manager to honor my request to push back forces me to reconsider my trust relationship with you. This is especially true after you had sent me that unsolicited April 2014 email as my peer commending my site and Marketplace leadership and after I had given you three of my hires (including one of my top employees) to help solve your team emergency situation last fall, despite no obvious benefit to me and despite Joel's recommendation that I not do so. I'm very disappointed.

On Mar 4, 2015 3:10 PM, "Gaw, Garret" <gawg@amazon.com> wrote:
Abdullah,

I am standing by the current rating.

- Garret

**From:** <Haydar>, Abdullah <haydara@amazon.com>
**Date:** Wednesday, March 4, 2015 at 2:31 PM
**To:** Garret Gaw <gawg@amazon.com>
**Subject:** RE: thanks

Hi Garret,

I would like a response as to whether you are planning on pushing for a ratings change by EOW, if possible. I am moving forward on other channels and your decision will impact my path forward.

Thanks,

-Abdullah

**From:** Haydar, Abdullah
**Sent:** Friday, February 27, 2015 11:20 PM
**To:** Gaw, Garret
**Subject:** thanks

AMAZON_HAYDAR 00000461

Hi Garret,

Thanks for all the time we put into my review discussions this week. As I previously stated, I am very much open to learning about my blind spots. This is critically important, because if the blind spots are not substantial enough to outweigh the performance feedback data I have presented from so many sources regarding my 2014 performance (including some who are now changing their position behind my back after confirming the correct rating very recently), then I definitely want to hear from you next week as to your decision in terms my request for you to be vocally self-critical about the mistaken rating and push for a ratings change. I don't want to take up any more of your time discussing this topic in detail. I just want to hear your decision and plans for next steps either way.

Another quick thing, there are some special role considerations I've read today for senior leaders in remote sites which we didn't discuss. Other than my presentation at EE Days last summer, I used the standard L7 SDM job description and didn't account for these in my performance analysis. Did you? No big deal either way as I don't think will change anything, but I just wanted to ask.

Also, I can't seem to find the exact SDM job descriptions doc you were using, so can you please send that my way?

Thanks!

-Abdullah

AMAZON_HAYDAR_00000462

| From: | Haydar, Abdullah |
|---|---|
| To: | Mosby, Joel |
| Sent: | 11/11/2014 9:27:14 PM |
| Subject: | Re: 2 pager on SCA org changes |

Normally, I would agree with you that both sides need to compromise. And I will commit once you decide on a date.

That said, I'm very disappointed in your attitude here as I've successfully transitioned most of the SSA team this year as well as Tarun and Prashant (and 8 people in or out of my teams last year), so I have a very successful track record in this area. I've gone out of my way to make this work as best as possible for Sairam while also keeping focused on my candidate's experience. If you think this is about my inability to work with people, I've failed in more ways than one.

On Nov 12, 2014 12:12 AM, "Mosby, Joel" <mosby@amazon.com> wrote:
I've heard a lot of what sairam needs to do, more concerned with self reflection. So far you've argued with both him and me through this issue. My feedback below still holds. You need to find ways to work with people not argue every point until people stop responding. I'm not going to argue with you about this any more than I already have. I asked Kim to setup 30 minutes tomorrow with Alejandro. I'll give you a date after that, then it's time to commit instead of just disagree.

On Nov 11, 2014, at 8:48 PM, Haydar, Abdullah <haydara@amazon.com> wrote:

Alejandro is listed as reporting to me in phone tool as of today, so you can find him there.

I proposed many options to help Sairam out (both in a meeting I set up with him and in the email thread I forwarded you) in terms of Q4 coverage and new hire ramp up but he ignored them. Sairam was absolutely unwilling to compromise on anything and insisted on violating the maximum transition time and kept telling me that I had to accept his hardline position or else he wanted to escalate to Avi, so the lack of compromise was not on my part.

Alejandro's relocation timeframe is his family's business and Sairam needs to stop mixing that topic into the discussion. It really does not affect anything else since he can do his current job from Detroit if needed as Sairam doesn't have anyone for him to transfer knowledge to yet and I'm willing to let Alejandro work from Seattle as long as he needs to make his family transition work.

Alejandro specifically applied to transfer after he successfully delivered his last project, so he made the best possible plan for his team and didn't know so many others would also be leaving. I have tried to help Sairam with his bench issues, but burning Alejandro in this situation contributes to why he is in that situation to begin with and doesn't help any of us at all.

From: Mosby, Joel
Sent: Tuesday, November 11, 2014 11:38 PM
To: Haydar, Abdullah
Subject: RE: 2 pager on SCA org changes

I did speak w/ Sairam today and to be quite frank disappointed that I need to get involved w/ this. After the conversation I would like to schedule 30 minutes to discuss with Alejandro and get his opinion on what works best for his relocation plans. Can you send me his phone tool link, I don't see anybody below Sairam named Alejandro. As I mentioned a couple of weeks ago, I would have liked to see you build a bridge with Sairam and find a compromise, not everything needs to be a battle. From the conversation, it sounds to me like 12/22 would be Alejandro's first day in DTW which is 7 days past 45 day window (as I understand it). Need to take Q4 timing into consideration on 2 fronts. 1. From a relocation perspective this seems like a hard time to move personally so I'd like to speak with Alejandro. 2.

AMAZON_HAYDAR_00000463

Sairam doesn't have a deep bench to manage Q4 issues since all his managers are new and few senior leaders on his team, so that has to be factored in.

Also attached is comments I added to the doc. Probably best for us to discuss, but I'm not following how anything really changes, or why this better. The pain of the current structure and how this solves it isn't coming out.

**From:** Haydar, Abdullah
**Sent:** Tuesday, November 11, 2014 7:45 PM
**To:** Mosby, Joel
**Subject:** RE: 2 pager on SCA org changes

OK, this can definitely wait for escalations, but the Alejandro transition definitely needs immediate attention. The poor guy really wants to close the book on this and Sairam is being completely unreasonable after I've repeatedly tried everything to work with him. Did you have a chance to meet on this today?

**From:** Mosby, Joel
**Sent:** Tuesday, November 11, 2014 5:15 PM
**To:** Haydar, Abdullah
**Subject:** RE: 2 pager on SCA org changes

I am slammed with OP1/Peter Escalations this is still on my radar.

**From:** Haydar, Abdullah
**Sent:** Tuesday, November 11, 2014 2:14 PM
**To:** Mosby, Joel
**Subject:** RE: 2 pager on SCA org changes

Speaking of SCA – I still haven't shared this with Viorel, so your feedback would be greatly appreciated!

**From:** Haydar, Abdullah
**Sent:** Friday, November 07, 2014 7:42 AM
**To:** Mosby, Joel (mosby@amazon.com)
**Subject:** FW: 2 pager on SCA org changes

Any quick feedback before I share this with Viorel?

**From:** Haydar, Abdullah
**Sent:** Thursday, November 06, 2014 1:06 AM
**To:** Mosby, Joel (mosby@amazon.com)
**Subject:** 2 pager on SCA org changes

Please take a quick read through at your earliest convenience as I would like to share this with Viorel very soon. Once the three of us are good with the doc, I would like to share it with Blair and then with Florin. Once all 5 of us are on the same page, we can take it to Avi and then Peter, if needed. I've already laid the groundwork with the Marketplace finance team and gotten their approval on the funded headcount ratio for hiring in Iasi and they are ready to adjust the R&O plan to account for this after approval. Thanks!

AMAZON_HAYDAR_00000464

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **To:** | Mosby, Joel |
| **Sent:** | 11/13/2014 9:54:09 AM |
| **Subject:** | RE: Did you meet with Alejandro? |

Thanks for the update. I will commit to this, but I am very disappointed that we are essentially rewarding Sairam's complete inflexibility and apparent disregard for our candidate's experience.

**From:** Mosby, Joel
**Sent:** Thursday, November 13, 2014 12:51 PM
**To:** Haydar, Abdullah
**Subject:** Re: Did you meet with Alejandro?

Yes. 12/22 will be his first day working out of DTW. He's preparing a schedule working back from that date that he will send to me today.

On Nov 13, 2014, at 9:04 AM, Haydar, Abdullah <haydara@amazon.com> wrote:

AMAZON_HAYDAR_00000465

| From: | Haydar, Abdullah |
|---|---|
| To: | Mosby, Joel |
| Sent: | 10/31/2014 5:58:22 PM |
| Subject: | RE: Internal Transfer of Alejandro to Seller Success/Nudge team |

Also, FYI, I spent some time on this with Sairam last Friday and he said he was going to meet with Avi to discuss how to accelerate his recruiting (including possibilities in Detroit) so that we don't give Alejandro a bad experience. I pinged him about his meeting several times this week and never heard back until Saran escalated to you today. Saran incorrectly told Alejandro that December was the minimum and he should stay till January and Alejandro told him that was "disproportionate" since he just finished his project, so I'm really worried that they are going to cause harm to an excellent employee's Amazon experience.

On Oct 31, 2014 6:16 PM, "Haydar, Abdullah" <haydara@amazon.com> wrote:
>
> I already gave him that response twice and they keep saying mid-January, which is way out of bounds.
>
> On Oct 31, 2014 5:44 PM, "Mosby, Joel" <mosby@amazon.com> wrote:
> I really don't think this needs to be difficult.  A better response would be we'll figure out the right plan to provide Alejandro a good experience as help Sairam.  There's a win-win here, and don't want to hear pushback.
>
> -----Original Message-----
> From: Haydar, Abdullah
> Sent: Friday, October 31, 2014 2:37 PM
> To: Mosby, Joel
> Subject: Re: Internal Transfer of Alejandro to Seller Success/Nudge team
>
> I've transferred 2 people to Sairam in 2013 and helped him in each case even though it made my life harder so this is only asking him to treat me as well as I've treated him.
>
> I've offered to help him seed a Detroit team to hire all his open positions in a few weeks rather than waiting months, but that's all I can do since I can't hire for him any faster in Seattle.
>
> Earning trust doesn't mean giving our top performing engineer who wants to transfer a bad experience.
>
> On Oct 31, 2014 5:02 PM, "Mosby, Joel" <mosby@amazon.com> wrote:
> >
> > We need to support sairam and team on this, they need it! This is a golden opportunity to earn trust with your peers. Don't win every battle and lose the war.
> >
> >
> >
> > On Oct 31, 2014, at 1:59 PM, Haydar, Abdullah <haydara@amazon.com> wrote:
> >
> > Correction: based on the acceptance date of 10/27, the company policy states a *maximum* transfer period of 45 days, which is 12/10. The normal transfer period is 2 weeks and we're already done with 5 days. I have transferred many people (as has Sairam) and only a few exceptions go beyond two weeks.
> >
> > Alejandro specifically told me that it is a good time to transfer now because he just finished his project so it doesn't make sense to start him on a new project when he has already accepted his transfer offer. He is not responsible for his colleagues leaving so we shouldn't penalize him for that. I understand the difficulty of your situation and have proposed alternatives to Sairam which will allow Alejandro to transfer now and still mentor your new hires when they arrive.
> >
> > As I've stated before, let's keep the candidate experience in mind, as well as our team situation. He is our customer in this case and we don't want him to consider leaving Amazon due to being frustrated by being held back after making a career change decision which is important for his wife's career as well.
> >
> > On Oct 31, 2014 4:29 PM, "Raj, Saran" <saranraj@amazon.com> wrote:
> >
> > Hi Joel,
> >
> >

AMAZON_HAYDAR_00000466

> >>
> >> Alejandro has accepted the offer to transfer to Abdullah's team in Detroit. Since he is the 3rd internal transfer out of ILA, we are requesting to delay his start date to Jan' 12th there by giving enough time for us to backfill and ramp-up the new developer. Based on his acceptance date, the normal start date would be Dec' 16th or later. Please let us know if this is acceptable,
> >>
> >>
> >>
> >> Thanks
> >>
> >> Saran

AMAZON_HAYDAR_00000467

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **Sent:** | Saturday, November 08, 2014 11:19 AM |
| **To:** | Mosby, Joel |
| **Subject:** | Re: Sync up on Alejandro join date - Will call you |

I agree, but we talked through it and he agreed to consider different options but now refuses to do so and keeps ignoring my emails.

On Nov 8, 2014 1:48 PM, "Mosby, Joel" <mosby@amazon.com> wrote:
This is a ridiculous issue to escalate to Avi

On Nov 8, 2014, at 8:57 AM, Haydar, Abdullah <haydara@amazon.com> wrote:

+Joel

You already told me you were going to take it to Avi 2 weeks ago. Did you not do so?

Joel is ooto this weekend through Monday, but I'm happy to get him involved.

On Nov 8, 2014 9:52 AM, "Chinta, Sairam" <schinta@amazon.com> wrote:
Abdullah, looks like we are not coming to an agreement on this. Shall we escalate this issue to Joel and Avi, since we both are not able to come to an agreement?

Sairam

**From:** Haydar, Abdullah
**Sent:** Saturday, November 08, 2014 4:00 AM
**To:** Chinta, Sairam
**Subject:** RE: Sync up on Alejandro join date - Will call you

Sairam,

Two full business weeks have now passed since offer acceptance and you still have not offered any SMART transition goals so this is a great harm to the candidate experience. I have provided many options to resolve this, so what is the path forward?

-Abdullah

On Nov 5, 2014 10:51 PM, "Haydar, Abdullah" <haydara@amazon.com> wrote:
Sairam,

This is a ridiculous answer. I also have an open headcount which Alejandro is needed to fill, so that also contributes towards OE. I am currently shifting some of my SNP resources to join the SNA on-call each month due to the SNA team being understaffed by 2 (with my pending external hire not starting till mid-December). Please provide specific short-term goals for Alejandro to accomplish which are logical for someone rolling off his team. As I already mentioned, Alejandro can be made available to support you for unforeseen events while joining his new team.

I was much more cooperative with you when I previously transitioned people from my teams to yours, so I don't know why you are making this so difficult. This is especially frustrating after I have offered a lot of alternative plans for Alejandro to continue to support your team and mentor your new hires while still being able to move forward with his new career.

1

CONFIDENTIAL

AMAZON_HAYDAR_00000474

-Abdullah

**From:** Chinta, Sairam
**Sent:** Wednesday, November 05, 2014 10:43 PM
**To:** Haydar, Abdullah
**Subject:** RE: Sync up on Alejandro join date - Will call you

Is not operational excellence is our #1 priority?  If I consider that Q4 is very important to Sellers and our systems, don't I need to retain my experienced talent within the team for un-foreseen events?

From specific goal standpoint, here are the goals which will impact due to shortage of bandwidth.

| | Saran Goal | |
|---|---|---|
| **ID** | **Goal** | **Goal Level** |
| 348 | Launch Item creation for Advertisement Items (Product Ads) through Add a Product. | 31 Marketplace |
| 58 | Launch the ability to use gating reason codes to provide Sellers with a specific path to sell, returning an appropriate error message in feeds and 1x1 by 3/31/2015. | 31 Marketplace |
| 333 | Launch "Add a Product" (AAP) functionality for all categories (Including non-Media) on Cuba, MLMS and MLS platform. | 31 Marketplace |

**From:** Haydar, Abdullah
**Sent:** Wednesday, November 05, 2014 7:06 PM
**To:** Chinta, Sairam
**Subject:** RE: Sync up on Alejandro join date - Will call you
**Importance:** High

Hi Sairam,

I have done everything possible to work with you on this in terms of offering to help with recruiting, seeding a team, and extended mentoring and support after transitioning, but you are still not being goal-driven. Alejandro is a very nice person so he wants to be supportive of his old team, but he really wants to move over as soon as possible and we are now 10 days past his offer acceptance date without clear transition goals, so this is turning into a bad candidate experience.

What is the goal related to this statement below? I want Alejandro to move forward with his career plans with SNA and life plans in Detroit, but also provide support for your team, so let's figure out a balance that works. Setting a date without any meaningful goals or clear new hire dates is meaningless.

Please provide a goal-driven response as soon as possible.

Thanks!
-Abdullah

**From:** Chinta, Sairam
**Sent:** Wednesday, November 05, 2014 5:49 PM
**To:** Haydar, Abdullah
**Cc:** Raj, Saran
**Subject:** RE: Sync up on Alejandro join date - Will call you

Abdullah – as you know, we need to have Sr. members in the team to support the Q4 along with other initiatives going in ILA space. I spoke with Alejandro and he prefers to move before Dec 25th. I request you to accept 12/19 as transfer date (1 week beyond the 45 days of limit). That will help us to mitigate risks related to Q4, conspiring the other programs running in the space.

Sairam

2

AMAZON_HAYDAR_00000475

**From:** Haydar, Abdullah
**Sent:** Wednesday, November 05, 2014 11:40 AM
**To:** Chinta, Sairam
**Cc:** Raj, Saran
**Subject:** FW: Sync up on Alejandro join date - Will call you

Hi Sairam,

Here is my proposal for the transition, since we need it to be goal driven:

1. Knowledge transfer of JP points and review the new architecture to rebuild this using TANG – To be completed this week

2. Complete initial architecture proposal for front end framework for GIO Re-platform and review this with team – To be completed by 11/14

As of 11/17, he should join my team. This is regardless of his location since he can join my team and start working in Seattle and then transition to Detroit whenever it makes the most sense for family reasons.

3. Ramp up new hires on GIO – since you don't have any confirmed starts yet, I will commit that Alejandro will spend 1 week ramping up the next new hire whenever you bring them onboard. He can do this by spending a week back in Seattle (if it is after he moves) or you can have your new hire come to Detroit for a week, if you prefer. Furthermore, I will make sure that Alejandro is available 10% of his time (4 hours/week) to support this new hire as well as your additional new hires for 1 month after the new hire starts.

Please respond as soon as possible to this proposal as this discussion has dragged much longer than any of the 18 other internal transfers I've managed since joining Amazon.

Thanks!
-Abdullah

**From:** Haydar, Abdullah
**Sent:** Monday, November 03, 2014 4:08 PM
**To:** Raj, Saran
**Subject:** RE: Sync up on Alejandro join date - Will call you

Do you have specific dates for specific people?

On Nov 3, 2014 3:55 PM, "Raj, Saran" <saranraj@amazon.com> wrote:
Nov' 24th and later.

**From:** Haydar, Abdullah
**Sent:** Monday, November 03, 2014 12:43 PM
**To:** Raj, Saran
**Subject:** RE: Sync up on Alejandro join date - Will call you

Do you have start dates for your new hires?

On Nov 3, 2014 3:13 PM, "Raj, Saran" <saranraj@amazon.com> wrote:
Abdullah,

Keeping in mind, Alejandro needs to move his family and settle down in new location, we are targeting his last day in ILA to be Dec' 19th.
<span style="font-size:11.0pt; font-family:"Calibri","san

3

AMAZON_HAYDAR_00000476

# amazon.com·

| | |
|---|---|
| **TO:** | **Abdullah Haydar** |
| **FROM:** | **Joel Mosby** |
| **CC:** | **Kaitlin McVey, HR Leader** |
| **RE:** | **Performance Improvement Plan** |
| **DATE:** | |

This is a performance improvement plan for substandard performance. Specifically, 1) you have demonstrated an inability to consistently communicate and earn the trust with your peers, 2) you have demonstrated a lack of ability to disagree and commit, and 3) you have demonstrated a lack of ability to be vocally self-critical.

As discussed with you during your annual performance review for 2013, and in our 1:1's, I have outlined three key areas for improvement in your performance. These areas for development have impacted your ability to perform at your current level of Senior Manager. More specifically, you need to **1) Earn the Trust of Others; 2) Disagree and Commit;** and **3) be Vocally Self-Critical.** As a result, I have created a development plan to provide the opportunities you need to demonstrate improvements in these areas. The details and expectations are outlined below.

1) Earn Trust from Others: As a leader, you need to establish credibility with your stakeholders and peers. In order to influence in the corporate environment, you need to able to connect with others and work effectively with partners. You have a tendency to dominate conversations with you partners which causes others to avoid interacting with you. This feedback has been provided to you on a number of occasions in the past. You need to build trust with your partners by demonstrating an ability to listen to their point of view and adjust your level of interaction to get your partners to engage with you, not avoid you.

2) Disagree and Commit: Your ability to Disagree and Commit needs to improve. Recently I have given you very direct feedback that I would take ownership of working out the transition plan for an internal transfer candidate after you were unsuccessful in working with the current manager. On 11/11, I communicated directly to you that I would give you a date for the transfer and it was time to disagree and commit. Despite this direct communication you continued to argue with me over email and phone for two more days. As a leader at Amazon, you need to recognize when it is time to disagree and commit and adjust your behavior accordingly.

3) Vocally Self-Critical: You need to take complete ownership and accountability of every aspect of you communication with others. During multiple conversations related to the internal transfer situation mentioned above, you pointed out many short comings and faults with the manager you were interacting with. When I asked you to think about one thing you could have done differently or one lesson you learned from the experience, you responded with a laundry list of faults with the other person and pushed the question back to me to answer the question for you. Effectively, you were not able to answer the question asked. It is not behavior that is adequate or consistent with Amazon's leadership principles to point the finger at your perception of other people's behavior, while at the same time finding nothing you can do to improve your handling of a situation.

In the future, you will be expected to make the following improvements to your performance as well as meet all other expectations for your role:

| Objective/Goal | By When |
|---|---|
| **Areas: Earn Trust from Others**<br>Leadership should receive zero escalations or feedback that contributes to negative situations related to your ability to earn the trust of your partners. | Immediately |

AMAZON_HAYDAR_00000395

| Area: Earn Trust from Others, Communication<br>As mentioned in your Annual Review and discussed in various 1:1's with my leadership, you need to hear others in meetings (including 1:1s). Leadership should receive zero escalations or feedback that you are dominating conversations and not listening to others. | Immediately |
|---|---|
| Area: Disagree and Commit<br>You need to understand when it is time to disagree and when it is time to commit. Leadership should receive zero escalations or negative feedback that reflect an inability to commit to decisions that are made. | Immediately |
| Area: Vocally Self-Critical<br>Leadership should receive zero escalations or negative feedback that contributes to negative situations related to your ability to earn the trust of your partners. | Immediately |
| Area: Vocally Self-Critical<br>Complete a COE on your handling of the internal transfer situation mentioned above focusing on your interactions with your partners and leadership. | Due by 11/21 |
| Areas: Think Big, Dive Deep<br>Develop a 3 year technical vision for the Seller Success space and present a 6-pager on that vision to Faricy-directs team. | Due by 12/15 |

To help you improve your performance, I suggest the following:

- Suggestion 1: Solicit Feedback from your peers on your ability to earn their trust, disagree and commit and be vocally self-critical.
- Suggestion 2: Solicit Feedback and examples from your peers to create a quality 3 year technical vision for Seller Success technology.

While I'm willing to provide assistance in helping you improve your performance, it is important for you to understand that the responsibility for bringing your performance up to an acceptable level rests with you. We will review your progress on a weekly basis.

A copy of this performance improvement plan will be placed in your personnel file. If you do not meet and maintain the above-stated expectations and sustain improved performance, you will be subject to further action up to and including termination of employment.

I have received a copy of this memo.

Associate Name: _____     Date:    /    /

Associate Signature: _____

Manager Name: _____     Date:    /    /

Manager Signature: _____

HR Rep Name: _____     Date:    /    /

AMAZON_HAYDAR_00000396

**HR Rep Signature:**                                    **Date:**   /   /

cc: personnel file

AMAZON_HAYDAR_00000397

| | |
|---|---|
| **From:** | Gaw, Garret |
| **To:** | McVey, Kaitlin |
| **Sent:** | 12/17/2014 8:45:22 PM |
| **Subject:** | FW: Confidential: performance plan |
| **Attachments:** | Written PIP - haydara.docx |

Kaitlin,

I'd like to talk to you about the attached document and the situation in general.  I know we talked about it briefly when you were in town, but I'd like to speak in more specific and concrete terms, now that I have more context. I'll setup some time next week.

Thanks,
   Garret

**From:** <Mosby>, Joel <mosby@amazon.com>
**Date:** Monday, December 15, 2014 at 12:18 PM
**To:** Garret Gaw <gawg@amazon.com>
**Subject:** Confidential: haydara@ performance plan

Garret, as we discussed last week, here is the performance plan I wrote up for Abdullah based on the issue he had interacting with me and Sairam during a relatively routine internal transfer issue.  HR asked me to walk the issue back, but I am concerned that this event captures 3 leadership principles that continue to be challenges for Abdullah.


**Joel Mosby**
Director, Software Development: Amazon Marketplace
mosby@amazon.com | Redacted

_____
*I'm hiring!*
*Open positions: SDE (all levels)*
_____

**amazon**.com.



**TO:**  Abdullah Haydar
**FROM:**  Joel Mosby
**CC:**  Kaitlin McVey, HR Leader
**RE:**  Performance Improvement Plan
**DATE:**  DATE

This is a performance improvement plan for substandard performance.  Specifically, 1) you have demonstrated an inability to consistently communicate and earn the trust with your peers, 2) you have demonstrated a lack of ability to disagree and commit, and 3) you have demonstrated a lack of ability to be vocally self-critical.

As discussed with you during your annual performance review for 2013, and in our 1:1's, I have outlined three key areas for improvement in your performance.  These areas for development have impacted your ability to perform at your current level of Senior Manager. More specifically, you need to **1) Earn the Trust of Others; 2) Disagree and Commit; and 3) be Vocally Self-Critical.** As a result, I have created a development plan to provide the opportunities you need to demonstrate improvements in these areas. The details and expectations are outlined below.

1) Earn Trust from Others:  As a leader, you need to establish credibility with your stakeholders and peers. In order to influence in the corporate environment, you need to able to connect with others and work effectively with partners. You have a tendency to dominate conversations with you partners which causes others to avoid interacting with you. This feedback has been provided to you on a number of occasions in the past. You need to build trust with your partners by demonstrating an ability to listen to their point of view and adjust your level of interaction to get your partners to engage with you, not avoid you.

2) Disagree and Commit: Your ability to Disagree and Commit needs to improve. Recently I have given you very direct feedback that I would take ownership of working out the transition plan for an internal transfer candidate after you were unsuccessful in working with the current manager.  On 11/11, I communicated directly to you that I would give you a date for the transfer and it was time to disagree and commit.  Despite this direct communication you continued to argue with me over email and phone for two more days.  As a leader at Amazon, you need to recognize when it is time to disagree and commit and adjust your behavior accordingly.

3) Vocally Self-Critical: You need to take complete ownership and accountability of every aspect of you communication with others. During multiple conversations related to the internal transfer situation mentioned above, you pointed out many short comings and faults with the manager you were interacting with.  When I asked you to think about one thing you could have done differently or one lesson you learned from the experience, you responded with a laundry list of faults with the other person and pushed the question back to me to answer the question for you. Effectively, you were not able to answer the question asked.  It is not behavior that is adequate or consistent with Amazon's leadership principles to point the finger at your perception of other people's behavior, while at the same time finding nothing you can do to improve your handling of a situation.

In the future, you will be expected to make the following improvements to your performance as well as meet all other expectations for your role:

| Objective/Goal | By When |
|---|---|
| **Areas: Earn Trust from Others**<br>Leadership should receive zero escalations or feedback that contributes to negative situations related to your ability to earn the trust of your partners. | Immediately |

AMAZON_HAYDAR_00000478

| | |
|---|---|
| **Area: Earn Trust from Others, Communication**<br>As mentioned in your Annual Review and discussed in various 1:1's with my leadership, you need to hear others in meetings (including 1:1s). Leadership should receive zero escalations or feedback that you are dominating conversations and not listening to others. | Immediately |
| **Area: Disagree and Commit**<br>You need to understand when it is time to disagree and when it is time to commit. Leadership should receive zero escalations or negative feedback that reflect an inability to commit to decisions that are made. | Immediately |
| **Area: Vocally Self-Critical**<br>Leadership should receive zero escalations or negative feedback that contributes to negative situations related to your ability to earn the trust of your partners. | Immediately |
| **Area: Vocally Self-Critical**<br>Complete a COE on your handling of the internal transfer situation mentioned above focusing on your interactions with your partners and leadership. | Due by 11/21 |
| **Areas: Think Big, Dive Deep**<br>Develop a 3 year technical vision for the Seller Success space and present a 6-pager on that vision to Faricy-directs team. | Due by 12/15 |

To help you improve your performance, I suggest the following:

- Suggestion 1: Solicit Feedback from your peers on your ability to earn their trust, disagree and commit and be vocally self-critical.
- Suggestion 2: Solicit Feedback and examples from your peers to create a quality 3 year technical vision for Seller Success technology.

While I'm willing to provide assistance in helping you improve your performance, it is important for you to understand that the responsibility for bringing your performance up to an acceptable level rests with you. We will review your progress on a weekly basis.

A copy of this performance improvement plan will be placed in your personnel file. If you do not meet and maintain the above-stated expectations and sustain improved performance, you will be subject to further action up to and including termination of employment.

I have received a copy of this memo.

**Associate Name:** _____   **Date:** ___ / ___ / ___

**Associate Signature:** _____

**Manager Name:** _____   **Date:** ___ / ___ / ___

**Manager Signature:** _____

**HR Rep Name:** _____   **Date:** ___ / ___ / ___

AMAZON_HAYDAR_00000479

**HR Rep Signature:** _____    **Date:**   /   /  _____

cc: personnel file

AMAZON_HAYDAR_00000480

| | |
|---|---|
| **From:** | Mosby, Joel |
| **To:** | McVey, Kaitlin |
| **Sent:** | 11/15/2014 1:22:42 PM |
| **Subject:** | RE: Confidential: Performance Improvement Plan |
| **Attachments:** | 2013-2014 Annual Review - haydara.docx; Written PIP - haydara.docx |

I made 1 addition based on feedback from Avi. I'm also including a draft of Abdullah's annual review for context. A lot of similar topics were covered.

**From:** Mosby, Joel
**Sent:** Saturday, November 15, 2014 12:52 PM
**To:** McVey, Kaitlin
**Subject:** Confidential: Performance Improvement Plan

Kaitlin, as discussed yesterday, here is the current draft of the performance plan for Abdullah. It would be great to get your feedback. I'd like to move on this fast. Abdullah actions have demonstrated to me that he has not addressed the feedback he received during the April OLR. Despite repeated direct feedback from multiple people, Earn Trust, Vocally Self-Critical and Disagree and Commit continue to be leadership principle's that impact his individual productivity. Based on interactions with him over the last couple weeks on an internal transfer situation, I do not believe he will be successful addressing this behavior.

Thanks!
-Joel

**Joel Mosby**
Director, Software Development: Amazon Marketplace
mosby@amazon.com | [ Redacted ]

————————————————————————————
*I'm hiring!*
*Open positions: SDE (all levels)*
————————————————————————————

**amazon**.com.

AMAZON_HAYDAR_00000481



**TO:**          **Abdullah Haydar**
**FROM:**      **Joel Mosby**
**CC:**          **Kaitlin McVey, HR Leader**
**RE:**          **Performance Improvement Plan**
**DATE:**      **DATE**

This is a performance improvement plan for substandard performance. Specifically, 1) you have demonstrated an inability to consistently communicate and earn the trust with your peers, 2) you have demonstrated a lack of ability to disagree and commit, and 3) you have demonstrated a lack of ability to be vocally self-critical.

As discussed with you during your annual performance review for 2013, and in our 1:1's, I have outlined three key areas for improvement in your performance. These areas for development have impacted your ability to perform at your current level of Senior Manager. More specifically, you need to **1) Earn the Trust of Others; 2) Disagree and Commit; and 3) be Vocally Self-Critical.** As a result, I have created a development plan to provide the opportunities you need to demonstrate improvements in these areas. The details and expectations are outlined below.

1) Earn Trust from Others: As a leader, you need to establish credibility with your stakeholders and peers. In order to influence in the corporate environment, you need to able to connect with others and work effectively with partners. You have a tendency to dominate conversations with you partners which causes others to avoid interacting with you. This feedback has been provided to you on a number of occasions in the past. You need to build trust with your partners by demonstrating an ability to listen to their point of view and adjust your level of interaction to get your partners to engage with you, not avoid you.

2) Disagree and Commit: Your ability to Disagree and Commit needs to improve. Recently I have given you very direct feedback that I would take ownership of working out the transition plan for an internal transfer candidate after you were unsuccessful in working with the current manager. On 11/11, I communicated directly to you that I would give you a date for the transfer and it was time to disagree and commit. Despite this direct communication you continued to argue with me over email and phone for two more days. As a leader at Amazon, you need to recognize when it is time to disagree and commit and adjust your behavior accordingly.

3) Vocally Self-Critical: You need to take complete ownership and accountability of every aspect of you communication with others. During multiple conversations related to the internal transfer situation mentioned above, you pointed out many short comings and faults with the manager you were interacting with. When I asked you to think about one thing you could have done differently or one lesson you learned from the experience, you responded with a laundry list of faults with the other person and pushed the question back to me to answer the question for you. Effectively, you were not able to answer the question asked. It is not behavior that is adequate or consistent with Amazon's leadership principles to point the finger at your perception of other people's behavior, while at the same time finding nothing you can do to improve your handling of a situation.

In the future, you will be expected to make the following improvements to your performance as well as meet all other expectations for your role:

| Objective/Goal | By When |
| --- | --- |
| **Areas: Earn Trust from Others**<br>Leadership should receive zero escalations or feedback that contributes to negative situations related to your ability to earn the trust of your partners. | Immediately |

AMAZON_HAYDAR_00000482

| | |
|---|---|
| **Area: Earn Trust from Others, Communication**<br>As mentioned in your Annual Review and discussed in various 1:1's with my leadership, you need to hear others in meetings (including 1:1s). Leadership should receive zero escalations or feedback that you are dominating conversations and not listening to others. | Immediately |
| **Area: Disagree and Commit**<br>You need to understand when it is time to disagree and when it is time to commit. Leadership should receive zero escalations or negative feedback that reflect an inability to commit to decisions that are made. | Immediately |
| **Area: Vocally Self-Critical**<br>Leadership should receive zero escalations or negative feedback that contributes to negative situations related to your ability to earn the trust of your partners. | Immediately |
| **Area: Vocally Self-Critical**<br>Complete a COE on your handling of the internal transfer situation mentioned above focusing on your interactions with your partners and leadership. | Due by 11/21 |
| **Areas: Think Big, Dive Deep**<br>Develop a 3 year technical vision for the Seller Success space and present a 6-pager on that vision to Faricy-directs team. | Due by 12/15 |

To help you improve your performance, I suggest the following:

- Suggestion 1: Solicit Feedback from your peers on your ability to earn their trust, disagree and commit and be vocally self-critical.
- Suggestion 2: Solicit Feedback and examples from your peers to create a quality 3 year technical vision for Seller Success technology.

While I'm willing to provide assistance in helping you improve your performance, it is important for you to understand that the responsibility for bringing your performance up to an acceptable level rests with you. We will review your progress on a weekly basis.

A copy of this performance improvement plan will be placed in your personnel file. If you do not meet and maintain the above-stated expectations and sustain improved performance, you will be subject to further action up to and including termination of employment.

I have received a copy of this memo.

**Associate Name:** _____   **Date:** __/__/____

**Associate Signature:** _____

**Manager Name:** _____   **Date:** __/__/____

**Manager Signature:** _____

**HR Rep Name:** _____   **Date:** __/__/____

AMAZON_HAYDAR_00000483

HR Rep Signature: _____   Date:   /   /  _____

cc: personnel file

AMAZON_HAYDAR_00000484

## Summary

2013-2014 was your first full year at Amazon and was a mixed year for you.  There were some challenges that you and your team faced with operational issues in SCaS and MLP as well as some wins that you call out in your self-review.  Since taking ownership of the Seller Success team, you have done an excellent job driving recruiting in Detroit, hiring 9 of your 14 open positions in DTW in Q1 2014.  You have also done a great job of building trust with the current SDE's on the SSA team in Seattle by making yourself available for regular 1:1's and to drive the growth of their careers.

From your self-review, it is clear that you are passionate about Amazon and Marketplace and go above and beyond what is normally expected of a Senior Technology Manager at Amazon.  I think sometimes that passion can get in the way of creating positive relationships with your peers.  I'm also concerned that you may be stretching yourself to thin and would like to see you think about which activities (e.g., Safety Czar, 9 Mentees) that you should scale back on and shift that time into more value added activities that set your team up for better success (e.g., creating rich technology deep dive documents and reviews, creating rich technology 3 year plans for your technology, sweating the details).

In addition to the goal summarization in your self-review, I have compiled the following goal summary based on goals in the Marketplace 2013 goal SharePoint.

Goal Summary by Goal Level:

Marketplace – Total of 4 Marketplace goals, of which all 4 where Completed Late.  These goals include:
1. Reduce Variability for Submit to Downstream Service for Image Updates to 4.0 minutes at tp50, 15.0 minutes at tp90, 1.0 hours at tp99.9 and 24.0 hours at tp100 by 12/31/2013
2. Reduce Variability for Submit to Downstream Service for Inventory Updates to 2.0 minutes at tp50, 5.0 minutes at tp90, 1.0 hours at tp99.9 and 24.0 hours at tp100 by 12/31/2013
3. Reduce Variability for Submit to Downstream Service for Price Updates to 2.0 minutes at tp50, 5.0 minutes at tp90, 1.0 hours at tp99.9 and 24.0 hours at tp100 by 12/31/2013
4. Reduce Variability for Submit to Downstream Service for Product Updates to 2.0 minutes at tp50, 5.0 minutes at tp90, 1.0 hours at tp99.9 and 24.0 hours at tp100 by 12/31/2013

Director – Total of 1 goals that was not met.  These goals include:
1. Build FIJI-replacement at feature parity for IOP functions by 12/31/2013 (see details for feature milestones). Launch 1% of ILA traffic in Production.

Manager – Total of 41 Manager goals, 26 (63.4%) goals were Completed, 13 (31.7%) goals were Canceled, and 2 (4.9%) goals were not met.

