# Exhibit ; !%

| | |
|---|---|
| **From:** | Oehler, Derek |
| **To:** | Gaw, Garret; Saxena, Avi; Mosby, Joel; Simpson, Ian |
| **CC:** | Cole, Madonna |
| **Sent:** | 5/6/2015 5:38:16 PM |
| **Subject:** | ACTION: READ ATTACHED REVIEW |
| **Attachments:** | abdullah_haydar_review.pdf |

**From:** Cole, Madonna
**Sent:** Wednesday, May 06, 2015 4:45 PM
**To:** Simpson, Ian; Saxena, Avi; Mosby, Joel; Gaw, Garret
**Cc:** Oehler, Derek; Cole, Madonna
**Subject:** Follow up on AH

Hello all,

Last Friday, Shelly met via phone with Abdullah regarding an investigation and the results. The results of that investigation did not substantiate the claims he made.

He continued, however, to find perceived discrepancies in his annual review and ratings. In that meeting, Shelly said we would do a final review of his annual review and ratings with all of us present, as past and present managers, and me as the HR Director.

It will be important that all on the thread here read his review, review your notes, experiences and input into AH review so that we can be assured that his ratings are fair and reasonable. At the end of the discussion with Abdullah, Ian and I will both need to be aligned that the ratings are correct.

Derek – can you ensure that everyone here has read the review and any relevant inputs? I will send notes on the structure of the conversation with AH, and will schedule a pre chat with all of us. This needs to occur relatively quickly.

Thanks for your help, feel free to contact me for more information/details!

AMAZON_HAYDAR_00002406