# Exhibit @!%

Abdullah Haydar
Discussion: March 5, 2015
Conference Call

Shelly: I read your email, but why don't we start with you walking through the events since you joined that you outlined in your email:

In terms of a pattern, started at the beginning, hired by Kanda. Well understood that his strength was manaing the relationship with his boss, his only strength. Everybody was unhappy. I had 17 years of experience and I had to learn, put foot in my month and he shoved it down my throat. Rough go. Unhappy, and found out not only one.

3 tech directors (Kanda, Avi reported into Peter; Jim reported into Curt)

Escalated to Peter Faricy on Kanda in email (has email)– on my lack of getting guidance from Kanda as my leader, he focuses on wrong things. He would respond to work with Jennifer and Kanda on the concerns. I met with JJ and Jim who sent me to Curt.

In summer 2013, escalated to Jennifer JoHahnson. She through hands up in the air and can't help you. Jim Joudrey also expressed similar with Kanda and suggested that I get out of Kanda's org; Jim 6 months in, got guidance from Curt Ohrt, on how to be a successful L7.

(STC note: I had to slow him down; he was becoming unclear in what he was communicating)

Relationships are everything to Peter, above the work. A reorg happened in October 2013, started working with Jum. Said that Kanda never provided meaningful feedback. Only gave silly, nitpicking feedback. I asked for a proper review and feedback on how I am doing. Jim and I went into detail on what I delivered and mistakes, but in realm in Achieves/SS. Happy working with Jim. At that point with hiring problems in Seattle, we talked about what should be in Seattle, Phx, Detroit.

Personal situation with family in Detroit. Hired Doug Wezel to do my job to Phx and Jim agreed to help me look for my next role. Then Avi and Joel approached me to reconsider and move back to Detroit and move Seller Success and Business Reports to Detroit.

Kanda moved out in January 2014.

New role, A team I Seattle and a team in Romania that is funded by Marketplace. That team was unhappy with no manager and Joel interim and little direction. I had to work hard to win them over. Last year, 4/30/14. Achieved and DN and no pay raise. I was very frustrated. Kanda wanted his review not to include Kanda time and 50% of the stuff was under Kandas' time. Not what we agreed too. I did not want o be tarnished with an LE. Joel said can't and won't do anything about it. I escalated to Madonna on 5/1. Call on 5/21. (Content of meeting – I was told by many people that Kanda is an LE and not a fair process because Jim told me I was A/SS; Jim went into OLR but changed to A/DN; not a fair process because the context of Kanda's behavior and lack of guidance and not clear separation of my own performance and Kanda; I was not opposed to A/DN but the Least Effective). I am recognized by my team as being a strong leader. I felt like I am not LE against my peers. Felt that nobody standing up for me and not getting fair shake).



CONFIDENTIAL

AMAZON_HAYDAR_00000708

I saw her a few times but she never followed up with me. Talked to Madonna and said I had concerns. Essentially no follow up. I tried to meet with her repeatedly; on July 17th go an email out of the blue. (See email).

Joel as my manager I was not getting anything out of him, but also no harm. I would have occasional 1;1 with Avi. 6/2/14 I shared that I did not agree with the rating, he told be no PIP or dev plan, Kanda related, successful first half of the year, just have a good year. told more success than other L7s. All going well. Being recognized, invited to EE conference,  OE team asked for best practices contributing value across company and being told that contributing.

10/28 had a mid-year review with Joel.  I went from 2 teams to 4 teams over the year.  I promoted people, hired, migrated the team to Detroit, then the SSA team grew and split he team into two. Seller Nudge Application and Platform; told the split plan was a success story. Worked with Rajiv Rastogi because we were doing more ML work than anyone. Formed ML team and was acting manager.  Being told that having a successful year. During midyear, presented goals and self-assessment.  Talked about goals and I was successful.  I was not perfect by any means but regardless, Joel agreed that I was exceeding goals, in Romania was A/SS and overall E/SS.  Got positive feedback from Garret Ga.   I was being commended, nothing to worry about doing all the right things.

I am successful in attracting people to Seattle.  In late October, ILA team (Alexandro) was unhappy with his projects and management structure and his wife wanted to practice with her medical license. He applied for a transfer, then I started negotiated with his previous manager (Saran Raj; reports to Sariam Chimta).   They had attrition issues, we need to keep him for 90 days, but excessive and company policy is 45 days. Had a meeting and offered alternatives.  They dragged their feet; told them a min of 45 days. I said, we need to move this forward;.  "Look, take action here, and escalate. They escalated to Joel. ' Unbeknownst to me, I did not know that a reorg coming, Joel got involved.   Joel met with Alexando and asked what day you want to move who said late Dec date. I said that is ridiculous.  This candidate had plans to move in November, and then I said that managers gave false parameters and not fair. I said fine and make sure he is not demoralized. Big disagreement.

