# Exhibit A!%

# Overall Value Defaults Matrix

*OV is not disclosed to the employee.*

| INPUTS | | | OVERALL VALUE (OV) | |
|---|---|---|---|---|
| **Performance Rating** | **Leadership Principles** | **Growth Potential** | **Pre-Calibration Designation** | **Prescribed Curve** |
| Outstanding | Role Model | High | Top Tier | Top Tier 20% |
| Outstanding | Role Model | Medium | Top Tier | |
| Outstanding | Solid Strength | High | Top Tier | |
| Exceeds | Role Model | High | Top Tier | |
| Exceeds | Role Model | Medium | Top Tier | |
| Exceeds | Solid Strength | High | Top Tier | |
| Achieves | Role Model | High | Top Tier | |
| Outstanding | Role Model | Limited | Highly Valued | Highly Valued 70% |
| Outstanding | Solid Strength | Medium | Highly Valued | |
| Outstanding | Solid Strength | Limited | Highly Valued | |
| Outstanding | Development Needed | High | Highly Valued | |
| Outstanding | Development Needed | Medium | Highly Valued | |
| *Outstanding* | *Development Needed* | *Limited* | *Highly Valued* | |
| Exceeds | Role Model | Limited | Highly Valued | |
| Exceeds | Solid Strength | Medium | Highly Valued | |
| Exceeds | Solid Strength | Limited | Highly Valued | |
| Exceeds | Development Needed | High | Highly Valued | |
| Exceeds | Development Needed | Medium | Highly Valued | |
| *Exceeds* | *Development Needed* | *Limited* | *Highly Valued* | |
| Achieves | Role Model | Medium | Highly Valued | |
| Achieves | Role Model | Limited | Highly Valued | |
| Achieves | Solid Strength | High | Highly Valued | |
| Achieves | Solid Strength | Medium | Highly Valued | |
| Achieves | Solid Strength | Limited | Highly Valued | |
| Achieves | Development Needed | High | Highly Valued | |
| Achieves | Development Needed | Medium | Highly Valued | |
| *Improvement Needed* | *Role Model* | *High* | *Highly Valued* | |
| *Achieves* | *Development Needed* | *Limited* | *Least Effective* | Least Effective 10% |
| Improvement Needed | Role Model | Medium | Least Effective | |
| Improvement Needed | Role Model | Limited | Least Effective | |
| Improvement Needed | Solid Strength | High | Least Effective | |
| Improvement Needed | Solid Strength | Medium | Least Effective | |
| Improvement Needed | Solid Strength | Limited | Least Effective | |
| Improvement Needed | Development Needed | High | Least Effective | |
| Improvement Needed | Development Needed | Medium | Least Effective | |
| Improvement Needed | Development Needed | Limited | Least Effective | |
| *Unsatisfactory* | *Role Model* | *High* | *Least Effective* | |
| *Unsatisfactory* | *Role Model* | *Medium* | *Least Effective* | |
| *Unsatisfactory* | *Role Model* | *Limited* | *Least Effective* | |
| *Unsatisfactory* | *Solid Strength* | *High* | *Least Effective* | |
| *Unsatisfactory* | *Solid Strength* | *Medium* | *Least Effective* | |
| Unsatisfactory | Solid Strength | Limited | Least Effective | |
| *Unsatisfactory* | *Development Needed* | *High* | *Least Effective* | |
| Unsatisfactory | Development Needed | Medium | Least Effective | |
| Unsatisfactory | Development Needed | Limited | Least Effective | |

*Italics indicate rating combinations anticipated to be rare or unlikely.*

Amazon Confidential

CONFIDENTIAL                                   AMAZON_HAYDAR_00003455

## Growth Potential
*Growth Potential is not disclosed to the employee.*

Growth Potential is an employee's capacity to take on broader responsibilities based on demonstrated performance, leadership, aptitude, high judgment and the ability to scale and perform effectively in their current position or a similar position as Amazon grows.

