# Exhibit D

Transcript of the Testimony of

# Stefan Haney

November 7, 2017

Abdullah Haydar v. Amazon Corporate, LLC



Fortz Legal Support, LLC
844.730.4066
scheduling@fortzlegal.com
fortzlegal.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

_____

ABDULLAH HAYDAR,                    )
                                    )
                                    )
                                    )
            Plaintiff,              )
                                    )
        vs.                         ) Case No. 2:16-cv-13662
                                    )
AMAZON CORPORATE, LLC,              )
                                    )
a foreign limited liability         )
                                    )
corporation; GARRET GAW, an         )
                                    )
individual; PETER FARICY, an        )
                                    )
individual; JOEL MOSBY, an          )
                                    )
individual;                         )
            Defendants.             )
_____

DEPOSITION OF STEFAN HANEY

* * * CONTAINS CONFIDENTIAL TESTIMONY * * *

November 7, 2017

Seattle, Washington


Reported by:

Connie Recob, CCR, RMR, CRR, CLR

CCR No. 2631

Job No. 5361

FORTZ Legal

Abdullah Haydar v. Amazon Corporate, LLC                          Job 5361
Stefan Haney 11/7/2017

2

1                        APPEARANCES

2

3        For the Plaintiff:

4                 DAVID NACHT

5                 JOSEPH X. MICHAELS

6                 NachtLaw, P.C.

7                 Suite 55

8                 101 North Main Street

9                 Ann Arbor, Michigan 48104

10                (734) 663-7550

11                dnacht@nachtlaw.com

12                jmichaels@nachtlaw.com

13

14       For the Defendants:

15                ROBERT M. WOLFF

16                Littler Mendelson, P.C.

17                20th Floor

18                1100 Superior Avenue East

19                Cleveland, Ohio 44114

20                (216) 623-6065

21                rwolff@littler.com

22

23       Also Present:

24                Abdullah Haydar

25

3

1                          EXAMINATION INDEX

2

3     EXAMINATION BY:                              PAGE NO.

4     BY MR. NACHT                                    4

5

6

7                            EXHIBIT INDEX

8

9     EXHIBIT NO.      DESCRIPTION                  PAGE NO.

10    Exhibit 1        e-mail string, Bates Nos.

11                     AMAZON_HAYDAR_00001345

12                     through 1346                    57

13    Exhibit 2        Performance Reviews for Stefan

14                     Haney, Bates Nos.

15                     AMAZON_HAYDAR_00005788

16                     through 815                      86

17

18           WITNESS INSTRUCTED NOT TO ANSWER

19

20                        Page 87

21

22              INFORMATION REQUESTED

23

24                        Page 87

25



4

1          BE IT REMEMBERED that on Tuesday, November

2    7, 2017, at 600 University Street, Suite 3200, Seattle,

3    Washington, at 11:54 a.m. before Connie Recob, CCR, RMR,

4    CRR, CLR, appeared STEFAN HANEY, the witness herein;

5          WHEREUPON, the following proceedings were

6    had, to wit:

7

8                      <<<<<<  >>>>>>

9

10   STEFAN HANEY,              having been first duly sworn,

11                             deposed and testified as

12                             follows:

13

14                      EXAMINATION

15   BY MR. NACHT:

16        Q.   I'm David Nacht.  We just met.  What's your

17   name?

18        A.   Stefan Haney.

19        Q.   And do you work for Amazon?

20        A.   Yes.

21        Q.   What do you do for them?

22        A.   I'm a director of product and technology

23   management.

24        Q.   Keep your voice up a little higher, please.

25        A.   Sure.

FORTZ Legal

5

1      Q.   And how old are you?

2      A.   I am born in 1973 so I'm 44 years old.

3      Q.   Okay.

4      A.   I had to do the math.

5      Q.   And you're married with children?

6      A.   Yes.

7      Q.   And how long have you been married?

8      A.   I was married in 2001, so 16 years.

9      Q.   And how many kids do you have?

10     A.   Seven.

11     Q.   That's a lot of kids.  Good for you.

12     A.   Thank you.

13     Q.   Where did you grow up?

14     A.   I grew up in Grand Rapids, Michigan,

15     actually just outside in Jenison, Michigan.

16     Q.   How do you spell that?

17     A.   J-E-N-I-S-O-N.

18     Q.   And you went to high school there?

19     A.   I did.  I went to high school at Covenant

20     Christian High School.

21     Q.   Where is Covenant Christian High School?

22     A.   It's in Walker, the town of Walker just

23     outside of Grand Rapids.

24     Q.   And you graduated Covenant Christian what

25     year?

Abdullah Haydar v. Amazon Corporate, LLC                      Job 5361
Stefan Haney 11/7/2017

6

1       A.    1991.

2       Q.    And did you play a sport?

3       A.    Baseball.

4       Q.    Infield or outfielder?

5       A.    Catcher.

6       Q.    How are your knees?

7       A.    Great.  I love squatting.  I feel them.

8       Q.    And you went to Western?

9       A.    Yes.

10      Q.    That's Western Michigan University?

11      A.    That's correct.

12      Q.    And you did a bachelor's there?

13      A.    Yes, I did.

14      Q.    Do you have any education beyond your

15  bachelor's degree at Western Michigan University, sir?

16      A.    I do not have a formal university

17  education beyond Western.

18      Q.    And what did you study at Western?

19      A.    I received a bachelor of business

20  administration.  I also studied German history.

21      Q.    German history or German language or both?

22      A.    Both.

23      Q.    Are you fighting a cold?

24      A.    A little bit.

25      Q.    Are you on some sort of cold medication?

Abdullah Haydar v. Amazon Corporate, LLC                    Job 5361
Stefan Haney 11/7/2017

7

1          A.   No.

2          Q.   Are you on any kind of medication that

3     would interfere with your memory or prevent you from

4     testifying fully and completely today?

5          A.   No.

6          Q.   Okay.  Have you ever had your deposition --

7          A.   I took some Advil.  I took some Advil

8     earlier.  I didn't think it was cold medications.

9          Q.   Have you ever had your deposition taken

10    before?

11         A.   No.

12         Q.   Have you ever given testimony in court

13    before?

14         A.   No.

15         Q.   Did they show you a tape or something where

16    you get to watch a deposition?

17         A.   No.

18         Q.   So you've heard about it.  Did you hear

19    from Peter Faricy about his deposition?

20         A.   No.

21         Q.   Did you hear from anyone else in this case

22    about their depositions?

23         A.   No.

24         Q.   So the deposition is this, I ask questions.

25    You wait until I finish so that she can type everything

Abdullah Haydar v. Amazon Corporate, LLC                    Job 5361
Stefan Haney 11/7/2017

8

1    down.  You wait a beat.  You want to get it done.

2    You're a hard charging guy.  You take the hill.  But

3    give it a beat so that Mr. Wolff can do his job and

4    object to my question if he needs to before you answer.

5    And then if he doesn't tell you, Don't answer, remember

6    my question so we don't sit here longer with me

7    repeating it and just answer the question.

8             Sound good?

9         A.   I'll do my best.

10        Q.   Terrific.  Me too.

11             What was I referencing when I said you take the

12   hill?

13        A.   I don't know.

14        Q.   Well, didn't Mr. Faricy express confidence

15   in you that you were someone who took the hill?

16        A.   I don't know what you're referring to.

17   I've worked for Mr. Faricy since 2009 and have had a

18   number of performance review conversations with

19   Mr. Faricy.

20        Q.   That's his phrase, right?

21        A.   That could be a phrase he would say.  I

22   could see him saying that phrase.

23        Q.   And what does that phrase mean to you?

24        A.   We grew a business significantly between

25   2009 and current state and we invented a lot of new

9

```
1    systems and software, and I was asked to help do a lot
2    of that invention and growth along the way.
3         Q.   And the metaphor is to Marines or Army
4    taking a hill in battle?
5         A.   I don't know what Mr. Faricy's reference
6    would be.
7         Q.   Is that how you took it?
8         A.   I --
9              MR. WOLFF:  Objection.  He didn't say he
10   heard it.
11             MR. NACHT:  Fair.
12             MR. WOLFF:  Teddy Roosevelt.
13             MR. NACHT:  He took the hill.
14             THE WITNESS:  It's a critical reason why he
15   took the hill.  He had technology advantage over the U.S.
16   Army soldiers.  His rough riders had smokeless cartridges
17   whereas the standard army issue had black powder.
18   BY MR. NACHT:
19        Q.   Why was that an advantage?
20        A.   Because they were charging up a hill and
21   on the San Juan Hill when you shoot a black cartridge
22   powder you're going to get a nice puff of black smoke
23   that says, Hey, I'm right here, whereas a smokeless
24   cartridge is not going to have the same telltale sign.
25        Q.   What was the moment when you first had
```

FORTZ Legal

Abdullah Haydar v. Amazon Corporate, LLC                    Job 5361
Stefan Haney 11/7/2017

10

1    concerns about Abdullah Haydar as a partner in the

2    Nudge business?

3        A.   The first concern that you know, we had

4    was simply --

5        Q.   I'm asking about you personally.

6        A.   The first concern I had was first would

7    Abdullah be successful in a remote office away from

8    Detroit -- or excuse me -- away from Seattle, and what

9    would it take for him to be successful there.

10       Q.   And so that was last quarter, 2013?

11       A.   Yes.

12       Q.   Had you heard about Abdullah from Faricy

13   before that point?

14       A.   I had not talked to Mr. Faricy about

15   Abdullah.

16       Q.   Who did you have conversations with about

17   that particular concern?

18       A.   Joel Mosby was the tech leader over the

19   Nudge program, and so Joel -- Joel asked me if I had

20   concerns.

21       Q.   Mosby succeeded someone else as a tech

22   leader or was he the first tech leader?

23       A.   No, he succeeded someone else.

24       Q.   Who did he succeed?

25       A.   The -- I had had a dev manager named Alex



11

1    Ristoff and in the first part of the Nudge business

2    when we first invented it and then Joel came in as the

3    senior dev manager and we moved the tech team

4    including Alex to Joel.

5         Q.   Who came up with the concept of the nudge?

6         A.   Well, it just won a -- the book Nudge and

7    the economic research just won a Nobel prize.  It's a

8    University of Chicago professor.  I was asked to take

9    by -- so 2009 Sebastian, there was a Nudge team and

10   I'm not sure who named it Nudge.  There was a seller

11   success and Nudge team.

12        Q.   And when you joined Amazon that was in your

13   wheelhouse right from the beginning?  It was one of --

14   part of your responsibilities?

15        A.   It was added to my responsibilities in

16   2009.

17        Q.   You got out of college -- let me get some

18   background from you.  You got out of college what year

19   '01?

20        A.   '95.

21        Q.   '95.  And then what did you do?

22        A.   I worked for Accenture.

23        Q.   Doing consulting?

24        A.   Correct.

25        Q.   Where were you based?

12

```
 1          A.    I was based out of Chicago.

 2          Q.    How many years?

 3          A.    Roughly four, four and a half years.

 4          Q.    And what was your next job?

 5          A.    I worked at an Internet startup in Lake

 6    Forest Park of Chicago.

 7          Q.    How long were you there?

 8          A.    About a year.

 9          Q.    What was your next job?

10          A.    I was an independent contractor supply

11    chain consultant.

12          Q.    For how long?

13          A.    About two and a half, three years.

14          Q.    Did the Internet startup go under?  Did

15    they let you go or did you quit?

16          A.    I was laid off.

17          Q.    And when were those years when you had your

18    own independent consultancy?

19          A.    Roughly 2001 to 2003.

20          Q.    Was there a slowdown in the tech business

21    at that point?

22          A.    I think it's pretty well documented on

23    that the Internet bubble in the 2000s.

24          Q.    And...?

25          A.    We were an online MBA, we had roughly
```

Abdullah Haydar v. Amazon Corporate, LLC                    Job 5361
Stefan Haney 11/7/2017

13

1    40ish students and a lot more people.  The math

2    doesn't work.

3          Q.   Were you able to generate revenue as an

4    independent consultant?

5          A.   Yes.

6          Q.   Did you enjoy working for yourself?

7          A.   Yes.

8          Q.   Did you ever hire anybody?

9          A.   No.

10         Q.   Were you working out of your house?

11         A.   I would work on the client's location.

12         Q.   And what was it that made you leave that?

13         A.   Travel, we were going to reduce my travel.

14         Q.   So you were living in Chicago.  You had

15   some kids by this point?

16         A.   I had one with another on the way.

17         Q.   And what was your next job?

18         A.   I came to Amazon.

19         Q.   Who hired you?

20         A.   Jacob Kjelstrup.

21         Q.   What unit?

22         A.   In procurement software, inventory

23   purchasing software came with supply chain.

24         Q.   What was your particular job initially?

25         A.   My title was business analyst procurement

14

1    software.

2              Q.   What were you supposed to do?

3              A.   I was given assignments like measuring the

4    efficiency and effectiveness of our inventory

5    purchasing POs such as the not-in-stock shipment

6    estimate accuracy.  If we said we'd ship something to

7    you and we didn't have it in stock, how often were we

8    right, and then building measurements around our

9    vendors to go find a vendor so we wouldn't be wrong

10   next time.

11             Q.   You're not someone who writes code, you

12   work with the people who write the code?

13             A.   At Amazon, that's correct.

14             Q.   Were you -- even though you didn't study

15   computers in college, were you someone who always

16   played around with computers?

17             A.   Yes.

18             Q.   Has that served you well throughout your

19   career?

20             A.   Yes.

21             Q.   I've noticed you have a number of patents?

22             A.   Yes.

23             Q.   And I assume you don't get your name on the

24   patent just because you direct other people to go do

25   something that you're involved in doing it yourself,

15

1   right?

2        A.   You get your name on the patent if you're

3   part of the submission.  So I participated in the

4   patent ideas for those patent submissions, yes.

5        Q.   And you currently supervise software

6   development engineers?

7        A.   Yes.

8        Q.   And you have supervised software

9   development engineers and teams of software development

10  engineers for several years at Amazon, correct?

11       A.   Yes.

12       Q.   And you are technically proficient, yes?

13       A.   I don't know by what criteria you're

14  evaluating proficient, so...

15       Q.   That's a really fair point.

16       You know enough technology so that you can have

17  intelligent conversations about problems with what the

18  technology is experiencing and coming up with

19  approaches for solutions to fix the technology to

20  achieve business objectives?

21       A.   In certain cases, yes.  You're still

22  having a very wide question so if we wanted to dive

23  into Java, my proficiency would be very low.  If we

24  want to look at functional requirements, I would say

25  I'm pretty sufficient.

Abdullah Haydar v. Amazon Corporate, LLC                        Job 5361
Stefan Haney 11/7/2017

                                                                     16

1          Q.   What is the difference between managing a

2     business team and managing a technical team at Amazon

3     in Marketplace?

4          A.   I'm not sure how to answer your question.

5     I can speculate --

6          Q.   Don't speculate.

7          A.   -- what the differences are.

8          Q.   No, just I mean I've never worked at

9     Amazon --

10         A.   Yeah.

11         Q.   -- and neither has the judge or the jury.

12         A.   Sure.

13         Q.   You've worked there and you've managed

14    teams of technical people and you've managed teams of

15    other business people and you've worked with technical

16    managers?

17         A.   Yeah.

18         Q.   Based on your professional experience, how

19    would you answer the question?

20         A.   The expect -- so Amazon's expectations for

21    product managers and software engineers are documented

22    in the leveling guide and so generally the Amazon

23    leveling guide is the first place to start in terms of

24    expectation.  Those leveling guides will include an

25    area around delivers results, so the results of

Abdullah Haydar v. Amazon Corporate, LLC                    Job 5361
Stefan Haney 11/7/2017

17

1    business teams is expected to deliver will typically

2    be a little different than the results a tech team is

3    expected to deliver.  That's one of the places it can

4    vary.

5           Q.   Anything else?

6           A.   It depends on the manager expectations and

7    the team expectations can create a variance.  There's

8    also biz tech teams at Amazon where you have someone

9    who is a hybrid and the team is made up of hybrids.

10   Amazon uses the two-pizza team model pretty regularly

11   where the roles are the team may be a mixed set of

12   roles.

13          Q.   I'm sorry.  I don't know that metaphor.

14          A.   Basically Amazon --

15          Q.   But I'm sure I'm going to like it.

16          A.   There's plenty of Internet explanations

17   about the two-pizza team model.  Amazon early on said

18   we want to keep our team sizes down to the size, the

19   number of people that two pizzas can feed.

20          Sometimes you have to test that by bringing two

21   pizzas or maybe four.  I did enjoy my years with the

22   Chicago pizza, so...

23               MR. WOLFF:  I was going to say back in the

24   day I could have been a tech team all by myself.

25               MR. MICHAELS:  That's what I was going to

FORTZ Legal

18

1   say.

2                   THE WITNESS:  There's a weighing factor

3   there.

4                        (Laughter.)

