| | |
|---|---|
| From: | Kandasamy, Ramiah |
| To: | Faricy, Peter |
| CC: | JoHahnson, Jennifer |
| Sent: | 6/10/2013 10:30:49 AM |
| Subject: | RE: appreciation and clarification |

My apologies Peter, I must have missed your suggestion not to include him. I didn't mean to include him anyways.

Kanda

-----Original Message-----
From: Faricy, Peter
Sent: Monday, June 10, 2013 10:24 AM
To: Kandasamy, Ramiah
Cc: JoHahnson, Jennifer
Subject: Re: appreciation and clarification

Yes I did initially propose we add him...until I got lots of feedback about his behavior. I then suggested to you not to include him.

Why did you include him anyways? Also, I had to personally "uninvited" him to multiple meetings during the off-site. Shouldn't this be something you own?

On Jun 10, 2013, at 9:54 AM, "Kandasamy, Ramiah" <ramiah@amazon.com> wrote:

> Peter,
>
> In hindsight, we could have chosen to leave Abdullah out of the Detroit offsite attendee list. Jen had sent a note to me (and Avi, attached) in early May that you had proposed adding Abdullah and Nitin to the offsite. I thought it would be good to add him as a leader with local roots to be part of the intro and launch of the Detroit dev team and for him to participate and learn from the 3YP reviews.
>
> I have discussed with Abdullah that he needs to be here and working with the team here going forward. His once-in-two-weeks Friday working from Detroit arrangement ends this month and he shared with me that he is looking for a more permanent accommodation in Seattle now.
>
> Kanda
>
> -----Original Message-----
> From: Faricy, Peter
> Sent: Monday, June 10, 2013 8:47 AM
> To: Kandasamy, Ramiah
> Cc: JoHahnson, Jennifer
> Subject: Re: appreciation and clarification
>
> Kanda,
> I suggest to you that Abdullah not attend the offsite and not work from Detroit anymore. He needs to focus on the basics and clearly needs lot of work on understanding our culture/ leadership principles.
>
> Why did he attend?
>
> Thanks,
> Peter
>
>
> On Jun 9, 2013, at 12:59 PM, "Kandasamy, Ramiah" <ramiah@amazon.com> wrote:
>
>> Jennifer,
>>
>> I was going to discuss this with you in our next 1:1. Last month I delivered a detailed interim written performance review to Abdullah after soliciting feedback from his peer L7 leaders, which I have attached for your review prior to your meeting with him.
>>
>> Since then he wanted to reach out broadly for a full 360 review and feedback for himself and has requested feedback from

50+ folks through People Portal. Once all that feedback is in (ETA 6/14), I plan to incorporate any deltas from that into his interim review and deliver it to him one more time.
>>
>> I have seen that he has internalized my wake-up call to him and he seems to be making a conscious effort to improve. I have made it clear to Abdullah that he needs to turn this around quickly in a couple of months. He seems capable and just needs to apply himself to it with some smart restraint and focus.
>>
>> Kanda
>>
>> From: JoHahnson, Jennifer
>> Sent: Sunday, June 09, 2013 9:46 AM
>> To: Faricy, Peter; Kandasamy, Ramiah
>> Subject: RE: appreciation and clarification
>>
>> Abdullah and I are meeting this week to discuss.
>>
>> From: Faricy, Peter
>> Sent: Sunday, June 09, 2013 4:57 AM
>> To: Haydar, Abdullah; Kandasamy, Ramiah; JoHahnson, Jennifer
>> Subject: Re: appreciation and clarification
>>
>> Adding kanda and Jenifer
>>
>> Glad to hear you appreciated the opportunity to participate in the 3YP off-site. Your top two priorities are:
>> 1. Understand and integrate with the Amazon leadership principles and culture. This includes becoming a better listener and vocally self-critical.
>> 2. Focus on your teams execution and delivery of the 2013 plan
>>
>> IMO, any focus you have on advising others across the team is premature at this point. To quote a famous football coach "keep your head down, your mouth shut and do your job". That advice may be a bit direct and harsh in tone, but it covers the overarching idea.
>>
>> Finally, you need to make sure you cover this feedback and any other with Kanda. I know he wants to help you integrate at Amazon. Jenifer is also available as a resource and can provide great advice as well.
>>
>> -Peter
>>
>>
>> On Jun 9, 2013, at 3:45 AM, "Haydar, Abdullah" <haydara@amazon.com<mailto:haydara@amazon.com>> wrote:
>> Hi Peter,
>>
>> I wanted to reach out to thank you for your advice during our interactions this past week and also to clarify one area you mentioned.
>>
>> First, I really appreciate the fact that you advised Garret and me to limit our participation in the tech 3YP review on Wednesday morning and to use the opportunity primarily to learn from the knowledge and expertise of your direct reports. This type of advice is something that has been lacking during my ramp-up at Amazon, where my first-time participation in an OLR or FLP was not preceded by any kind of guidance so I've made more than my share of mistakes in those processes as I didn't really know what to expect and likely spoke out of turn without following the right process. In each of those cases, I was approached afterwards by colleagues who wanted to help me learn after-the-fact and asked whether anyone had coached me ahead of the process and my answer has been unfortunately no. That said, I take full responsibility for my own actions regardless of any coaching and I am definitely committed to learning from and not repeating my mistakes.
>>
>> Second, I was a little confused by your advice at dinner on Wednesday when I asked you about the best lesson you can share from your time at Amazon and you answered that it would be wise to listen to the guidance given by your VP. After thinking through that discussion for the next couple of days, I realized that perhaps you had intended your advice before the tech 3YP to be to limit my participation to learning only, when my misunderstanding was that you wanted me to primarily learn from the group, but also to contribute to conversation if I had anything meaningful to add, which I did on a very limited basis by waiting to the end of each of the conversations on the "Seller-in-a-box" and Carbon. My intention was certainly not to go against your advice, so please accept my apology if I misunderstood your direction. If I am still misunderstanding your advice, I would definitely appreciate any clarifications you can provide.
>>

>> I am committed to shedding the bad habits I developed from my earlier career experiences and working to be as metrics-driven and Amazonian as possible in my leadership approach, so I would definitely appreciate any additional guidance you can provide to help me along the way.
>>
>> Thanks!
>> -Abdullah
>> <AH-May-2013-Review.pdf>
> <mime-attachment>

CONFIDENTIAL AMAZON_HAYDAR_00000642