# Exhibit A-) &

Abdullah,

My feedback below, in orange and italics, is relative to your Performance Improvement Plan (PIP). Generally, you have stopped talking over people and trying to have the last word. In email threads I've been on, you've conducted yourself professionally. You put effort into your daily work. You continue to help with the management of the office. You participate in our bi-weekly DTW10(office) Leadership meeting and up until our new Executive Assistant started, you tracked the action items. You provided good leadership during the recent power outage, making sure the office was secure and clear communication was going out regarding it's status over the course of the event. You've stayed involved and up-to-date in many of your team's projects. You helped guide the development of your team's 3 Year Architecture Plan document which got commendations from Ian. At my request you've also begun monthly tech program reviews. As people identify areas where they could use your help, you take action.

==While you have made efforts toward the completion of the PIP, there remain areas where immediate improvement is required. Assessment of your progress to date has shown that you have ceased many of the behaviors which have resulted in losing trust with others yet have not demonstrated that you are able to engage in such a way that earns and builds trust. Specifically, as we discussed during our midpoint PIP check in, being proactive in your role as an L7 leader. For example, engaging in discussions with Marketplace leadership where you are present (eg. EMTOR), driving inter-team collaboration and vision (eg. Nudge, ENDR, Seller Support), and helping your teams maintain a healthy development environment.==

==In light of your failure to meet performance expectations and successfully complete the PIP, we have decided to extend the PIP through September 25, 2015. During that time, you must immediately conform your conduct to Amazon's Leadership Principles at the level expected of an L7 leader. If you fail to immediately improve, your employment with Amazon will be terminated.==

Additionally, Your 2014 survey results were a topic in your most recent performance review and Amazon's Tech Survey results are an important aspect of measuring a manager's performance. Your team's survey results are still troubling (see Appendix A). You scored higher than my org's average on 33% of the 12 questions we use within Marketplace as key questions for measuring manager/leader performance. You scored higher than Amazon's average on 42% of these questions. Last year, you had scored higher that Amazon's average on 67% of the questions. This is trending in the wrong direction.


Δ π EXHIBIT 52
Deponent Haydar
Date 6.28.17 Rptr JF
WWW.DEPOBOOK.COM

**Development Plan - Plan for Improving Communication Skills and Rebuilding Trust with Specific Individuals**
*Developed by Abdullah*

**Specific Goals Per Leadership Principle:**

Earns Trust:
By 7/31/2015, solicit feedback from engaged partners with whom broken relationship rebuilding has taken place and ensure that the relationship is on a positive trajectory. Qualitative measurement conducted through polling the partners.*

Sample polling questions may include:
Did Abdullah address your concerns which led to the relationship breaking down in the past? Mixed feedback. I have received feedback from most people that trust is not being eroded any further. However, in conversations where you are engaged, at times you are still unaware of the impact of your actions and then are not open to feedback regarding the situation. An example, being the recent email exchange on 8/13 with Ian, myself, and other Nudge stakeholders and team members regarding the project status for the OODW project. Ian responded to a group email thread, "Garret didn't sound on board." You responded back to the thread for me (incorrectly) without working through my concerns with me ahead of time. I called you on the phone and attempted to explain how this was received. Even after I explained that I wasn't comfortable with the current status or your actions, you repeatedly disagreed and then refused to continue the conversation.

Have Abdullah and you fully reengaged in your normal expected level of interactions?
I am not seeing signals that you are building trust as a Sr. Manager. During the 30 day check-in for this plan, we discussed my concern that while you haven't acted inappropriately or eroded trust, you also have not engaged with other peers and leadership. Part of earning trust with others involves sharing your view point, engaging in professional debates, and knowing when the hold your ground and when to disagree and commit. From what I see and the feedback I've gotten, you still keep your distance from conversations or professional debates. I have seen this first hand in many of the meetings we've been in together (EMTOR, ENDR/Nudge Visions discussions, Weekly Program Reviews, etc). Feedback from others is that you are noticeably quiet during EMTOR.

Have there been any new instances of behavior similar to the original concerns? No. However, when the PIP was administered, you communicated to your subordinates that you were on a PIP and discussed your own performance. In addition, during your initial conversations with the key individuals identified as part of this PIP, you made inaccurate statements about your intentions and false statements about HR providing their confidential feedback to you. As a result, you were coached because this behavior erodes trust with both your subordinates and managers and demonstrates poor judgment.

*Feedback may be collected by Abdullah, his manager, HR, or some combination of the three.

Disagree and Commit:
By 7/31/2015, have zero instances of not committing to a decision after it has been made.

