Exhibit 9! -

## Marketplace 2014 Q3 OLR
### Thursday, October 2nd 8:00 AM – 4:00 PM PST
### CONF US SEA Roxanne 05.200
### Agenda – Notes

**Attendees:** Peter Faricy, Mark Mitchke, Julie Bainbridge, Dharmesh Mehta, Jonathan Shakes, Jim Joudrey, Avi Saxena, Steve Johnson, Nish Lathia, Peeyush Nahar, Nick Talwar

**Not able to attend:** Stefan Haney

Simmi Bath - Facilitator; Lindsey Kattenhorn & Kaitlin McVey - HR

| Topic | Time |
|---|---|
| **Introduction**<br>• Review agenda and materials<br>• Review expectations of meeting and ground rules | 8:00 – 8:30 |
| **People Goals Update**<br>• Attrition, Top Tier Retention & Top Grading<br>• Hits and Misses<br>**Notes:** | 8:30 – 9:00 |



Amazon.com confidential

Page 1



CONFIDENTIAL                    AMAZON_HAYDAR_00001914

- Actions/Next Steps:

  REDACTED

  o ~~Tenders to develop Marketplace elevator pitch.~~

**L8 Promo Recommendations**                                                                 9:00 - 10:30

-   REDACTED

Notes: Promo docs will reviewed at Sebastian's OLR (10/16), followed by Tech Panel
Joel Mosby Doc Comments/edits:

REDACTED

  o  Three L7 remote managers, Joel has turned around the performance of Abdullah (was LE is last OLR)

REDACTED

REDACTED

Nitin Garg Doc Comments/edits: Reviewed at Sebastian directs in Q1, but did not go to panel.

REDACTED

| MBA Discussion | 10:30 – 12:30 Includes Lunch |
|---|---|
| REDACTED | |
| Notes: | |
| REDACTED | |
| SDE II Rotation Discussion | 12:30 – 1:30 |
| REDACTED | |

Amazon.com confidential                                                                 Page 3

07/27/2017 THU 14:03 FAX   Case 2:16-cv-13662-LJM-SDD   ECF No. 68-46, PageID.6943   Filed 02/05/18   Page 5 of 9



L7 TT Discussion    1:30 – 2:30

Notes:
Top Tiers:

Amazon.com confidential                                                                                                                  Page 4

CONFIDENTIAL        AMAZON_HAYDAR_00001917

**REDACTED**

**Highly Valued:**

**REDACTED**

**Least Effective:**
- <mark>Abdullah: Turning the corner, doing very well. Responded well to feedback.</mark>

**Too new to rate:**

**REDACTED**

| | | |
|---|---|---|
| **L7 LE Discussion** <br> • Discuss specific plans <br> **Notes:** | 2:30 | 3:00 |
| **L8 Discussion** *Peter, Mark & Simmi Only* | 3:00 | 4:00 |

People concerns to consider for offsite:



CONFIDENTIAL AMAZON_HAYDAR_00001919

From: Bath-Hydzik, Simmi
To: Saxena, Avi
Sent: 10/10/2014 1:24:14 PM
Subject: Notes from Peter's OLR

Hi Avi,

Here are the notes from Peter's OLR:

Joel Mosby Doc Comments/edits:

**REDACTED**

- Three L7 remote managers, Joel has turned around the performance of Abdullah (was LE is last OLR)

**REDACTED**

Nitin Garg Doc Comments/edits: Reviewed at Sebastian directs in Q1, but did not go to panel.

**REDACTED**

CONFIDENTIAL                    AMAZON_HAYDAR_00001920



**Simmi Bath-Hydzik**
Human Resources
**amazon**.com.
<u>Click Here for General HR Questions</u>

CONFIDENTIAL                    AMAZON_HAYDAR_00001921