# Exhibit G-1

| STEFAN HANEY PERFORMANCE REVIEW COMMENTS |
|---|
| Earns Trust/Ownership: I know that you have made an effort in this area and I need you to redouble your efforts here. This is overwhelming feedback here from all levels of the organization. (Ex. 92) |
| "Haney has his style of communication that can come across often as directive. He can aim to listen better to his peers and then present his POV. At times, his directive style does not lend itself well to earning trust of others, esp. junior members of the team and/or newer Amazonians." (Ex. 92) |
| "Haney finds a silver lining in everything [he and his team] do and I have not seen him being vocally self-critical publicly." (Ex. 92) |
| "With partners and stakeholders, he could improve the tact he uses in interacting with them. At times he can be confrontational when it is not necessary or beneficial." (Ex. 92) |
| "Stefan can be a "bull" when presenting his ideas... During the process, Stefan came to me to discuss how he didn't trust the individual. It was really over some petty things." (Ex. 92) |
| "[Discussions with Stefan] tend to be one-sided with Stefan speaking a lot and his audience mostly listening.... Stefan jumped into the discussion and presented his viewpoint, creating a distraction to the overall discussion and leading to some frustration with the PMs." (Ex. 92) |
| "[O]occasionally, [Stefan] can be brusque when defending what he believes is right and/or when he feels his team has been marginalized." (Ex. 92) |
| "I have not seen Stefan as a vocally self-critical employee. He is always ready to answer questions regardless of whether or not he has the fact together. I think Stefan could benefit by being vocally self-critical and admitting he does not know the answer... There have been a couple of times in OP1 prep meetings in 2014 when Stefan answered questions about OLP questions on the spot that were not accurate when Russ was approached for details." (Ex. 92) |
| "There were 3 examples where Stefan showed up late and was very disorganized as the bar raiser for interview loops. This made the process dysfunctional." (Ex. 92) |
| "My fist [sic] meeting with Stefan was difficult. I had to talk to him about the 2013 Roadmap and try to work out the allocation of team against the approved Headcount. Stefan pushed back and would not even engage in the discussion. He felt that the team was fine and that I was wrong. In the end I had to just cut projects without his input to get to a balanced budget and worry about reconciliation with Stefan post cuts. I did not take any of it personally, but others may have and could have caused a lack of trust." (Ex. 92) |
| "I have noticed a very stark contrast in Stefan's behavior when he is in a meeting with Senior Leaders v. his "subordinates." On several occasions I even witnessed have seen [sic] Stefan lash out, be abrasive, and even demeaning to those who are in the room. For example....Stefan |

| |
|---|
| raised his voice and started arguing until the PM stopped talking and listened to Stefan... As a result, everyone in the room felt very uncomfortable and demeaned." (Ex. 92) |
| "Earns Trust in some form is consistently on this [[improvement areas] list.... you are missing out on a diverse perspective on your team because of your style." (Ex. 92) |
| "It is important that you consistently hold a high bar in how you define your org, roles and skills that are critical for success. For example it seems that there may have been a miss in the development of the Selling Coach org without the right business owner that created a gap and exposure. I also sense that Mat and Matt may not have hit their stride in this new organization." (Ex. 92) |
| "Also some eyebrows were raised when leaders saw Mat P and Ram C on the FLP list to L8 – this can be perceived a 'not raising the bar with every promotion.'" (Ex. 92) |