# Exhibit S-18

| | |
|---|---|
| **From:** | Bath-Hydzik, Simmi |
| **To:** | Saxena, Avi |
| **Sent:** | 10/10/2014 1:24:14 PM |
| **Subject:** | Notes from Peter's OLR |

Hi Avi,

Here are the notes from Peter's OLR:

**Joel Mosby Doc Comments/edits**:
- The doc needs to match the great work Joel is doing (add richness, updates since Q1, and thorough examples).
- Remove adjectives and adverbs
- Page 1: Versus leading with program, focus on his ability to lead multi-functional, multi-scope, multi-site organizations.
- Strengthen Customer Feedback: Need more feedback from people outside of Marketplace – goal of 3 (add Greg Russell (Peter to send note); consider adding Peter Commons, Sean Scott, Eric Young; Tony Chor, Llew Mason, Mike Carr; Abhi Angilivelil, Jim Robinson, Joe Mag
- Update new titles for Mark and Kanda
- Update feedback provided in Q1.
- Complete deep dive with Harsha (Nish can help)
- Hire and Develop the Best: Section needs to be strengthened, reduce any ambiguity. Break up section to focus on hiring front (ex: Jay, use his resume; use matching data) and developing employees.
    - Include Damian's promotion and what Joel did to develop him.
    - Joel has built a strong Sr Management team, kick off the Hire and develop the best section with this. He has strong managers – this was reflected in the 2014 Tech Survey.
    - SDE III external hires – change focus to Joel attracting and hiring senior talent because he has the ability to sell top talent.
    - Three L7 remote managers, Joel has turned around the performance of Abdullah (was LE is last OLR)
    - Is he sought out for interviews and mentoring employees? If yes, add.
- New reason not to promote:
    - Steve's suggestion – Think Big, can be framed that he has some good examples, but in order to perform as an L8 this is a growth area.
    - Peter's suggestion – He has developed innovations, but he has not been able to have an impact outside of the Marketplace team.
- Page 5: Dive Deep – quote from Seema is not sufficient. Use example from the matching team, taking team over, dived deep, show results, etc.
- Vocally Self Critical: missing context from why there was the increase in TT. One good example is sufficient. May not need this section…
- Lead with Are Right a lot, Deliver Results, Hire and Develop the Best.
- Group what he owns (front end vs back end)
- Ops Excellence table: needs to be improved, 1 table for OLP, 1 table for Matching
- Where has Joel exhibited leadership to reduce tickets (Matching story)
- **Next steps:** additional review on October 10.

**Nitin Garg Doc Comments/edits:** Reviewed at Sebastian directs in Q1, but did not go to panel.
- Doc doesn't communicate who Nitin is as a tech leader
- Big story needs to be told in order for doc to be successful
- Technical depth for this year: Alexandria becoming Tier 1 service, spent most of his time this year building the Org (MYP, etc)
- **Concern**: compliance Platform – no vision or plan, this was a huge priority for 2014 that Nitin did not deliver on.
- Nish's feedback: Strong on business side, bottomed up quickly when the conversation became technical.

- Visibility to Seattle is limited (Llew Mason, Karen Quek, Adrian)
- Pick 4 – 5 people to be committed and spend time to do deep dives and provide feedback.
- How is he building the Org
- Discuss BR feedback with Nish
- Review Tech Survey
- Is he in the right job family – should we consider for GM/2-pizza team?
- Are we setting him up for success? 2-sites, etc
- Simmi to ping Adrian to provide feedback
- What is his arc of development
- Next step: Avi, Jim, Nish, Simmi review next week

**Simmi Bath-Hydzik**
Human Resources
amazon.com.
*Click Here for General HR Questions*

CONFIDENTIAL                    AMAZON_HAYDAR_00001921