# Exhibit S-23



| | |
|---|---|
| TO: | Abdullah Haydar |
| FROM: | Joel Mosby |
| CC: | Kaitlin McVey, HR Leader |
| RE: | Performance Improvement Plan |
| DATE: | DATE |

This is a performance improvement plan for substandard performance. Specifically, 1) you have demonstrated an inability to consistently communicate and earn the trust with your peers, 2) you have demonstrated a lack of ability to disagree and commit, and 3) you have demonstrated a lack of ability to be vocally self-critical.

As discussed with you during your annual performance review for 2013, and in our 1:1's, I have outlined three key areas for improvement in your performance. These areas for development have impacted your ability to perform at your current level of Senior Manager. More specifically, you need to **1) Earn the Trust of Others; 2) Disagree and Commit; and 3) be Vocally Self-Critical.** As a result, I have created a development plan to provide the opportunities you need to demonstrate improvements in these areas. The details and expectations are outlined below.

1) Earn Trust from Others: As a leader, you need to establish credibility with your stakeholders and peers. In order to influence in the corporate environment, you need to able to connect with others and work effectively with partners. You have a tendency to dominate conversations with you partners which causes others to avoid interacting with you. This feedback has been provided to you on a number of occasions in the past. You need to build trust with your partners by demonstrating an ability to listen to their point of view and adjust your level of interaction to get your partners to engage with you, not avoid you.

2) Disagree and Commit: Your ability to Disagree and Commit needs to improve. Recently I have given you very direct feedback that I would take ownership of working out the transition plan for an internal transfer candidate after you were unsuccessful in working with the current manager. On 11/11, I communicated directly to you that I would give you a date for the transfer and it was time to disagree and commit. Despite this direct communication you continued to argue with me over email and phone for two more days. As a leader at Amazon, you need to recognize when it is time to disagree and commit and adjust your behavior accordingly.

3) Vocally Self-Critical: You need to take complete ownership and accountability of every aspect of you communication with others. During multiple conversations related to the internal transfer situation mentioned above, you pointed out many short comings and faults with the manager you were interacting with. When I asked you to think about one thing you could have done differently or one lesson you learned from the experience, you responded with a laundry list of faults with the other person and pushed the question back to me to answer the question for you. Effectively, you were not able to answer the question asked. It is not behavior that is adequate or consistent with Amazon's leadership principles to point the finger at your perception of other people's behavior, while at the same time finding nothing you can do to improve your handling of a situation.

In the future, you will be expected to make the following improvements to your performance as well as meet all other expectations for your role:

| Objective/Goal | By When |
|---|---|
| **Areas: Earn Trust from Others**<br>Leadership should receive zero escalations or feedback that contributes to negative situations related to your ability to earn the trust of your partners. | Immediately |

| | |
|---|---|
| **Area: Earn Trust from Others, Communication**<br>As mentioned in your Annual Review and discussed in various 1:1's with my leadership, you need to hear others in meetings (including 1:1s). Leadership should receive zero escalations or feedback that you are dominating conversations and not listening to others. | Immediately |
| **Area: Disagree and Commit**<br>You need to understand when it is time to disagree and when it is time to commit. Leadership should receive zero escalations or negative feedback that reflect an inability to commit to decisions that are made. | Immediately |
| **Area: Vocally Self-Critical**<br>Leadership should receive zero escalations or negative feedback that contributes to negative situations related to your ability to earn the trust of your partners. | Immediately |
| **Area: Vocally Self-Critical**<br>Complete a COE on your handling of the internal transfer situation mentioned above focusing on your interactions with your partners and leadership. | Due by 11/21 |
| **Areas: Think Big, Dive Deep**<br>Develop a 3 year technical vision for the Seller Success space and present a 6-pager on that vision to Faricy-directs team. | Due by 12/15 |

To help you improve your performance, I suggest the following:
- Suggestion 1: Solicit Feedback from your peers on your ability to earn their trust, disagree and commit and be vocally self-critical.
- Suggestion 2: Solicit Feedback and examples from your peers to create a quality 3 year technical vision for Seller Success technology.

While I'm willing to provide assistance in helping you improve your performance, it is important for you to understand that the responsibility for bringing your performance up to an acceptable level rests with you. We will review your progress on a weekly basis.

A copy of this performance improvement plan will be placed in your personnel file. If you do not meet and maintain the above-stated expectations and sustain improved performance, you will be subject to further action up to and including termination of employment.

I have received a copy of this memo.

**Associate Name:**                                    **Date:**   /   /

_____

**Associate Signature:**

_____

**Manager Name:**                                      **Date:**   /   /

_____

**Manager Signature:**

_____

**HR Rep Name:**                                       **Date:**   /   /

_____

**HR Rep Signature:**                                              **Date:**   /   /

cc: personnel file

AMAZON_HAYDAR_00004265