# Exhibit S-24

| | |
|---|---|
| From: | Chinta, Sairam |
| To: | Mosby, Joel |
| Sent: | 10/25/2014 11:03:51 AM |
| Subject: | RE: Detroit hiring success stories this week! |

I can take 4 if they can relocate to Seattle


Regards,
Sairam


-------- Original message --------
From: "Mosby, Joel" <mosby@amazon.com>
Date:10/25/2014 10:56 AM (GMT-08:00)
To: "Haydar, Abdullah" <haydara@amazon.com>
Cc: saxena-directs <saxena-directs@amazon.com>, "Gaw, Garret" <gawg@amazon.com>, "Haney, Stefan" <haney@amazon.com>, haney-directs@amazon.com
Subject: Re: Detroit hiring success stories this week!

Awesome news Abdullah!  Great job driving dtw hiring. Now we need reqs!!!  High class problem!


On Oct 24, 2014, at 5:01 PM, Haydar, Abdullah <haydara@amazon.com> wrote:

To clarify: the transfer is coming from Seattle.

---

**From:** Haydar, Abdullah
**Sent:** Friday, October 24, 2014 7:54 PM
**To:** saxena-directs
**Cc:** Gaw, Garret; Haney, Stefan; haney-directs@amazon.com
**Subject:** Detroit hiring success stories this week!

This week in Detroit:

5 industry hire SDE1s hired in our regular monthly DTW10 hiring event! (3 are experienced SDE1s who barely missed the SDE2 bar and are expected to grow quickly to the next level.)

7 college hires at UM OCI – at least 2 intend to join Amazon Detroit! (See note below on DTW10 support of college hiring event)

1 SDE2 began transferring to my SNA team in DTW10 this week!

Total output from DTW10 hiring this week: <u>8 new hires for DTW10 and 12 total new hires for Amazon!</u>


Additional success story for DTW10 support of college hiring event:

Due to last minutes cancelations, we had no bar raiser, fourth interviewer, or on-site recruiter for the University of Michigan On Campus Interview (OCI) event this week. In addition to already planning to have 2 local Amazonians support this event, we scrambled to add two additional local interviewers and utilized our Bar Raiser-nominee to lead

the debriefs, which resulted in the seven hires mentioned above and great appreciation from the college recruiting team. Moving forward, we will work to drive improvements in the overall OCI program and take a leading role in recruiting at all leading universities in our region.

CONFIDENTIAL	AMAZON_HAYDAR_00002680