# Exhibit S-32

| | |
|---|---|
| From: | McVey, Kaitlin |
| To: | Oehler, Derek |
| Sent: | 1/18/2015 9:48:18 PM |
| Subject: | FW: Employee feedback |

FYI

Kaitlin McVey | HRBP - Marketplace
Redacted a: 2201 Westlake Ave, Suite 500 | Seattle, WA 98121
kaitlin@amazon.com | www.amazon.com

Need HR Help? Click here!

**From:** Haney, Stefan
**Sent:** Tuesday, January 13, 2015 12:50 PM
**To:** McVey, Kaitlin
**Cc:** Gaw, Garret; Mosby, Joel
**Subject:** Employee feedback

Kaitlin -
At Joel Mosby's suggestion, I'm sharing my concern and feedback regarding Abdullah Haydar. I've previously shared with Joel his previous manager and Garret, his current manager and wanted to make you aware of my interactions and the current state.

At the end of 2013, Joel approached me about Abdullah leading the tech side of the Selling Coach/Nudges business program out of Detroit. While I was aware of Abdullah's previous performance rating and had less than positive prior interactions – I agreed with Joel this was an opportunity and Abdullah had potential for improvement, particularly in the area of think big/earns trust.

I agreed to provide 1:1 meetings for Abdullah and did so via phone and in person through July of 2014. After July, I provided Abdullah my assessment of his mid year performance and reduced my engagement. At this point, I will not interact with Abdullah without additional people present and do not trust commitments from him to myself or my team without validation or his manager's review.

Specifically, in the first half of 2014 I observed

1. Successful transition of the nudge team to Detroit from Seattle. I based success on
    1. Minimal if any impact on operational performance
    2. Knowledge transfer between teams
    3. Improved delivery consistency to dates
    4. Significant hiring results from SDE1 to SDMs
2. However – I noted to Abdullah, these results are typically L6 Exceeds expectations and I saw 3 primary gaps in his performance
    1. Platform Leadership.
        1. Abdullah was asked and committed to a 3 year tech vision/roadmap for the selling coach/nudge platform presented to Marketplace and Seller Services leadership. Abdullah was asked for this in May and renegotiated to July. The document delivered was incomplete, presented informally to various tech leaders and did not drive our OP1 planning, nor answer strategic architecture questions.
        2. Abdullah was asked to oversee our 4 person team in Romania, and facilitate their interaction with FBA to deliver a consolidated reports platform supporting integrated reports in Seller Central. The romania team has slipped their dates by 5 months and the FBA team has provided feedback on their experience.
    2. Earns Trust.
        1. I had provided blunt counsel to Abdullah including specific recommendations such as implementing time & word count limits in meetings as well as instituting a 24 hour response time to at least give the

appearance he'd listened and evaluated input from others. I believe he did this to some degree, though in our most recent QBR with Peter, Abdullah interrupted Peter to ask a marginally relevant question.

2. Integrity. Joel M & I made a choice to transfer 2 Seattle Based ML SDEs to my team in 2015 as part of Joel's transfer including the restructuring of the abdullah's scope overall. These 2 SDEs had been reporting to Abdullah. We did not consult Abdullah on this decision or others regarding scope. After the decision, Abdullah demanded from me a forward looking plan for the individuals "as their former manager" but minutes later expressed surprise at being expected to write their 2014 reviews. Selective ownership? During this conversation he claimed that the new manager (Mat) hadn't been available due to vacation since the xfer, had no 1:1s, and that the 2 SDEs were confused. Mat was actually working through Christmas and was in the office as he'd had another employee start 12/21, I'd literally witnessed a 1:1 with Mat/Rich on 1/9 since they used my office, and Rich/Carsten had not expressed any questions to Joel or Myself from the outreach Joel & I have done since the xfer.

3. Roadmap planning breakdown. My PM teams have worked with selling coach team for 5 years in doing roadmap planning. My business team supersedes the PMO function to reconcile and prioritize business requests to present a single prioritized list to the Selling Coach team. My PM leader then works with Selling Coach tech leaders (in this case Jim McCollom) to review EOE/KLO and then integrate/reconcile with program investment. The outcome of this process is fed into the PMO process to be consolidated into the roadmap publishing but is not expected to be changed.

We reviewed this process in September together and my PM leaders traveled to Detroit in September and December to facilitate this process. One stakeholder team (Listing Quality) had a Nudge issue in 2014 and Mat (my PM lead) had spent over 20 hours working with the Listing Quality to identify the approach and OP1 investment required. However, the LQ team funded only part of the desired solution (26 of 40 weeks). They had been told they needed to fund a full person to create an incremental hire in DTW. Abdullah made roadmap adjustments outside of the work with McCollom, Mosby, and Philipsen; Despite agreeing to the process in both trips and on the phone. This created an anomaly in the PMO Published roadmap for EOE and led the LQ team to believe their work was funded. Mat & our TPM caught the error in validating the roadmap and traced to changes from Abdullah by looking at the share point change control records. Abdullah initially was defensive but agreed there was an error. We confronted him about dealing directly with LQ outside of our agreed process and giving different guidance from the efforts Mat and our TPM had arranged. He agreed to go back to our process after discussion with me in early December. I went on Vacation Dec 19 with the understanding the issue was resolved. Upon return in the New Year, I was informed the LQ issue with the roadmap was not resolved. The LQ PM believed it was still on the roadmap and it was Mat's job to prove otherwise. In tracing this down, I found an email thread with Venky and Abdullah dealing directly with the LQ PM on 12/23 *again* cutting Mat out of the process.

Yesterday 1/12, I had a 1:1 with Abdullah and expressed to him I felt deceived by the variance between our perceived commitment to process and the actions seen in the 12/23 email and that my trust was impacted to the point that I had questioned whether I could keep this scheduld 1:1 with him. His response was protesting he didn't intend to be deceitful at which point I reminded him a) I was not evaluating his intent but his actions and b) deceit was MY feeling. At this point he flipped to the line that Ian, Avi, Jim J have been clear that he owns his roadmap and is responsible for balance at which point I questioned whether this would indicate he never supported the joint process that Joel & I have used for years where the bus/tech partners make no changes without clearing with each other. At this point he then expressed that he didn't see the email as a violation of trust or conflicting with his previously expressed commitment to process. I terminated our discussion with my statement that I think the email is clear, I had hoped he'd see the issues with his actions and that at this point, I don't feel I have anything more to discuss with him.