# Exhibit S-37

| | |
|---|---|
| **From:** | Haney, Stefan |
| **To:** | McVey, Kaitlin |
| **Sent:** | 1/15/2015 4:55:28 PM |
| **Subject:** | FW: summary notes |

Example feedback summary from our earlier 1:1

---

**From:** <Haney>, "Haney, Stefan" <haney@amazon.com>
**Date:** Wednesday, April 30, 2014 at 10:00 AM
**To:** "Haydar, Abdullah" <haydara@amazon.com>
**Subject:** summary notes

3 topics

1. Ideas/mechanisms to earn trust
    1. Slow down your reaction/responses – listen only in meetings, limit your talking to N minutes or n words, respond every time but only via email.
    2. Create visibility – I was accustomed to interacting wtiht he dev team/mgrs daily.  So If I don't hear from you for a week – I feel something is odd, whether or not you have a handle on everything.  So fee free to bombard me with emails – push more decision requests, FYIs, statuses to me, don't make me pull.
2. Looking for tangible deliverables in the next 45 days demonstrating your understanding & vision as the new CTO
    1. Tech deep dive ASAP.  What are the components of the platform, how do they match with the business offerings, whats the technology gaps, who's the current customers and potential customers of the platform
    2. Tech Vision "lite" - what should we be thinking about coming into OP1 for tech innovation/investment?
        1. Platform expansion I.e. Newt donation to endr, prioritization algorithms to endr, vendor central joint venture, aws trusted advisor
        2. Projection/forecasting capability
    3. How are you PUSHING the platform definition/capability
3. Demonstrated Cross Nudge team leaders
    1. Feedback from your team on detroit trip?
    2. Press Release/FAQ gating for sprints but your team should also be writing/contributing to press release/faqs
    3. Set up the quarterly nudge platform summit 2-3 hours, 1 part show & tell demo by each team, 1 part read press release/qa for next quarter, 1 part results summary, like a mini all hands
    4.