# EXHIBIT
# S-90

# 12-13 Performance Review

## Manager Review

REDACTED
Performance Review: 04/01/2012 - 03/31/2013

**Reviewer:** John Klose                **Role:** Manager

**Document Status:** Completed          **Manager:** John Klose

**Review Status:** Review Completed

---

### Overall Performance Summary

**Employee Summary:**

Coming to Amazon may have been my most difficult job transition in my 20 year career.  I moved here in late August bringing my family of 6 (4 kids) from Chicago to Seattle, Settle them into schools/sports/life, bought a house, learned the Amazon Culture, how to be an Amazon Manager, the key players and systems for development,  who the product managers were, and what our products and services are.

While balancing all of this life change I had a busy first 5 short months.  Since I arrived at Amazon, I have revised and improved the quality/accuracy/ cadence of WPR, Launched a Training Program for TPMs, a Buddy program for TPMs/PMs/SDMs, organized trips to the Seller Call Center, Revised/Improved the Launch Plan for TPMs, Mentored/Managed/Allocated TPMs, and kept heavily involved in the Recruiting process interviewing 25 candidates and hiring 7 of them.

In my time here at Amazon, I have had one regretted resignation for a TPM that resigned 2 weeks after I arrived at Amazon.  I used this opportunity to understand why he and other TPMs had left the organization and held an impromptu exit interview with that individual on where we focused on creating an Action Plan to reduce attrition.  Much of what was put together there has gone into TPM v2 where we are coming up with an approach to slow attrition and make the PMO more scalable as a whole.  I have had to also work on one Development plan and work with that individual to improve their performance at Amazon.  This individual has had great improvement since we have find the right combination of work and motivation to move him past his early struggles.

Over the last few months my growth as a manager continues as I wrote my first FLPs, am writing my first self-review, wrote my first feedbacks, am now working on OLRs and Promotion Docs,  and am closing out my goals.  My goals went well where I feel I have exceeded or will exceed on 3 goals including, Hiring, Process Improvement, and Develop and Retain Top Talent.  I have met or will meet Expectations on 4 goals including Customer Obsession, Training/Self Improvement, Creating the TPM Launch Plan, and Create a Buddy program.  Finally I will not meet 2 goals including Dive Deep and OP1/Annual Roadmap.  Based on my overall workload and the demands of the Annual baseline, I consider my goal performance a success.

Not all my first five month at Amazon was success though.  My first few months I really struggled with Bias for Action and waited more for permission to do things that I knew were right.  I feel I have turned the corner here as my comfort level and knowledge of Amazon has increased.  I drove the retention plan forward and launched the training plan based on my own initiative.  I have also

                                      AMAZON_HAYDAR_00011980

struggled with Dive Deep.  It has been a difficult to find as the demands of coming up to speed, being a people manager, running pieces of the organization, and getting the Annual Roadmap out kept my good intention on diving deep on nudges from coming to fruition.  I let that team down as I could not drive the use cases out more the event model needed to go forward.  Eventually I had to admit my failure and allocate a TPM to the project to drive it home.  Finally, while I worked hard long hours on the roadmap, created the first two initial baselines, drove detailed estimates, the lack of trust others had in me along with the stress of all the demands personally and professionally overwhelmed me and burned me out.   Again, I realize it was going to be too much for me to close out the Annual Roadmap and asked John to step in and carry it across the finish line the last two weeks.

**Manager Summary:**

This is <sup>REDACTED</sup>'s first Amazon performance review.  <sup>REDACTED</sup>joined Amazon in August 2012 and overall had a good year -- actually a good half-year. <sup>REDACTED</sup> missed 2 of his 8 goals but exceeded 4 others. Of special note, <sup>REDACTED</sup>has done a great job improving our on-boarding process for new TPMs which had been a problem area for our team.

Below is a summary of <sup>REDACTED</sup>'s performance against his 2012 goals:

1. Create a Buddy Program to help with TPM role clarification and on-boarding [Exceeded]
<sup>REDACTED</sup> created our Buddy Program and it has proved to be very successful for the 6 new TPM's we hired in Q1-2013.  This is now a standard part of our on-boarding process for new hires. <sup>REDACTED</sup>also created a phone-tool icon for people playing buddy to our new hires.

2. Create the Annual Roadmap by the end of November [Missed, but close]
<sup>REDACTED</sup> did a lot of work and made good progress moving our OP1 project list from SharePoint to our roadmap but just struggled to bring it to closure due to the continuous addition of new projects along with changing project priorities. A big part of the challenge was working with so many new product managers and <sup>REDACTED</sup> himself being new to Amazon. <sup>REDACTED</sup>was putting in too many hours (nights and weekends) into this work and eventually became burned out, but he had done so much work we were able to bring it closure just a couple week past our goal.

3. Revise the TPM Launch plan for the new hires in January [Exceeded]
The Buddy Program mentioned above was part of an overall revamp of our TPM launch plan. <sup>REDACTED</sup> lead the effort to improve the process and documents, and we have received very strong positive feedback from new hires as well as from experienced TPMs who reviewed the new process and/or participated in some of the training.

4. TRAINING / SELF IMPROVEMENT [Achieved]
<sup>REDACTED</sup>has participated is several internal training programs.  He has learned some new tools and is starting to apply them.  On concern though is that<sup>REDACTED</sup> did not take advantage of time with his mentor.  It is on<sup>REDACTED</sup>'s list to change mentors and make better use of this avenue for self-development and leaning about Amazon.

5. DEVELOP & RETAIN TOP TALENT [Exceeded]
During his first 6 months <sup>REDACTED</sup> interviewed 20-30 candidates and hired 2 industry hires and 1 internal transfer.  He also promoted 1 TPM to L6, and raised the performance of an underperforming TPM. <sup>REDACTED</sup>has 7 directs and has had no attrition at all from within his team, though he did manage attrition of one person who was leaving just as<sup>REDACTED</sup> was joining. <sup>REDACTED</sup>use the exit feedback from this person to improve the experience and thereby retention for his team. <sup>REDACTED</sup> has also built a good training relationship with TAM so that our team can frequently sit in on seller calls, this provides training and customer focused insight for our TPMs.

6. CUSTOMER OBSESSION [Achieved]
<sup>REDACTED</sup>helped to get our team more customer-focused by scheduling team time with TAM. Also, <sup>REDACTED</sup>

does well with his internal stakeholders within Marketplace and TAM, but I would like to see him more engaged with Transportation and other parts of the Amazon organization. Also, while <sup>REDACTED</sup> has a good engagement with TAM, I want to see him leverage this more to increase buyer/seller customer focus to the projects aligned to his team so that we are focused on adoption and experience as much as new launching new features on schedule.

7. DIVE DEEP [Missed]
<sup>REDACTED</sup> dove deep on several process areas, but has not been able to dig into the details on most of the projects and systems aligned with his TPM team. This is not unexpected given<sup>REDACTED</sup>s brief Amazon tenure and other goals that took priority, but this is an area for <sup>REDACTED</sup>to focus on in 2013.

8. Process Improvement [Exceeded]
<sup>REDACTED</sup> led process improvement for TPM on-boarding as mentioned above; he also improved the WPR process and made good progress with OP1 project planning. These were 3 big areas to tackle in his first 6 months and<sup>REDACTED</sup> did well in both executing and evolving these process areas.

---

## Identify Strengths

**Employee Summary:**

My greatest strength has been around Hire and Develop the Best. I take my job as a people manager very seriously and feel that any TPM that is struggling with on-boarding, process, and work life balance is a critique on my ability to manage. I have worked hard to change the Mercenary mentality that I saw within the team where people cared more about themselves and did little to help those around them. I made a common goal led from the front in coming up with a new on-boarding model, new launch plan, training, sitting at the call center for sellers, and a Buddy program. Held 1:1s with most team members and stressed the importance of mentorship. I pushed my team to be active in interviewing and shadowing interviewers. Most importantly, put together a retention plan that only time will tell if it is successful.

Think Big and Bias for Action are strengths I have as well. I like to look through the noise of problems and go for the root cause. While I struggled early with Bias for Action I have turned the corner on this as my comfort level has increased. It was unfortunate that one of my first experiences as a manager was a resignation of a talented TPM. I used this opportunity though to understand the real reasons they were quitting instead of the face value explanations that were being said. I asked this person to help me create an action plan that took the long road to turning around the situation that caused them to leave. I took the ideas and themes that came from this exit interview and took the time to meet with most of the PMO 1:1 to understand how valid those themes were. I also took that time to bounce the action items off some of them to see what they thought would work or maybe would have changed their own experience up to that time. Many of the themes are unpopular and items on the initial plan we challenged as having low value. I stuck to my plan, drove it forward, and delivered on the action items. The most important things were that I did not wait and just did. Nobody told me to take on attrition nor the frustrations of TPMs, I just sensed it was needed. I took the big picture of attrition into account and focused at the root cause items. Initial results are positive with a full survey to come out on satisfaction in February once the TPMs have been here a month. One comment from a TPM that was recently on-boarded was that this was the best on-boarding they have ever had. That after the miserable time they had with recruiting,   REDACTED   , they expected a complete on-boarding disaster and were frankly ready to quit. It stunned me that they were ready to quit and they had not even worked a day at Amazon. That the new on-boarding made them happy and feel like we had our act together made me especially proud of the work we had poured into making the first steps you take within Amazon be pleasant.

