# EXHIBIT 1

# Thomson Econometrics & Employment Research

2350 Franklin Road, Suite 200
Bloomfield Hills, Michigan 48302

---

**Phone (248) 292-0208**
**Fax (248) 292-0211**

Michael H. Thomson, Ph.D.
Nitin V. Paranjpe, Ph.D.
Martin M. Wing, Ph.D. (1958-2008)

October 23, 2018

David A. Nacht
Nacht Law, P.C.
101 N. Main Street, Suite 555
Ann Arbor, Michigan 48104

## Report regarding Lost Earnings – Abdullah Haydar

Dear Mr. Nacht:

The purpose of this correspondence is to provide you with a report which explains my opinions, and the basis and reasons behind them. To begin, I have obtained the following information and documents:

1. Background information for the Abdullah Haydar – date of birth, date of hire, date of termination, race, education, occupation, area of residence, etc.

2. A copy of Plaintiff's Complaint and Jury Demand, and Stipulated Protective Order. (Please treat this report as confidential, and entirely subject to the protective order.)

3. Earnings information of comparable employees in L7 and L8 at Amazon, for years 2014 – 2018, as contained within documents numbered 00008411 and 00008898. For the purposes of this report, I have been asked to consider Mr. Cohen and Mr. Garibay as comparable L7 employees, and Mr. Gaw and Mr. Mosby as comparable L8 employees.

4.  Plaintiff's W2 statements, for 2012 – 2017.

5.  Plaintiff's tax returns, for 2012 – 2015.

6.  Plaintiff's resume (dated sometime after July, 2016).

7.  A copy of plaintiff's hire letter from Amazon (with start date of November 19, 2012), dated October 11, 2012.

8.  Information regarding Amazon RSU/stock program (including vesting schedule of RSU's granted to plaintiff at time of hire), and Vison and Health plans.

9.  A copy of plaintiff's employment file from FarmLogs/AgriSight, Inc.

10. A copy of plaintiff's employment file from HookLogic/Criteo.

11. A copy of plaintiff's hire letter from Linked (with start date of August 13, 2018), dated July 30, 2018

12. Deposition transcript of Jennifer Johahnson, dated November 8, 2017.

13. Life Expectancy information from: "United States Life Tables, 2014," U.S. Department of Health & Human Services, National Vital Statistics Reports, Volume 66, Number 4, August 14, 2017, tables 2 and 14; and from the: "Social Security Life Expectancy Calculator;" http://www.socialsecurity.gov/OACT/population/longevity.html.


There are 4 Attachments at the end of this report:

A.  Lost Earnings Charts.

B.  Inflation Charts.

C.  Curriculum Vitae.

D.  Case List.

The first attachment contains six charts.  The first three charts contain graphs which illustrate the annual differences in Mr. Haydar's earnings at Amazon and his earnings since he was terminated at Amazon.  There are 3 alternative graphs: i) using two other L7 employees (Cohen & Garibay) as earnings comparables, ii) using L8 employee "G" (Gaw) as an earnings comparable, and iii) using L8 employee "M" (Mosby) as an earnings comparable.    The fourth through sixth charts in Attachment A contain the quantitative details of my opinions, and they utilize the same three alternatives/comparables (as explained above).  The major assumptions are provided in the footnotes at the bottom of each of the last three charts.  Please note that all six of the charts are preliminary in the sense that if additional and/or updated information is obtained, I would like to have the opportunity to amend or update the calculations, if necessary.  Also, since a significant portion of the compensation in this case is dependent upon the price/value of Amazon and Microsoft stocks, the calculations can be updated to reflect their latest market values.  Based upon today's market prices, the values used in this report are $1,755/share for Amazon, and $107/share for Microsoft.

The first chart in Attachment A contains a graph which illustrates Mr. Haydar's lost earnings, under an assumption that he would have continued with his employment at Amazon, without any past or future promotion(s).  The taller/gray bars show the actual earnings of the two L7 comparable employees up to 2017, and then their anticipated compensation for 2018 - 2020 (assuming no change in Amazons stock price from $1,755/share).  The highest and longest blue line shows the trend in the L7 comparables' earnings from Amazon based on their compensation for years 2013 – 2020.  The extended blue line with "+" marks shows my forecast of their

anticipated compensation at Amazon for years 2021 – 2025.  I based this forecast on their granted compensation from Amazon for this year (2018), with a valuation for Amazon stock at the time it was granted.  Therefore, this should be reasonable measure of what the managers at Amazon believe is an appropriate level of earnings for these two employees.  Over time, I do factor in  a 4.0% per year adjustment for long-run wage inflation, and I use this adjustment for both salary and stock compensation at Amazon.  Since the "Forecast Before" (blue line with "+" marks) is: i) less than past compensation at Amazon, ii) less than the trend of compensation at Amazon, and iii) includes only 4.0% growth in Amazon stock value, it is my opinion that this is a reasonable and conservative forecast of compensation for Mr. Haydar (if he had initially remained employed at Amazon).

Mr. Haydar's earnings since being terminated at Amazon are also illustrated in the first chart in Attachment A.  The red bars show his actual earnings from FarmLogs/AgriSight, HookLogic/Criteo, and LinkedIn/Microsoft up to today, and also his anticipated earnings at LinkedIn/Microsoft, assuming his employment continues to at least 2022.  The figures from 2018 through 2022 are based upon his LinkedIn salary of $220,000, the RSU/stock he was granted at the time of hire (which has a four-year vesting period), along with the same 4.0% per year adjustment for changes in earnings over time.  The shorter green line with "+" marks shows my forecast for Mr. Haydar's earnings if he continues his salaried earnings (based on $220,000 in 2018 dollars), along with 4.0% increases over time.  I have no basis to include any future earnings from potential promotion(s) and/or stock grants, as Mr. Haydar has no expectation of ever receiving such at LinkedIn.  At the time of this report, he has only been employed at Linked in for about three months.

The second and third charts contain similar graphs, except that Mr. Haydar's lost earnings are based upon different comparables – Mr. "G" and Mr. "M", respectively.  Each of these two Amazon employees has been promoted to L8.  The differences in earnings between Mr. Haydar and these employees are greater than those seen in the first chart, because these two employees have received more RSUs/stock than the L7 employees.

The specific calculations for Abdullah Haydar's loss of earnings are contained in the fourth through sixth charts in Attachment A.  In each chart, columns 1 and 2 provide Mr. Haydar's age and the corresponding year, respectively.  The figures in column 3 are based upon the explanation given previously for the respective comparable employees – i.e., actual earnings up to 2017, anticipated earnings for 2018, 2019, and 2020 (based upon RSU/stock previously granted), and then anticipated earnings for years after 2020 (based upon earnings and stock valued at the time it was granted in 2018).  This approach effectively removes Amazon stock appreciation (after the time it was granted) from being factored into future Amazon comparable earnings.  The figures in column 4 are based upon Mr. Haydar's actual earnings up to today, and then his anticipated earnings based upon his latest employment circumstances and earnings from LinkedIn.  Column 5 contains the year-by-year annual loss in earnings, and then the reduction to present value (per Michigan statute) is presented in columns 6 and 7.  In this case, the reduction to present value has been performed with a 5.0% compound discount rate.