Goal Summary by Team:

Selection Cache Services (SCaS) - 17 SCaS Goals.  Of which 13 (76.5%) were completed, 0 (0.0%) were complete (late), 1 was not met (5.9%), and 3 (17.6%) were cancelled.

Marketplace Listing Platform (MLP) - 28 MLP Goals.  Of which 13 (46.4%) were completed, 3 (10.7%) were complete (late), 2 were not met (7.1%), and 10 (35.7%) were cancelled.

1

Based on your performance during 2013-2014, you achieved the goals you set out to accomplish but need to improve you demonstration of specific Amazon leadership principles on a sustained basis.

Your overall rating for 2013-2014 is: Achieves / Development Needed

Strengths (146)

Customer Obsession: 23
Ownership: 22
Invent and Simplify: 0
Are Right a Lot: 4
Hire and Develop the Best: 7
Insist on the Highest Standards: 5
Think Big: 3
Bias for Action: 19
Frugality: 1
Vocally Self Critical: 10
Earn Trust of Others: 21
Dive Deep: 15
Have Backbone; Disagree and Commit: 8
Deliver Results: 8

You demonstrate an extraordinary level of passion and dedication to what you do as evidenced by your peer feedback. Some of the strengths that stand out are your dedication to your customer and the ownership you demonstrate over your area. This exuberance causes mixed results as you can see from the mixed earn trust feedback. While there are some positive comments in this area, this is also an area that needs focused improvement during 2014-2015 to turn this into a consistent strength.

Customer Obsession

"Abdullah demonstrated customer obsession and bias for action in several urgent seller investigations I was involved with in one way or another. One of these was a Seller 911 case in late April that he asked the team to take a look at via email during the evening on a Saturday. It was related to blank product titles in the Open Listings Report, which could easily have been the SCaS team, but I did an initial investigation and determined that it should probably go to MLP. From there he escalated and maintained pressure (over email) to respond to the seller's issues in a timely fashion, leading to TT21326876 and the eventual resolution through a coordinated effort between MLP and retail teams."

"In the other case, he received a seller escalation related to a difficult Platform Search migration in China and it was a complex enough issue involving our older systems that he decided to call in Mohammad and me the next morning to work with the current team to make sure they fully understood the options for solving the issue as well as any nuances that might be overlooked. After this summit, the team was able to put together a plan to complete the migration successfully and resolve the seller impact, which was documented in COE 38430."

"Abdullah also held regular meetings with his managed teams, SCaS and MLP. He facilitated cross-team discussion and was thorough and transparent with our teams' direction. I was consistently impressed with how much and with how much detail he understood every initiative, project, and task we worked

2

on as a team. Abdullah attended and contributed to MLP's first annual Feedapalooza this year, where we identified and attempted to address the largest contributors to seller pain and our team's operational burden. He expressed genuine interest in resolving these issues and even volunteered solutions and offered help in completing our task list."

"Regarding Customer obsession, Abdullah definitely goes the extra mile to make sure customer needs are taken care first. One of our integrators (Spaceware) has been having issues with his listings. Upon further investigation, it was found that root cause of the issue is in item master's court. He just didn't return the case back to customer care asking them to follow up item master team but he took on himself to follow up with Item master team on this issue and made sure this issue got the appropriate attention and priority from Item master team. This issue is now being followed up by Item master on a weekly basis."

Ownership

"I have mostly worked with Abdullah in the weekly MTOR Marketplace Operational Excellence meetings. Abdullah dives deep in knowing what high and low sev details his team has, deep diving and bringing 1 pager documents to detail the reason for tickets over 6 week average and his team's action plans to resolve root cause of the issues. He does not argue about the metrics, he uses them to inform him of the work needed to improve his team performance. Abdullah shows strong ownership of the team's he manages by holding his team accountable for success. We had an issue with one of his oncall folks not documenting tickets, I brought it to his attention and it was resolved promptly."

"Abdullah's greatest strengths are his ability to understand systems and work with others. Upon entering Amazon and throughout last year he made it a priority to understand the teams and systems that exist within Marketplace, and network with the right leaders to understand what their issues were. Abdullah wasted no time in asserting himself as the owner of the ScAS and MLP teams with all the people and teams that he networked with. He also made certain to get into any meetings that Venkatesh/Ramesh and I had to ensure that he had direct visibility into all that was going on."

"Abdullah was L7 manager for listing platform space, and my interaction with him was during various meetings specifically in program reviews or during escalations. On positive side, I find Abdullah a very approachable, easy to work with, and who has strong bias for action. He became a single point of contact for external feed users, and this helped driving various process improvements including ensuring stable devo platform for listing. His continuous focus on operational load on MLP resulted in large reduction in sev-2 tickets for MLP."

"I worked with Abdullah in 2013 when it came to my attention that someone had been telling our engineers that they needed to fund CN hardware growth. Because all things hardware related are confusing, the message my engineers got was that this was somehow funded, yet I was pretty sure that wasn't the case. After trying to figure out how to get to the bottom of this, I found Abdullah (If I recall, the messenger of all this was someone who worked for him). Abdullah was extremely helpful in finding out from the CN teams what really happened, why there was confusion, and uncovered the somewhat contradictory conclusion the CN team came to around funding. Point being, Abdullah was pretty undefeatable in researching what had happened, and brutally honest about what was really going on. Then we tried to work together to figure out how such things could be avoided in the future. It was really great how Abdullah, who doesn't really know me that well, was willing to go out of his way to help me out, not just for my sake but because he realized the underlying problem (namely the way everyone

3

tries to play hot potato with hardware) is a companywide problem that he wanted to help solve. On top of that, he was friendly and fun to work with. Overall, I really liked working with Abdullah, and would readily seek him out again to help me troubleshoot a problem or navigate his org."

Earn Trust of Others

"He is very energetic and passionate about his customers and his commitments. I worked with Abdullah on Pricing error suppression. In addition to quickly signing up to help us deliver on work in his space, he also followed up post-delivery to ensure everything was working as expected. He is very engaged in all his meetings and ensures he gives his input into the process. It is a great pleasure to work with him. His obsession to learn and be the best in whatever he is tasked with and exemplify leadership principle is clearly raising the bar for all the managers in the marketplace. Initially, I was taken aback by his over enthusiasm level but over a period of time, I am totally sold on his genuineness, sincerity and goodwill for others."

"In my interactions I find him enthusiastic about the various things we are currently working. He showed a lot of curiosity to know the changes we are bringing in the finance/payments world and offered to help with reviews etc. I also find him very enthusiastic in hiring related activities. He helped do a lot of phone screens for college hires and interns."

"For me, Abdullah has provided a good sense that I am working on a 'management team'. We share and cover each other for work on some of the ACTION REQUIRED emails driven by the Marketplace PMO (e.g., scoping requests), and cover for and represent each other at the number of different meetings we must attend (IOP/Marketplace Coordination, Listing Quality Review, WPR, etc.). During a couple of outages he jumped into the problem before I had a chance to and started up a con-call to get the problem resolution more focused. I truly appreciate not having to be the only one that is/was continuously on-the-hook for these and rested easier knowing that a backup for me existed."

"When ticket projection was going above goal, Abdullah dove deep into ticket analysis and drove for ticket reduction for MLP. He categorized and prioritized the top offenders and held follow up meetings to plan out path to resolution and continuously follow up on the action items. His work and leadership ensured a successful Q4 as well as contributed to the turn-around of year end ticket count."

"Abdullah joined as our senior manager last year but he also filled in as our manager for some time when Venkatesh left. He made sure he had 1:1 scheduled with each one of us regularly and tried his best to be available whenever we wanted him. He was always responsive to emails and IM communication. He gave me feedback from time to time about my performance and shared a lot about his different experience in his career. I could see him quickly adapted to the Amazon culture once he joined and was able to encourage others to adopt Amazon Leadership Principle."

"Abdullah took the time to get to know all of his team members on a personal level. Abdullah and I share an origin from the Midwest. When I expressed interest in visiting the Detroit office over the holiday break he went out of his way to make sure I would have access to the building, knew where to park, and put me in contact with one of the managers in that office so my visit would be comfortable."

"During the investigation and fix processes, we had a few calls with the Marketplace and CN 3P team. It was the first experience the CN 3P team had with JeffB escalations and Abdullah did an excellent job communicating the issues, asking for additional information to understand/confirm the problem walk

4

through the short term and long term solutions. He really was a role model for how to manage a JeffB escalation."

"During last year SCaS had no manager for several months, during this time Abdullah started leading the team. Abdullah listened and took steps possible to address them. Abdullah conducted regular 1x1 sessions, performance reviews and team meetings. Also when we got new manager he made sure things were running smooth and solved any issues that arise. During high sev events, Abdullah provided support and communicated effectively."

Areas for Improvement (87)

Customer Obsession: 4
Ownership: 9
Invent and Simplify: 6
Are Right a Lot: 6
Hire and Develop the Best: 3
Insist on the Highest Standards: 3
Think Big: 8
Bias for Action: 3
Frugality: 1
Vocally Self Critical: 8
Earn Trust of Others: 16
Dive Deep: 11
Have Backbone; Disagree and Commit: 4
Deliver Results: 5

As discussed in our 1:1's since you took over Seller Success and Business Reports and started reporting to me in early 2014, you need to take aggressive steps to improve your communication style in all directions (downward, laterally, and upward).  While I do see positive signs that you understand and are acting on this feedback, there are other times where you revert back to over-powering conversations you are in and interactions with others.  An example on the positive side is during Avi's OLR this past February, you added comments at the correct time that were additive to the conversation.  On the other side, in a recent (2 weeks ago) review with Avi and myself to review your Detroit relocation plan for SSA, I had to ask you to not interrupt me and let me finish my statement at least 5 times during that meeting. This meeting was also an opportunity to get feedback from Avi.  Since both of us had difficulty getting a word in edgewise, you missed an opportunity to get feedback from Avi on your plan and re-enforced the impression that you are not receiving and adapting to the feedback you are receiving in 1:1's.  While I have no problem asking you to let me finish a sentence without being interrupted, your peers and directs may not feel as comfortable voicing their need to finish a thought which leads to a loss of trust. This issue is the single biggest issue you need to take measurable and immediate steps to improve and will severely limit your growth at Amazon.  I believe this is addressable and will be working with you to create a development plan and set goals for you to address this feedback.

Some of the feedback on how this behavior impacts trust your co-workers have in you is:
1. Downward – Since taking over the Seller Success and Seller Central Analytics team, I have received consistent feedback in skip level 1:1's that you show an interest in your team's careers that they appreciate and you are gaining a deep knowledge about these technology areas.

5

However, it is also clear that in your 1:1's with the team they are feeling like you frequently monopolize the conversation.

2. Lateral – As evident in the peer feedback below, the impact of overpowering the conversation has a direct impact in the (1) trust, (2) perception of being vocally self-critical or self-aware, and (3) perception of how right you are. To some degree these are output metrics and I would challenge you to look at inputs (e.g., dive deep, sweat the details) that can help improve these output metric. An example would be from yesterday's B&O meeting where you presented a deep dive document on high severity tickets in Seller Success. I think you did a great job on 90% of the deep dive, but omitted clear next steps, owners and ECD's in the document for your actions to address. This extra "dive-deep" can prevent you from being in a position where you have to argue your way out of, or overpower the conversation which never goes well at Amazon. If you were to put the extra time into nailing the details and letting the data speak for itself you would avoid the situation all together and leave people walking away from the meeting thinking Abdullah's on top of it.

3. Partner – During your trip to Romania with the FBA team, I received immediate feedback that within a day the members of the FBA team felt like they knew your entire history and were probed for personal details that made them uncomfortable. While I understand you were trying to get to know the team better, you need to recognize with the other person is not participating in the conversation with the same enthusiasm you are and pull back versus attempting to fill the silence with more conversation (e.g., say more with less words).

4. Upward – In addition to the example provided above (DTW relocation), there is also evidence in the peer feedback about misses in communicating upward and the importance of writing crisp clear documents.

Earn Trust of Others / Vocally Self-Critical / Are Right a Lot

"Abdullah is socially un-aware. In a recent staff meeting that his director was leading, Abdullah cutoff participants multiple times to suggest they try providing a different updates. The leader of the meeting did not appear to have an issue with the way the meeting was going, but Abdullah took it upon himself to manage it on his behalf. As a result, I had 2 people speak with me afterwards regarding the uncomfortable nature of Abdullah's behavior. This is constant behavior over the past 12 months."

"I've noticed that in leadership meetings, Abdullah will sometimes interrupt other managers. This tends to happen when he feels passionately about something, and doesn't agree with what another manager is saying. This is not to say that he raises his voice or is unprofessional, but some people take being interrupted very seriously, and this could be a trust-buster for their working relationship with Abdullah. Overall, it makes the tone of a meeting where it occurs less positive."

"The Promo process, Intern process, OP1 Estimation and 3YP need L7s to make them work. Behavior: Abdullah can be overly vocal even in areas where he does not have a strong background or information. He makes a judgment quickly and then runs with it. Impact: Since Abdullah is not shy with his opinion sometimes he is overly vocal and wrong. These situations can detract from meetings and create churn."

"Abdullah should develop some active listening skills. He comes out as a person who is not only too vocal, but doesn't seem to see the other person's point. He likes to counter every argument and feels like he wants to have the last word. This does give a feeling he doesn't want to collaborate, which might not be the case."

6

"While Abdullah attempted to manage the SCaS team and later on continue his role as our Senior manager once a developer manager was found, he would meet regularly with each developer and attend meetings to help represent the SCaS team. From my experience with the design and review meetings I've attended with Abdullah, I have found that the meetings are not quite as productive with his attendance. The design and reviews are often taken on a tangent with his comments during the meeting, detracting from the productivity and achieving the goals of the meeting. Often the comments will be stories of things that happened previously in his experience, but rarely did they have any relevance to the current topics at the meetings, often causing frustration to the meeting attendees. In order for Abdullah to become a stronger manager, he should stay more attentive at meetings and try to keep on topic and lend relevant comments to the discussions."

"Though he has earned my trust on one occasion his abrupt answer to a question I had required more questions and time to get the detailed information needed. He can use a pause, and ask a redirect question will be more efficient."

"Under Abdullah's leadership both of the teams he managed, SCaS and MLP, went into disarray - SCaS lost the manager and several SDE-IIs, MLP lost a SDE-II, and not a single new hire was made. Not unrelated, Abdullah never developed a vision for the teams he owned and his teams received the worst SDE feedback that I have seen, with 12 out of his 13 SDEs stating that they would not recommend their team as a good place to work."

"In many ways, the teams and projects under Abdullah's leadership did not fare well this year. While this has been a painful onboarding experience for Abdullah, he never shied away from holding himself responsible and learning from it. For instance Abdullah owned the responsibility for not identifying and addressing the operational burden faced by the team. Similarly, during the Peter deep-dive on the team performance, he admitted misses that resulted in low SDE satisfaction in his team as well as missing goals on the Cuba/Cradle project."

"Overall, in my opinion, Abdullah's need to be Right A Lot blocks him from succeeding here. He would rather risk throwing out a high level 'guess' type of response before admitting he needs to do additional research (which is nothing to be ashamed of given his newness and the highly complex environment in which we operate); I believe Abdullah tremendously wants to show his ability to be successful – and I'm afraid that this is hurting him. To summarize - in my opinion, Abdullah is simply too eager and wants to be the person who knows it all, but he cannot be (at least in the time frame he wants to be) – this will not scale. He should slow down a bit and seek to understand first before responding, provide others a chance to respond, or simply delegate a response to others."

"On a recent concall while working on an operational issue, I observed Abdullah rush to judgment and make suggestions that weren't helpful to solving the root cause. I could sense some frustration from the engineers on the call whose job it is to perform this diagnosis. As a senior leader on the call, Abdullah's role should be to listen, make sure the right people are engaged, and ensure that the engineers are closing on the proper root cause."

"Abdullah can be disruptive during meetings and discussions. When others are talking, Abdullah regularly interrupts (loudly, and with a long digression). When the group wants to move off of a topic, Abdullah regularly brings the group back to the previous discussion."

7

"In my experience with Abdullah (at least in meetings and doc reviews) he doesn't sweat the details which typically puts him a bad position which he then tries to argue his way out of and tries to be over powering which at Amazon never goes well. If he would just nail the details and use data to speak for him he would not get himself into so many bad situations, the "Dive Deep" aspect he really needs to improve on IMO."

CONFIDENTIAL                    AMAZON_HAYDAR_00000492

| | |
|---|---|
| **From:** | Mosby, Joel |
| **To:** | McVey, Kaitlin |
| **Sent:** | 11/15/2014 1:22:42 PM |
| **Subject:** | RE: Confidential: Performance Improvement Plan |
| **Attachments:** | 2013-2014 Annual Review - haydara.docx; Written PIP - haydara.docx |

I made 1 addition based on feedback from Avi.  I'm also including a draft of Abdullah's annual review for context.  A lot of similar topics were covered.

**From:** Mosby, Joel
**Sent:** Saturday, November 15, 2014 12:52 PM
**To:** McVey, Kaitlin
**Subject:** Confidential: Performance Improvement Plan

Kaitlin, as discussed yesterday, here is the current draft of the performance plan for Abdullah.  It would be great to get your feedback.  I'd like to move on this fast.  Abdullah actions have demonstrated to me that he has not addressed the feedback he received during the April OLR.  Despite repeated direct feedback from multiple people, Earn Trust, Vocally Self-Critical and Disagree and Commit continue to be leadership principle's that impact his individual productivity.  Based on interactions with him over the last couple weeks on an internal transfer situation, I do not believe he will be successful addressing this behavior.

Thanks!
-Joel


**Joel Mosby**
Director, Software Development: Amazon Marketplace
mosby@amazon.com | ⸤ **Redacted** ⸥

---------------------------------------------------------

*I'm hiring!*
*Open positions: SDE (all levels)*

---------------------------------------------------------


**amazon**.com.



| TO: | Abdullah Haydar |
| FROM: | Joel Mosby |
| CC: | Kaitlin McVey, HR Leader |
| RE: | Performance Improvement Plan |
| DATE: | DATE |

This is a performance improvement plan for substandard performance.  Specifically, 1) you have demonstrated an inability to consistently communicate and earn the trust with your peers, 2) you have demonstrated a lack of ability to disagree and commit, and 3) you have demonstrated a lack of ability to be vocally self-critical.

As discussed with you during your annual performance review for 2013, and in our 1:1's, I have outlined three key areas for improvement in your performance.  These areas for development have impacted your ability to perform at your current level of Senior Manager. More specifically, you need to **1) Earn the Trust of Others; 2) Disagree and Commit; and 3) be Vocally Self-Critical.** As a result, I have created a development plan to provide the opportunities you need to demonstrate improvements in these areas. The details and expectations are outlined below.

1) Earn Trust from Others:  As a leader, you need to establish credibility with your stakeholders and peers. In order to influence in the corporate environment, you need to able to connect with others and work effectively with partners. You have a tendency to dominate conversations with you partners which causes others to avoid interacting with you. This feedback has been provided to you on a number of occasions in the past. You need to build trust with your partners by demonstrating an ability to listen to their point of view and adjust your level of interaction to get your partners to engage with you, not avoid you.

2) Disagree and Commit: Your ability to Disagree and Commit needs to improve. Recently I have given you very direct feedback that I would take ownership of working out the transition plan for an internal transfer candidate after you were unsuccessful in working with the current manager.  On 11/11, I communicated directly to you that I would give you a date for the transfer and it was time to disagree and commit.  Despite this direct communication you continued to argue with me over email and phone for two more days.  As a leader at Amazon, you need to recognize when it is time to disagree and commit and adjust your behavior accordingly.

3) Vocally Self-Critical: You need to take complete ownership and accountability of every aspect of you communication with others. During multiple conversations related to the internal transfer situation mentioned above, you pointed out many short comings and faults with the manager you were interacting with.  When I asked you to think about one thing you could have done differently or one lesson you learned from the experience, you responded with a laundry list of faults with the other person and pushed the question back to me to answer the question for you.  Effectively, you were not able to answer the question asked.  It is not behavior that is adequate or consistent with Amazon's leadership principles to point the finger at your perception of other people's behavior, while at the same time finding nothing you can do to improve your handling of a situation.

In the future, you will be expected to make the following improvements to your performance as well as meet all other expectations for your role:

| Objective/Goal | By When |
|---|---|
| **Areas: Earn Trust from Others**<br>Leadership should receive zero escalations or feedback that contributes to negative situations related to your ability to earn the trust of your partners. | Immediately |

AMAZON_HAYDAR_00000494

| | |
|---|---|
| **Area: Earn Trust from Others, Communication**<br>As mentioned in your Annual Review and discussed in various 1:1's with my leadership, you need to hear others in meetings (including 1:1s). Leadership should receive zero escalations or feedback that you are dominating conversations and not listening to others. | Immediately |
| **Area: Disagree and Commit**<br>You need to understand when it is time to disagree and when it is time to commit. Leadership should receive zero escalations or negative feedback that reflect an inability to commit to decisions that are made. | Immediately |
| **Area: Vocally Self-Critical**<br>Leadership should receive zero escalations or negative feedback that contributes to negative situations related to your ability to earn the trust of your partners. | Immediately |
| **Area: Vocally Self-Critical**<br>Complete a COE on your handling of the internal transfer situation mentioned above focusing on your interactions with your partners and leadership. | Due by 11/21 |
| **Areas: Think Big, Dive Deep**<br>Develop a 3 year technical vision for the Seller Success space and present a 6-pager on that vision to Faricy-directs team. | Due by 12/15 |

To help you improve your performance, I suggest the following:

- Suggestion 1: Solicit Feedback from your peers on your ability to earn their trust, disagree and commit and be vocally self-critical.
- Suggestion 2: Solicit Feedback and examples from your peers to create a quality 3 year technical vision for Seller Success technology.

While I'm willing to provide assistance in helping you improve your performance, it is important for you to understand that the responsibility for bringing your performance up to an acceptable level rests with you. We will review your progress on a weekly basis.

A copy of this performance improvement plan will be placed in your personnel file. If you do not meet and maintain the above-stated expectations and sustain improved performance, you will be subject to further action up to and including termination of employment.

I have received a copy of this memo.

Associate Name:          Date:   /   /

_____

Associate Signature:

_____

Manager Name:          Date:   /   /

_____

Manager Signature:

_____

HR Rep Name:          Date:   /   /

_____

**HR Rep Signature:**                     **Date:**   /   /

cc: personnel file

AMAZON_HAYDAR_00000496

Summary

2013-2014 was your first full year at Amazon and was a mixed year for you.  There were some challenges that you and your team faced with operational issues in SCaS and MLP as well as some wins that you call out in your self-review.  Since taking ownership of the Seller Success team, you have done an excellent job driving recruiting in Detroit, hiring 9 of your 14 open positions in DTW in Q1 2014.  You have also done a great job of building trust with the current SDE's on the SSA team in Seattle by making yourself available for regular 1:1's and to drive the growth of their careers.

From your self-review, it is clear that you are passionate about Amazon and Marketplace and go above and beyond what is normally expected of a Senior Technology Manager at Amazon.  I think sometimes that passion can get in the way of creating positive relationships with your peers.  I'm also concerned that you may be stretching yourself to thin and would like to see you think about which activities (e.g., Safety Czar, 9 Mentees) that you should scale back on and shift that time into more value added activities that set your team up for better success (e.g., creating rich technology deep dive documents and reviews, creating rich technology 3 year plans for your technology, sweating the details).

In addition to the goal summarization in your self-review, I have compiled the following goal summary based on goals in the Marketplace 2013 goal SharePoint.

Goal Summary by Goal Level:

Marketplace – Total of 4 Marketplace goals, of which all 4 where Completed Late.  These goals include:
1. Reduce Variability for Submit to Downstream Service for Image Updates to 4.0 minutes at tp50, 15.0 minutes at tp90, 1.0 hours at tp99.9 and 24.0 hours at tp100 by 12/31/2013
2. Reduce Variability for Submit to Downstream Service for Inventory Updates to 2.0 minutes at tp50, 5.0 minutes at tp90, 1.0 hours at tp99.9 and 24.0 hours at tp100 by 12/31/2013
3. Reduce Variability for Submit to Downstream Service for Price Updates to 2.0 minutes at tp50, 5.0 minutes at tp99.9 and 24.0 hours at tp100 by 12/31/2013
4. Reduce Variability for Submit to Downstream Service for Product Updates to 2.0 minutes at tp50, 5.0 minutes at tp90, 1.0 hours at tp99.9 and 24.0 hours at tp100 by 12/31/2013

Director – Total of 1 goals that was not met.  These goals include:
1. Build FIJI-replacement at feature parity for IOP functions by 12/31/2013 (see details for feature milestones). Launch 1% of ILA traffic in Production.

Manager – Total of 41 Manager goals, 26 (63.4%) goals were Completed, 13 (31.7%) goals were Canceled, and 2 (4.9%) goals were not met.

Goal Summary by Team:

Selection Cache Services (SCaS) - 17 SCaS Goals.  Of which 13 (76.5%) were completed, 0 (0.0%) were complete (late), 1 was not met (5.9%), and 3 (17.6%) were cancelled.

Marketplace Listing Platform (MLP) - 28 MLP Goals.  Of which 13 (46.4%) were completed, 3 (10.7%) were complete (late), 2 were not met (7.1%), and 10 (35.7%) were cancelled.

1

Based on your performance during 2013-2014, you achieved the goals you set out to accomplish but need to improve you demonstration of specific Amazon leadership principles on a sustained basis.

Your overall rating for 2013-2014 is: Achieves / Development Needed

Strengths (146)

Customer Obsession: 23
Ownership: 22
Invent and Simplify: 0
Are Right a Lot: 4
Hire and Develop the Best: 7
Insist on the Highest Standards: 5
Think Big: 3
Bias for Action: 19
Frugality: 1
Vocally Self Critical: 10
Earn Trust of Others: 21
Dive Deep: 15
Have Backbone; Disagree and Commit: 8
Deliver Results: 8

You demonstrate an extraordinary level of passion and dedication to what you do as evidenced by your peer feedback.  Some of the strengths that stand out are your dedication to your customer and the ownership you demonstrate over your area.  This exuberance causes mixed results as you can see from the mixed earn trust feedback.  While there are some positive comments in this area, this is also an area that needs focused improvement during 2014-2015 to turn this into a consistent strength.

Customer Obsession

"Abdullah demonstrated customer obsession and bias for action in several urgent seller investigations I was involved with in one way or another. One of these was a Seller 911 case in late April that he asked the team to take a look at via email during the evening on a Saturday. It was related to blank product titles in the Open Listings Report, which could easily have been the SCaS team, but I did an initial investigation and determined that it should probably go to MLP. From there he escalated and maintained pressure (over email) to respond to the seller's issues in a timely fashion, leading to TT21326876 and the eventual resolution through a coordinated effort between MLP and retail teams."

"In the other case, he received a seller escalation related to a difficult Platform Search migration in China and it was a complex enough issue involving our older systems that he decided to call in Mohammad and me the next morning to work with the current team to make sure they fully understood the options for solving the issue as well as any nuances that might be overlooked. After this summit, the team was able to put together a plan to complete the migration successfully and resolve the seller impact, which was documented in COE 38430."

"Abdullah also held regular meetings with his managed teams, SCaS and MLP. He facilitated cross-team discussion and was thorough and transparent with our teams' direction. I was consistently impressed with how much and with how much detail he understood every initiative, project, and task we worked

2

on as a team. Abdullah attended and contributed to MLP's first annual Feedapalooza this year, where we identified and attempted to address the largest contributors to seller pain and our team's operational burden. He expressed genuine interest in resolving these issues and even volunteered solutions and offered help in completing our task list."

"Regarding Customer obsession, Abdullah definitely goes the extra mile to make sure customer needs are taken care first. One of our integrators (Spaceware) has been having issues with his listings. Upon further investigation, it was found that root cause of the issue is in item master's court. He just didn't return the case back to customer care asking them to follow up item master team but he took on himself to follow up with Item master team on this issue and made sure this issue got the appropriate attention and priority from Item master team. This issue is now being followed up by Item master on a weekly basis."

Ownership

"I have mostly worked with Abdullah in the weekly MTOR Marketplace Operational Excellence meetings. Abdullah dives deep in knowing what high and low sev details his team has, deep diving and bringing 1 pager documents to detail the reason for tickets over 6 week average and his team's action plans to resolve root cause of the issues. He does not argue about the metrics, he uses them to inform him of the work needed to improve his team performance. Abdullah shows strong ownership of the team's he manages by holding his team accountable for success. We had an issue with one of his oncall folks not documenting tickets, I brought it to his attention and it was resolved promptly."

"Abdullah's greatest strengths are his ability to understand systems and work with others. Upon entering Amazon and throughout last year he made it a priority to understand the teams and systems that exist within Marketplace, and network with the right leaders to understand what their issues were. Abdullah wasted no time in asserting himself as the owner of the ScAS and MLP teams with all the people and teams that he networked with. He also made certain to get into any meetings that Venkatesh/Ramesh and I had to ensure that he had direct visibility into all that was going on."

"Abdullah was L7 manager for listing platform space, and my interaction with him was during various meetings specifically in program reviews or during escalations. On positive side, I find Abdullah a very approachable, easy to work with, and who has strong bias for action. He became a single point of contact for external feed users, and this helped driving various process improvements including ensuring stable devo platform for listing. His continuous focus on operational load on MLP resulted in large reduction in sev-2 tickets for MLP."

"I worked with Abdullah in 2013 when it came to my attention that someone had been telling our engineers that they needed to fund CN hardware growth. Because all things hardware related are confusing, the message my engineers got was that this was somehow funded, yet I was pretty sure that wasn't the case. After trying to figure out how to get to the bottom of this, I found Abdullah (If I recall, the messenger of all this was someone who worked for him). Abdullah was extremely helpful in finding out from the CN teams what really happened, why there was confusion, and uncovered the somewhat contradictory conclusion the CN team came to around funding. Point being, Abdullah was pretty undefeatable in researching what had happened, and brutally honest about what was really going on. Then we tried to work together to figure out how such things could be avoided in the future. It was really great how Abdullah, who doesn't really know me that well, was willing to go out of his way to help me out, not just for my sake but because he realized the underlying problem (namely the way everyone

CONFIDENTIAL    AMAZON_HAYDAR_00000499

tries to play hot potato with hardware) is a companywide problem that he wanted to help solve. On top of that, he was friendly and fun to work with. Overall, I really liked working with Abdullah, and would readily seek him out again to help me troubleshoot a problem or navigate his org."

Earn Trust of Others

"He is very energetic and passionate about his customers and his commitments. I worked with Abdullah on Pricing error suppression. In addition to quickly signing up to help us deliver on work in his space, he also followed up post-delivery to ensure everything was working as expected. He is very engaged in all his meetings and ensures he gives his input into the process. It is a great pleasure to work with him. His obsession to learn and be the best in whatever he is tasked with and exemplify leadership principle is clearly raising the bar for all the managers in the marketplace. Initially, I was taken aback by his over enthusiasm level but over a period of time, I am totally sold on his genuineness, sincerity and goodwill for others."

"In my interactions I find him enthusiastic about the various things we are currently working. He showed a lot of curiosity to know the changes we are bringing in the finance/payments world and offered to help with reviews etc. I also find him very enthusiastic in hiring related activities. He helped do a lot of phone screens for college hires and interns."

"For me, Abdullah has provided a good sense that I am working on a 'management team'. We share and cover each other for work on some of the ACTION REQUIRED emails driven by the Marketplace PMO (e.g., scoping requests), and cover for and represent each other at the number of different meetings we must attend (IOP/Marketplace Coordination, Listing Quality Review, WPR, etc.). During a couple of outages he jumped into the problem before I had a chance to and started up a con-call to get the problem resolution more focused. I truly appreciate not having to be the only one that is/was continuously on-the-hook for these and rested easier knowing that a backup for me existed."

"When ticket projection was going above goal, Abdullah dove deep into ticket analysis and drove for ticket reduction for MLP. He categorized and prioritized the top offenders and held follow up meetings to plan out path to resolution and continuously follow up on the action items. His work and leadership ensured a successful Q4 as well as contributed to the turn-around of year end ticket count."

"Abdullah joined as our senior manager last year but he also filled in as our manager for some time when Venkatesh left. He made sure he had 1:1 scheduled with each one of us regularly and tried his best to be available whenever we wanted him. He was always responsive to emails and IM communication. He gave me feedback from time to time about my performance and shared a lot about his different experience in his career. I could see he quickly adapted to the Amazon culture once he joined and was able to encourage others to adopt Amazon Leadership Principle."

"Abdullah took the time to get to know all of his team members on a personal level. Abdullah and I share an origin from the Midwest. When I expressed interest in visiting the Detroit office over the holiday break he went out of his way to make sure I would have access to the building, knew where to park, and put me in contact with one of the managers in that office so my visit would be comfortable."

"During the investigation and fix processes, we had a few calls with the Marketplace and CN 3P team. It was the first experience the CN 3P team had with JeffB escalations and Abdullah did an excellent job communicating the issues, asking for additional information to understand/confirm the problem walk

4

through the short term and long term solutions. He really was a role model for how to manage a JeffB escalation."

"During last year SCaS had no manager for several months, during this time Abdullah started leading the team. Abdullah listened and took steps possible to address them. Abdullah conducted regular 1x1 sessions, performance reviews and team meetings. Also when we got new manager he made sure things were running smooth and solved any issues that arise. During high sev events, Abdullah provided support and communicated effectively."

Areas for Improvement (87)

Customer Obsession: 4
Ownership: 9
Invent and Simplify: 6
Are Right a Lot: 6
Hire and Develop the Best: 3
Insist on the Highest Standards: 3
Think Big: 8
Bias for Action: 3
Frugality: 1
Vocally Self Critical: 8
Earn Trust of Others: 16
Dive Deep: 11
Have Backbone; Disagree and Commit: 4
Deliver Results: 5

As discussed in our 1:1's since you took over Seller Success and Business Reports and started reporting to me in early 2014, you need to take aggressive steps to improve your communication style in all directions (downward, laterally, and upward). While I do see positive signs that you understand and are acting on this feedback, there are other times where you revert back to over-powering conversations you are in and interactions with others. An example on the positive side is during Avi's OLR this past February, you added comments at the correct time that were additive to the conversation. On the other side, in a recent (2 weeks ago) review with Avi and myself to review your Detroit relocation plan for SSA, I had to ask you to not interrupt me and let me finish my statement at least 5 times during that meeting. This meeting was also an opportunity to get feedback from Avi. Since both of us had difficulty getting a word in edgewise, you missed an opportunity to get feedback from Avi on your plan and re-enforced the impression that you are not receiving and adapting to the feedback you are receiving in 1:1's. While I have no problem asking you to let me finish a sentence without being interrupted, your peers and directs may not feel as comfortable voicing their need to finish a thought which leads to a loss of trust. This issue is the single biggest issue you need to take measurable and immediate steps to improve and will severely limit your growth at Amazon. I believe this is addressable and will be working with you to create a development plan and set goals for you to address this feedback.

Some of the feedback on how this behavior impacts trust your co-workers have in you is:
1. Downward – Since taking over the Seller Success and Seller Central Analytics team, I have received consistent feedback in skip level 1:1's that you show an interest in your team's careers that they appreciate and you are gaining a deep knowledge about these technology areas.

5

However, it is also clear that in your 1:1's with the team they are feeling like you frequently monopolize the conversation.

2. Lateral – As evident in the peer feedback below, the impact of overpowering the conversation has a direct impact in the (1) trust, (2) perception of being vocally self-critical or self-aware, and (3) perception of how right you are.  To some degree these are output metrics and I would challenge you to look at inputs (e.g., dive deep, sweat the details) that can help improve these output metric.  An example would be from yesterday's B&O meeting where you presented a deep dive document on high severity tickets in Seller Success.  I think you did a great job on 90% of the deep dive, but omitted clear next steps, owners and ECD's in the document for your actions to address.  This extra "dive-deep" can prevent you from being in a position where you have to argue your way out of, or overpower the conversation which never goes well at Amazon.  If you were to put the extra time into nailing the details and letting the data speak for itself you would avoid the situation all together and leave people walking away from the meeting thinking Abdullah's on top of it.

3. Partner – During your trip to Romania with the FBA team, I received immediate feedback that within a day the members of the FBA team felt like they knew your entire history and were probed for personal details that made them uncomfortable.  While I understand you were trying to get to know the team better, you need to recognize with the other person is not participating in the conversation with the same enthusiasm you are and pull back versus attempting to fill the silence with more conversation (e.g., say more with less words).

4. Upward – In addition to the example provided above (DTW relocation), there is also evidence in the peer feedback about misses in communicating upward and the importance of writing crisp clear documents.

Earn Trust of Others / Vocally Self-Critical / Are Right a Lot

"Abdullah is socially un-aware. In a recent staff meeting that his director was leading, Abdullah cutoff participants multiple times to suggest they try providing a different updates. The leader of the meeting did not appear to have an issue with the way the meeting was going, but Abdullah took it upon himself to manage it on his behalf. As a result, I had 2 people speak with me afterwards regarding the uncomfortable nature of Abdullah's behavior. This is constant behavior over the past 12 months."

"I've noticed that in leadership meetings, Abdullah will sometimes interrupt other managers. This tends to happen when he feels passionately about something, and doesn't agree with what another manager is saying. This is not to say that he raises his voice or is unprofessional, but some people take being interrupted very seriously, and this could be a trust-buster for their working relationship with Abdullah. Overall, it makes the tone of a meeting where it occurs less positive."

"The Promo process, Intern process, OP1 Estimation and 3YP need L7s to make them work. Behavior: Abdullah can be overly vocal even in areas where he does not have a strong background or information. He makes a judgment quickly and then runs with it. Impact: Since Abdullah is not shy with his opinion sometimes he is overly vocal and wrong. These situations can detract from meetings and create churn."