10/27 is when Alexando applied.  11/13 Joel got involved.   12/22 agreed to the date. I was very unhappy.  (STC: I said two months is not uncommon.   Ab said it is; Ab said it is not uncommon and I heard from my peers that uncommon; my experiences were all two-three weeks. No one every escalated to go beyond).

Joel and I had 1:1; 11/1/15. Lets disagree and commit and move on.  Joel said not being vocally self-critical and should have worked it out. I did this and that; he never gave me advice on how to have handled it differently.   Heated argument.  Joel hung up on my.   I sent him an email that (see email) – lets be done and not talk about this again.  Joel insisted that Alexandro had choice but I said we gave him false premises and min. 45 days; I said Sirim was being obstinate; Alexandro said that Sirim next sat down with him. Plus Sirim is an LE manager and part of a review cycle aith 50% attrition.   I was in Avi's OLR and Saran presented Sirim and LE.  Sirum as being obstinate but didn't' want to lose happiness of TT who was being mistreated – he had a bad manager. Alexandro was trying to give a proper transition and finish projects before he even applied.

Joel kept cancelling 1:1s.

In early Dec; Joel an Avi visited Detroit; I had a 1;1 with Avi and told him that "how am I doing? You know I had problem with Joel on Alexandro" don't worry about it. Foun out that Joel moving to listing space and I would report into Garrett. And then move Romania to Priapady(p).. I acknowledged to

AMAZON_HAYDAR_00000709

mismanaged a goal but they like working with me. Explained that it aligned to the other project and aligned. I had met with Priya and wanted to make sure we aligned. I gave arguments why is should report into me and why not into Priya. Avi and I agreed to leave it, talk about it more, and not make a decision until he first of the year.

Kaitlin McVey came to Detroit. She brought up Alexandro. I said that we disagreed and committed. Should be a done deal. Disagreed and committed. I am concerned why Joel will bring it up. She said a lesson learned but only heard good things about my work. Kaitlin said that I would get a fair assessment and not have the one incident impact he rating of good performance of the full year.

Joel, Jim and Ian came to visit. Jim going to FBA. Garret to report in Ian and Joe and Avi would report into hi,. I had a 1:1 with Jim. "How am I doing" For most of year good, but as of late falling off the wagons and Joel questioning if I was a strong performing. I was cornered that one issue should not influence my rating. He still believed I was still S/S the previous year sn he wanted me to have a A/SS this year, told me to work with garret and Ian.

The week of the changes, I found out the ML teams was being moved to Stefan Haney. I was not told. I reached out to them, Stefan responded – combine Business intelligence with your ML team. I could not find time with Stefan. BTW, the ML team concerned about the move and did not want to report into a business team. I wanted to make sure that they are being treated fairly. Joel has now moved the Romania and now the ML team and bad mouthing me behind my back. I shared that I am concerned that Joel would represent me in OLR. Had a meeting with Garret and Joel to meet, Joel reiterated the mid-year and Joel raised Alejandro and issues with VSC and Disagree and Commit and effects the LP rating and maybe DN. I told Joel that disagreed and committed, and would not talk about it gain and do not want one issue to affect my rating and success.

I set up a 1:1 with Stefan and Ian and Kaitlin during my next visit to Seattle. Stefan says for ML, Joel made the changes and you are not entitled to hear anything about this. I said these guys like me, promoted them; I want to make sure that they are taken care of. Stefan said don't worry, they can talk to me or matt. Ab said that new manager Mat is not having 1:1s. Stefan said you have broken my trust because last month when asked to rebalance you did not involve my product managers and back in October you said you would involve them. We disagreed about our agreement. I feel that complete violation of ownership principle if Stefan thinks his team needs to be involved. Yes, I support them but my team should own their work. He asked me to take ownership of eviwes but I had not entitlement to know anything. Mixed message. I told him I had a different definition of ownership but he wants to be involved in every aspect of my team and if I don't I violated his trust.

Ian meeting. Avi and Joel told me I am doing great. Exceeds but not sure about SS but not fair due to one situation and not fair until he sees feedback from peers. I sent Joel an email stating that my performance is exceeds and LP is ok; but now after one issues telling me DN.

Kaitlin meeting – Joel not treating me fairly what should I do. Still think I had good year. She trusts Joel and shouldn't be an issue.

I met with Stefen directs during that visit. Several fo them told me that you broken their trust. Sounded like they were coached from Stefen to tell me that. An echo of Stefen.  Kaitlin told me that Garret would represents me at OLR. Do you trust him, yes. Ok then if Joel brings up Alexando then Garret can represent you.

I've been told that I have been raising the bar on recruiting. Jim and Avi told me that I would be a bar raiser but recruiting keeps asking me to be a BR but I tele them that I am not a BR.

2/24/15 – I asked them to nominate me for BR because recruiting tells me that I am a rock star. (College recruiting team – Katy mail, Page Popejoy, Albert Kim).   At CMU, they asked me to be the BR but they said no problem.  They called me for Waterloo but I repeated that not a BR.