Growth Potential criteria for Levels 4-5, 6-7, and 8 are outlined separately as the potential for growth based on "promotability" varies based on level.

At Level 7 and above, leaders should assess whether the employee has the **capacity** to perform effectively in a higher level position, regardless of whether a current opportunity exists or whether the employee has shown a desire to be promoted.

### Levels 4 and 5

| Growth Potential Rating | Growth Potential Definitions for Levels 4 and 5 |
|---|---|
| High | Demonstrates the capacity to rise 2 levels within 4 years. |
| Medium | Demonstrates the capacity to rise 1 level within 4 years. |
| Limited | Has not demonstrated sufficient capacity to grow to higher level positions. Likely to remain in their current position or move laterally within the same level. |

### Levels 6 and 7

| Growth Potential Rating | Growth Potential Definitions for Levels 6 and 7 |
|---|---|
| High | Demonstrates the capacity to grow into a senior leadership position. There is a high degree of confidence of rising to a Director or Senior Principal (Level 8) position. |
| Medium | Demonstrates the capacity for further growth to a position of greater scope and complexity. |
| Limited | Has not demonstrated sufficient capacity to grow to a position of greater scope or complexity. |

### Level 8

| Growth Potential Rating | Growth Potential Definitions for Level 8 |
|---|---|
| High | Demonstrates the capacity to grow into a senior leadership position. There is a high degree of confidence of rising to a VP (Level 10) position. |
| Medium | Demonstrates the capacity to take on more complex assignments and greater scope of work. |
| Limited | Has not demonstrated the ability to take on more complex assignments and greater scope of work. Likely to remain in position or move laterally within the same level. |

Amazon Confidential

CONFIDENTIAL                                           AMAZON_HAYDAR_00003456

# Leadership and Performance Ratings

## Performance Ratings

Performance ratings will be determined by tangible evidence of performance and achievement against individual objectives, expectations and the high performance bar at Amazon.

| Performance Rating | Performance Rating Definition | Distribution Guideline |
|---|---|---|
| Outstanding | Performance substantially surpasses expectations. Consistently exceeds objectives and is a role model who sets new performance standards for other employees. | 5-10% |
| Exceeds | Performance meets and frequently surpasses expectations. Achieves and often exceeds objectives and is an exceptional performer. | 40-45% |
| Achieves | Performance meets and may sometimes surpass expectations. Reaches the high performance bar*, achieves objectives and is a solid performer. | 30-35% |
| Improvement Needed | Performance sometimes falls below expectations. Does not achieve all objectives and needs to improve and sustain improvement in aspects of their performance. | 5-10% |
| Unsatisfactory | Performance falls substantially below expectations in key areas. Does not achieve objectives and needs to show immediate and sustained improvement in their performance. | 0-5% |

## Leadership Ratings

Through the lens of the Leadership Principles, assess HOW employees reach their goals.

| Leadership Rating | Leadership Rating Definition |
|---|---|
| Role Model | Recognized by others as a role model for visibly and routinely demonstrating all Amazon's Leadership Principles in current level. Leads by example; others seek to emulate their behaviors. Is exemplary in most Leadership Principles, strong at the rest, and deficient in none. |
| Solid Strength | Consistently demonstrates Amazon's Leadership Principles in current level and is strong in most. While they may have some areas to develop, those areas do not impact overall individual or team effectiveness. |
| Development Needed | Needs to work on demonstrating Amazon's Leadership Principles more frequently in current level. While they may be competent in some Leadership Principles, the areas of deficiency impact individual and team effectiveness. |

*High Performance Bar – *What does that mean?*
Amazon's "high performance bar" is the representation of setting relentlessly high standards, not settling for less, and raising them year over year so we can deliver a better customer experience. To reach this bar, employees must deliver results in all aspects of their work and *continually* improve their demonstration of our Leadership Principles.

Amazon Confidential