5                   THE WITNESS:  So the two-pizza team might be

6   tasked to go do -- to launch the wine business, right,

7   launch the wine business for Amazon.

8   BY MR. NACHT:

9        Q.   I'm serious.  What are we talking about

10  with the two-pizza team, seven people?

11       A.   Seven to ten people.

12       Q.   Okay.  In your hypothetical, you have a

13  two-pizza team, that is a team of seven to ten people

14  and they're tasked launch the what business?

15       A.   Launch the wine business.

16       Q.   Wine?

17       A.   Yeah, it's an example, yes.  So Amazon

18  sold wine.  You could buy wine on Amazon.com.

19       Q.   All right.

20       A.    In order for the team to achieve that,

21  they had to identify some business policies, what

22  would the revenue share with the winery be.  How would

23  we address legal issues for wine delivery, but then

24  there's also technology code that needs to be built.

25  You can't sell wine -- Amazon can't sell wine in

19

1    certain states so how would we turn that, create a

2    filter, right, so as a two-pizza team they would have

3    technology and business people under a single leader.

4         Q.   What are you most proud of accomplishing

5    since you've been at Amazon?

6         A.   The first -- so I split it into two parts.

7    The first half before I came to Marketplace I was

8    particularly proud of growing Amazon's business

9    particularly just the not-in-stock shipment.  There

10   are promise -- when we make a promise to you, we took

11   that from without going into specific numbers, I made

12   it -- it would be a rare day when we miss a promise to

13   you.  If we make a promise, we're going to deliver on

14   time.  I think it's great.  You can buy a lot of stuff

15   on Amazon now and you know it's going to get there.

16        The second thing I'm proud of is helping the

17   Marketplace business grow, particularly small

18   businesses who are able to sell on Amazon and make a

19   living.  I'm from Michigan.  As you remember 2009 in

20   Michigan wasn't great, right, so the ability to work

21   on a business at Amazon that enables other people to

22   have a living, is a pretty good thing.

23        Q.   And you're talking about that Marketplace

24   provides a market for other businesses to grow their

25   businesses by providing them with a worldwide place to

20

1    sell their wares?

2          A.    Yes.

3          Q.    Okay.

4          A.    I'm referring to the Marketplace business.

5    It's a story of entrepreneurship.

6          Q.    And within your work at Marketplace --

7    well, first, when did you come to Marketplace?

8          A.    I came to Marketplace in Q1 in 2009.

9          Q.    And you came to Amazon when?

10         A.    2003, October.

11         Q.    Did Peter Faricy hire you for Marketplace?

12         A.    No.

13         Q.    Who did?

14         A.    I had an interview loop and reported to

15   Jacob Levanon.  I had an internal transfer loop and

16   reported to Jacob Levanon who was the VP of --

17         Q.    How do you spell his last name?

18         A.    L-E-V-A-N-O-N.  He's since passed away.

19         Q.    How long did you work for him?

20         A.    I worked for him for approximately eight

21   to ten months.  It came up on a year and then he

22   retired.

23         Q.    And who did you report to next?

24         A.    Curt Ohrt.

25         Q.    And what was your first job for Mr. Ohrt?

21

1          A.    So this is about a year after I had been

2    at Marketplace at that point.  I managed a set of

3    teams in the Marketplace business, so I was a senior

4    manager of technology in the Marketplace business and

5    I was responsible for the Seller Central platform

6    team, the Seller Central and the seller design team,

7    so it was design team did all the designs, and then I

8    had recently added responsibility for the Nudge team.

9          Q.    So you were managing technical teams as

10   well as business teams?

11         A.    Correct.

12         Q.    And at the time you worked for Ohrt, were

13   you an L6?

14         A.    No.

15         Q.    Were you an L5?

16         A.    No.

17         Q.    Were you an L7?

18         A.    Yes.

19         Q.    When did you become an L7?

20         A.    I would have to look at the specific

21   promotion timing, but it was in the retail systems

22   2007, 2008.

23         Q.    Okay.  Before you came to Marketplace?

24         A.    Yes.

25         Q.    And when did you become an L8?

Abdullah Haydar v. Amazon Corporate, LLC                          Job 5361
Stefan Haney 11/7/2017

22

1        A.    2013.

2        Q.    Okay.  Are you an L8 today?

3        A.    Yes.

4        Q.    And what's the difference between an L7 and

5    an L8?  Compensation?

6        A.    There is compensation -- typically there's

7    a compensation difference.

8        Q.    And are we talking about several hundred

9    thousand dollars a year difference?

10        A.    In my promotion I could afford a boat

11    after I got promoted, a used aluminum canoe.  It was

12    not a significant change for me.

13        Q.    Are stock option opportunities different

14    for L8s and L7s typically?

15        A.    I would have to look at the comp, the full

16    comp packages.  Typically as a manager there's going

17    to be -- there's a total comp difference between the

18    two roles and yes, and it's going to be both salary

19    and salary is going to be minimal because we have a

20    salary cap and then the difference will be in stock.

21    But the total comp target is going to be different

22    between the two.

23        Q.    I mean the total comp target between you

24    being an L8 and an L7 is not a used aluminum boat I

25    presume?

FORTZ Legal

23

```
 1          A.    My comp change when I was promoted was
 2    not.
 3          Q.    Minimal?
 4          A.    Was minimal.
 5          Q.    And when was that?
 6          A.    My promotion was 2013 if I'm remembering
 7    correctly.
 8          Q.    All right.  And who was that under?
 9          A.    That was under Mark Mitchke.
10          Q.    Spell his last name, please.
11          A.    M-I-T-C-H-K-E.
12          Q.    And Mitchke, is he still in Marketplace?
13          A.    He is not in the Marketplace team.  He is
14    in the seller business.  He is the leader of the
15    fulfillment by Amazon business.
16          Q.    That's a big job, isn't it?
17          A.    I think so.
18          Q.    So he reports directly to Faricy?
19          A.    No, he reports to Sebastian Gunningham
20    now.
21          Q.    Okay.  And Faricy reports to Gunningham?
22          A.    Correct.
23          Q.    Mitchke did report to Faricy?
24          A.    Yes.
25          Q.    Did fulfillment by Amazon start out
```

24

1    within -- underneath Faricy?

2         A.   No.

3         Q.   Okay.  You love this company, don't you?

4         A.   I enjoy working for Amazon.

5         Q.   And you love your career?

6         A.   I do.

7         Q.   I see it in your eyes.  It excites you.

8    You feel like you're fulfilling your purpose

9    professionally, yes?

10        A.   I'm able to use my talents at work.

11        Q.   That's great.  That's the way it's supposed

12   to be.  Free country.  You find your path.  That's

13   awesome.

14        What makes you good at what you do?

15        A.   The -- I believe I have a focus on

16   customers and just understanding what people are

17   trying to do, and I'm able to look at data in a way

18   that to see patterns in data, and I think there's

19   other strengths that have been documented in

20   performance reviews which I've seen produced in this

21   case.

22        Q.   Well, I don't know what you've seen.  Why

23   don't you just tell me what you think.

24        A.   Those are the three things.

25        Q.   Okay.  What you think.  So your focus on



25

1    customers, your ability to see patterns in data, and

2    what was the third thing?

3         A.   Ability to envision new processes and

4    deliver new processes.

5         Q.   You imagine a new kind of solution to a

6    problem that exists?

7         A.   Yes.

8         Q.   So you get to be creative and analytical

9    and supervise people in helping achieve a vision that

10   you imagine?

11        A.   Yes.  Well, that we imagine.

12        Q.   Okay.

13        A.   Part of the process is it's more than

14   mine.  It's more than me.

15        Q.   Sure.  You're not the one writing the check

16   to fund the whole thing?

17        A.   That's part of it.

18        Q.   So you've got to get buy-in.  How do you

19   get buy-in?  Explain that.  How do you get buy-in for

20   your -- you know, for your ideas generally?  Let's

21   limit it to the time when you were at Marketplace.

22        A.   One of the main ways we get buy-in versus

23   we're starting with goals, right.  What is our goal in

24   a very measurable and time bound way?  We build a set

25   of goals and we start testing those goals against what

26

1   we can deliver with the resources that we have,

2   people, work estimates.  We pull that into a plan

3   called an OP1 plan or an operating plan and that lays

4   out what we think we can deliver.

5          For our main ideas in that OP1 plan, we will

6   also try to drive more details into a -- Amazon uses a

7   press release, a PR FAQ process where we try to

8   explain what are we building for whom, with what

9   impact.

10         Q.   Let's go back to the OP1 plan.  So this is

11  essentially making a business plan like you might

12  present to a bank for a loan for a business?

13         A.   Our OP1 plans typically have a set of

14  description of the opportunity size both what is the

15  problem or opportunity of the business and the

16  technology architecture, what are the specific

17  deliverables usually with estimates, work estimates

18  and then what's the expected results that will measure

19  both -- both expected deliverables and the expected

20  results and goals.  I haven't presented a business

21  plan to a bank recently, so...

22         Q.   How many OP1s have you been the primary

23  person behind?

24         A.   Well, I've been the primary person behind

25  the OP1 for the -- for my teams since 2009.

27

1        Q.   And are there multiple OP1s each year?

2        A.   There are.

3        Q.   So you've done...?

4        A.   There's an OP1.  Sorry.  Let me say that

5   differently.

6        There's an OP1 for my team.  So I'm responsible

7   for the resources that I'm responsible to steward to

8   have an OP1 plan for them, and then there is an

9   overall Marketplace OP1 that some of my inputs from my

10  OP1 would feed into.

11       Q.   Okay.

12       A.   There's only one OP1.  There's a full

13  strategic planning cycle that moves from OP1 to

14  believe it or not it's OP2 and then also a three-year

15  plan exercise which happens in June.

16       Q.   And the -- if -- were you sometimes

17  assigned to manage teams that are working on completely

18  different products?

19       A.   I was often -- as someone who had a lot of

20  experience I was asked to consult teams and then, yes,

21  I was assigned teams of pretty different products.

22       Q.   And so your OP1 plan, is that redundant to

23  call it an OP1 plan?

24       A.   No -- it's a good question.  We have it

25  all the time.  We call it an OP1 plan even though plan

28

1   is in the name, yes.

2         Q.   Okay.  So you would do an OP1 plan and it

3   would include descriptions of the resources that you

4   had deployed to accomplish different missions and how

5   much -- and what kind of result you expected to

6   achieve?

7         A.   Yes.

8         Q.   And that's an annual?

9         A.   Yes.

10        Q.   Okay.

11        A.   So for example, at one point I had Selling

12  Coach.  I had a design team, and I had the used

13  business on Amazon, three very different OP1s.  I

14  expected the leader of each of those to have developed

15  a base OP1 plan and then as the leadership team we

16  would consolidate it.

17        Q.   Who -- who came up with the concept of the

18  Amazon Marketplace?  Was that Jeff Bezos?

19        A.   I don't know.  It predates me.

20        Q.   It's a very cool idea, would you agree?

21        A.   There's historical you can go to zShops,

22  you know, back in like 2004, 2005, right, and Toys "R"

23  Us And target back then.

24        Q.   So when you got started with Marketplace in

25  2009, what sort -- what sort of industries was

29

1   Marketplace in?  Who was it selling -- you know, what

2   kind of stuff was being sold?

3        A.   Understanding the full scope wasn't in my

4   set of responsibilities so I can comment on what I

5   saw.  You know, I saw businesses from -- I believe

6   Marketplace was in most -- there were three P offers

7   in most categories that Amazon retail sold.  So 2009

8   we were in pretty much most hard lines and consumable

9   electronics, media.

10        Q.   So you weren't -- that wasn't the side of

11   the business you were on.  You were more on the

12   interactive experience with the users?

13        A.   Yes, in that time frame, in 2009, yeah.

14        Q.   And that continued for quite some time,

15   right?

16        A.   Yes.

17        Q.   Which is actually a very different thing

18   than supply chain management, isn't it?

19        A.   It's a little bit different, yeah.

20        Q.   When I looked at your LinkedIn profile, I

21   was very impressed by the idea that you seem to have

22   tremendous success and depth in these two very

23   different industries.  I've been an employment lawyer a

24   long time.  You know, you meet people who they're at

25   Ford, they're an MP&L, supply chain management people

30

1    their whole careers and that's a certain kind of a

2    manager in my head, and then there are other people who

3    do, you know, kind of design interactive stuff,

4    creativey-type, technical types, both working together.

5    They're very different people typically from the supply

6    chain management people.  And so it's interesting to

7    meet someone, I was looking forward to meeting someone

8    who is obviously successful in these very different

9    areas that require a very different set of skills.

10          Were you a creative person?  Did you have, like,

11   you know, art background or something?

12          A.   No.

13          Q.   What makes you good at the kind of figuring

14   out the customer interface stuff?

15          A.   Most of seller tools are a work flow.

16   Seller is creating a listing, all right, I want to

17   sell this mug.  This mug doesn't exist on Amazon.  I

18   have to do -- and do a work flow to create this item

19   on Amazon.  It's black, it's this big.  Work flows are

20   supply chain management, right.  It's a process flow,

21   right.  And so some of the same skills actually do

22   apply.

23          When you're looking at confirming a purchase

24   order on interactive screen, how many clicks do you

25   really want to make the user do or if you're going

Abdullah Haydar v. Amazon Corporate, LLC                    Job 5361
Stefan Haney 11/7/2017

31

1    to --

2          Q.    It's getting to that shopping cart?

3          A.    If you're trying to check out, right,

4    would you rather tap all your credit card on your

5    phone or scan with your camera, right, so

6    understanding a user objective and understanding path

7    efficiency actually worked out and then I'm not -- I

8    was the design manager not the designer.

9          Q.    Got it.  So you don't need to have the

10   direct design skills, you need to manage people and

11   clearly articulate what they need to create for you?

12         A.    Definitely the second part.  You

13   definitely, you know, there's a lot about people

14   management.  I would have to look at the leveling

15   guide to see -- I believe I developed UX competence

16   and learned a lot.

17         Q.    I'm sorry; UX?

18         A.    Design, user experience.

19         Q.    I've never heard this said before.  I mean,

20   I've watched some lectures by Bezos and Faricy but I've

21   never heard it quite said as succinctly as you said it.

22   One associates Amazon with taking enormous steps in

23   supply chain management and moving things around

24   efficiently and one also of course, the story everyone

25   knows about Amazon is the ease of user experience and

32

1   you're saying actually they're the same thing?

2           A.    They're very similar, yes.

3           Q.    That's cool.

4           So the Nudge or Nudge -- I say Nudge.  Because

5   of my particular background I say Nudge, but you say

6   Nudge.

7           A.    Potato and potato.

8           Q.    So the Nudge concept, you say it exists in

9   the academic literature but Amazon, did Amazon first

10  use it for buyers and then later adapt it to the

11  Marketplace?

12          A.    The -- so there is a book entitled Nudge

13  which encapsulates the -- encapsulates a whole bunch

14  of thinking around habits.  We started a Nudge team in

15  2009.  Very simply -- we being Marketplace started a

16  Nudge team before it was handed to me and it was very

17  simply use Amazon's data to give sellers hints on

18  actions they should take to improve their business,

19  most specifically are you going to go out of stock.

20  You might -- you might want to get more inventory.

21          Q.    And how do you figure that out, by the way?

22          A.    On whether we're going to go out of stock?

23          Q.    Yeah.

24          A.    We pay attention to a lot of data and we

25  build a lot of algorithms.  We build a lot of guesses.

Abdullah Haydar v. Amazon Corporate, LLC                    Job 5361
Stefan Haney 11/7/2017

33

1    "We" being the big we of Amazon.  There's a

2    forecasting team.  They probably have a lot more

3    patents.  One of my patents is new item forecasting.

4    So again, I was in supply chain and specialized in

5    forecasting, so...

6             Q.    And the Nudge concept is applied in

7    Marketplace is to encourage sellers to make sure that

8    they obtain enough product so that they can deliver

9    quickly?  Is that the concept?

10            A.    The initial concept was -- that was our

11   first Nudge, but the overall concept is to provide

12   timely algorithm driven recommendations to grow their

13   business, their business on Marketplace.  So we would

14   then have categories of nudges depending which element

15   of their business we thought, we identified an action.

16            Q.    And so a benefit for a seller to sell their

17   wares in the Amazon Marketplace is that they are

18   getting as part of the fee for simply using your

19   Marketplace, they're getting access to incredibly high

20   powered unusual levels of analytical data to make

21   smarter business decisions.  Is that --

22            A.    Sellers are for --

23            Q.    Is that right?

24            A.    As part of their fee, sellers are

25   getting -- as part of their monthly fee, the Selling

FORTZ Legal

34

1    Coach tools are a feature that comes with that fee.

2          Q.    Instead of going out and paying some

3    consulting firm to think about this stuff and design a

4    particular piece of software or apply off-the-shelf

5    software to their particular thing, you guys are doing

6    it for them automatically; is that right?