In all meetings, openly voice opinions with peers and leadership, using data to thoughtfully explain counter-arguments, if any, while actively listening to the opposing view. Visibly demonstrate the ability to pick up on verbal and non-verbal cues so as to know when to continue and when to disengage. Qualitative measurement conducted through polling the meeting participants at a later time.*

Sample polling questions may include:
Did Abdullah aggressively or emotionally state his position without data or relevant facts? *Not that I've seen and I haven't received any feedback that you've done this.*
Did Abdullah appear to sit quietly despite having valid points or data that counters a stated position? *The previous comment regarding Executive MTOR meetings apply here as well. I also don't see much engagement in weekly Nudge Program Reviews. While this is a meeting for your managers, more than you and I, you don't actively participate in the discussions. You are, however, highly engaged in the bi-weekly DTW10(Office) leadership meetings. I would rather you engage in your own team's activities and leave the office events for when your other commitments are green.*
Did Abdullah appear to listen to counter arguments/data and take them into consideration in forming (or reforming) his stance on the matter? *Yes*
Did Abdullah appear to be aware of the "lifecycle" of the conversation, realizing when his point had been made and when to commit to the direction? *I haven't seen any conversations where you've put yourself in a position to show this.*

*Feedback may be collected by Abdullah, his manager, HR, or some combination of the three.

Vocally Self-Critical:
By 7/31/2015, have zero instances of dominating any meeting where others feel that they cannot their present data due to not providing any openings for being vocally self-critical about the presented data.

In all meetings, share concise data and then leave sufficient openings for others to challenge presented data without challenging every counter-point. Be vocally self-critical and able to change positions quickly when the counter-data is the consensus. Qualitative measurement conducted through polling the meeting participants at a later time.*

*Relative to being self-critical as well as ownership: We've had multiple conversations regarding the 3 year vision of your platform. While you've developed a document and circulated it to Marketplace leadership, I've been pushing you to think bigger – beyond Recommendations. This has been a challenge for both you and your manager. In conversations we've had about thinking beyond your current use cases, your manager's common response is that our business partners won't let us, and you support this view. You aren't willing to be introspective and explore new possible avenues to work with our existing business partners while also building a platform that attracts additional internal investors beyond the existing Recommendation use cases. As a result, I've been working around you with your team and other platform teams to develop a bigger vision for your platform and sell it to other teams and organizations – beyond recommendations. I would expect this level of thinking and proactive involvement from you.*

Sample polling questions may include:
Did Abdullah present his data for so long that others did not have an opportunity to speak? *No*
Did Abdullah interrupt and try to counter every counterpoint being made and repeat his previous data? *No*
Did Abdullah commit to the direction when it did not align with his original position without being prompted to do so by others? *I haven't seen you put yourself in situations where you could exhibit this. I have also not received any feedback from others that they have seen you in this capacity.*

*Feedback may be collected by Abdullah, his manager, HR, or some combination of the three.
**Specific Relationships Per Person:**
Rebuild Trust:
Trust-building partner specific goals: *The people identified as part of this PIP fall into 2 categories. Those who you have clearly broken trust with and those who you may be in good standing with, but have identified consistent areas of*

8/31/2015          Amazon.com Confidential          Page 3

*concern that could impact your career at Amazon. These individuals are peers you need to be able to coordinate and communicate with and stakeholders of your technology stack.*

Stefan Haney:
- By week of 6/22, meet with TRMS Director Jim Robinson to socialize Nudge vision and propose OP1 opportunities. [COMPLETE]
- By week of 6/29, revise Nudge Platform vision doc incorporating feedback from Stefan and Sales Tech Leadership and begin sending updated doc to current and potential platform tenants (SNS, Inventory, Pricing, Athena, Vendor Central, TRMS, Mobius, etc) ahead of OP1 processes starting in July. [COMPLETE]
- By week of 7/20, begin to engage in weekly video sync up meeting with Haney leadership team, per Stefan's recommendation, using the same methodology created for the SSA team transition last year. [COMPLETE]

Tasks:

| Task | Status | Notes |
|---|---|---|
| Verify known concerns | Complete 5/27 | My mistakes in (1) non-inclusion of platform PM in key processes and (2) challenging org changes weeks after the process was completed |
| Identify new concerns | Complete 5/27 | No additional concerns, but additional helpful advice provided |
| Recap with validation | Complete 5/27 | "Thorough and Accurate" response from Stefan |
| Reengage at normal level | Started 5/27 | Ongoing, including engagement with his new AM tech team, 3YP, QBR, Tech vision, and TRMS partners |
| Seek recurring feedback biweekly to measure rebuilt trust | Beginning week of 6/8 | Ongoing. *According to Stefan, you haven't met with him since the first meeting.* |