**Employee Strengths:**

**Employee Other Strengths:**

**Manager Summary:**

REDACTED      shows leadership strength in several areas, but I agree with him that his top two strengths are "Hire and develop the best" and "Bias for action". I also see "Invent and simplify" as one of REDACTED top strengths. All of these are supported by 360 feedback.

Hire and develop the best – This is mentioned above in REDACTEDs progress against goals. He has done an exceptional job of hiring and developing his team, and further implementing and sharing process improvements and role clarifications to help others do the same.

Bias for action – REDACTED started as normal for a new hire looking for approval on his decision, but quickly moved into a more autonomous style driven by his intelligence, intuition, good common-sense and deep experience prior to joining Amazon. REDACTED will quickly get to the root cause of problems, form an action plan to address the situation and move into execution mode. He is also skilled at rapid consensus building without straying into analysis paralysis.

Invent and simplify – Several examples were already highlighted above including WPR enhancements, OP1 road-mapping process, TPM launch plans, the Buddy Programs, Team time with TAM, etc.

Below are excerpts from 360 feedback on REDACTEDs strengths:

• I wanted to particularly give feedback for REDACTED in relation to his work for role descriptions for Marketplace. While this may sound like a relatively small deliverable, being able to differentiate between roles (which inevitably means defining ownership boundaries among other contentious discussions) is a critical and difficult task. REDACTED demonstrated invent and simplify through his simple yet complete and clear definition of the areas of work for each role.
• REDACTED is a quick thinker; he is constantly looking at issues and problems in the organization. He is quick to recognize patterns and leverage past experience to propose solutions/options and get action on a path forward.
• REDACTED pushes his team, is fair, provides guidance when needed, allows us to be empowered and accountable at the same time.
• REDACTED is diligent about keeping our weekly 1-1 meetings. He makes sure I am staying challenged by enabling me to take on new challenges and grow my technical influence as well.
• He motivates his team and organization by setting up periodic fun activities that help team building and grow camaraderie among TPMs and PM, Development teams.
• REDACTED has excellent business knowledge relevant for Marketplace, and he has taken the lead in disseminating this through various knowledge sharing sessions with other teams.
• He listens to the ideas, concerns expressed by me in our 1-1s and is ready to offer help where required.
• REDACTED gives me time and space to manage my work and coaches me on how to navigate complex issues.
• REDACTED insists on high standards for work produced by his team as well as the quality of people we hire into the organization.
• He leverages his previous experience and expertise to help accelerate the work of his team members, and efficiently provides positive feedback and/or constructive advice on how to improve our work.
• REDACTED is a tremendously hard working individual and cares tremendously about the people and projects he is responsible for. He does a lot to get alignment with business.
• I have been very impressed with REDACTEDs focus on hiring and retaining the critical role of TPM. REDACTED inherited an organization in a bit of flux as many TPMs left and had to rebuild the organization. He was relentless at this task and successfully brought on a number of new TPMs to round out the organization.
• Invent and simplify - REDACTED has been leading the WPR meetings really well. After he joined our

AMAZON_HAYDAR_00011983

group he took ownership of the meeting and figured out what was not working well and fixed it. The meetings run smoother and faster now
• The Marketplace 2013 OP1 Process started in June and continued through December with the finalization of the 2013 Roadmap.  After joining the Amazon in August, REDACTED mmediately took ownership of the 2013 OP1 Roadmap generation. REDACTED compiled an innovative spreadsheet that ensured we didn't over allocate resources and spread projects evenly. REDACTED s dedication helped the Marketplace organization deliver a successful 2013 Roadmap baseline.

**Manager Strengths:**

**Manager Other Strengths:**

---

**Identify Areas for Improvement**

**Employee Summary:**

I have struggled with Dive Deep.  The demands of coming up to speed, being a people manager, running pieces of the organization, and getting the Annual Roadmap out kept my good intention on diving deep on nudges from coming to fruition.  I let that team down as I could not drive the use cases out more the event model needed to go forward.  Eventually I had to admit my failure and allocate a TPM to the project to drive it home.  Moving forward I have to make sure I can deliver on what I promise otherwise I will lose the trust of others.   I have to also find opportunities to Dive Depp since knowledge at 10,000 feet does not allow me to make the decisions that I am forced to on a weekly basis.

I also struggled with Delivery this year.  Again, while my intentions were good I did not finalize the Annual Roadmap.  It was just too much for one person to do alone and I was ineffective in rallying support to help me.  In the end I burned out and had to turn it over to John to finalize.   I have to find a way to balance my commitments, smooth out the process, and make it all attainable for next year.  Otherwise I will continue to struggle and lose the trust of others.

**Employee Areas for Improvement:**

**Employee Other Areas for Improvement:**

**Manager Summary:**

REDACTED is self-aware of his key development areas:  Dive deep and Earn Trust.

Earn Trust of Others – As REDACTED embraced "Bias for Action", he skipped some chances to be more inclusive of his stakeholder in decision making or pre-announcement socialization for decisions.  Some decisions made it through the rumor-mill before REDACTED could build a shared understanding on his reasoning.  Some key partners/customers felt he left them out of the loop or was bending commitments he made or responsibilities he should own.  In 2013, REDACTED needs to build more external relationships and be more communicative and inclusive with stakeholders even if this means slowing his decision making slightly.  He also needs to be more sensitive to when/where it is inappropriate to share his frustrations and opinions.

Dive Deep – As mentioned above, REDACTED prioritized people management and process improvement over diving deep in programs or systems during his first 6 months with Amazon.  This will be a focus area for his development in 2013.

Below are excerpts from 360 feedback on REDACTED s development opportunities:

                                                           AMAZON_HAYDAR_00011984

- REDACTED needs to dive deep more into the process of existing projects.
- REDACTED was upset and frustrated during the OP2 process. While he may have been right, he potentially lost influence and trust by verbalizing a lot of his feelings about the situation and behavior of others.  His words have more power than he may realize.
- Dive deep: In addition to dealing with people and PMO process issues, I would like to see REDACTED also dive deep on projects,  determine problem areas that affect Fulfillment work with Product Managers in a collaborative (not contentious) manner to solve a tough business problem.
- REDACTED could do more with external groups such as Transportation.  He needs to find a way to work with the Transportation managers and get to an agreement on how the teams are going to work together.
- REDACTED works in a silo more than he should in his role. Although he has reached out on several issues, I feel like he could do more socialization with product management and development teams.
- REDACTED should not assign TPMs until the business has made a case.
- REDACTED tries to do the right thing, but gets stuck on his own idea/opinion, becomes confrontational and doesn't listen to others.  This, in the short term, causes some level of distrust.
- I was disappointed to hear that REDACTED has never logged in to Seller Central. Considering this is the core system we own and our customer use, I think everyone in the organization should try out the features that we give to our customers.
- I know there are some members of the organization that don't feel REDACTED earns their trust. Some of this stems from communications that came across as mandates rather than discussions when the latter would be more appropriate.

**Manager Areas for Improvement:**

**Manager Other Areas for Improvement:**

| Ratings |
| --- |

**Performance Rating:** Exceeds
**Leadership Principles Rating:** Solid Strength

CONFIDENTIAL

AMAZON_HAYDAR_00011985

# 13-14 Performance Review

## Manager Review

REDACTED

Performance Review: 04/01/2013 - 03/31/2014

**Reviewer:** Jim Joudrey                          **Role:** Manager

**Document Status:** Completed             **Manager:** Jim Joudrey

**Review Status:** Review Completed

---

### Overall Performance Summary

**Employee Summary:**

2013 was a year of transition from me. I started the year with my primary focus on right sizing the team, reducing attrition within the PMO via better role definition/supportive on-boarding experience and to become embedded in my functional areas, Platform, Country Launches, Seller Success, and Fulfillment. Then disruption came in the form of the hiring freeze, Porsche, Tesla, India delays and REDACTEDleaving. I had to take my already stretched team of TPMs and stretch them and myself further to support all the new work. Finally, once everything was stabilized, the initial OP1 roadmap was generated, it was time to move on and I jumped into Development Management taking over the Seller Central Platform a d Services teams.

From a PMO perspective my primary accomplishment was TPM stability. We went from a high turnover team in 2012 with only 6 experienced TPMS to a team with 0% attrition ending 2013 and approximately 75% of that team with a year or more experience. This put the team into a new light where TPMs were giving questionable value at the beginning of the year to a group that was highly valued and sought. The primary approach to reducing attrition were by aggressively right sizing, attained by July, a new on-boarding program that included Buddies, a new launch plan, Seller connection training, an Effective Writing Class, a Coaching 1:1 Model, and a full TPM training program that all TPMs, even experienced ones, attended.

I am also proud that when REDACTED left, the PMO did not slow and I was able to take up his responsibilities until a replacement was brought in. I was able to overlap with REDACTEDs replacement before moving onto Dev Management so that there would be continuity of thought and process. I took these added responsibilities while still running OP1 solo until the first roadmap was delivered on 11/15. This OP1 was 50% larger than the previous year and the tools and processes I put in place allowed us to scale to the added demand.

I have moved into Dev Manager and have come up to speed on Ops quickly and was a part of the Q4 process. I have revised our on-call to better support the team that was being stressed by high support load. My next steps are to get a strong handle of our 2014 roadmap and drive the projects to completion. I felt I had a strong enough handle on things that I allowed my only line manager to be loaned to support another team and have taken both line and senior manager responsibilities onto myself.

While I had a good year it did not come without some bumps. When the pressure came and the work piled up I had to reduce my 1:1s and my coaching model which the team was unhappy with. I missed the signs that one of my TPM was underperforming during the 1:1 slow down. I also missed

some coaching opportunities with two TPMs with identified FLP GAPs that I may have been able to close.