Based upon the assumptions and projections discussed above, the present value of Abdullah Haydar's lost earnings is projected to be $5,181,145 without factoring in any promotion(s), and

then from $9,648,981 - $11,321,792 with consideration of a promotion to L8.  A significant

amount of the lost earnings has already been experienced by Mr. Haydar, as past losses range

from $2.2 to $3.0 million dollars.

The remaining attachments are as follows: Attachment B contains 12 charts which are related to

the issue of long-run inflation; Attachment C contains a copy of my CV, and Attachment D

contains a list of the cases in which I have provided testimony over the last several years.

In Attachment B, the first 6 bar charts illustrate the effects of long-run inflation in different areas

of the U.S. economy.  Inflation does affect the prices of nearly all goods and services, although

not in exactly the same magnitude, of course.  The historical information which is set forth in

these charts provides a foundation for making inferences about the future course of inflation.

Over the past 30 years, average annual increases have been: 2.7% for overall consumer prices,

4.7% for medical care, and 3.6% for wages.

The 7th bar chart in Attachment B illustrates one of the coming changes in the age distribution

of the U.S. population.  Over the last 30+ years, post WWII "baby boomers" have been in the

 primary working age population group (i.e., between the ages of 20-65).  However, over the

next 15-20 years, most of these so-called "baby-boomers" will retire (as they enter the 65+ age

group).  The ratio of the working-age population relative to the retiree-age population will shift

from about 5-to-1, to under 3-to-1.  This shift will have significant effects in the labor market,

including: i) an increase in the demand for many services (especially medical, caretaking, and

household services), and ii) a decrease in the supply of workers, as relatively more workers will be leaving the labor force.  For each of these reasons, there will be upward pressure on economy-wide wages.  Therefore, individuals entering or remaining in the workforce can expect relatively good job prospects, and relatively high growth rates in wages and compensation for the foreseeable future.

The remaining 5 charts in Attachment D collectively show that a 4.0% long-run average increase is: i) conservative when compared to the U.S. Social Security Administration's long-run forecasts for labor market compensation, and ii) likely to be conservative regardless of one's level of education.

Finally, regarding my fees for this particular case, you should be aware that the charge for my time is $750/hour.  At the present time, I have worked approximately 20 hours on this case.  Please contact me if you have any questions.

**Respectfully,**

**Michael H. Thomson, Ph.D.**

**Attachment A**

**Lost Earnings Charts**



Earnings Forecast for Abdullah Haydar - No Promotion (L7)



Earnings Forecast for Abdullah Haydar - Promotion to L8(G)



Earnings Forecast for Abdullah Haydar - Promotion to L8(M)

**1. Preliminary Calculation of Lost Earnings - No Promotion (L7)**

**Re:  Abdullah Haydar**

**by:  Michael H. Thomson, Ph.D.**

| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|
| | | Projected Earnings | | Annual | Discount | Present |
| Age | Year | Before | After | Loss | Factor | Value |
| 38 | 2013 | $353,827 | $353,827 | $0 | 1.00 | $0 |
| 39 | 2014 | $320,934 | $320,934 | $0 | 1.00 | $0 |
| 40 | 2015 | $465,137 | $320,957 | $144,180 | 1.00 | $144,180 |
| 41 | 2016 | $574,920 | $144,191 | $430,729 | 1.00 | $430,729 |
| 42 | 2017 | $792,184 | $290,216 | $501,968 | 1.00 | $501,968 |
| 43 | 2018 | $1,108,656 | $310,232 | $798,424 | 1.00 | $798,424 |
| 44 | 2019 | $750,638 | $376,415 | $374,224 | 1.00 | $374,224 |
| | | | | | | |
| 45 | 2020 | $565,218 | $386,810 | $178,408 | 1.05 | $169,912 |
| 46 | 2021 | $443,201 | $397,511 | $45,691 | 1.10 | $41,443 |
| 47 | 2022 | $460,930 | $408,639 | $52,291 | 1.16 | $45,171 |
| 48 | 2023 | $479,367 | $300,907 | $178,460 | 1.22 | $146,819 |
| 49 | 2024 | $498,541 | $312,943 | $185,598 | 1.28 | $145,421 |
| 50 | 2025 | $518,483 | $325,461 | $193,022 | 1.34 | $144,036 |
| 51 | 2026 | $539,222 | $338,480 | $200,743 | 1.41 | $142,664 |
| 52 | 2027 | $560,791 | $352,019 | $208,772 | 1.48 | $141,305 |
| 53 | 2028 | $583,223 | $366,100 | $217,123 | 1.55 | $139,960 |
| 54 | 2029 | $606,552 | $380,744 | $225,808 | 1.63 | $138,627 |
| 55 | 2030 | $630,814 | $395,973 | $234,841 | 1.71 | $137,306 |
| 56 | 2031 | $656,046 | $411,812 | $244,234 | 1.80 | $135,999 |
| 57 | 2032 | $682,288 | $428,285 | $254,004 | 1.89 | $134,704 |
| 58 | 2033 | $709,580 | $445,416 | $264,164 | 1.98 | $133,421 |
| 59 | 2034 | $737,963 | $463,233 | $274,730 | 2.08 | $132,150 |
| 60 | 2035 | $767,482 | $481,762 | $285,720 | 2.18 | $130,891 |
| 61 | 2036 | $798,181 | $501,032 | $297,148 | 2.29 | $129,645 |
| 62 | 2037 | $830,108 | $521,074 | $309,034 | 2.41 | $128,410 |
| 63 | 2038 | $863,312 | $541,917 | $321,396 | 2.53 | $127,187 |
| 64 | 2039 | $897,845 | $563,593 | $334,251 | 2.65 | $125,976 |
| 65 | 2040 | $933,759 | $586,137 | $347,622 | 2.79 | $124,776 |
| 66 | 2041 | $971,109 | $609,583 | $361,526 | 2.93 | $123,588 |
| 67 | 2042 | $925,791 | $581,135 | $344,655 | 3.07 | $112,210 |
| | Past: | | | $2,249,525 | | $2,249,525 |
| | Future: | | | $5,559,241 | | $2,931,621 |
| | Totals: | | | $7,808,766 | | $5,181,145 |

**Footnotes:**

| | |
|---|---|
| 1. Calculations begin at: | January 1, 2014 |
| 2. Calculations end at: | November 30, 2042 |
| 3. Date of birth: | November 6, 1975 |
| 4. (LR) Earnings "Before" based on 2018 Amazon earnings granted: | $394,005 |
| 5. (LR) Earnings "After" based on 2018 LinkedIn earnings granted : | $253,000 |
| 6. Adjustment for future earnings growth/inflation: | 4.0% |
| 7. Adjustment for fringe benefits: | 0.0% |
| 8. Future amounts are reduced to present value, via: MCL 600.6306(2). | |