"Abdullah should develop some active listening skills. He comes out as a person who is not only too vocal, but doesn't seem to see the other person's point. He likes to counter every argument and feels like he wants to have the last word. This does give a feeling he doesn't want to collaborate, which might not be the case."

CONFIDENTIAL                    AMAZON_HAYDAR_00000502

"While Abdullah attempted to manage the SCaS team and later on continue his role as our Senior manager once a developer manager was found, he would meet regularly with each developer and attend meetings to help represent the SCaS team. From my experience with the design and review meetings I've attended with Abdullah, I have found that the meetings are not quite as productive with his attendance. The design and reviews are often taken on a tangent with his comments during the meeting, detracting from the productivity and achieving the goals of the meeting. Often the comments will be stories of things that happened previously in his experience, but rarely did they have any relevance to the current topics at the meetings, often causing frustration to the meeting attendees. In order for Abdullah to become a stronger manager, he should stay more attentive at meetings and try to keep on topic and lend relevant comments to the discussions."

"Though he has earned my trust on one occasion his abrupt answer to a question I had required more questions and time to get the detailed information needed. He can use a pause, and ask a redirect question will be more efficient."

"Under Abdullah's leadership both of the teams he managed, SCaS and MLP, went into disarray - SCaS lost the manager and several SDE-IIs, MLP lost a SDE-II, and not a single new hire was made. Not unrelated, Abdullah never developed a vision for the teams he owned and his teams received the worst SDE feedback that I have seen, with 12 out of his 13 SDEs stating that they would not recommend their team as a good place to work."

"In many ways, the teams and projects under Abdullah's leadership did not fare well this year. While this has been a painful onboarding experience for Abdullah, he never shied away from holding himself responsible and learning from it. For instance Abdullah owned the responsibility for not identifying and addressing the operational burden faced by the team. Similarly, during the Peter deep-dive on the team performance, he admitted misses that resulted in low SDE satisfaction in his team as well as missing goals on the Cuba/Cradle project."

"Overall, in my opinion, Abdullah's need to be Right A Lot blocks him from succeeding here. He would rather risk throwing out a high level 'guess' type of response before admitting he needs to do additional research (which is nothing to be ashamed of given his newness and the highly complex environment in which we operate); I believe Abdullah tremendously wants to show his ability to be successful – and I'm afraid that this is hurting him. To summarize - in my opinion, Abdullah is simply too eager and wants to be the person who knows it all, but he cannot be (at least in the time frame he wants to be) – this will not scale. He should slow down a bit and seek to understand first before responding, provide others a chance to respond, or simply delegate a response to others."

"On a recent concall while working on an operational issue, I observed Abdullah rush to judgment and make suggestions that weren't helpful to solving the root cause. I could sense some frustration from the engineers on the call whose job it is to perform this diagnosis. As a senior leader on the call, Abdullah's role should be to listen, make sure the right people are engaged, and ensure that the engineers are closing on the proper root cause."

"Abdullah can be disruptive during meetings and discussions. When others are talking, Abdullah regularly interrupts (loudly, and with a long digression). When the group wants to move off of a topic, Abdullah regularly brings the group back to the previous discussion."

CONFIDENTIAL                    AMAZON_HAYDAR_00000503

"In my experience with Abdullah (at least in meetings and doc reviews) he doesn't sweat the details which typically puts him a bad position which he then tries to argue his way out of and tries to be over powering which at Amazon never goes well. If he would just nail the details and use data to speak for him he would not get himself into so many bad situations, the "Dive Deep" aspect he really needs to improve on IMO."

CONFIDENTIAL          AMAZON_HAYDAR_00000504

| | |
|---|---|
| **From:** | JoHahnson, Jennifer |
| **To:** | McVey, Kaitlin |
| **Sent:** | 2/19/2015 4:41:15 PM |
| **Subject:** | RE: Pip- Abdullah Haydar |
| **Attachments:** | AH-May-2013-Review.pdf |

Actually, it is not a mid-year but more of a 90 day review.

Did his ratings come back as LE?

**From:** McVey, Kaitlin
**Sent:** Thursday, February 19, 2015 4:40 PM
**To:** JoHahnson, Jennifer
**Subject:** RE: Pip- Abdullah Haydar

Can you please send this to me? Thank you.

Kaitlin McVey | HRBP- Marketplace
[Redacted] a: 2201 Westlake Ave, Suite 500 | Seattle, WA 98121
kaitlin@amazon.com | www.amazon.com

 Need HR Help? Click here!

**From:** JoHahnson, Jennifer
**Sent:** Thursday, February 19, 2015 2:09 PM
**To:** McVey, Kaitlin
**Subject:** RE: Pip- Abdullah Haydar

I do have the mid-year performance review that Kanda wrote.

**From:** McVey, Kaitlin
**Sent:** Thursday, February 19, 2015 12:43 PM
**To:** JoHahnson, Jennifer
**Subject:** Pip- Abdullah Haydar

Hi Jennifer,

Do you by chance have a copy of Abdullah Haydar's Pip coming out of Q1 2014 in Marketplace?

Kaitlin McVey | HRBP- Marketplace
[Redacted] a: 2201 Westlake Ave, Suite 500 | Seattle, WA 98121
kaitlin@amazon.com | www.amazon.com

 Need HR Help? Click here!

AMAZON_HAYDAR_00000505

**Abdullah Haydar - Interim Performance Review (Nov. 2012 – May 2013)**

**Performance Summary:**

You started with the Marketplace Selection Technology team in November 2012 as the senior technology leader responsible for two mission-critical areas of our Selling Platform – the listing feed processing technology and the selection cache and quality technologies. This is an interim performance review to provide feedback on the areas you are doing well in and the areas you significantly need to improve in. As part of this review, I have reached out to a number of Marketplace leaders to gather feedback that is meant to help you. I have included their quotes for you to understand the context of their feedback so that you can consider appropriate actions and improvements on your part.

I have observed that you have good bias for action which follows your sense of ownership. You are not shy about being vocally self-critical, have backbone and have demonstrated your ability to disagree and commit. Other leaders have observed these too as recognized in their quotes included in this review.

However, I do have serious concerns about your ability to succeed in this role and at Amazon in general, if you do not take immediate action to improve on your effective communication, active listening, diving deep, earning the trust of others, insisting on the highest standards and being right a lot. There are specific examples later in this review where you have not inspired confidence in others in these areas. I want you to take this very seriously as a wake-up call and show significant improvements within the next two months. At the time of this review (May 20, 2013), I would rate your performance as:

Performance Rating: Improvement Needed

Leadership Rating: Solid Strength

**Strengths:**

"Abdullah demonstrates great passion and energy on the solutions that we have and we are building. He is eager to make his statements and impression in meetings and shows positive energy all times."

"Enjoyable to work with. Keeps a generally positive, upbeat attitude."

**Bias for Action –**

This is perhaps your #1 most-visible and demonstrated strength observed by your peers. The following quotes recognize this:

"Abdullah **takes quick decisions**, soon after he joined, he worked with the team to reduce "Low Sev" tickets by establishing right SOPs, worked with Seller Support team – T4 to reduce the overall ticket count. He conducted a few bug bashes to bring the ticket count / operational burden down."

"Abdullah is **aggressive and interested in moving quickly**. I've regularly heard Abdullah offer to help with documentation, coming up with a plan, attending a meeting, etc. As an example, **he volunteered to gather information** on tool vulnerability across teams."

CONFIDENTIAL          AMAZON_HAYDAR_00000506

"**Focuses on quality of his teams work.** Truly believes good engineering matters.

o       Regularly reviews and drives code quality metrics with his teams. Has many times discussed what his team's numbers really mean and how they can improve.

o       Has proactively worked with Ed's team to get the Mouse tool up and running again in Prod to verify category attributes. He intends to use this information to fix Prod defects and would like to investigate auto-fixing of defects."

"Within a short time of joining Amazon, Abdullah gained good understanding of the systems he owns and he is able to represent his teams well to his technology partners and stakeholders. He is **often the most active person in a meeting** offering solutions for the problems at hand. He has **great enthusiasm to learn about and contribute to projects outside his immediate space**. He participated in almost all the technical deep-dives I hosted and he often catches the nuances of the Amazon systems very fast and offers solutions to the problem. The LDR report for the Image Defects and the Variation tree suppression for parent ASIN defects are the two such sessions he participated in. While offering solutions for these problems, Abdullah demonstrated that he has great Customer Obsession by incorporating the Seller Experience in his justifying a solution. Also, he demonstrated great Bias for Action when he took action items for these meetings and moved fast in scoping the effort-level and driving them to resolution. He also demonstrated Bias-for-Action when he shuffled the MLP resources to unblock the Cuba/Cradle project."

### Have Backbone, Disagree and Commit –

"During the first few weeks after Abdullah joined, we ran into the OP2 situation. As a result of the OP2 planning, Abdullah lost one of the most critical programs - "Faster". He had to transfer 2 of his resources to other teams. In spite of having several operational issues in the team, as a direction from the organization, he moved forward with the plan."

### Vocally Self-critical –

"Abdullah **is not afraid of surfacing issues specifically with his systems**. In multiple meetings, he mentioned that FIJI and MLP systems are a problem and they are the main reasons for operational burden. In one incident when there was FIJI outage due to un-intended code, he admitted that it was his problem and came up with a plan to fix it."

### Ownership –

"Within the quick timeframe of assuming the platform leadership role, Abdullah **demonstrated great ownership in multiple instances**. We had to provide revised plan on Cuba / Cradle (Aka. Tang) and he worked with his team to set the right priorities and came up with a schedule. Even though there have been delays from MLP in maintaining the schedule due to operational issues, he tried to find alternatives to meet the original committed schedule."

CONFIDENTIAL          AMAZON_HAYDAR_00000507

"My primary interactions with Abdullah are primarily in larger Marketplace leadership meetings like WPR, EWMTOR, L7 promo review committee for SDE 1 to 2 promo's and the recent intern allocation process. Throughout these EWMTOR, there have been times when Abdullah has demonstrated an ability to draw on his past experiences to implement a process improvement for Marketplace. From an outsider's point of view, Abdullah appears to have done a good job understanding the systems his teams own. I think he did a great job of understanding where the operational pain points are in his systems and did a good job from my perspective working with Seller Support to update SOP's in an attempt to reduce operational load for his teams. I also see Abdullah spending a great deal of time on the weekends and late into the evening working with his team to address operational issues which demonstrates a high degree of ownership."

**Leadership Outreach –**

"Abdullah reached out to me early on to understand my space and proactively look for win-win opportunities with goals. We have little overlap but **I appreciated his leadership and outreach**."

CONFIDENTIAL          AMAZON_HAYDAR_00000508

**Growth Areas:**

"Abdullah is a nice guy personally, but I have concerns about his ability to be successful."

**Effective Communication; Frugality; Active Listening –**

"Abdullah **dominates most conversations**. This is the norm for him, not an exception. I can cite many examples, such as the OLR with Peter's directs, promo meetings, COE reviews, 1:1s. Abdullah could really benefit from a change here."

"He has developed a habit of saying, "I understand what you're saying, but….", or, "I agree with you, but….", and goes on to say something that **shows he didn't actually hear what you said**."

"In recent intern reviews, I had several interactions with Abdullah. During the meeting there were several challenges due to lack of good process. This required a small team of senior leaders to solve a couple of problems quickly on the fly. During this situation, Abdullah exhibited several behaviors that were disruptive. He changed topics breaking up the agenda. The meeting leader was the least senior – Lindsey struggled to keep order or focus the group toward an agenda. At a particular point – we identified that we had 7 interns who were unassigned. At this point the group began discussing how to recruit additional projects. Abdullah objected, asking for the point of deadlines with stories, elaborating for nearly 5 minutes. He needed to be refocused multiple times to inquire to his point. As a result, the meeting was not able to reach conclusion and participants were frustrated. As a loudmouth extrovert myself, I think and hope this is coachable but **he needs to become more self-aware and focused**."

"Abdullah **can be disruptive during meetings and discussions**. When others are talking, Abdullah **regularly interrupts** (loudly, and with a long digression). When the group wants to move off of a topic, Abdullah regularly brings the group back to the previous discussion. As a recent example, Abdullah regularly interrupted multiple senior managers during the latest executive B&O meeting, causing disruption during the discussions."

"Situation: Weekly B&O meetings

Behavior: Abdullah **talks over top of people and interrupts**. One specific instance was when Curt was discussing operational excellence and ticket handling, Abdullah continually interrupted and cut Curt off.

Impact: I find this method of communication **disrespectful to others** in the room and I would like to hear what Curt has to say when he starts talking, not Abdullah's interrupted opinion."

"Situation: Intern Allocation Meeting 1

Behavior: Abdullah talked over talk of people and from my observation, **felt he had to comment on every issue**. He also challenged me on whether one of my projects was the "same" thing in a **confrontational manner**. His assertion was that the MSS mailing label is the same thing as the MYO packing slip and that the projects are the same. Abdullah approached this situation with the wrong

CONFIDENTIAL                    AMAZON_HAYDAR_00000509

Case 2:16-cv-13662-LJM-SDD   ECF No. 62-49   filed 12/28/17   PageID.3631   Page 197 of 309

approach since he doesn't know the difference.  He could have asked qualifying questions to get an answer on the projects but instead **he asserted incorrect ideas strongly**.

Impact: 1) Time was wasted and we did not have as a productive meeting as we could have.  2) I was not impressed with Abdullah's approach to the MSS/MYO project question.  He didn't have the background data but **continued to assert as if he was the expert**.  In the end I told him how the systems/projects differ but **didn't seem to listen to me when I was correcting him either**."

"Abdullah has a **habit of interrupting people** that are speaking, sometimes his points are valid, but more often than not his interruptions prevent a rich dialog from other participants.  At times, Abdullah's communication style in these meetings come across as **harsh and abrasive** which greatly impacts the trust his peers have in him.  I've also noticed a tendency for Abdullah to **attempt to steamroll a conversation** when he is challenged **rather than listening to the point** that is trying to be made and incorporating that feedback into Abdullah's thoughts or actions going forward.  In addition to negatively impacting earn trust, these interactions impact are right a lot, disagree and commit and vocally self-critical.  Some specific examples of this include:

Recently in an executive WMTOR meeting when the Seller Support team was visiting to discuss their process for Seller 911 ticket management, Abdullah made the comment that he would disagree and commit on the process since he had been working with Seller Support outside the meeting, then spent the next 30 minutes **vehemently disagreeing with the outcome**.  This was a very painful dialog that should have ended quickly so the focus could have been on the issue at hand versus arguing about past decisions.

Soon after Abdullah started at Amazon, we were in an L7 promo review meeting for SDE 1 to 2 promotions.  During one of the meetings we had set a specified time limit to review the promo doc and provide feedback to make sure we could get through all candidates in the allotted time.  While reviewing one of the candidates, Abdullah steamrolled the review session, **speaking over others** with feedback.  He effectively took the entire time allocated to review the candidate and then when others tried to provide their feedback, Abdullah **continually interrupted** that we were out of time.  While I understand that we were trying to stay on schedule and in such meetings it's helpful to have someone keep the time, however the person who monopolized the conversation **needs to be self-aware** enough to let others state their opinion.  Also during these meetings it was clear based on some of Abdullah's comments that he had never written a promotion document.  While this is understandable given his hasn't been through the process, I **would have liked to see him observe and learn** rather than express a strong opinion when he doesn't have the full context or experience."

<u>Earn Trust of Others; Delivers Results –</u>

"I **want to see Abdullah honor his commitments**, when we established the schedule for project Tang in Jan / Feb timeframe, Abdullah came up with revised plan to complete the critical phases without variations by 5/30. In fact he communicated that there was buffer in the plan and he did not see any issues in meeting the time line. As of mid-May, MLP has not started the development of read / write

Amazon Confidential                                                                                                      Page 5

CONFIDENTIAL              AMAZON_HAYDAR_00000510

phase and the project is not on track to complete by 5/30. Abdullah needs to work with his team, make necessary tradeoffs to honor his commitments.

Also in some cases Abdullah makes quick statements without proper data points. He **needs to gather data points** and present his view point **to earn trust from other stakeholders in the organizations.**"

"Situation: Email sent out to leaders for not having updated Anvil within the timeline set.

Behavior: Email sent to a wide audience with language **I interpret as scolding the teams.**

Impact: I was not happy to read the email send by Abdullah as I felt it was accusing our leaders of not wanting to do the right thing or take ownership. I don't think this is the case. Abdullah has taken ownership of this task. It is his responsibility to drive it to completion. Perhaps he can support the teams better by getting a confirmation from the owners acknowledging the action item assigned to them. He could also set up an office hours to discuss the task or better yet, a project kick off meeting to answer any questions the teams may have. I think this is an example of Abdullah **taking ownership but not driving the project he now owns** and passing the lack of success down the chain inappropriately."

"I have noticed at times that Abdullah usually qualifies a compliment to other people. For example, at one point he complimented me on something but added the qualifier "among your peers". At this time I was still a L6 and felt that this qualification may have been a backhanded compliment as he was a L7. He also has made comments when I enter a meeting like the Intern Allocation meeting "oh you are a L7 now". I am not sure if he means any harm with comments like this but **if he is doing this sort of thing to others, I don't think it is a great way to make alliances.**"

"Abdullah **does not listen effectively.** At a lot of meetings that I have been, he tends to talk a lot, **interrupts other speakers and tends to derail the conversation.** During intern project review meeting, he was pushing the committee to distribute the interns based on the projects that were entered even if they were not the best projects that the intern could have worked on. His attitude was if you are not present to defend and provide additional data for your projects then you do not get an intern which while was efficient from the process perspective but was not ideal. Similarly during the annual OLR, he kept interrupting the conversation and reading the data from his peer's computer which was not very nice."

"I have not seen him be very data driven; he **has strong opinions and tends to not have back data** behind these. During the conversation on MLP high operation load he mentioned that FAST was one of the biggest contributors but he was not able to provide data on why it was so. Another example was during a recent B&O, Joel mentioned that he would not be able to complete an action item (dynamo DB analysis) in a given timeframe and needed the due date to be moved (another additional week) but Abdullah kept interrupting stating that it is extremely important and the date could not be changed but he did not explain why a week's slip would be impactful."

"Often Abdullah **is eager to answer tough questions even if he does not have all the facts.** This **often leads to responses that are not crisp causing more confusion.** For example, in a meeting with the Kindle

CONFIDENTIAL                    AMAZON_HAYDAR_00000511

team, Abdullah's responses to the priority scheduling problem were unfocused as he was laying out multiple solutions "we could" offer with no clear direction. He was not able to earn the trust of the Kindle team as he was not able to convince them that we take the Operational issues with our platform just as seriously as they do and that we are executing specific projects that address these issues. I have observed similar behavior in the Executive B&O meeting and the STP Review with Peter."

### Dive Deep -

"Abdullah **needs to dive deep more to provide right answers.** In a couple of occasions, I observed Abdullah providing incorrect information without having complete details. For example, in one B&O meeting he was asked why there are many hi-sev issues in MLP, he provided the response that it was due to FIJI and once we deprecate FIJI, hi-sev tickets will be reduced. The reality is, FIJI causes mostly low Sev tickets and most of the hi-sev tickets are related to feeds platform. I wished that Abdullah's response could have been, I would come back with more information on ticket analysis rather than jumping to response."

"Situation: Weekly B&O meeting.  We were discussing the T4 process and the data I had gathered with my team with the Seller Support representatives.

Behavior:  Abdullah was insisting on having all T4 tickets be sev-2 without listening to the data or the proposals being discussed (e.g. 30-60% increase in high sev tickets for my teams and many of these tickets being un-actionable by my teams.)  Even when the meeting was over and he was leaving he continued to talk over people and insist that the only answer is sev2.

Impact: I felt that Abdullah **was not open to having a data driven discussion,** deep dive the issue at hand and work with our partner teams to resolve my team's concerns with the proposed process. Also, it was this meeting where we had just discussed that Abdullah's teams was 3x last year's high sev tickets.  I wouldn't think that he would want to add additional operational burden to his team without a thorough deep dive.  It was not clear that he had done this deep dive for his team."

### Insists on the Highest Standards -

"Abdullah needs to insist on highest standards specifically in MLP areas. In one of the recent cases, when MLP completed the work on MLS for TANG 2.0 (Write pipeline), after the service was deployed to production, we realized that the Service was not scalable for all categories and it was only designed for Wine. Even though ILA and MVA systems are ready, we could not ramp up MYI further due to MLP limitations. Abdullah could have insisted on extensibility and scalability of the service and could have stopped moving to production, if the system was ready."

### Ownership –

You should take full ownership of the decisions and problems in your area and not come across as a "victim". As a team we decided to postpone "FASTr" technology work during OP2 with your input. There have been occasions later where you have attributed the lack of attention to operational issues as having been part of the "FASTr" de-prioritization. You should use good judgment to prioritize work that

---

CONFIDENTIAL          AMAZON_HAYDAR_00000512

is critical and look broadly (across MLP and SCaS if needed) to balance priorities as you see fit. Quotes from other leaders:

"During Venkatesh's transition conversation, there were occasions where I felt that Abdullah was not ready to get ownership of his areas. Specifically, during one of our meetings he mentioned that he had been hired in Amazon to manage managers and cannot afford to spend time on one particular team which is why he wanted Venkatesh to stay longer. These conversations were not very productive as Abdullah kept talking about 50%-50% split in time rather than the goals that needed to be met. I tried to explain to him that Amazon does not work that way but **he was not very responsive to the feedback**. I understand that he is new to the company and had a steep learning curve but accepting org. changes and coming up with mitigation plan to reduce impact is expected from a Senior manager which I have not seen him display."

"Ownership of problems with his services: Abdullah should challenge his team to make sure they fully understand what they own and the reasons they tell him they need to rebuild existing services. FIJI has been on a deprecation path for much too long and I worry that they will build a replacement that doesn't solve all its issues because they don't really know why it has problems now. There is a requirement miss here, I think. The new service really needs to be reviewed for design and testability, or it could become the new Fiji. He hasn't reached out to QAE yet and I have asked Ed to offer our help. I'd prefer a pull instead of a push here."

"Sometimes, Abdullah's strong bias-for-action puts him in situations where **his actions are more tactical, solving immediate problem, than strategic**. As a result, under his leadership, there has been no concerted effort to address the operation issues plaguing the MLP team. In fact on multiple occasions, Abdullah incorrectly stated that increase in operational burden was a conscious choice to improve the Seller experience. Also, in the program reviews with Peter and the B&O meetings, Abdullah did not exude confidence that he owns the problem and he has a strategy to address the situation."

<u>Are Right, a Lot –</u>

"Recently during executive B&O, we were discussing the 911 process. Abdullah without understanding the concern raised by other managers around false positives, kept talking about making all the 911 tickets sev2's immediately. While I understand that he wants to do the right thing for the sellers, but **he needs to do his due diligence in understanding the pros and cons** before signing up for additional operational support for a team that is already burdened."

<u>Customer Obsession –</u>

"During multiple discussions, Abdullah has demonstrated a lack of Amazonian focus on customer obsession. As a most recent example, we were reviewing potential intern projects. We had a number of what was considered "poor" intern projects. Someone made a suggestion that we go back to all the teams, and ask for new projects to be submitted, particularly from the teams which did not submit intern projects. Abdullah stated that it "wasn't fair", that "if they didn't submit their idea on time, it's

CONFIDENTIAL                    AMAZON_HAYDAR_00000513

not fair that they get to submit an idea later". He was **more focused on making it fair to his team, than to doing the "right thing" for our interns."**

### Hire and Develop the Best –

You haven't yet been successful in finding the right leader for SCaS. You should find a strong leader for this team which will enable you to scale better. You should also continuously evaluate the strength of your engineering team (performance, motivation and retention of your SDEs) and build an enduring high-performance team. Your interview feedback ratings in MRT indicate more "unhelpful" votes than "helpful" votes and a relatively low "strictness" score , which you should reflect on and improve your evaluation and feedback writing. We need to have a very high bar for our recruiting and people processes for us to build a strong team.

Feedback from a Marketplace leader:

"Recently I referred a candidate with 8+ years' experience building software and leading teams of engineers building software for Amazon (among other shopping destinations) Sellers for Abdullah's open SDM position. I was leery of referring this candidate to Abdullah, but ultimately did refer the candidate. There were a number of missteps early in the process related to getting the candidate through the interview process. I attempted to communicate those issues and my recommended learnings to Abdullah based on my experiences ramping into Amazon and hiring for the first time. Specifically, Abdullah felt that since he had a sell call with the candidate, it was other people's responsibility to do a phone screen. As a hiring manager, **you need to have full ownership in the hiring process and sell the candidate as well as interview**. While Abdullah was receptive to the feedback, I did not see a difference in his approach. It ultimately took more than 2 months to get the candidate through the interview process for a candidate that should have been a slam dunk. During the 2+ months a lot of momentum was lost; ultimately the candidate chose not to come to Amazon after receiving an offer. My impression through this process was that Abdullah was not overly interested in the candidate."

CONFIDENTIAL          AMAZON_HAYDAR_00000514

1. Deliver at least 3 technical deep dive or vision 6-pager documents to faricy@ tech directs in your area by 12/31/2014.  Topics include Nudge Platform Deep Dive, Nudge 3 year technical vision, SCA Deep Dive, SCA 3 year technical vision.  This is related to "Write and present a deep dive document on the services you own at least once per quarter"
   a. Deliver Nudge Architecture deep dive doc by 6/30
   b. Deliver Nudge Customer deep dive doc by 7/7
   c. Deliver SCA deep dive doc by 6/30 (you should led Viorel to write the doc)
   d. Deliver Nudge Architecture 3-year vision by 9/30

   e. Exceeds criteria: deliver more than 3 or a quality measure (not sure what this would be – we could ask Peter/Jim/Avi to "grade" docs) or get a great doc from someone in the meeting.  I would lean more towards the high quality doc
2. Conduct at least 2 peer feedback requests to L7-L8 managers in Marketplace and Partner teams (e.g., FBA) specifically asking for feedback on competencies of Earn Trust of Others, Vocally Self-Critical, and Dive Deep and receive more strength feedback than areas to improve feedback.
   a. Exceeds Criteria: Receive 2:1 strengths vs. Areas To Improve
3. Receiving a "passing" score on at least 9 of the 12 core SDE Survey questions in 2014.  All non-passing scores must be within 10% of company average.
   a. Exceeds Criteria: passing score on 11 of 12.

AMAZON_HAYDAR_00000398

| From: | Mosby, Joel |
|---|---|
| To: | Bath-Hydzik, Simmi; Cole, Madonna |
| Sent: | 6/17/2014 1:19:38 PM |
| Subject: | Abdullah's Proposed Goals |

Here are the goals I briefly discussed with you yesterday.  It would be great  to get your feedback on the effectiveness of these goals (are there better goals).  What I'm trying to do is make sure we have goals that align to Abdullah's areas of improvements.

1.  Deliver at least 3 technical deep dive or vision 6-pager documents to faricy@ tech directs in your area by 12/31/2014.  Topics include Nudge Platform Deep Dive, Nudge 3 year technical vision, SCA Deep Dive, SCA 3 year technical vision.  This is related to "Write and present a deep dive document on the services you own at least once per quarter"
    a.  Deliver Nudge Architecture deep dive doc by 5/30
    b.  Deliver SCA deep dive doc by 6/30 (you should led Viorel to write the doc)
    c.  Deliver Nudge Architecture 3-year vision by 9/30
    d.  Exceeds criteria: deliver more than 3 or a quality measure (not sure what this would be – we could ask Peter/Jim/Avi to "grade" docs) or get a great doc from someone in the meeting.  I would lean more towards the high quality doc
2.  We need a goal to track improvements in peer review feedback (earn trust, vocally self-critical).  I'm thinking something like "Conduct at least 2 peer feedback requests to L7-L8 managers in Marketplace and Partner teams (FBA) specifically asking for feedback on competencies X, Y, and Z and receive more strength feedback than areas to improve feedback." – This wording is not great, but I want to be able to demonstrate quantifiable improvements in the areas we discussed during the review.
    a.  Exceeds Criteria?  Receive 2:1 strengths vs. areas to improve??
3.  Receiving a "passing" score on at least 9 of the 12 core SDE Survey questions in 2014.  All non-passing scores must be within 10% of company average.
    a.  Exceeds Criteria: passing score on 11 of 12.

I appreciate any feedback.
-Joel

**Joel Mosby**
Senior Manager: Amazon Marketplace
mosby@amazon.com | [ Redacted ]

------------------------------------------------------------

*I'm hiring!*
*Open positions: SDE (all levels)*
------------------------------------------------------------

**amazon**.com.

| | |
|---|---|
| **From:** | Gaw, Garret |
| **To:** | Oehler, Derek |
| **Sent:** | 3/31/2015 6:16:50 AM |
| **Subject:** | Fwd: annual reviews |

Derek,

As I mentioned last night, this has now escalated to the point where he finds these emails acceptable to write.

Below he asks "what have I don't for him to help further his career in the past 4 months?". I've been trying to help him see that this kind of behaviour is unacceptable and help him build back some trust with his peers and leadership. (I've obviously been ineffective).

- Garret

Sent by Fire


-------- Original Message --------
**Subject:** RE: annual reviews
**From:** "Haydar, Abdullah" <haydara@amazon.com>
**Sent:** Tuesday, March 31, 2015, 8:43 AM
**To:** "Gaw, Garret" <gawg@amazon.com>
**CC:**

Unfortunately, I don't have the schedule flexibility necessary to extend any professional courtesies to Mat this week. If you're worried about the "situation I'm putting him in", then, as my manager, you should be even more worried about the situations he has and continues to put me in. What actions are you taking to drive improvements there?

What actions have you taken to positively impact my career since becoming my manager nearly 4 months ago?

What am I working on this week? I am doing my job:
1. Finishing annual reviews and delivering 2 of the reviews along with writing and delivering related promotion announcements.
2. Auditing the annual reviews being created by my managers for their directs, especially since this is the first full review cycle for most of my current staff.
3. Working with my managers on our Q2/Q3 work plans to ensure our Q3 promo candidates are aligned with the right projects.
4. Following up on last Friday's high sevs with operational deep-dives and COE planning.
5. Planning for the new roadmap injections from the email you just forwarded (which I was inappropriately excluded from, neglecting professional obligations I am owed in my job role, let alone any professional courtesies.)
6. Working on security reviews for some of our applications which are due for anvil certification.
7. Leadership work for our site, including recruiting, following up on the AWS proposal to bring more local teams to our site and coordinating our site participation in AmazeCon.
Plus direct 1:1s, skip-level 1:1s, regular meetings such as MTORs, etc.

Does that sufficiently answer your question?

**From:** Gaw, Garret
**Sent:** Monday, March 30, 2015 11:50 PM
**To:** Haydar, Abdullah
**Subject:** Re: annual reviews

CONFIDENTIAL                    AMAZON_HAYDAR_00000516

Abdullah,

I'm asking you to provide Mat with Oct-Dec feedback as a way of professional courtesy (you providing it to Mat) considering the situation you're putting him in.

What are you working on this week that prevents you from getting Mat this information?

- Garret

Sent by Fire


On March 30, 2015, at 8:43 PM, "Haydar, Abdullah" <haydara@amazon.com> wrote:

1.  I'll have to dig the promo docs up from my sent email archive since it was 6+ months ago and I deleted them from my active work files. As I said, the HR team has the final official copies so that is from where new managers usually request copies, if needed.
2.  I've never heard of anyone writing a performance summary for 2 months, so I don't consider this a reasonable request. Mat was involved as their product manager during this time period, so he is not unfamiliar with their work. If this is truly needed, it will have to wait till the week after next at the earliest as I am swamped this week and I'm on vacation all of next week.

**From:** Gaw, Garret
**Sent:** Monday, March 30, 2015 7:59 PM
**To:** Haydar, Abdullah
**Subject:** Re: annual reviews

Abdullah,

I have 2 requests.
1.  Please forward to Mat the promo docs that you wrote.
2.  The promo docs are for performance through Sept 30, 2014. In the best interests of Rich and Carsten, I'd appreciate it you'd provide Mat with a writeup of their deliverables, performance, and metrics for October – December 2014. Please send these to Mat and copy me by Thursday.
Thanks,
  Garret
--------------------------------------------------------------------------
**From:** <Haydar>, Abdullah Haydar <haydara@amazon.com>
**Date:** Monday, March 30, 2015 at 11:05 AM
**To:** "Philipsen, Mat" <mfp@amazon.com>
**Cc:** Garret Gaw <gawg@amazon.com>, "Haney, Stefan" <haney@amazon.com>
**Subject:** RE: annual reviews

I used my promo docs as the additional source of data, as I mentioned.

**From:** Philipsen, Mat
**Sent:** Monday, March 30, 2015 11:05 AM
**To:** Haydar, Abdullah
**Cc:** Gaw, Garret; Haney, Stefan
**Subject:** Re: annual reviews

Hi Abdullah,

The doc you sent is the one I created for them but I only see one line that you added around a hit (Glados/prefCent) and a miss (hiring). Do you have something more comprehensive to add to it?

Thanks,

Mat

Sent from my iPhone

On Mar 30, 2015, at 07:48, Haydar, Abdullah <haydara@amazon.com> wrote:

Resent.

**From:** Philipsen, Mat
**Sent:** Monday, March 30, 2015 10:42 AM
**To:** Haydar, Abdullah
**Cc:** Gaw, Garret; Haney, Stefan
**Subject:** Re: annual reviews

Hi Abdullah,

Would you send me the file you are referencing - I don't have a copy of it.

Thanks,

Mat

Sent from my iPhone

On Mar 30, 2015, at 07:10, Haydar, Abdullah <haydara@amazon.com> wrote:

Hi Garret,

I already provided the details you specified as part of the OLR spreadsheet which I sent to Mat after I represented the MML team at Joel's OLR (which ended up being a very weak process since no one there had any context due to the other December reorgs). Similarly, the summary, strengths and improvement areas are detailed in the promotion documents for time I managed them, as I mentioned.

I fully agree that they deserve meaningful feedback and a clear path forward, which is the primary reason I am unable to complete this task since I haven't had any visibility or updates for nearly 4 months.

-Abdullah

**From:** Gaw, Garret
**Sent:** Monday, March 30, 2015 9:53 AM
**To:** Haydar, Abdullah; Philipsen, Mat; Haney, Stefan
**Subject:** Re: annual reviews

Abdullah,

At the very least, can you provide Mat with a solid Summary, Strengths, and Areas to Improve writeup that he can add to (considering the time you worked with them in 2014)?

We should make sure Rich and Carsten are given meaningful and rich feedback. These reviews are about them – and they deserve that.

- Garret

**From:** <Haydar>, Abdullah Haydar <haydara@amazon.com>
**Date:** Sunday, March 29, 2015 at 10:23 AM
**To:** "Philipsen, Mat" <mfp@amazon.com>, "Haney, Stefan" <haney@amazon.com>
**Cc:** Garret Gaw <gawg@amazon.com>
**Subject:** annual reviews

Hi,

Due to conflicting priorities and an incomplete data set, I will not be able to complete Rich and Carsten's annual reviews this cycle as previously requested. To be vocally self-critical, I should have let you know this 2 weeks ago when it became apparent as I worked through all of the other reviews I am delivering this cycle, but I was hoping to find another way forward which never materialized.

As time has passed, it has become less appropriate that I conduct their reviews, given that this annual review is meant to both communicate performance April 2014-March 2015 and the path forward 2015-2016 and I have not been in the loop on their performance since mid-December or have any information on their career path forward. My full assessment of their previous performance was made clear by their successful Q3 promotion documents only 2 months before their being transferred, so you can use that a starting point covering nearly the entire period when I managed them last year. If you don't copies, you can get them from their official HR files.

If this situation is problematic for Mat as their current manager since he is new to people management at Amazon, let alone tech personnel, I suggest he seek help from Stefan, since I've heard so many times about his prior experience leading tech teams.

-Abdullah

| From: | Gaw, Garret |
|---|---|
| To: | Oehler, Derek |
| Sent: | 3/30/2015 4:51:10 PM |
| Subject: | FW: TPM |

Derek,

This is related to the email I forwarded 2 weeks ago where Abdullah had 2 SDEs on his team write me emails about our TPM and why we should switch. I've since talked with them as well as one of the SDMs involved (Jim McCollom) - they are fine with the approach I'm suggesting. I've explained multiple times why I'd like us to go in a certain direction. He is showed zero Disagree and Commit.

I'm concerned he may look for ways to undermine the success of the new temporary TPM.

- Garret

---

**From:** <Gaw>, Garret Gaw <gawg@amazon.com>
**Date:** Monday, March 30, 2015 at 7:43 PM
**To:** Abdullah Haydar <haydara@amazon.com>
**Subject:** Re: TPM

Abdullah,

We're going to be working with SongPerk (songperk@) while Priya is on ███REDACTED███ leave. Venky will be letting the Seattle-based team know tomorrow. We need to talk with the Detroit team tomorrow as well – let me know when you'd like to do this as I'd like to be involved.

- Garret

---

**From:** <Haydar>, Abdullah Haydar <haydara@amazon.com>
**Date:** Monday, March 30, 2015 at 6:44 PM
**To:** Garret Gaw <gawg@amazon.com>
**Subject:** RE: TPM

As I said, I still don't know why this conversation is between you and Josh when he and I (or Rutherford and I) were having this conversation for the past 10 months. Your opinion is based on a limited data set unless you have acquired new data last week while I was gone – did this happen?

Did you discuss this with Anand or Jim? They will give you an earful on why Priya is a poor choice for our situation, which I have carefully balanced to drive success over the past year (as I mentioned).

As first glance, just like my review, I seem to be facing Stefan's opinion in this discussion rather a fully data-driven opinion of your own.