I sent a message to Jim and Avi that you nominated me for BR. Garret then had a meeting with me. A/DN/LE so not eligible to be a bar raiser.  How possible that such a great year and a DN.  I raised with Garret that I have done a great job and the only issue was Alexandro with Joel and told it would not tarnish my ratings.  Garret said we pulled out feedback from your peers.  I told him it was cherry picking.

I said an <u>unfair process</u>. I gathered feedback from everyone.   Garret, OE, FBA, recruiting, testing community told be great partner.

I look at Joel's track record – he doesn't hire but he is successful when have good people only and manages the relationship wti Peter. Peter promoted people with good relationships.

Stefan – I disagree on his definition of ownership; he worked with Joel behind my back and moved ML team. Influential with Peter.

Peter bad mouths me publically. Not major things. He has a negative opinion of me and lets other people us cherry picked data to give me horrible rating.

Specifically, starting in June 2013, working with Kanda. Peter had an offsite in Detroit.  Dave Anderson was getting married soon. Ab and Dave stand up, I wanted to give you coaching on how to treat your wifes . . . 20 people in room . .. what do you say to your wife when you make a mistake. I am wrong and you ae right. I love you honey and make it up when I come back. Why did he pick me out?  Next day at breakfast, asked us to repeat  the lines. Silly but offensive. Then in the email he I said I was lacking guidance from Kanda.  Gave the advice to keep head down.   In beginning of 2014, in local All Hands he was talking about my moving back to Detroit )we are lucky to have such a talent individual after leaving his poor wife in Detroit).  Then made same comment in a deep dive meeting. During October 2014 All hands said the poor wife thing, and then empowered to visit Seattle as much necessary. I know garret talks me up but I don't know where Abdullah is. I was there every month.   He makes comments publically.  Peter hold an opinion of me that I don't know where get s data from.

==Bias – it is not racial or anything like that; Bias that nobody standing up for me; I am the fall guy because I do not have anyone standing up for me in the OLR.  Peter focuses those who manage upward; People leave because they don't want t manage upward.  Not fair that I achieved my goals. They are not looking at the full year, not looking at the data.  Garret claims that if Abduallah was an LE why didn't you coach him???==

CONFIDENTIAL                                    AMAZON_HAYDAR_00000711

Peter expresses a strained attitude for me. Make stupid comments, ridiculous comments. He has the wrong opinion of me.

Garret shared my LPs by LP ratings.  I don't know how I can be considered an LE.

The Romania team and the combined team with Priya was canceled. We made a move, caused morale issues and the other project never happened.

(He keeps all email; will send to me).

I want fair treatment, I want recognition.  Joel held a grudge. He tells me I failed to disagree and commit. He is bad mouthing behind my back, created moral issues with Romani team, shrinking my scope and hurting my career by giving an unfair rating. Abuse of his authority. Now he is a director, he shrinks my scope.  He took on listing so not interested anymore.

Stefan and Joel are close partners.  Stefan is helping Joel.  Coaching his team to tell me the same thing on broken ownership. They are dishonest, unethical, and unprofessional. I should file a formal grievance against them. All based on the Alexandro , who is now raising.

Primary concern with my rating, 2) why are people not challenging the ratings.  Why only focusing on their own persona.  How can an impartial person come to the same conclusion? Ask Garret to review data and come to a conclusion.

Every Dec, Peter reorgs L7s-L7s.

Why can he not know that?    Wouldn't the want to get peer feedback: I don't agree on making org changes before feedback. Would you wait to get feedback before make changes.

Kaitlin asked my how do you feel that you fit it. I exemplify LPs but not fit in Peter's org.  He rewards others, and not me regardless of data.

I reached out to Shelly because Kaitlin and Madonna said I would be treated fairly.  Now getting mixed messages. One incident should not sure one year. On 1/9/15 I was told that I was exceeded, how can be LE.  I was told that it's about with you do but also how build great relationships to drive things forward across the company.  I'm told I am ethical, integrity. I step on toes. I made many mistakes.

Shelly:  need to assess the process and if receiving fair treatment.  I said that I would review the document and see if it aligns to the ratings.

Abduallah:  I need to see a rating change. All the feedback was I was doing great. If I had a blind spot, then I should have been told. I need to have the right rating.  I will not accept an unfair rating two years in a row.  Last year I was willing to move forward, but accepted it because I could work on it.  He sked me to do a fair analysis, Joel is vindictive and dishonest, deprived me of an honest assessment of my work. Stephen should be reprimanding for collaboration. Peter needs feedback that promoting that wrong feedback.

I should be E/SS  or better.

Actively seeking roles outside Marketplace, went to go with the recognition of the success, and not an escalation.

CONFIDENTIAL                          AMAZON_HAYDAR_00000712