7          A.    We have data that sellers aren't able to

8    access.  So for example, forecasting, we don't share a

9    product forecast with the seller.  So if a seller

10   wanted to compute when they were going to go out of

11   stock, they couldn't -- they wouldn't have access to a

12   demand forecast from Amazon.  They would have to use a

13   different method.

14         Q.    But they get it from you by using you in

15   terms of the nudges?

16         A.    They get a recommended inventory, right.

17   So they still don't get a forecast, but they get a

18   recommended inventory coin.

19         Q.    Did the quality of the nudges go up over

20   time?

21         A.    We measure -- we measure the quality of

22   nudges in a number of ways so we measure quality by

23   clicks and we measure quality in other ways and we

24   constantly seek to improve those metrics.

25         Q.    And have they gotten better over the years?



35

1          A.   They have gotten better and worse.  Each

2     nudge is measured individually.  Some nudges have

3     gotten worse.  Some have gotten better.  As a

4     portfolio, I think we've improved the portfolio.

5          Q.   Why would a nudge get worse?

6          A.   The input data, the input data could

7     deteriorate.  The targeting rules, which sellers get

8     which nudge could deteriorate.  The click-through

9     metrics could deteriorate.

10         Q.   And things deteriorate because patterns

11    change, human behavior might not be quite as constant?

12         A.   Those could be reasons, yes.

13         Q.   All right.  The culture changes and certain

14    things become more in demand and certain things less in

15    demand, yes?

16         A.   Product demand will change and so if a

17    nudge is featuring one type of product and demand for

18    that product goes down, that nudge will become less

19    effective.

20         Q.   Is the timeliness of the nudge relevant?

21         A.   The timeliness of the nudge relevant?  We

22    did studies on the timeliness of the nudge and I

23    honestly don't remember what we proved.  Obviously a

24    price nudge two days later is not useful, right.  If

25    you're being told someone just beat your price, you

36

1    probably want to know now.

2         Q.   And so at some point did Amazon start

3    providing realtime price nudges?

4         A.   Yes.

5         Q.   When was that?

6         A.   I don't remember the dates.

7         Q.   If I told you that it was in 2014 when

8    Abdullah Haydar was in charge of the technical team for

9    Nudge, is that consistent?

10        A.   I would -- I would not be surprised to

11   hear 2014, 2015.  We were working on realtime nudges

12   in partnership with the pricing team, so it would have

13   been Abdullah and the leader of the pricing team.

14        Q.   Okay.

15             MR. NACHT:  Let's take a break for a second.

16                  (Recess 12:36-12:45.)

17

18                  EXAMINATION (Continuing)

19   BY MR. NACHT:

20        Q.   You were not a decision-maker in any way

21   concerning Abdullah Haydar's career, right?

22        A.   Abdullah did not report to me and I did

23   not participate in the review process for Abdullah

24   because that was part of the -- where they made the

25   decisions.

                                                              37

1          Q.   You had input about his performance as he
2     might have had input about your performance or other
3     people could have had input about your performance.
4     That's the culture of Amazon, right?
5          A.   He was my prompt for the Nudge program,
6     Abdullah led the tech team along -- there's also a
7     business team and an analytics team, right, so
8     arguably as his primary customer of his platform, I
9     would certainly have input.
10         Q.   When you say you were the customer, you
11    were the business team?
12         A.   Yes.
13         Q.   So that made you the customer?
14         A.   And the analytics team.
15         Q.   I'm sorry?
16         A.   And the analytics team.
17         Q.   You were the analytics team?
18         A.   So my responsibilities for the Selling
19    Coach program -- so we have programs and teams, the
20    program was delivered by a business leader on my team,
21    Mat Philipsen who was the person responsible on my
22    team for the Selling Coach Nudge program.  Then I
23    had -- Mat also had an analytics team of data
24    engineers and business analysts.  Those two teams plus
25    work from the Selling Coach tech team.  It's not to

38

1    get confused between the tech team and the business

2    program had the same name.  Those -- work from those

3    three teams would drive and achieve our goals of the

4    program.

5         Q.   I'd like a simple yes or no to the

6    following question and then I'll give you an

7    opportunity to explain.

8         A.   Sure.

9         Q.   Under Abdullah Haydar's leadership of the

10   tech team, goals which had not previously been

11   accomplished were accomplished?

12        A.   Yes.

13        Q.   Okay.  Now you can explain.

14        A.   We built new software during and -- built

15   and delivered new software during Abdullah's ownership

16   of the tech team.  I'm sure there were goals in

17   there -- and again, there was multiple pieces to

18   Abdullah's tech team, the Selling Coach and business

19   report string, but we built new software during that

20   time.

21        Q.   Okay.

22        A.   So yes.

23        Q.   All right.  Thank you.

24        Now, what was the most frustrating thing for you

25   with working with Abdullah?

Abdullah Haydar v. Amazon Corporate, LLC                    Job 5361
Stefan Haney 11/7/2017

39

1          A.    I believe I gave Abdullah feedback on

2     multiple occasions about transparency to what his team

3     was working on, when it would deliver and how those

4     choices were being made.

5          Q.    That's not inherently frustrating.  You're

6     just saying you communicated information --

7          A.    So I gave him feedback because it wasn't

8     transparent and the decisions that were being made

9     were not clear and aligned to agreements that I

10    thought we had made.

11          So the most frustrating thing for me is when we

12    have an agreement and the behavior does not match to

13    that agreement.

14          Q.    Okay.  Can you -- how many times did that

15    happen?

16          A.    That happened on multiple occasions.

17          Q.    Okay.  Under ten?

18          A.    I don't know.

19          Q.    More than five?

20          A.    Definitely.

21          Q.    Okay.  Let's -- you spent some time

22    reviewing documents for this deposition?

23          A.    I did see a number of documents produced

24    in this case, yes.

25          Q.    Did you spend some hours with some lawyers?

40

1   I don't want to know what you said, but you spent some

2   hours with some lawyers?

3          A.   I spent a couple hours with a lawyer

4   yesterday, yes.

5          Q.   Okay.  You have known that your deposition

6   was coming up and so you've given the matter a little

7   bit of thought?

8          A.   A little.

9          Q.   Okay.  Rattle off for me the particular

10  examples that -- I'm then going to ask you about each

11  one.

12         A.   Sure.

13         Q.   The particular examples where he broke

14  agreements or if not literally a breaking of an

15  agreement, it felt that way to you as the business

16  partner.

17         A.   I know in one of the documents produced

18  for the case yesterday that I saw there's a summary to

19  HR that outlines a number of the occasions.

20         Q.   Well, as you sit here today.

21         A.   And so the highlights of that.  So

22  that's -- I know that's one of the documents that's

23  more comprehensive.  Some of the highlights of that

24  include the OP1 process in October, and as we made

25  team changes with Abdullah, as Avi made team

41

1  changes -- or we? -- it was Avi made team changes.

2          Q.   I'm sorry.  You just threw in --

3          A.   It was a trust issue.

4          Q.   -- Avi.  That's Avi Saxena?

5          A.   Correct.

6          Q.   So we're talking you said October?

7          A.   Correct.

8          Q.   OP1 begins in October for the following

9  calendar year?

10         A.   OP1 will begin in usually July, August

11  with a presentation in October, and then typically

12  late September, October, and then from October until

13  typically December we're doing the OP1 to OP2

14  transition where we're doing team sizing and we're

15  doing goal confirmation.

16         Q.   And so we're talking now the second half of

17  2013, correct?

18         A.   I'm talking 2014.

19         Q.   You're talking 2014.  Let's go back.

20         A.   Sure.

21         Q.   Any -- you had some interactions with

22  Abdullah or no interactions in 2013?

23         A.   I had at least one interaction with

24  Abdullah in 2013.

25         Q.   What was that?

42

1          A.    The first interaction I remember with

2     Abdullah was an intern allocation meeting.

3          Q.    Okay.

4          A.    In probably April or May of 2013.

5          Q.    What's memorable about that meeting?

6          A.    There's about five or six senior leaders

7     in that meeting and we had a very relatively short

8     amount of time for six people to determine how we were

9     going to allocate.  Abdullah started to very loudly,

10    in my opinion, talk about various allocation

11    strategies which were not helping us make a decision

12    or getting us further toward how we were going to

13    allocate.  And at some point, after several minutes, I

14    cut him off and said, This is not helpful.  We have a

15    team of senior leaders here who are all equivalently

16    capable.  Let's work together.

17          And so it's memorable because it was kind of my

18    first interaction with Abdullah.

19          Q.    Did it leave a bad taste in your mouth?

20          A.    No.

21          Q.    Okay.  When's the next interaction you had

22    with Abdullah that you can remember?

23          A.    As we started to engage with Abdullah

24    about coming to the Nudge team and building out the

25    team in Detroit.  So it would be later, much later in

43

1    2013 because we talked about -- before he took the

2    role, we talked about what the role entailed and the

3    expectations.

4         Q.   Mosby asked you your thoughts about that,

5    correct?

6         A.   Yes.

7         Q.   And you did not object or you did object?

8         A.   I did not object.

9         Q.   And so up to that point, we don't have any

10   breaking of agreements?

11        A.   Correct.

12        Q.   Okay.  Then Abdullah goes to Detroit and

13   starts to build a team, right?

14        A.   Yes.

15        Q.   And he also has supervision of a team in

16   Romania?

17        A.   Yes.

18        Q.   When is the first time that you can think,

19   Man, I'm frustrated that Abdullah doesn't seem to be

20   doing what he said he was going to do?

21        A.   In the early part of 2014 I know I sent

22   Abdullah an e-mail with some feedback on what I

23   expected for visibility and transparency to roadmaps,

24   both Selling Coach and Romania.

25        Q.   Selling Coach was the team in Detroit, the

44

1    tech team?

2           A.    Correct.

3           Q.    What was Romania?

4           A.    Romania was -- the team name was SSA or

5    seller success and analytics I think, but it's the

6    business reports functionality in Seller Central.

7    Seller Central is the extranet tool used by sellers to

8    access the features for selling on the Marketplace.

9           Q.    And what made you send that e-mail?

10          A.    Thinking back, I assume it was because I

11   did not have transparency to what the roadmaps were

12   for the team.

13          Q.    Let me just stop you.  I don't want you to

14   assume.

15          A.    Sure.

16          Q.    As you sit here today, I gather you

17   identified looking through documents or the lawyers

18   gave you documents for you to look through, and don't

19   tell me which, but anyway, there's a document you said

20   you sent.

21          But do you remember what he did that frustrated

22   you at that point?

23          A.    I did not have visibility to what the team

24   was working on and whether we were on track to meet

25   our delivery dates, software delivery.

45

1    Q.   So you're speaking Bezos speak so "I did
2  not have visibility."  Does that mean that he didn't
3  tell you in English?
4    A.   It means I did not know because from him,
5  what the plan was.
6    Q.   Was the plan not previously identified in
7  the OP2?
8    A.   It might be identified at a high level.
9  You might have delivery dates of months but then you
10  wouldn't have details of -- in your OP2, you may --
11  one, you may have trade-offs from your OP2, right.
12  You trade some work for some other work.
13    Q.   And that's legit, right?
14    A.   Typically you want to trade off in the
15  same way you made the commitment.  So if you want to
16  make trade-offs, whoever signed off on the first, the
17  work the first time should be part of the process to
18  sign off on how we're going to trade work.
19    Q.   And that's kind of an unwritten rule about
20  how to make people feel comfortable at Amazon in your
21  experience?
22    A.   It's about if a team has shared goals with
23  you or depending on the work you were delivering, then
24  it would be appropriate to inform them that you're
25  changing a work they depend on.

46

1          Q.    Okay.  And do you have a memory of Abdullah

2     not sharing with you dates in early '14 and giving you

3     that feeling of I don't know when this is happening;

4     I'm frustrated?

5          A.    Yes.

6          Q.    And you're not sure as you sit here today

7     exactly what it was, but you know you had that feeling;

8     is that fair?

9          A.    I am pretty confident in that part of --

10    part of the feeling is about the roadmap or the lack

11    thereof for the business reports team.

12         Q.    Now, the business reports team is where?

13         A.    That was in Romania.

14         Q.    The Romania group.  And so they are

15    technical people for the business -- doing business

16    reports?

17         A.    They're building the software to expose

18    business reports for sellers.  The title of the

19    feature in Seller Central is business reports.

20         Q.    And they were writing that program?

21         A.    They're writing that software, writing and

22    operating that software.

23         Q.    In Romania?

24         A.    Yes.

25         Q.    Okay.  And --

FORTZ Legal

47

1          A.    Iasi.

2          Q.    In Iasi?

3                MR. NACHT:  Off the record.

4                      (Discussion off the record.)

5    BY MR. NACHT:

6          Q.    All right.  So how many people were in Iasi

7    working for Abdullah?

8          A.    I don't know the exact number, probably --

9    it's a two-pizza team so I was going to say it's seven

10   to ten.

11         Q.    Okay.  And do they have a supervisor there

12   or do they just all report to him in Detroit?

13         A.    I believe they have a manager there.

14         Q.    Were there multiple teams in Iasi?

15         A.    There are multiple teams in Iasi.

16         Q.    Do you happen to know how Iasi became an

17   Amazon?

18         A.    Yes.

19         Q.    How?

20         A.    I believe we acquired a company there and

21   then started hiring additional software engineering

22   talent in Iasi, so we've kept a small development

23   center there.

24         Q.    Okay.  So you wanted to know what was going

25   on with the Iasi folks and you told him that.  Did he

48

1    tell you?

2          A.   I don't recall, but I did not have a

3    roadmap at that time.

4          Q.   And when you say "a roadmap," a roadmap

5    would be kind of what a project manager would do,

6    right?  This month we expect to have this and then by

7    that month we expect to have that, that kind of thing?

8          A.   A roadmap would be what are you doing with

9    the resources that -- what are you delivering by when

10   with the resources that report to you.  You could

11   choose to have a program manager or a technical

12   program manager or a product manager build your

13   roadmap, but as the senior leader, you are expected to

14   have a roadmap for a two-pizza team working for you.

15         Q.   All right.  Is that written down, by the

16   way?

17         A.   That you know what your team is doing?  I

18   would have to look at the leveling guide.

19         Q.   I mean, you know it's one thing --

20         A.   I'm always going to go back to the

21   leveling guide as if it's written down.

22         Q.   Okay.  When you say "the leveling guide,"

23   is that the formal name for the document?

24         A.   Yes, it's the Amazon expectations for your

25   role.  So there's what are the expectations of an L7

49

1    product manager or L7 or L6 or L4, so for your level

2    and this role, what are the expectations.

3          Q.   And just to be precise, when you use the

4    phrase leveling guide, is there one central leveling

5    guide that is made each year that is companywide and

6    contains a whole lot of different job descriptions?

7          A.   There is a set of leveling guides that is

8    owned by our Amazon HR teams -- I believe, I think

9    they own it -- that is accessible via the manager tool

10   kit.  So there is a leveling guide for software

11   engineers.  There's a leveling guide for UX or design

12   job families and they're updated on a -- they're

13   updated on a regular basis.  I don't know when it is.

14         Q.   So whether or not it's in the leveling

15   guide, you expect a senior manager -- and that would be

16   an L7?

17         A.   Yeah.

18         Q.   -- to have a roadmap for his or her teams?

19         A.   Yes.  I would expect a senior manager to

20   be accountable to know what his teams are doing in

21   delivery.

22         Q.   And why would the manager be accountable

23   to, say, a technical manager, why would the technical

24   manager be accountable to a business manager as

25   compared to his direct supervisor for the roadmap?

50

1          A.    We were making -- we were trying to work

2     out shared goals with other teams through the Selling

3     Coach program that would depend on features in

4     business reports.  There were some connected features.

5     One of the places Selling Coach was exposed, Selling

6     Coach recommendations, was within the business

7     reports, and the material number of sellers access

8     seller recommendations through the business reports.

9          Q.    I want to ask you a question.

10         A.    Furthermore, product management for

11    business reports wasn't owned and I was -- I had owned

12    it previously as part of the Selling Coach program, so

13    it was continuing to develop some product management

14    questions around business reports.

15         Q.    You're someone who has lived through this.

16    By some managerial theories, if you want something

17    done, you put one person in charge of all of the people

18    who get it done and then that person has the power to

19    make decisions.

20         In this particular case, you're responsible for

21    certain things happening but you're not a supervisor of

22    Abdullah Haydar, you're a collaborator?

23         A.    Uh-huh.

24         Q.    And he has his own supervisory

25    responsibilities and subordinate responsibilities to

51

1    his superiors.  Do you think part of the problem that

2    happened here was that, that you know, you're feeling

3    this responsibility for Nudge but you don't get to

4    direct him to make decisions, it's just collaborative?

5    Is that part of the problem?

6            A.   I don't know if I can comment on my

7    feelings at the time.  No.  His description of -- he

8    doesn't report to me.  Marketplace is a matrixed

9    organization that runs the programs and teams, and so

10   the visibility to someone's roadmap enables -- as a

11   key enabler to team, product teams not just business

12   teams but product teams who are defining that

13   technology product being able to participate,

14   contribute and direct.  In order for a matrix to work

15   you need transparency.