Joel Mosby:

| Task | Status | Notes |
|---|---|---|
| Verify known concerns | 5/28, 5/29, 6/1, 7/22 | Initial 1:1 meeting canceled three times, next meeting date is 7/22 |
| Identify new concerns | TBD | Sent email on 6/24 to attempt to partially unblock this. |
| Recap with validation | TBD | |
| Reengage at normal level | TBD | |
| Seek recurring feedback biweekly to measure rebuilt trust | TBD | |

Mat Philipsen:

| Task | Status | Notes |
|---|---|---|
| Verify known concerns | 5/27, Blocked | Brief initial 1:1 meeting outcome was that Mat asked for time to think through these topics, so I am currently waiting on his go ahead to schedule another meeting, blocked |
| Identify new concerns | TBD | |
| Recap with validation | TBD | |
| Reengage at normal level | TBD | |
| Seek recurring feedback biweekly to measure | TBD | |

CONFIDENTIAL　　　　AMAZON_HAYDAR_00002945

| rebuilt trust | | |
|---|---|---|

Improving Communication Skills:

General Communication Improvements
Start:
- Phrasing all meeting feedback in the form of a question, per Doug's suggestion. *As an L7 leader at Amazon, your role is to guide other managers and engineers, help them think critically, and learn to make good decisions, resolve intra- and inter-team conflict, and lead by example. In most meetings over the past 2 months, you've stayed out of conversations. In the ones that you do participate in, I have not seen you use this technique to guide conversations.*
- Providing a very brief recap to a speaker providing data in a meeting (but only when data is presented directly to me alone), demonstrating active listening, per best practices for active listening I have researched

Stop:
- Patting people on the back, per Paul's suggestion. *You've obviously made a conscious effort to stop this. I haven't seen you do it in the past 2 months.*
- Providing input during meetings which takes more than 1 minute to explain, per Damian's suggestion. If it takes too long to explain, provide the feedback offline in a 1:1 or email. *I have no feedback, first hand or otherwise, regarding this.*

Continue:
- Carefully monitoring any small comments I make in meetings so that I do not miscommunicate them in way that appear to challenge statements by others, per Paul's suggestion

Doug Welzel:

| Task | Status | Notes |
|---|---|---|
| Verify existing relationship status | Complete 5/26 | Verified existing relationship |
| Identify improvements needed | Complete 5/26 | Brief Summary: Improved listening skills, do not dominate conversations |
| Recap | Complete 6/15 | Completed |
| Seek feedback on improvements biweekly | Beginning week of 6/8 | Ongoing. No new positive or negative feedback as of 6/24. *According to Doug, you had 1 additional meeting with him after the initial feedback conversation (not bi-weekly as you specified in the PIP).* |

Damian Poznanski:

| Task | Status | Notes |
|---|---|---|
| Verify existing relationship status | Complete 5/26 | Verified existing relationship |
| Identify improvements needed | Complete 5/26 | Brief Summary: More concise data presentation, do not dominate conversations |
| Recap | Complete 6/15 | Completed |
| Seek feedback on improvements biweekly | Beginning week of 6/8 | Ongoing. No new positive or negative feedback as of 6/24. *According to Damian, you had 1* |

CONFIDENTIAL        AMAZON_HAYDAR_00002946

|  |  | *additional meeting with him after the initial feedback conversation (not bi-weekly as you specified in the PIP)* |

Paul Tunney:

| Task | Status | Notes |
| --- | --- | --- |
| Verify existing relationship status | Complete 6/2 | Verified existing relationship |
| Identify improvements needed | Complete 6/2 | Brief Summary: Focus on non-verbal feedback, minimize open space discussions, disputing data in meetings, physical contact |
| Recap | Complete 6/15 | Completed |
| Seek feedback on improvements biweekly | Beginning week of 6/8 | Ongoing. No new positive or negative feedback as of 6/24. *You've met once with him specifically regarding feedback since the first meeting (not bi-weekly as you specified in the PIP). He's provided positive feedback relative to the areas of concern he shared with you, specifically about touching people and listening during meetings.* |