From the process side there were issues as well.  Our idea of a Launch Bar Raising and Metrics gathering for Full Lifecycle Reporting never picked up steam.  I had little time to push it so I let it flounder.   While the OP1 process scaled this year, I would say it barely did.  If next year increase another 50% the process will fall over.  I should have been heavier handed in trimming the list of projects that we estimated and I still let too many in for review.  Also, the load of OP1 distracted us from getting the Q4 baseline out and we missed our delivery date there.

My Final bump in the road was around Functional management.  I expected to deep dive in my areas and with the disruptions I spent another year skimming the surface.  My goal is to really depp dive as a Dev manager to close my technical gap.
Overall I exceeded 5 goals (Scale and Publish OP1, Full PMO staffing with Low attrition, Process improvement, Teamwork, and Hiring), met 3 goals (On-Boarding Experience, Dive Deep, Customer Obsession), partially met 1 goal (Publish the Baseline) and missed 0 goals.

**Manager Summary:**
You had a strong year as a Sr. Manager of Program Management. During the year $^{REDACTED}$ left, leaving you as the defacto leader of the program management group. You ran Marketplace's OP1 process primarily solo, which was a feat of heroics. You worked closely with the TPMs across the group on hiring, developing their skills, improving retention, defining the role, and in general, focusing on ensuring their positions were valued and rewarding.

In November, you transitioned over the development organization, to run the Seller Central platform group. You created a new operations on-call process, and the team was happy to have your experienced guidance on the team. You worked with Seller Support to design requirements and then gather incremental funding for "PeekNow", a future spoofing replacement. Most recently, the Seller Central team (along with the FBA group) has had a few extremely successful training presentations on Olympus, which puts us in a good position to continue pushing Olympus as our next platform for Seller Central.

As for your general peer feedback, you had 68 strength votes and 23 areas for improvement. The top strengths were earn trust of others (+10, -2), ownership (+9, -2), and Hire & Develop the best (+6, -1). Your top areas to improve were dive deep (+4, -3), Have backbone; disagree & commit (+4, -3), and vocally self-critical (+5, -3).

---

**Identify Strengths**

**Employee Summary:**
The PMO org was a heavy attrition org and I can up with an approach to slow attrition, raise morale, and onboard new TPMs. [Think Big]  I was told my process would not work and that I was wasting my time.  Instead I built an On-Boarding process with a new Launch plan, TPM training, a Buddy program, a Writing Class, and Roles Definitions. [Bias for Action] All TPMs took this class then the experienced ones owned teaching it to all new hires.  I kept the process all the way through 2013. [Hire and Develop]

**Employee Strengths:**

**Employee Other Strengths:**

**Manager Summary:**

Earn trust of Others – Your peers trust that you're a smart leader, you have experience in the industry, and you're looking out for the best interest of your teams and partners. Most of your peers comfortably leaned on you during the OP1 process, trusting in your experience to run the process correctly, and ensure that we can continue moving forward with our programs in the next year.

Ownership – When there are issues, you were tenacious in digging into them. While others volunteered to help with OP1 (and swiftly disappeared), you wouldn't let the program go, and you were aggressive in driving the process to a close. There was no doubt that you owned OP1. You've always had a strong voice for any of the areas you've owned.

Hire & Develop the Best – Your team (both TPM and Development) appreciated your presence, and valued your 1:1 time, where you would advise them on their career path, areas to improve, passing along positive feedback, etc. Your team trusts you and enjoys working for you.

Peer feedback, made anonymous where possible –
During the promotion process, I liked <sup>REDACTED</sup>'s approach of reading from the back of the document and consistently focusing on key aspects (feedback providers, reasons not to promote etc.,) to catch patterns. I really liked the perspective he brought to the promo discussions and believe the group was able to give good feedback to folks. Overall, felt like he was able to effectively focus on the key leveling questions, evaluating whether the manager was diligent about asking and reading peer feedback to identify key reasons for and against promo.

He agreed to stay in Marketplace, and delay his change of role until after publication of the first draft of the roadmap in November (Marketplace-level goal that he owned). I give <sup>REDACTED</sup> a lot of credit for following through on his obligations, even though he did not have to. For this deliverable, <sup>REDACTED</sup> took complete ownership; even though many volunteered to help, when it came down to dedicating the necessary time (e.g. to run estimation meetings for all 37 dev teams and 30 programs), <sup>REDACTED</sup> scheduled and led essentially every meeting. The process was difficult -- certainly there will be improvements next year -- but the result was publication of the roadmap roughly two months earlier than in previous years, with a higher level of quality.

<sup>REDACTED</sup> was happy to share his background on ticketing and provided valuable inputs to the scoping process. He helped understand the landscape. Although we didn't follow up to execute in 2014, I was happy to see him volunteer and provide his views.

<sup>REDACTED</sup> is competent, fair and strives to develop his team. He is very approachable and easy to talk to. That allowed the team to open up to him about our successes and issues, and he earned our trust. <sup>REDACTED</sup> is very honest in team meetings and shares insight from other executive meeting he has attended. This allows the team to have trust in him. <sup>REDACTED</sup> is very personable and tried his best to maintain good team camaraderie by talking to the team members not just about work, but also personal things. He built a good rapport with team members and made us feel like a strong close knit unit.

While difficult to measure, I do believe <sup>REDACTED</sup> had a positive impact on stemming the rate of attrition in the PMO -- from nearly 50% in 2012 to around 5% (regretted) in 2013. I don't attribute this impact as much to his personality, as to the mechanisms he helped put in place: (1) TPM onboarding (consistent launch plans), (2) PMO bootcamp (now attended by others outside Marketplace), (3) TPM buddy system, and (4) a general practice of "walking the floor", and having impromptu one-on-ones with just about everyone on the team.

<sup>REDACTED</sup> did a good job at running the PMO, especially the OP1 scoping meetings. He set a good 2 step process, where the initial pass does a t-shirt scoping which lead to identifying the list of projects for a detailed scoping. The meetings agenda was clear as to which projects will be discussed and relevant requestors were present. He also provided frequent updates about the progress each manager is doing for completing the scoping and gave good visibility into need by dates and even extended it

wherever possible.

When <sup>REDACTED</sup> took over as our manager he started leading efforts in killing off our backlog. He understood that we are an old team and have a considerable legacy burden. He created spreadsheets, charts, metrics tracking, organized multiple back log meetings and bashes. This helped our team get rid of redundant and devalued work.

There was an instance where he made an error on the headcount allocated to our group but quickly found the discrepancy and took full ownership of his mistake. Although the OP1 process is difficult to understand <sup>REDACTED</sup> made the journey enjoyable and much easier to cope with.

In my years with Amazon <sup>REDACTED</sup> is the only person to have taken the organization through OP1 -> OP2 planning and stayed around after the process. On top of that, he is the only person to do it two years running, and improve on it for the sake of the organization. In that he shows the strongest ownership of any over the past years

During the op1 process, <sup>REDACTED</sup> dove deep, took ownership, and drove the org through the process. He has a strong backbone and is certainly comfortable expressing his point of view.

<sup>REDACTED</sup> proposed a new idea of on-call where each person is in an on-call group for a month and will be working on projects for the next two months. If this continues to goes well, I believe the SDEs on the team will be happy to be able to devote more time on project work rather than Ops.

<sup>REDACTED</sup> provided constructive/critical feedback about an area where I needed improvement. He provided the information factually and objectively, leaving room for areas he didn't have direct knowledge. I appreciated the input, was able to see specifically what needed to change, and believe I'll be able to act on the information.

<sup>REDACTED</sup> came into the PMO with systems that were complex, took a long time/effort to execute and were inaccurate after all the effort. With his leadership over the past year the process has been simplified, communications regarding process have improved and the effort to scope and track features has improved greatly. While the process to scope OP1 is still large and takes effort, the process is clearer and contains less waste.

Throughout OP1 <sup>REDACTED</sup> has over communicated the plan, schedule and artifacts needed for scoping. Even though not all development managers attended the scoping sessions, <sup>REDACTED</sup> was always present, driving the discussions and ensuring those missing were followed up with. Through <sup>REDACTED</sup> communications and follow-up, he clearly earned my trust that he was following through and that our teams efforts would not be lost in the process.

**Manager Strengths:**

**Manager Other Strengths:**

---

| Identify Areas for Improvement |
| --- |

**Employee Summary:**

For the second straight year Dive Deep was something I was planning to do in my functional area. Instead plans were derailed with an influx of unexpected work and John leaving.  I sacrificed diving deep to stay on top of all the other work. [Dive Deep] I think this also hurt my Earn the Trus since I flew at 10,000 feet in areas I should have held more knowledge. [Earn the Trust]

**Employee Areas for Improvement:**

**Employee Other Areas for Improvement:**

**Manager Summary:**

Have backbone;Disagree & Commit / Vocally self-critical – Your peers have raised concerns that disagreeing with you can be difficult at times. Some have said that you appear to have a difficult time committing with a positive attitude. You will want to work on "picking your fights", choosing some areas to push back hard, but plan to yield at times. Particularly in areas where there are established tenets/ground rules (e.g. lowering ticket counts), you may wish to choose to follow the "commit" rules.

Dive Deep – Most likely related to being relatively new to Amazon, being new to the PMO, and then being new to the Seller Central team, your peers commented on how you sometimes did not have enough in-depth knowledge to dive deep into a discussion you were having. This is an area which I believe will be worked out in time, with more experience in a single area over time.