## 2. Preliminary Calculation of Lost Earnings - L8 (G)

### Re:  Abdullah Haydar

### by:  Michael H. Thomson, Ph.D.

| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|
| | | Projected Earnings | | Annual | Discount | Present |
| Age | Year | Before | After | Loss | Factor | Value |
| 38 | 2013 | $353,827 | $353,827 | $0 | 1.00 | $0 |
| 39 | 2014 | $470,964 | $320,934 | $150,030 | 1.00 | $150,030 |
| 40 | 2015 | $598,929 | $320,957 | $277,972 | 1.00 | $277,972 |
| 41 | 2016 | $756,284 | $144,191 | $612,093 | 1.00 | $612,093 |
| 42 | 2017 | $901,312 | $290,216 | $611,096 | 1.00 | $611,096 |
| 43 | 2018 | $965,270 | $310,232 | $655,038 | 1.00 | $655,038 |
| 44 | 2019 | $959,070 | $376,415 | $582,655 | 1.00 | $582,655 |
| | | | | | | |
| 45 | 2020 | $870,613 | $386,810 | $483,803 | 1.05 | $460,765 |
| 46 | 2021 | $783,552 | $397,511 | $386,041 | 1.10 | $350,151 |
| 47 | 2022 | $657,176 | $408,639 | $248,537 | 1.16 | $214,696 |
| 48 | 2023 | $683,463 | $300,907 | $382,556 | 1.22 | $314,730 |
| 49 | 2024 | $710,802 | $312,943 | $397,858 | 1.28 | $311,732 |
| 50 | 2025 | $739,234 | $325,461 | $413,773 | 1.34 | $308,764 |
| 51 | 2026 | $768,803 | $338,480 | $430,324 | 1.41 | $305,823 |
| 52 | 2027 | $799,555 | $352,019 | $447,537 | 1.48 | $302,910 |
| 53 | 2028 | $831,538 | $366,100 | $465,438 | 1.55 | $300,026 |
| 54 | 2029 | $864,799 | $380,744 | $484,056 | 1.63 | $297,168 |
| 55 | 2030 | $899,391 | $395,973 | $503,418 | 1.71 | $294,338 |
| 56 | 2031 | $935,367 | $411,812 | $523,555 | 1.80 | $291,535 |
| 57 | 2032 | $972,781 | $428,285 | $544,497 | 1.89 | $288,758 |
| 58 | 2033 | $1,011,693 | $445,416 | $566,277 | 1.98 | $286,008 |
| 59 | 2034 | $1,052,160 | $463,233 | $588,928 | 2.08 | $283,284 |
| 60 | 2035 | $1,094,247 | $481,762 | $612,485 | 2.18 | $280,586 |
| 61 | 2036 | $1,138,017 | $501,032 | $636,984 | 2.29 | $277,914 |
| 62 | 2037 | $1,183,537 | $521,074 | $662,464 | 2.41 | $275,267 |
| 63 | 2038 | $1,230,879 | $541,917 | $688,962 | 2.53 | $272,646 |
| 64 | 2039 | $1,280,114 | $563,593 | $716,521 | 2.65 | $270,049 |
| 65 | 2040 | $1,331,318 | $586,137 | $745,181 | 2.79 | $267,477 |
| 66 | 2041 | $1,384,571 | $609,583 | $774,989 | 2.93 | $264,930 |
| 67 | 2042 | $1,319,958 | $581,135 | $738,822 | 3.07 | $240,539 |
| | | **Past:** | | **$2,888,884** | | **$2,888,884** |
| | | **Future:** | | **$12,443,003** | | **$6,760,096** |
| | | **Totals:** | | **$15,331,888** | | **$9,648,981** |
| | | | | | | |
| | | **Footnotes:** | | | | |
| 1. Calculations begin at: | | | | | | January 1, 2014 |
| 2. Calculations end at: | | | | | | November 30, 2042 |
| 3. Date of birth: | | | | | | November 6, 1975 |
| 4. (LR) Earnings "Before" based on 2018 Amazon earnings granted: | | | | | | $561,757 |
| 5. (LR) Earnings "After" based on 2018 LinkedIn earnings granted : | | | | | | $253,000 |
| 6. Adjustment for future earnings growth/inflation: | | | | | | 4.0% |
| 7. Adjustment for fringe benefits: | | | | | | 0.0% |
| 8. Future amounts are reduced to present value, via: MCL 600.6306(2). | | | | | | |

### 3. Preliminary Calculation of Lost Earnings - L8 (M)

#### Re:  Abdullah Haydar

#### by:  Michael H. Thomson, Ph.D.

| (1) | (2) | (3) | (4) | (5) | (6) | (7) |
|---|---|---|---|---|---|---|
| | | Projected Earnings | | Annual | Discount | Present |
| Age | Year | Before | After | Loss | Factor | Value |
| 38 | 2013 | $353,827 | $353,827 | $0 | 1.00 | $0 |
| 39 | 2014 | $512,197 | $320,934 | $191,263 | 1.00 | $191,263 |
| 40 | 2015 | $491,071 | $320,957 | $170,114 | 1.00 | $170,114 |
| 41 | 2016 | $625,283 | $144,191 | $481,092 | 1.00 | $481,092 |
| 42 | 2017 | $809,228 | $290,216 | $519,012 | 1.00 | $519,012 |
| 43 | 2018 | $1,080,726 | $310,232 | $770,494 | 1.00 | $770,494 |
| 44 | 2019 | $1,273,917 | $376,415 | $897,503 | 1.00 | $897,503 |
| | | | | | | |
| 45 | 2020 | $1,067,312 | $386,810 | $680,501 | 1.05 | $648,097 |
| 46 | 2021 | $960,581 | $397,511 | $563,070 | 1.10 | $510,721 |
| 47 | 2022 | $729,156 | $408,639 | $320,518 | 1.16 | $276,875 |
| 48 | 2023 | $758,323 | $300,907 | $457,416 | 1.22 | $376,317 |
| 49 | 2024 | $788,656 | $312,943 | $475,712 | 1.28 | $372,733 |
| 50 | 2025 | $820,202 | $325,461 | $494,741 | 1.34 | $369,183 |
| 51 | 2026 | $853,010 | $338,480 | $514,530 | 1.41 | $365,667 |
| 52 | 2027 | $887,130 | $352,019 | $535,112 | 1.48 | $362,185 |
| 53 | 2028 | $922,616 | $366,100 | $556,516 | 1.55 | $358,735 |
| 54 | 2029 | $959,520 | $380,744 | $578,777 | 1.63 | $355,319 |
| 55 | 2030 | $997,901 | $395,973 | $601,928 | 1.71 | $351,935 |
| 56 | 2031 | $1,037,817 | $411,812 | $626,005 | 1.80 | $348,583 |
| 57 | 2032 | $1,079,330 | $428,285 | $651,045 | 1.89 | $345,263 |
| 58 | 2033 | $1,122,503 | $445,416 | $677,087 | 1.98 | $341,975 |
| 59 | 2034 | $1,167,403 | $463,233 | $704,170 | 2.08 | $338,718 |
| 60 | 2035 | $1,214,099 | $481,762 | $732,337 | 2.18 | $335,492 |
| 61 | 2036 | $1,262,663 | $501,032 | $761,631 | 2.29 | $332,297 |
| 62 | 2037 | $1,313,170 | $521,074 | $792,096 | 2.41 | $329,132 |
| 63 | 2038 | $1,365,696 | $541,917 | $823,780 | 2.53 | $325,998 |
| 64 | 2039 | $1,420,324 | $563,593 | $856,731 | 2.65 | $322,893 |
| 65 | 2040 | $1,477,137 | $586,137 | $891,000 | 2.79 | $319,818 |
| 66 | 2041 | $1,536,223 | $609,583 | $926,640 | 2.93 | $316,772 |
| 67 | 2042 | $1,464,532 | $581,135 | $883,397 | 3.07 | $287,609 |
| | | Past: | | $3,029,478 | | $3,029,478 |
| | | Future: | | $15,104,738 | | $8,292,315 |
| | | Totals: | | $18,134,216 | | $11,321,792 |
| | | | | | | |
| | | Footnotes: | | | | |
| 1. Calculations begin at: | | | | | | January 1, 2014 |
| 2. Calculations end at: | | | | | | November 30, 2042 |
| 3. Date of birth: | | | | | | November 6, 1975 |
| 4. (LR) Earnings "Before" based on 2018 Amazon earnings granted: | | | | | | $623,286 |
| 5. (LR) Earnings "After" based on 2018 LinkedIn earnings granted : | | | | | | $253,000 |
| 6. Adjustment for future earnings growth/inflation: | | | | | | 4.0% |
| 7. Adjustment for fringe benefits: | | | | | | 0.0% |
| 8. Future amounts are reduced to present value, via: MCL 600.6306(2). | | | | | | |