**From:** Gaw, Garret
**Sent:** Monday, March 30, 2015 6:00 PM
**To:** Haydar, Abdullah
**Subject:** Re: TPM

We've been talking about this for the last 2 weeks, it's not a rush.

As we talked about today, I see the challenges with Priya's work as a byproduct of unclear role specification. We should help create that clarity and produce her (and the rest of the team) with the tools to be successful and create more transparency between Seattle and Detroit. That is the reason I want to move forward with the temp TPM and

keep Priya on the team.

- Garret

Sent by Fire


On March 30, 2015, at 4:35 PM, "Haydar, Abdullah" <haydara@amazon.com> wrote:

Why the rush?

I agree on keeping Tarun's situation separate. I don't agree that we should stick with Priya for Nudges, considering her long-term negative impact on the entire team (SDEs and SDMs) through micromanaging which she has been committed to changing but has not done so because of PM coaching the other way. I have carefully managed this situation to be working successfully for the past 10 months, but the recent changes (Rutherford leaving, Priya's maternity, Stefan's insistence on keeping her) have led us in the wrong direction on this.

A new person starting today is not a reason to make a snap decision...

**From:** Gaw, Garret
**Sent:** Monday, March 30, 2015 3:37 PM
**To:** Haydar, Abdullah
**Subject:** Re: TPM

What should we discuss? The temp TPM is starting today, so if we're going to move forward with this, I'd like to get rolling.

- Garret

**From:** <Haydar>, Abdullah Haydar <haydara@amazon.com>
**Date:** Monday, March 30, 2015 at 3:20 PM
**To:** Garret Gaw <gawg@amazon.com>
**Subject:** Re: TPM


Let's discuss more in our 1:1 tomorrow. Thanks.

On Mar 30, 2015 3:18 PM, "Gaw, Garret" <gawg@amazon.com> wrote:
Abdullah,

The more I think about it, I'd like to separate the Tarun situation from the Priya situation. I think we should still stick with Priya for Nudges. If Tarun sticks with Business Reports, greats. If not, we'll figure out where to go from there. Even if Tarun was available, I don't think it would change the Priya situation.

- Garret

AMAZON_HAYDAR_00000521

| From: | McVey, Kaitlin |
|-------|----------------|
| To: | Oehler, Derek |
| Sent: | 1/18/2015 9:48:18 PM |
| Subject: | FW: Employee feedback |

FYI

Kaitlin McVey | HRBP- Marketplace
[ Redacted ] a: 2201 Westlake Ave, Suite 500 | Seattle, WA 98121
kaitlin@amazon.com | www.amazon.com

**Need HR Help? Click here!**

**From:** Haney, Stefan
**Sent:** Tuesday, January 13, 2015 12:50 PM
**To:** McVey, Kaitlin
**Cc:** Gaw, Garret; Mosby, Joel
**Subject:** Employee feedback

Kaitlin -
At Joel Mosby's suggestion, I'm sharing my concern and feedback regarding Abdullah Haydar. I've previously shared with Joel his previous manager and Garret, his current manager and wanted to make you aware of my interactions and the current state.

At the end of 2013, Joel approached me about Abdullah leading the tech side of the Selling Coach/Nudges business program out of Detroit. While I was aware of Abdullah's previous performance rating and had less than positive prior interactions – I agreed with Joel this was an opportunity and Abdullah had potential for improvement, particularly in the area of think big/earns trust.

I agreed to provide 1:1 meetings for Abdullah and did so via phone and in person through July of 2014. After July, I provided Abdullah my assessment of his mid year performance and reduced my engagement. At this point, I will not interact with Abdullah without additional people present and do not trust commitments from him to myself or my team without validation or his manager's review.

Specifically, in the first half of 2014 I observed

1. Successful transition of the nudge team to Detroit from Seattle. I based success on
    1. Minimal if any impact on operational performance
    2. Knowledge transfer between teams
    3. Improved delivery consistency to dates
    4. Significant hiring results from SDE1 to SDMs
2. However – I noted to Abdullah, these results are typically L6 Exceeds expectations and I saw 3 primary gaps in his performance
    1. Platform Leadership.
        1. Abdullah was asked and committed to a 3 year tech vision/roadmap for the selling coach/nudge platform presented to Marketplace and Seller Services leadership. Abdullah was asked for this in May and renegotiated to July. The document delivered was incomplete, presented informally to various tech leaders and did not drive our OP1 planning, nor answer strategic architecture questions.
        2. Abdullah was asked to oversee our 4 person team in Romania, and facilitate their interaction with FBA to deliver a consolidated reports platform supporting integrated reports in Seller Central. The romania team has slipped their dates by 5 months and the FBA team has provided feedback on their experience.
    2. Earns Trust.
        1. I had provided blunt counsel to Abdullah including specific recommendations such as implementing time & word count limits in meetings as well as instituting a 24 hour response time to at least give the

appearance he'd listened and evaluated input from others. I believe he did this to some degree, though in our most recent QBR with Peter, Abdullah interrupted Peter to ask a marginally relevant question.

2. Integrity. Joel M & I made a choice to transfer 2 Seattle Based ML SDEs to my team in 2015 as part of Joel's transfer including the restructuring of the abdullah's scope overall. These 2 SDEs had been reporting to Abdullah. We did not consult Abdullah on this decision or others regarding scope. After the decision, Abdullah demanded from me a forward looking plan for the individuals "as their former manager" but minutes later expressed surprise at being expected to write their 2014 reviews. Selective ownership? During this conversation he claimed that the new manager (Mat) hadn't been available due to vacation since the xfer, had no 1:1s, and that the 2 SDEs were confused. Mat was actually working through Christmas and was in the office as he'd had another employee start 12/21, I'd literally witnessed a 1:1 with Mat/Rich on 1/9 since they used my office, and Rich/Carsten had not expressed any questions to Joel or Myself from the outreach Joel & I have done since the xfer.

3. Roadmap planning breakdown. My PM teams have worked with selling coach team for 5 years in doing roadmap planning. My business team supersedes the PMO function to reconcile and prioritize business requests to present a single prioritized list to the Selling Coach team. My PM leader then works with Selling Coach tech leaders (in this case Jim McCollom) to review EOE/KLO and then integrate/reconcile with program investment. The outcome of this process is fed into the PMO process to be consolidated into the roadmap publishing but is not expected to be changed.

We reviewed this process in September together and my PM leaders traveled to Detroit in September and December to facilitate this process. One stakeholder team (Listing Quality) had a Nudge issue in 2014 and Mat (my PM lead) had spent over 20 hours working with the Listing Quality to identify the approach and OP1 investment required. However, the LQ team funded only part of the desired solution (26 of 40 weeks). They had been told they needed to fund a full person to create an incremental hire in DTW. Abdullah made roadmap adjustments outside of the work with McCollom, Mosby, and Philipsen; Despite agreeing to the process in both trips and on the phone. This created an anomaly in the PMO Published roadmap for EOE and led the LQ team to believe their work was funded. Mat & our TPM caught the error in validating the roadmap and traced to changes from Abdullah by looking at the share point change control records. Abdullah initially was defensive but agreed there was an error. We confronted him about dealing directly with LQ outside of our agreed process and giving different guidance from the efforts Mat and our TPM had arranged. He agreed to go back to our process after discussion with me in early December. I went on Vacation Dec 19 with the understanding the issue was resolved. Upon return in the New Year, I was informed the LQ issue with the roadmap was not resolved. The LQ PM believed it was still on the roadmap and it was Mat's job to prove otherwise. In tracing this down, I found an email thread with Venky and Abdullah dealing directly with the LQ PM on 12/23 *again* cutting Mat out of the process.

Yesterday 1/12, I had a 1:1 with Abdullah and expressed to him I felt deceived by the variance between our perceived commitment to process and the actions seen in the 12/23 email and that my trust was impacted to the point that I had questioned whether I could keep this scheduld 1:1 with him. His response was protesting he didn't intend to be deceitful at which point I reminded him a) I was not evaluating his intent but his actions and b) deceit was MY feeling. At this point he flipped to the line that Ian, Avi, Jim J have been clear that he owns his roadmap and is responsible for balance at which point I questioned whether this would indicate he never supported the joint process that Joel & I have used for years where the bus/tech partners make no changes without clearing with each other. At this point he then expressed that he didn't see the email as a violation of trust or conflicting with his previously expressed commitment to process. I terminated our discussion with my statement that I think the email is clear, I had hoped he'd see the issues with his actions and that at this point, I don't feel I have anything more to discuss with him.

AMAZON_HAYDAR_00000523

| From: | Haney, Stefan |
|---|---|
| To: | Oehler, Derek |
| CC: | Gaw, Garret |
| Sent: | 3/19/2015 9:09:31 AM |
| Subject: | FW: Spartan 2015 Q2 Roadmap |

Derek –
please find a thread illustrating further disruptive and deceitful behavior.

1. Abdullah and I had distinct conversations regarding how new platform tenants should be on boarded.  He then proceeded rogue to negotiate and do so on his own.
2. He's lying about Mat.  I have Mat's engagement in the VC from him. The ONE meeting Mat missed was due to a conflict with an initiative to get Selling coach out of Data Warehouse.  As this is highly technical, arguably, Abdullah should have probably participated in that meeting rather than the VC meeting as well that day.

---

**From:** <Haney>, "Haney, Stefan" <haney@amazon.com>
**Date:** Thursday, March 19, 2015 at 8:41 AM
**To:** "Haydar, Abdullah" <haydara@amazon.com>, "mfp@amazon.com" <mfp@amazon.com>
**Cc:** "Gaw, Garret" <gawg@amazon.com>
**Subject:** Re: Spartan 2015 Q2 Roadmap

Abdullah
This answer is not constructive nor answers my question well.

1. At no point did I hear you weren't getting needed support. Why are you finger pointing now
2. You don't need funding for a platform pm. That's Mat's job. Btw your generalization is not correct regarding the specific example I gave (olp)
3. We need a process to.onboard new tenants - not email/mtg participation ( which btw, my conflicts with     I have Where I see emails from Mat re vc and other critical emails where Mat was left off. )

This is not reflective of the partnership or dynamic we want to have on our team.

Thank you for the tpm answer. But I also asked about mechanisms.  sounds like we have no.mechanism for approving/inviting a new tenant.

Also did I miss the coe for the inventory report planning estimates?

On March 19, 2015, at 8:23AM, "Haydar, Abdullah" <haydara@amazon.com> wrote:

Stefan,

As committed, Mat was repeatedly engaged in our Vendor Central discussions as our platform PM, but he deprioritized our meetings with them as well as email conversations. Therefore, I was forced to move forward with my platform customer needs with my tech teams alone because I can't let the lack of platform PM bandwidth slow down my ability to deliver.

If we want to proceed with the model you describe, I need a specific funding commitment on platform PM bandwidth because the reality now is that our PMs focus on their programs with very little time left over to look holistically at our platforms.

In terms of the TPM situation, I had a commitment from Rutherford to provide a resolution by EOM, but since he left

CONFIDENTIAL                    AMAZON_HAYDAR_00000524

Marketplace, I followed up with Josh and he owes me the next steps on that issue by next week.

-Abdullah


**From:** Haney, Stefan
**Sent:** Thursday, March 19, 2015 11:08 AM
**To:** Haydar, Abdullah; Philipsen, Mat
**Cc:** Gaw, Garret
**Subject:** Re: Spartan 2015 Q2 Roadmap

Abdullah -
This line of reasoning is 180' counter to our previous discussions. We'd previously discussed all platform users going through a common process. Now there's this notion that we manage an artificial budgeting construct as separate workstreams. It is bogus to say mat(the platform pm) doesn't need to know about vc bc is eoe funded. Vc is a new platform tenant to be managed- how the price of admission was paid is irrelevant.

We'd discussed the olp model and mechanisms. Since we're effectively losing our tpm in the near future - getting our mechanisms in place seems even more important.

Do we  have a line on an interim tpm or should we review work request/scheduling mechanisms?


On March 19, 2015, at 7:51AM, "Haydar, Abdullah" <haydara@amazon.com> wrote:

Hi Mat,

Thanks for your questions. This doesn't rank in the prioritization because it is external funding for a specific amount of SDE work which is being compensated equivalently. As of now, there is no displacement due to the delayed loaner as Jim and I have confirmed that none of our business deliverables are impacted by our shifting Jeremy from his current EOE work to focus on Mula for Vendor Central.

I'll be more careful regarding my terminology in the future. You are correct that we funded the 2014 Mula work as you described, partly since our actual EOE budget is far below average when compared across Marketplace teams, but we ran the project without any PM involvement. That's what I meant by an EOE-only project.

-Abdullah

**From:** Philipsen, Mat
**Sent:** Monday, March 16, 2015 11:46 AM
**To:** Haydar, Abdullah
**Cc:** Gaw, Garret; Haney, Stefan
**Subject:** RE: Spartan 2015 Q2 Roadmap

Hi Abdullah,

Where does this new work rank in the prioritization for Q2 and what would you say is being displaced for bringing this up in advance of the investment?

I also want to be careful telling Ian that MULA was an EOE-only investment in 2014 because we dedicated 48 weeks to the endeavor from the business roadmap in 14 and I can see how he might come away thinking we're operating in an us/them (business/tech) mentality.

Thanks,

Mat Philipsen| Sr. Product Manager, Marketplace
Office: [Redacted]   mfp@amazon.com

---

**From:** Haydar, Abdullah
**Sent:** Friday, March 13, 2015 3:00 PM
**To:** Philipsen, Mat
**Cc:** Gaw, Garret; Haney, Stefan
**Subject:** RE: Spartan 2015 Q2 Roadmap

Hi Mat,

Arvinth included you on all of his earlier emails, but he must have left you off this week since his final plan wasn't going to request SXBI support. I'm on vacation today, so Jim was planning to bring this up during today's program review. I guess maybe he didn't have the opportunity to do so.

As of next week, Jeremy will wrap up his current EOE work on the Java8 upgrade and shift back to work on Mula for Vendor Central's first use case. The Vendor Central team currently has a loaner working on ENDR, who will be wrapping up his work early Q2. Once that person is done, he will join SNP to work on whatever we need for the same number of weeks which Jeremy invests in his Mula work for Vendor Central, giving us an equivalent compensation for Jeremy's work.

In terms of their s-team goals, they kept their Q1 goal as being for the first notification launch only, so we are not sharing it. Once we complete our Q1 work, they will make a decision as to whether they want to modify their Q2 and Q3 goals to include attribution on their notification launches and we will consider actual HC funding at that point if the additional notification launches require further engineering work (which we don't expect at this point). They also committed to providing HC funding to support KLO/EOE needs for 2016 and beyond, based on their traffic projections after the first notification launches.

-Abdullah

**From:** Philipsen, Mat
**Sent:** Friday, March 13, 2015 5:49 PM
**To:** Haydar, Abdullah
**Cc:** Gaw, Garret; Haney, Stefan
**Subject:** RE: Spartan 2015 Q2 Roadmap

Hey Abdullah,

I hadn't heard about Vendor Central investing in our team – how is the 8 weeks showing up?  BIS/HC transfer? And are they going to sit in DTW for that time?  Also, does this mean you are sharing their S-team goal?

Thanks,

Mat Philipsen| Sr. Product Manager, Marketplace
Office: [Redacted]   mfp@amazon.com

---

**From:** Haydar, Abdullah
**Sent:** Friday, March 13, 2015 2:44 PM
**To:** Simpson, Ian; Goel, Anukul; Harihara Subramaniam, Priya Lakshmi; Philipsen, Mat; Haney, Stefan
**Cc:** Gaw, Garret; McCollom, Jim
**Subject:** RE: Spartan 2015 Q2 Roadmap

Hi Ian,

We already evaluated Spark as part of our Mula 2.0 design last year. Since Jeremy (my lead SDE for Mula), Jim, and I were driving this in 2014 as an EOE-only project, we were working to include these details for next Friday's QBR.



Please let me know if you have any further questions on this topic ahead of next Friday's QBR.

Thanks!
-Abdullah


**From:** Simpson, Ian
**Sent:** Friday, March 13, 2015 4:59 PM
**To:** Goel, Anukul; Harihara Subramaniam, Priya Lakshmi; Philipsen, Mat; Haney, Stefan
**Cc:** Gaw, Garret; Haydar, Abdullah; McCollom, Jim
**Subject:** RE: Spartan 2015 Q2 Roadmap

Sounds good thanks

**From:** Goel, Anukul
**Sent:** Friday, March 13, 2015 1:57 PM

 AMAZON_HAYDAR_00000527

**To:** Simpson, Ian; Harihara Subramaniam, Priya Lakshmi; Philipsen, Mat; Haney, Stefan
**Cc:** Gaw, Garret; Haydar, Abdullah; McCollom, Jim
**Subject:** RE: Spartan 2015 Q2 Roadmap

Hi Ian,



Regards,
Anukul


**From:** Simpson, Ian
**Sent:** Friday, March 13, 2015 11:32 AM
**To:** Goel, Anukul; Harihara Subramaniam, Priya Lakshmi; Philipsen, Mat; Haney, Stefan
**Subject:** RE: Spartan 2015 Q2 Roadmap

+Stefen

I should have had him on from the beginning.....


**From:** Goel, Anukul
**Sent:** Wednesday, March 11, 2015 10:01 PM
**To:** Simpson, Ian; Harihara Subramaniam, Priya Lakshmi; Philipsen, Mat
**Subject:** RE: Spartan 2015 Q2 Roadmap

REDACTED

Regards,
Anukul


**From:** Simpson, Ian
**Sent:** Wednesday, March 11, 2015 6:11 PM
**To:** Goel, Anukul; Harihara Subramaniam, Priya Lakshmi; Philipsen, Mat
**Subject:** RE: Spartan 2015 Q2 Roadmap

Have we looked at this technology?

REDACTED

**REDACTED**

**From:** Goel, Anukul
**Sent:** Wednesday, March 11, 2015 4:12 PM
**To:** Simpson, Ian; Harihara Subramaniam, Priya Lakshmi; Philipsen, Mat
**Subject:** RE: Spartan 2015 Q2 Roadmap

Hi Ian,

**REDACTED**

Regards,
Anukul


**From:** Simpson, Ian
**Sent:** Wednesday, March 11, 2015 12:23 PM
**To:** Goel, Anukul; Harihara Subramaniam, Priya Lakshmi; Philipsen, Mat
**Subject:** FW: Spartan 2015 Q2 Roadmap

**REDACTED**

**From:** Suryanarayanan, Bala
**Sent:** Wednesday, March 11, 2015 10:54 AM
**To:** 'merch-analytics@amazon.com'; Sinha, Supriya
**Subject:** Spartan 2015 Q2 Roadmap

**Bcc:** Faricy-directs@, Marketplace-product-team@, Marketplace-managers@, Spartan-interest@, Spartan project requestors.

Dear Stakeholders,

**REDACTED**



Thank You,
Spartan Team


**From:** Sinha, Supriya
**Sent:** Friday, February 20, 2015 11:41 AM
**To:** merch-analytics@amazon.com
**Subject:** [Action Required] Spartan 2015 Q2 Roadmap

**Bcc:** Faricy-directs@, Marketplace-product-team@, Marketplace-managers@, Spartan-interest@

Thank you,
Spartan Team

CONFIDENTIAL                    AMAZON_HAYDAR_00000530

| From: | Haney, Stefan |
|---|---|
| To: | Oehler, Derek; Gaw, Garret |
| Sent: | 3/30/2015 1:18:01 PM |
| Subject: | FW: IR2 project |

As the guy on the radio says - and now for the rest of the storyŠ

After the leadership team arrived in PHX Tuesday, Doug gave a talk at the PHX dev center. I had read the IR2 projects on the plane so during the talk, I, instead, went and talked with SDEs from teams I know. I spent 10 minutes with Jesse Mazur, Danny B, & Troy Wolfe hearing their concept and pushing them on their implementation. I then went into the next room where the nudge guys and Arnaub (who works in my org and had briefed me earlier on their project) were working. Abdullah was not present. We talked for about 10-15 minutes during which I asked them what questions they expected Echo could answer. I suggested they consider in addition a few questions I had heard from sellers - such as ³what asins am I almost oos - where did I lose the buy box yesterday². I also gave them a briefing on our visit to Etailz - the previous Tuesday.

After Doug¹s talk - Sebastian began wandering through the dev center. Peter had assembled everyone to walk to lunch but Sebastian was missing. Peter & I walked around to find Sebastian and found him talking with Abdullah about Echo (the team had left already for lunch). Peter then stepped back to the main group, leaving Abdullah, Sebastian, & I. Sebastian asked what questions/use cases did we see for the echo. After Abdullah spoke, I reiterated what the team and I had just talked about. Questions including out of stock and lost buy box.

So from my read - abdullah is mistaken on all points
1. I¹d read the proposal and talked to the team.
2. Sebastian was not targeting Abdullah individually
3. My team was part of the the implementation team, furthermore - I expect my directs to consider themselves a unified team. The ³us² and ³your² team are not the dynamic we expect with our partners.
4. I had just spoken with the project team sharing relevant seller examples when he wasn¹t present.

On 3/27/15, 1:42 PM, "Haydar, Abdullah" <haydara@amazon.com> wrote:

>Stefan,
>
>When Sebastian was individually asking me questions about my IR2 team's
>project on Tuesday, you joined the conversation and inaccurately
>represented yourself as having knowledge and insight into our project,
>which was not truthful.
>
>I gave your team the opportunity to partner with us on an IR2 proposal
>over a month ago, but no one put any effort into it. The proposals,
>planning, execution, and presentation all came solely from the team I put
>together.
>
>Therefore, please be clear on your lack of involvement in the future so
>that I'm not forced to publicly refute your statements and instead
>highlight the correct facts.
>
>-Abdullah

| | |
|---|---|
| **From:** | Simpson, Ian |
| **To:** | Mosby, Joel; Gaw, Garret; McVey, Kaitlin; Oehler, Derek |
| **Sent:** | 1/13/2015 6:49:53 PM |
| **Subject:** | ** Confidential ** Abdullah |

I just completed a 1:1 with Abdullah where he raised a few concerns:

- He feels the stage is set for him to get an LE rating this year and he knows that two LEs in a row likely limits his future at Amazon
- His view is that he has done very well this year but because of a single scenario he is getting some negative feedback that is going to result in a negative rating for the year.

I asked him as a result of the meeting that Garret and Joel had with him he knew what behavior he had to change. He didn't do a great job articulating that. He did hear that he needs to "Disagree and Commit" and that he needs to be "Vocally Self Critical" but I think he is struggling. He thinks he did Disagree and Commit on the HC transfer to Detroit.

He indicated that he met with me to make me aware of the situation.

I suggested that he complete his self-review and be overly Self Critical. Even on his strengths he should highlight areas he could improve them. I told him not to wait and to engage Joel and Garret to understand specifically what behavior he needs to change. You guys might want to put it in writing.

He did acknowledge that his start at Amazon was rough for the first 6 months and that he speaks a lot and doesn't listen that well. He also indicated that in his first few months he wasn't data driven but he believes he is now.

I told him that my high level feedback was that I agreed with him that he does speak too much and as a result dominates the conversation negatively. I also indicated that in my brief encounter with him he didn't have data to answer any of my questions. I did say that I didn't hold his lack of data to answer my questions against him since it was the first time we had met and he had no way to anticipate what I would ask. I did indicate though that my expectation were that going forward he would have the data. I don't know for sure since I have very limited exposure to Abdullah but my sense is that he feels he Disagrees and Commits and others perceive an excessively long Disagreement period and a reluctant Commitment. He perceives that as adhering to the leadership principle and others come away with the exact opposite interpretation.

I won't get too involved and will support the position of Joel/Garret but will also agree to meet with Abdullah should he request future 1:1s. If/when he does request future meetings I will let you know.

I think during this review cycle we do need to make it very clear what behaviors he needs to change and to provide multiple examples. I will leave that to Joel/Garret.

No follow-up required on this thread. I just wanted to make you aware that we had met and what was discussed and that we should continue to provide clear feedback and in writing.

Thanks,
Ian

| From: | Oehler, Derek |
|---|---|
| To: | McVey, Kaitlin; Gaw, Garret |
| Sent: | 1/13/2015 2:42:57 PM |
| Subject: | Confidential: RE: Meeting with Abdullah |

Hey Guys,

Let's take the conversation off line.

K, recommend that you/we talk to Garret live to answer your questions below, and probe a little deeper. Then we can review and provide the update to the appropriate parties.

Thanks,
Derek


**From:** McVey, Kaitlin
**Sent:** Tuesday, January 13, 2015 3:00 PM
**To:** Gaw, Garret
**Cc:** Oehler, Derek
**Subject:** RE: Meeting with Abdullah

Hi Garrett,

Thank you for this additional information from the conversation. I am going to let Simmi and Redacted know this situation is happening so they are aware and we have our bases covered. The most important thing will be that you provide him with regular feedback regarding his behavior, and have it documented. He needs to realize that the feedback is not just from Joel, but is coming from multiple sources. Can you please add him into the Dev List with a coaching action? In the comments, can you please identify what his areas of development are, and what is being done? Having this in the dev tool will also help with documentation.

What is your strategy with moving forward with Abdullah? What support can I provide?


Kaitlin McVey | HRBP- Marketplace
Redacted     |a: 2201 Westlake Ave. Suite 500 | Seattle, WA 98121
kaitlin@amazon.com | www.amazon.com

Need HR Help? Click here!


**From:** Gaw, Garret
**Sent:** Tuesday, January 13, 2015 1:34 PM
**To:** McVey, Kaitlin
**Cc:** Oehler, Derek
**Subject:** Re: Meeting with Abdullah

Kaitlin,

One additional thing to mention. Last Friday morning, at the end of our conversation, Abdullah said (paraphrasing) "Avi thinks I'm raising the bar and everyone agrees that I'm doing a great job building my teams in Detroit. Except for these few issues, I've had a really good year. I'm not going to just let Joel torpedo my career at Amazon. I have great relationships with people inside Amazon outside Marketplace. If I need to get lawyers involved, I will."

- Garret

From: <Gaw>, Garret Gaw <gawg@amazon.com>

Date: Monday, January 12, 2015 at 10:21 PM
To: "Mosby, Joel" <mosby@amazon.com>, "McVey, Kaitlin" <kaitlin@amazon.com>
Cc: "Oehler, Derek" <dereko@amazon.com>
Subject: Re: Meeting with Abdullah

Friday morning I spent about 2 hours with Abdullah going through the various examples that I've seen where he tends to erode trust with people. Abdullah asked for the conversation Thursday evening because he had heard that Joel and I were talking with Kaitlin Thursday afternoon. I tried to be as straightforward and as clear as possible with him. He tried to put most of the "negative feedback" on the single instance with Sairam and Joel. I explained to him that I had spoke with a number of people that have seen the same thing. I also sited what I observed with him and Ian when Ian was in town with Jim. I also explained that having to ask him to get out of the middle of coordination between teams in order to move things forward is not meeting the L7 bar. He needed to take an honest look at how his actions impact others assessments of him. I told him that OLR was going to be tough. I followed up with an email to him. I set this tone with Abdullah Friday morning because I expected the conversation with Joel, Abdullah, and I to be the same. I didn't want to tell him Friday morning that everything was ok, only to "ambush him" in the meeting with Joel.

I don't think that the conversation with Joel, Abdullah, and I set the same level of concern. Joel – I should have shared with you my meeting with Abdullah earlier Friday to ensure the meeting with the 3 of us was consistent. At this point, I think Abdullah is aware of what he needs to do to change his trajectory. But I agree, Joel, I don't think he got the immediacy after the meeting with the 3 of us. After the conversation with the 2 of us in the morning, he was looking for a silver lining in the conversation with the 3 of us. I think he left that meeting feeling that he dodged a bullet.

Considering that I used multiple examples (not just the SDE transfer with Sairam and Joel) during my conversation with him Friday morning, I will continue to reinforce the important of him working on these areas and he needs to show immediate and consistent improvement.

- Garret

From: <Mosby>, Joel <mosby@amazon.com>
Date: Monday, January 12, 2015 at 7:11 PM
To: "McVey, Kaitlin" <kaitlin@amazon.com>, Garret Gaw <gawg@amazon.com>
Cc: "Oehler, Derek" <dereko@amazon.com>
Subject: RE: Meeting with Abdullah

I think it went ok. After thinking about the meeting, I'm not sure he got the immediacy of the need to end this behavior and/or if I was clear enough that this behavior cannot regress. Garret, any thoughts?

From: McVey, Kaitlin
Sent: Friday, January 09, 2015 4:15 PM
To: Gaw, Garret; Mosby, Joel
Cc: Oehler, Derek
Subject: Meeting with Abdullah

How did the meeting go?

Kaitlin McVey | HRBP - Marketplace
 ┌─────────────┐ a: 2201 Westlake Ave, Suite 500 | Seattle, WA 98121
│  Redacted   │
└─────────────┘
kaitlin@amazon.com | www.amazon.com

┌──────────────────────────┐
│  Need HR Help? Click here! │
└──────────────────────────┘

AMAZON_HAYDAR_00000567

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **To:** | McVey, Kaitlin |
| **Sent:** | 12/20/2014 3:55:57 PM |
| **Subject:** | follow-up |
| **Attachments:** | RE: Employee Change Form For Carsten Locke |

Hi Kaitlin,

Since you're on vacation, I wanted to follow-up via email regarding my situation. After we met in Detroit a couple of weeks ago (and then again in Seattle on the benefits topic last week), I thought the issue with Joel was closed as of the email exchange I had with him on 11/13 stating my commitment to his transition plan for Alejandro even though I disagreed with his approach to what I believed was Sairam being unfair to the candidate.

I felt especially strong that we were past this issue since I had met with him as part of many other meetings over the past month as well as him attending my Detroit Q4 team event during his trip after I had attended his similar team event in Seattle last month. However, every one of our 1:1s since that time was canceled by him due to one urgent meeting or another, but I didn't pay much attention to that trend since it had happened frequently throughout our year working together. As of this week, he went ahead and canceled the entire series as well.

However, I was shocked this week to receive the attached email when Joel submitted reporting changes for my 2 SDEs who comprise our Marketplace Machine Learning team. This was on Joel's last day as my manager in PeoplePortal, after he and Garret had agreed to transition my org into Garret's as of this past Monday. We had never discussed any notion of this change in any discussion and I later found out that Joel had reached out to my team on the Friday before the change to let them know he was going to do this. I have been managing these 2 SDEs since taking over the Seattle SSA team this past January and have driven their career focus towards leveraging their Machine Learning expertise into the formation of the MML team, along with working hard to promote both this past Q3 cycle in recognition of their accomplishments. During my weekly 1:1s with these SDEs, they and I had been working towards a specific plan for our MML team for 2015, so I have no idea where this puts them. They definitely reached out to me this week with some confusion regarding the sudden change and its impact on them.

In addition, as part of Ian and Jim Joudrey's visit to Detroit this week (which was very successful in terms of introducing our teams to Ian as we performed deep-dives in each area), I sat down with Jim for a 1:1 as I have been doing regularly since I started working at Amazon. (For context: Jim was the one who recruited me to Amazon and he mentored me during my difficulties with Kanda and I briefly reported to him for 3 months last year before going to work for Joel). Within this discussion, Jim told me that as part of one of their regular 1:1 meetings, Joel had mentioned that my performance had been good for most of the year but now he was concerned that it had become very poor. Jim indicated that he hadn't deep-dived further with Joel, so I went ahead and filled him in as to what had transpired with Sairam as well as the unexpected MML team change. Jim indicated that Joel had told him a different perspective on the Sairam situation (and he believed that Joel had communicated the same message to others) and he advised me on how to move forward with this topic with Garret as my new manager. Following his advice, I fully detailed the situation to Garret and he took the action item to meet with Joel and determine what Joel's position was regarding my current performance, especially as we immediately move forward into this OLR season.

As you and I had discussed, I had been and continue to be very concerned that this single incident would ruin my entire year of hard work with results which are "bar-raising in terms of Hiring and Developing an awesome team and Delivering Results" (to quote Avi). Although Joel and I have not discussed this further in any way as I believe the topic was closed, his widely communicating my performance as sub-par as well as his approach towards the MML team is troubling at best.

On a related note, Alejandro is finally starting with my team next week. Since Ian was in town and Alejandro wanted to join in for those meetings even though he's still in the process of moving, I sat down with him briefly for a quick update. Within this context, he told me again how excited he was to join my SNA team and I shared our equal excitement to have him with us in Detroit. Even though he has always been very careful not to criticize his prior team, Alejandro was also clear that he had felt mistreated by Saran and Sairam as part of the transition and was relieved to be done with that situation. With this information alongside my MML team's feeling of being mishandled as they were suddenly shifted into another org, I feel that my approach to Hire and Develop the Best continues to be the right one, as others

prioritize other factors above this leadership principle.

I hope your vacation has gone well and that you don't read this email until you're back, but I would like to catch up once you are back in the office to make sure that I am on the right path for my career at Amazon.com

Thanks!
-Abdullah

CONFIDENTIAL          AMAZON_HAYDAR_00000569

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **Sent:** | Monday, December 15, 2014 11:51 AM |
| **To:** | Mosby, Joel; Haney, Stefan |
| **Subject:** | RE: Employee Change Form For Carsten Locke |

Thanks for the clarification -- the email below was the first I was aware of any planned changes to the MML team status.

**From:** Mosby, Joel
**Sent:** Monday, December 15, 2014 1:49 PM
**To:** Haney, Stefan; Haydar, Abdullah
**Subject:** RE: Employee Change Form For Carsten Locke

I thought we had discussed this move as part of the larger re-org, sounds like we hadn't based on your feedback.  Stefan and I met with Carsten/Rich last week to discuss the move with them.  In short we are aligning ML opportunities within SXBI to tackle 2015 initiatives.

**From:** Haney, Stefan
**Sent:** Monday, December 15, 2014 10:45 AM
**To:** Haydar, Abdullah
**Cc:** Mosby, Joel
**Subject:** Re: Employee Change Form For Carsten Locke

Glad to chat.

Short term  - trying to re-align Joel's teams with his move to Selection.
I've been negotiating shared goals from S-team to Marketplace for ML with the ML team in India as well as lending.  My initial intent is to leave them as the MML team to own my team's contribution to those shared goals (including seller targeting, seller prediction/cohort identification, seller DSI) and the infrastructure to deliver.

Would be interested in specific strategy you had in mind

**From:** <Haydar>, Abdullah <haydara@amazon.com>
**Date:** Monday, December 15, 2014 at 10:16 AM
**To:** "Haney, Stefan" <haney@amazon.com>
**Cc:** "Mosby, Joel" <mosby@amazon.com>
**Subject:** Re: Employee Change Form For Carsten Locke

I wasn't making an assumption one way or the other, since I had spoken to them as recently as last Thursday (as I do multiple time weekly) and they didn't mention anything.

Are we consolidating them with SXBI or doing something else? It's not just a matter of heads up - I had a specific strategy I was executing for MML, so I have no idea if that conflicts with whatever plan is moving forward. Some details would be appreciated.

On Dec 15, 2014 1:08 PM, "Haney, Stefan" <haney@amazon.com> wrote:
Sure – we should have given you a heads up.
But give me a little credit – do you think I wouldn't have notified Rich & Carsten?

**From:** <Haydar>, Abdullah <haydara@amazon.com>
**Date:** Monday, December 15, 2014 at 9:43 AM

1

CONFIDENTIAL                                        AMAZON_HAYDAR_00000570

**To:** "Mosby, Joel" <mosby@amazon.com>, "Haney, Stefan" <haney@amazon.com>
**Subject:** Fwd: Employee Change Form For Carsten Locke

What is this change? I would appreciate some notice before moving forward on a reporting change, especially so I can notify the impacted personnel.

---------- Forwarded message ----------
From: peopleportal@amazon.com
Date: Dec 15, 2014 12:33 PM
Subject: Employee Change Form For Carsten Locke
To: "Mosby, Joel" <mosby@amazon.com>
Cc: "Haydar, Abdullah" <haydara@amazon.com>,"Haney, Stefan" <haney@amazon.com>

This is a notification that the following changes are submitted for the employee:

| | |
|---|---|
| Name: | Carsten Locke |
| Login: | CARSTEL |
| Employee ID: | 915116 |
| Employee Location: | SEA30 - Varzea |
| Change Submitted By: | Joel Mosby |

**The following changes will be updated in peopleportal directly.The changes will reflect within 24 hours of the effective date.**

-------------------------------------------------------------------
**Supervisor Change:**

Effective Date: 2014-12-16
Old Supervisor ID: 805661 , Abdullah Haydar
New Supervisor ID: 089987 , Stefan Haney

-------------------------------------------------------------------

Reason for change:

-------------------------------------------------------------------

If you have any questions about the change, please contact the HRA in Contacts Tool

2

CONFIDENTIAL

AMAZON_HAYDAR_00000571

| From: | Haney, Stefan |
|---|---|
| To: | McVey, Kaitlin |
| Sent: | 1/15/2015 4:55:28 PM |
| Subject: | FW: summary notes |

Example feedback summary from our earlier 1:1

---

**From:** <Haney>, "Haney, Stefan" <haney@amazon.com>
**Date:** Wednesday, April 30, 2014 at 10:00 AM
**To:** "Haydar, Abdullah" <haydara@amazon.com>
**Subject:** summary notes

3 topics

1. Ideas/mechanisms to earn trust
   1. Slow down your reaction/responses – listen only in meetings, limit your talking to N minutes or n words, respond every time but only via email.
   2. Create visibility – I was accustomed to interacting wtiht he dev team/mgrs daily.  So If I don't hear from you for a week – I feel something is odd, whether or not you have a handle on everything.  So fee free to bombard me with emails – push more decision requests, FYIs, statuses to me, don't make me pull.
2. Looking for tangible deliverables in the next 45 days demonstrating your understanding & vision as the new CTO
   1. Tech deep dive ASAP.  What are the components of the platform, how do they match with the business offerings, whats the technology gaps, who's the current customers and potential customers of the platform
   2. Tech Vision "lite" - what should we be thinking about coming into OP1 for tech innovation/investment?
      1. Platform expansion I.e. Newt donation to endr, prioritization algorithms to endr, vendor central joint venture, aws trusted advisor
      2. Projection/forecasting capability
   3. How are you PUSHING the platform definition/capability
3. Demonstrated Cross Nudge team leaders
   1. Feedback from your team on detroit trip?
   2. Press Release/FAQ gating for sprints but your team should also be writing/contributing to press release/faqs
   3. Set up the quarterly nudge platform summit 2-3 hours, 1 part show & tell demo by each team, 1 part read press release/qa for next quarter, 1 part results summary, like a mini all hands
   4.

| | |
|---|---|
| **From:** | Haney, Stefan |
| **To:** | McVey, Kaitlin |
| **Sent:** | 1/15/2015 4:56:26 PM |
| **Subject:** | FW: tech deep dive outline |

More feedback on late/missed deliverables.