16           Q.   And the first instance that you can think

17   of of Abdullah not giving you a roadmap or transparency

18   is early '14 concerning the two-pizza team in Iasi,

19   correct?

20           A.   There were multiple.  As I say, it's in --

21   you know, there's a summary that I produced which has

22   all of it.  What I think of today, yes, is the first

23   one is visibility to the roadmap for Selling Coach and

24   Iasi.

25           Q.   What's the next one that you can think of?

52

1      A.   The next one is we have a three-year plan
2   process.  I did not receive a three-year plan document
3   for the architecture of Selling Coach.  In 2013, 2014,
4   we were encountering critical growth changes to our
5   software architecture, and as the leader of that
6   architecture I was looking to Abdullah to identify and
7   define where that architecture was going to go using
8   the Marketplace three-year plan process.
9      Q.   And you were frustrated that he didn't give
10  that to you at a certain period of time that you
11  expected it?
12     A.   I was disappointed that we did not get
13  that three-year plan document ahead of the Marketplace
14  three-year plan meeting.
15     Q.   He hadn't worked with you before, how was
16  he to know that he was supposed to do that?
17     A.   On multiple occasions we had discussed my
18  expectations for Abdullah and had made these requests
19  certainly as early as May, if not earlier because I
20  saw documents from the case yesterday describing May,
21  exchanges in May about whether this was going to be
22  complete or not.
23     Q.   Did you ever -- I mean, you were in Seattle
24  and he was in Detroit, right?
25     A.   Yes.



53

1          Q.    Did you ever go out to Detroit?

2          A.    Yes.  I'm from Michigan.

3          Q.    I'm sorry?

4          A.    I'm from Michigan.

5          Q.    Yes, okay.  So did you ever have lunch with

6    Abdullah and try to just iron it all out just as two

7    people who work for Amazon trying to get things done?

8          A.    I don't know if we did that in Detroit.

9    We did have discussions in Seattle.

10         Q.    Did you ever go out for meals or get out of

11   the office, something?

12         A.    I think we did most of our one-on-ones in

13   my office.

14         Q.    And a one-on-one is just a meeting of two

15   people?

16         A.    Yes.

17         Q.    Do you find the language of Amazon helpful

18   because it produces a culture with a shared set of

19   expectations or do you find it a barrier or do you find

20   it both?

21         A.    I think it can be both.

22         Q.    So how did you find Abdullah

23   interpersonally one on one with you when you were

24   talking about trying to solve these problems?

25         A.    Two ways:  First off, Abdullah is very

FORTZ Legal

54

1    affable.  You know, he is a friendly guy, right.

2           Secondly, when bringing problems to his

3    attention, there's a common thread of deflecting first

4    or trying to explain versus owning a problem.

5           Q.   And you found that frustrating or typical

6    or unusual or something to be overcome?  How did you

7    find that?

8           A.   It impacts trust.  I need to -- you know,

9    this is my primary partner to deliver technology of

10   significant growth goals.  We are building double

11   digit percent growth on a large business and so I need

12   to be able to count on delivery on a date and time and

13   if there's a problem, I need to be able to count on

14   the persons responsible for the area to own and fix

15   and take responsibility for the problem.  So over time

16   it impacts trust.

17          Q.   Was there a point in time where you felt, I

18   can't work with this guy anymore?

19          A.   There was certainly a point in time where

20   I felt that I couldn't work with him as the

21   single-threaded leader.

22          Q.   I'm sorry; the what?

23          A.   As you said earlier, you put one person in

24   charge.  There was definitely a point in time where I

25   felt I could not count on Abdullah for transparency

FORTZ
Legal

55

1    and for sticking to commitments and that I would have

2    to engage with his leadership chain.

3             Q.   And when was that?

4             A.   As we were coming into -- it was as late

5    as coming into OP1 2015, but I started to have

6    questions earlier.

7             Q.   Well, when was --

8             A.   As early as coming into December 2014 is

9    probably the first kind of significant, particularly

10   significant issue.  There were a few others earlier in

11   October, October to March period is full of a number

12   of events, so...

13            Q.   Well, let's go through them --

14            A.   Sure.

15            Q.   -- because it sounds like you studied up.

16   So I want to hear them.

17            A.   You know, as you notice I studied German,

18   I have a good memory.

19                 (Off the record conversation in German.)

20   BY MR. NACHT:

21            Q.   October?

22            A.   October.  So as part of OP1 directors and

23   VPs will make team adjustments.  One of the

24   adjustments they made was they moved the business

25   reports team in Romania to a different leader and



56

1   moved two of the machine learning people who were

2   based in Seattle out from under Abdullah.  So Abdullah

3   moved some people and there was backlash from both of

4   those moves.

5          Q.   What do you mean by "backlash"?

6          A.   There was a lot of challenge and

7   questioning about -- just a hot number of questions

8   challenging why this happened and to some degree

9   directed at me.

10          Q.   Well, you took two people off of Abdullah's

11   team?

12          A.   That's not quite true.  Two people were

13   given to me from Abdullah's team.

14          Q.   Two people were given to you from

15   Abdullah's team with -- and it formally went through

16   before Abdullah was informed, right?

17          A.   I don't know.  That's obviously Avi

18   Saxena's choice and Joel Mosby's choice of how they

19   choose to allocate their people, and I don't think

20   they need Abdullah's approval to move people from

21   Abdullah's team.

22          Q.   Has anyone ever done that to you?

23          A.   Yes, I've both been given teams and had

24   teams taken away.

25          Q.   Without being told in advance?

**Abdullah Haydar v. Amazon Corporate, LLC**                    **Job 5361**
**Stefan Haney 11/7/2017**

57

1          A.    Yes.

2          Q.    How does it feel?

3          A.    That there is a challenge that will need

4     to be addressed.  Sometimes it feels relief.  I don't

5     have to worry about that anymore.

6                MR. NACHT:  Let's make this 1.

7                     (Exhibit No. 1 marked

8                       for identification.)

9     BY MR. NACHT:

10         Q.    I've handed you Bates stamp 1345 and 1346.

11    This is an e-mail chain.  If we start on 1346 it looks

12    like a notification of a change submitted by Mosby to

13    move Carsten Locke from Abdullah to you and then we

14    have an e-mail from Abdullah to you cc'ing Mosby, then

15    a response from you to Abdullah cc'ing Mosby and then

16    Mosby responding to you and Abdullah, and Abdullah

17    responding.

18         Did I get that right?

19         A.    I think that's the order if I followed it

20    correctly.

21         Q.    Okay.  You had previously had discussions

22    with Mosby about the Carsten Locke move?

23         A.    Joel was -- as part of the realignment

24    coming out of OP1, Joel was getting a new role, and so

25    we may have discussed what he was doing with the ML

FORTZ Legal

58

1    people on his team.

2          Q.    ML stands for...?

3          A.    Machine learning.

4          Q.    Okay.  And part of this move was

5    intentionally to strip Abdullah of certain assets

6    because he was losing your trust, right?  Isn't that

7    what you just said?

8          A.    No.  What I just said and the same thing

9    it says here is that people were moved from Abdullah

10   by Joel and by Avi, and as it says here and as I said

11   previously, I had a large analytics team that are

12   responsible for the algorithms driving Selling Coach.

13   So to put two machine learning, which is algorithms

14   and data signs, connect them with those teams would

15   make sense.

16          It's also interesting to me in this e-mail that

17   Abdullah is -- to give a previous example, Abdullah is

18   exposing that he was starting to build a strategy

19   and had not previously -- about analytics, and this

20   e-mail seems to say he hadn't previously discussed it.

21          Q.    Are you referring to the 10/16 e-mail?

22          A.    The e-mail on 10/15 says, "I had a

23   specific strategy I was executing for MML."  It would

24   be particularly interesting that we wouldn't have

25   discussed it given this timing in December because

59

1    that's when we're going from OP1 when we made our

2    strategy from 2016 -- or excuse me, 2015 and we're now

3    making the actual monthly detailed plans for every

4    resource on the team.  So to introduce a strategy that

5    hadn't been talked about with the analytics and

6    product leadership on the 15th of December doesn't

7    quite make sense.

8            I totally get it's frustrating and

9    disappointing to have people on your team that you're

10   thinking about be moved on you.

11           Q.   So you understood and even empathized a bit

12   with his frustration about losing people?

13           A.   Sure.

14           Q.   And so the fact that he was upset about it

15   doesn't strike you as unusual or unprofessional or a

16   problem, he lost?

17           A.   I don't know if I'd describe he lost.  He

18   lost some people from his team, you know, and so that

19   can make you frustrated.

20           Q.   But, I mean, is my characterization fair?

21   It sounds like you've had something similar?

22           A.   I've definitely had teams moved on me and

23   taken from out of my control.

24           Q.   And you've expressed concern?

25           A.   Not usually.

60

1    Q.    Okay.

2    A.    Usually my concern is, you know, not about

3  I was going to do this and can't do it now, it's do we

4  have -- have we made the transition clear?  Do we have

5  a clear transition path?  If the decision is made, it

6  may be time to disagree and commit.

7    Q.    And one has to know when to stop showing

8  backbone and when to disagree and commit, correct?

9    A.    One has to know when a decision is made,

10  is it time for disagree and commit.

11    Q.    And --

12    A.    I'm not sure I would use backbone in that

13  context.

14    Q.    Well, I just pick it obviously because it's

15  from the same leadership principle.

16    A.    It can be, yeah.

17    Q.    And so how does one know?

18    A.    In this case the decision had been made by

19  the person he reported to.

20    Q.    And he was simply asking about -- I mean,

21  is there anything in this that strikes you as

22  unreasonable or unprofessional in the way he handled

23  this?

24    A.    This combined with the other e-mails that

25  were occurring about the process issues and making --

61

1    at the same time frame and making the Selling Coach

2    OP1 does make some of the wording:  I would appreciate

3    some notice before moving forward on reporting change,

4    you know, as a matter of a heads-up.  You know, I had

5    no idea what conflicts with whatever plan is moving

6    forward.  You know, it's -- you can say -- you can

7    say, "Lasagna for dinner tonight" and make your wife

8    ecstatic or make your wife really pissed off, right?

9    Tone matters.  So I would assert there's some words in

10   here about tone.

11        Q.   So Abdullah didn't give you sufficient

12   heads-up about things that were important to you, and

13   here he didn't get a heads-up about something important

14   to him.  What's the difference?

15        A.   On the first one it's not about what was

16   important to me, it was about goal commitments we're

17   making as part of our OP1 and OP2 processes with

18   additional customers.  Here it's about a strategy he

19   had not disclosed to anyone and was about final

20   decisions that were not completely within his

21   responsibility.

22        Q.   Do you think one can be tone deaf?  To use

23   your metaphor when you say tone matters, not the whole

24   metaphor about the lasagna and so forth, but --

25        A.    I've gotten in trouble asking my wife if

62

1    we're having lasagna tonight.

2           Q.   So the point that you're making is when you

3    read this e-mail, you read it as I'm frustrated with

4    you and I'm expressing that frustration, I've been -- I

5    feel like the rug is being pulled out from underneath

6    me, not -- what kind of tone would you have

7    appreciated?  How would he have communicated the same

8    substance of these words in a different tone?

9           A.   I could probably take some time and reedit

10   the e-mail.  I think the things that stick out for me

11   are the things that look somewhat demanding.

12          Q.   Like what?  I'd like to know exactly --

13          A.   I would appreciate --

14          Q.   Just because ultimately Abdullah's response

15   to this transfer was pointed at in late '14 as a big

16   deal in his performance review, how he handled this.

17   And so it was -- it's been argued that this was

18   essentially a straw that broke the camel's back, a very

19   big deal in his career and so whether that's true or

20   not true, counsel is stating -- about to object that

21   I'm misstating the record or something.

22               MR. WOLFF:  You got the wrong transfer.

23               MR. NACHT:  I got the wrong transfer, okay.

24               MR. WOLFF:  I think.

25   BY MR. NACHT:

Abdullah Haydar v. Amazon Corporate, LLC                    Job 5361
Stefan Haney 11/7/2017

63

1        Q.   Well, anyway, I'd like to know --

2        A.   This transfer was one of a trust -- was

3   one of multiple actions, you asked that's how we

4   started this conversation.

5        Q.   Right.

6        A.   -- about things that hurt trust --

7        Q.   Yes.

8        A.   -- as I have with Abdullah.

9        Q.   Okay.  But is there anything unprofessional

10  that you can point to in Exhibit 1?

11       A.   I think, you know, unprofessional, no.

12       Q.   Okay.  What's the most offensive thing that

13  he did in contrast to any of the leadership principles

14  or just that rubs you the wrong way that's written down

15  in any of his e-mails here?

16       A.   The two things that I pointed out

17  previously.

18       Q.   Okay.

19       A.   We've now been working together for a year

20  and there's this demand, "I would appreciate some

21  notice before going forward with the change" and the

22  comment about a strategy which again, the biggest

23  thing of trust-building was actually executing against

24  our OP1 plan or sorry making -- going from OP1 to OP2

25  which is occurring in the same time frame.

64

1          Q.   All right.  What's the next thing -- I

2     mean, this was -- this was December '14.  You had

3     mentioned back in October.  Is there anything prior to

4     December '14 that you can remember as you sit here

5     today that Abdullah did to lose your trust?

6          A.   Again, I'd have to go back to the full

7     summary that I previously sent.

8          As we came through the OP1 process, there was

9     quite a bit of discussion between the business team

10    and my team and what the balance of resource spend was

11    going to be between program or we classify our

12    resource spend into things we have to do to keep the

13    machine running.  Things we want to do to improve our

14    infrastructure engineering excellence and things we

15    want to do to drive customers features and revenue.

16         There's quite a bit of discussion on the

17    balance between those three things as well as who --

18    which partners we would engage with and how we would

19    be engaging with partners.

20         Q.   Okay.

21         A.   What was gaining trust is, you know,

22    Abdullah we would have discussions and either be

23    challenging to those discussions versus coming to a

24    collaborative or an agreement, helping to drive toward

25    agreement and then when we came into December, there

FORTZ
Legal

65

1    were changes made to the roadmap that impact the

2    resource spend after we had agreed that those changes

3    would go through Mat.

4         Q.    Go through...?

5         A.    Mat Philipsen because our customer

6    requests to Selling Coach had this process we had been

7    using for years, had been to have those requests

8    prioritized by the platform product manager.

9         Q.    And is that Mat Philipsen --

10        A.    Yes.

11        Q.    -- the platform product manager?

12        A.    Yes.

13        Q.    And so Abdullah bypassed that process?

14        A.    Yes.

15        Q.    Okay.  And first of all, how do you know he

16   was aware of that process for deviating from the -- is

17   it from the op plan?

18        A.    From our OP2 plan, yes.

19        Q.    From your OP2 plan.  Right.  So in other

20   words, it sounds like Abdullah in his head is making a

21   tradeoff to use the language you were using earlier --

22        A.    Uh-huh.

23        Q.    -- and you're frustrated or upset that he's

24   not going through Mat Philipsen because in the past

25   people would do that.  How is he supposed to know he's

FORTZ Legal

66

1    supposed to do that?  Let's start with that.

2            A.    That's a very loose description the way

3    you described it.

4            Q.    Okay.

5            A.    So again, we literally spent multiple

6    hours, that is the majority of our time starting in

7    early August to build a prioritized work list based on

8    the expected return on investment and improvements in

9    the metrics we talked about earlier.

10           The principal product manager or platform

11   product manager would talk to literally dozens of

12   customers because the Nudge platform is used by other

13   teams to build nudges, not all nudges were owned by my

14   Selling Coach team though they might be operated.  So

15   the FBA team, for example, might build a nudge or

16   might own a nudge but my team would build it for them,

17   right, my analytics team.

18           So starting in August and September we've had

19   multiple meetings and brought the prioritized list out

20   to Detroit.  Most of the interaction for that -- for

21   the previous year with the customers such as FBA or

22   lending or other teams.  So if Abdullah wasn't --

23   didn't observe that this is at minimum the observation

24   would be, you've clearly talked to all these partners,

25   versus being told this is the process, Mat is also a

67

1   pretty structured guy and I would not be surprised if

2   he had a document that outlined this is how we're

3   going to run OP1 this year.  He's had one in the past.

4         So the second part is there's e-mail threads

5   and SharePoint where Abdullah is not just making

6   trade-offs because this is an OP1 plan, this isn't the

7   managing of work, this is the definition of work and

8   we're defining our commitments.  So there are

9   SharePoint records of changes being made on which

10  projects were above and below the line in the

11  SharePoint by Abdullah.

12        Q.   And that happened in the final quarter of

13  2014?

14        A.   Yes.

15        Q.   All right.  Did you pick up the phone or

16  Facetime or something to interact with Abdullah about

17  this and say, What are you doing Abdullah?