CONFIDENTIAL                        AMAZON_HAYDAR_00002947

**Performance Improvement Plan**

| Objective/Goal | By When | Measurement |
|---|---|---|
| Reach out to each peer / senior leader you've lost significant trust with (Joel Mosby, Stefan Haney, Mat Philipsen, Doug Welzel, Damian Poznanski, and Paul Tunney) request their feedback and concern, and let them know you are committed to repairing the relationship. This should be done in-person preferably or via video. Phone call if necessary. No email. | 10 days from start of PIP. | Notes from each conversation. *You contacted each of these participants within the 10 days. You were able to meet with Stefan, Doug, Damian, Paul, and Mat. You requested feedback from each individual, as requested. Stefan Haney provided rich feedback (actions to be in, books to read, etc). However, in the cases of Damian and Doug, you created an environment not conducive for honest feedback. For example, your comment to Doug, "HR told me... Don't worry, I'm not mad at you." Another example is your comment to Damian, "I asked HR for the names of the people with critical feedback...", which is not true. In the case of Mat, he requested to cut the meeting short after feeling there was no reason to continue the conversation because you had explained how the issues he had with you were other people's fault or his misunderstanding. He has since refused to continue the feedback dialogue.* |
| Deliver a one pager sighting specific Marketplace leaders you work with that can be role models in the leadership principles of Earns Trust of Others, Vocally Self-Critical, and Have Backbone; Disagree and Commit. | 14 days from start of PIP | Document delivered with examples to backup your assessments. *You delivered this on time* |
| Deliver a Dev Plan to re-build trust with your peers and senior leaders. | 14 days from start of PIP. | Plan will articulate the specific feedback and concerns raised by your peers and senior leadership as well as SMART goals to address them. *You had difficulty developing this plan and needed significant help from Derek and I. You were ultimately able to create the plan used in this document on 7/8/15.* |
| Send me weekly status updates on your Dev Plan. Weekly updates should include status, roadblocks, follow up items from prior week, and whether you are on track to meet | Updates due one hour prior to our weekly 1:1. | Successful completion of weekly update by deadline *You delivered these each week ahead of the 1:1s.* |

| your commitments. | | |
|---|---|---|
| Attend weekly 1:1s | Weekly | Productive and engaged participation in the meeting<br>*You met this commitment* |
| Improve your relationship with peers and senior leadership by 150% from current. | First measure will be taken 30 days from start of PIP. | I will request updated 360 feedback from your peers and senior leadership and compare the results with your yearly review, plus my personal observations. Strengths divided by Areas To Improve must be at least 1.50 (currently it's 0.77)<br>*Upon your request, instead of the quantitative measure above, I requested qualitative feedback from each participant in the PIP. The feedback was:*<br>- *Biggest feedback was that you're not engaging other leaders and not participating in group discussions with other L7/L8 leadership.*<br>- *You are generally more friendly*<br>- *Not eroding trust any further*<br>- *You're sending emails explaining what you're working on. Some people weren't sure why these emails were being sent – to show action?*<br>*Participants felt they needed to explain next steps (not autonomous as an L7 leader)* |
| Continued improvement of your relationship with peers and senior leadership by 260% from current. | Second measure will be taken 60 days from start of PIP. | I will request updated 360 feedback from your peers and senior leadership and compare the results with your 30 PIP review as well as your yearly review, plus my personal observations. Strengths divided by Areas To Improve must be at least 2.00 (currently it's 0.77)<br>*Again, I asked for qualitative feedback from PIP participants. The 60 day feedback was consistent with the 30 day feedback:*<br>- *Not eroding trust further*<br>- *Not engaging in the larger L7/L8 Marketplace community (eg. Executive MTOR meetings)* |

| | | |
|---|---|---|
| | | Stefan wondered if you had followed any of his suggestions or read the book he recommended (he hasn't heard from you on this feedback from the first week of the PIP). |
| Complete Dev Plan | 60 days from start of PIP | All Dev Plan goals are met.<br>*The feedback above, in the Dev Plan itself, provides more detail. But this is the general overview.*<br>*Earns Trust: You've stopped the erosion of trust, but have not rebuilt it to any significant degree.*<br>*Disagree and Commit: You've kept yourself out of situations where this could be a challenge for you, which makes it difficult to evaluate.*<br><br>*Vocally Self-Critical: Again, you've kept yourself out of situations where this could be a challenge for you, making it difficult to evaluate.* |

CONFIDENTIAL     AMAZON_HAYDAR_00002950

## Appendix A: Tech Survey Results

1.4 I am satisfied with the overall quality of what my team produces

1.8 Meetings are an effective use of my time

3.3 We don't sacrifice long-term value for short-term results



1.6 I'd recommend my organization as a great place to work



1.3 I understand the needs of the business and how my work relates to Amazon goals



CONFIDENTIAL     AMAZON_HAYDAR_00002951

3.3 I have a clear understanding of what is expected of me

3.4 My manager provides regular feedback and communication

3.5 I recently received recognition or praise for my work

1.1 I have a clear understanding of what I need to do to advance my career

1.2 My manager encourages my personal & career development



CONFIDENTIAL     AMAZON_HAYDAR_00002952

Q5 Are you considering leaving your team in the next 6 months?

*(Note: This is just a reminder that the survey results are anonymous. No information identifying you or your specific plans will be shared.)*



Q2 Please check any of these problems if they are CURRENTLY impacting your ability to work effectively:

CONFIDENTIAL — AMAZON_HAYDAR_00002953