Peer feedback, made anonymous where possible –

It seemed like <sup>REDACTED</sup>was attached to the process he had helped develop to a large extent that didn't see the faults of the same. Seemed like there too much churn and in some cases process for process sake. Would be great if he would have stepped back and looked at how he can be part of solution.

<sup>REDACTED</sup>is a technical manager, but due to his assignments in Marketplace where he spent most of his time on WPR, OP1, Hiring, he never spent as much time learning a lot about Amazon and Marketplace technologies. Sometimes this meant that he did not get a good sense of technical challenges the TPMs were facing and could not directly help us.

<sup>REDACTED</sup> has strong opinions, and he isn't afraid to voice them, whether it be one-on-one, or in large format meetings. There are negative effects to this; the main one is that he isn't a great listener - I have seen this myself, and my conversations with <sup>REDACTED</sup>'s peers and direct reports reinforce this. <sup>REDACTED</sup>comes into meetings with an agenda, and until he gets through it, there can be no give and take.

Some of the PMO process seem to be duplicated and redundant. For e.g. we are required to enter weekly status at couple of places and then also update the hits/misses even if the status on sharepoint is accurate. In other words, the various tools and processes seem disconnected and present an opportunity to simplify things.<sup>REDACTED</sup>could have helped lead some of these initiates.

<sup>REDACTED</sup>is extremely good-natured. However, he doesn't devote enough time to deeply understanding others -- both to make sure he understands them, and to confirm they understand him. Examples include mis-representing a TPM's interest in current role / morale, and for another, believing his report understood that there were serious performance concerns (and the cause), when he did not. My advice is to suggest that<sup>REDACTED</sup>spend only 30% of his time in one-on-ones with his directs talking, and the rest listening.

I think it would benefit <sup>REDACTED</sup> to develop the leadership principle Invent and Simplify. At several times during the OP1 process <sup>REDACTED</sup> expressed that he would have liked to retool the PMO scoping effort but was unable to do so due to lack of time.

<sup>REDACTED</sup> has a certain level of paranoia about the Marketplace leadership. <sup>REDACTED</sup>isn't shy to talk about what he sees as "politics" within the organization, and a belief that the only way to get some things done is to "play the game". An example of this is <sup>REDACTED</sup>'s attempt to get <sup>REDACTED</sup> promoted last

September. REDACTED is a strong L6 TPM, and REDACTED believed that REDACTED had been operating at L7 for some time. He put together a good promotion doc, and spent a lot of time enlisting support for the promtion before the OLR. When it came to discuss REDACTED, the conversation turned toward what it means to be a Principal TPM. As is often the case, the most senior people in the room used this as a opportunity to test and refine the understanding of what is required at the new level. The consensus was that principals need to have demonstrated both extremely broad impact - multiple initiatives delivered in parallel through influence - and also deep impact - a single mission-critical initiative wholly owned and delivered. REDACTED had made the case for REDACTED on broad impact, but the room wanted additional support for "wholly owned delivery". Unfortunately, while REDACTED had already made the decision that REDACTED was ready for promotion, he was not able to speak well to those who were not convinced. He did not address the question with data or with examples, but instead got visibly emotional, explaining that REDACTED "does whatever it takes" and "he deserves this". REDACTED is an advocate for his direct reports, but I don't think he realizes that this type of emotional loyalty can make it difficult for him to make the compelling case necessary to convince others -- and that convincing people is necessary.

If there is one area that REDACTED can improve it is dive deep. He is adept at asking the right questions to get to the root of the problem quickly, but lacks a familiarity with certain terminology and practices. For example, when it came to understanding the operations of what teams went through and why, he had a lot to learn.

REDACTED s style of communication style can impact his effectiveness as a leader. As mentioned, he has a strong backbone and doesn't hold back his point of view, but he needs to develop the skills to engage in a dialog, help people frame their own point of view to show he understand, and be able to collaborate.

Disagreeing and committing, especially when REDACTED does not believe that the direction or decision is the right one, will be very difficult for REDACTED. He certainly has plenty of backbone to challenge decisions, but for REDACTED, he must truly understand and believe in a decision in order to fully accept it. Overall, I think this can be a great leadership attribute, but it can also create friction when working with others.

When I discussed REDACTED s promotion with REDACTED, he chalked the failed promotion up to "politics". That certain people "promised to support, then later changed their mind". He failed to see that people can change their minds through an active discussion. This aspect of leadership, being able to participate in a discussion and own the outcome appears to be difficult for REDACTED and may end up being a barrier for him.

One area REDACTED could improve is in being vocally self-critical. As teams didn't show for the scoping meetings, he placed the blame squarely on them as opposed to reflecting on how he could have scheduled different or how he could have simplified the process even more.

**Manager Areas for Improvement:**

**Manager Other Areas for Improvement:**

| Ratings |
| --- |

**Performance Rating:** Exceeds
**Leadership Principles Rating:** Solid Strength

# 2014-15 Review Process

## Manager Review

REDACTED

Performance Review: 04/01/2014 - 03/31/2015

**Reviewer:** Michael Kriz                    **Role:** Manager

**Document Status:** Completed          **Manager:** Michael Kriz

**Review Status:** Review Completed

---

### Overall Performance Summary

**Employee Summary:**

2014 was again a year of transition for me. I started the year building the Seller Central roadmap, designing peak now, acquiring incremental funding for the team, promoting my reports (4 SDEs, 1 SDM, and 1 TPM), and was an active member of M@'s promotion board. A key to SCs early success was taking the current on-call process that was burdening the team bleeding into day to day work and creating a new type of on-call where we had a small team own 3-4 weeks blocks of support. This team had a goal to not let support (KLO) impact project work and took pride in driving down tickets. This freed the rest of the team to concentrate in the strategic projects we were driving.

In May I transitioned fully to Kiva AFT. The Kiva sortable lead had just left and I stepped in to fill the gap. This was a complete adjustment for me since until then I was primarily working as a Sr. Manager and my focus was not as an IC. I also joined a team that was already in full gear and in deployment mode. I jumped in and became a part of the launch teams and learned by doing. I supported the Kiva Ready conversions of SAT1 and DFW7 and the Kiva launches of OAK4, EWR4, and TPA1. I also supported the second side launches at OAK4 and EWR4 and the first ever dual AFE launches in OAK4 and DFW7. Travel was the theme for most of the year bouncing between all the sites. To prep for these launches we ran risk analysis sessions and put in risk mitigation wherever possible and studies and worked on approaches to get stow rates up. Post each launch we did lessons learned to carry on to the next launch. By TPA1 KIT TPMs were not needed and the process was pretty standard. For 2016 outside of MKE1, we were not planning on supporting standard sortable kiva launches. Post launches I worked on stabilizing the buildings and ramping up a select few key metrics. Also, I spent much time creating visibility into the key metrics and levers that keep a building from being successful. We understood better that focusing on turn away and upsorting was not as important as focusing on qty stow and maximizing the face that was in front of you. That these levers caused the highest stow rates. We drove multiple improvements in pod selection and queue logic to improve stow and also drilled down in the inventory synchronization issues that were causing our problems in Pick.

Overall, the launches were successful with buildings launching on time with few issues. Our stress tests produced areas to look at, but most were not software related. The learning curve for kiva turned out be higher than anywhere else in the network and the experience of the staff at the FCs was low. This kept the buildings from running optimally until we were well within peak. Turnover in a few buildings and inexperience was a problem and in the end our team, the Go team, and BFI1 spent significant time on the field bridging the gap training, mentoring, and chasing issues.

**Manager Summary:**

M@:  Based on feedback, <sup>REDACTED</sup> was an appreciated manager in the Seller Central team, developing supportive, trusting relationships with his SDEs as well as his peers and partners in execution.  His work to rationalize the on-call rotation and support responsibility of the team was appreciated across the board, and seemed to have made a real difference to the team and its output.  <sup>REDACTED</sup>was known for diving deep and for being blunt and honest across the organization.  Feedback from the dev team and partners is copied below in the Strengths section, but underpins marks performance in M@.

KIT:  <sup>REDACTED</sup> did a good job above concisely outlining his work on KIT.  We were excited to have <sup>REDACTED</sup> join the team, and he came up to speed very quickly. <sup>REDACTED</sup>and his team became the enablers for launch, visiting the network of launch sites for incremental installations, stress tests, and launches.  They also spent a lot of time in BFI1 with the Innovation team toward improving stow and other operations.  The operations teams appreciated <sup>REDACTED</sup>'s ownership and willingness to dive into any problem.  Sanjeev Vaid, Sr. Outbound Ops commended the team in an unsolicited note to <sup>REDACTED</sup>:  "Thanks a ton for your support this week at OAK4. It was very beneficial to have you guys deep dive and resolve some of the issues we are seeing."

Another related comment:

"I<sup>REDACTED</sup>was key in the workings of the many stow modes/concepts (System Suggested Stow, Team Stow, and the creation of Forward-Looking Stow) that were worked on to obtain the necessary stow rate to achieve the minimum peak stowing requirements and VCPU stowing requirements. <sup>REDACTED</sup>w helped create the initial pilot concept for Forward Looking Stow, which drove process and improvements to the Kiva stow algorithms. <sup>REDACTED</sup> spent a great deal of time working with the stow associates at BFI1 and DFW7, respectively, to incrementally improve the process with the BFI1 Innovation Team and local ops. The continued work with the stow associates, Kiva teams, and ops to keep improving the to were a strong indication of <sup>REDACTED</sup>s commitment to end-customer obsession. It is obvious that there is still a lot of work to be completed to have an efficient stow process at the Kiva buildings, but the foundation that <sup>REDACTED</sup>initiated with the various teams will pay dividends in the future for the existing and upcoming Kiva buildings."