**Attachment B**

**Inflation Charts**

Thomson Econometrics

## Consumer Prices over the past 30 years



*Note:*    Long Run Inflation Rate of 2.7%.
*Source:*  CPI-U, Series CUUR0000SA0,  Bureau of Labor Statistics, U.S. Dept. of Labor.

Thomson Econometrics



## Bread Prices over the past 30 years

*Note:* Long Run Inflation Rate of 3.2%.
*Source:* CPI-White Bread, Series APU0000702111, BLS, U.S. Dept. of Labor.

Thomson Econometrics

## U.S. Postal Rates over the past 30 years



*Note:*   Long Run Inflation Rate of 2.7%.
*Source*:  http://about.usps.com/who-we-are/postal-history/domestic-letter-rates-since-1863.pdf.

Thomson Econometrics



## New Car Prices over the past 30 years

*Note*: Long Run Inflation Rate of 2.4%; adjusted for quality, 1.0%.
*Source*: Ward's Motor Vehicle Facts and Figures, 2011 and 2016; and
CPI-New Cars, Series CUUR0000SS45011, BLS, U.S. Dept. of Labor.

Thomson Econometrics

## Medical Care Prices over the past 30 years



Note:    Long Run Inflation Rate of 4.7%.
Source:  CPI-Medical Care, Series CUUR0000SAM,  BLS, U.S. Dept. of Labor.

Thomson Econometrics



## Average Wages over the past 30 years

*Note:*   *Long Run Growth Rate of 3.6%.*
*Source:*   *Average Wage Index (raw data), U.S. Social Security Administration.*

Proper:

Population Trends in the United States: Working Age Adults vs. Retiree Age Adults

Data: 2016 Annual Report of the Board of Trustees, U.S. Social Security Administration, July 13, 2017, page 93.
Note: Ratio = Population age 20-64 vs. Population age 65 and over.
Prepared by: Michael H. Thomson, Ph.D.



**Economic Assumptions - Long Run Growth in Compensation**

Note: _Chart prepared by Michael H. Thomson, Ph.D._
Source: _The 2018 Annual Report of the Board of Trustees of the Federal Old-Age and Survivors Insurance and Federal Disability Insurance Trust Funds, June 5 2018, pp. 99-106, 216-217._



*Note:*   Chart prepared by Michael H. Thomson, Ph.D.
*Source:* The 2018 Annual Report of the Board of Trustees of the Federal Old-Age and Survivors Insurance and Federal Disability Insurance Trust Funds, June 5, 2018, pp. 99-106, 216-217.



Figure 2: Percent of Population Age 25 and over by Educational Attainment: 1940-2017

Sources: U.S. Census Bureau. 1947, 1952-2002 March Current Population Survey; 2003-2017 Annual Social and Economic Supplement to the Current Population Survey; 1940-1960 Census of Population.



Figure 10: Average Earnings by Educational Attainment as a Proportion of the Average Earnings of High School Graduates: 1975-2016

Sources: U.S. Census Bureau, 1976-2002 March Current Population Survey, 2003-2017 Annual Social and Economic Supplement to the Current Population Survey.

Educational Attainment in the U.S. - Years of School Completed, People 25 & Over

Note:   Chart prepared by Michael H. Thomson, Ph.D.
Source: U.S. Census Bureau: 1940-1960 Census of Population, 1947 & 1952-2002 March Current Population Survey, and
          2003-2017 Annual Social and Economic Supplement to the Current Population Survey,

**Attachment C**

**Curriculum Vitae**

**CURRICULUM VITAE**

**MICHAEL H. THOMSON, Ph.D.**

**ADDRESS**

Thomson Econometrics and Employment Research
2350 Franklin Road, Suite 200
Bloomfield Hills, Michigan 48302
Phone: (248) 292-0208
Fax:    (248) 292-0211

**EDUCATION**

1976   B.A., Economics, Kalamazoo College
        Major: Economics

1978   M.A., Economics, Michigan State University
1980   Ph.D., Economics, Michigan State University

Dissertation:  Least Squares Estimation
                Subject to Inequality Constraints.

Fields:  Econometrics
          Labor Economics
          Statistics

**ACADEMIC HONORS**

Graduate Fellowship, Michigan State University.

The William G. Howard Memorial Prize in Economics
 and graduated Cum Laude with Honors in Economics,
 Kalamazoo College.

**ACADEMIC EXPERIENCE**

1980-1987        Assistant Professor of Economics
                  Department of Economics
                  Wayne State University

1987-1997        Adjunct Assistant Professor of Economics and
                 Associate Member of the Graduate Faculty
                   Department of Finance and Business Economics
                   Wayne State University

 Referee:        Journal of Macroeconomics, Wayne State University.
                 The Review of Economics and Statistics, Harvard University.
                 The Journal of Econometrics, University of Southern California.

MICHAEL H. THOMSON, Ph.D.
CV, Page Two.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1990-Present | Partner,<br>Thomson Econometrics and Employment Research II |
| 1980-1990 | Sole Proprietor,<br>Thomson Econometrics and Employment Research I |

Thomson Econometrics and Employment Research is a firm that provides economic and statistical research services to its clients. We also provide computer programming and data processing services.  Research has been conducted relative to a broad range of economic and statistical issues, ranging from sophisticated analyses of employment policies and practices (generally regarding discrimination claims), to economic calculations and projections of past and future damages.  Damage calculations have included: earnings fringe benefits, pension and structured settlement evaluations, lost sales and profits, business valuations, education valuations, medical expenses, losses due to physical injury and/or disability, and other economic losses.  We also provide interested parties with a framework which is useful for evaluating "non-economic" damages, such as pain and suffering, losses of society and companionship, and/or hedonic damages.

## PROFESSIONAL MEMBER

The American Economic Association
The American Statistical Association
The Econometric Society
Society of Labor Economists

## REFEREED PUBLICATIONS

"A Note on the Comparison of the MSE of ICLS and other Related Estimators",
Co-author with Peter Schmidt, **The Review of Economics and Statistics**, Feb. 1982.