**From:** <Haney>, "Haney, Stefan" <haney@amazon.com>
**Date:** Monday, May 12, 2014 at 12:32 PM
**To:** "Haydar, Abdullah" <haydara@amazon.com>, "Mosby, Joel" <mosby@amazon.com>
**Subject:** Re: tech deep dive outline

Bummer on not seeing a draft but I understand and have a few things on my plate where I have'nt progressed.

+1 to Joels comments – on a wide scope.  There may be a "standard" template for these things but here's my $.02

1. I'd consider moving #2 ⊠ to a FAQ/Appendix  #4 will be getting its own doc anyway – this also moves 1 & 3 next to each other which always plays well.
2. I'm not familiar with the breakout below of "seller facing tools" etc.  I've used the 4 component breakdown where each component can have a internal, platform, & seller facing view.  The 4 components as I describe it are – Nudge Calculation & persistence; Delivery & prioritization, Action/Adoption; Value Recognition.  Your breakout can work too, you may need to complement it then with a platofrm plus products model to clearly show the breadth.  (see #3)
3. Customers/Product offering -
   1. I tend to think of the nudge platform, Selling Coach product (many internal customers – including FBA, Global Selling), Seller Business Dev product (Sales, AM, TAM teams using primarily KETU)

**From:** <Haydar>, Abdullah <haydara@amazon.com>
**Date:** Monday, May 12, 2014 8:26 AM
**To:** "Haney, Stefan" <haney@amazon.com>, "Mosby, Joel" <mosby@amazon.com>
**Subject:** tech deep dive outline

Good morning,

Since I ended up spending most of my weekend working on an FLP which is being presented today, I did not make as much progress as I wanted on the SSA tech deep dive. However, I wanted to go ahead and shared the detailed outline now for your feedback versus sending you the very rough draft which is where the document currently stands.

1. Seller Success Overview
   a. Business ownership scope
   b. Key technologies/systems
2. Detroit Transition Plan
   a. Current status of individual Seattle SDEs
   b. Current status of Detroit hiring
   c. Remaining hiring plan for 2014
3. 2014 Q1 Goals, Hits & Misses
4. Vision for 3YP and 2015 OP1
5. Tech Deep Dive: Seller facing tools
   a. Selling Coach Widget
   b. Selling Coach Page
   c. MWS
   d. Email
   e. Preferences and Opt-out
   f. Search/Indexing
6. Tech Deep Dive: Platform
   a. Ingestion (ETL and Real-time)

      b.   Calculation (Query and Machine Learning Models)
      c.   Delivery

7.   Metrics/Attribution
      a.   Mula 1.0
      b.   Mula 2.0

8.   Appendix
      a.   2013 Goals, Hits & Misses
      b.   2014 Goals, Plan, and Status

Please let me know your thoughts on the outline above as I flesh it out this week.

Thanks!
-Abdullah

CONFIDENTIAL        AMAZON_HAYDAR_00000574

| | |
|---|---|
| **From:** | Haney, Stefan |
| **To:** | McVey, Kaitlin; Gaw, Garret |
| **CC:** | Mosby, Joel |
| **Sent:** | 1/15/2015 5:00:27 PM |
| **Subject:** | Historical feedback |
| **Attachments:** | Re: Detroit Office (DTW10) Monthly Update; Re: OP1 follow-ups; Re: Seller Central Analytics Bi-Weekly Status Report and UI updates for Business Reports Rearchitecture Project-08/21; Re: SSA deep-dive doc; Re: SSA deep-dive doc; Re: SSA deep-dive doc; Re: Why is peter seeing search demo before me. ; Why is peter seeing search demo before me. |

I went through my email to identify feedback previously provided to abdullah throughout 2014. And found the attached.

—S

AMAZON_HAYDAR_00000575

From:           Haney, Stefan
Sent:           Tuesday, August 19, 2014 10:42 PM
To:             Haydar, Abdullah
Subject:        Re: Detroit Office (DTW10) Monthly Update

Nice!


On August 19, 2014, at 9:23PM, "Haydar, Abdullah" wrote:

Thanks again for this great suggestion. It took some effort to get it prioritized since we're so swamped with OP1, Promos, OLR, Q4 readiness, but I think the data below is definitely a good set for a monthly flash.

From: Gaw, Garret
Sent: Wednesday, August 20, 2014 12:18 AM
To: dtw10-ops-interest@amazon.com; Marketplace-extended-leadership; kubicki-directs@amazon.com
Cc: Schwade, Justin
Subject: Detroit Office (DTW10) Monthly Update

*DTW10 Monthly Flash Update*

August 18, 2014


*Note that this report will start a new monthly cadence as of this month.*


**Recruiting:**

8/12-13 hiring event: 11 candidates interviewed, resulting in 2 industry SDE1 offers. The HELP team and SCPS team will each pick up a strong SDE1.

Next DTW10 hiring events are 9/23-25 and 10/21-23.


**Current Open Reqs**

The table below reflects the open approved reqs for DTW10 remaining after the hiring event last week.  In each column, the hiring team list is in priority order.  This list is subject to change, governed by the guidelines in the appendix below.

| SDM | SDE1 | SDE2/3 |
|-----|------|--------|
| SSA |      | SCPS   |
|     |      | ENDR   |
|     |      | SCPS   |
|     |      | SCPS   |
|     |      | SSA    |

1

CONFIDENTIAL

AMAZON_HAYDAR_00000576

| | | SSA | |
|---|---|---|---|

**Recent Events:**

| Date | Title | Description |
|---|---|---|
| Summer 2014 | Intern Events | This year we had 6 interns at DTW10.  As part of the Amazon Detroit Intern experience, they were treated to a Detroit Tigers baseball game on 7/1 as well as Featherbowling at the Cadieux Café on 7/30. |
| 6/24 | Scrum Workshop | Ed Tellman came onsite to provide the Scrum Workshop training to local teams |
| 6/27-28 | Global Intern Hackathon | Our 6 interns participated in the Hackathon as two teams and one team placed 8th among all teams globally. |
| July | Local FLP Process | As part of Marketplace's Mid-Year FLP process, L4->L5 FLPs were reviewed locally among tech managers, led by local L7 managers. |
| 7/7-9 | MSO Training | MSO from Seattle visited the office providing training on internal tools around Operational Excellence and diving deep with each DTW10 team |
| 7/8-9 | Vendor Central visit to DTW10 | Vendor Management Team from Toronto and Seattle came to DTW10 to meet with SSA and ENDR to coordinate on OP1 plans. |
| 7/24 | EE Days | Remote site best practices presented at EE Days with DTW10 as case study |
| 7/21-25 | AWS Recruiting | AWS held a recruiting event in the Detroit office for Seattle-based roles. Results: 9 offers out of 45 candidates (20%). |
| 7/31-8/1 | Hackapalooza | DTW10 had 2 teams enter Hackapalooza this year.  *Brian and the Carnies* won award for Best Operational Excellence |
| 8/7 | ENDR/SSA Workshop | Two of the DTW10 teams held a workshop to align their current work, the architecture of their services, and their 2015 roadmap. |
| 8/8 | Friday Breakfast Series | One Friday a month, a local team explains their work.  The first such event was 8/8, with the Amazon Media Group speaking about the work they are doing with the local automotive industry. |

**Upcoming Events:**

| Date | Title | Description |
|---|---|---|
| 8/18 | Functional Interviewing Training | Aaron Dykstra, a Seattle-based SDE on the Machine Learning Platform team, is coming to the office on Aug 18th to host a KNet session on Functional Interviewing.  The local teams have shown great interest with over 32 people signed up for the event so far. |
| 8/27 | OP1 Offsite | The Inventory, Nudge, Account Management, and Business Report product and tech leaders will be coming to Detroit to align OP1 plans and 2015 roadmaps. |
| 9/8 | Seller Roundtable Event | The week of  Sept. 8th we will be holding our second Seller Roundtable Event.  For this event, top local sellers are invited to come to the DTW10 office to discuss their experiences on the Amazon platform. It's an opportunity for local sellers to meet the people who build the tools they use to sell on Amazon.  It's also an opportunity for the Amazon teams to meet their customers and better understand their needs.  There is also the opportunity for local sellers to network with each other.  This year we are partnering up with the Phoenix office (PHX10), with some of their Marketplace team members joining us. We're also working with Doug Welzel to put on a similar event there in PHX10 later this year. |
| 2014-2015 | MSU Capstone Projects | Marketplace is sponsoring 2 Capstone projects this year with Professor Wayne Dyksen at Michigan State University. Amazon Detroit leaders are representing Amazon for these projects. |

2

CONFIDENTIAL

AMAZON_HAYDAR_00000577

**Facility:**
Location Capacity: 99
Current Amazonians: 55 (56% capacity)
The Seller Services Finance team, Facilities Vendor Heads, Piedmonte (landlord), and local DTW10 leadership are in discussions regarding timing of expansion.

**Facility Updates:**
1. The last week in July, 4 of 7 new power poles were added to the facility. All 7 new poles are needed to accommodate the full capacity of the current site.
2. We are working with Facilities and Networking to increase the network bandwidth of the facility as we have been reaching occasional network bottlenecks impacting the ability for SDEs to perform their work or VPN in during weekend/nighttime Sev2 situations.

**Appendix:**
**Hiring Prioritization Process**
Our hiring process consists of monthly interview loop events, driven by the Marketplace Recruiting team and hosted at DTW10. Our recruiting prioritization guidelines are:
1. "Emergency" open requisitions start at slot 1 (highest priority)
2. Backfill open reqs start in slot 3
3. Req Creation Date is used to prioritize single open reqs starting at the bottom of the list.
4. For groups of open reqs (ie. new teams), they are done as round robin, starting at the bottom of the list.
5. Teams with referrals get first pick on the referred candidate if they receive an offer.

CONFIDENTIAL

AMAZON_HAYDAR_00000578

| | |
|---|---|
| From: | Haney, Stefan |
| Sent: | Thursday, August 21, 2014 6:36 PM |
| To: | Koneru, Tarun |
| Cc: | Haydar, Abdullah |
| Subject: | Re: Seller Central Analytics Bi-Weekly Status Report and UI updates for Business Reports Rearchitecture Project-08/21 |

This is not mobile friendly

On August 21, 2014, at 2:28PM, "Koneru, Tarun" wrote:

Hi,

Here is the status update for SCA team along with the UI updates for Business Reports from Dan.



REDACTED

CONFIDENTIAL

AMAZON_HAYDAR_00000579

AMAZON_HAYDAR_00000580



CONFIDENTIAL

AMAZON_HAYDAR_00000581



CONFIDENTIAL

AMAZON_HAYDAR_00000582



REDACTED

Thanks,
Tarun

CONFIDENTIAL

| From: | Haney, Stefan |
|---|---|
| To: | Haydar, Abdullah; Mosby, Joel |
| Sent: | 8/25/2014 9:07:58 AM |
| Subject: | Re: SSA deep-dive doc |

Comments.
The visionŠ.feels alittle lame it doesn't talk about real time, data consistency, analytical capabilities, mobile, expanding dataset

Enable rapid insights for sellers on major data areas of orders, listings, & payments in dedicated reports, analytical tools, and within Seller workflows.
Its unclear to me if the vision is what sellers want, we want or FBA wants?

Sellers want data consistency in one place are we building data consistency? Are we exposing our data across seller central (I.e. In MYI( as the authoritative data service
Sellers want real time and drill down?  What are we doing in mobile/analytics?  Peter just saw Alfredo's MBA intern propose the inventory asin analytics app we can blow that out of the waterŠ

Goals -
I'm NOT comfortable pushing the front end work out to 6/30/2015.  Effectively this is deferring much innovation or seller facing work for nearly a year (dashboards 4/30) This delay needs a new strategy IMO.  IMO you should add a sentence like we will review alternatives for accelerating feature development.

1. We faced resource challenges in our shared FBA/Marketplace project team working on our new platform due mid-year prioritization shifts to Marco Polo, B2B, Diego, and other higher priority projects. This delayed our planned launches of the new UI phases into 2015. The original plan was to launch Download, Online, Dashboards, and Advanced Features UI phases all by EOY 2014. The new plan is to launch Download by 12/31, Online by 2/28/15, Dashboards by 4/30/15, and Advanced Features by 6/30/15. Plan: We will work as part of 2015 OP1 and OP2 to better separate our feature launches so that they are not bundled in a single project which is difficult to adjust when new priorities drive timeline changes.

There are 3 things you may wish to work in here to show innovation

1. AWS Spaceneedle Beta client should we even be investing in our own UI?
2. Establish authority as the leader in real time data consistency.  This is a HARD problem and I think the romania team is the most advanced at solving it?
3. Experiments/Pilots to move faster in exposing the above dataŠ

**From:** <Haydar>, Abdullah <haydara@amazon.com>
**Date:** Saturday, August 23, 2014 12:25 AM
**To:** "Saxena, Avi" <saxena@amazon.com>, "Haney, Stefan" <haney@amazon.com>, "Mosby, Joel" <mosby@amazon.com>
**Subject:** RE: SSA deep-dive doc

I am still trying to gather some of the additional data and screenshots Joel suggested, but since the primary content is all there other than some placeholders, I wanted to go ahead and send you the SCA doc now as promised. Thanks!

**From:** Haydar, Abdullah
**Sent:** Friday, August 22, 2014 8:12 PM
**To:** Saxena, Avi (saxena@amazon.com); Haney, Stefan; Mosby, Joel (mosby@amazon.com)
**Subject:** SSA deep-dive doc

Hi Avi,
Please see the attachment for the nearly finalized SSA deep dive doc. (Just a few TBDs to fill in this weekend with the latest data.)

For the SCA doc, I need to incorporate some feedback Joel provided earlier this afternoon, so I will get that to you later this evening after competing this work.

Please let me know if you have any questions before reviewing the doc.

Thanks!
-Abdullah

AMAZON_HAYDAR_00000584

| | |
|---|---|
| **From:** | Haney, Stefan |
| **To:** | Haydar, Abdullah |
| **Sent:** | 8/25/2014 10:33:33 AM |
| **Subject:** | Re: SSA deep-dive doc |

Sooner!

**From:** <Haydar>, Abdullah <haydara@amazon.com>
**Date:** Monday, August 25, 2014 10:29 AM
**To:** "Haney, Stefan" <haney@amazon.com>
**Subject:** RE: SSA deep-dive doc

No specific plan, but roughly late September-ish is what I was thinking.

**From:** Haney, Stefan
**Sent:** Monday, August 25, 2014 1:28 PM
**To:** Haydar, Abdullah
**Subject:** Re: SSA deep-dive doc

K how later is later?

**From:** <Haydar>, Abdullah <haydara@amazon.com>
**Date:** Monday, August 25, 2014 10:23 AM
**To:** "Haney, Stefan" <haney@amazon.com>, "Mosby, Joel" <mosby@amazon.com>
**Subject:** RE: SSA deep-dive doc

Yes, later, but tomorrow's review is with Peter, Avi, Joudrey, you, and our senior SDEs and TPMs.

**From:** Haney, Stefan
**Sent:** Monday, August 25, 2014 1:19 PM
**To:** Haydar, Abdullah; Mosby, Joel
**Subject:** Re: SSA deep-dive doc

Is the intent to review this with Mark Griffith, Jim Robinson,  Raju, Ram, or other tech leaders,

**From:** <Haydar>, Abdullah <haydara@amazon.com>
**Date:** Monday, August 25, 2014 9:35 AM
**To:** "Haney, Stefan" <haney@amazon.com>
**Subject:** FW: SSA deep-dive doc

**From:** Haydar, Abdullah
**Sent:** Friday, August 22, 2014 8:12 PM
**To:** Saxena, Avi (saxena@amazon.com); Haney, Stefan; Mosby, Joel (mosby@amazon.com)
**Subject:** SSA deep-dive doc

Hi Avi,
Please see the attachment for the nearly finalized SSA deep dive doc. (Just a few TBDs to fill in this weekend with the latest data.)

For the SCA doc, I need to incorporate some feedback Joel provided earlier this afternoon, so I will get that to you later this evening after competing this work.

Please let me know if you have any questions before reviewing the doc.

CONFIDENTIAL                     AMAZON_HAYDAR_00000585

Thanks!
-Abdullah

CONFIDENTIAL

AMAZON_HAYDAR_00000586

| | |
|---|---|
| **From:** | Haney, Stefan |
| **To:** | Haydar, Abdullah |
| **Sent:** | 8/25/2014 10:35:44 AM |
| **Subject:** | Re: SSA deep-dive doc |

Sooner as teams are also doing their OP1.  We want FBA (Inventory tools), TAM(Seller Partner), TRMS(Seller Advisor) to be considering the nudge tech platform for their tools I'd think.  Like us, they're building assumptions/scoping in Sept.

**From:** <Haydar>, Abdullah <haydara@amazon.com>
**Date:** Monday, August 25, 2014 10:29 AM
**To:** "Haney, Stefan" <haney@amazon.com>
**Subject:** RE: SSA deep-dive doc

No specific plan, but roughly late September-ish is what I was thinking.

**From:** Haney, Stefan
**Sent:** Monday, August 25, 2014 1:28 PM
**To:** Haydar, Abdullah
**Subject:** Re: SSA deep-dive doc

K how later is later?

**From:** <Haydar>, Abdullah <haydara@amazon.com>
**Date:** Monday, August 25, 2014 10:23 AM
**To:** "Haney, Stefan" <haney@amazon.com>, "Mosby, Joel" <mosby@amazon.com>
**Subject:** RE: SSA deep-dive doc

Yes, later, but tomorrow's review is with Peter, Avi, Joudrey, you, and our senior SDEs and TPMs.

**From:** Haney, Stefan
**Sent:** Monday, August 25, 2014 1:19 PM
**To:** Haydar, Abdullah; Mosby, Joel
**Subject:** Re: SSA deep-dive doc

Is the intent to review this with Mark Griffith, Jim Robinson,  Raju, Ram, or other tech leaders,

**From:** <Haydar>, Abdullah <haydara@amazon.com>
**Date:** Monday, August 25, 2014 9:35 AM
**To:** "Haney, Stefan" <haney@amazon.com>
**Subject:** FW: SSA deep-dive doc


**From:** Haydar, Abdullah
**Sent:** Friday, August 22, 2014 8:12 PM
**To:** Saxena, Avi (saxena@amazon.com); Haney, Stefan; Mosby, Joel (mosby@amazon.com)
**Subject:** SSA deep-dive doc

Hi Avi,
Please see the attachment for the nearly finalized SSA deep dive doc. (Just a few TBDs to fill in this weekend with the latest data.)

For the SCA doc, I need to incorporate some feedback Joel provided earlier this afternoon, so I will get that to you later this evening after competing this work.

CONFIDENTIAL                    AMAZON_HAYDAR_00000587

Please let me know if you have any questions before reviewing the doc.

Thanks!
-Abdullah

| | |
|---|---|
| **From:** | Haney, Stefan |
| **To:** | Philipsen, Mat; Haydar, Abdullah |
| **Sent:** | 8/26/2014 10:13:18 AM |
| **Subject:** | Why is peter seeing search demo before me. |

I have asked multiple times for the rollout plan & planned experience. He should not be giving us input on where the hmd link goes. This should have been cxbr'ed, at least by me. That was the intent why I wanted to see it.

If I wasn't clear please help me correct.

This is not ok.
We need a
corrective mechanism such as a monthly walk the coach experience. Please propose. .

CONFIDENTIAL                    AMAZON_HAYDAR_00000589

| From: | Haney, Stefan |
|---|---|
| To: | Haydar, Abdullah; Philipsen, Mat |
| Sent: | 8/26/2014 12:37:09 PM |
| Subject: | Re: Why is peter seeing search demo before me. |

1. Im ok with andrew sharing - that was good instincts

2. If the code was ready - I could have seen it weeks ago :)  I'm very accessible via email.

On August 26, 2014, at 11:17AM, "Haydar, Abdullah" wrote:

Sorry about the confusion regarding the search demo.

We had planned to demo it yesterday as part of our bi-weekly demo series, but this meeting did not happen after my team prepared the search and latest preference center demos. We weren't planning on showing it today since we just pushed the code to prod last Friday and weren't going to dial up until we reviewed it with you during your visit this week. However, when Peter asked for it, Andrew jumped at the opportunity by sharing his screen. I should have declined Andrew's offer to share screens since it hadn't been reviewed yet, so this was my miss.

In terms of the tech deep dive attendees, we had originally scheduled this for a different date, so when it was moved to coincide with your DTW visit, I should have realized that and include Mat and Matt to join in via the video sharing. (Jenifer was very specific was assigning attendees and not forwarding the meeting outside that). Tollini did attend by coincidence while Mat and others went to lunch, so I apologize for this logistical snafu. I will make sure that you are definitely part of all tech reviews in the future.

From: Haney, Stefan
Sent: Tuesday, August 26, 2014 1:27 PM
To: Philipsen, Mat; Haydar, Abdullah
Subject: Re: Why is peter seeing search demo before me.

Are yo not on the vc call in dtw this morning?  Nudge tech deep dive

On August 26, 2014, at 10:19AM, "Philipsen, Mat" wrote:

Sorry Stefan,

You have been clear about seeing it early and making sure we're doing the right things here.

Who gave it to Peter and when did he see it?  I've not taken it outside of the team yet?

Thanks,

Mat Philipsen | Sr. Product Manager, Marketplace
Redacted | mfp@amazon.com

-----Original Message-----
From: Haney, Stefan
Sent: Tuesday, August 26, 2014 10:13 AM
To: Philipsen, Mat; Haydar, Abdullah
Subject: Why is peter seeing search demo before me.

CONFIDENTIAL          AMAZON_HAYDAR_00000590

I have asked multiple times for the rollout plan & planned experience. He should not be giving us input on where the hmd link goes. This should have been cxbr'ed. at least by me. That was the intent why I wanted to see it.

If I wasn't clear please help me correct.

This is not ok.
We need a corrective mechanism such as a monthly walk the coach experience.  Please propose. .

CONFIDENTIAL                     AMAZON_HAYDAR_00000591

| | |
|---|---|
| **From:** | Haney, Stefan |
| **To:** | Haydar, Abdullah; Mosby, Joel; McCollom, Jim; Whitworth, Tyler; Philipsen, Mat; Tollini, Matthew; Barry, Michael |
| **Sent:** | 9/2/2014 9:35:07 AM |
| **Subject:** | Re: OP1 follow-ups |

Abdullah, Jim -
Thank you for hosting us I quite enjoyed the sessions along with the michigan construction/humidity.
Looking forward to sorting out the below.

**From:** <Haydar>, Abdullah <haydara@amazon.com>
**Date:** Wednesday, August 27, 2014 3:06 PM
**To:** "Haney, Stefan" <haney@amazon.com>, "Mosby, Joel" <mosby@amazon.com>, "McCollom, Jim" <mcdouble@amazon.com>, Tyler Whitworth <tbw@amazon.com>, "mfp@amazon.com" <mfp@amazon.com>, "Tollini, Matthew" <tollini@amazon.com>, "Barry, Michael" <mhb@amazon.com>
**Subject:** OP1 follow-ups



CONFIDENTIAL                    AMAZON_HAYDAR_00000592

| | |
|---|---|
| **From:** | Mosby, Joel |
| **To:** | McVey, Kaitlin |
| **CC:** | Gaw, Garret |
| **Sent:** | 2/20/2015 4:13:17 AM |
| **Subject:** | RE: Abdullah Haydar |
| **Attachments:** | Proposed Development Goals.docx; haydara transfer emails.zip |

See comments inline below.

**From:** McVey, Kaitlin
**Sent:** Thursday, February 19, 2015 12:04 PM
**To:** Mosby, Joel
**Cc:** Gaw, Garret
**Subject:** Abdullah Haydar

Hi Joel,

I know I have sent you several emails, however I wanted to consolidate and confirm what I need. I need this documentation before I can seek approval from legal in moving forward.

· The Pip from Q1 2014- Were you the manager or was it Jim? [jm] Technically I was his manager. Since I started working with Abdullah in Nov/Dec 2013, but the time we got to OLR in Apr 2014 we felt he was responding to feedback and was demonstrating improvement in the DN competencies. Given the thought that he was not getting regular feedback from kanda and he was improving, we decided not to put together a formal plan. In hindsight this was a mistake. I have included the development goals to we established to track improvement.
· The feedback email that you sent him following the Transfer situation [jm] attached
· Any additional emails you have sent him with clear feedback on where he is not meeting the bar.

Thanks

Kaitlin McVey | HRBP- Marketplace
Redacted | a: 2201 Westlake Ave, Suite 500 | Seattle, WA 98121
kaitlin@amazon.com | www.amazon.com
 Need HR Help? Click here!

AMAZON_HAYDAR_00000593

1. Deliver at least 3 technical deep dive or vision 6-pager documents to faricy@ tech directs in your area by 12/31/2014.  Topics include Nudge Platform Deep Dive, Nudge 3 year technical vision, SCA Deep Dive, SCA 3 year technical vision.  This is related to "Write and present a deep dive document on the services you own at least once per quarter"
   a. Deliver Nudge Architecture deep dive doc by 6/30
   b. Deliver Nudge Customer deep dive doc by 7/7
   c. Deliver SCA deep dive doc by 6/30 (you should led Viorel to write the doc)
   d. Deliver Nudge Architecture 3-year vision by 9/30

   e. Exceeds criteria: deliver more than 3 or a quality measure (not sure what this would be – we could ask Peter/Jim/Avi to "grade" docs) or get a great doc from someone in the meeting.  I would lean more towards the high quality doc
2. Conduct at least 2 peer feedback requests to L7-L8 managers in Marketplace and Partner teams (e.g., FBA) specifically asking for feedback on competencies of Earn Trust of Others, Vocally Self-Critical, and Dive Deep and receive more strength feedback than areas to improve feedback.
   a. Exceeds Criteria: Receive 2:1 strengths vs. Areas To Improve
3. Receiving a "passing" score on at least 9 of the 12 core SDE Survey questions in 2014.  All non-passing scores must be within 10% of company average.
   a. Exceeds Criteria: passing score on 11 of 12.

AMAZON_HAYDAR_00000594

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **To:** | Mosby, Joel |
| **Sent:** | 11/13/2014 9:54:09 AM |
| **Subject:** | RE: Did you meet with Alejandro? |

Thanks for the update. I will commit to this, but I am very disappointed that we are essentially rewarding Sairam's complete inflexibility and apparent disregard for our candidate's experience.

**From:** Mosby, Joel
**Sent:** Thursday, November 13, 2014 12:51 PM
**To:** Haydar, Abdullah
**Subject:** Re: Did you meet with Alejandro?

Yes. 12/22 will be his first day working out of DTW. He's preparing a schedule working back from that date that he will send to me today.

On Nov 13, 2014, at 9:04 AM, Haydar, Abdullah <haydara@amazon.com> wrote:

AMAZON_HAYDAR_00000595

| From: | Haydar, Abdullah |
|---|---|
| To: | Mosby, Joel |
| Sent: | 11/11/2014 9:27:14 PM |
| Subject: | Re: 2 pager on SCA org changes |

Normally, I would agree with you that both sides need to compromise. And I will commit once you decide on a date.

That said, I'm very disappointed in your attitude here as I've successfully transitioned most of the SSA team this year as well as Tarun and Prashant (and 8 people in or out of my teams last year), so I have a very successful track record in this area. I've gone out of my way to make this work as best as possible for Sairam while also keeping focused on my candidate's experience. If you think this is about my inability to work with people, I've failed in more ways than one.

On Nov 12, 2014 12:12 AM, "Mosby, Joel" <mosby@amazon.com> wrote:
I've heard a lot of what sairam needs to do, more concerned with self reflection. So far you've argued with both him and me through this issue. My feedback below still holds. You need to find ways to work with people not argue every point until people stop responding. I'm not going to argue with you about this any more than I already have. I asked Kim to setup 30 minutes tomorrow with Alejandro. I'll give you a date after that, then it's time to commit instead of just disagree.

On Nov 11, 2014, at 8:48 PM, Haydar, Abdullah <haydara@amazon.com> wrote:

Alejandro is listed as reporting to me in phone tool as of today, so you can find him there.

I proposed many options to help Sairam out (both in a meeting I set up with him and in the email thread I forwarded you) in terms of Q4 coverage and new hire ramp up but he ignored them. Sairam was absolutely unwilling to compromise on anything and insisted on violating the maximum transition time and kept telling me that I had to accept his hardline position or else he wanted to escalate to Avi, so the lack of compromise was not on my part.

Alejandro's relocation timeframe is his family's business and Sairam needs to stop mixing that topic into the discussion. It really does not affect anything else since he can do his current job from Detroit if needed as Sairam doesn't have anyone for him to transfer knowledge to yet and I'm willing to let Alejandro work from Seattle as long as he needs to make his family transition work.

Alejandro specifically applied to transfer after he successfully delivered his last project, so he made the best possible plan for his team and didn't know so many others would also be leaving. I have tried to help Sairam with his bench issues, but burning Alejandro in this situation contributes to why he is in that situation to begin with and doesn't help any of us at all.

From: Mosby, Joel
Sent: Tuesday, November 11, 2014 11:38 PM
To: Haydar, Abdullah
Subject: RE: 2 pager on SCA org changes

I did speak w/ Sairam today and to be quite frank disappointed that I need to get involved w/ this.  After the conversation I would like to schedule 30 minutes to discuss with Alejandro and get his opinion on what works best for his relocation plans.  Can you send me his phone tool link, I don't see anybody below Sairam named Alejandro.  As I mentioned a couple of weeks ago, I would have liked to see you build a bridge with Sairam and find a compromise, not everything needs to be a battle.  From the conversation, it sounds to me like 12/22 would be Alejandro's first day in DTW which is 7 days past 45 day window (as I understand it).  Need to take Q4 timing into consideration on 2 fronts. 1. From a relocation perspective this seems like a hard time to move personally so I'd like to speak with Alejandro.  2.

AMAZON_HAYDAR_00000596

Sairam doesn't have a deep bench to manage Q4 issues since all his managers are new and few senior leaders on his team, so that has to be factored in.

Also attached is comments I added to the doc. Probably best for us to discuss, but I'm not following how anything really changes, or why this better. The pain of the current structure and how this solves it isn't coming out.

**From:** Haydar, Abdullah
**Sent:** Tuesday, November 11, 2014 7:45 PM
**To:** Mosby, Joel
**Subject:** RE: 2 pager on SCA org changes

OK, this can definitely wait for escalations, but the Alejandro transition definitely needs immediate attention. The poor guy really wants to close the book on this and Sairam is being completely unreasonable after I've repeatedly tried everything to work with him. Did you have a chance to meet on this today?

---
**From:** Mosby, Joel
**Sent:** Tuesday, November 11, 2014 5:15 PM
**To:** Haydar, Abdullah
**Subject:** RE: 2 pager on SCA org changes

I am slammed with OP1/Peter Escalations this is still on my radar.

**From:** Haydar, Abdullah
**Sent:** Tuesday, November 11, 2014 2:14 PM
**To:** Mosby, Joel
**Subject:** RE: 2 pager on SCA org changes

Speaking of SCA – I still haven't shared this with Viorel, so your feedback would be greatly appreciated!

---
**From:** Haydar, Abdullah
**Sent:** Friday, November 07, 2014 7:42 AM
**To:** Mosby, Joel (mosby@amazon.com)
**Subject:** FW: 2 pager on SCA org changes

Any quick feedback before I share this with Viorel?

---
**From:** Haydar, Abdullah
**Sent:** Thursday, November 06, 2014 1:06 AM
**To:** Mosby, Joel (mosby@amazon.com)
**Subject:** 2 pager on SCA org changes

Please take a quick read through at your earliest convenience as I would like to share this with Viorel very soon. Once the three of us are good with the doc, I would like to share it with Blair and then with Florin. Once all 5 of us are on the same page, we can take it to Avi and then Peter, if needed. I've already laid the groundwork with the Marketplace finance team and gotten their approval on the funded headcount ratio for hiring in Iasi and they are ready to adjust the R&O plan to account for this after approval. Thanks!

AMAZON_HAYDAR_00000597

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **To:** | Mosby, Joel |
| **Sent:** | 10/31/2014 5:58:22 PM |
| **Subject:** | RE: Internal Transfer of Alejandro to Seller Success/Nudge team |

Also, FYI, I spent some time on this with Sairam last Friday and he said he was going to meet with Avi to discuss how to accelerate his recruiting (including possibilities in Detroit) so that we don't give Alejandro a bad experience. I pinged him about his meeting several times this week and never heard back until Saran escalated to you today. Saran incorrectly told Alejandro that December was the minimum and he should stay till January and Alejandro told him that was "disproportionate" since he just finished his project, so I'm really worried that they are going to cause harm to an excellent employee's Amazon experience.

On Oct 31, 2014 6:16 PM, "Haydar, Abdullah" <haydara@amazon.com> wrote:
>
> I already gave him that response twice and they keep saying mid-January, which is way out of bounds.
>
> On Oct 31, 2014 5:44 PM, "Mosby, Joel" <mosby@amazon.com> wrote:
> I really don't think this needs to be difficult. A better response would be we'll figure out the right plan to provide Alejandro a good experience as help Sairam. There's a win-win here, and don't want to hear pushback.
>
> -----Original Message-----
> From: Haydar, Abdullah
> Sent: Friday, October 31, 2014 2:37 PM
> To: Mosby, Joel
> Subject: Re: Internal Transfer of Alejandro to Seller Success/Nudge team
>
> I've transferred 2 people to Sairam in 2013 and helped him in each case even though it made my life harder so this is only asking him to treat me as well as I've treated him.
>
> I've offered to help him seed a Detroit team to hire all his open positions in a few weeks rather than waiting months, but that's all I can do since I can't hire for him any faster in Seattle.
>
> Earning trust doesn't mean giving our top performing engineer who wants to transfer a bad experience.
>
> On Oct 31, 2014 5:02 PM, "Mosby, Joel" <mosby@amazon.com> wrote:
> >
> > We need to support sairam and team on this, they need it! This is a golden opportunity to earn trust with your peers. Don't win every battle and lose the war.
> >
> >
> >
> > On Oct 31, 2014, at 1:59 PM, Haydar, Abdullah <haydara@amazon.com> wrote:
> >
> > > Correction: based on the acceptance date of 10/27, the company policy states a *maximum* transfer period of 45 days, which is 12/10. The normal transfer period is 2 weeks and we're already done with 5 days. I have transferred many people (as has Sairam) and only a few exceptions go beyond two weeks.
> > >
> > > Alejandro specifically told me that it is a good time to transfer now because he just finished his project so it doesn't make sense to start him on a new project when he has already accepted his transfer offer. He is not responsible for his colleagues leaving so we shouldn't penalize him for that. I understand the difficulty of your situation and have proposed alternatives to Sairam which will allow Alejandro to transfer now and still mentor your new hires when they arrive.
> > >
> > > As I've stated before, let's keep the candidate experience in mind, as well as our team situation. He is our customer in this case and we don't want him to consider leaving Amazon due to being frustrated by being held back after making a career change decision which is important for his wife's career as well.
> > >
> > > On Oct 31, 2014 4:29 PM, "Raj, Saran" <saranraj@amazon.com> wrote:
> > >
> > > Hi Joel,
> > >
> > >

> >>
> >> Alejandro has accepted the offer to transfer to Abdullah's team in Detroit. Since he is the 3rd internal transfer out of ILA, we are requesting to delay his start date to Jan' 12th there by giving enough time for us to backfill and ramp-up the new developer. Based on his acceptance date, the normal start date would be Dec' 16th or later. Please let us know if this is acceptable,
> >>
> >>
> >>
> >> Thanks
> >>
> >> Saran

AMAZON_HAYDAR_00000599

**From:** Haydar, Abdullah
**Sent:** Saturday, November 08, 2014 11:19 AM
**To:** Mosby, Joel
**Subject:** Re: Sync up on Alejandro join date - Will call you

I agree, but we talked through it and he agreed to consider different options but now refuses to do so and keeps ignoring my emails.

On Nov 8, 2014 1:48 PM, "Mosby, Joel" <mosby@amazon.com> wrote:
This is a ridiculous issue to escalate to Avi

On Nov 8, 2014, at 8:57 AM, Haydar, Abdullah <haydara@amazon.com> wrote:

+Joel

You already told me you were going to take it to Avi 2 weeks ago. Did you not do so?

Joel is ooto this weekend through Monday, but I'm happy to get him involved.

On Nov 8, 2014 9:52 AM, "Chinta, Sairam" <schinta@amazon.com> wrote:
Abdullah, looks like we are not coming to an agreement on this. Shall we escalate this issue to Joel and Avi, since we both are not able to come to an agreement?

Sairam

**From:** Haydar, Abdullah
**Sent:** Saturday, November 08, 2014 4:00 AM
**To:** Chinta, Sairam
**Subject:** RE: Sync up on Alejandro join date - Will call you

Sairam,

Two full business weeks have now passed since offer acceptance and you still have not offered any SMART transition goals so this is a great harm to the candidate experience. I have provided many options to resolve this, so what is the path forward?