18        A.   Yes.

19        Q.   And how did he respond?

20        A.   He deflected and said he was just doing

21  his job, that he owned the roadmap.  So finally we got

22  to an agreement that no, we had -- he acknowledged we

23  did have a process and that he would follow that

24  process going forward.

25        Q.   But then you believe he did not?

                                                                    68

1          A.    No, he did not.  According to the e-mail

2     records that I saw on the 19th of December, he did

3     not.

4          Q.    What did he do on the 19th of December?

5          A.    He continued to -- he continued to --

6     continued to make an agreement with the listing

7     quality team including their product manager and their

8     tech manager to include work for them in our 2015

9     roadmap despite having previously agreed on it.

10         Q.    So he --

11         A.    So now I have --

12         Q.    He has a deal with you that he's going to

13    follow a process and you understand that process is

14    that he's not simply going to make a separate agreement

15    to provide work to, for instance, the listing quality

16    team?

17         A.    Correct.

18         Q.    And there he did that?

19         A.    Yes.

20               MR. NACHT:  Let's take a break.

21                    (Recess 1:32-1:55.)

22

23                    EXAMINATION (Continuing)

24    BY MR. NACHT:

25         Q.    The other transfer besides Carsten was

69

1    Rich, right?

2           A.    Yes.

3           Q.    And Rich what?

4           A.    I don't remember.

5           Q.    Okay.

6           A.    Carsten Locke and Rich.  I'd have to look

7    it up.

8           Q.    And Carsten and Rich, how long did they

9    last on your team?

10          A.    Approximately eight months to a year.

11          Q.    And they both asked for a transfer?

12          A.    Yes.

13          Q.    Do you know why?

14          A.    No.

15          Q.    Do you know who a guy named Koppelman is?

16          A.    Yes.

17          Q.    Who is Koppelman?

18          A.    Josh Koppelman is a director in the

19   Marketplace leadership team.

20          Q.    And Joel Mosby actually went to human

21   resources about putting Abdullah on a performance

22   improvement plan because of the issue you were

23   discussing about this listing quality team issue.

24          Do you know what role Koppelman had played in

25   that?

                                                          70

1                    MR. WOLFF:  Objection.  Foundation.  If you

2       know.

3       BY MR. NACHT:

4            Q.   So according to Haydar, Koppelman ordered

5       him as part of his budgeting process to improve the

6       listing quality team in his plan.  He was ordered to do

7       it by Koppelman and Haydar says he told you that.

8            Do you have any recollection of that?

9            A.   No.

10           Q.   And then Koppelman took it back and said, I

11      shouldn't have told you to do that.

12           You've got no recollection of hearing any of

13      this from Haydar?

14           A.   Not this version.

15           Q.   Okay.  What -- what role, if any, are you

16      aware of Koppelman playing in that listing quality team

17      situation?

18           A.   Part of -- so Josh Koppelman runs the

19      overall team sizing and team to program mapping,

20      right, so listing quality is a program.  There's no

21      listing quality tech team per se.  There may have been

22      but that, I don't think there was that year, so that

23      program would go get work commitments from different

24      tech teams, right, and Koppelman ran the budgeting and

25      tracking to say, great, we've made an investment in

FORTZ Legal

71

1     listing quality of X based on all the different work

2     commitments, but so Josh Koppelman ran the SharePoint

3     for the project management office that did that

4     mapping.  As part of his published process we had

5     talked about why it was different where his published

6     process --

7          Q.   "His" meaning Koppelman?

8          A.   Koppelman.  -- the published process would

9     talk about the dev manager doing the entries for above

10    and below the line.  And we had -- our process was

11    Selling Coach with partners predated that process, so

12    part of our discussion was Abdullah saying Koppelman

13    is saying I have to do above the below the line and

14    we're saying no, our platform product manager will

15    take care of that.  That's the conversation about

16    Koppelman that I remember.

17         Q.   So in other words, even under your own

18    account Koppelman was giving contrary instructions to

19    Abdullah from your instructions, right?

20         A.   Koppelman was publishing a standard

21    expectation for who -- for which person would put

22    input in.  I don't know if he gave a specific

23    instruction to Abdullah directly or not.

24         Q.   But that standard was contrary to your

25    preference or direction or agreement, whatever word you

FORTZ Legal

72

1  feel most comfortable using, with Abdullah, right?

2         A.    It was definitely different than our

3  agreed process, yes.

4         Q.    And Koppelman is above Abdullah in the

5  hierarchy, correct?

6         A.    Koppelman is an L8 on a different team.

7  Joel does not report to Koppelman so...

8         Q.    Abdullah didn't report to Koppelman?

9         A.    Sorry.  Yes, Abdullah nor Joel report to

10 Koppelman.

11        Q.    Okay.  But he's an L8.  You're also an L8

12 at the time?

13        A.    Uh-huh.

14        Q.    Yes?

15        A.    Yes.

16        Q.    You said "uh-huh."

17        A.    Yes, I'm fine to be clear.  That's a good

18 habit.  I'm trying to train my children the same way.

19        Q.    What is the PMO across?

20        A.    The PMO across, it's the Marketplace

21 project management office.

22        Q.    Okay.  And that's where Koppelman was?

23        A.    Yes.

24        Q.    Did he run that?

25        A.    It is part of his responsibilities, yes.

73

1          Q.   Okay.  And Abdullah's direct report was to
2     Gaw, right?
3          A.   Yes.  At that point, yes.
4          Q.   He was shifting first from -- he was
5     shifting from Mosby to Gaw in the end of 2014, correct?
6          A.   That's correct.
7          Q.   And part of Abdullah's job is to fit in
8     with this matrix organization, right?
9          A.   Yes.
10         Q.   It's not just to report to his immediate
11    superior, correct?
12         A.   Correct.
13         Q.   And the matrix organization, why don't you
14    define that for me because it's your term?
15         A.   Sure.  So again, as I've said.  You have
16    business programs that are delivering business value
17    and they include dependencies on work from tech teams.
18         Q.   Okay.  Is there anything else that the name
19    matrix --
20         A.   That's all I'm referring to at this point.
21         Q.   Okay.  And you know, with the jury and the
22    judge may be more familiar with a strict hierarchical
23    managerial model where someone has a boss who has a
24    boss who has a boss, but what you're describing is
25    people having to work cooperatively and collaboratively

FORTZ Legal

74

1    to some different bosses and with peer teams in order

2    to accomplish common goals, correct?

3         A.   Yes.

4         Q.   And one of those common goals is to make

5    sure that programs or teams which are not completely

6    attached under one manager get successfully completed,

7    right?

8         A.   I'm not sure I follow that.

9         Q.   Everybody is responsible for helping get

10   accomplished what's in the OP1 and OP2?

11        A.   No.

12        Q.   Okay.  Everyone is responsible for what

13   they're told they're responsible for in the OP1 and

14   OP2?

15        A.   Everyone is responsible for the goal

16   commitments that belong in their area, whether that's

17   their tech team or their program teams that were

18   committed in the OP1 and OP2.

19        Q.   And you were a manager in Marketplace

20   before and since Abdullah, correct?

21        A.   Yes.

22        Q.   And one of the things you were held

23   responsible for was honoring budgetary commitments,

24   correct?

25        A.   Yes.

75

1          Q.    And budgetary commitments aren't completely
2    set by you, they are set by the organization and you
3    play a role in contributing to that conversation,
4    right?
5          A.    They're finalized by the organization,
6    yes.
7          Q.    And Koppelman had authority for setting
8    some budgetary responsibilities for the listing quality
9    team, right?
10         A.    I don't believe so.
11         Q.    Koppelman didn't have the authority to tell
12   Abdullah how to allocate his resources?
13         A.    Not to my knowledge.
14         Q.    And if Koppelman did tell Abdullah to do
15   something and Abdullah didn't think or if he set
16   standards and Abdullah thought he had to follow those
17   standards, I mean, why is that Abdullah just breaking a
18   commitment with you as compared to trying to figure out
19   how to follow the organizational dictates?
20         A.    Based on what you said, that's his
21   responsibility to meet his OP1 responsibilities and
22   OP1 commitments.  We had an OP1 commitment for flat
23   head count year over year from Selling Coach.  By
24   making a change to listing quality, at which is his
25   largest investment in the primary funder of his team,



76

1    by making a change to listing quality without checking

2    with me or without -- because he's changing a

3    commitment that was finalized by the organization or

4    without checking with his boss to my knowledge,

5    Abdullah was operating without -- to some other person

6    that he doesn't report to and without making his other

7    customers aware that he's changing the OP1.

8         As I said previously, we also had agreed on

9    what our process would be for above below-the-line

10   changes within Selling Coach.

11        Q.   What was the next thing you can think of

12   that Abdullah Haydar did which contributed to your

13   assessment that he had lost trust with you?

14        A.   The -- well, one of the things to go back,

15   there were definitely some questions, we already

16   talked about some of the machine learning people.  We

17   didn't talk about the questions and the challenges of

18   why were we moving business reports to Priya.

19        Q.   I'm sorry; to what?

20        A.   To Priya who's a different director.  So

21   the Romanian team was moved and there were a lot of

22   challenges or questions around that.  Also, at the --

23        Q.   So wait.  Let's just sort of get that in.

24        A.   Sure.

25        Q.   So you're saying you took the Romanian team

77

1   away from Abdullah and gave it to Priya or someone else

2   did that?

3          A.   Avi Saxena did that.

4          Q.   Avi Saxena did that.  Under your advice?

5          A.   I don't think I was consulted.

6          Q.   Okay.

7          A.   I don't remember.  I would have advised

8   it.

9          Q.   And why?

10          A.   Again, we mentioned the three-year plan

11   process for Marketplace.

12          Q.   Yes.

13          A.   Priya had authored a three-year plan for a

14   reports, a new next generation of reports called

15   seller data kiosk.  Sebastian Gunningham, the SVP, had

16   asked for a plan for that to be included in OP1.

17   Priya wrote the section for business reports, I

18   believe, and -- sorry, for seller data kiosk in OP1.

19          So if we're going to a next generation of

20   seller data sharing, it would be logical to

21   consolidate the reporting teams.  Priya owned some of

22   the other more heavily used reports already and so it

23   would make sense to consolidate the reports teams.

24          Q.   Okay.  So Abdullah --

25          A.   I had consulted on it.  My involvement was

78

1   I had consulted on that plan with Priya.

2          Q.   Okay.  So Romania is moved from Abdullah to

3   Priya and why -- why does this affect your assessment

4   of Abdullah?

5          A.   We spent several sessions talking about it

6   instead of focusing on what we still -- what the

7   commitments we had in front of us Selling Coach.

8          Second of all, it was an example of by not

9   having a three-year plan for our architecture in the

10  June time frame, we did not have an input to present

11  something during the Marketplace three-year plan, and

12  also as I mentioned, we had some friction on the

13  balance between program and engineering.  One of the

14  ways that we would arbitrate or prioritize would be

15  how much of our three-year engineering three-year plan

16  are we committing to in OP1.  So by not having that

17  plan, we didn't have the mechanisms to drive

18  priorities which is a trust issue.

19         Q.   Now, Abdullah came on board at the end of

20  '13, beginning of '14 to run the Nudge technical team?

21         A.   Yes.

22         Q.   And so he inherited a three-year plan from

23  Joel Mosby?

24         A.   I don't know if he inherited a three-year

25  plan from Joel and Alex.

79

1          Q.    Did you look at Joel Mosby's three-year

2     plan for Nudge technical team?

3          A.    No, but I believe if I remember from the

4     documents produced for this case, you know, I sent a

5     note to -- I sent a note to Abdullah very early in Q1

6     of '14 and had discussed the need for a three-year

7     plan for the technology before he took the job.

8          Q.    Now, Joel got promoted, right?

9          A.    Yes.

10          Q.    And you supported that, right?

11          A.    I don't remember if I was asked for

12     feedback or not.  I write a lot of feedback.

13          Q.    You've given him positive feedback?

14          A.    I've given him positive and negative

15     feedback.

16          Q.    On the balance you gave him positive

17     feedback?

18          A.    I support his promotion.

19          Q.    Okay.  In supporting his promotion, you

20     didn't care that he hadn't submitted a three-year plan,

21     did you?

22          A.    That's not what I said.

23          Q.    Okay.

24          A.    I said I gave him balanced feedback and

25     if -- if he hadn't submitted a three-year plan or his

80

1    team hadn't, I may have noted it as a miss.

2         Q.   Did you have a roadmap for Romania when

3    Joel was running Nudge technical team?

4         A.   We had a roadmap for Romania when Alex was

5    running the business reports for Romania.

6         Q.   And --

7         A.   Alex was the direct manager under Joel.

8         Q.   And why didn't Mosby update it?

9         A.   I don't know.  You'd have to ask Joel.

10        Q.   But he was -- he was head of Nudge

11   technical before Abdullah, right?

12        A.   He was the senior manager.

13        Q.   So realtime Nudge software was not

14   completed when Joel Mosby was the technical manager.

15        A.   Okay.

16        Q.   It was completed when Abdullah Haydar was

17   the technical head of Nudge.

18        A.   Okay.

19        Q.   That's a significant actual accomplishment

20   that affects gross sales of Nudge, right?

21        A.   There's a couple parts of that.  Actually,

22   no, realtime nudge -- realtime nudges, realtime

23   pricing nudges in particular were actually a loser.

24   They actually created negative attributed GMS.

25        Q.   Oh?  Why?



81

1          A.   Because we're actively telling people that

2     other people have lower prices and so they go lower

3     the price further.  So additional sales are typically

4     going to be at a lower price than what the previous

5     prices were.  So our methodology for attributing GMS

6     to the action would capture that as a negative GMS.

7          Q.   On the other hand --

8          A.   We made prices more competitive.

9          Q.   And therefore customers are presumably

10    happier and spend more time on the site and buy more

11    product, right?

12         A.   Amazon does want to have competitive

13    prices, yes.

14         Q.   And you have a more efficient Marketplace

15    which you believe efficiency in the Marketplace

16    combined with positive customer service and ease of

17    customer use is what's behind this tremendous

18    expansion, right?

19         A.   Yes.  However, again, you said there were

20    two things.  One, you know, you said realtime pricing

21    was not delivered under Joel.  It wasn't prioritized

22    to be delivered under Joel.  No one asked Joel to

23    deliver realtime pricing, to my knowledge.  You have

24    to check --

25         Q.   It was under --

82

1          A.    We'd have to check the roadmap.

2          Q.    It was under the 2013 goals that were not

3    complete, right?  You don't dispute that?

4          A.    I haven't looked at the 2013 goals, so...

5          Q.    So you don't dispute that you based on what

6    you know now today?

7          A.    I'd have to look at the 2013 goals so I

8    don't dispute it.

9          Q.    Okay.

10         A.    The second part is I would also assume

11   that the pricing team under Priya, you know, delivered

12   and contributed to delivery of pricing software

13   including realtime pricing nudges.  It depended on

14   other software.

15         Q.    Sure.  Everybody depends upon everybody

16   else in this matrix thing.

17         Okay.  What's the next thing Abdullah did that

18   made you believe that he was not someone who you could

19   have trust in?

20         A.    So I don't have a future architect

21   revision solving the growth problems.  I have -- which

22   caused tradeoff issues during our OP1.

23         Q.    And you didn't -- again, you didn't have

24   that from Joel either, right?

25         A.    The -- I would have to go back on the

FORTZ Legal

83

1    architecture deep dive because I'm sure -- since Alex

2    reported to me at one -- before he reported to Joel,

3    we did previously have a certainly defined roadmap.

4    Also, we were coming from 2009 to 2012 is a

5    three-year, right.  Also our three-year plans are

6    something we typically update every year.

7            The -- so we didn't have the input coming into

8    OP1, 2014.  We then had --

9            Q.   Well, what about 2013?

10           A.   -- transitions into --

11           Q.   That's the first year of a new cycle.  You

12   said '9 to '12?

13           A.   I said I didn't know if I had a plan or

14   not.

15           Q.   Okay.

16           A.   I'm more deep dive, the inputs we need to

17   drive a prioritization between engineering excellence

18   and the program.

19           The growth in architecture changes in 2014 was

20   also pretty significant.  The -- we talked about the

21   October issues around people movement.  We then talked

22   about the roadmap issues in December.

23           Q.   And we had a nice break.  I gave you like

24   15 minutes.  Were you able to review your document with

25   your summary, your list?

84

1        A.    No, I did not review the document.

2        Q.    Okay.  All right.

3        A.    And then, you know, Abdullah and I met in

4   January about that and he acknowledged both in

5   December that he had not provided a three-year plan or

6   deep dive vision to me earlier in the year.

7        Q.    So he was being vocally self-critical on

8   that?

9        A.    I don't know if he was being vocally

10  self-critical or just acknowledging that he hadn't

11  provided it.  He also said that he did -- Here's what

12  I did do and the work I did do and here's, you know,

13  what I typed up.  So he also -- I wouldn't call it

14  vocally self-critical.