<sup>REDACTED</sup>paid close attention to on-the-ground operations in the building, kept lists of the issues and follow ups, and drove the larger organization to countless resolutions.  It's easy to miss this constant operational focus, as none (few) of the improvements were must-haves or game-changers.  Nonetheless, the relentless focus across FCs was a huge contributor to the overall peak operational success of the new buildings, and <sup>REDACTED</sup> deserves credit for this.

<sup>REDACTED</sup> is extremely data-driven, and imperfections or missing data in some cases drove him nuts.  <sup>REDACTED</sup>response was to dive in and capture and make sense of the data he was missing.  The best example of this is the the work he did to produce data on inventory synchronization based on screen scraping of the Wookie viewer.  There was a lot of finger pointing and discussion about why some picks were unpickable (blocked pods, missing physical inventory, virtual mis match, etc). <sup>REDACTED</sup> scraper reduced the ambiguity and focused the conversation, and was a useful tool in getting operations and the software teams on the same page.

Like Brent and I, <sup>REDACTED</sup>didn't take on the responsibility of defining the vision and post-peak roadmap for the KIT team.  He maintained a backlog of important future projects, but never drove a coherent plan and vision for the future. It's hard to be too hard on him about this, given that Brent and I didn't do it either.  But one would normally expect this of an L7 TPM.

AMAZON_HAYDAR_00011993

**Identify Strengths**

**Employee Summary:**

[Bias for Action]

As I landed at AFT things were in full flight, but outside major milestones there was not an obvious plan.  I jumped feet first into launches learning on the go, spent time in the field learning how the building work and identifying pain points, drove solutions (feature changes, dashboards, and new capabilities) and developed the relationships needed to get things done as peak loomed.  I chose my paths and just did things.  The success of the launches speaks to my efforts.

[Hire and Develop]

A SDE2 that worked for me wanted to give a presentation on how to migrate to Olympus.  He was afraid of public speaking and coaching (Helped him write, practice, and dry run multiple times) him from a disastrous trial run to wonderful presentation to 100+ fellow SDEs in 5 days later.  One comment from the participants was "Best brown bag I have ever been to at Amazon."  A participant from the first presentation was stunned at the turn around.  Overall in 2014 I promoted 4 SDEs (1 to 2) , 1 TPM (5 to 6), and 1 SDM (5 to 6).  I was instrumental in the transfer to AFT of 3 TPMs, 1 SDE, and hired a PM that I mentored into a strong IC.

[Think Big]

With the chaos of all the launches and lack of detailed plan it was easy to lose sight of what was important.  Without better visibility into what was making buildings tick we would not be able to change quickly to make things work better.  I kept creating and modifying dashboards that helped point to problem areas so that we could proactively attack issues instead of reactively.  I built dashboards that could help isolate pour stow performers, showed where changes needed to be made and isolated that would increase performance, displayed problems as they were happening instead of after, and pushed us to fix the areas that we could see were underperforming both in wookie and stow.  Showing this metrics regularly and staying on top of the teams responsible for those areas drove incremental improvements in the buildings where in the end, software was not a problem or bottleneck during peak.

**Employee Strengths:**

**Employee Other Strengths:**

**Manager Summary:**

I largely agree with <sup>REDACTED</sup>s assessment of his strengths.  I might brand the behavior under Think Big above as Dive Deep (I see Think Big to be around conceiving big ideas, setting strategy, and articulating big plans), but I concur with the facts.

I also agree with the themes in his performance feedback (captured below), which centered around Dive Deep, Ownership, and Hire and Develop the Best.

From my perspective, <sup>REDACTED</sup>is a natural deep diver, a great owner, and demonstrates an owner's high standards.  He is driven by the ability to see when things don't add up, and then predisposed to

do something about it.  This is what drove him to be both hands-on with stow experimentation in the FCs and deep into generating and understanding related metrics, and also to rationalize wookie behavior and operational experience.  There are many comments and examples of[REDACTED] diving deep below.  There are also M@ examples of diving deep into operational metrics and project details in the comments below.

[REDACTED] is a natural owner, focusing on the problem at hand and figuring out the best solution.  Early in his tenure in KIT, he attended what was supposed to summit between stow and pick teams to work through how each system should evolve in a Kiva world; how the Kiva station system should be decomposed and re-purposed to reduce duplication and support multiple clients and use cases. [REDACTED] quickly saw that the meeting was not evolving in an organized way that would lead to plans and actions.  He stepped up and lead the discussions, driving consensus and useful outcomes.  There are other examples in peer feedback below.

[REDACTED]received a large amount of feedback from the SDEs on his M@ team, identifying him as a good manager who supported them in their performance and execution, but also drove them to be good owners.   He developed lasting, trusting relationships, and actively helped with blockers for his team.  He successfully promoted several people during his short time managing the team. [REDACTED] excels in hiring and developing the best.

Dive Deep

"[REDACTED]has been a good partner for the Job Management team at Kiva. As part of the sortable stow experimentation, [REDACTED] had done some extremely thorough analysis of rates and what areas were true bottlenecks. His analysis showed that no-stow-turnaways were not the bottleneck in rates.[REDACTED] impressed me with his ability to Dive Deep. [REDACTED] is very technical, able to Dive Deep but also Think Big. He was very receptive to radical new approaches to stow, like the river of goo concept. During peak preparation, [REDACTED]was a very good partner, helping Kiva get ready. He was on all of the Kiva stress test conference calls. He worked with Jeremiah Brazeau and Michael Wilson, diving deep and understanding issues. While on those calls, he was onsite and could provide us with first hand accounts from the FC GMs."

"While working on a variety of Kiva-related issues last year including inventory synchronization, the launch of the Wookie Viewer and managing floor balance. In each case [REDACTED]asked questions and dove deep until he had an understanding of the problem from an operational, business and technological perspective. When launching the Wookie Viewer [REDACTED] kept detailed notes areas for improvement and found ways to independently track and validate the data provided. This helped operations adopt and trust the tool more quickly."

"[REDACTED] attended a couple architecture design sessions in Boston which included various members of Kiva and AFT teams. While these discussions were largely technical in nature, such as discussing the specific software architecture that would allow Kiva systems to interface optimally with AFT,[REDACTED] was able to provide ideas to the discussion around the architecture. [REDACTED] also demonstrated Bias for Action by ensuring to keep the discussions on track towards a solution with regular summaries, action items, and decisions even though the diverse participants of SDMs, SDEs, and higher Kiva management made it difficult to do so."

"[REDACTED]helped lead the analysis that reviewed the top KIVA stow metrics and their correlation to stow UPH.[REDACTED]set up time to review the results of the analysis with many stakeholders but made a special effort to teach the DFW7 operations team his findings. The order and emphasis on specific KIVA metrics was adopted by all large KIVA sortable sites in the form the the 555 audit and associate scorecard. These tools made a big difference in driving stow rates by helping associates understand where their specific opportunities were."

"[REDACTED] also displayed a great ability to dive deep on issues. His work on the stow rates analysis and the issues hampering achieving the necessary rates (necessary pile-on, takt time per stow, etc)

provided a baseline (Max 12s per Stow) for determining the success rate of any stow experiment and also proved the "often challenged" of using each one of the 12 seconds to stow in the same pod (at all costs) prior to release."

"I reached out to M@ looking for assistance on Olympus migration.   [… ] Deep diving into Olympus, I found little information, no training material, and a platform seemingly not ready for migration. I reached out to M@ many times and got almost nowhere, and devs and SDMs alike ignoring the warning signs of Olympus. Suddenly <sup>REDACTED</sup> comes into the picture and it was like the difference of Night and Day. Not only did he listen to the pain points which I had gathered from people trying to migrate application, but he always injected a great deal of Bias for Action in putting together much needed training material. Finally, he put in motion a plan to fix our pain points, which lead to several developer deep dives and solutions such as Sharded and Proxy Olympus, helping scale for multitenancy issues. In short, he helped save Seller Central from heading straight into a train wreck during the earlier phases of Olympus…."

"<sup>REDACTED</sup> took some key decisions which improved the Operational burden of our team and he often questioned metrics for the sake of metrics. He urged Marketplace leaders to look beneath the metrics and ask does it even make sense to track this or have goals around this. For example, a high severity threshold for an application team cannot be directly applied to a platform team as their breadth of ownership and scope is so different. He also created an improved on-call system which contained all the maintenance work to a part of the team, allowing the rest to work on developing features for the platform."

Ownership, High Standards

<sup>REDACTED</sup> has a very strong sense of Ownership - Even though he was relatively new to the KIT team, he was speaking up on calls and owning actions - especially those associated with analysis - he came up with several analyses and traveled from FC to FC to enforce the results from his analysis. His focus was on determining root causes for low stow rates and he did a good job of breaking down the key reasons and pointing out modes of failure which were not being discussed in as much detail before his analysis."

<sup>REDACTED</sup> was key in the workings of the many stow modes/concepts (System Suggested Stow, Team Stow, and the creation of Forward-Looking Stow) that were worked on to obtain the necessary stow rate to achieve the minimum peak stowing requirements and VCPU stowing requirements. <sup>REDACTED</sup> helped create the initial pilot concept for Forward Looking Stow, which drove process and improvements to the Kiva stow algorithms. <sup>REDACTED</sup> spent a great deal of time working with the stow associates at BFI1 and DFW7, respectively, to incrementally improve the process with the BFI1 Innovation Team and local ops. The continued work with the stow associates, Kiva teams, and ops to keep improving the to were a strong indication of <sup>REDACTED</sup> commitment to end-customer obsession. It is obvious that there is still a lot of work to be completed to have an efficient stow process at the Kiva buildings, but the foundation that <sup>REDACTED</sup> initiated with the various teams will pay dividends in the future for the existing and upcoming Kiva buildings."