"Some Results on the Statistical Properties of an ICLS Estimator in a Linear Model
with Two Regressors", **The Journal of Econometrics**, Nov. 1982.

"Computational Issues with Inequality Constraints",
Co-author with Peter Schmidt, **Economic Letters**, 1982.

**Attachment D**

**Case List**

| Code | Year | Plaintiff(s) | Defendant(s) |
|---|---|---|---|
| Dep | 2014 | Estate of George Abbott, Dec'd | v. Sparrow Hospital, et al. |
| Dep | 2014 | Costner | v. William Beaumont Hospital |
| CA | 2014 | Hanak, et al. | v. Dyncorp International |
| Dep | 2014 | Estate of Robert Mitchell, Dec'd | |
| Dep | 2014 | Simi Razvi | |
| Dep | 2014 | Estate of Kelly Barnes | v. Sparrow Hospital |
| Dep | 2014 | Estate of Jerome Schafer, Dec'd | v. Dr. Hayes, et al. |
| Arb | 2014 | Carmen Otero | v. Altman Management Co. |
| Dep | 2014 | Alexander Letson, a Minor | v. Patricia Nester |
| Dep | 2014 | Carlos Pittman, a Minor | v. Oakwood Hospital |
| Dep | 2014 | Mary-Grace Braatz | v. Lansing Ophthalmology, P.C., et al. |
| Dep | 2014 | Lieto | v. Joseph Hunt, D.O., et al. |
| Dep | 2014 | David Miguel Gonzales, Dec'd | v. Hutzel Hospital, et al. |
| Dep | 2014 | Joshua Headford | v. Brett Carden, et al. |
| Dep | 2014 | Estate of Douglas Killingbeck | v. Michael Przydatek |
| Dep | 2014 | Belanger | v. Simply Better Management Co. |
| Dep | 2014 | Carrie Braspenick | v. Aspirus Grand View Hospital |
| Dep | 2014 | Rene Chamberlin | v. Bronson Methodist Hospital, et al. |
| Dep | 2014 | Diana Johnston | v. Genesys Regional Medical Ctr, et al. |
| Dep | 2014 | Christopher Goldsmith | v. Quick Care Family Medical Ctr, et al. |
| Dep | 2014 | Estate of Donald Alexander | v. Gull Road Medical Practice, P.C., et al. |
| Dep | 2014 | Carlos Pittman, a Minor | v. Oakwood Hospital |
| Dep | 2014 | Willard Cole | v. Mercy Health Partners, et al. |
| Dep | 2014 | Digby Maring, a Minor | |
| Dep | 2014 | Chase Smitterberg, a Minor | v. Dr. Susan Mosier-LaClair, M.D. |
| Dep | 2014 | Richard B. Ziglar | v. Carpenter, M.D. et al. |
| Dep | 2014 | Bazzo | v. Alpena General Hospital, et al. |
| Dep | 2014 | Donaldson | v. Trinity |
| Dep | 2014 | Rebecca Eakes | v. Genesys Regional Medical Ctr, et al. |
| CA | 2014 | Carrie Braspenick | v. Aspirus Grand View Hospital |
| CA | 2014 | Ken Pilarski | v. DMC |
| Dep | 2014 | Kenneth Carrier | v. Botsford Hospital, et al. |
| CA | 2014 | William Dunn | v. Echo Valley Condominiums |
| Dep | 2014 | Krista Robinson, a Minor | v. William Beaumont Hospital, et al. |
| CA | 2014 | Cilli | v. Motorist Mutual Insurance Co., et al. |
| Dep | 2014 | Estate of Tatum Dull, Deceased | v. Hurley Medical Ctr, et al. |
| Dep | 2014 | Alexis King, a Minor | v. Hutzel Hospital, et al. |
| Dep | 2014 | Dimitrious Flerianos | v. William Pittas |
| Dep | 2014 | Anika Sproul, a Minor | v. Fort Madison Community Hospital, et al. |
| CA | 2014 | Costner | v. William Beaumont Hospital |
| Dep | 2014 | Est. of Luigi Paese, Dec'd | v. St. Joseph Mercy Hospital |
| Dep | 2014 | Brenda Johnson | v. Smima Suen, DPN |
| Dep | 2014 | Ricky Van Boxtel | v. Calvin Nogler, M.D., et al. |
| Dep | 2014 | Christina Hamilton | |
| Dep | 2014 | Poulos, et al. | v. Paschen, Nielsen & Assoc., LLC |
| Dep | 2014 | Richard Papp | v. Oakwood Healthcare, Inc., et al. |
| Dep | 2014 | Latoya Butler, Dec'd | |
| Dep | 2014 | Katherine Hill | v. Jiab Suleiman, D.O. |
| Dep | 2014 | Est. of Craig Yacuone, Dec'd | v. St. John Hospital, et al. |

| Dep | 2014 | Catherine D. Culp | v. Dr. Veyna, et al. |
|---|---|---|---|
| Dep | 2014 | Stacey White | v. St. Mary's Hospital of MI, PLLC, et al. |
| Dep | 2014 | Michael Joseph Outram | v. AGT Flip City Entertainment, LLC |
| Dep | 2014 | Rahim Abdullah | v. Lakeland Regional Medical Ctr, et al. |
| Dep | 2014 | Robbie Jean Tewsley | v. St. John Macomb-Oakland Hosp., et al. |
| Dep | 2014 | Est.of Sarah Lynn Hoffman, Dec'd | v. Bell Memorial Hospital, et al. |
| Dep | 2014 | Est. of Eric Mason, Dec'd | v. PGT Trucking |
| Dep | 2014 | Rebecca Kozin | v. Oleh  J. Bolukh, M.D., et al. |
| Dep | 2014 | Shakir Zora, a Minor | v. St. John Macomb Hospital, et al. |
| Dep | 2014 | Javen Carlton, a Minor | v. St. John Hospital, et al. |
| Dep | 2014 | Richard Couture | v. William Beaumont Hospital, et al. |
| Dep | 2014 | Fountain/Kerschenheiter, Dec'd. | v. Katz, D.O. et al. |
| Dep | 2014 | Jack Ruesink, a Minor, Dec'd | v. Bixby Medical Ctr, et al. |
| Dep | 2014 | Martha Shaw | v. Saginaw Valley Neurosurgery, et al. |
| Dep | 2014 | Brenda Meyers | v. Dr. Chang, et al. |
| Dep | 2014 | Anthony Moon, a Minor | v. Davita |
| Dep | 2014 | Ronald Bamberg | v. Dr. Richardson, et al. |
| Dep | 2014 | Susan Swider | v. Edgewood Country Club, et al. |
| Dep | 2014 | Troy Tooke | v. Canadian Pacific Railway |
| Dep | 2014 | John Bloomquist | v. Sparrow Health System |
| Dep | 2014 | Caleb Klein, a Minor | v. Full Spectrum Family, P.C., et al. |
| Dep | 2014 | Est. of Jim and Beth Judson | v. United States of America |
| Dep | 2014 | Mario Palacios | v. United States |
| Dep | 2014 | Katie Lamb | v. Sparrow Hospital, et al. |
| Dep | 2014 | Est. of Barbara Hendrick, Dec'd | v. McLaren Regional Hospital, et al. |
| Dep | 2014 | Est. of Elmo Lee, Dec'd | v. Detroit Receiving Hospital, et al. |
| CA | 2014 | Digby Maring, a Minor | v. Advantage Health |
| Dep | 2014 | Carolyn Wright | v. Cam Hiltz Trucking & Paul Hayward |
| Dep | 2014 | Est. of Daniel Keleel, Dec'd | v. Henry Ford Macomb Hospital, et al. |
| Dep | 2014 | Est. of Brian Slade, Dec'd | v. Mercy Health Partners, et al. |
| Dep | 2014 | Julie Shaw | v. Dr. Chicorel, et al. |
| Dep | 2014 | Karen Stroup | v. Borgess Medical Ctr |
| Dep | 2015 | Melissa Shepherd | v. Holt Family Practice, P.C., et al. |
| Dep | 2015 | Kelli Kilduff | v. Garden City Hospital, et al. |
| CA | 2015 | Leonard Smolarkiewicz | v. Mid Michigan Health |
| Dep | 2015 | Ayad Hanna | v. William Beaumont Hospital, et al. |
| Dep | 2015 | Lisa Huntley | v. Sparrow Hospital, et al. |
| Dep | 2015 | Anthony Delafuente | v. Hurley Medical Ctr, et al. |
| Dep | 2015 | Estate of Brent Bara | v. Henry Ford Hospital |
| Dep | 2015 | Brenda Thomas | v. METRA |
| Dep | 2015 | Manveen Saluja, M.D. | v. Honigman Miller Schwartz Cohn, et al. |
| Dep | 2015 | Mia Jermano | v. Greco |
| Dep | 2015 | Estate of Robert Vignola, Dec'd | v. Oakwood Health Care |
| Dep | 2015 | Larry Plumb | v. Genesys Regional Medical Ctr, et al. |
| Dep | 2015 | Nina Moore | v. Botsford General Hospital, et al. |
| Dep | 2015 | Matthew Mancina | v. Dr. Shapiro, et al. |
| Dep | 2015 | Devin Abood, a Minor | v. Wycoff, D.O., et al. |
| Dep | 2015 | Julie Gieske, et al. | v. Peter S. Vasiu, D.O., et al. |
| Dep | 2015 | Estate of Matthew Trontl, Dec'd | v. St. John Health |
| Dep | 2015 | Aylmer Wright | v. Allegiance Health Services, et al. |