-Abdullah

On Nov 5, 2014 10:51 PM, "Haydar, Abdullah" <haydara@amazon.com> wrote:
Sairam,

This is a ridiculous answer. I also have an open headcount which Alejandro is needed to fill, so that also contributes towards OE. I am currently shifting some of my SNP resources to join the SNA on-call each month due to the SNA team being understaffed by 2 (with my pending external hire not starting till mid-December). Please provide specific short-term goals for Alejandro to accomplish which are logical for someone rolling off his team. As I already mentioned, Alejandro can be made available to support you for unforeseen events while joining his new team.

I was much more cooperative with you when I previously transitioned people from my teams to yours, so I don't know why you are making this so difficult. This is especially frustrating after I have offered a lot of alternative plans for Alejandro to continue to support your team and mentor your new hires while still being able to move forward with his new career.

1

CONFIDENTIAL

AMAZON_HAYDAR_00000600

-Abdullah

**From:** Chinta, Sairam
**Sent:** Wednesday, November 05, 2014 10:43 PM
**To:** Haydar, Abdullah
**Subject:** RE: Sync up on Alejandro join date - Will call you

Is not operational excellence is our #1 priority?  If I consider that Q4 is very important to Sellers and our systems, don't I need to retain my experienced talent within the team for un-foreseen events?

From specific goal standpoint, here are the goals which will impact due to shortage of bandwidth.

| | Saran Goal | |
|---|---|---|
| ID | Goal | Goal Level |
| 348 | Launch Item creation for Advertisement Items (Product Ads) through Add a Product. | 31 Marketplace |
| 58 | Launch the ability to use gating reason codes to provide Sellers with a specific path to sell, returning an appropriate error message in feeds and 1x1 by 3/31/2015. | 31 Marketplace |
| 333 | Launch "Add a Product" (AAP) functionality for all categories (including non-Media) on Cuba, MLMS and MLS platform. | 31 Marketplace |

**From:** Haydar, Abdullah
**Sent:** Wednesday, November 05, 2014 7:06 PM
**To:** Chinta, Sairam
**Subject:** RE: Sync up on Alejandro join date - Will call you
**Importance:** High

Hi Sairam,

I have done everything possible to work with you on this in terms of offering to help with recruiting, seeding a team, and extended mentoring and support after transitioning, but you are still not being goal-driven. Alejandro is a very nice person so he wants to be supportive of his old team, but he really wants to move over as soon as possible and we are now 10 days past his offer acceptance date without clear transition goals, so this is turning into a bad candidate experience.

What is the goal related to this statement below? I want Alejandro to move forward with his career plans with SNA and life plans in Detroit, but also provide support for your team, so let's figure out a balance that works. Setting a date without any meaningful goals or clear new hire dates is meaningless.

Please provide a goal-driven response as soon as possible.

Thanks!
-Abdullah

**From:** Chinta, Sairam
**Sent:** Wednesday, November 05, 2014 5:49 PM
**To:** Haydar, Abdullah
**Cc:** Raj, Saran
**Subject:** RE: Sync up on Alejandro join date - Will call you

Abdullah – as you know, we need to have Sr. members in the team to support the Q4 along with other initiatives going in ILA space. I spoke with Alejandro and he prefers to move before Dec 25th. I request you to accept 12/19 as transfer date (1 week beyond the 45 days of limit). That will help us to mitigate risks related to Q4, conspiring the other programs running in the space.

Sairam

2

CONFIDENTIAL

AMAZON_HAYDAR_00000601

**From:** Haydar, Abdullah
**Sent:** Wednesday, November 05, 2014 11:40 AM
**To:** Chinta, Sairam
**Cc:** Raj, Saran
**Subject:** FW: Sync up on Alejandro join date - Will call you

Hi Sairam,

Here is my proposal for the transition, since we need it to be goal driven:

1. Knowledge transfer of JP points and review the new architecture to rebuild this using TANG – To be completed this week

2. Complete initial architecture proposal for front end framework for GIO Re-platform and review this with team – To be completed by 11/14

As of 11/17, he should join my team. This is regardless of his location since he can join my team and start working in Seattle and then transition to Detroit whenever it makes the most sense for family reasons.

3. Ramp up new hires on GIO – since you don't have any confirmed starts yet, I will commit that Alejandro will spend 1 week ramping up the next new hire whenever you bring them onboard. He can do this by spending a week back in Seattle (if it is after he moves) or you can have your new hire come to Detroit for a week, if you prefer. Furthermore, I will make sure that Alejandro is available 10% of his time (4 hours/week) to support this new hire as well as your additional new hires for 1 month after the new hire starts.

Please respond as soon as possible to this proposal as this discussion has dragged much longer than any of the 18 other internal transfers I've managed since joining Amazon.

Thanks!
-Abdullah

**From:** Haydar, Abdullah
**Sent:** Monday, November 03, 2014 4:08 PM
**To:** Raj, Saran
**Subject:** RE: Sync up on Alejandro join date - Will call you


Do you have specific dates for specific people?

On Nov 3, 2014 3:55 PM, "Raj, Saran" <saranraj@amazon.com> wrote:
Nov' 24th and later.

**From:** Haydar, Abdullah
**Sent:** Monday, November 03, 2014 12:43 PM
**To:** Raj, Saran
**Subject:** RE: Sync up on Alejandro join date - Will call you


Do you have start dates for your new hires?

On Nov 3, 2014 3:13 PM, "Raj, Saran" <saranraj@amazon.com> wrote:
Abdullah,

Keeping in mind, Alejandro needs to move his family and settle down in new location, we are targeting his last day in ILA to be Dec' 19th.
<span style="font-size:11.0pt; font-family:"Calibri","san

3

CONFIDENTIAL

AMAZON_HAYDAR_00000602

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **To:** | Mosby, Joel |
| **CC:** | Chinta, Sairam |
| **Sent:** | 11/13/2014 4:35:33 PM |
| **Subject:** | Re: FW: update - proposed plan - |

Thanks for closing this out.

On Nov 13, 2014 6:38 PM, "Mosby, Joel" <mosby@amazon.com> wrote:
Here is the timeline for Alejandro's move from Seattle to DTW.

**From:** Mosby, Joel
**Sent:** Thursday, November 13, 2014 3:38 PM
**To:** Vazquez, Alejandro
**Subject:** RE: update - proposed plan -

Confirmed! Look forward to you ensuring a great Q4 for your existing team in Seattle and joining the Seller Success team in DTW!

**From:** Vazquez, Alejandro
**Sent:** Thursday, November 13, 2014 3:12 PM
**To:** Mosby, Joel
**Subject:** RE: update - proposed plan -

Joel

I just confirmed with the movers and here is the proposal.

1) Do house packing on Friday December 12.

2) Then, we all leave for Detroit on Saturday 13th.

3) From 15 – 21st ( 1 week ), in Detroit: I will do driver's license, use advise for apartment buy/rent, figure day care, college and etc…

4) I will then start working in Amazon Detroit on the 22nd of December.

5) Finally, we will be moving to permanent apartment/house as soon as our stuff arrives – 2-3 weeks transit.

What do you think ?

The movers will not start until I confirm -

-Alejandro

| | |
|---|---|
| **From:** | McVey, Kaitlin |
| **To:** | Oehler, Derek; Bath-Hydzik, Simmi |
| **Sent:** | 1/7/2015 9:20:45 AM |
| **Subject:** | RE: Abdullah |

Makes sense.  Thanks

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: "Oehler, Derek" <dereko@amazon.com>
Date:01/07/2015 9:15 AM (GMT-08:00)
To: "McVey, Kaitlin" <kaitlin@amazon.com>, "Bath-Hydzik, Simmi" <simmib@amazon.com>
Cc:
Subject: RE: Abdullah

Depending on where we end up on Thursday, I think it should occur after. The approach is similar to when two managers facilitate a performance review when an employee transfers half-way through the year. We want to make sure everyone is on the same page moving forward, and Abdullah does not continue to refer to Joel's actions (or lack of actions) as a root cause of his own behaviors.

However, if we decide that we will not be working to try to improve performance, this step may not be necessary.

**From:** McVey, Kaitlin
**Sent:** Wednesday, January 07, 2015 8:56 AM
**To:** Oehler, Derek; Bath-Hydzik, Simmi
**Subject:** RE: Abdullah

Should the formal hand-off be during our meeting with them on Thursday, and Garett can handle all formal conversations with Abdullah? I was thinking that a meeting with all three of them might be heated and less effective since Garrett might let Joel lead the meeting, and it might be more emotional.

Kaitlin McVey | HRBP- Marketplace
Redacted    |a: 2201 Westlake Ave, Suite 500 | Seattle, WA 98121
kaitlin@amazon.com | www.amazon.com
 Need HR Help? Click here!

**From:** Oehler, Derek
**Sent:** Wednesday, January 07, 2015 8:21 AM
**To:** McVey, Kaitlin; Bath-Hydzik, Simmi
**Subject:** RE: Abdullah

Thanks for capturing this, Kaitlin. I think this is on point based on what we discussed.

One item we want to add is that there should be some formal "hand off" between Joel and Garett in terms of owning this situation moving forward. This most likely will take the form of a meeting between Abdullah, Joel and Garett where they will openly discuss performance and next steps.

Derek

AMAZON_HAYDAR_00000604

**From:** McVey, Kaitlin
**Sent:** Tuesday, January 06, 2015 10:19 PM
**To:** Bath-Hydzik, Simmi; Oehler, Derek
**Subject:** Abdullah

Hi,

Below are some notes that I jotted down regarding a strategy for approaching the Abdullah situation. Please let me know your feedback.

-On Thursday, Derek, Joel, Garett and myself will meet for thirty minutes to make sure that everyone is on the same page.
Questions to ask:
1.    What new feedback do they have since the transfer situation? Review SBI on the recent situations in which Abdullah displayed poor behavior in regards to leadership principles (Earns Trust and Vocally Self-critical).
2.    What was the feedback that was given to him regarding these situations? What is documented? Was the feedback in time, and how did he respond?

-After this meeting, I would like to have a separate meeting with Derek, myself and Garrett to get his opinion on the situation, without Joel in the meeting since this may affect his ability to be open.
1. Abdullah is showing resistance towards changing his behavior and has regressed. Why? Did something trigger it or did he never really improve?
2. Does Garett feel that Abdullah can change in the long term?
3. Is Abdullah self-aware?
4. Is Garett committed to helping Abdullah change?
5. If he is, how is Garett going to work with Abdullah to change his behavior and change leader's perceptions?

-Then Garett should have a meeting with Abdullah to let him know that he is trending towards an Dev Needed (if this is true) again, and that we will be working on a pip. He will talk with Abdullah to gauge Abdullah's desire to stay and change. This will provide Abdullah with an opportunity to start looking external.

-I will set up a separate meeting after this to review any questions Abdullah has about the feedback, pip or resigning (relo, etc).

At this point, he will either choose to resign or stay and work the Pip. We can go from here.

**Kaitlin McVey | HRBP- Marketplace**
Redacted                    a: 2201 Westlake Ave, Suite 500 | Seattle, WA 98121
kaitlin@amazon.com | www.amazon.com

Need HR Help? Click here!

| | |
|---|---|
| **From:** | McVey, Kaitlin |
| **To:** | Gaw, Garret |
| **Sent:** | 1/26/2015 9:13:30 AM |
| **Subject:** | RE: AH |

Great, thanks for letting me know.  I think you have already done this, however please make sure to have all the data collected for wins, misses, strengths and opportunities. Please make sure that any miss or opportunity has been communicated to Abdullah, so that there won't be any surprises.

Thanks

Kaitlin McVey | HRBP- Marketplace
[ Redacted ]a: 2201 Westlake Ave, Suite 500 | Seattle, WA 98121
kaitlin@amazon.com | www.amazon.com

 Need HR Help? Click here!

**From:** Gaw, Garret
**Sent:** Monday, January 26, 2015 7:25 AM
**To:** McVey, Kaitlin
**Subject:** Re: AH

FYI, my initial OLR ratings for him are: A/DN/L

- Garret

**From:** <McVey>, Kaitlin <kaitlin@amazon.com>
**Date:** Tuesday, January 20, 2015 at 2:15 PM
**To:** Garret Gaw <gawg@amazon.com>
**Subject:** RE: AH

Great response. Thanks

Kaitlin McVey | HRBP- Marketplace
[ Redacted ]a: 2201 Westlake Ave, Suite 500 | Seattle, WA 98121
kaitlin@amazon.com | www.amazon.com

 Need HR Help? Click here!

**From:** Gaw, Garret
**Sent:** Tuesday, January 20, 2015 11:11 AM
**To:** McVey, Kaitlin
**Subject:** RE: AH

Good point. Yes, I responded back to Abdullah just a few minutes ago.  I will forward you my response.  I did not include specifics in that email – in an attempt to keep the message clear and simple.

**From:** McVey, Kaitlin
**Sent:** Tuesday, January 20, 2015 2:01 PM
**To:** Gaw, Garret
**Subject:** AH

AMAZON_HAYDAR_00000606

HI Garret,

I was thinking about our conversation. We wouldn't PIP an Exceeds employee. That would send mixed messages. If you believe that we will need to move to Pip, then the correct rating for him is most likely Achieves.

Also, have you written back to him regarding his confirmation on an Exceeds rating?  I would let him know that while some of his performance was exceeds, that there were core performance misses such as ....   Also, ratings aren't set until after OLRs, and that you take into account peer feedback and leader feedback.  No rating has been confirmed for him.

Thanks

Kaitlin McVey | HRBP- Marketplace
[Redacted] a: 2201 Westlake Ave, Suite 500 | Seattle, WA 98121
kaitlin@amazon.com | www.amazon.com

Need HR Help? Click here!

AMAZON_HAYDAR_00000607

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **To:** | Gaw, Garret; Mosby, Joel |
| **Sent:** | 1/20/2015 11:37:47 AM |
| **Subject:** | RE: improvement areas |

Thanks Garret. You are absolutely right that the totality of the data (feedback, goals, SDE survey) will define the rating.

My focus is really on the bridge between Solid Strength and Development Needed, because I'm still not 100% clear on defining a pattern there from the data I can see from my perspective.

---

**From:** Gaw, Garret
**Sent:** Tuesday, January 20, 2015 2:07 PM
**To:** Haydar, Abdullah; Mosby, Joel
**Subject:** RE: improvement areas

Abdullah,

While some of your work in 2014 would be considered ŒExceeds¹, the overall rating will need to take into account peer feedback and leadership feedback. To be clear, leadership principles heavily drive the effectiveness of an L7+ leader. Ratings aren¹t set until after all OLR conversations.

- Garret

**From:** Haydar, Abdullah
**Sent:** Tuesday, January 13, 2015 9:28 PM
**To:** Mosby, Joel
**Cc:** Gaw, Garret
**Subject:** improvement areas

Hi Joel,

As we discussed last Friday, we are all in agreement on my performance rating as Exceeds Expectations for all of 2014, so I wanted to follow up on the Leadership Principles since my midyear rating was clearly Solid Strength and you expressed some doubt as to whether it should be Solid Strength or Development Needed for the entire year. I understand your concerns regarding the November transfer incident even though I have a different perspective on that event.

Can you please help me to improve by giving me very specific improvements needed to bridge the gap to Solid Strength from your perspective? Obviously, the data gathered from my feedback providers will be very meaningful in this regard, but I wanted to continue the conversation from Friday into specific actions I can immediately begin to implement.

Thanks!
-Abdullah

AMAZON_HAYDAR_00000610

| From: | McVey, Kaitlin |
|---|---|
| To: | Gaw, Garret |
| Sent: | 1/20/2015 11:30:08 AM |
| Subject: | RE: improvement areas |

How are you going to respond?

Kaitlin McVey | HRBP- Marketplace
[Redacted] a: 2201 Westlake Ave, Suite 500 | Seattle, WA 98121
kaitlin@amazon.com | www.amazon.com

**Need HR Help? Click here!**

**From:** Gaw, Garret
**Sent:** Tuesday, January 20, 2015 11:20 AM
**To:** McVey, Kaitlin
**Subject:** FW: improvement areas

Abdullah's response to my email.

**From:** Haydar, Abdullah
**Sent:** Tuesday, January 20, 2015 2:17 PM
**To:** Gaw, Garret
**Subject:** RE: improvement areas

(dropping Joel for this conversation)

Performance rating is based on accomplishments against goals (what you did).
Leadership rating is based on leadership principles (how you did it).

Avi and Joel have given me consistent feedback throughout the year (including in our review with Joel 10 days ago) that my work performance (hiring and developing, delivering projects, EE, OE) exceeds my L7 peers, so why bring that into doubt now? All data is subject to discussion and validation during OLR, but the performance data is pretty well established now.

**From:** Gaw, Garret
**Sent:** Tuesday, January 20, 2015 2:07 PM
**To:** Haydar, Abdullah; Mosby, Joel
**Subject:** RE: improvement areas

Abdullah,

While some of your work in 2014 would be considered 'Exceeds', the overall rating will need to take into account peer feedback and leadership feedback. To be clear, leadership principles heavily drive the effectiveness of an L7+ leader. Ratings aren't set until after all OLR conversations.

- Garret

**From:** Haydar, Abdullah
**Sent:** Tuesday, January 13, 2015 9:28 PM
**To:** Mosby, Joel
**Cc:** Gaw, Garret
**Subject:** improvement areas

AMAZON_HAYDAR_00000611

Hi Joel,

As we discussed last Friday, we are all in agreement on my performance rating as Exceeds Expectations for all of 2014, so I wanted to follow up on the Leadership Principles since my midyear rating was clearly Solid Strength and you expressed some doubt as to whether it should be Solid Strength or Development Needed for the entire year. I understand your concerns regarding the November transfer incident even though I have a different perspective on that event.

Can you please help me to improve by giving me very specific improvements needed to bridge the gap to Solid Strength from your perspective? Obviously, the data gathered from my feedback providers will be very meaningful in this regard, but I wanted to continue the conversation from Friday into specific actions I can immediately begin to implement.

Thanks!
-Abdullah

AMAZON_HAYDAR_00000612

| From: | McVey, Kaitlin |
|---|---|
| To: | Gaw, Garret |
| Sent: | 1/20/2015 2:45:13 PM |
| Subject: | RE: improvement areas |

Great. Thank you for having the conversation with him.  Thanks

Kaitlin McVey | HRBP- Marketplace
[Redacted] a: 2201 Westlake Ave, Suite 500 | Seattle, WA 98121
kaitlin@amazon.com | www.amazon.com

Need HR Help? Click here!

**From:** Gaw, Garret
**Sent:** Tuesday, January 20, 2015 1:32 PM
**To:** McVey, Kaitlin
**Subject:** FW: improvement areas

Abdullah and I spoke after he sent his initial response.  I explained that, as a manager, he knows perfectly well that I can't commit to a rating over email before all of the feedback is in and before OLR meetings.  In addition, it's difficult to argue for an Exceeds for a senior manager when they struggle to earn trust with others.

Here was his "revised" response.

- Garret

**From:** Haydar, Abdullah
**Sent:** Tuesday, January 20, 2015 2:38 PM
**To:** Gaw, Garret; Mosby, Joel
**Subject:** RE: improvement areas

Thanks Garret. You are absolutely right that the totality of the data (feedback, goals, SDE survey) will define the rating.

My focus is really on the bridge between Solid Strength and Development Needed, because I'm still not 100% clear on defining a pattern there from the data I can see from my perspective.

**From:** Gaw, Garret
**Sent:** Tuesday, January 20, 2015 2:07 PM
**To:** Haydar, Abdullah; Mosby, Joel
**Subject:** RE: improvement areas

Abdullah,

While some of your work in 2014 would be considered 'Exceeds', the overall rating will need to take into account peer feedback and leadership feedback. To be clear, leadership principles heavily drive the effectiveness of an L7+ leader. Ratings aren't set until after all OLR conversations.

- Garret

**From:** Haydar, Abdullah
**Sent:** Tuesday, January 13, 2015 9:28 PM
**To:** Mosby, Joel
**Cc:** Gaw, Garret
**Subject:** improvement areas

AMAZON_HAYDAR_00000613

Hi Joel,

As we discussed last Friday, we are all in agreement on my performance rating as Exceeds Expectations for all of 2014, so I wanted to follow up on the Leadership Principles since my midyear rating was clearly Solid Strength and you expressed some doubt as to whether it should be Solid Strength or Development Needed for the entire year. I understand your concerns regarding the November transfer incident even though I have a different perspective on that event.

Can you please help me to improve by giving me very specific improvements needed to bridge the gap to Solid Strength from your perspective? Obviously, the data gathered from my feedback providers will be very meaningful in this regard, but I wanted to continue the conversation from Friday into specific actions I can immediately begin to implement.

Thanks!
-Abdullah

AMAZON_HAYDAR_00000614

| | |
|---|---|
| **From:** | Haydar, Abdullah |
| **To:** | Gaw, Garret |
| **Sent:** | 1/13/2015 1:34:53 PM |
| **Subject:** | RE: The email thread I was referring to on Friday |

Thanks for the clarification. Per my note to Stefan, I also cleared up the misunderstanding regarding the ³going around the agreed process².

**From:** Gaw, Garret
**Sent:** Tuesday, January 13, 2015 4:33 PM
**To:** Haydar, Abdullah
**Subject:** Re: The email thread I was referring to on Friday

I'm referring to the Listing Quality situation over the past 3 weeks. After going around the agreed process (with Stefen, Joel, and Mat) again on 12/23 and working directly with Ravi, you told me that you'd work with Ravi and ³clear it up². I specifically asked that you not do that. I also asked that you hold off on responding to the email chain that was going back and forth between tech teams, the business team, and the PMO.

**From:** <Haydar>, Abdullah <haydara@amazon.com>
**Date:** Monday, January 12, 2015 at 1:06 PM
**To:** Garret Gaw <gawg@amazon.com>
**Subject:** RE: The email thread I was referring to on Friday

Thanks I definitely understand and appreciate your advice, but I do need one point of clarification with regards to this exact scenario: where was I being asked to step out of the process to move it forward? I definitely agree that I need to continue to work on my situational awareness.

**From:** Gaw, Garret
**Sent:** Monday, January 12, 2015 1:04 PM
**To:** Haydar, Abdullah
**Subject:** The email thread I was referring to on Friday


(I thought I had sent this email last Friday and just found it in my Drafts folder)

FYI -

This is the email thread I was referring to in our discussion last Friday.  Being asked to step out of this process in order for it to move forward is not the kind of situation you want to be in. Choosing to stay out of the conversation in order to allow the necessary people to have the tough conversations is completely different (and can be an effective approach at times).  .

You've done some very good work this year building your teams. However, how you earn (or lose) trust with people affects how they view situations. You've stated that you understand you have areas to improve in (we all do). But I don't think you see the impact these areas have on others.  I really think you need to take an honest look at how these events (the thread below and the subsequent conversations, Ian's comments when he was in town, events like the FLPs presented for SDEs that hadn't even started yet, etc) and how they have impacted the trust that others have with you.

- Garret

<<<<<<<<<<<

On Dec 23, 2014, at 12:57 PM, Haydar, Abdullah <haydara@amazon.com> wrote:

CONFIDENTIAL                    AMAZON_HAYDAR_00000615

Hi Ravi,

Let's just moved forward with the requirements. At this point, if you want LQ on our roadmap, that's fine.

As I mentioned before, it was our mistake to zero out your program. That said, our EOE line was drawn and then wasn't honored when the program budget exceeded our allocated headcount. I'm doing the best I can to balance everything, so please work with me to define the actual requirements as I'm doing with all other program owners, and then we'll see where we need to rebalance.

Thanks!
-Abdullah

On Dec 23, 2014 5:27 PM, "Goel, Ravinder" <ravindeg@amazon.com> wrote:

Abdullah Please note that the change from LQ program's 26 weeks to zero was made by your team in first place without consulting PMO or my team and Venky has restored this work back. I agree with the approach suggested by Josh.


Thanks



---

**From:** Haydar, Abdullah
**Sent:** Tuesday, December 23, 2014 2:17 PM
**To:** Goel, Ravinder; Renganathan, Venky; Koppelman, Josh; McCollom, Jim
**Cc:** Mehta, Dharmesh; Mosby, Joel
**Subject:** RE: Removing Listing Quality project to increase EOE budget


Sorry, I accidentally hit send too soon.


Hi Ravi, we are committed to getting the LQ work done, so let's please move forward as we agreed in our meeting. If we need to adjust our go-forward plan, let's have another meeting rather than independently changing our SNP roadmap. You are not aware of other roadmap changes (for example, we flipped one of our hires to become a college hire, which reduced our overall roadmap time due to the launch ramp), so making this change on its own will not help us get any actual work done. Please call me (734.335.0336) directly before changing anything on our roadmap. Thanks!


---

**From:** Haydar, Abdullah
**Sent:** Tuesday, December 23, 2014 5:15 PM
**To:** Goel, Ravinder; Renganathan, Venky; Koppelman, Josh; McCollom, Jim
**Cc:** Mehta, Dharmesh; Mosby, Joel
**Subject:** RE: Removing Listing Quality project to increase EOE budget

CONFIDENTIAL                    AMAZON_HAYDAR_00000616

Hi Ravi, we are committed to getting the LQ work done, so let's please move forward as we agreed in our meeting. If we need to adjust our go-forward plan, let's have another meeting rather than independently changing our SNP roadmap. You are not aware of other roadmap changes (for example, we flipped one of our hires to become a college hire, which reduced our overall roadmap time due to the launch ramp), so making this change on its own will not help us get any actual work done.

---

**From:** Goel, Ravinder
**Sent:** Tuesday, December 23, 2014 5:07 PM
**To:** Haydar, Abdullah; Renganathan, Venky; Koppelman, Josh; McCollom, Jim
**Cc:** Mehta, Dharmesh; Mosby, Joel
**Subject:** RE: Removing Listing Quality project to increase EOE budget

Hi Abdullah while I discussed working with SNP on the requirements, the path to restoring and getting 26 weeks of work for Listing quality is not clear. I still see that LQ work is not scheduled on SnP roadmap, so I do not see how restoring the work will help complete LQ work.

Thanks

---

**From:** Haydar, Abdullah
**Sent:** Tuesday, December 23, 2014 2:03 PM
**To:** Renganathan, Venky; Koppelman, Josh; McCollom, Jim
**Cc:** Goel, Ravinder; Mehta, Dharmesh; Mosby, Joel
**Subject:** RE: Removing Listing Quality project to increase EOE budget

Hi Venky,

Ravi and I already have a path forward on this, so please restore our roadmap to the way we balanced it and we will make the appropriate changes when needed. If you wish to discuss this further, please set up a meeting with Ravi and myself.

Thanks!

-Abdullah

| | |
|---|---|
| **From:** | DeCleene, Anne |
| **To:** | DeCleene, Anne |
| **Sent:** | 4/6/2015 10:06:08 AM |
| **Subject:** | Abdullah's 180-Day Reviews |
| **Attachments:** | AH June 2013 Review.pdf; AH May 2013 Review.pdf |

AMAZON_HAYDAR_00000618

**Abdullah Haydar - Interim Performance Review (Nov. 2012 – June 2013)**

<u>**Performance Summary:**</u>

You started with the Marketplace Selection Technology team in November 2012 as the senior technology leader responsible for two mission-critical areas of our Selling Platform – the listing feed processing technology and the selection cache and quality technologies. This is an interim performance review to provide feedback on the areas you are doing well in and the areas you significantly need to improve in. As part of this review, I have reached out to a number of Marketplace leaders to gather feedback that is meant to help you. I have included their quotes for you to understand the context of their feedback so that you can consider appropriate actions and improvements on your part.

I have observed that you have good bias for action which follows your sense of ownership. You are not shy about being vocally self-critical, have backbone and have demonstrated your ability to disagree and commit. Other leaders have observed these too as recognized in their quotes included in this review.

However, I do have serious concerns about your ability to succeed in this role and at Amazon in general, if you do not take immediate action to improve on your effective communication, active listening, diving deep, earning the trust of others, insisting on the highest standards and being right a lot. There are specific examples later in this review where you have not inspired confidence in others in these areas. I want you to take this very seriously as a wake-up call and show significant improvements within the next two months. At the time of this review (May 20, 2013), I would rate your performance as:

Performance Rating: Improvement Needed

Leadership Rating: Solid Strength

**[June Update]**

Since your May review, you requested feedback from a broad cross-section of people you've worked with so far at Amazon. I have added input from this additional feedback loop in this updated review in sections tagged as "**[June Update]**".

The top three areas of strength identified by your feedback providers are – Customer Obsession, Ownership, and Bias for Action.

The top three areas of improvement identified by your feedback providers are – Earn Trust of Others, Dive Deep, and Ownership.

**[/June Update]**

<u>**Strengths:**</u>

"Abdullah demonstrates great passion and energy on the solutions that we have and we are building. He is eager to make his statements and impression in meetings and shows positive energy all times."

"Enjoyable to work with. Keeps a generally positive, upbeat attitude."

CONFIDENTIAL          AMAZON_HAYDAR_00000619

**[June Update]**

<u>**Customer Obsession –**</u>

"Abdullah has shown good customer focus in the few months he's been here. He has been highly involved with the submit-to-publish deep dives we've been having and has been making sure we're tracking the right metrics."

"Abdullah focuses on the needs and expectations of customers for the team. He pushes for the team to set deadlines and plan project work to meet the estimates and deadlines we initially set. He suggests approaches and changes to help reach the goals. For example, he works with each developer's schedule and keeps them in mind when organizing the work needed to be completed and works to suggest changes in the on-call schedule to help prioritize resources to complete projects, and changes to free up the more effective developers for certain projects to have more time to focus on the work."

"I love Abdullah's passion that he's expressing for the listings space. He's got a lot of context to come up to speed with. In his new role as Marketplace's single point of contact for listings-related issues I have observed him being attentive to the needs of customers. For example, we had a break-out session where Abdullah and GRCS's TPM had a lively conversation about identifying their scaling requirements and where points of compromise could be found so we can best achieve the goals."

**[/June Update]**

<u>**Bias for Action –**</u>

This is perhaps your #1 most-visible and demonstrated strength observed by your peers. The following quotes recognize this:

"Abdullah **takes quick decisions,** soon after he joined, he worked with the team to reduce "Low Sev" tickets by establishing right SOPs, worked with Seller Support team – T4 to reduce the overall ticket count. He conducted a few bug bashes to bring the ticket count / operational burden down."

"Abdullah is **aggressive and interested in moving quickly.** I've regularly heard Abdullah offer to help with documentation, coming up with a plan, attending a meeting, etc. As an example, **he volunteered to gather information** on tool vulnerability across teams."

"**Focuses on quality of his teams work**. Truly believes good engineering matters.

   o    Regularly reviews and drives code quality metrics with his teams. Has many times discussed what his team's numbers really mean and how they can improve.

   o    Has proactively worked with Ed's team to get the Mouse tool up and running again in Prod to verify category attributes. He intends to use this information to fix Prod defects and would like to investigate auto-fixing of defects."

CONFIDENTIAL          AMAZON_HAYDAR_00000620

"Within a short time of joining Amazon, Abdullah gained good understanding of the systems he owns and he is able to represent his teams well to his technology partners and stakeholders. He is **often the most active person in a meeting** offering solutions for the problems at hand. He has **great enthusiasm to learn about and contribute to projects outside his immediate space**. He participated in almost all the technical deep-dives I hosted and he often catches the nuances of the Amazon systems very fast and offers solutions to the problem. The LDR report for the Image Defects and the Variation tree suppression for parent ASIN defects are the two such sessions he participated in. While offering solutions for these problems, Abdullah demonstrated that he has great Customer Obsession by incorporating the Seller Experience in his justifying a solution. Also, he demonstrated great Bias for Action when he took action items for these meetings and moved fast in scoping the effort-level and driving them to resolution. He also demonstrated Bias-for-Action when he shuffled the MLP resources to unblock the Cuba/Cradle project."

**[June Update]**

"I have also noted that Abdullah does not shy away from work. He is quick to assume responsibility for action items whether they are his to own or not. His enthusiasm is always high and aims to get things done. I have always admired his Bias for Action based on our one on one interaction and in larger team settings."

"Abdullah is always very responsive to feedback, requests, and communication. I've found Abdullah to be very reliable and thorough in his follow through on tasks. If he says that he's going to follow up or drive something to completion, you can rest assured that he will complete the task to the best of his abilities."

"For the lack of capacity for our downstream services I give Abdullah high marks with coming up with a plan of action quickly that resulted in 'force marching' our key dependencies in the Amazon Website Publishing Pipeline to getting hardware ordered quickly for China. We then further started driving everyone to mapping their scaling metrics to simpler Amazon business metrics; though this latter item is turning out to not be as straightforward as originally hoped. Our downstream dependencies (especially SABLE) have some rather complex drivers for their scaling)."

**[/June Update]**

**Have Backbone, Disagree and Commit –**

"During the first few weeks after Abdullah joined, we ran into the OP2 situation. As a result of the OP2 planning, Abdullah lost one of the most critical programs - "Faster". He had to transfer 2 of his resources to other teams. In spite of having several operational issues in the team, as a direction from the organization, he moved forward with the plan."

**Vocally Self-critical –**

"Abdullah **is not afraid of surfacing issues specifically with his systems**. In multiple meetings, he mentioned that FIJI and MLP systems are a problem and they are the main reasons for operational

CONFIDENTIAL          AMAZON_HAYDAR_00000621

burden. In one incident when there was FIJI outage due to un-intended code, he admitted that it was his problem and came up with a plan to fix it."

Ownership –

"Within the quick timeframe of assuming the platform leadership role, Abdullah **demonstrated great ownership in multiple instances**. We had to provide revised plan on Cuba / Cradle (Aka. Tang) and he worked with his team to set the right priorities and came up with a schedule. Even though there have been delays from MLP in maintaining the schedule due to operational issues, he tried to find alternatives to meet the original committed schedule."

"My primary interactions with Abdullah are primarily in larger Marketplace leadership meetings like WPR, EWMTOR, L7 promo review committee for SDE 1 to 2 promo's and the recent intern allocation process. Throughout these EWMTOR, there have been times when Abdullah has demonstrated an ability to draw on his past experiences to implement a process improvement for Marketplace. From an outsider's point of view, Abdullah appears to have done a good job understanding the systems his teams own. I think he did a great job of understanding where the operational pain points are in his systems and did a good job from my perspective working with Seller Support to update SOP's in an attempt to reduce operational load for his teams. I also see Abdullah spending a great deal of time on the weekends and late into the evening working with his team to address operational issues which demonstrates a high degree of ownership."

[June Update]

"Abdullah gathered the interested parties together in a room to identify how/what needed to be done to get the MYI cache consistency checker tool running in production. We assembled a list of tasks and he assigned his summer intern to work on them."

"Abdullah stepped up to take ownership of pulling together a first draft of the Capacity Planning problem statement and integrating the China business metrics. He owned the document and drove getting a draft. He took feedback on the draft and continued to iterate. The original document is the basis for some of the documents we are currently working through for global scale across MTech and IOP."

[/June Update]

Leadership Outreach –

"Abdullah reached out to me early on to understand my space and proactively look for win-win opportunities with goals. We have little overlap but **I appreciated his leadership and outreach**."

CONFIDENTIAL     AMAZON_HAYDAR_00000622

### Growth Areas:

"Abdullah is a nice guy personally, but I have concerns about his ability to be successful."

### Effective Communication; Frugality; Active Listening –

"Abdullah **dominates most conversations**. This is the norm for him, not an exception. I can cite many examples, such as the OLR with Peter's directs, promo meetings, COE reviews, 1:1s. Abdullah could really benefit from a change here."

"He has developed a habit of saying, "I understand what you're saying, but….", or, "I agree with you, but….", and goes on to say something that **shows he didn't actually hear what you said**."

"In recent intern reviews, I had several interactions with Abdullah. During the meeting there were several challenges due to lack of good process. This required a small team of senior leaders to solve a couple of problems quickly on the fly. During this situation, Abdullah exhibited several behaviors that were disruptive. He changed topics breaking up the agenda. The meeting leader was the least senior – Lindsey struggled to keep order or focus the group toward an agenda. At a particular point – we identified that we had 7 interns who were unassigned. At this point the group began discussing how to recruit additional projects. Abdullah objected, asking for the point of deadlines with stories, elaborating for nearly 5 minutes. He needed to be refocused multiple times to inquire to his point. As a result, the meeting was not able to reach conclusion and participants were frustrated. As a loudmouth extrovert myself, I think and hope this is coachable but **he needs to become more self-aware and focused**."

"Abdullah **can be disruptive during meetings and discussions**. When others are talking, Abdullah **regularly interrupts** (loudly, and with a long digression). When the group wants to move off of a topic, Abdullah regularly brings the group back to the previous discussion. As a recent example, Abdullah regularly interrupted multiple senior managers during the latest executive B&O meeting, causing disruption during the discussions."

"Situation: Weekly B&O meetings

Behavior: Abdullah **talks over top of people and interrupts**. One specific instance was when Curt was discussing operational excellence and ticket handling, Abdullah continually interrupted and cut Curt off.

Impact: I find this method of communication **disrespectful to others** in the room and I would like to hear what Curt has to say when he starts talking, not Abdullah's interrupted opinion."

"Situation: Intern Allocation Meeting 1

Behavior: Abdullah talked over talk of people and from my observation, **felt he had to comment on every issue**. He also challenged me on whether one of my projects was the "same" thing in a **confrontational manner**. His assertion was that the MSS mailing label is the same thing as the MYO packing slip and that the projects are the same. Abdullah approached this situation with the wrong

CONFIDENTIAL          AMAZON_HAYDAR_00000623

approach since he doesn't know the difference.  He could have asked qualifying questions to get an answer on the projects but instead **he asserted incorrect ideas strongly**.