15       Q.    Would you call it being honest?

16       A.    I would call it, you know, Here, I'm

17  trying to show you that I did something.

18       Q.    Okay.  So you're saying he did do something

19  but he was communicating it late?

20       A.    He said he did something, and the e-mails

21  connected in the case somewhere.  He said he did

22  something.  He said, "It's not good enough."  He says,

23  "Looking at it now it's clearly a draft.  It's late.

24  I didn't share it with you.  I shared it with my boss

25  but not with you."

85

1          So -- but here it is.  More importantly, we're

2     trying to make commitments to a set of 2015 goals and

3     I have someone who's going back and forth on whether

4     or not he's been deceptive intentionally or

5     unintentionally.

6          Q.   I'm asking about specifics with the -- any

7     other specifics you can come up with as you sit here

8     today?

9          A.   Right now the highlights I've called out,

10    the --

11         Q.   Okay.

12         A.   -- transition of people, the lack of a

13    three-year plan, the roadmap transparency.

14         Q.   I want to show you what we'll -- we'll just

15    make all of these one.

16         A.   Sure.

17         Q.   These are your performance reviews from

18    2012, 2013, 2014, 2015 --

19              MR. WOLFF:  My copy.

20              MR. NACHT:  Actually, we're just going to --

21    I'm not sure I've got them.  I'm not going to ask him

22    about them.  I just want to get them as exhibits.  I just

23    want to make sure.

24    BY MR. NACHT:

25         Q.   Are those your performance reviews, sir?

FORTZ Legal

86

1         A.    Yes.

2         Q.    Okay.

3               MR. WOLFF:  Well, take a look.  Make sure.

4               THE WITNESS:  I see my name on the top of

5    them.

6               MR. WOLFF:  Close enough for government work.

7               THE WITNESS:  This is what a performance

8    review would look like.

9               MR. NACHT:  Okay.  The collection of --

10              MR. WOLFF:  It would be 2.

11              MR. NACHT:  -- performance reviews shall be

12   Haney Exhibit 2.

13                    (Exhibit No. 2 marked

14                      for identification.)

15   BY MR. NACHT:

16        Q.    You love working for Amazon, right?

17        A.    I enjoy working for Amazon.

18        Q.    You've done well at Amazon, right?

19        A.    It's been a privilege to be at Amazon,

20   yes.

21        Q.    And you don't have a beef with your

22   performance reviews, do you?

23        A.    I think performance reviews, you know, are

24   a process that we go through every year.

25        Q.    And you don't have substantial objections

87

1   to any of these four performance reviews, do you?

2          A.   I don't have substantial objections, no.

3          Q.   Okay.

4               MR. NACHT:  You're not going to object,

5   Counsel, to us getting his compensation, right?

6               MR. WOLFF:  I am going to object.  If the

7   court tells us to give it, I'll give it.

8               MR. NACHT:  At this moment you are directing

9   him not to tell us his compensation when you know that

10  we've identified him as a comparator, really?

11              MR. WOLFF:  You can identify whoever you want

12  as a comparator.  He's not a comparator.  He's in an

13  entirely different job family.  He's at a different

14  level.  They didn't have peer relationships.  They had

15  internal customer, internal -- no.  But if the court says

16  you get it, we'll give it to you right away, but I am

17  instructing him not to answer.

18              MR. NACHT:  Okay.

19  BY MR. NACHT:

20         Q.   So this is your deposition and I want to

21  give you a chance to fully explain all these reasons

22  that you believe Abdullah Haydar wasn't good at what he

23  did such that you took the actions you did, the e-mails

24  you did, the meetings you did concerning him.  So I'd

25  like you to ask your lawyer to show you whatever

88

1    document would help refresh your recollection so at

2    this deposition you can list all those things.  You

3    said you looked at some document that gave you a list.

4    I'd like you to look at them because this is your

5    chance to say whatever you want to say.

6              MR. WOLFF:  I'm not going to refresh his

7    recollection for you.  He did not look at a single

8    document that you guys don't have in your possession.

9              MR. NACHT:  Okay.

10             MR. WOLFF:  If you want to show it to him, he

11   can answer questions about them.

12   BY MR. NACHT:

13        Q.   And do you believe there's anything which

14   is important that you reviewed in a document -- you

15   looked at documents this morning, right?

16        A.   No.

17        Q.   You looked at documents yesterday?

18        A.   Yes.

19        Q.   Okay.  So these are documents you looked at

20   yesterday.  Is there anything else that you think is

21   important that you're forgetting about what Abdullah

22   did that you found problematic?

23        A.   I can't think of anything at the moment.

24        Q.   Okay.  No one is perfect.  I think we can

25   all agree on planet earth no one is perfect, right?

Abdullah Haydar v. Amazon Corporate, LLC                    Job 5361
Stefan Haney 11/7/2017

                                                                89
1          A.   We all have areas to improve.
2          Q.   Okay.  And that's true with you as well,
3     right?
4          A.   Yes.
5          Q.   And you make good faith efforts to improve
6     where it makes a difference and you're hearing feedback
7     about it?
8          A.   Yes.
9          Q.   And you've had times where you haven't
10    improved as much as you wish you had, fair?
11         A.   Sure.
12         Q.   Okay.  But you still got a passing grade on
13    your leadership principles for your annual reviews,
14    right?
15         A.   I got -- I believe in the reviews you
16    showed me I have a solid strength.
17         Q.   Okay.  And you feel that was fair, right?
18         A.   I think so.
19    (CONFIDENTIAL PORTIONS CONTINUE ON NEXT PAGE.)
20    ////
21    ////
22    ////
23    ////
24    ////
25    ////

Abdullah Haydar v. Amazon Corporate, LLC                    Job 5361
Stefan Haney 11/7/2017

                                                                  90

1    (CONFIDENTIAL PORTIONS.)

2    BY MR. NACHT:

3        Q.   I'm going to mark this next section of the

4    deposition as confidential.  I'm going to ask you about

5    some things.  You know a woman named Elizabeth Bailey?

6        A.   Yes.

7        Q.   Okay.  And you were mentioned in an EEOC

8    filing or at least in a lawsuit.  You were mentioned in

9    a lawsuit.  There's a line in a lawsuit that she filed.

10   Did anyone ever show you this complaint where she

11   mentions your name?

12       A.   I spoke with investigators at Amazon about

13   a complaint from Elizabeth.

14       Q.   Okay.  Evidently there was some

15   conversation you had which she objected to where you

16   went into her office to talk about some product, some

17   adult sex toy products and that was the subject of her

18   complaint.

19       Do you have any recollection of this

20   conversation?

21       A.   Yes.

22       Q.   Okay.  Do you remember what you said?

23       A.   I remember roughly what I said, yes.

24       Q.   What did you say?

25       A.   Elizabeth didn't have an office.  She has



91

1    a desk -- had a desk in a cube.  I believe it was

2    Abdullah who had sent a note to me saying that a

3    seller had reported recommendations that -- of adult

4    products that were conflicting with his views.

5           So I went to look for Elizabeth and her manager

6    because Elizabeth's job was to own the filtering for

7    words and other filtering for our recommendations.

8           Q.   And just so the record is clear,

9    essentially the computer algorithm is spitting out a

10   recommendation that someone might want to buy sex toys

11   and based upon prior purchases and they were offended

12   by that, is that the issue?

13          A.   Not exactly.

14          Q.   Okay.

15          A.   The algorithm will -- we have a set of

16   selection recommendations that will identify products

17   that have insufficient sellers on Amazon.  We would

18   like to have more sellers selling a given set of

19   products, right.  We'll say, Hey, there's only one

20   person selling black mugs, maybe all of us should sell

21   black mugs, right.

22          Q.   All right.

23          A.   And then we match -- we match those

24   products based on -- to a set of sellers who we think

25   have an affinity to either or an ability to source the

92

1    product.

2         Q.   Yeah.

3         A.   Or they've sold that product or something

4    similar to it in the past.  We -- our algorithm looks

5    at, generates those recommendations.  So we generated

6    a recommendation for adult sex toys and sent it to a

7    seller.

8         Q.   That's not a human being did that, the

9    algorithm did it?

10        A.   Yes, but in part of doing that -- so the

11   algorithm is written by human beings, particularly

12   Elizabeth.  Elizabeth is a statistician and she

13   developed the code that generated those

14   recommendations and managed the code.  She also

15   managed the code for filtering recommendations such

16   as, you know, we want to try to send G recommended

17   recommendations, G-rated recommendations.  So we don't

18   want to have swear words, racist, you know, issues.

19   You know, there are products on Amazon that are not

20   G-rated, right, so we don't necessarily want to e-mail

21   those out as recommendations, and that's her job to

22   manage the filter, the filtering capability.

23        Q.   Okay.  So what did you say?

24        A.   So first I had to find them because she

25   and Mat and Anukul were in an office or were in a

93

1  meeting room, which was convenient because I needed to

2  talk to all three of them, and I'm pretty sure I said

3  something like, We have an escalation from a seller

4  who's receiving adult sex toys with a misspelling of

5  common vulgarity words and, you know, then so we need

6  to get this addressed.

7       Q.   And you don't think you used vulgarity?

8       A.   I don't think I used vulgarity.

9       Q.   Okay.  And you don't think you said

10 anything that was offensive?

11      A.   I don't think I said anything that was

12 offensive, but --

13      Q.   And you don't regret -- you don't regret

14 it?  You don't feel you did anything wrong, right?

15      A.   No.

16      Q.   Okay.  And after that happened, how long

17 before you found out that Elizabeth had objected to the

18 conduct?

19      A.   I don't remember.

20      Q.   When is your first recollection of finding

21 out that Elizabeth had made a complaint or objected to

22 the conduct?

23      A.   When I was questioned about an

24 investigation.

25      Q.   And when was that?  2015?

94

1          A.   I don't know.

2          Q.   2014?

3          A.   I don't know.

4          Q.   You really -- you can't put a year on it?

5    I mean, come on.

6          A.   I've talked to -- in 2014, in 2015, I

7    talked to the fed about price fixing.  I talked to

8    EEOC.  I really can't.

9          Q.   Who did you -- you talked to EEOC about

10   Elizabeth Bailey only or about someone else too?

11         A.   Just Elizabeth Bailey.

12         Q.   Okay.  And so did Elizabeth Bailey report

13   to you?

14         A.   No.  She reported to someone who reported

15   to me.

16         Q.   What did you -- do you remember having a

17   conversation with Mr. Faricy because, you know, he

18   provided an affidavit in this.  Do you remember having

19   a conversation with Mr. Faricy about this --

20         A.   No.

21         Q.   -- about Elizabeth Bailey?

22         A.   No.

23              MR. WOLFF:  You can answer.

24   BY MR. NACHT:

25         Q.   Okay.

95

1              MR. WOLFF:  My look was what he meant by

2      "this" but then he explained.

3              THE WITNESS:  Yeah.

4      BY MR. NACHT:

5          Q.   Who at Amazon trained you or educated you

6      not to retaliate against Elizabeth Bailey for making

7      the complaint?

8              MR. WOLFF:  Objection.  Form.

9      BY MR. NACHT:

10         Q.   If anyone?

11         A.   I go through whatever mandated trainings

12     that are assigned to me which include harassment

13     training.

14     (NON-CONFIDENTIAL PORTIONS CONTINUE ON NEXT PAGE.)

15     ////

16     ////

17     ////

18     ////

19     ////

20     ////

21     ////

22     ////

23     ////

24     ////

25     ////

96

1   BY MR. NACHT:

2           Q.   Have you ever been trained on retaliation?

3           A.   I assume retaliation is included in the

4   harassment training.

5           Q.   What's the definition as you understand it?

6           A.   I'm not comfortable -- retaliation, yeah,

7   I'm not comfortable giving a definition of

8   retaliation.

9           Q.   Just for, you know, from based on the

10  trainings you've received, just based on the trainings

11  you've received, if you're not supposed to retaliate,

12  what does that mean?

13          A.   If someone has, you know, it would be some

14  sort of punitive action or negative action towards

15  someone who you've had an either disagreement with or

16  has had a mistake.

17          Q.   In general in Amazon policy, you can't

18  retaliate against people for engaging in reviews of

19  people, right?

20              MR. WOLFF:   Objection.   Form.

21  BY MR. NACHT:

22          Q.   I'm not talking about the law or anything.

23  I'm talking about within the Amazon policy and culture

24  and...?

25          A.   I don't know what you mean by -- you're

97

1  saying is it acceptable to retaliate in certain

2  conditions?

3       Q.   Is it acceptable to retaliate against

4  someone because they write reviews?  If you wrote a

5  review of someone, they're not allowed to punish you

6  for writing that review, are you?

7       A.   If I write a review of someone, you know,

8  I'm at Amazon to deliver value and to create business

9  capabilities.  I'm there to help employees develop and

10 grow.  I'm not there to grind axes or take out

11 grudges.

12      Q.   And therefore is it the policy of Amazon as

13 you have experienced it, either read it or experienced

14 it because you've testified today about a lot of things

15 that are just kind of part of the culture.  They may be

16 written down, they may not be written down, but it's

17 just how we expect people to behave, running teams and

18 so forth?

19      A.   I've testified certainly there's a

20 leveling guide and I've testified there are standard

21 practices in the PMO, and I've testified that we have

22 processes often documented of how things should be --

23 of how things are expected to be operated.

24      Q.   And sometimes there are inconsistencies,

25 right?

98

```
 1          A.   We've had exceptions to processes.

 2          Q.   Right.

 3          A.   Yeah.

 4          Q.   Koppelman writes down a policy, you make

 5   clear what you think is a clear agreed upon expectation

 6   or agreement and you say your clear agreement trumps

 7   what Koppelman wrote?

 8          A.   Sometimes we have policies that are in

 9   conflict and we have to resolve that.

10          Q.   And I think that's been true since the

11   first laws in policies, right?  That's why lawyers have

12   a living, fair?

13          A.   Sure.

14          Q.   Okay.  And that's why managers have a

15   living in part, not only to get things done but to

16   figure out which rule do I follow to get this done,

17   this one or that one, what makes sense at that

18   particular time, you exercise judgment, fair?

19          A.   You exercise judgment within the

20   frameworks that you have such as you can check, if you

21   have to -- if you have to make a judgment call, you

22   have options to validate that judgment call.

23          Q.   By the way, we are off -- the confidential

24   ended at the end of Elizabeth Bailey.

25          A.   Okay.
```



99

1          Q.   So you are allowed to retaliate against

2    someone who writes a negative review of you or you're

3    not, I'm asking in Amazon, what's the rule?

4          A.   I don't know what the Amazon rule is

5    precisely.

6          Q.   Have you ever done that?

7          A.   Why would I retaliate?

8          Q.   Have you ever done it?

9          A.   Not that I know of.  Not that I can

10   recognize.

11         Q.   Were you aware that Abdullah Haydar gave

12   you a negative review in March of 2015?

13         A.   I was not.

14         Q.   Okay.  You've received some negative

15   reviews in 360s over the years, right?

16         A.   Yes.

17         Q.   Is it painful to receive those kinds of

18   things?

19         A.   I do think it's painful.

20         Q.   And my father likes to say there are two

21   things in life, fun things and learning experiences.

22         A.   Book of Proverbs says lots of comments

23   about those kind of things.

24         Q.   So you feel like you've been able to grow

25   as a person by working at Amazon because it's kind of a

100

1    tough process and a tough place?

2         A.   I do feel I've been able to grow.

3         Q.   And would you agree with me it's kind of a

4    tough process and tough place.  I mean, that's how you

5    accomplish so much, right?

6         A.   We do take on tough challenges.

7         Q.   And you expect a lot from people, right?

8         A.   We do expect a lot from people.

9         Q.   And you get a lot from people, right?

10        A.   I think people meet those challenges, yes.

11        Q.   And there's griping but people really do a

12   lot.  They get a lot done is why it's such a rapidly

13   growing successful company, fair?

14        A.   I think customers -- rapidly growing

15   because customers appreciate the services we provide.

16   We're expanding those services.

17        Q.   Do you think that you've ever had a problem

18   earning the trust of others?

19        A.   Well, my performance reviews indicate that

20   both I've said that myself and it's been -- I've been

21   given feedback that I have mixed reviews on earning

22   trust well and earning trust not so well for sure.

23        Q.   And being vocally self-critical, you've had

24   more positive feedback over the years on that, but

25   you've had times when you've been slammed for that,

FORTZ Legal

101

1   right?

2            A.   I think my reviews are reasonable.

3            Q.   Okay.  You got a lot done, your objective

4   performance metrics, you just got a lot accomplished --

5            A.   Yes.

6            Q.   -- when you were in Marketplace, right?

7            A.   I've done a number of things, completed a

8   lot of deliverables in Marketplace, yes --

9            Q.   And maybe you haven't --

10           A.   -- and moved, changed business metrics.

11           Q.   -- been completely smooth around the edges

12  but you've accomplished a lot and you have done well

13  and so why wasn't Abdullah Haydar given that same shot?