"<sup>REDACTED</sup> was a valuable asset and ally in the debugging that was necessary at OAK4 post-Kiva launch. Prior to the KIT team arrival, OAK4 struggled to supply defect info in a manner that was useful to the Kiva team's debugging efforts. Having <sup>REDACTED</sup> there to help the Senior team advocate for the operation was invaluable and <sup>REDACTED</sup>'s strength of Insisting on the Highest Standards resulted in major improvements and quick resolution to issues through his tireless efforts to eliminate picker barriers. After the team left, <sup>REDACTED</sup> continued to advocate from a far and he was fantastic at continuing to share best practices and breakthroughs that were caught by the teams at EWR and DFW."

Hire and Develop the best
"In the role of a dev manager on the Marketplace team, <sup>REDACTED</sup> focused on mentoring the SDE's on his team and developing their career path with very specific guidance and actionable objectives. The SDE's on his team universally acknowledged that <sup>REDACTED</sup> had completely earned their trust and had

made a significant impact to their careers. In fact, his team recorded the largest number of promotions that I have ever seen from any single marketplace team in any single review cycle (I think he promoted five SDEs). Additionally, REDACTED was one of the most respected leaders from the TPM team at Marketplace."

"REDACTED is an amazing people manager on two aspects: 1. He encourages them to take ownership and drive the projects with no micro management. 2. He removes any roadblocks in the path by reaching out to the relevant folks when needed. During Project Cricket (IN launch) I had to deal with many unknowns when I took over the project in the last 6 months. Both REDACTED and I were new to Amazon and I had to get issues resolved in a timely manner. REDACTED was helpful in setting the expectations where required so that I have clarity on deliverables."

"I have been very happy with the opportunity to learn from him and his approach to triage and work through multiple issues on a very ambiguous program with many moving parts and constant re-prioritization. He is a very good people manager and is able to effectively allow his directs to work through issues without "looking over our shoulder" nor discounting unpopular data-driven or anecdotal stances not congruent with the views of program "leadership" or trusted SMEs. He will also defend your work to leadership, which is a strong indication of the "Disagree and Commit" leadership principle."

Disagree and Commit

"Another specific example of REDACTEDs leadership skills was the Kiva Stow Summit at DFW7 in August. The schedule for an originally small software development session ended up being blown up to a full scale summit due to increased visibility on Kiva Stow rates at the time. This resulted in more than 30 participants from multiple operations teams, AFT and Kiva groups, and directors came for the summit. Many of the discussions during the meetings being driven primarily by operations had questionable logic behind them. REDACTED demonstrated skill in disagreeing with the ideas that were being presented, with logical arguments why we should do something else. Unfortunately, consensus was not in REDACTEDs favor the majority of the time, but he demonstrated full commitment to the decisions taken in the meeting and did everything he could to make ideas he had disagreed with successful."

**Manager Strengths:**

**Manager Other Strengths:**

---

**Identify Areas for Improvement**

**Employee Summary:**

[Vocally Self-Critical/Earn the trust]

Unfortunately in separate incidents I had run in with my peers.  I was running hard, learning on the fly, and trying overzealously to hold people accountable.  It wasn't always clear who owned what and I tended to jump first and push hard.  Right or wrong in what was being worked on, my aggressive blunt approach caused hard feelings and degraded the trust those individuals had in me.  I tried to right the wrong by speaking with each individual directly.  I am still to this day unsure if I mended those fences.

[Have backbone Disagree and Commit]

When I arrived at AFT I had a lot of ideas based on my observations.  I would vocalize these ideas in a sounding board approach.  Sometimes my ideas were not fully formed.  I had already offended

some with my aggressive approach so when these ideas were quickly, vocally, and aggressively squelched I stepped away. Since there was so much work and so little time I would abandon what may have been a good idea to follow the important paths that held the least resistance. This almost caused a miss since I abandoned metrics/levers early on even though my gut told me it was critical to our success. Being new to AFT I could not put my concerns and the direction I wanted to go in a concise way. I abandoned this work in favor of launches and stow. Fortunately, once we launched buildings my suspicions were confirmed and it felt like we were flying blind in the buildings. We double down in this area and recovered, but I wish I would not have given up early on.

[Dive Deep]

This seems to be my recurring theme each review. While I dove deep in the operational side immersing myself in processes, I did not do the same on the software side. Being new to AFT everything was new (People, Software, Processes, etc). I chose a few areas to deep dive, mostly stow, but flew 10,000 feet up in other areas (Pick, ICQA, etc). Since my primary role is TPM, I should have had a better understanding of pick and OOPs before wookie issues started surfacing. Better knowledge earlier might have uncovered issues quicker. Instead I was learning on the fly as things were going wrong.

**Employee Areas for Improvement:**

**Employee Other Areas for Improvement:**

**Manager Summary:**

REDACTED did a good job identifying and outlining his opportunities, and I agree with most of what's written. I would not identify Dive Deep as an area REDACTED needs to work on, and with very little exception, all of REDACTED s peer feedback agrees with me. Oddly, REDACTED shows the Vocally Self Critical LP in writing that he needs to work on being more Vocally Self Critical and Earning Trust. His peers largely agree with these. My advice to REDACTED is to focus on the Earn Trust part of his performance, as I believe the other areas cited above (Vocally Self Critical, Disagree/Commit) will naturally come with an effort to earn more trust. My perception is that this pattern is behavioral, and is a result of REDACTED communicating his initial reactions without filter or editing (I have a similar problem). It's a difficult thing to do, but a pause or moment of thought before reacting will go a long way. REDACTED will be a lot more effective if he can get a handle on this behavior tendency. I'm not going to belabor this point because I think REDACTED gets it, and is ready to work on it. Still, here is some peer feedback so he can understand the perception and impact.

These are mostly around Earning Trust of Others, Disagree Commit, and communication.

"REDACTED has a lot of backbone, but he does not disagree and commit very easily. I have seen him in many debates and arguments with teammates and his managers. He has an incredible desire to do the right things and while his team mostly appreciates this nature, it does not sync well with the disagree and commit leadership principle when his ideas clash with others. I happen to think that he is usually correct in his opinions, but regardless, this creates friction for other working with REDACTED "

"It was difficult working with REDACTED - specially on occasions where… anyone's opinion differed from REDACTED s - he got highly defensive to the point where discussions became awkward - he seemed to take any argument against his opinion more personally than he should and because he was visibly upset/angry, it was difficult to carry forth a logical argument and come to a consensus. A couple of these instances occurred … in DFW7 - one where REDACTED was so upset that he declined to go out with the group for Dinner and another (following day) where he was upset that his opinions were not being taken seriously by … my team as well as the rest of the group. I think REDACTED has a lot of ability,

but it needs to be channeled so that a group can make effective decisions with it - He needs to keep personal emotions out of these discussions and realize that everyone (and not just him) is working towards the same goal and disagreements are ok - in fact should occur - so that we arrive at the best results."

"REDACTED is incredibly smart and loves the competition inherent to operations. However, I have seen REDACTED hold on to and argue for a particular viewpoint when it was clearly incorrect or outdated. One example is REDACTED's reaction to the suggestion in KIVA reporting to change Stow Units per Face to Effective Units per Face. REDACTED's counter-argument for this suggestion was perceived to be defensive and emotionally-charged and it was hard to understand his opposition. Eventually REDACTED agreed this was a good approach and better for the associate. REDACTED would benefit by focusing on the content of a proposal/viewpoint and attempt to remove any personal attachment to his previous or existing idea. This will allow REDACTED to gain the trust of his peers and continue to be successful in 2015. "

"REDACTED frequently disagreed on different topics. One example: REDACTED thought that the Kiva Sortable VCPU Team should focus efforts on amnesty. Though [all] agreed that amnesty was an important issue, [the VCPU Team] did not have the bandwidth or capacity to take on more than... When Vishy mentioned to REDACTED that the team did not have the bandwidth REDACTED became obviously upset. REDACTED then made an offensive remark to Vishy saying "what does your team do anyways?" This was very unprofessional specially since the entire team had been traveling since April to assist with the Sortable Kiva Integration. Actions like this make it hard to work as a team and earn the trust of others."

"The only area where REDACTED could improve on is his ability to be Vocally self critical. REDACTED is right most of the the time, however he could work on his ability to identify when he is not quicker and be more vocally self critical."

"As a Principal TPM, REDACTED struggled to earn the trust of the Kiva leadership team. This was largely due to the way he pushed back aggressively on leaders he had not built a rapport with. Moving forward, REDACTED should focus on developing stronger relationships with key leaders."

**Manager Areas for Improvement:**

**Manager Other Areas for Improvement:**

| Ratings |
| --- |

**Performance Rating:** Achieves
**Leadership Principles Rating:** Solid Strength

AMAZON_HAYDAR_00011999

# 2015-16 Review Process

## Manager Review

REDACTED
Performance Review: 04/01/2015 - 03/31/2016

**Reviewer:** David McCann                    **Role:** Manager

**Document Status:** Completed              **Manager:** David McCann

**Review Status:** Review Completed


### Overall Performance Summary

**Employee Summary:**

2015 was a hectic year.  I started the year as the Principal TPM for Aft Lite, spent most of the year being overwhelmed as the day to day TPM/ Strategic TPM/ Acting Sr Mgr SDM for AFT Lite, and finally ended the year as the Sr Mgr SDM in AWS (But filling the role of L5 SDM).  I had lots of successes, but then also dropped many balls.  I guess it was typical year for me at Amazon.