| Dep | 2015 | Jayden Harrison | v. Spectrum Health |
|-----|------|-----------------|--------------------|
| Dep | 2015 | John Kudlick | v. Mid-Michigan Heart, et al. |
| Dep | 2015 | Noah Bayle, a Minor | v. St. John Hospital and Med. Ctr., et al. |
| Dep | 2015 | Shaun Mason | v. U of M and Dr. Gregory Graziano |
| CA | 2015 | Stacey White | v. St. Mary's Hospital of MI, PLLC, et al. |
| Dep | 2015 | Est. of Sabrie Nash, Minor, Dec'd | v. Children's Hospital of Michigan, et al. |
| Dep | 2015 | Victoria Dawkins | v. Saginaw Valley Neurosurgery, et al. |
| Dep | 2015 | Richard Stokes | v. McLaren Regional Medical Ctr, et al. |
| Dep | 2015 | Estate of Suzanne Fields, Dec'd | v. St. Joseph Mercy Hospital, et al. |
| Dep | 2015 | Estate of Robert Cornwell, Dec'd | v. St. John Macomb-Oakland Hosp., et al. |
| Dep | 2015 | Sara Plona | v. St. Joseph Mercy Oakland, et al. |
| Dep | 2015 | Wallace Dixon | v. Henry Ford Hospital, et al. |
| Dep | 2015 | Ethan Andrzejewski | v. St. John Macomb Hospital |
| CA | 2015 | Estate of Sonya Robards, Dec'd | v. Tri-County Medical Clinic, et al. |
| Dep | 2015 | James Davis | v. Philip Bulson and Stat EMS |
| Dep | 2015 | Thomas, et al. | v. Horizon Freight System, Inc., et al. |
| CA | 2015 | Estate of Suzanne Fields, Dec'd | v. St. Joseph Mercy Hospital, et al. |
| Dep | 2015 | Karen Tate | v. St. Joseph Hospital |
| Dep | 2015 | William Noe | v. King Technology |
| Dep | 2015 | Kenneth McCormick | v. Ford Motor Company |
| Dep | 2015 | Lana Ennis | v. EPMG, P.C. |
| Dep | 2015 | Estate of Michael Powers, Dec'd | v. Genesys Regional Medical Ctr |
| Dep | 2015 | Dr. Clemon Pardales, et al. | v. BMW of North America, et al. |
| Dep | 2015 | Estate of Paul Johnson, Dec'd | v. Wolschleger, et al. |
| Dep | 2015 | Merlean Cavitt | v. Henry Ford Health System |
| CA | 2015 | Melvin Ayotte | v. City of Mount Morris |
| CA | 2015 | Jennifer Miller-Jones | v. South Haven Health System, et al. |
| Dep | 2015 | Estate of Shaun McKinney | v. Rizzo |
| CA | 2015 | Estates of Jim and Beth Judson | v. U.S.A. |
| Dep | 2015 | Derwin Wiley | v. EJ&E and Wisconsin Central |
| Dep | 2015 | Delisa Sincere | v. Henry Ford Health System, et al. |
| Dep | 2015 | Mary Brazell | v. John Seiver |
| Dep | 2015 | Amanda Maki and Christal Maki | v. Bledsoe |
| Dep | 2015 | Estate of Robert Cornwell, Dec'd | v. St. John Macomb-Oakland Hosp., et al. |
| Dep | 2105 | Zharyn Tucker, a Minor | v. St. John Hospital, et al. |
| Dep | 2015 | Estate of Ricardo Juarez, Dec'd | v. Sparrow Hospital, et al. |
| Dep | 2015 | Estate of Randall Palmer, II, Dec'd | v. FedEx Freight, et al. |
| Dep | 2015 | Elaine and Terrence Surma | v. Dearborn Surgery Ctr, et al. |
| Dep | 2015 | Demauri Houston, a Minor | v. Providence Hospital, et al. |
| CA | 2015 | Estate of Karin Sanders, Dec'd | v. Farmbrook Radiology Associates, et al. |
| Dep | 2015 | Brenda Carey | v. Aspirus Ontonagon Hospital, Inc., et al. |
| Dep | 2015 | Anthony Delbene | v. William Beaumont Hospital, et al. |
| Dep | 2015 | Estate of Marcus Hill, Deceased | v. VHS Physicians of Michigan, et al. |
| Dep | 2016 | Estate of Richard Homent, Dec'd | v. Frontier Communications |
| Dep | 2016 | Estate of Jerome Coliton, Dec'd | v. Providence Hospital, et al. |
| Dep | 2016 | Brian Stewart | v. St. Joseph Hospital |
| Dep | 2016 | Sean Newson | v. St. John Providence Health Syy., et al. |
| Dep | 2016 | Jeffrey Thomas Smith | v. Fabiano Brothers, Inc., et al. |
| Dep | 2016 | Alex Hernandez | v. Spectrum Health, et al. |
| Dep | 2016 | Antonio Traylor | v. State Farm |