Impact: 1) Time was wasted and we did not have as a productive meeting as we could have.  2) I was not impressed with Abdullah's approach to the MSS/MYO project question.  He didn't have the background data but **continued to assert as if he was the expert**.  In the end I told him how the systems/projects differ but **didn't seem to listen to me when I was correcting him either**."

"Abdullah has a **habit of interrupting people** that are speaking, sometimes his points are valid, but more often than not his interruptions prevent a rich dialog from other participants.  At times, Abdullah's communication style in these meetings come across as **harsh and abrasive** which greatly impacts the trust his peers have in him.  I've also noticed a tendency for Abdullah to **attempt to steamroll a conversation** when he is challenged **rather than listening to the point** that is trying to be made and incorporating that feedback into Abdullah's thoughts or actions going forward.  In addition to negatively impacting earn trust, these interactions impact are right a lot, disagree and commit and vocally self-critical.  Some specific examples of this include:

Recently in an executive WMTOR meeting when the Seller Support team was visiting to discuss their process for Seller 911 ticket management, Abdullah made the comment that he would disagree and commit on the process since he had been working with Seller Support outside the meeting, then spent the next 30 minutes **vehemently disagreeing with the outcome**.  This was a very painful dialog that should have ended quickly so the focus could have been on the issue at hand versus arguing about past decisions.

Soon after Abdullah started at Amazon, we were in an L7 promo review meeting for SDE 1 to 2 promotions.  During one of the meetings we had set a specified time limit to review the promo doc and provide feedback to make sure we could get through all candidates in the allotted time.  While reviewing one of the candidates, Abdullah steamrolled the review session, **speaking over others** with feedback.  He effectively took the entire time allocated to review the candidate and then when others tried to provide their feedback, Abdullah **continually interrupted** that we were out of time.  While I understand that we were trying to stay on schedule and in such meetings it's helpful to have someone keep the time, however the person who monopolized the conversation **needs to be self-aware** enough to let others state their opinion.  Also during these meetings it was clear based on some of Abdullah's comments that he had never written a promotion document.  While this is understandable given he hasn't been through the process, **I would have liked to see him observe and learn** rather than express a strong opinion when he doesn't have the full context or experience."

<u>Earn Trust of Others; Delivers Results –</u>

"I **want to see Abdullah honor his commitments**, when we established the schedule for project Tang in Jan / Feb timeframe, Abdullah came up with revised plan to complete the critical phases without variations by 5/30. In fact he communicated that there was buffer in the plan and he did not see any issues in meeting the time line. As of mid-May, MLP has not started the development of read / write

CONFIDENTIAL          AMAZON_HAYDAR_00000624

phase and the project is not on track to complete by 5/30. Abdullah needs to work with his team, make necessary tradeoffs to honor his commitments.

Also in some cases Abdullah makes quick statements without proper data points. He **needs to gather data points** and present his view point **to earn trust from other stakeholders in the organizations**."

"Situation: Email sent out to leaders for not having updated Anvil within the timeline set.

Behavior: Email sent to a wide audience with language **I interpret as scolding the teams.**

Impact:  I was not happy to read the email send by Abdullah as I felt it was accusing our leaders of not wanting to do the right thing or take ownership.  I don't think this is the case.  Abdullah has taken ownership of this task.  It is his responsibility to drive it to completion.  Perhaps he can support the teams better by getting a confirmation from the owners acknowledging the action item assigned to them.  He could also set up an office hours to discuss the task or better yet, a project kick off meeting to answer any questions the teams may have.  I think this is an example of Abdullah **taking ownership but not driving the project he now owns** and passing the lack of success down the chain inappropriately."

"I have noticed at times that Abdullah usually qualifies a compliment to other people.  For example, at one point he complimented me on something but added the qualifier "among your peers".  At this time I was still a L6 and felt that this qualification may have been a backhanded compliment as he was a L7.  He also has made comments when I enter a meeting like the Intern Allocation meeting "oh you are a L7 now".  I am not sure if he means any harm with comments like this but **if he is doing this sort of thing to others, I don't think it is a great way to make alliances**."

"Abdullah **does not listen effectively**. At a lot of meetings that I have been, he tends to talk a lot, **interrupts other speakers and tends to derail the conversation**. During intern project review meeting, he was pushing the committee to distribute the interns based on the projects that were entered even if they were not the best projects that the intern could have worked on. His attitude was if you are not present to defend and provide additional data for your projects then you do not get an intern which while was efficient from the process perspective but was not ideal. Similarly during the annual OLR, he kept interrupting the conversation and reading the data from his peer's computer which was not very nice."

"I have not seen him be very data driven; he **has strong opinions and tends to not have back data** behind these. During the conversation on MLP high operation load he mentioned that FAST was one of the biggest contributors but he was not able to provide data on why it was so. Another example was during a recent B&O, Joel mentioned that he would not be able to complete an action item (dynamo DB analysis) in a given timeframe and needed the due date to be moved (another additional week) but Abdullah kept interrupting stating that it is extremely important and the date could not be changed but he did not explain why a week's slip would be impactful."

"Often Abdullah **is eager to answer tough questions even if he does not have all the facts**. This **often leads to responses that are not crisp causing more confusion**. For example, in a meeting with the Kindle

CONFIDENTIAL                   AMAZON_HAYDAR_00000625

team, Abdullah's responses to the priority scheduling problem were unfocused as he was laying out multiple solutions "we could" offer with no clear direction. He was not able to earn the trust of the Kindle team as he was not able to convince them that we take the Operational issues with our platform just as seriously as they do and that we are executing specific projects that address these issues. I have observed similar behavior in the Executive B&O meeting and the STP Review with Peter."

[June Update]

"Abdullah performed another HiSev ticket deep dive for MLP, during this deep dive the document was not organized well and the analysis was subjective. When analyzing the data the way it was represented it made it look like there was no problem. When asked about the criticality of where MLP is at today the answers were similar in painting a picture that there were no issues. Even when HiSev tickets was 3x higher this year for MLP, he was trying to justify that it was ok that the numbers are higher and that they are working on it. This did not go over well and in the end Abdullah had to rewrite and present the analysis to the team. Second analysis went a lot better.

Abdullah should be able to take constructive criticism, and learn how to accept the information because the team is only trying to help. There is no reason to be defensive or feel that you have to justify cause if numbers are bad. It is more about what can be done to improve from this point forward."

"Abdullah is in one of two modes in meetings - he either (a) doesn't pay attention or (b) talks. Consequently, meetings with Abdullah tend to be unproductive and quieter engineers don't get a word in (that Abdullah listens to).

Abdullah often comes late or leaves early in meetings, citing other meetings. He would be much better off choosing fewer meetings and attending them fully. In the same vein, while Abdullah is running from meeting to meeting all day he does not appear to be fully present in _any_ of them. He is rarely a central participant in or substantially contributes to meetings.

Abdullah thinks and speaks very highly of himself and his pre-Amazon accomplishments. Abdullah's perception of his own performance at Amazon appears to be quite out of touch with others' perception of his performance."

"On a recent concall while working on an operational issue, I observed Abdullah rush to judgment and make suggestions that weren't helpful to solving the root cause. I could sense some frustration from the engineers on the call whose job it is to perform this diagnosis. As a senior leader on the call, Abdullah's role should be to listen, make sure the right people are engaged, and ensure that the engineers are closing on the proper root cause."

[/June Update]

Dive Deep -

"Abdullah **needs to dive deep more to provide right answers**. In a couple of occasions, I observed Abdullah providing incorrect information without having complete details. For example, in one B&O

CONFIDENTIAL          AMAZON_HAYDAR_00000626

meeting he was asked why there are many hi-sev issues in MLP, he provided the response that it was due to FIJI and once we deprecate FIJI, hi-sev tickets will be reduced. The reality is, FIJI causes mostly low Sev tickets and most of the hi-sev tickets are related to feeds platform. I wished that Abdullah's response could have been, I would come back with more information on ticket analysis rather than jumping to response."

"Situation: Weekly B&O meeting.  We were discussing the T4 process and the data I had gathered with my team with the Seller Support representatives.

Behavior:  Abdullah was insisting on having all T4 tickets be sev-2 without listening to the data or the proposals being discussed (e.g. 30-60% increase in high sev tickets for my teams and many of these tickets being un-actionable by my teams.)  Even when the meeting was over and he was leaving he continued to talk over people and insist that the only answer is sev2.

Impact: I felt that Abdullah **was not open to having a data driven discussion**, deep dive the issue at hand and work with our partner teams to resolve my team's concerns with the proposed process. Also, it was this meeting where we had just discussed that Abdullah's teams was 3x last year's high sev tickets.  I wouldn't think that he would want to add additional operational burden to his team without a thorough deep dive.  It was not clear that he had done this deep dive for his team."

**[June Update]**

"Abdullah's documents tend to be ill prepared with little thought given to the overall structure or key long-term metrics. He quite literally pastes content from emails into docs then gives them headers, prints the doc and presents it to executives. Several times in a row, Abdullah did not involve the team by polling for their ideas up front and left no time for substantial review before presenting. He should simply postpone these meetings until he is prepared for them. Additionally, in meetings with executives he interrupted and asserted that there was no problem for a long time while it was clear from the metrics (300+% increase in MLP tickets from previous year) that there was."

"I have yet to get a sense of Abdullah's technical understanding of how our services interact and integrate with each other. While Abdullah's overall Business understanding appears to be sound, the technical side of the conversation is usually deferred. I would like to see more of Abdullah's technical side (Dive Deep) during conversations and technical meetings."

**[/June Update]**

**<u>Insists on the Highest Standards -</u>**

"Abdullah needs to insist on highest standards specifically in MLP areas. In one of the recent cases, when MLP completed the work on MLS for TANG 2.0 (Write pipeline), after the service was deployed to production, we realized that the Service was not scalable for all categories and it was only designed for Wine. Even though ILA and MVA systems are ready, we could not ramp up MYI further due to MLP limitations. Abdullah could have insisted on extensibility and scalability of the service and could have stopped moving to production, if the system was ready."

CONFIDENTIAL          AMAZON_HAYDAR_00000627

## Ownership –

You should take full ownership of the decisions and problems in your area and not come across as a "victim". As a team we decided to postpone "FASTr" technology work during OP2 with your input. There have been occasions later where you have attributed the lack of attention to operational issues as having been part of the "FASTr" de-prioritization. You should use good judgment to prioritize work that is critical and look broadly (across MLP and SCaS if needed) to balance priorities as you see fit. Quotes from other leaders:

"During Venkatesh's transition conversation, there were occasions where I felt that Abdullah was not ready to get ownership of his areas. Specifically, during one of our meetings he mentioned that he had been hired in Amazon to manage managers and cannot afford to spend time on one particular team which is why he wanted Venkatesh to stay longer. These conversations were not very productive as Abdullah kept talking about 50%-50% split in time rather than the goals that needed to be met. I tried to explain to him that Amazon does not work that way but **he was not very responsive to the feedback**. I understand that he is new to the company and had a steep learning curve but accepting org. changes and coming up with mitigation plan to reduce impact is expected from a Senior manager which I have not seen him display."

"Ownership of problems with his services: Abdullah should challenge his team to make sure they fully understand what they own and the reasons they tell him they need to rebuild existing services. FIJI has been on a deprecation path for much too long and I worry that they will build a replacement that doesn't solve all its issues because they don't really know why it has problems now. There is a requirement miss here, I think. The new service really needs to be reviewed for design and testability, or it could become the new Fiji. He hasn't reached out to QAE yet and I have asked Ed to offer our help. I'd prefer a pull instead of a push here."

"Sometimes, Abdullah's strong bias-for-action puts him in situations where **his actions are more tactical, solving immediate problem, than strategic**. As a result, under his leadership, there has been no concerted effort to address the operation issues plaguing the MLP team. In fact on multiple occasions, Abdullah incorrectly stated that increase in operational burden was a conscious choice to improve the Seller experience. Also, in the program reviews with Peter and the B&O meetings, Abdullah did not exude confidence that he owns the problem and he has a strategy to address the situation."

**[June Update]**

"While managing the SCaS team, Abdullah has had to deal with the difficult task of being a Senior Manager as well as a dev manager. As a dev manager, there are a lot of tasks to be managed and at times, projects and requests have been forgotten or dropped. When they are remembered, the amount of time the team is given to work on the task is very short and presents situations were developers will need to drop current tasks to pick up the missed work. This is more of an organization issue with trying to conduct his work and also trying to manage the tasks of the smaller dev team."

**[/June Update]**

CONFIDENTIAL          AMAZON_HAYDAR_00000628

<u>Are Right, a Lot –</u>

"Recently during executive B&O, we were discussing the 911 process. Abdullah without understanding the concern raised by other managers around false positives, kept talking about making all the 911 tickets sev2's immediately. While I understand that he wants to do the right thing for the sellers, but **he needs to do his due diligence in understanding the pros and cons** before signing up for additional operational support for a team that is already burdened."

[June Update]

"While Abdullah tries to be Right A Lot, it seems that he often tries too hard to do so. Instead of saying he doesn't know something and will follow-up, he will instead provide extremely high level responses that will naturally be accurate because they lack any detail, quickly adapt his responses to match the expectations of what he is being questioned during a conversation, or answer a completely different question. I have witnessed this on multiple occasions in his interactions with people on my team and with a number of other individuals in various Marketplace level meetings. Abdullah has good instincts and clearly wants to show good customer focus, but I think he needs to slow down a bit and truly listen to and think about what he is being asked (Earn Trust of Others) before providing a response. A response he makes may include, "I will need to investigate and get back to you" or "let me make sure I understand your question, can you give me a use case?", or even pausing for a moment and allowing someone else in the room who does know the answer to provide it."

[/June Update]

<u>Customer Obsession –</u>

"During multiple discussions, Abdullah has demonstrated a lack of Amazonian focus on customer obsession. As a most recent example, we were reviewing potential intern projects. We had a number of what was considered "poor" intern projects. Someone made a suggestion that we go back to all the teams, and ask for new projects to be submitted, particularly from the teams which did not submit intern projects. Abdullah stated that it "wasn't fair", that "if they didn't submit their idea on time, it's not fair that they get to submit an idea later". He was **more focused on making it fair to his team, than to doing the "right thing" for our interns.**"

<u>Hire and Develop the Best –</u>

You haven't yet been successful in finding the right leader for SCaS. You should find a strong leader for this team which will enable you to scale better. You should also continuously evaluate the strength of your engineering team (performance, motivation and retention of your SDEs) and build an enduring high-performance team. Your interview feedback ratings in MRT indicate more "unhelpful" votes than "helpful" votes and a relatively low "strictness" score , which you should reflect on and improve your evaluation and feedback writing. We need to have a very high bar for our recruiting and people processes for us to build a strong team.

Feedback from a Marketplace leader:

CONFIDENTIAL          AMAZON_HAYDAR_00000629

"Recently I referred a candidate with 8+ years' experience building software and leading teams of engineers building software for Amazon (among other shopping destinations) Sellers for Abdullah's open SDM position.  I was leery of referring this candidate to Abdullah, but ultimately did refer the candidate.  There were a number of missteps early in the process related to getting the candidate through the interview process.  I attempted to communicate those issues and my recommended learnings to Abdullah based on my experiences ramping into Amazon and hiring for the first time.  Specifically, Abdullah felt that since he had a sell call with the candidate, it was other people's responsibility to do a phone screen.  As a hiring manager, **you need to have full ownership in the hiring process and sell the candidate as well as interview**.  While Abdullah was receptive to the feedback, I did not see a difference in his approach.  It ultimately took more than 2 months to get the candidate through the interview process for a candidate that should have been a slam dunk.  During the 2+ months a lot of momentum was lost; ultimately the candidate chose not to come to Amazon after receiving an offer.  My impression through this process was that Abdullah was not overly interested in the candidate."

CONFIDENTIAL          AMAZON_HAYDAR_00000630

**Abdullah Haydar - Interim Performance Review (Nov. 2012 – May 2013)**

**Performance Summary:**

You started with the Marketplace Selection Technology team in November 2012 as the senior technology leader responsible for two mission-critical areas of our Selling Platform – the listing feed processing technology and the selection cache and quality technologies. This is an interim performance review to provide feedback on the areas you are doing well in and the areas you significantly need to improve in. As part of this review, I have reached out to a number of Marketplace leaders to gather feedback that is meant to help you. I have included their quotes for you to understand the context of their feedback so that you can consider appropriate actions and improvements on your part.

I have observed that you have good bias for action which follows your sense of ownership. You are not shy about being vocally self-critical, have backbone and have demonstrated your ability to disagree and commit. Other leaders have observed these too as recognized in their quotes included in this review.

However, I do have serious concerns about your ability to succeed in this role and at Amazon in general, if you do not take immediate action to improve on your effective communication, active listening, diving deep, earning the trust of others, insisting on the highest standards and being right a lot. There are specific examples later in this review where you have not inspired confidence in others in these areas. I want you to take this very seriously as a wake-up call and show significant improvements within the next two months. At the time of this review (May 20, 2013), I would rate your performance as:

Performance Rating: Improvement Needed

Leadership Rating: Solid Strength

**Strengths:**

"Abdullah demonstrates great passion and energy on the solutions that we have and we are building. He is eager to make his statements and impression in meetings and shows positive energy all times."

"Enjoyable to work with. Keeps a generally positive, upbeat attitude."

**Bias for Action –**

This is perhaps your #1 most-visible and demonstrated strength observed by your peers. The following quotes recognize this:

"Abdullah **takes quick decisions**, soon after he joined, he worked with the team to reduce "Low Sev" tickets by establishing right SOPs, worked with Seller Support team – T4 to reduce the overall ticket count. He conducted a few bug bashes to bring the ticket count / operational burden down."

"Abdullah is **aggressive and interested in moving quickly**. I've regularly heard Abdullah offer to help with documentation, coming up with a plan, attending a meeting, etc. As an example, **he volunteered to gather information** on tool vulnerability across teams."

CONFIDENTIAL          AMAZON_HAYDAR_00000631

"**Focuses on quality of his teams work**. Truly believes good engineering matters.

o    Regularly reviews and drives code quality metrics with his teams. Has many times discussed what his team's numbers really mean and how they can improve.

o    Has proactively worked with Ed's team to get the Mouse tool up and running again in Prod to verify category attributes. He intends to use this information to fix Prod defects and would like to investigate auto-fixing of defects."

"Within a short time of joining Amazon, Abdullah gained good understanding of the systems he owns and he is able to represent his teams well to his technology partners and stakeholders. He is **often the most active person in a meeting** offering solutions for the problems at hand. He has **great enthusiasm to learn about and contribute to projects outside his immediate space**. He participated in almost all the technical deep-dives I hosted and he often catches the nuances of the Amazon systems very fast and offers solutions to the problem. The LDR report for the Image Defects and the Variation tree suppression for parent ASIN defects are the two such sessions he participated in. While offering solutions for these problems, Abdullah demonstrated that he has great Customer Obsession by incorporating the Seller Experience in his justifying a solution. Also, he demonstrated great Bias for Action when he took action items for these meetings and moved fast in scoping the effort-level and driving them to resolution. He also demonstrated Bias-for-Action when he shuffled the MLP resources to unblock the Cuba/Cradle project."

## Have Backbone, Disagree and Commit –

"During the first few weeks after Abdullah joined, we ran into the OP2 situation. As a result of the OP2 planning, Abdullah lost one of the most critical programs - "Faster". He had to transfer 2 of his resources to other teams. In spite of having several operational issues in the team, as a direction from the organization, he moved forward with the plan."

## Vocally Self-critical –

"Abdullah **is not afraid of surfacing issues specifically with his systems**. In multiple meetings, he mentioned that FIJI and MLP systems are a problem and they are the main reasons for operational burden. In one incident when there was FIJI outage due to un-intended code, he admitted that it was his problem and came up with a plan to fix it."

## Ownership –

"Within the quick timeframe of assuming the platform leadership role, Abdullah **demonstrated great ownership in multiple instances**. We had to provide revised plan on Cuba / Cradle (Aka. Tang) and he worked with his team to set the right priorities and came up with a schedule. Even though there have been delays from MLP in maintaining the schedule due to operational issues, he tried to find alternatives to meet the original committed schedule."

CONFIDENTIAL        AMAZON HAYDAR 00000632

"My primary interactions with Abdullah are primarily in larger Marketplace leadership meetings like WPR, EWMTOR, L7 promo review committee for SDE 1 to 2 promo's and the recent intern allocation process. Throughout these EWMTOR, there have been times when Abdullah has demonstrated an ability to draw on his past experiences to implement a process improvement for Marketplace. From an outsider's point of view, Abdullah appears to have done a good job understanding the systems his teams own. I think he did a great job of understanding where the operational pain points are in his systems and did a good job from my perspective working with Seller Support to update SOP's in an attempt to reduce operational load for his teams. I also see Abdullah spending a great deal of time on the weekends and late into the evening working with his team to address operational issues which demonstrates a high degree of ownership."

**Leadership Outreach –**

"Abdullah reached out to me early on to understand my space and proactively look for win-win opportunities with goals. We have little overlap but I **appreciated his leadership and outreach**."

CONFIDENTIAL          AMAZON_HAYDAR_00000633

**Growth Areas:**

"Abdullah is a nice guy personally, but I have concerns about his ability to be successful."

**Effective Communication; Frugality; Active Listening –**

"Abdullah **dominates most conversations**. This is the norm for him, not an exception. I can cite many examples, such as the OLR with Peter's directs, promo meetings, COE reviews, 1:1s. Abdullah could really benefit from a change here."

"He has developed a habit of saying, "I understand what you're saying, but….", or, "I agree with you, but….", and goes on to say something that **shows he didn't actually hear what you said**."

"In recent intern reviews, I had several interactions with Abdullah. During the meeting there were several challenges due to lack of good process. This required a small team of senior leaders to solve a couple of problems quickly on the fly. During this situation, Abdullah exhibited several behaviors that were disruptive. He changed topics breaking up the agenda. The meeting leader was the least senior – Lindsey struggled to keep order or focus the group toward an agenda. At a particular point – we identified that we had 7 interns who were unassigned. At this point the group began discussing how to recruit additional projects. Abdullah objected, asking for the point of deadlines with stories, elaborating for nearly 5 minutes. He needed to be refocused multiple times to inquire to his point. As a result, the meeting was not able to reach conclusion and participants were frustrated. As a loudmouth extrovert myself, I think and hope this is coachable but **he needs to become more self-aware and focused**."

"Abdullah **can be disruptive during meetings and discussions**. When others are talking, Abdullah **regularly interrupts** (loudly, and with a long digression). When the group wants to move off of a topic, Abdullah regularly brings the group back to the previous discussion. As a recent example, Abdullah regularly interrupted multiple senior managers during the latest executive B&O meeting, causing disruption during the discussions."

"Situation: Weekly B&O meetings

Behavior: Abdullah **talks over top of people and interrupts**. One specific instance was when Curt was discussing operational excellence and ticket handling, Abdullah continually interrupted and cut Curt off.

Impact: I find this method of communication **disrespectful to others** in the room and I would like to hear what Curt has to say when he starts talking, not Abdullah's interrupted opinion."

"Situation: Intern Allocation Meeting 1

Behavior: Abdullah talked over talk of people and from my observation, **felt he had to comment on every issue**. He also challenged me on whether one of my projects was the "same" thing in a **confrontational manner**. His assertion was that the MSS mailing label is the same thing as the MYO packing slip and that the projects are the same. Abdullah approached this situation with the wrong

CONFIDENTIAL          AMAZON_HAYDAR_00000634

approach since he doesn't know the difference.  He could have asked qualifying questions to get an answer on the projects but instead **he asserted incorrect ideas strongly**.

Impact: 1) Time was wasted and we did not have as a productive meeting as we could have.  2) I was not impressed with Abdullah's approach to the MSS/MYO project question.  He didn't have the background data but **continued to assert as if he was the expert**.  In the end I told him how the systems/projects differ but **didn't seem to listen to me when I was correcting him either**."

"Abdullah has a **habit of interrupting people** that are speaking, sometimes his points are valid, but more often than not his interruptions prevent a rich dialog from other participants.  At times, Abdullah's communication style in these meetings come across as **harsh and abrasive** which greatly impacts the trust his peers have in him.  I've also noticed a tendency for Abdullah to **attempt to steamroll a conversation** when he is challenged **rather than listening to the point** that is trying to be made and incorporating that feedback into Abdullah's thoughts or actions going forward.  In addition to negatively impacting earn trust, these interactions are right a lot, disagree and commit and vocally self-critical.  Some specific examples of this include:

Recently in an executive WMTOR meeting when the Seller Support team was visiting to discuss their process for Seller 911 ticket management, Abdullah made the comment that he would disagree and commit on the process since he had been working with Seller Support outside the meeting, then spent the next 30 minutes **vehemently disagreeing with the outcome**.  This was a very painful dialog that should have ended quickly so the focus could have been on the issue at hand versus arguing about past decisions.

Soon after Abdullah started at Amazon, we were in an L7 promo review meeting for SDE 1 to 2 promotions.  During one of the meetings we had set a specified time limit to review the promo doc and provide feedback to make sure we could get through all candidates in the allotted time.  While reviewing one of the candidates, Abdullah steamrolled the review session, **speaking over others** with feedback.  He effectively took the entire time allocated to review the candidate and then when others tried to provide their feedback, Abdullah **continually interrupted** that we were out of time.  While I understand that we were trying to stay on schedule and in such meetings it's helpful to have someone keep the time, however the person who monopolized the conversation **needs to be self-aware** enough to let others state their opinion.  Also during these meetings it was clear based on some of Abdullah's comments that he had never written a promotion document.  While this is understandable given he hasn't been through the process, **I would have liked to see him observe and learn** rather than express a strong opinion when he doesn't have the full context or experience."

<u>Earn Trust of Others; Delivers Results –</u>

"I **want to see Abdullah honor his commitments**, when we established the schedule for project Tang in Jan / Feb timeframe, Abdullah came up with revised plan to complete the critical phases without variations by 5/30. In fact he communicated that there was buffer in the plan and he did not see any issues in meeting the time line. As of mid-May, MLP has not started the development of read / write

CONFIDENTIAL          AMAZON_HAYDAR_00000635

phase and the project is not on track to complete by 5/30. Abdullah needs to work with his team, make necessary tradeoffs to honor his commitments.

Also in some cases Abdullah makes quick statements without proper data points. He **needs to gather data points** and present his view point **to earn trust from other stakeholders in the organizations**."

"Situation: Email sent out to leaders for not having updated Anvil within the timeline set.

Behavior: Email sent to a wide audience with language **I interpret as scolding the teams.**

Impact:  I was not happy to read the email send by Abdullah as I felt it was accusing our leaders of not wanting to do the right thing or take ownership.  I don't think this is the case.  Abdullah has taken ownership of this task.  It is his responsibility to drive it to completion.  Perhaps he can support the teams better by getting a confirmation from the owners acknowledging the action item assigned to them.  He could also set up an office hours to discuss the task or better yet, a project kick off meeting to answer any questions the teams may have.  I think this is an example of Abdullah **taking ownership but not driving the project he now owns** and passing the lack of success down the chain inappropriately."

"I have noticed at times that Abdullah usually qualifies a compliment to other people.  For example, at one point he complimented me on something but added the qualifier "among your peers".  At this time I was still a L6 and felt that this qualification may have been a backhanded compliment as he was a L7.  He also has made comments when I enter a meeting like the Intern Allocation meeting "oh you are a L7 now".  I am not sure if he means any harm with comments like this but **if he is doing this sort of thing to others, I don't think it is a great way to make alliances.**"

"Abdullah **does not listen effectively**. At a lot of meetings that I have been, he tends to talk a lot, **interrupts other speakers and tends to derail the conversation**. During intern project review meeting, he was pushing the committee to distribute the interns based on the projects that were entered even if they were not the best projects that the intern could have worked on. His attitude was if you are not present to defend and provide additional data for your projects then you do not get an intern which while was efficient from the process perspective but was not ideal. Similarly during the annual OLR, he kept interrupting the conversation and reading the data from his peer's computer which was not very nice."

"I have not seen him be very data driven; he **has strong opinions and tends to not have back data** behind these. During the conversation on MLP high operation load he mentioned that FAST was one of the biggest contributors but he was not able to provide data on why it was so. Another example was during a recent B&O, Joel mentioned that he would not be able to complete an action item (dynamo DB analysis) in a given timeframe and needed the due date to be moved (another additional week) but Abdullah kept interrupting stating that it is extremely important and the date could not be changed but he did not explain why a week's slip would be impactful."

"Often Abdullah **is eager to answer tough questions even if he does not have all the facts**. This often **leads to responses that are not crisp causing more confusion**. For example, in a meeting with the Kindle

CONFIDENTIAL          AMAZON_HAYDAR_00000636

team, Abdullah's responses to the priority scheduling problem were unfocused as he was laying out multiple solutions "we could" offer with no clear direction. He was not able to earn the trust of the Kindle team as he was not able to convince them that we take the Operational Issues with our platform just as seriously as they do and that we are executing specific projects that address these issues. I have observed similar behavior in the Executive B&O meeting and the STP Review with Peter."

### Dive Deep -

"Abdullah **needs to dive deep more to provide right answers**. In a couple of occasions, I observed Abdullah providing incorrect information without having complete details. For example, in one B&O meeting he was asked why there are many hi-sev issues in MLP, he provided the response that it was due to FIJI and once we deprecate FIJI, hi-sev tickets will be reduced. The reality is, FIJI causes mostly low Sev tickets and most of the hi-sev tickets are related to feeds platform. I wished that Abdullah's response could have been, I would come back with more information on ticket analysis rather than jumping to response."

"Situation: Weekly B&O meeting.  We were discussing the T4 process and the data I had gathered with my team with the Seller Support representatives.

Behavior:  Abdullah was insisting on having all T4 tickets be sev-2 without listening to the data or the proposals being discussed (e.g. 30-60% increase in high sev tickets for my teams and many of these tickets being un-actionable by my teams.)  Even when the meeting was over and he was leaving he continued to talk over people and insist that the only answer is sev2.

Impact: I felt that Abdullah **was not open to having a data driven discussion**, deep dive the issue at hand and work with our partner teams to resolve my team's concerns with the proposed process.  Also, it was this meeting where we had just discussed that Abdullah's teams was 3x last year's high sev tickets.  I wouldn't think that he would want to add additional operational burden to his team without a thorough deep dive.  It was not clear that he had done this deep dive for his team."

### Insists on the Highest Standards -

"Abdullah needs to insist on highest standards specifically in MLP areas. In one of the recent cases, when MLP completed the work on MLS for TANG 2.0 (Write pipeline), after the service was deployed to production, we realized that the Service was not scalable for all categories and it was only designed for Wine. Even though ILA and MVA systems are ready, we could not ramp up MYI further due to MLP limitations. Abdullah could have insisted on extensibility and scalability of the service and could have stopped moving to production, if the system was ready."

### Ownership –

You should take full ownership of the decisions and problems in your area and not come across as a "victim". As a team we decided to postpone "FASTr" technology work during OP2 with your input. There have been occasions later where you have attributed the lack of attention to operational issues as having been part of the "FASTr" de-prioritization. You should use good judgment to prioritize work that

CONFIDENTIAL          AMAZON_HAYDAR_00000637

is critical and look broadly (across MLP and SCaS if needed) to balance priorities as you see fit. Quotes from other leaders:

"During Venkatesh's transition conversation, there were occasions where I felt that Abdullah was not ready to get ownership of his areas. Specifically, during one of our meetings he mentioned that he had been hired in Amazon to manage managers and cannot afford to spend time on one particular team which is why he wanted Venkatesh to stay longer. These conversations were not very productive as Abdullah kept talking about 50%-50% split in time rather than the goals that needed to be met. I tried to explain to him that Amazon does not work that way but **he was not very responsive to the feedback**. I understand that he is new to the company and had a steep learning curve but accepting org. changes and coming up with mitigation plan to reduce impact is expected from a Senior manager which I have not seen him display."

"Ownership of problems with his services: Abdullah should challenge his team to make sure they fully understand what they own and the reasons they tell him they need to rebuild existing services. FIJI has been on a deprecation path for much too long and I worry that they will build a replacement that doesn't solve all its issues because they don't really know why it has problems now. There is a requirement miss here, I think. The new service really needs to be reviewed for design and testability, or it could become the new Fiji. He hasn't reached out to QAE yet and I have asked Ed to offer our help. I'd prefer a pull instead of a push here."

"Sometimes, Abdullah's strong bias-for-action puts him in situations where **his actions are more tactical, solving immediate problem, than strategic**.  As a result, under his leadership, there has been no concerted effort to address the operation issues plaguing the MLP team. In fact on multiple occasions, Abdullah incorrectly stated that increase in operational burden was a conscious choice to improve the Seller experience. Also, in the program reviews with Peter and the B&O meetings, Abdullah did not exude confidence that he owns the problem and he has a strategy to address the situation."

<u>Are Right, a Lot –</u>

"Recently during executive B&O, we were discussing the 911 process. Abdullah without understanding the concern raised by other managers around false positives, kept talking about making all the 911 tickets sev2's immediately. While I understand that he wants to do the right thing for the sellers, but **he needs to do his due diligence in understanding the pros and cons** before signing up for additional operational support for a team that is already burdened."

<u>Customer Obsession –</u>

"During multiple discussions, Abdullah has demonstrated a lack of Amazonian focus on customer obsession. As a most recent example, we were reviewing potential intern projects. We had a number of what was considered "poor" intern projects. Someone made a suggestion that we go back to all the teams, and ask for new projects to be submitted, particularly from the teams which did not submit intern projects. Abdullah stated that it "wasn't fair", that "if they didn't submit their idea on time, it's

CONFIDENTIAL          AMAZON_HAYDAR_00000638

not fair that they get to submit an idea later". He was **more focused on making it fair to his team, than to doing the "right thing" for our interns."**

## Hire and Develop the Best –

You haven't yet been successful in finding the right leader for SCaS. You should find a strong leader for this team which will enable you to scale better. You should also continuously evaluate the strength of your engineering team (performance, motivation and retention of your SDEs) and build an enduring high-performance team. Your interview feedback ratings in MRT indicate more "unhelpful" votes than "helpful" votes and a relatively low "strictness" score , which you should reflect on and improve your evaluation and feedback writing. We need to have a very high bar for our recruiting and people processes for us to build a strong team.

Feedback from a Marketplace leader:

"Recently I referred a candidate with 8+ years' experience building software and leading teams of engineers building software for Amazon (among other shopping destinations) Sellers for Abdullah's open SDM position.  I was leery of referring this candidate to Abdullah, but ultimately did refer the candidate.  There were a number of missteps early in the process related to getting the candidate through the interview process.  I attempted to communicate those issues and my recommended learnings to Abdullah based on my experiences ramping into Amazon and hiring for the first time.  Specifically, Abdullah felt that since he had a sell call with the candidate, it was other people's responsibility to do a phone screen.  As a hiring manager, **you need to have full ownership in the hiring process and sell the candidate as well as interview**.  While Abdullah was receptive to the feedback, I did not see a difference in his approach.  It ultimately took more than 2 months to get the candidate through the interview process for a candidate that should have been a slam dunk.  During the 2+ months a lot of momentum was lost; ultimately the candidate chose not to come to Amazon after receiving an offer.  My impression through this process was that Abdullah was not overly interested in the candidate."

CONFIDENTIAL          AMAZON_HAYDAR_00000639

| | |
|---|---|
| **From:** | Kandasamy, Ramiah |
| **To:** | Faricy, Peter |
| **CC:** | JoHahnson, Jennifer |
| **Sent:** | 6/10/2013 10:30:49 AM |
| **Subject:** | RE: appreciation and clarification |

My apologies Peter, I must have missed your suggestion not to include him. I didn't mean to include him anyways.

Kanda

-----Original Message-----
From: Faricy, Peter
Sent: Monday, June 10, 2013 10:24 AM
To: Kandasamy, Ramiah
Cc: JoHahnson, Jennifer
Subject: Re: appreciation and clarification

Yes I did initially propose we add him...until I got lots of feedback about his behavior. I then suggested to you not to include him.

Why did you include him anyways? Also, I had to personally "uninvited" him to multiple meetings during the off-site. Shouldn't this be something you own?

On Jun 10, 2013, at 9:54 AM, "Kandasamy, Ramiah" <ramiah@amazon.com> wrote:

> Peter,
>
> In hindsight, we could have chosen to leave Abdullah out of the Detroit offsite attendee list. Jen had sent a note to me (and Avi, attached) in early May that you had proposed adding Abdullah and Nitin to the offsite. I thought it would be good to add him as a leader with local roots to be part of the intro and launch of the Detroit dev team and for him to participate and learn from the 3YP reviews.
>
> I have discussed with Abdullah that he needs to be here and working with the team here going forward. His once-in-two-weeks Friday working from Detroit arrangement ends this month and he shared with me that he is looking for a more permanent accommodation in Seattle now.
>
> Kanda
>
> -----Original Message-----
> From: Faricy, Peter
> Sent: Monday, June 10, 2013 8:47 AM
> To: Kandasamy, Ramiah
> Cc: JoHahnson, Jennifer
> Subject: Re: appreciation and clarification
>
> Kanda,
> I suggest to you that Abdullah not attend the offsite and not work from Detroit anymore. He needs to focus on the basics and clearly needs lot of work on understanding our culture/ leadership principles.
>
> Why did he attend?
>
> Thanks,
> Peter
>
>
> On Jun 9, 2013, at 12:59 PM, "Kandasamy, Ramiah" <ramiah@amazon.com> wrote:
>
>> Jennifer,
>>
>> I was going to discuss this with you in our next 1:1. Last month I delivered a detailed interim written performance review to Abdullah after soliciting feedback from his peer L7 leaders, which I have attached for your review prior to your meeting with him.
>>
>> Since then he wanted to reach out broadly for a full 360 review and feedback for himself and has requested feedback from

CONFIDENTIAL                     AMAZON_HAYDAR_00000640

50+ folks through People Portal. Once all that feedback is in (ETA 6/14), I plan to incorporate any deltas from that into his interim review and deliver it to him one more time.