14           A.   I can't speak to why Abdullah Haydar

15  wasn't given the same shot.

16           Q.   Okay.

17           A.   I was not part of his performance, his

18  performance review.

19           Q.   Okay.

20           A.   I can tell you the feedback that I gave

21  and -- which is he has gaps in delivering.  He missed

22  deliverable dates on multiple occasions.  He did not

23  provide the -- not provide the requested documents in

24  a timely fashion by his own admission which caused

25  challenges in me being able to count on him to

102

1    deliver.

2         Q.   Was there ever a time where there is a

3    particular date where he says, you know, by March 30th,

4    you will receive this document and then he didn't

5    deliver it that you can point to as you sit here today?

6         A.   Yes.

7         Q.   What is it?

8         A.   He accepted a three-year plan delivery,

9    and in May of 2014, he informed me that he had

10   prioritized other deliverables ahead of the three-year

11   plan after the fact.  He also acknowledged in the

12   December e-mail that he had not delivered to me even

13   the draft of the three-year -- of the deep dive and we

14   moved on from the three-year plan into a technical

15   deep dive so those are two of the examples.  We also

16   didn't talk, you know, there were other examples of

17   the Romania team where deliverable dates were missed

18   that impacted partners, particularly FBA.

19        Q.   Sometimes managers make judgment calls in

20   order to prioritize based upon their obligations.  I'm

21   sure you've done that yourself.

22        A.   Okay.

23        Q.   And you've been criticized by others over

24   the years in the performance reviews for putting the

25   needs of your particular organization within Amazon

103

1   ahead of other needs and not being collaborative,
2   right, you've received that kind of --
3          A.   I've seen that statement in a performance
4   review similar to that effect, yes.
5          Q.   On more than one occasion, right?
6          A.   Okay.
7          Q.   But you've been successful.  You made
8   judgment calls.  You got a lot done.  What do you think
9   Abdullah did as you analyze the situation?
10         A.   Well --
11              MR. WOLFF:  Objection.  Form.  What do you
12   think Abdullah did?
13   BY MR. NACHT:
14         Q.   Yeah.  What do you think he did that got
15   himself fired?  I'm assuming you reject the hypothesis
16   of the lawsuit, okay.  You've seen a copy of the
17   complaint?
18         A.   I have not seen a copy of the complaint.
19         Q.   Okay.  You're familiar basically with what
20   the lawsuit is about?
21         A.   I am not familiar basically with what the
22   lawsuit is about.
23         Q.   Okay.  You haven't been sued, you know
24   that?
25         A.   Correct.



**Abdullah Haydar v. Amazon Corporate, LLC**
**Stefan Haney 11/7/2017**                                    **Job 5361**

                                                                    104

1      Q.   Hey, by the way, do you keep a copy of your
2    360s?
3      A.   I don't see my 360s.  I only see the
4    performance review feedback, any feedback that's
5    supplied in my performance review.
6      Q.   So if it's external to the performance
7    review but in the 360s, you don't have a copy?
8      A.   I only see the feedback through the
9    performance review process that's provided to me by my
10   manager in my performance review.
11     Q.   And you haven't gotten any 360s in the last
12   year and a half?
13     A.   I only see what's in the performance
14   review.
15     Q.   Do you have any reason to believe that 360s
16   haven't happened for you in the last year or year and a
17   half?
18     A.   There's been a change in the performance
19   review process in 20 -- in the spring of 2017 for the
20   2016-year where the feedback that was provided was
21   much shorter and focused primarily on what was called
22   super powers, no joke.  It's the first change I
23   remember in the performance review process in years.
24     Q.   And that means that there isn't the logging
25   of people's opinions about people?

FORTZ Legal

**Abdullah Haydar v. Amazon Corporate, LLC**                    **Job 5361**
Stefan Haney 11/7/2017

                                                                      105

1          A.   I --

2          Q.   Have you been asked to give opinions in the

3   way you used to for 360s?

4          A.   No.

5          Q.   Do you remember having problems with

6   Abdullah's tone in an e-mail that we talked about

7   earlier in the deposition?

8          A.   Yes.

9          Q.   Can you think of any other person who sent

10  an e-mail where you disagreed with the tone and you

11  took it up with that person's boss or HR or...?

12         A.   Yes.

13         Q.   Who?

14         A.   I regularly coach my people when we have

15  teams in multiple countries to be thoughtful on the

16  tone they use in an e-mail.

17         Q.   Well, it's one thing to give constructive

18  criticism.  It's another for it to be part of a -- an

19  orchestrated effort to remove someone.

20         And you're not going to disagree that you

21  participated in that, are you?

22              MR. WOLFF:  Objection.  Can I hear that

23  question again, please?

24  ////

25  ////

FORTZ Legal

                                                          106

1                    (Question on Page 105, Lines 17

2                     through 21, read by the

3                     reporter.)

4              MR. WOLFF:  Objection.

5              MR. NACHT:  He has no objection.

6                 (Laughter.)

7              THE WITNESS:  You had an objection.

8              MR. WOLFF:  Well, okay.

9    BY MR. NACHT:

10        Q.    You can answer the question.

11             MR. WOLFF:  Well, there were --

12   BY MR. NACHT:

13        Q.    The last part of the question.

14             MR. WOLFF:  What was the last part of the

15   question?  Either ask him if he was part of an

16   orchestrated effort or ask him the last part of the

17   question, but I don't want them getting mixed up.

18   BY MR. NACHT:

19        Q.    Were you part of an orchestrated effort to

20   remove Abdullah Haydar?

21        A.    No.

22        Q.    Okay.  You recognize that data you provided

23   both verbally and in writing was used as a basis to

24   remove him?

25        A.    I was unaware of that, but that would make

**Abdullah Haydar v. Amazon Corporate, LLC**
**Stefan Haney 11/7/2017**

**Job 5361**

107

1    sense.  I provided feedback on Abdullah Haydar to his

2    management and to HR.

3         Q.   Okay.  When were you informed that Abdullah

4    was put on a performance improvement plan?

5         A.   Garret called me, Garret Gaw made a phone

6    call to me.  I was actually on a walk with my family,

7    took the call and he asked -- informed me that

8    Abdullah would be placed on a performance improvement

9    plan and asked if I would be willing to participate in

10   an action related to that plan.

11        Q.   What was the action?

12        A.   If I would be willing to have meetings

13   with Abdullah to rebuild the trust relationship.

14        Q.   And you said?

15        A.   Yes.

16        Q.   Do you remember any such meetings

17   occurring?

18        A.   We had -- I had a one-on-one.

19        Q.   In your office?

20        A.   Likely, yes.

21        Q.   Do you remember it or not really?

22        A.   I don't remember the details.  We talked

23   about a number of things and I think I also suggested

24   that we discuss two books.

25        Q.   What books?

108

1          A.    Managing Management Time and Leadership

2    and Self-Deception.  Both are common books I use with

3    my partner and leadership teams.

4          Q.    Who wrote them?

5          A.    I don't remember who wrote Leadership and

6    Self-Deception.  Managing Management Time was written

7    by William C. Oncken, O-N-C-K-E-N.

8          Q.    Have you ever had a conversation with

9    Mr. Faricy about Mr. Haydar?

10          A.    No.

11          Q.    When is the last time you saw Peter Faricy?

12          A.    It's been several months.  Well, I bumped

13    into him in the cafeteria outside of Sebastian

14    Gunningham's office and the conference room about --

15    it was right afterwards so November 1st, but before

16    that I hadn't seem him for weeks.

17          Q.    And when did he leave Marketplace?

18          A.    I left Marketplace in January.  Well,

19    there's some precision there.  So in the end of 2015,

20    beginning of 2016 I took a role under a different VP,

21    Adrian Agostini in the North American sales group.

22    The North American sales group was re-orged within

23    minutes under Peter Faricy so I was out and then back

24    in Marketplace.  And then I left to my current role in

25    January 2000 -- or January of this year.

109

1          Q.   And was that your own initiative?

2          A.   Yes.

3          Q.   And what excited you about this new

4     opportunity?

5          A.   It was the opportunity to work with a

6     different leadership team, so it was new people for me

7     to learn from and to take ownership of a larger space

8     within Amazon.

9          Q.   Who do you report to?

10         A.   I report to Andrew Hamel.

11         Q.   Does he have a different management style

12    than Mr. Faricy?

13         A.   Yes.

14         Q.   How so?

15         A.   He is -- in some ways he's -- he involves

16    his leadership team to help define organizational

17    changes and to propose some of those changes.

18         Q.   As compared to what?

19         A.   Mr. Faricy will typically either delegate

20    organizational changes to his team or choose to make

21    them.  My observation is my time with Andrew some

22    organizational changes like which teams do which work

23    is a little more -- or what is our overall mission has

24    been a more collaborative -- like a more collaborative

25    process.  He's also not as structured in reporting.

110

1          Q.   As Peter?

2          A.   At this point, yes.

3          Q.   You reported directly to Peter?

4          A.   I don't think there was a time that I

5     reported directly to Peter.

6          Q.   During 2014 who was your immediate

7     superior?

8          A.   It would have probably been either Pete

9     Sauerborn or Mark Mitchke.

10         Q.   And did you spend a fair amount of time

11    with them?

12         A.   I spend fairly limited time with them.

13         Q.   Why is that?

14         A.   You know, we would have staff meetings and

15    I'd have one-on-ones and we'd have program reviews.

16    So, you know, Mark would run a fairly broad set of

17    programs, so I was one of his concerns.

18         Q.   I want to go back to what I started to

19    address earlier.  Can you identify a particular person

20    who lost trust with you to the degree that Abdullah

21    Haydar lost trust with you?

22         A.   I cannot think of a person who over the

23    amount of time had the same number of gaps.

24         Q.   And you believe that Abdullah Haydar did

25    more to lose trust with you than you did to lose trust



111

1    with others?

2          A.    I'm not sure I would be well placed to

3    contrast my contributions to others versus Abdullah's.

4    I have received feedback as you've seen, that's mixed.

5          My responsibilities have put me in a position

6    where I've been a platform owner or an owner of

7    constrained resources, and so part of my job has been

8    to say no or to make prioritization choices.  And so

9    from the feedback that I've seen is an opportunity to

10   improve.  You know, I've had to learn how to take on

11   more -- more shared responsibility with partners, to

12   manage expectations clearly with partners, and to --

13   and to get feedback of how my personality might need

14   to be -- might be more effective because I'm not

15   always effective.  Sometimes it's been good.  It's

16   been mixed, right.

17         So I've sought out mentors and sought out

18   leadership development at Amazon to help make those

19   changes, and I believe my reviews also show progress

20   in those areas.

21               MR. NACHT:  Let's take a few minutes.

22                    (Recess 2:49-2:58.)

23   ////

24   ////

25   ////

                                                                112
1                    EXAMINATION (Continuing)
2    BY MR. NACHT:
3        Q.   Okay.  Just so I have a nice coherent list,
4    all of your bosses at Amazon in a row?
5        A.   Is that like a test question?  I've been
6    here 14 years.  You know how fast we re-org, right?
7        Q.   You've got a really good memory.  You're a
8    smart guy, you got a good memory and you have to do it
9    in one breath.
10       A.   That's like asking me to name my seven
11   kids and their birthdays.  That's what my
12   four-year-old is for.  She keeps track of all the
13   birthdays.
14       Glad to do it.  It's an interesting crew.
15       Q.   Okay.  The bosses?
16       A.   Sure.
17       Q.   Please.
18       A.   Jacob Kjelstrup, to Rick Beatty to Dilip
19   Kumar, to Jacob Levanon, to Curt Ohrt to Pete
20   Sauerborn to --
21       Q.   Okay.  Before -- between those two, was
22   there a time when there was an empty slot and you were
23   reported directly to Faricy?
24       A.   I don't remember if there was -- I would
25   be surprised if there was much of a slot.

113

1      Q.   There was an org chart with sort of an

2   empty box between you and Faricy.  Is that when that

3   was...?

4      A.   I don't remember ever more than -- you

5   know, I think I reported to Faricy for, like, four or

6   five weeks at some point.

7      Q.   I see.

8      A.   Or it was a mentoring relationship when I

9   first came to Marketplace.

10     Q.   Okay.

11     A.   So Pete Sauerborn to -- from Pete

12  Sauerborn to Mark Mitchke to -- in the interim there,

13  after Mark left, I forget who it was actually.  And

14  then back to Pete Sauerborn and then to Sean Scott and

15  now Andrew Hamel.

16          Do you have the answer over there?

17     Q.   Every conversation you had with a lawyer

18  about Abdullah Haydar, I don't want to know the

19  contents, I want to know when you had a conversation.

20  First, did you have a conversation about Abdullah

21  Haydar with a lawyer, it could be on the phone,

22  speakerphone, iPhone, iFacetime, present in a meeting

23  live, human beings, you have a meeting with a lawyer

24  where the subject was Abdullah Haydar while Abdullah

25  Haydar was an employee of Amazon?

Abdullah Haydar v. Amazon Corporate, LLC                        Job 5361
Stefan Haney 11/7/2017

114

1          A.    I don't remember if I've had a meeting

2     with a lawyer.  I had a meeting with an HR person.

3          Q.    Anne DeCleene, the investigation?

4          A.    Anne, yes.

5          Q.    Okay.  Is that what you're referring to?

6          A.    Yes.

7          Q.    Okay.  And did that happen -- where did

8     that occur, that investigation, interview?  In your

9     office?

10         A.    Yes, in the Varzea building.

11         Q.    How long did it last?

12         A.    45 minutes to an hour plus.

13         Q.    Did you ever have a conversation with Derek

14    Oehler about Abdullah Haydar?

15         A.    Yes.

16         Q.    On more than one occasion?

17         A.    I remember sending documents to Derek and

18    certainly followed up on one or two of those

19    documents.

20         Q.    Were you sending documents to Derek because

21    of your own concern or because you were directed to?

22         A.    I was sending documents to Derek because

23    of my concerns.

24         Q.    All right.  Do you remember how you denied

25    that you were part of a group of people orchestrating

Abdullah Haydar v. Amazon Corporate, LLC                        Job 5361
Stefan Haney 11/7/2017

115

1    the elimination of Abdullah Haydar from the

2    organization?  Why were you sending documents to Derek

3    Oehler the HR person for Abdullah Haydar if you were

4    not part of such an effort?

5         A.   That was that skip a beat piece just to

6    double-check everything, great.  Since we're back in

7    this set of words you used before.

8         Derek Oehler is the HR person as is clear in

9    the documents produced in this case.  I've had

10   feedback for Abdullah to help him either close

11   performance gaps or address improvements that I'd like

12   to see.  When those weren't happening, my -- my next

13   course of action was to send the observed, my

14   observations to HR.  We needed to consider the broader

15   implications of the org.  We were coming into a second

16   OP1 cycle without having addressed the issues we

17   observed in the first.

18        Q.   At any point did you ever communicate to

19   Peter Faricy that you had concerns about Abdullah

20   Haydar?

21        A.   I don't remember communicating any

22   communication to Peter.

23        Q.   Is it possible?

24        A.   Not likely.

25        Q.   Why?

116

1        A.    Peter is running a large Marketplace

2   business with multiple VPs and multiple areas of

3   growth and development.  Why would I need to

4   communicate to Peter about Selling Coach?  Peter did

5   not attend our -- we didn't have Selling Coach reviews

6   with Peter.  We were not in his top priority areas.

7        Q.    Do you ever remember Peter commenting on

8   any L7s who reported to you?

9        A.    I can't think of any particular comments.

10  It would be common in the overall Marketplace OLR

11  review to review performance reviews of L7s and up to

12  identify high performing L7s.

13       Q.    And...?

14       A.    And what?

15       Q.    And just that?

16       A.    Typically we were reviewing at the

17  Marketplace level because we're reviewing across orgs

18  we're looking for our top performers.

19       Q.    You can't think of Peter Faricy expressing

20  an interest in a low performing L7 who performed -- who

21  reported to you, can you?

22       A.    Nothing comes to mind.  Peter would want

23  to make sure that we're driving a rigorous performance

24  process within Amazon.  He pays close attention to our

25  process.



117

1        Q.   Peter dives deep, right?

2        A.   He has that reputation, yes.

3        Q.   And but he really does it, doesn't he?  He

4    knows a lot, right?

5        A.   He does know a lot.

6        Q.   And he cares a lot about the people that

7    make up his team, right?

8        A.   One of his themes I believe I called out

9    is, you know, one year was Care Personales.  He wants

10   to make sure we show care for people.

11       Q.   But he also is someone who in contrast to

12   your current boss takes a more direct managerial role

13   in deciding who runs his organization, right?

14       A.   That's been my observation for the last

15   couple months.

16       Q.   And did you ever get a sense from him about

17   your own team, I think that person is a strong person,

18   give them opportunities to grow, that person, leave

19   them where they are, they sort of hit the peak?  Do you

20   get that kind of feedback from him?