The year started with developing a roadmap and a plan to take the Amazon Fresh software that was deemed unscalable past 3 cities and try to launch it in 50+ cities across multiple countries.  The team was also asked to externalize the software so that it could launch anywhere, even on a truck.  The roadmap was built against multiple phases with an aggressive hiring ramp (Multitenancy in Feb, Localization in June, Externalization in December, and Inventory Platform in December as well).  It was a stretch to deliver on all of these goals, but we were successful except for Inventory.

2015 started with Multi-tenancy which went out in February allowing us to make deployments be more a configuration effort over a full stack launch.  This gave us the ability to launch FCs in under 2 weeks and not even be involved with the launch itself.  We received our first curveball then when it was deemed that we needed to launch PO Receive ASAP since Fresh facilities were refusing to support PrimeNow FCs.  I did not do a great job negotiating the launch of this feature and ended up having to take this work on earlier than needed and stress the team out.  By now our day-to-day TPM was loaned to Network Regionalization and our Sr Mgr was pulled into day-to-day Fresh work.  This stretched me thin to cover all three roles and added stress was thrown on when we were asked to move launch of London up to April.  I again poorly negotiated the London date and had to get creative to come up with a solution to deliver in time.  I came up with a non-language based localization of the AFT Lite stack for that launch.  I even loaned resources to Fresh so they would be ready (Another situation I could have handled more tactfully).  We were the only team to launch in time and the full launch languished into late June because of other teams not being ready.

By June the team was fully working on Localization and Externalization and I was the defacto leader.  I represented the team in all meetings, tried my best to finalize requirements, and was running the long term and day to day roadmaps. We were delivering ahead of other teams, started taking on more ad-hoc requests (Seattle Alcohol and Trans Hubs).  The Roadmap was still being juggled and I was trying to figure out how to incorporate VendorFlexx into the overall roadmap and come up with a solution for India and China.  Inventory Integration had imploded and needed a more active hand from me to get rolling again.  I should have been more on top of Inventory, but was stretched too thin and gambled that it was being guided well.  Along the way I sacrificed weekly status reports to

lighten up my load since most of the information I shared was being relayed via other TPMs, weekly meetings, and 1:1s.  Probably not my greatest decision since I ended up starving my own leadership from information.

In Q3 we continued to stick to our major timeline Externalization and Inventory now had a path, but late into 2017.  We continued to bring in new ad-hoc requests, trans hubs and a 2 Year roadmap needed for China and India.  We finally brought in a new Sr Mgr taking some of the load off me.  I continued to balance short term vs long term, and kept delivering solutions.  The team's reputation under my leadership went from under delivering in Q1 to the go to team by Q3.  In the end I left after 40+ city launches over 4 countries including two trans hubs.

In October I switched roles to be a Sr Mgr SDM in AWS Service Catalog.  My key areas to deliver were stabilize the team and develop a roadmap.  While I was unable to stop the attrition, post me coming on we lost the SDM, PM-T and eventually an SDE I, I was able to hire back and then some.  I added to the current 2 SDE Is and the newly promoted SDE II a new SDM, PM-T, 3 SDE Is, 1 WDE, and 2 SDE IIs.  I was able to put together a future facing roadmap and presented in the chop.  We have great financial data to review each week.  What I didn't do well is get the day-to-day running of the team back to high levels.  We still struggle to Sprint well, our dashboard is not that great, and code velocity is low.


**Manager Summary:**

Thomas Van de Velde: AFT Lite:
REDACTED was responsible for development and execution of the AFT-Lite product roadmap to support the increasing functional and scale needs for Prime Now. In addition, REDACTED met with leaders and managers from various stakeholders (India, China, Fresh, Campus, Como, etc.) to determine their needs for a light weight warehouse management system. REDACTED guided the refactoring of the tool to allow for multi-tenancy, vendor receive, internationalization, and externalization. REDACTED worked with senior leadership on the Prime Now team to ensure that a realistic delivery schedule of new and modified features for AFT-Lite was available to support planning. REDACTED was able to stay ahead of operational and business efforts for each of the new sites started up. Prime Now launches were going off without a hitch, allowing Prime Now to grow quickly from a single FC to over 30 FC within the span of a single year. He drove several key deliverables that enabled AFT Lite to scale. Multi-tenancy allowed us to allowed us to launch additional FCs faster and with lower operational burden. Internationalization was a key requirement for launch Prime Now outside the US (e.g. DE and JP). Externalization allowed us to realize a cost saving of approximately ~$75,000 per FC, when compared to a corporate network setup. In the latter half of the year you also helped in shaping the roadmap for expanding AFT-Lite/Vendor Flex for adoption in India and China. You drove several working sessions with senior Ops leadership to flush out the priorities and contributed to AFT-Lite's vision for expansion beyond Prime Now.

David McCann section for AWS Marketplace, & Service Catalog.
REDACTED came into a challenging but growing role, as the L7 leader of the Service Catalog business. This had been just transferred from AWS Developer Tools, to my org. REDACTED inherited an unstable organization. He knew this coming in. Nevertheless, he has injected a strong sense of direction into a demoralized team. He kept an inner core together. Situation: he turned around a particular engineer, REDACTED . REDACTED displayed potential, but a negative attitude. REDACTED exercised strong Develop the Best skills, and turned around REDACTED 's negativity,, into a driven engineer who is now in charge of much of the work on Public API's for User. REDACTED 's motivation is palpably different. The impact on me here, was to have high trust that REDACTED was going to turn the team. In addition, REDACTED has established high credibility with our L7 PE , REDACTED . REDACTED shows Have Backbone, but Disagree and Commit. Case in point was around the signature of the new API's. REDACTED held his own on what was right for the customer, but also embraced some last minute changes REDACTED insisted on. The duo talked out their differnces, and we are on a path to success. REDACTED has also shown tremendous Customer obsession, in being able to fit in travel to the East Coast, to meet early

adopter customers, even while hiring intensely to build his new team. His level of grasp of use cases desired by accounts, shone in a CHOP meeting with Andy Jassy, where <sup>REDACTED</sup>challenged our leadership on a particular perceptoin ,and displayed deep customer knowledge prowess to prove a point. Again, have Backbone, but also a lot of Are Right a Lot. this has given me high confidence in him as a strong leader.

While overall I am providing , for his 5 months with me an Achieves Solid Strength, on Customer Obsession ,and on Retention, I would give him an Exceeds.

Deliver Results, is yet to show - but I see <sup>REDACTED</sup>as on a good trajectory that can accomplish an Exceeds in the coming year .

---

## Identify Strengths

**Employee Summary:**

Think Big
S: AFT needed a new direction for smaller FCs
B: I developed a multiyear roadmap calling out all custom areas to build and integrations.
I: My knowledge of FCs, their processes, and the systems that support them allowed for everyone to understand the magnitude of the effort and all the players that needed to be involved.  This allowed for proper prioritization of P0 features.

Bias for Action
S: There was a last minute decision to do a Call of Duty midnight launch in PrimeNow
B: I jumped in with the SWAT team and led the design of the solution to get this done in a Scrapy way with minor technology changes and process support.
I: PrimeNow was able to sell Call of Duty at midnight supporting a one hour delivery in PrimeNow zipcodes.

Hire and Develop the Best
S:  ServiceCatalog had huge attrition with only 4 SDEs left and one of those indicating that they were quitting as well.
B: Through my internal network I was able to convince an SDM, a  PM-T, and 5 SDEs to join.
I: We will be able to take on more work than planned in 2016 by this quick ramp.

**Employee Strengths:**

Hire and Develop The Best
Think Big
Bias for Action

**Employee Other Strengths:**

**Manager Summary:**

Thomas Van De Velde: <sup>REDACTED</sup>'s key strengths, as highlighted below, were a key contributor to Prime Now's ability to hit its growth targets in 2015.
Bias for Action
You have demonstrated bias for action on multiple occasions. For example, when asked to expand Prime Now to countries outside the US, <sup>REDACTED</sup>, on short notice, drove the internationalization of the UI. When transship became a priority, AFT was unable to provide a solution, you quickly pivoted towards a solution that unblocked the business team.
"<sup>REDACTED</sup>will drop everything when there is an issue with our customers. He pushes the right people and asks the right questions until we reach resolution. This happened countless times throughout the year as we launched new sites, and helped customers fix our existing sites."
Your bias for action has already been noted by your new team: <sup>REDACTED</sup>'s involvement has already

been a great benefit to each of us as individuals and has demonstrated that he can deliver results well beyond his own responsibilities because he has the determination and bias for action to just do it."

Deliver Results

As demonstrated by Prime Now's successful expansion in 2015, despite various challenges (including gaps in the AFT-Lite team's management structure), you were able to deliver results. Your business partners commend you on your ability to deliver results. "Of all the tech teams we worked with, REDACTED and AFT Lite were the only team to consistently meet their delivery dates and ship products of high quality. If there was a problem, he would quickly respond and either help produce a fix or guide us to the team that could."

"He worked closely with his stakeholders to deliver features against the every changing list or priorities and he was adept at looking around the corner and making smart trade-offs around how things should be implemented. REDACTED had a very happy group of customers who were well informed and had clear expectations set and met."