| CA | 2016 | Katie Lamb | v. Sparrow Hospital, et al. |
|---|---|---|---|
| Dep | 2016 | Dixon | v. Grand Trunk Railroad |
| CA | 2016 | Mary Brazell | v. John Seiver |
| Dep | 2016 | Demauri Houston, a Minor | v. Providence Hospital, et al. |
| Dep | 2016 | Izabella Thomas | v. Hillsdale Community Health Ctr |
| Dep | 2016 | Estate of Sally LaMay, Dec'd | v. SMART |
| Dep | 2016 | William Miller | v. Thomas Blaske |
| Dep | 2016 | Janet Shaffer | v. Dr. A King Ang |
| Dep | 2016 | Estate of Jason Leising, Dec'd | v. Bronson Healthcare, et al. |
| Dep | 2016 | Jane Schlaufman | v. Port Huron Hospital, et al. |
| Dep | 2016 | Mitchell | v. Engel |
| Dep | 2016 | Roy Travis | v. ServPro of Mt. Clemens/New Baltimore |
| Dep | 2016 | Diona Johnson | v. Detroit Receiving Hospital, et al. |
| Dep | 2016 | James Kretz | v. Tecumseh Lawn & Landscaping, et al. |
| Dep | 2016 | Zharyn Tucker, a Minor | v. St. John Hospital, et al. |
| Dep | 2016 | Estate of David Foerster | v. Henry Ford Macomb Hospital |
| Dep | 2016 | Estate of Robert Boyd, Deceased | v. Comprehensive Medical Ctr, PLLC |
| Dep | 2016 | Estate of Herbert Redmond, Dec'd | v. USA |
| Dep | 2016 | Estate of Amy Jill Venticinque | v. Miami Valley Hospital |
| Dep | 2016 | Crystal Ann Parker | v. Sinai-Grace Hospital |
| Dep | 2016 | Lily Elias, a Minor | v. Sparrow Hospital, et al. |
| Dep | 2016 | Zachary Mason | v. Oaklawn Hospital, et al. |
| Dep | 2016 | Damiko Lawson, a Minor | v. Sinai-Grace Hospital, et al. |
| Dep | 2016 | Estate of Patricia Vannett, Dec'd | v. Mercy Health Partners, et al. |
| Dep | 2016 | Murray Eddings | v. Beaumont Hospital, et al. |
| CA | 2016 | Estate of Joshua Naeve | v. Farm Bureau |
| CA | 2016 | Darrell Mehay | |
| Dep | 2016 | Carlita Bowers | v. Detroit Receiving Hospital, et al. |
| Dep | 2016 | Estate of Emil Cook, Deceased | v. Henry Ford Macomb Hospital, et al. |
| Dep | 2016 | Giuseppe Leone | v. Beaumont Hospital, et al. |
| Dep | 2016 | Ja'Quari Denar Clay Barnes | v. Mercy Health Partners, et al. |
| Dep | 2016 | Joan Makowski | v. Mark Goldberger, D.O., et al. |
| Dep | 2016 | Adrian Davis, a Minor | v. West Bloomfield Pediatrics, et al. |
| Dep | 2016 | Maxwell Brabb, a Minor | v. Children's Hospital of Michigan, et al. |
| Dep | 2016 | Napoleon Capili, M.D. | v. Henry Ford Hospital West Blmfd, et al. |
| Dep | 2016 | Thomas Edward Calnen, II, et al. | v. Anesthesia Services Associates, et al. |
| Dep | 2016 | Nabil Bahora | v. Yaldo Eye Ctr, et al. |
| Dep | 2016 | Charlene and Albert Miller | v. McLaren Medical Ctr |
| Dep | 2016 | Mary Yerman | v. Family Foot Care, P.C., et al. |
| CA | 2016 | Anthony Delbene | v. William Beaumont Hospital, et al. |
| Dep | 2016 | Jakob Radtke, a Minor | v. Northwood OBGYN, P.C., et al. |
| Dep | 2016 | Cynthia and Michael Stover | v. Ford Motor Co., et al. |
| Dep | 2016 | Michael Robertson | v. Occupational Health Ctrs of MI, P.C. |
| Dep | 2016 | Calvin Sprinkle | v. Michael Powers &City of Lincoln Park |
| Dep | 2016 | Sherita Gray | v. Oaklawn Hospital, et al. |
| Dep | 2016 | John Boldt and Ava Boldt | v. Michigan Institute of Urology, et al. |
| Dep | 2016 | Easton Velasquez, a Minor | v. Oakwood Hospital and Med Ctr, et al. |
| Dep | 2016 | Estate of Anthony Tamer, Dec'd | v. Henry Ford Health System, et al. |
| CA | 2016 | Elaine and Terrence Surma | v. Dearborn Surgery Ctr, et al. |
| Dep | 2016 | John Paczkowski, a Minor | v. St. John Macomb-Oakland Hosp., et al. |