>>

>> I have seen that he has internalized my wake-up call to him and he seems to be making a conscious effort to improve. I have made it clear to Abdullah that he needs to turn this around quickly in a couple of months. He seems capable and just needs to apply himself to it with some smart restraint and focus.

>>

>> Kanda

>>

>> From: JoHahnson, Jennifer

>> Sent: Sunday, June 09, 2013 9:46 AM

>> To: Faricy, Peter; Kandasamy, Ramiah

>> Subject: RE: appreciation and clarification

>>

>> Abdullah and I are meeting this week to discuss.

>>

>> From: Faricy, Peter

>> Sent: Sunday, June 09, 2013 4:57 AM

>> To: Haydar, Abdullah; Kandasamy, Ramiah; JoHahnson, Jennifer

>> Subject: Re: appreciation and clarification

>>

>> Adding kanda and Jenifer

>>

>> Glad to hear you appreciated the opportunity to participate in the 3YP off-site. Your top two priorities are:

>> 1. Understand and integrate with the Amazon leadership principles and culture. This includes becoming a better listener and vocally self-critical.

>> 2. Focus on your teams execution and delivery of the 2013 plan

>>

>> IMO, any focus you have on advising others across the team is premature at this point. To quote a famous football coach "keep your head down, your mouth shut and do your job". That advice may be a bit direct and harsh in tone, but it covers the overarching idea.

>>

>> Finally, you need to make sure you cover this feedback and any other with Kanda. I know he wants to help you integrate at Amazon. Jenifer is also available as a resource and can provide great advice as well.

>>

>> -Peter

>>

>>

>>

>> On Jun 9, 2013, at 3:45 AM, "Haydar, Abdullah" <haydara@amazon.com<mailto:haydara@amazon.com>> wrote:

>> Hi Peter,

>>

>> I wanted to reach out to thank you for your advice during our interactions this past week and also to clarify one area you mentioned.

>>

>> First, I really appreciate the fact that you advised Garret and me to limit our participation in the tech 3YP review on Wednesday morning and to use the opportunity primarily to learn from the knowledge and expertise of your direct reports. This type of advice is something that has been lacking during my ramp-up at Amazon, where my first-time participation in an OLR or FLP was not preceded by any kind of guidance so I've made more than my share of mistakes in those processes as I didn't really know what to expect and likely spoke out of turn without following the right process. In each of those cases, I was approached afterwards by colleagues who wanted to help me learn after-the-fact and asked whether anyone had coached me ahead of the process and my answer has been unfortunately no. That said, I take full responsibility for my own actions regardless of any coaching and I am definitely committed to learning from and not repeating my mistakes.

>>

>> Second, I was a little confused by your advice at dinner on Wednesday when I asked you about the best lesson you can share from your time at Amazon and you answered that it would be wise to listen to the guidance given by your VP. After thinking through that discussion for the next couple of days, I realized that perhaps you had intended your advice before the tech 3YP to be to limit my participation to learning only, when my misunderstanding was that you wanted me to primarily learn from the group, but also to contribute to conversation if I had anything meaningful to add, which I did on a very limited basis by waiting to the end of each of the conversations on the "Seller-in-a-box" and Carbon. My intention was certainly not to go against your advice, so please accept my apology if I misunderstood your direction. If I am still misunderstanding your advice, I would definitely appreciate any clarifications you can provide.

>>

>> I am committed to shedding the bad habits I developed from my earlier career experiences and working to be as metrics-driven and Amazonian as possible in my leadership approach, so I would definitely appreciate any additional guidance you can provide to help me along the way.
>>
>> Thanks!
>> -Abdullah
>> <AH-May-2013-Review.pdf>
> <mime-attachment>

| | |
|---|---|
| **From:** | Locke, Carsten |
| **To:** | McVey, Kaitlin; Harris, Richard |
| **Sent:** | 1/28/2015 3:22:44 PM |
| **Subject:** | Re: Questions about organizational changes |

Our last manager mentioned you might want to talk to us.

We're free from 8:30 to 9 if that works.

Carsten Locke

Software Development Engineer: Amazon Marketplace
carstel@amazon.com | [ Redacted ]

---

**From:** <McVey>, Kaitlin <kaitlin@amazon.com>
**Date:** Wednesday, January 28, 2015 at 3:03 PM
**To:** "Locke, Carsten" <carstel@amazon.com>, "Harris, Richard" <rwharris@amazon.com>
**Subject:** RE: Questions about organizational changes

Hi Carsten,

Thanks for reaching out. Are you both free 8-9 tomorrow?

Also, (so I have context), can you tell me where you heard this? I want to ensure I am prepared for our meeting.

Thanks

Kaitlin McVey | HRBP- Marketplace
[ Redacted ] a: 2201 Westlake Ave, Suite 500 | Seattle, WA 98121
kaitlin@amazon.com | www.amazon.com
 Need HR Help? Click here!

**From:** Locke, Carsten
**Sent:** Wednesday, January 28, 2015 2:30 PM
**To:** Harris, Richard; McVey, Kaitlin
**Subject:** Questions about organizational changes

Hi Kaitlin,

We heard that you may have some questions for us regarding the organizational changes. I tried to book a meeting but could not find an open slot. Are you in the office this week or next?

Sincerely,

Carsten Locke

Software Development Engineer: Amazon Marketplace
carstel@amazon.com | [ Redacted ]

**From:** Haydar, Abdullah
**To:** JoHahnson, Jennifer
**Sent:** 8/28/2013 9:41:27 AM
**Subject:** RE: follow-up

Hi Jenifer,

Any update on this topic? I'm trying to figure out my travel schedule during September, so it would be great if you could follow up soon.

Thanks!
-Abdullah

**From:** Haydar, Abdullah
**Sent:** Wednesday, August 21, 2013 4:43 PM
**To:** JoHahnson, Jennifer
**Subject:** follow-up

Hi Jennifer,

I was just wondering if you had a chance to follow-up with Kanda today in terms of a consistent remote work flexibility policy, as we discussed.

Thanks!
-Abdullah

AMAZON_HAYDAR_00000644

| | |
|---|---|
| **From:** | Kandasamy, Ramiah |
| **To:** | Faricy, Peter |
| **CC:** | JoHahnson, Jennifer |
| **Sent:** | 6/10/2013 10:30:49 AM |
| **Subject:** | RE: appreciation and clarification |

My apologies Peter, I must have missed your suggestion not to include him. I didn't mean to include him anyways.

Kanda

-----Original Message-----
From: Faricy, Peter
Sent: Monday, June 10, 2013 10:24 AM
To: Kandasamy, Ramiah
Cc: JoHahnson, Jennifer
Subject: Re: appreciation and clarification

Yes I did initially propose we add him...until I got lots of feedback about his behavior. I then suggested to you not to include him.

Why did you include him anyways? Also, I had to personally "uninvited" him to multiple meetings during the off-site. Shouldn't this be something you own?

On Jun 10, 2013, at 9:54 AM, "Kandasamy, Ramiah" <ramiah@amazon.com> wrote:

> Peter,
>
> In hindsight, we could have chosen to leave Abdullah out of the Detroit offsite attendee list. Jen had sent a note to me (and Avi, attached) in early May that you had proposed adding Abdullah and Nitin to the offsite. I thought it would be good to add him as a leader with local roots to be part of the intro and launch of the Detroit dev team and for him to participate and learn from the 3YP reviews.
>
> I have discussed with Abdullah that he needs to be here and working with the team here going forward. His once-in-two-weeks Friday working from Detroit arrangement ends this month and he shared with me that he is looking for a more permanent accommodation in Seattle now.
>
> Kanda
>
> -----Original Message-----
> From: Faricy, Peter
> Sent: Monday, June 10, 2013 8:47 AM
> To: Kandasamy, Ramiah
> Cc: JoHahnson, Jennifer
> Subject: Re: appreciation and clarification
>
> Kanda,
> I suggest to you that Abdullah not attend the offsite and not work from Detroit anymore. He needs to focus on the basics and clearly needs lot of work on understanding our culture/ leadership principles.
>
> Why did he attend?
>
> Thanks,
> Peter
>
>
> On Jun 9, 2013, at 12:59 PM, "Kandasamy, Ramiah" <ramiah@amazon.com> wrote:
>
>> Jennifer,
>>
>> I was going to discuss this with you in our next 1:1. Last month I delivered a detailed interim written performance review to Abdullah after soliciting feedback from his peer L7 leaders, which I have attached for your review prior to your meeting with him.
>>
>> Since then he wanted to reach out broadly for a full 360 review and feedback for himself and has requested feedback from

                    AMAZON_HAYDAR_00000645

50+ folks through People Portal. Once all that feedback is in (ETA 6/14), I plan to incorporate any deltas from that into his interim review and deliver it to him one more time.

\>>

\>> I have seen that he has internalized my wake-up call to him and he seems to be making a conscious effort to improve. I have made it clear to Abdullah that he needs to turn this around quickly in a couple of months. He seems capable and just needs to apply himself to it with some smart restraint and focus.

\>>

\>> Kanda

\>>

\>> From: JoHahnson, Jennifer

\>> Sent: Sunday, June 09, 2013 9:46 AM

\>> To: Faricy, Peter; Kandasamy, Ramiah

\>> Subject: RE: appreciation and clarification

\>>

\>> Abdullah and I are meeting this week to discuss.

\>>

\>> From: Faricy, Peter

\>> Sent: Sunday, June 09, 2013 4:57 AM

\>> To: Haydar, Abdullah; Kandasamy, Ramiah; JoHahnson, Jennifer

\>> Subject: Re: appreciation and clarification

\>>

\>> Adding kanda and Jenifer

\>>

\>> Glad to hear you appreciated the opportunity to participate in the 3YP off-site. Your top two priorities are:

\>> 1. Understand and integrate with the Amazon leadership principles and culture. This includes becoming a better listener and vocally self-critical.

\>> 2. Focus on your teams execution and delivery of the 2013 plan

\>>

\>> IMO, any focus you have on advising others across the team is premature at this point. To quote a famous football coach "keep your head down, your mouth shut and do your job". That advice may be a bit direct and harsh in tone, but it covers the overarching idea.

\>>

\>> Finally, you need to make sure you cover this feedback and any other with Kanda. I know he wants to help you integrate at Amazon. Jenifer is also available as a resource and can provide great advice as well.

\>>

\>> -Peter

\>>

\>>

\>>

\>> On Jun 9, 2013, at 3:45 AM, "Haydar, Abdullah" <haydara@amazon.com<mailto:haydara@amazon.com>> wrote:

\>> Hi Peter,

\>>

\>> I wanted to reach out to thank you for your advice during our interactions this past week and also to clarify one area you mentioned.

\>>

\>> First, I really appreciate the fact that you advised Garret and me to limit our participation in the tech 3YP review on Wednesday morning and to use the opportunity primarily to learn from the knowledge and expertise of your direct reports. This type of advice is something that has been lacking during my ramp-up at Amazon, where my first-time participation in an OLR or FLP was not preceded by any kind of guidance so I've made more than my share of mistakes in those processes as I didn't really know what to expect and likely spoke out of turn without following the right process. In each of those cases, I was approached afterwards by colleagues who wanted to help me learn after-the-fact and asked whether anyone had coached me ahead of the process and my answer has been unfortunately no. That said, I take full responsibility for my own actions regardless of any coaching and I am definitely committed to learning from and not repeating my mistakes.

\>>

\>> Second, I was a little confused by your advice at dinner on Wednesday when I asked you about the best lesson you can share from your time at Amazon and you answered that it would be wise to listen to the guidance given by your VP. After thinking through that discussion for the next couple of days, I realized that perhaps you had intended your advice before the tech 3YP to be to limit my participation to learning only, when my misunderstanding was that you wanted me to primarily learn from the group, but also to contribute to conversation if I had anything meaningful to add, which I did on a very limited basis by waiting to the end of each of the conversations on the "Seller-in-a-box" and Carbon. My intention was certainly not to go against your advice, so please accept my apology if I misunderstood your direction. If I am still misunderstanding your advice, I would definitely appreciate any clarifications you can provide.

\>>

CONFIDENTIAL                                              AMAZON_HAYDAR_00000646

>> I am committed to shedding the bad habits I developed from my earlier career experiences and working to be as metrics-driven and Amazonian as possible in my leadership approach, so I would definitely appreciate any additional guidance you can provide to help me along the way.
>>
>> Thanks!
>> -Abdullah
>> <AH-May-2013-Review.pdf>
> <mime-attachment>

# 13-14 Performance Review

## Manager Review

Abdullah Haydar
Performance Review: 04/01/2013 - 03/31/2014

**Reviewer:** Joel Mosby          **Role:** Manager

**Status:** Completed          **Manager:** Joel Mosby

### Overall Performance Summary

**Employee Summary:**

While I started my tenure at Amazon with some quick successes, including taking over the listing platforms right at Q4 peak without a hitch, completion of the FAST feed processing system rollout, and driving the successful Listing SOP Workshop with Seller Support, I also faced some culture adjustment challenges, partially due to a lack of guidance from my manager, which took me longer than necessary to overcome. More specifically, my initial document writing was insufficiently metrics and goal-driven and I repeatedly used anecdotes rather than relying on data to drive meeting discussions, especially when the data was not immediately available. I also repeatedly made the mistake of seeking immediate decision-making rather than deferring until the right data was available and analyzed. With coaching and mentoring, I believe that I have improved in these areas in the past 6 months and this has been recognized by my colleagues. My 2013 current goal status is as follows:

72 Completed on time - Completed 3YP, OP1, FBA Knights Deprecation, LDR, Internships, People management goals

4 Completed late - Feed Processing latency non-regression goals were met in January 2014 rather than by 12/31

4 Did Not Meet - Failed high severity ticket reduction goals for both of my teams, my hiring for attrition backfill goal, and the Project Tang overall 1% weblab goal

11 Canceled - Canceled three EOE goals during 2013 OP2 and 8 project goals due to project deprioritization during the year

As of early December, I began to transition my responsibilities as the Listings Platforms are moving to our Phoenix dev center and I have ensured continuity for my previous teams by committing myself and my previous direct-report managers to owning the review process throughout the cycle. We have met all transition and review milestones and goals through today.

Due to the absence of an existing manager, I have also fully taken on my new area of responsibility beginning in December, including the annual reviews and promotion process for the existing 10 SDEs on the SSA team and responsibility for the SCA team. They have all provided positive feedback regarding the process improvements I have immediately instituted.

**Manager Summary:**

2013-2014 was your first full year at Amazon and was a mixed year for you.  There were some challenges that you and your team faced with operational issues in SCaS and MLP as well as some wins that you call out in your self-review.  Since taking ownership of the Seller Success team, you have done an excellent job driving recruiting in Detroit, hiring 9 of your 14 open positions in DTW in Q1 2014.  You have also done a great job of building trust with the current SDE's on the SSA team

in Seattle by making yourself available for regular 1:1's and to drive the growth of their careers.

From your self-review, it is clear that you are passionate about Amazon and Marketplace and go above and beyond what is normally expected of a Senior Technology Manager at Amazon. I think sometimes that passion can get in the way of creating positive relationships with your peers. I'm also concerned that you may be stretching yourself to thin and would like to see you think about which activities (e.g., Safety Czar, 9 Mentees) that you should scale back on and shift that time into more value added activities that set your team up for better success (e.g., creating rich technology deep dive documents and reviews, creating rich technology 3 year plans for your technology, sweating the details).

In addition to the goal summarization in your self-review, I have compiled the following goal summary based on goals in the Marketplace 2013 goal SharePoint.

Goal Summary by Goal Level:

Marketplace – Total of 4 Marketplace goals, of which all 4 where Completed Late. These goals include:
1. Reduce Variability for Submit to Downstream Service for Image Updates to 4.0 minutes at tp50, 15.0 minutes at tp90, 1.0 hours at tp99.9 and 24.0 hours at tp100 by 12/31/2013
2. Reduce Variability for Submit to Downstream Service for Inventory Updates to 2.0 minutes at tp50, 5.0 minutes at tp90, 1.0 hours at tp99.9 and 24.0 hours at tp100 by 12/31/2013
3. Reduce Variability for Submit to Downstream Service for Price Updates to 2.0 minutes at tp50, 5.0 minutes at tp90, 1.0 hours at tp99.9 and 24.0 hours at tp100 by 12/31/2013
4. Reduce Variability for Submit to Downstream Service for Product Updates to 2.0 minutes at tp50, 5.0 minutes at tp90, 1.0 hours at tp99.9 and 24.0 hours at tp100 by 12/31/2013

Director – Total of 1 goals that was not met. These goals include:
1. Build FIJI-replacement at feature parity for IOP functions by 12/31/2013 (see details for feature milestones). Launch 1% of ILA traffic in Production.

Manager – Total of 41 Manager goals, 26 (63.4%) goals were Completed, 13 (31.7%) goals were Canceled, and 2 (4.9%) goals were not met.

Goal Summary by Team:

Selection Cache Services (SCaS) - 17 SCaS Goals. Of which 13 (76.5%) were completed, 0 (0.0%) were complete (late), 1 was not met (5.9%), and 3 (17.6%) were cancelled.

Marketplace Listing Platform (MLP) - 28 MLP Goals. Of which 13 (46.4%) were completed, 3 (10.7%) were complete (late), 2 were not met (7.1%), and 10 (35.7%) were cancelled.

Based on your performance during 2013-2014, you achieved the goals you set out to accomplish but need to improve you demonstration of specific Amazon leadership principles on a sustained basis.

Your overall rating for 2013-2014 is: Achieves / Development Needed

## Identify Strengths

**Employee Summary:**
1. Highly appreciated single point of contact owner for all listing feed processing for 3P Sellers, Internal Sellers (Retail, Kindle, AIV, P-Ads, Local, Fresh, etc), and Subsidiaries (Woot, Goodreads, Shopbop, Quidsi, Zappos, etc)
2. Met 2013 D-Team goals for Digital Publishing Pipeline through joint MLP-DPP project utilizing

loaner SDE (whose work I managed directly during this project and who was promoted as a result of this project). I drove this project from inception through delivery.

3. Met 2013 Retail goals for priority processing and scaling expansion to support large scale redrives of catalog

4. Led strategic selection technologies team through successful 3Y and OP1 processes

5. Recognized for leading role among L7s in FLP, Promo Panel, OP1 scoping, and Intern Project review processes

6. Promoted 3 SDEs during 2013

7. Led 2 successful interns (one personally due to open SCaS manager position) from project proposal to hire offer

8. Initiated and led Amazon Website Publishing Pipeline scaling effort to migrate from legacy scaling processes to support consistent business metric-driven scaling in support of mid-year 2013 and future growth

9. Mentored 4 SDMs, 1 TPM, and 4 SDEs outside my teams

10. Contributions to wider organization:

a. Safety Czar

b. Seller Support SOP Workshop sponsor and participant

c. Hackapalooza coordinating committee, MC, and on-site participant coordinator

d. 2013 ZonCon Lightning Talks speaker

e. Marketplace Newsletter contributor

f. Operations Tool security analysis lead

g. Marketplace Food committee lead

h. Coordinated Marketplace-wide participation in FC Holiday Giftwrap event

i. Ran marketplace principal deep dive series for 1.5 months while lead principal SDE on this was OOTO

j. Participated as member of CCB process improvement proposal committee

11. My teams met SLAs consistently for COEs, Policy Engine, Anvil, and tickets (despite the highest Marketplace operational volumes).

12. I was successful in running the SCaS team directly for 3.5 months when the team manager decided to leave 6 weeks after I started and then successfully backfilled the manager position with an external hire.

13. I conducted 88 interviews during my first 12 months, which exceeds any other new hire during the same time period. This includes supporting intern phone screens, a college recruiting trip, and numerous phone screens for international candidates. I also drove certification of 3 Trusted Evaluators within my teams.

14. Continually recruited for Detroit office and initiated Marketplace Office Expansion Strategy for Marketplace senior leadership team, which has been requested by multiple orgs for their reference (in redacted form).

15. Leveraged my travel and automotive industry expertise to assist automotive category leaders with industry contacts and specific proposed industry integration as well as assisting with travel-related services proposal.

**Manager Summary:**

Strengths (146)

Customer Obsession: 23
Ownership: 22
Invent and Simplify: 0
Are Right a Lot: 4
Hire and Develop the Best: 7
Insist on the Highest Standards: 5
Think Big: 3
Bias for Action: 19
Frugality: 1
Vocally Self Critical: 10

Earn Trust of Others: 21
Dive Deep: 15
Have Backbone; Disagree and Commit: 8
Deliver Results: 8

You demonstrate an extraordinary level of passion and dedication to what you do as evidenced by your peer feedback.  Some of the strengths that stand out are your dedication to your customer and the ownership you demonstrate over your area.  This exuberance causes mixed results as you can see from the mixed earn trust feedback.  While there are some positive comments in this area, this is also an area that needs focused improvement during 2014-2015 to turn this into a consistent strength.

Customer Obsession

"Abdullah demonstrated customer obsession and bias for action in several urgent seller investigations I was involved with in one way or another. One of these was a Seller 911 case in late April that he asked the team to take a look at via email during the evening on a Saturday. It was related to blank product titles in the Open Listings Report, which could easily have been the SCaS team, but I did an initial investigation and determined that it should probably go to MLP. From there he escalated and maintained pressure (over email) to respond to the seller's issues in a timely fashion, leading to TT21326876 and the eventual resolution through a coordinated effort between MLP and retail teams."

"In the other case, he received a seller escalation related to a difficult Platform Search migration in China and it was a complex enough issue involving our older systems that he decided to call in Mohammad and me the next morning to work with the current team to make sure they fully understood the options for solving the issue as well as any nuances that might be overlooked. After this summit, the team was able to put together a plan to complete the migration successfully and resolve the seller impact, which was documented in COE 38430."

"Abdullah also held regular meetings with his managed teams, SCaS and MLP. He facilitated cross-team discussion and was thorough and transparent with our teams' direction. I was consistently impressed with how much and with how much detail he understood every initiative, project, and task we worked on as a team. Abdullah attended and contributed to MLP's first annual Feedapalooza this year, where we identified and attempted to address the largest contributors to seller pain and our team's operational burden. He expressed genuine interest in resolving these issues and even volunteered solutions and offered help in completing our task list."

"Regarding Customer obsession, Abdullah definitely goes the extra mile to make sure customer needs are taken care first. One of our integrators (Spaceware) has been having issues with his listings. Upon further investigation, it was found that root cause of the issue is in item master's court. He just didn't return the case back to customer care asking them to follow up item master team but he took on himself to follow up with Item master team on this issue and made sure this issue got the appropriate attention and priority from Item master team. This issue is now being followed up by Item master on a weekly basis."

Ownership

"I have mostly worked with Abdullah in the weekly MTOR Marketplace Operational Excellence meetings. Abdullah dives deep in knowing what high and low sev details his team has, deep diving and bringing 1 pager documents to detail the reason for tickets over 6 week average and his team's action plans to resolve root cause of the issues. He does not argue about the metrics, he uses them to inform him of the work needed to improve his team performance. Abdullah shows strong ownership of the team's he manages by holding his team accountable for success. We had an issue with one of his oncall folks not documenting tickets, I brought it to his attention and it was resolved promptly."

"Abdullah's greatest strengths are his ability to understand systems and work with others. Upon entering Amazon and throughout last year he made it a priority to understand the teams and systems that exist within Marketplace, and network with the right leaders to understand what their issues were. Abdullah wasted no time in asserting himself as the owner of the ScAS and MLP teams with all the people and teams that he networked with. He also made certain to get into any meetings that Venkatesh/Ramesh and I had to ensure that he had direct visibility into all that was going on."

"Abdullah was L7 manager for listing platform space, and my interaction with him was during various meetings specifically in program reviews or during escalations. On positive side, I find Abdullah a very approachable, easy to work with, and who has strong bias for action. He became a single point of contact for external feed users, and this helped driving various process improvements including ensuring stable devo platform for listing. His continuous focus on operational load on MLP resulted in large reduction in sev-2 tickets for MLP."

"I worked with Abdullah in 2013 when it came to my attention that someone had been telling our engineers that they needed to fund CN hardware growth. Because all things hardware related are confusing, the message my engineers got was that this was somehow funded, yet I was pretty sure that wasn't the case. After trying to figure out how to get to the bottom of this, I found Abdullah (If I recall, the messenger of all this was someone who worked for him). Abdullah was extremely helpful in finding out from the CN teams what really happened, why there was confusion, and uncovered the somewhat contradictory conclusion the CN team came to around funding. Point being, Abdullah was pretty undefeatable in researching what had happened, and brutally honest about what was really going on. Then we tried to work together to figure out how such things could be avoided in the future. It was really great how Abdullah, who doesn't really know me that well, was willing to go out of his way to help me out, not just for my sake but because he realized the underlying problem (namely the way everyone tries to play hot potato with hardware) is a companywide problem that he wanted to help solve. On top of that, he was friendly and fun to work with. Overall, I really liked working with Abdullah, and would readily seek him out again to help me troubleshoot a problem or navigate his org."

Earn Trust of Others

"He is very energetic and passionate about his customers and his commitments. I worked with Abdullah on Pricing error suppression. In addition to quickly signing up to help us deliver on work in his space, he also followed up post-delivery to ensure everything was working as expected. He is very engaged in all his meetings and ensures he gives his input into the process. It is a great pleasure to work with him. His obsession to learn and be the best in whatever he is tasked with and exemplify leadership principle is clearly raising the bar for all the managers in the marketplace. Initially, I was taken aback by his over enthusiasm level but over a period of time, I am totally sold on his genuineness, sincerity and goodwill for others."

"In my interactions I find him enthusiastic about the various things we are currently working. He showed a lot of curiosity to know the changes we are bringing in the finance/payments world and offered to help with reviews etc. I also find him very enthusiastic in hiring related activities. He helped do a lot of phone screens for college hires and interns."

"For me, Abdullah has provided a good sense that I am working on a 'management team'. We share and cover each other for work on some of the ACTION REQUIRED emails driven by the Marketplace PMO (e.g., scoping requests), and cover for and represent each other at the number of different meetings we must attend (IOP/Marketplace Coordination, Listing Quality Review, WPR, etc.). During a couple of outages he jumped into the problem before I had a chance to and started up a con-call to get the problem resolution more focused. I truly appreciate not having to be the only one that is/was continuously on-the-hook for these and rested easier knowing that a backup for me existed."

                                      AMAZON_HAYDAR_00000652

"When ticket projection was going above goal, Abdullah dove deep into ticket analysis and drove for ticket reduction for MLP. He categorized and prioritized the top offenders and held follow up meetings to plan out path to resolution and continuously follow up on the action items. His work and leadership ensured a successful Q4 as well as contributed to the turn-around of year end ticket count."

"Abdullah joined as our senior manager last year but he also filled in as our manager for some time when Venkatesh left. He made sure he had 1:1 scheduled with each one of us regularly and tried his best to be available whenever we wanted him. He was always responsive to emails and IM communication. He gave me feedback from time to time about my performance and shared a lot about his different experience in his career. I could see he quickly adapted to the Amazon culture once he joined and was able to encourage others to adopt Amazon Leadership Principle."

"Abdullah took the time to get to know all of his team members on a personal level. Abdullah and I share an origin from the Midwest. When I expressed interest in visiting the Detroit office over the holiday break he went out of his way to make sure I would have access to the building, knew where to park, and put me in contact with one of the managers in that office so my visit would be comfortable."

"During the investigation and fix processes, we had a few calls with the Marketplace and CN 3P team. It was the first experience the CN 3P team had with JeffB escalations and Abdullah did an excellent job communicating the issues, asking for additional information to understand/confirm the problem walk through the short term and long term solutions. He really was a role model for how to manage a JeffB escalation."

"During last year SCaS had no manager for several months, during this time Abdullah started leading the team. Abdullah listened and took steps possible to address them. Abdullah conducted regular 1x1 sessions, performance reviews and team meetings. Also when we got new manager he made sure things were running smooth and solved any issues that arise. During high sev events, Abdullah provided support and communicated effectively."

## Identify Areas for Improvement

**Employee Summary:**

1. My biggest miss during 2013 was in deferring the actual reduction of high severity tickets for MLP in order to focus on other work. We successfully achieved the wrongheaded strategy I put in place, which was to meet all ticket SLAs and to keep non-on-call SDEs from dealing with operations issues, but this neither served our Sellers well since they still faced operations issues even if resolved quickly nor our SDEs who still had very high operations burden, even if it was only when they were on-call. This was rightfully called out in the 2013 SDE Survey as the primary source of SDE dissatisfaction with their team. Once this strategy was shown to me to be incorrect during May, I drove corrective action and reduced high tickets from a weekly average of 30 in Q1 to a recent weekly average of 6 by the end of Q4.

2. My second miss during 2013 was in being insufficiently detailed in ensuring that MLP Project Tang deliverables met the right quality bar. After Project Tang missed all milestones during 2012, I ensured that MLP met all Project Tang deliverable timeframes through Q3 before realizing that the MLP Project Tang team had not reviewed their designs with senior SDEs and this resulted in substantial architectural rework to ensure scalability ahead of Q4.

3. My third miss during 2013 was in the oversight of Project Tang. In addition to miss #2 above, my focus on MLP meeting its deadlines allowed me to miss the overall project milestones being repeatedly slipped by the other teams who owned parts of Project Tang. This jeopardized the overall project timeline and caused us to continue to push the project into 2014. I also did not focus enough on the scope being sufficiently detailed to include level of complexity that the actual deprecation of FIJI will require and instead wrongly continued with the team's 2012 strategy of focusing on FIJI

functional parity.
4. I was unsuccessful in hiring any senior SDEs to fill my open senior SDE positions on both SCaS and MLP during the entire year. Although this was not a divergent pattern from other Seattle teams, I was also unsuccessful in leveraging the remote offices to offset this miss.

**Manager Summary:**
Areas for Improvement (87)

Customer Obsession: 4
Ownership: 9
Invent and Simplify: 6
Are Right a Lot: 6
Hire and Develop the Best: 3
Insist on the Highest Standards: 3
Think Big: 8
Bias for Action: 3
Frugality: 1
Vocally Self Critical: 8
Earn Trust of Others: 16
Dive Deep: 11
Have Backbone; Disagree and Commit: 4
Deliver Results: 5

As discussed in our 1:1's since you took over Seller Success and Business Reports and started reporting to me in early 2014, you need to take aggressive steps to improve your communication style in all directions (downward, laterally, and upward). While I do see positive signs that you understand and are acting on this feedback, there are other times where you revert back to over-powering conversations you are in and interactions with others. An example on the positive side is during Avi's OLR this past February, you added comments at the correct time that were additive to the conversation. On the other side, in a recent (2 weeks ago) review with Avi and myself to review your Detroit relocation plan for SSA, I had to ask you to not interrupt me and let me finish my statement at least 5 times during that meeting. This meeting was also an opportunity to get feedback from Avi. Since both of us had difficulty getting a word in edgewise, you missed an opportunity to get feedback from Avi on your plan and re-enforced the impression that you are not receiving and adapting to the feedback you are receiving in 1:1's. While I have no problem asking you to let me finish a sentence without being interrupted, your peers and directs may not feel as comfortable voicing their need to finish a thought which leads to a loss of trust. This issue is the single biggest issue you need to take measurable and immediate steps to improve and will severely limit your growth at Amazon. I believe this is addressable and will be working with you to create a development plan and set goals for you to address this feedback.

Some of the feedback on how this behavior impacts trust your co-workers have in you is:
1. Downward – Since taking over the Seller Success and Seller Central Analytics team, I have received consistent feedback in skip level 1:1's that you show an interest in your team's careers that they appreciate and you are gaining a deep knowledge about these technology areas. However, it is also clear that in your 1:1's with the team they are feeling like you frequently monopolize the conversation.
2. Lateral – As evident in the peer feedback below, the impact of overpowering the conversation has a direct impact in the (1) trust, (2) perception of being vocally self-critical or self-aware, and (3) perception of how right you are. To some degree these are output metrics and I would challenge you to look at inputs (e.g., dive deep, sweat the details) that can help improve these output metric. An example would be from yesterday's B&O meeting where you presented a deep dive document on high severity tickets in Seller Success. I think you did a great job on 90% of the deep dive, but omitted clear next steps, owners and ECD's in the document for your actions to address. This extra "dive-deep" can prevent you from being in a position where you have to argue your way out of, or

AMAZON_HAYDAR_00000654

overpower the conversation which never goes well at Amazon.  If you were to put the extra time into nailing the details and letting the data speak for itself you would avoid the situation all together and leave people walking away from the meeting thinking Abdullah's on top of it.

3. Partner – During your trip to Romania with the FBA team, I received immediate feedback that within a day the members of the FBA team felt like they knew your entire history and were probed for personal details that made them uncomfortable.  While I understand you were trying to get to know the team better, you need to recognize when the other person is not participating in the conversation with the same enthusiasm you are and pull back versus attempting to fill the silence with more conversation (e.g., say more with less words).

4. Upward – In addition to the example provided above (DTW relocation), there is also evidence in the peer feedback about misses in communicating upward and the importance of writing crisp clear documents.

Earn Trust of Others / Vocally Self-Critical / Are Right a Lot

"Abdullah is socially un-aware. In a recent staff meeting that his director was leading, Abdullah cutoff participants multiple times to suggest they try providing a different updates. The leader of the meeting did not appear to have an issue with the way the meeting was going, but Abdullah took it upon himself to manage it on his behalf. As a result, I had 2 people speak with me afterwards regarding the uncomfortable nature of Abdullah's behavior. This is constant behavior over the past 12 months."

"I've noticed that in leadership meetings, Abdullah will sometimes interrupt other managers. This tends to happen when he feels passionately about something, and doesn't agree with what another manager is saying. This is not to say that he raises his voice or is unprofessional, but some people take being interrupted very seriously, and this could be a trust-buster for their working relationship with Abdullah. Overall, it makes the tone of a meeting where it occurs less positive."

"The Promo process, Intern process, OP1 Estimation and 3YP need L7s to make them work. Behavior: Abdullah can be overly vocal even in areas where he does not have a strong background or information. He makes a judgment quickly and then runs with it. Impact: Since Abdullah is not shy with his opinion sometimes he is overly vocal and wrong. These situations can detract from meetings and create churn."

"Abdullah should develop some active listening skills. He comes out as a person who is not only too vocal, but doesn't seem to see the other person's point. He likes to counter every argument and feels like he wants to have the last word. This does give a feeling he doesn't want to collaborate, which might not be the case."

"While Abdullah attempted to manage the SCaS team and later on continue his role as our Senior manager once a developer manager was found, he would meet regularly with each developer and attend meetings to help represent the SCaS team. From my experience with the design and review meetings I've attended with Abdullah, I have found that the meetings are not quite as productive with his attendance. The design and reviews are often taken on a tangent with his comments during the meeting, detracting from the productivity and achieving the goals of the meeting. Often the comments will be stories of things that happened previously in his experience, but rarely did they have any relevance to the current topics at the meetings, often causing frustration to the meeting attendees. In order for Abdullah to become a stronger manager, he should stay more attentive at meetings and try to keep on topic and lend relevant comments to the discussions."

"Though he has earned my trust on one occasion his abrupt answer to a question I had required more questions and time to get the detailed information needed. He can use a pause, and ask a redirect question will be more efficient."

"Under Abdullah's leadership both of the teams he managed, SCaS and MLP, went into disarray - SCaS lost the manager and several SDE-IIs, MLP lost a SDE-II, and not a single new hire was

made. Not unrelated, Abdullah never developed a vision for the teams he owned and his teams received the worst SDE feedback that I have seen, with 12 out of his 13 SDEs stating that they would not recommend their team as a good place to work."

"In many ways, the teams and projects under Abdullah's leadership did not fare well this year. While this has been a painful onboarding experience for Abdullah, he never shied away from holding himself responsible and learning from it. For instance Abdullah owned the responsibility for not identifying and addressing the operational burden faced by the team. Similarly, during the Peter deep-dive on the team performance, he admitted misses that resulted in low SDE satisfaction in his team as well as missing goals on the Cuba/Cradle project."

"Overall, in my opinion, Abdullah's need to be Right A Lot blocks him from succeeding here. He would rather risk throwing out a high level 'guess' type of response before admitting he needs to do additional research (which is nothing to be ashamed of given his newness and the highly complex environment in which we operate); I believe Abdullah tremendously wants to show his ability to be successful – and I'm afraid that this is hurting him. To summarize - in my opinion, Abdullah is simply too eager and wants to be the person who knows it all, but he cannot be (at least in the time frame he wants to be) – this will not scale. He should slow down a bit and seek to understand first before responding, provide others a chance to respond, or simply delegate a response to others."

"On a recent concall while working on an operational issue, I observed Abdullah rush to judgment and make suggestions that weren't helpful to solving the root cause. I could sense some frustration from the engineers on the call whose job it is to perform this diagnosis. As a senior leader on the call, Abdullah's role should be to listen, make sure the right people are engaged, and ensure that the engineers are closing on the proper root cause."

"Abdullah can be disruptive during meetings and discussions. When others are talking, Abdullah regularly interrupts (loudly, and with a long digression). When the group wants to move off of a topic, Abdullah regularly brings the group back to the previous discussion."

"In my experience with Abdullah (at least in meetings and doc reviews) he doesn't sweat the details which typically puts him a bad position which he then tries to argue his way out of and tries to be over powering which at Amazon never goes well. If he would just nail the details and use data to speak for him he would not get himself into so many bad situations, the "Dive Deep" aspect he really needs to improve on IMO."

## Ratings

**Performance Rating:** Achieves
**Leadership Principles Rating:** Development Needed