21       A.   No.

22       Q.   So it would be unusual for him to be trying

23   to identify anyone except the stars among the L7s?

24       A.   It would be unusual for him to be poking

25   into the lower levels of the organization.

118

1    Q.   And that would include the L7s?

2    A.   And directing.  And directing changes,

3  that would feel unusual to me.  He trusts me.  Now, I

4  did not say it would be unusual for him to look at top

5  and bottom performers.  That was what you said.

6    Q.   Okay.  Would it be weird for him to decide

7  who was a bottom performer at an L7 level?

8    A.   I don't know if it would be weird.  It's

9  certainly within his -- at the end of the day, he is

10  responsible for the performance ratings for his

11  organization particularly at the aggregate level.

12  There are aggregate expectations.

13    I would say on multiple occasions I've seen

14  people -- Peter push those decisions back to his

15  leadership team.

16    Q.   Decisions with his input?

17    A.   Pushed back decisions.  We have a target

18  to hit, that is all your job.  Call me back in when

19  you're ready, would be an example statement that I've

20  heard him make about -- actually about budgeting to

21  your team size comment earlier.

22    Q.   You have a personal belief that Peter

23  Faricy played a role or didn't play a role in the

24  elimination of Abdullah Haydar.  What is your belief?

25          MR. WOLFF:  Objection.  Foundation.

                                                                    119

 1              MR. NACHT:  I'm asking what he believes.
 2     There's no foundation.
 3              MR. WOLFF:  You ask what he knows.  You don't
 4     get to ask beliefs.
 5              MR. NACHT:  Beliefs, of course I get to ask
 6     what he believes.
 7              MR. WOLFF:  Do you have any basis to have a
 8     belief on that issue?
 9              THE WITNESS:  No.
10              MR. NACHT:  That's coaching a witness.
11              MR. WOLFF:  It's an improper question, David.
12     BY MR. NACHT:
13         Q.   Do you have any -- did you ever hear,
14     including hearsay, from someone else, did you ever hear
15     anybody say, Faricy doesn't like Haydar?  Faricy is
16     upset with Haydar, Faricy is worried about Haydar,
17     anything remotely like that?
18         A.   From the things you described, I cannot
19     remember anything and I did not hear anything like
20     that.
21         Q.   But since you have no facts to support a
22     belief one way or the other, you could not at trial
23     contradict any facts that we could bring forward to
24     that end, correct?
25              MR. WOLFF:  Objection.

FORTZ Legal

120

1              MR. NACHT:  What's your objection?

2              MR. WOLFF:  How does he know what facts

3     you're being to bring forth at trial?  And how does he

4     know whether or not he can factually rebut them as he's

5     sitting here now.

6              MR. NACHT:  He either has facts about Faricy

7     having an opinion, making statements, taking action about

8     Abdullah or he doesn't, and this is his chance to put on

9     the record under oath what he knows.  And he's got to

10    stick with it at trial because he's an honest man.  He's

11    under oath and this is his chance.

12             MR. WOLFF:  Right.  But you're asking him to

13    say he can't rebut any facts on this topic --

14             MR. NACHT:  No, I'm not.

15             MR. WOLFF:  -- you're going to make at trial.

16             MR. NACHT:  I'm not.  I'm saying --

17             THE WITNESS:  Do you want to rephrase the

18    question?

19    BY MR. NACHT:

20        Q.   Yeah.

21        A.   That's good.  You got a flight.  I got

22    seven kids, you know.

23             MR. WOLFF:  You got seven kids and the flu.

24             THE WITNESS:  I don't have the flu, a little

25    head cold.

121

1   BY MR. NACHT:

2        Q.   You stand by your answer to my learned

3   opponent's question that you have no facts in your

4   possession relating to Faricy's views about Haydar,

5   correct?

6        A.   I don't know what facts in possession

7   would mean.  You asked if I had heard Faricy express

8   an opinion about Abdullah Haydar.

9        Q.   Directly or indirectly through someone

10  else?

11       A.   And I said I don't remember hearing any

12  expression from Peter from him or from anyone else.

13       Q.   Okay.  And you haven't seen any documents,

14  you haven't -- let's just go there.  Have you seen any

15  documents defined as including electronic documents

16  anything in writing?  You just said you haven't heard

17  anything, so now I'm asking if you've read anything

18  that would constitute --

19       A.   I've seen a lot of documents produced in

20  this case.

21       Q.   Yes.

22       A.   And so, you know, I don't recall seeing

23  any documents.  There's many documents produced in

24  this case, so...

25       Q.   All right.  And you stick to the -- your

FORTZ
Legal

122

1    answer that your counsel led you to that you have no

2    facts that you can point to right now which would

3    support an opinion about Faricy's role in Haydar's

4    termination, correct?

5              A.   Are you asking me to speculate --

6              Q.   No.

7              A.   -- about Peter Faricy's role?

8              Q.   Absolutely not.  I'm not asking you to

9    speculate at all.  I'm asking you -- I'm just

10   essentially ruling you out as a witness who knows

11   something so that I'm not surprised at trial you're

12   going to say, Well, actually you know, I remember this.

13   That's it.  I'm just closing the loop being a thorough

14   lawyer.  It's not a trick anything.

15             A.   You know, I'm just here to answer

16   questions.  So the -- Peter's involved in the review

17   process.  Peter reviews top performers typically or

18   often reviews bottom performers or least effective

19   performers.  If he expressed an opinion in that, I

20   don't know.  I did not hear an opinion and I don't

21   remember seeing any particular document or electronic

22   from the many documents that we've seen produced in

23   this case.

24             Q.   Did you see what -- DeCleene's notes about

25   what you said?

123

1         A.    I have seen DeCleene's notes about what I
2    said.
3         Q.    Okay.  Did she accurately capture what you
4    said?
5         A.    As best as I can recall, I think she's
6    accurately captured what I said.
7         Q.    Okay.  Do you know Jim Joudrey to be an
8    honest man?
9         A.    I know Jim Joudrey, and Jim Joudrey has
10   not lied to me that I know of.
11        Q.    Who else besides Derek Oehler -- have you
12   spoken to Mat Philipsen about your concerns with or his
13   concerns with Abdullah Haydar?
14        A.    I have spoken to Mat Philipsen about his
15   concerns with Abdullah Haydar.
16        Q.    But never about your concerns?
17        A.    No.
18        Q.    Okay.  And what were Philipsen's concerns?
19        A.    Philipsen was concerned about the ability
20   to complete an OP1 plan with a set of commitments that
21   he could confirm would achieve business goals were his
22   primary concerns.  He had sent me and Garret a fairly
23   documented e-mail coming into the second OP1 cycle.
24        The primary concern I took away was he was
25   concerned about his ability to work with Abdullah to

124

1   deliver an OP1 plan.

2        Q.   How long have you worked with Mat?

3        A.   I hired Mat to Amazon, so 2014 I think he

4   had been there two or three years.

5        Q.   Okay.  And you promoted him, correct?

6        A.   Maybe a year.  Yes.

7        Q.   And he deserved that promotion?

8        A.   The process approved his promotion.  Yes,

9   I think you would say the process worked.

10       Q.   What could Mat Philipsen have done, if

11  anything, in your view to improve his working

12  relationship with Abdullah Haydar?

13       A.   Well, I asked Mat that question, you know,

14  when he brought me his concerns or my guidance to him

15  was to make sure he had fulfilled his responsibilities

16  and to create transparency across the leadership chain

17  if he felt there were issues, not just me but the

18  whole leadership chain, Garret as well.

19       Q.   Okay.

20       A.   And I thought he -- my particular

21  recommendation is I didn't know if there was

22  sufficient transparency.  I encouraged him to create

23  more transparency.

24       Q.   What do you mean by that?

25       A.   If he had concerns that he had brought to

125

1   Abdullah and he didn't feel they were being addressed,
2   that I felt put the organization or our program at
3   risk.  I thought that he should bring it up with
4   Abdullah's boss which was Garret.
5           Q.   So you encouraged Mat to speak to Garret
6   Gaw about Mat's concerns with Abdullah?
7           A.   I encouraged Mat to address his concerns
8   with the success of the program and the risk to it
9   from his working interactions with Abdullah.
10          Q.   Who else besides Mat Philipsen, Derek
11  Oehler, Garret Gaw, Anne DeCleene before Abdullah
12  Haydar was fired did you speak to about their concerns
13  or your concerns with Abdullah Haydar's performance or
14  commitment to leadership principles?
15          A.   I spoke with Joel Mosby during the time
16  that Abdullah reported to Joel.
17          Q.   Now, Joel indicated to Abdullah in the
18  middle of 2014 that Abdullah had done a good job of
19  improving on his weaknesses.  Are you aware of that?
20          A.   That doesn't surprise me.
21          Q.   Why doesn't it surprise you?
22          A.   Some of the -- both risks that I had
23  called out in early part of 2014 as well as the
24  specific requests we discussed earlier on roadmaps and
25  just progress reports, Abdullah had improved on,

126

1    particularly coming into OP1.

2            We didn't have the strategic vision docs, but

3    we at least had more interaction on what priorities

4    were and how changes were being made at that time.

5            Q.  Did you become optimistic for a while that

6    Abdullah would work out?

7            A.  I want Abdullah to work out.  I want the

8    senior manager of the technology team for Nudge to be

9    successful.  My, you know -- it's one of my biggest

10   technology partners.  I want them to be successful.

11           Q.  Who else -- did you have a second

12   conversation with Joel Mosby where Mosby was more

13   negative about Abdullah?

14           A.  I don't recall talking to Mosby after

15   he -- after he left his report.

16               MR. NACHT:  Let's just take a break for a

17   second.

18                   (Recess 3:20-3:21.)

19

20                   EXAMINATION (Continuing)

21   BY MR. NACHT:

22           Q.  Who else have you spoken to about

23   Mr. Haydar while he was still employed there about

24   concerns either by you or by them about his performance

25   or his commitment to leadership styles or his him

127

1    interpersonally?

2         A.    Besides my team, besides Mat Philipsen --

3         Q.    Yeah.

4         A.    -- there were other members of my team who

5    expressed concerns about Abdullah.

6         Q.    Okay.  Who is that?

7         A.    Matt Tollini.

8         Q.    Spell the last name, please?

9         A.    T-O-L-L-I-N-I.

10        Q.    Okay.  What was his job at the time in

11   2014?

12        A.    He was a product manager for account

13   management tools which were built on top of Selling

14   Coach or Nudge systems.

15        Q.    Can you remember the conversation?

16        A.    He was concerned about whether he was

17   going to get allocation to deliver software

18   deliverables and concerned whether he was -- whether

19   he could count on dates.

20        Q.    When did you hear that?  First part or

21   second part of 2014?

22        A.    I -- we have had a regular monthly review

23   of his product, and so if he identified delivery dates

24   as a risk, it could have been any of the monthly

25   reviews.

128

1      Q.   Anyone else?

2      A.   Not that I can recall.

3      Q.   Who replaced Abdullah as being the

4    technical team head of Nudge?

5      A.   Anas Fattahi.

6      Q.   How did that relationship work for you?

7      A.   We built roadmaps and delivered a lot of

8    new technology that were pretty critical for getting

9    us out of data warehouse particularly.

10     Q.   Positively?

11     A.   Yes, yes, Anas was recently promoted and

12   has also delivered several promotions off his team

13   which I supported.  He asked for my help to drive.

14     Q.   Was there a period of time before Fattahi

15   was put in that position after Abdullah was terminated?

16     A.   I don't know.  I don't remember.

17     Q.   Well, I mean you were the business --

18     A.   The business analytics partner, yes.

19     Q.   I mean, so who was the interim technology

20   lead?  Who were you interacting with?  This is a

21   critical person for you you said?

22     A.   It is.

23     Q.   So who was it between those two?

24     A.   I would send my questions to Garret.

25     Q.   So before Fattahi you were dealing directly




129

1    with Garret Gaw?

2         A.   I would periodically deal with Garret

3    because Garret was leading the overall tech side for

4    OP1 on his -- in different Marketplace leadership

5    capacities.  It was not uncommon for me to send

6    questions to Garret because Mat was driving the --

7    often driving the primary relationships.

8         Q.   What specific deliverables did you get from

9    Fattahi?

10        A.   I'd have to look at the roadmap.  The

11   things that stand out to me is Anas's team delivered

12   significant changes to the Selling Coach widget on the

13   gateway which is the landing page, the home page of

14   Seller Central.  He also helped led his team to

15   deliver a system called Dryad and to get from proof of

16   concept to get to a scaleable system.  His teams

17   partnered very closely with my analytics, business

18   data engineering team to deliver that.  Those were two

19   of the standout deliverables from Anas.

20        Q.   When did Anas come in relative to Abdullah

21   leaving?

22        A.   I would have to look at the -- I would

23   have to look at the dates.  I don't know specific

24   dates but probably somewhere in Q4 of 2015, late '15,

25   yeah.  Late '15, early '16.

Abdullah Haydar v. Amazon Corporate, LLC                    Job 5361
Stefan Haney 11/7/2017

130

1          MR. NACHT:  This may not be all the pages.

2   BY MR. NACHT:

3          Q.   I want to show you from Exhibit 2, the

4   2014/'15 review process Bates stamp 5804 and it says,

5   "Stefan was the very first I hired to the Marketplace

6   team in January of 2009.  This was for great reasons.

7   Stefan has unique skill set to effectively lead both

8   tech and product teams to excellence.  Since 2009

9   you've been our positive face of the seller business

10  within Amazon, my go-to buyer experience expert and go

11  take-the-hill leader.  I will miss the sound of your

12  booming voice and contribution to the Marketplace team

13  but am equally excited to see your impact within NA

14  sales team.  The ultimate compliment is to be respected

15  by your peers and are well respected.  You made a big

16  difference in 2014.  Thanks for your hard work,

17  leadership and loyalty."

18          Who wrote that?

19          A.   I believe Peter Faricy wrote that.

20          MR. NACHT:  Nothing further.

21               (Signature reserved.)

22               (Deposition concluded at 3:31 p.m.)

23

24

25

REPORTER'S CERTIFICATE

     I, CONNIE A. RECOB, the undersigned Certified Court
Reporter, pursuant to RCW 5.28.010 authorized to administer
oaths and affirmations in and for the State of Washington,
do hereby certify that the sworn testimony and/or
proceedings, a transcript of which is attached, was given
before me at the time and place stated therein; that any
and/or all witness(es) were duly sworn to testify to the
truth; that the sworn testimony and/or proceedings were by
me stenographically recorded and transcribed under my
supervision, to the best of my ability; that the foregoing
transcript contains a full, true, and accurate record of
all the sworn testimony and/or proceedings given and
occurring at the time and place stated in the transcript;
that a review of which was requested; that I am in no way
related to any party to the matter, nor to any counsel, nor
do I have any financial interest in the event of the cause.

     WITNESS MY HAND and SIGNATURE this 15th day of
November, 2017.

_____
CONNIE A. RECOB, RMR, CRR
Washington Certified Court Reporter, CCR 2631
c.recob@gmail.com

132

1          DEPOSITION ERRATA SHEET

2

3   Our Assignment No.  5361

4   Case Caption:  HAYDAR vs. AMAZON

5

6       DECLARATION UNDER PENALTY OF PERJURY

7

8        I declare under penalty of perjury

9       that I have read the entire transcript of

10      my Deposition taken in the captioned matter

11          or the same has been read to me, and

12          the same is true and accurate, save and

13       except for changes and/or corrections, if

14        any, as indicated by me on the DEPOSITION

15        ERRATA SHEET hereof, with the understanding

16      that I offer these changes as if still under oath.

17

18   Signed on the  *6th*  day of  *December*  , 2017.

19

20   _____

21          STEFAN HANEY

22

23

24

25



Abdullah Haydar v. Amazon Corporate, LLC
Stefan Haney 11/7/2017

Job 5361

133

DEPOSITION ERRATA SHEET

1

2

3  Page No. __34__  Line No. __18__  Change to: Replace "coin"

4  with "amount".

5  Reason for change: __Incorrect word.__

6  Page No. __36__  Line No. __24__  Change to: Replace "-" with "tech

7  OLR"

8  Reason for change: __Insertion of missing words.__

9  Page No. __108__  Line No. __17__  Change to: Replace "he" with "you".

10

11  Reason for change: Incorrect pronoun.

12  Page No. __115__  Line No. __22__  Change to: Replace "communication"

13  with "concerns".

14  Reason for change: Incorrect word.

15  Page No. __116__  Line No. __6__  Change to: Insert "at that point"

16  after "Peter".

17  Reason for change: __Clarification of temporal reference.__

18  Page No. _____  Line No. _____  Change to: _____

19

20  Reason for change: _____

21  Page No. _____  Line No. _____  Change to: _____

22

23  Reason for change: _____

24  SIGNATURE: _____  DATE: 12/6/17

25  STEFAN HANEY

FORTZ legal