You were also respected by the development team for rolling up your sleeves and stepping in to fill SDM management gaps. "REDACTED gets things done, even in the face of turmoil. When our senior manager left mid-year, REDACTED stepped in and helped orchestrate the projects, even when he got little support from the rest of the managers."

Ownership

While delivering results, you've also managed to demonstrate great ownership, which comes through in the feedback provided by our Prime Now business and operations customers.

"He first was making decisions around what is the best for Amazon and the program he owns and supports, then he is trading off what is best from a design perspective. He pushed for proper technical design where time allowed and pushed back on trade-offs, but in order to deliver on the large strategy, he is willing to work on short term solutions with some limitations in scale or ideal end to end design. He also called out the risks and the future work that will need to be completed."

"REDACTED was a terrific peer to have in this space and he was so refreshing to work with. He is one of the most authentic, direct people I have worked with and he is absolutely an expert in what he does."

Are Right a Lot

Several peers have also called out your deep expertise in the fulfillment space as an asset to the program.

"REDACTED is a very capable solutions architect and gets very immersed in his domain. While working together he regularly came up with operational/software solutions and pitched them to the engineers/SDMs for validation."


David McCann: I am , from an AWS point of view, going to focus on Customer Obsession. You have shown a strong vein of always asking what does the customer want. You have  hired a new product manager, and then ensured your  product manager is getting up to speed on use cases. You have also  been invited into multiple EBC's, where your are now building a reputation as a credible Product leader. In addition, you have  inserted yourself into dialogs with two of our top Global accounts, -  REDACTED  . A comment from a colleague in the org shows this impact: "Customer obsession – Since joining, REDACTED has spent much time talking to and listening to customers. This impressed me because in a few short months he found top partners, now understands his business, and is using the data to the business. All of this in a few short months."

Another strength has to be your Dive Deep. Situation here was in your  Dive Deep on how the billing worked for Service Catalog. You soon discovered that the billing mechanism is primitive in design, and needs rework.  You have developed  a plan in place to rectify the billing  approach, and create a transaction log for purposes of better bill generation.

And in developing a plan for the CHOP, recently, you  showed a strong mix, of Have Backbone, Disagree and Commit. You  engaged in a healthy dialog with myself , as VP, which showed me I can trust you  to stand his ground, where your are  convicted of your  data, but you will , when asked, compromise to a strategy that sometimes trades being right for being practical.

**Manager Strengths:**

**Manager Other Strengths:**

| Identify Areas for Improvement |
| --- |

**Employee Summary:**

Insist on the Highest Standards
S: We needed to launch London 2 months earlier than planned and well before Localization would be ready.
B: I pushed the team to launch London with US English and US dates, but everything else localized.
I: Putting dates into the system in a non-EU format caused confusion with DD/MM vs MM/DD.  Also, US English terms were not common with the FC employees who at times struggled to figure out what was meant.

Earn Trust
S: I was overwhelmed with the amount of work that I needed to do when I was wearing to many hats.
B: After asking for help, receiving none, I ruthlessly eliminated doing the weekly status report since it was time consuming to produce each week.  I instead focused on my direct customer, PrimeNow and kept most status verbal in their weekly meetings.
I: My direct leadership, but indirect consumer became unaware of the work we were doing.  They became irrelevant in meetings since they were uninformed.

Have Backbone Disagree and Commit
S: In AFT lite we did have enough HC to cover the work demands and timelines.
B: I kept pressing for more resources even though I was told no help was coming.  I used public status meeting to campaign for more resources since without them we were not going to launch.
I: While I was able to get the heads eventually and we made our dates, I was called out for the strain I put on others with my demands.

**Employee Areas for Improvement:**

Insist on the Highest Standards
Earn Trust
Have Backbone; Disagree & Commit

**Employee Other Areas for Improvement:**

**Manager Summary:**

Thomas Van De Velde : Areas to Improve
While you are a very capable technical leader with outstanding strengths in several key leadership areas, you have struggled to build trusting relationships in some areas – and in particular with your management. Several feedback providers have called out your tendency to get emotional about a situation, or worse, politicize a situation. Earning trust with leadership is a key area to improve on in order for you to grow as a leader at Amazon.
Earn Trust
"The main thing [REDACTED] can improve on is not shutting out people and teams that have burned him in the past. He may take this too far and shut people out that he will still have to work with."
"[REDACTED] is a passionate high performer who gravitates toward political battles."
"He gets a ton of stuff done and is fun to work with. The flip side is that drama is usually close behind, and can come out at unexpected times. Several times this year I saw him de-rail other people's meetings with confrontational tangents."

"When he is in a situation of tension he tends to go on the attack with random inflammatory peripheral issues until his opponent is left in a daze."

While you've established excellent relationships with your internal customers, those same customers have noted your difficulty in establishing trust with your management. Ultimate this lack of trust is to the decrement of the team as it inhibits your ability to drive for bigger change that can benefit the team.

"I never felt <sup>REDACTED</sup> was able to appropriately communicate his and his team's accomplishments to his senior management."

"It's going to be crucial for <sup>REDACTED</sup> to learn to manage up and develop skill for graceful disagreement."

"<sup>REDACTED</sup>'s one area of opportunity is to earn the trust of leaders above him."

"<sup>REDACTED</sup> of us go through ups and downs with Amazon, but for most of the time I've known <sup>REDACTED</sup>, he wasn't happy with the situation he was in. I think he could work on finding the positive in what he's doing no matter the situation."

"<sup>REDACTED</sup> can be a bit abrasive. If he feels he is not making headway in explaining his point to you, you will be aware of it. Part of the issue is that he is right 90% of the time and others do not always see it easily."

Insist on the Highest Standards

Unfortunately the AFT Lite team suffered from gaps in SDM leadership, which caused you to have to focus a lot of your time on tactical decision making, taking time away from putting mechanisms in place that would allow you to scale. As a result, visibility into prioritization and roadmaps was lacking, with most of the decision making flow through you directly. As a senior leader, you should not hesitate to push for changes within the team if you feel the team is inappropriately staffed or does not have the right leadership. Pushing for these changes will ultimately allow you to be more effective as a leader. "I would have liked to see <sup>REDACTED</sup> delegate more to the actual SDMs and give them some of the responsibility."


Dave McCann: I would focus your thinking on self- development , on Earn Trust, and Deliver results.

On Earn Trust, you have  a set of communication styles, which can play positive or negative. Your bluntness and candor, if used at the right times, are a strength.It helps you get to the point, cut through debate, and reach conclusion with others, or drive to action.  On the other hand,  at times your perceivably hot headed bluntness, can come across as being temperamental. Situation in point ,was over a dispute over Public API's with our  PE,, Julien Ellie . You  had vented your  frustration, but in a Friday meeting, held to help calm things down, you became what others considered  over emotional, almost hostile in demeanor, and made it visible on your facial expression. This left me to believe you  need to work on emotional control under pressure. No one disputes that you may have had a right to be annoyed, but <sup>REDACTED</sup> even  apologized in the room, to you,  and the other SDM and L8 Director were left believing you were being a bit  too uncompromising. I encourage you, <sup>REDACTED</sup>, for Earn Trust, to work on pulling out of a  situation, seeing a bigger picture, and then coming back into the moment a little more calm. You did calm down later.  Here is a comment from another colleague that illustrates how people perceive the down side of your style:

" Backbone – There have been too many verbal disagreements in meetings which are bordering on insubordination. The disagreements are fine, the tone and word choice is not".  One can be emotional, but one mustn't leave a trail of broken glass, even if one is right. As you aspire  to get to the next level, which I believe you can do,  I believe your  focusing on emotional control, and how you display it, will be pivotal in your  having a high Earn Trust when your  L8 promo candidacy potentially comes around, and we need to seek support from your  L8 peers who want to see emotional control as part of one's communication style.

On Deliver Results, I believe just  need  to double down, once you  have  completed hiring, on getting 2-3 solid releases out with your  team. I am confident that will happen, but want you  to realize that your  path to Exceeds this year, will be heavily on Deliver Results for the User API's, the Admin API's, and any additional features or feature fixes, you  can squeeze in before end of year.  I can see already that you have done the work to identify the 18-20 features that either need fixed or added. That is great progress. A few situations have occurred where again, your emotions get the

AMAZON_HAYDAR_00012005

better of you  , and you  becomes highly frustrated with a  particular challenge or even inquiry on status. . I  believe you need to extent trust to those around you, communicate the  logical sequence to  your team's work, decide your  sequence, and be patient that things will take time. You are  a mature individual with deep industry knowledge. So your  experience and knowledge, which are deep, must focused and be channeled into Deliver results, and not venting about circumstances that have occurred. Your team want you and them to succeed. Here is an insightful comment: "He got us set up and running, and we've been able to get into a rhythm with the new methodologies, but there hasn't been much accountability for getting things done as scheduled or sticking to the new methods."  Now you have your SDM in place ( well done ), you can focus on holding people to a published schedule, and keeping others aware of that.

All managers have areas for improvement. You are no different. Expose your strengths, which are many, and work consciously, and with high self awareness, to mitigate those  few styles which you know, can prevent others from seeing  your many strengths. One's perception is one's reality. Keep up the good work. Let your strengths shine.

**Manager Areas for Improvement:**

**Manager Other Areas for Improvement:**

| Ratings |
| --- |

**Performance Rating:** Achieves
**Leadership Principles Rating:** Solid Strength

AMAZON_HAYDAR_00012006