| Dep | 2016 | Elona Abdulahd, a Minor | v. Children's Hospital of Michigan, et al. |
|---|---|---|---|
| Dep | 2016 | Steve Lilly | v. Grand Trunk Railroad |
| Dep | 2016 | Estate of William Draheim, Dec'd | v. Dr. Donald Weaver, et al. |
| Dep | 2016 | Est. of Emmanuel Ward, Dec'd | v. DTE Energy Company |
| Dep | 2016 | Filippo Leone | v. BMI Refractory Services |
| CA | 2016 | Steve Lilly | v. Grand Trunk Railroad |
| Dep | 2016 | Sara and Kenneth Feavel | v. Bradley Hunter, D.C. |
| Dep | 2016 | William Bloom | v. William Beaumont Hospital, et al. |
| Dep | 2016 | Estate of Tammy Winiarski, Dec'd | v. Henry Ford Health System, et al. |
| Dep | 2016 | Christopher Roach | v. Norfolk Southern |
| Dep | 2016 | Estate of Megan Kochvar, Dec'd | v. Botsford Hospital, et al. |
| Dep | 2016 | Edward Light | v. Henry Ford Health System |
| Dep | 2016 | Estate of Vondre Gordon, Dec'd | v. American Airlines, Inc. |
| Dep | 2017 | Estate of Mary Jane Boza, Dec'd | v. Regional Cardiology Associates, et al. |
| CA | 2017 | Edward Light | v. Henry Ford Health System |
| Dep | 2017 | Phillip J. Isaacs | v. Gary Railway and U.S. Steel |
| Dep | 2017 | Madelyn Smith | v. Martin Tuma, et al. |
| Dep | 2017 | Estate of Steven H. Lingar, Dec'd | v. Mercy Memorial Hospital, et al. |
| Dep | 2017 | Valerie Gerbig | v. Aspirus Grand View Hospital, et al. |
| Dep | 2017 | Hasler | v. National Air Cargo Group, Inc., et al. |
| Dep | 2017 | Estate of Frank Licari, Jr., Dec'd | v. Henry Ford Macomb Hospital, et al. |
| Dep | 2017 | Est. of Emmanuel Ward, Dec'd | v. DTE Energy Company |
| Dep | 2017 | Wyatt Towery | v. Bronson Methodist Hospital, et al. |
| Dep | 2017 | Jason Maxey & Bethany Maxey | v. Botsford General Hospital, et al. |
| Dep | 2017 | Estate of Garylyn Langell, Dec'd | v. McLaren Port Huron, et al. |
| Dep | 2017 | Eric Abdoo | v. Detroit Medical Ctr, et al. |
| CA | 2017 | Madelyn Smith | v. Martin Tuma, et al. |
| Dep | 2017 | Elisabeth Khouri and Firas Khouri | v. Harper-Hutzel Hospital, et al. |
| Dep | 2017 | Severita Villarreal | v. Manphool Singh Chatta |
| Dep | 2017 | Becky Rasdale | v, Heather A. Hedstrom-Lara, M.D. |
| CA | 2017 | Calvin Sprinkle | v. Michael Powers & City of Lincoln Park |
| Dep | 2017 | Knudson | v. American Steamship Company |
| Dep | 2017 | Est. of Margaret Taylor, Dec'd | v. Northern Michigan Urology, P.C. |
| Dep | 2017 | Est. of Trudy Mindick, Dec'd | v. Kay Family Practice |
| Dep | 2017 | Zachary Hawkins | v. Norfolk Southern Railway Company |
| Dep | 2017 | Gerald Moss | v. William Beaumont Hospital, et al. |
| Dep | 2017 | Ella Riley | v. Henry Ford Health System, et al. |
| Dep | 2017 | Kathy Coy and Scott Coy | v. MI Comprehensive Fertility Ctr, et al. |
| Dep | 2017 | Richard Haywood | v, METRA |
| Dep | 2017 | Estate of Aura Perez, Deceased | v. Henry Ford Health System |
| Dep | 2017 | Michelle Coulter | v. Dr. Kraft, et al. |
| Dep | 2017 | Charlie Ransom | v. William Beaumont Hospital, et al. |
| Dep | 2017 | Timothy Boggs | v. Jawada Shah, M.D., et al. |
| Dep | 2017 | Julie Harris | v. Aspirus Keweenaw Hospital, et al. |
| Dep | 2017 | Mark Simpson | v. CSX Transportation, Inc. |
| Dep | 2017 | Est. of Keith Aubin, Deceased | v. Providence Park Hospital, et al. |
| Dep | 2017 | Edward Nelson & Joyce Nelson | v. U of M Health System, et al. |
| CA | 2017 | Est. of Brad Hasler, Deceased | v. National Air Cargo Group, et al. |
| Dep | 2017 | Est. of Ronald R. Stewart, Dec'd | v. Spectrum Health Hospitals, et al. |
| Dep | 2017 | Est. of Tyler Parsons, Deceased | v. Holland Hospital, et al. |

| Dep | 2017 | Calla Moo | v. Shadigian, M.D., et al. |
|-----|------|-----------|----------------------------|
| Dep | 2017 | Shelia Hankins | v. Huron Valley Hospital, et al. |
| Dep | 2017 | Est. of Virgil Neubauer, et al. | v. Lynn Patterson, et al. |
| Dep | 2017 | Shelly Hiltner | v. Kalamazoo Anesthesiology, et al. |
| Dep | 2017 | Est. of Jamie Lynn Burda, Dec'd | v. Lapeer Regional Medical Ctr, et al. |
| Dep | 2017 | Est. of Michael Henderson, Dec'd | v. Henry Ford Health System, et al. |
| Dep | 2017 | Kamal Dabaja | v. St John Hospital and Medical Ctr, et al. |
| Dep | 2017 | Zachary VanStempvoort | v. Spectrum Health, et al. |
| Dep | 2017 | Theresa Byrnes | v. Lynwood Manor Healthcare Ctr |
| Dep | 2017 | Est. of Timothy Carter, Dec'd | v. Henry Ford Health System |
| Dep | 2017 | Faith Degrand | v. Children's Hospital of Michigan, et al. |
| Dep | 2017 | Laveta Anderson | v. Harper Hutzel Hospital, et al. |
| Dep | 2017 | Joanna Serra & Dominic Serra | v. William Beaumont Hospital, et al. |
| Dep | 2017 | John Izzard | v. Norfolk Southern Railway Company |
| Dep | 2017 | Joan and Richard Higgins | v. St. John Macomb-Oakland Hosp., et al. |
| Dep | 2017 | Est. of Monica Rentfrow, Dec'd | v. Metro Health Hospital, et al. |
| Dep | 2017 | Kathleen O'Brien | v. Oakwood Healthcare, et al. |
| Dep | 2017 | Chase Smitterberg, a Minor | v. Dr. Susan Mosier-LaClair, M.D. |
| Dep | 2017 | Brent Osantoski | v. Huron Gas, LLC |
| Dep | 2017 | Gazvoda | v. Dept. of Homeland Security, et al. |
| CA | 2017 | Est. of Margaret Taylor, Dec'd. | v. Northern Michigan Urology, P.C., et al. |
| Dep | 2017 | Doris Bath | v. MSU Dept. of OBGYN & Reprod. Biology |
| Dep | 2017 | Cynthia Gregory & Ocie Gregory | v. St. Joseph Mercy - Oakland, et al. |
| Dep | 2017 | Jeremiah John Lake | v. Kenneth Jay Snoek |
| CA | 2017 | Joanna Serra and Dominic Serra | v. William Beaumont Hospital, et al. |
| Dep | 2017 | Antonietta Coletta | v. Tri-County Medical Clinic, et al. |
| Dep | 2017 | Est. of Carolyn Meyer, Dec'd. | v. Interv'l Pain Management Assoc., et al. |
| Dep | 2017 | Est. of Scott Nichols, Dec'd. | v. St. Joseph Mercy Pt. Huron Hosp., et al. |
| Dep | 2017 | Kathryn Tietyen | v. BayCare Clinic, et al. |
| Dep | 2017 | Est. of Kevin Pitcole, Deceased | v. DMC Medical Group, et al. |
| Dep | 2017 | Jesse Gabriel Rivera, a Minor | v. Hurley Medical Ctr, et al. |
| Dep | 2017 | Est. of James Schmidt, Incapac'd | v. War Memorial Hospital, et al. |
| Dep | 2017 | Darquise Hawkins | v. Sparrow Hospital |
| Dep | 2017 | Est. of Charles Maroulis, Dec'd | v. Spectrum Health, et al. |
| Dep | 2017 | Jean Boynton | v. St. John Hospital |
| Dep | 2017 | William Baird | v. Braun Kendrick, et al. |
| CA | 2017 | Murray Eddings | v. William Beaumont Hospital, et al. |
| CA | 2017 | Julie Harris | v. Aspirus Keweenaw Hospital, et al. |
| Dep | 2017 | Shianna Wilson, et al. | v. Covenant Medical Ctr, Inc., et al. |
| Dep | 2017 | Tyler Cannady, a Minor | v. Covenant Medical Ctr, Inc., et al. |
| Dep | 2017 | Jean Meier | v. VHS Harper Hutzel |
| Dep | 2017 | Thomas O'Brien | v. Mercy Health-St. Mary's, et al. |
| | | | |
| | | Arb = Arbitration Hearing | |
| | | CA  = Court Appearance | |
| | | Dep = Deposition | |