# EXHIBIT 2



| | |
|---|---|
| TO: | **Stefan Haney** |
| FROM: | **Andrew Hamel** |
| RE: | **Workplace Harassment** |
| DATE: | **September 19, 2018** |

This memorandum will serve as a Final Written Warning for violation of the following Guidelines and Policies:

**Workplace Harassment Policy** states as follows:

> "At Amazon.com, we believe that our associates should be treated with respect and dignity. Therefore, we will not tolerate inappropriate conduct, including discriminatory harassment, of any kind based on race, religion, creed, color, national origin, citizenship, marital status, sex, age, sexual orientation, gender identity, veteran status, political ideology, ancestry, or the presence of any physical, sensory, or mental disabilities, or other legally protected status.
>
> **Other Harassment**
>
> Workplace harassment prohibited under this policy is not limited to sexual harassment. Statements or actions that offend or demean an individual based on his/her race, religion, creed, color, national origin, citizenship, marital status, age, sexual orientation, gender identity, veteran status, political ideology, ancestry, or the presence of any physical, sensory, or mental disabilities are also inappropriate and are strictly prohibited.
>
> **Responding to Inappropriate Conduct or Possible Incidents of Harassment**
>
> All associates, regardless of position, are responsible for ensuring that our workplace is free from offensive behavior and harassment. All associates must avoid any conduct that may be perceived as offensive and/or harassing."

On August 28, 2018, the Employee Relations team was asked to investigate complaints reported by a number of female employees against you that alleged harassment. The focus of this investigation was to determine whether the female employees experienced harassment by you. Furthermore the ER team assessed whether any conduct by you raised to a violation of Amazon policy, including but not limited to **_Amazon's Code of Conduct and Business Ethics Policy_**, **_Equal Employment Opportunity Policy_** and **_Workplace Harassment Policy_**.

After speaking with female employees in the EA role, a female employee from GREFF and hearing your statement; the investigator concluded that you engaged in behavior that was harassing and intimidating. Stefan you violated the Amazon's **_Workplace Harassment Policy_**, your conduct fell short of expectations for a L8 leader at Amazon. An example of your behavior includes but is not limited to:

- Yelling at employees
- Slamming items on desks or tables to show frustration when communicating to employees
- Using profanity when expressing your anger towards an employee
- Invading other's personal space by getting directly in their face asking "Is this too close?"

P.O. BOX 81226, SEATTLE, WA 98108-1226
WWW.AMAZON.COM

CONFIDENTIAL                                                                                                                          AMAZON_HAYDAR_00013714

As an alternative to losing professional composure and using inappropriate language, you must find constructive ways to release pent-up energy or strong emotion, such as:

1. Taking a walk
2. Speaking with Tarsha Williams as your HR BP
3. Reach out to myself
4. Utilize EAP resources

While I'm willing to provide assistance, coaching, and support in helping you improve your behavior, it is important for you to understand that the responsibility for bringing your behavior up to an acceptable level (no further incidents) rests with you. We will review your progress on a monthly basis during our 1:1s.

This memo will be placed in your personnel file for the duration of your employment. Any additional or similar concerns or inappropriate conduct will be cause for further disciplinary action, up to and including termination of employment. If you confront any suspected complainants or witnesses or engage in behavior that is viewed as retaliatory, your employment with Amazon will be terminated.

*Please Note*: Information regarding this document is confidential and should not be discussed with any Amazon employee other than your immediate manager, one over manager, or Human Resources.

Please acknowledge your receipt of this document by signing below.

| Employee Name: STEFFAN HANEY | Date: 09/19/2018 |
|---|---|
| Employee Signature: [signed] | |

| Manager Name: ANDREW HAMEL | Date: 9/19/2018 |
|---|---|
| Manager Signature: [signed] | |

| HR Business Partner Name: Tarsha N. Williams | Date: 9/19/2018 |
|---|---|
| HR Business Partner Signature: [signed] | Date: 9/19/2018 |

cc: personnel file

# INVESTIGATION REPORT

| Complainant Name: | ███████████ | Subject Name: | Stefan Haney |
|---|---|---|---|
| Complainant ID: | 647875 | Subject ID: | 089987 |
| Complainant Building: | SEA39 | Subject Building: | SEA38 |
| Complainant Business: | ██ | Subject Business: | Merchant Svc |
| Case Number: | 20190802-30160 | | |
| Case Reported Date: | 07/09/2019 | Source of Complaint: | HRBP or Site HR |
| Case Type: | Investigation | Incident Date: | 06/7/2019 |
| Issue Type: | Misconduct - Individual Behavior - Bullying | Lead Investigator: | Binita Patel, Kerry Kanyer |
| Time Zone: | PST (Pacific Standard Time) | Investigator(s): | Kerry Kanyer |

I. [ HYPERLINK \l "BACKGROUND" ]

II. [ HYPERLINK \l "CONCLUSION" ] Findings and Overall Conclusion

III. [ HYPERLINK \l "INVOLVEDPARTIES" ]

IV. [ HYPERLINK \l "TIMELINE" ]

V. [ HYPERLINK \l "APPLICABLEPOLICIES" ]

VI. [ HYPERLINK \l "ALLEGATIONSANDANALYSIS" ] Allegations, Findings and Analysis

VII. [ HYPERLINK \l "ACTIONSTAKEN" ]

I. **BACKGROUND**

Sr. HR Manager ███████████ reported that she attended a 3YP meeting for VP ███ ████ leadership team on June 7, 2019. During a team exercise, she and Director Stefan Haney engaged in a discussion regarding unregretted attrition (URA) and top grading. ███████████ described that they had different perspectives on the topic and Haney pulled up his purple badge from his waist, put it in front of her face while staring at her for a prolonged period of time, then stated, "I'm right, you're wrong, 16 years." ███████████ stated that Haney then dropped his badge, in what she described as the "mic drop movement" where he let his hand hang, insinuating that the conversation was over. Shortly after the interaction, ████ called the team back together and ███████████ had no further interaction with Haney. ███████████ later reported this incident to HR4HR Cheryl Barfield, who referred the concern to ER Manager Edwin Mwango for investigation. Due to a prior escalation regarding Haney that Mwango investigated in August 2018 (Exact case ID: 20180830-3940), Haney requested that a different Investigator be aligned to this new complaint. On August 6, 2019, ER Manager

## INVESTIGATION REPORT

Kerry Kanyer was assigned to investigate ▮▮▮▮▮▮ concerns.

**II.   POLICY FINDINGS AND OVERALL CONCLUSION**

**Subject**: Stefan Haney

**Issue Category:**   Investigation / Misconduct - Individual Behavior - Bullying

**Policy Finding:** Substantiated

**Overall Conclusion:**

ER Manager Kerry Kanyer conducted an investigation into ▮▮▮▮ ▮▮▮▮▮▮▮ concerns regarding inappropriate conduct by Stefan Haney. Based on an assessment of the information gathered through interviews with each party, the investigation confirmed the incident of inappropriate conduct by Haney as reported by ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮ reported that the mannerisms displayed by Haney in this interaction made her feel uncomfortable and as though Haney was trying to intimidate her. ▮▮▮▮▮▮▮ also expressed surprise at Haney's deliberate disrespect towards her, particularly as a HR leader. ▮▮▮▮▮▮▮ identified Director Tony Chor as a potential witness to the interaction; however, during an interview with the Investigator, Chor did not confirm observing this incident. Chor did state that it was "not surprising that Stefan would say something like that" since he has heard Haney reference his tenure when trying to assert his credibility on a topic.

During an interview with Haney, he confirmed the discussion with ▮▮▮▮▮▮▮ regarding URA/top grading, and confirmed holding up his badge and stating "16 years." Haney denied making the statement, "I'm right, you're wrong" but stated that ▮▮▮▮▮▮▮ was trying to explain top grading to him, which was unnecessary since he was at Amazon during the top grading era and did not need explanation on the topic.

Haney also identified Tony Chor as a potential witness, in addition to Director Dan Lloyd. During an interview with Lloyd, he confirmed overhearing Haney make the statement, "I'm right, you're wrong, 16 years" though due to his positioning, Lloyd stated he did not observe Haney holding his badge in front of ▮▮▮▮▮▮▮ face. Lloyd stated that he did not feel that Haney's approach was a constructive way to engage in the discussion, but also did not view his actions as physically confrontational due to the fact that he did not observe his mannerisms during the interaction.

Based on the totality of information reviewed through each of the interviews, the Investigator found ▮▮▮▮▮▮▮ description of the incident with Haney as credible and more likely than not to have occurred as reported.

In addition to the reported incident by ▮▮▮▮▮▮▮ the Investigator reviewed the previous complaint about Haney that was investigated by Mwango in August 2018. The prior

CONFIDENTIAL                                                           AMAZON_HAYDAR_00013717

# INVESTIGATION REPORT

investigation substantiated incidents of harassing and intimidating behavior by Haney, in violation of Amazon's Workplace Harassment Policy. Due to the findings of this case, Haney was issued a Final Written Warning on September 19, 2018 by HR Business Partner Tarsha Williams and Haney's manager at the time, Andrew Hamel. The Dev List entry for Haney referenced aggressive behaviors such as yelling and slamming items on a desk in frustration, and invading other's personal space by getting directly in their face. The Dev List further stated Haney was informed that this type of behavior would not be tolerated and any further occurrences would be grounds for termination. It was noted that Andrew Hamel would work with Haney for the next 6 to 12 months to ensure this behavior does not surface again.

On April 18, 2019, Hamel made a new entry noting sustained improvement by Haney and removed him from the Dev List due to no new incidents. Haney began reporting to Mason effective July 31, 2019 and Hamel left Amazon on August 20, 2019 due to voluntary resignation.

Based on a review of the behaviors addressed in Haney's prior warning, it was found that the disrespectful treatment towards ▓▓▓▓▓▓ was not an isolated incident. Rather, it was found to be a continued pattern of inappropriate conduct by Haney less than 12 months after receiving a final warning for similar behavior. Due to these factors, the decision was made to terminate Haney's employment.

### III. INVOLVED PARTIES

| NAME | EMPLOYEE NUMBER | DATE INTERVIEWED | INTERVIEWER | Business Title of Interviewee | RELATIONSHIP TO CASE |
|---|---|---|---|---|---|
| ▓▓▓▓ | 647875 | 08/08/2019 12:00 AM | Kerry Kanyer | Sr Manager, Human Resources | Complainant |
| Stefan Haney | 089987 | 08/23/2019 12:00 AM | Kerry Kanyer | Director, Buying Experience – CXT | Subject |
| Anthony Chor | 100011867 | 08/21/2019 12:00 AM | Kerry Kanyer | Director, ShoppingOS | Witness |
| Daniel Lloyd | 032989 | 08/23/2019 12:00 AM | Kerry Kanyer | Director, Software Development | Witness |

### IV. TIMELINE

| Date | Event Description |
|---|---|
|  |  |

### V. APPLICABLE POLICIES

1. Owner's Manual

INVESTIGATION REPORT

VI. **FACTUAL ALLEGATIONS, FINDINGS AND ANALYSIS**

**Subject:** Stefan Haney

**Issue Category:** Misconduct - Individual Behavior - Bullying

**Factual Allegation 1:** ▓▓▓ ▓▓▓▓▓▓▓ alleged that during a leadership meeting where she and Stefan Haney were discussing URA/top grading, Stefan pulled his badge from his belt and put it in ▓▓▓ face, stating "I'm right, you're wrong, 16 years."

**Factual Finding:** Confirmed

**Factual Analysis:**

> Based on the facts gathered, the investigation found ▓▓▓▓▓▓ allegations against Haney were substantiated.

VII. **ACTIONS TAKEN**

**Action Applied To:** Stefan Haney

**Action Taken:** Termination/Disciplinary Dismissal

**Description:**

HR Director Renee Banks and VP Llew Mason met with Stefan on August 28, 2018 and informed him of his termination.

INVESTIGATION REPORT

## INVESTIGATION REPORT

| Complainant Name: | ▓▓▓ | Subject Name: | Stefan Haney |
|---|---|---|---|
| Complainant ID: | 101111020, 101240830, 102185834 | Subject ID: | 089987 |
| Complainant Building: | SEA28, SEA27, SEA28 | Subject Building: | SEA28 |
| Complainant Business: | Merchant Svc, Merchant Svc, Merchant Svc | Subject Business: | Merchant Svc |
| Case Number: | 20180830-3940 | | |
| Case Reported Date: | 08/29/2018 | Source of Complaint: | HRBP or Site HR |
| Case Type: | Investigation | Incident Date: | |
| Issue Type: | Harassment - Other | Lead Investigator: | Edwin Mwango |
| Time Zone: | PST (Pacific Standard Time) | Investigator(s): | Edwin Mwango |

I. [ HYPERLINK \l "BACKGROUND" ]
II. [ HYPERLINK \l "CONCLUSION" ] Findings and Overall Conclusion
III. [ HYPERLINK \l "INVOLVEDPARTIES" ]
IV. [ HYPERLINK \l "TIMELINE" ]
V. [ HYPERLINK \l "APPLICABLEPOLICIES" ]
VI. [ HYPERLINK \l "ALLEGATIONSANDANALYSIS" ] Allegations, Findings and Analysis

I. **BACKGROUND**

▓▓▓ (▓▓▓ ▓▓▓ ("▓▓▓ ▓▓▓ EAs, raised harassment complaints through their HRBP Tarsha Wiliams ("Tarsha"), alleging that Stefan Haney ("Stefan") Director, Biz Tech, had used harassing language toward them. The most recent incident involved ▓▓▓ during a space allocation discussion. However, ▓▓▓ EA, noted that this was not the first time Stefan had exhibited this behavior at work. ▓▓▓ specifically reported that she had been subjected to harassment by Stefan for over a year. She did not report the concerns to her HRBP because she was fearful that she could lose her job, but she discussed her experiences with ▓▓▓ another EA who supports Stefan's manager, Andrew Hamel., VP CXT, Machine Learning & FMA.

II. **POLICY FINDINGS AND OVERALL CONCLUSION**

**Overall Conclusion:**

Altogether, the different pieces of evidence corroborate the findings that Stefan made the alleged statements to ▓▓▓ and ▓▓▓ It is also more likely that Stefan has subjected ▓▓▓ to

INVESTIGATION REPORT

harassing and intimidating behavior during her employment.  This investigation finds that ▮▮▮▮ and ▮▮▮▮ report of the various interactions with Stefan to be accurate and credible. Stefan violated the Amazon's [ HYPERLINK "https://inside.amazon.com/en/Employment/uspolicies/Pages/WorkplaceHarassment.aspx" ], his conduct fell short of expectations for a leader.

**Subject**: Stefan Haney

    **Issue Category:**   Investigation / Harassment - Other

    **Policy Finding:** Substantiated

III.    INVOLVED PARTIES

| NAME (Last, First) | EMPLOYEE NUMBER | INTERVIEWER | Business Title of Interviewee | RELATIONSHIP TO CASE |
|---|---|---|---|---|
| Stefan Haney | 089987 | Edwin Mwango | Director, Biz Tech | Subject |
| ▮▮▮▮ | 101111020 | Edwin Mwango | Executive Assistant | Complainant |
| ▮▮▮▮ | 101240830 | Edwin Mwango | Executive Assistant II | Complainant |
| ▮▮▮▮ | 102185834 | Edwin Mwango | Executive Assistant | Complainant |
| Janelle Bracken | 678287 | Edwin Mwango | Principal Product Mgmt - Tech | Witness |
| Aaron King | 119719 | Edwin Mwango | Sr. Mgr. Product Management | Witness |
| Pandora Cable | 859369 | Edwin Mwango | Executive Assistant II | Witness |

IV.    TIMELINE

▮▮▮▮ joined Amazon in February 2016 as an EA and has been in the role since. ▮▮▮▮ joined Amazon in June 2016 as an EA and currently in an EA II role with some oversight over ▮▮▮▮  ▮▮▮▮ joined Amazon in May 2017 as an EA and has been in the role since. Stefan joined Amazon in October 2003. Stefan has been in two director roles since 2013.

V.    APPLICABLE POLICIES

On August 28, 2018, the Employee Relations team was asked to investigate complaints reported by ▮▮▮▮ and ▮▮▮▮ against Stefan that alleged harassment. The focus of this investigation is to determine whether ▮▮▮▮ and ▮▮▮▮ experienced harassment by 

Stefan. Furthermore assess whether any conduct by Stefan raises to a violation of Amazon policy, including but not limited to [ HYPERLINK "https://inside.amazon.com/en/services/legal/us/codeofconduct/Pages/ConductandEthics.aspx" \l "amz_section04" ], [ HYPERLINK "https://inside.amazon.com/en/Employment/uspolicies/Pages/EqualEmploymentOpportunityPolicy.aspx" ] *and* [ HYPERLINK "https://inside.amazon.com/en/Employment/uspolicies/Pages/WorkplaceHarassment.aspx" ].

Relevantly, Amazon's [ HYPERLINK "https://inside.amazon.com/en/Employment/uspolicies/Pages/Owner'sManual.aspx" ] (See [ HYPERLINK \l "E1" ]) states the following:

The Standards of Conduct are a list of examples of infractions that may result in corrective action, up to and including termination of employment. The Standards of Conduct are only guidelines; it is not possible to list all the forms of behavior that are considered unacceptable in the workplace, and the Standards of Conduct is not intended to be all-inclusive or exhaustive. As an at-will employer, Amazon reserves the right in all circumstances to apply any level of corrective action as appropriate, up to and including immediate termination of employment, without prior corrective action or notice for conduct in either category or for conduct not described in the Standards of Conduct. Employment with Amazon is at the mutual consent of Amazon and the associate, and either party may terminate that relationship at any time, with or without cause, and with or without advance notice.

**Category 1:**

The following relevant work conduct infractions are regarded as extremely serious:

- Assaulting, threatening, intimidating, coercing, or interfering with supervisors or fellow associates
- Sexual or other unlawful or unwelcome harassment
- Making, publishing, or repeating knowingly or maliciously false statements concerning an associate, the company, or its products
- Discriminating against a fellow associate or prospective associate on the basis of race, religion, creed, color, national origin, citizenship, marital status, sex, age, sexual orientation, gender identity, veteran status, political ideology, ancestry, or the presence of any physical, sensory, or mental disabilities or other legally protected status

**Other Harassment**

Workplace harassment prohibited under this policy is not limited to sexual harassment. Statements or actions that offend or demean an individual based on his/her race, religion, creed, color, national origin, citizenship, marital status, age, sexual orientation, gender identity, veteran status, political ideology, ancestry, or the presence of any physical, sensory, or mental disabilities are also inappropriate and are strictly prohibited.

**VI.   FACTUAL ALLEGATIONS, FINDINGS, AND ANALYSIS**

**Subject:** Stefan Haney

## INVESTIGATION REPORT

**Issue Category:** Harassment - Other

**Factual Allegation 1:** Stefan said to ▇▇▇ "What kind of incompetent mess do you have going on over there? What the fuck just happen?

**Factual Finding:** ▇▇▇ reported to her HRBP Tarsha Williams that Stefan Haney has a reputation for treating female employees at Amazon poorly. She stated she had had her own run-in with Stefan in the spring of 2017. ▇▇▇ reported the conversation as noted below. This conversation was reiterated in the investigation interview:

▇▇▇ - "Hello"

Stefan - "What kind of incompetent mess do you have going on over there? What the fuck just happen?

▇▇▇ - "Excuse me, who is this?"

Stefan - "It's Stefan Haney and I was supposed to meet with Andrew today, and if he gives a fuck about this org, he will meet with me. Why in the hell did you cancel the meeting?"

▇▇▇ - "The meeting was canceled on your end, not ours. However, I did reschedule Andrew in another meeting since your EA canceled the meeting."

Stefan - Used more expletives and told her to tell Andrew they needed to meet that day.

▇▇▇ reported that Andrew did meet with Stefan that day and Andrew told her he told Stefan he was to never to speak to ▇▇▇ that way again or any Amazon employee.

Shortly afterward Andrew became the VP for CXT and Stefan reported to Andrew. After the transition, Stefan seems to avoid having interactions with ▇▇▇ Late summer of 2017 Stefan was waiting for Andrew to arrive for a meeting. Stefan told ▇▇▇ he was sorry about the way they met and he felt like a "douche for behaving that way." He then asked ▇▇▇ if she liked wine and chocolate, he would buy her some. In response, ▇▇▇ noted that she merely wanted everyone to be professional.

**Factual Analysis:** During the investigation, I asked Stefan about this interaction, Stefan reported that he was trying to get on Andrew's calendar. However, after the cancellation mistake by his EA ▇▇▇ it appeared it was going to take time before he could connect with Andrew. Stefan pushed for a meeting as soon as possible. Stefan reported that he was pushy in his request. As a result, ▇▇▇ became frustrated. Stefan noted that his question was "how can we move fast and how can we find the time." I asked Stefan if that was his request or did he angrily uses expletives, he noted he could not remember though it was likely he did because he was trying to move fast. Stefan also confirmed that once he got on the calendar, his manager Andrew talked to him about not disrespecting his EA and being overly pushy. Stefan noted that this was the only time Andrew had spoken to him about his tone when dealing with employees at Amazon

Stefan partially admitted to these claims and at times noted that he could not recall the interaction fully. He did not deny the allegations. Furthermore, he recalled the conversation

## INVESTIGATION REPORT

with Andrew remanding him to respect ▮▮ ▮▮ clearly remembered word-by-word the specifics of the interaction. Furthermore, Andrew confirmed through his HRBP Tarsha that he spoke to Stefan about the behavior. I found ▮▮ report of the incident to be more accurate.

**Issue Category:** Harassment - Other

**Factual Allegation 3:**   Stefan jumped in front of ▮▮ slammed a laminated floor map on the table and demand to get the space he wanted.  He yelled at ▮▮

**Factual Finding:** ▮▮ ▮▮ and several others EAs were working on a move for the CXT Org.  Stefan had several requests about space. ▮▮ changed locations for their org several times based on Stefan's request. However, Stefan came back and wanted something different on several occasions.  He requested an additional change in Aug that ▮▮ was unable to make because it impacted Jason Patrol's team.  Jason's EA, ▮▮ declined the last request from ▮▮ for Stefan's team because the change was going to impact Jason's team negatively. Furthermore, Jason was on paternity leave in August. After Stefan realized that Jason's team declined to make the change, he became upset. ▮▮ reported that Stefan yelled at her and then barged into ▮▮ work area when ▮▮ was speaking to Janelle Bracken.   Stefan angrily and abruptly interrupted ▮▮ and Janelle by slamming a laminated floor map on the table and demanding to get the space he wanted.  He yelled at ▮▮

▮▮ reported that she was caught off guard by Stefan.  ▮▮ confirmed that she was at her desk and was abruptly told by Stefan that he wanted two seats on the map. Stefan said, "I need these two spots, and they are non-negotiable." Previous to this interaction, ▮▮ and ▮▮ had connected and mapped the seating. ▮▮ had 120 employees to assign space to while ▮▮ had 45. ▮▮ reported that she made several concessions based on requests from ▮▮ which she believed were requests from Stefan, but this last request did not make sense because it split her team to accommodate Stefan's two seats. ▮▮ reported that she attempted to reason with Stefan in trying to make allowances but he was a set on wanting to get the two seats. ▮▮ said that Stefan was very loud when he was making his request. Several employees noticed the engagement though ▮▮ was unsure if they all knew that Stefan was a director. Stefan brought ▮▮ with him to ▮▮ desk. ▮▮ reported that she had attempted to reason with Stefan on multiple occasions, but he was not reconsidering his request. He wanted to speak with ▮▮ directly. ▮▮ further noted that she told Stefan that he needed to speak with Aaron King or another proxy since Jason, ▮▮ manager was out of the office on leave. Stefan appeared to be focused on speaking ▮▮ instead of Aaron.

**Factual Analysis:**
Stefan did not deny this allegation. He reported that he regretted his actions specifically the interruption of ▮▮ and ▮▮ s meeting and the way he spoke to ▮▮ Stefan noted that once he stepped away from the situation for some time, he realized that he was wrong and needed to correct the misstep and wanted to apologize to ▮▮ ▮▮ Janelle, and others.

Aaron King reported that he learned about the situation via a Chime message from ▮▮ (See Exhibit 3). He immediately made himself available and pulled ▮▮ into Jason's office.  At the time ▮▮ was emotional following her interaction with Stefan. While Aaron and ▮▮ were in the office discussing the matter, Stefan came back and knocked a few times and entered the office to apologize. The apology was  directed to ▮▮ ▮▮ and Aaron.

INVESTIGATION REPORT

Janelle confirmed the incident as reported by ▇▇▇. She noted that she walked from the situation midway because she realized that her meeting with ▇▇▇ was interrupted and merely wanted to connect with ▇▇▇ at a different time. Janelle noted that she worked under Stefan before and knew about the outbursts, it was unusual and concerning seeing ▇▇▇ in this situation because she did not know Stefan. Janelle reported that Stefan inserted himself into their conversation and wanted to have his questions answered. Janelle said that later on Stefan requested that she stops by his office. When Janelle went up to Stefan's office, he apologized to her for his conduct during the day.

▇▇▇ Janelle, Stefan, Aaron, and ▇▇▇ reported this incident accurately, without discrepancies. Stefan did not deny the allegations and noted that he apologized after he realized the impact of his actions. It is also likely that ▇▇▇ took offense to the commentary Stefan made, which led to the escalation. While Stefan is not ▇▇▇ manager, as a Director, Stefan has some degree of authority, the reported comments and actions had more impact.

**Issue Category:** Harassment - Other

**Factual Allegation 2:**   Stefan Haney has a reputation for treating female employees at Amazon poorly.

**Factual Finding:** ▇▇▇ noted that the best way she described Stefan's relationship with his EA ▇▇▇ is abusive. ▇▇▇ stated that ▇▇▇ behaves like a "battered woman."  One moment Stefan is telling her, she is useless and can't do anything right, and then he makes up with her and tells her how great she is.  His behavior confuses ▇▇▇ and she is beat down from the interactions with the ups and downs with Stefan. Recently ▇▇▇ and ▇▇▇ decided to report the matter to HR. However, ▇▇▇ was very nervous about interactions. For example, when ▇▇▇ reported her situation to her manager Jason Patro, when Jason returned from paternity leave, he requested to meet with Stefan on, August 29th. In response, Stefan gave ▇▇▇ a hard time on the invite.  He asked her if there was anything she wanted to tell him.  ▇▇▇ reported that she told Stefan "No, I don't know what you are talking about."  ▇▇▇ knew the incident was about the ▇▇▇ situation.

During the investigation interview, ▇▇▇ asked about confidentiality and if Stefan would know that ▇▇▇ had participated in the process.  ▇▇▇ reported that she was fearful that reporting this matter would result in retaliation and overall impact her employment.

▇▇▇ reported that she had worked with Stefan for two years.  ▇▇▇ characterized her relation with Stefan as controlling. She noted that if something does not get done or go his way, he gets very upset.  ▇▇▇ noted that she had seen him get physical to show his emotion by hitting his desk, being very loud and use profanity excessively.  He calls people stupid or denotes that the work is not is not "rocket science." His perspective is that things need to be done one his way or not at all.

▇▇▇ noted that in the incident related to ▇▇▇ she had pushed back, but the outcome was not consistent with what Stefan wanted. As a result, he grabbed the maps and walked angrily to find ▇▇▇ He went down the stairs…pacing back and forth saying, where is she? ▇▇▇ noted she had tried to protect ▇▇▇ especially with Jason being out. ▇▇▇ had recommended that

INVESTIGATION REPORT

Stefan speak with Aaron King but Stefan was so fixated on getting the outcome he wanted, he asked ▊ to go with him to find ▊ instead.

▊ reported another incident involving Becky Lapale, Consumer Space Program Manager. Becky was in a meeting with CXT leadership team discussing space allocation. Stefan was not agreeing with everything she was saying, he lost his temper and walked to Becky, asked her to stand up, and got close to her face and said "is this too close." He was trying to illustrate high-density sitting. Realizing what he had done, he later on, bought her coffee, cards, and asked if she drinks wine. In the investigation interview, Stefan did not deny this incident. He highlighted how long it took for Becky's team to respond to his team's request but could not deny his conduct, including getting into Becky's face.

**Factual Analysis:** Both ▊ and ▊ characterized Stefan as manipulating. For example in ▊ case, Stefan offered her wine, chocolate to try to fix his mistakes from spring 2017. In Becky's case, ▊ noticed that Stefan offered her the same. In ▊ case, ▊ reported that following the ▊ incident, Stefan contacted her asking for a promotion for ▊ (See Exhibit 3). ▊ is Stefan's EA, she has access to his email.

I asked ▊ why she did not report these concerns to HR sooner. ▊ stated that she needs a job. Stefan had used his tenure at Amazon to show that he has influence. He knows how to manage up. Tarsha Williams the HRBP confirmed this perspective. When she assumed the team as the HR leader and engaged Stefan, she noted that she perceived Stefan as a model leader, unbeknown that these concerns would surface later. ▊ reported that based on her view of this influence and likability, she feared that she did not have recourse.

While there weren't many objective examples related to ▊ other than the promotions email, to assess the allegation pertaining to her, I examined the Inherent plausibility, motive, corroboration and witness testimony, and historical record. In collaboration, the most persistent issue in this investigation is the fact that several different employees all independently had interactions with Stefan and characterized his conduct as harassing, unprofessional, and uncomfortable. If one employee reacted that way, it could simply be a misunderstanding, but the reaction was pervasive enough to show that it was more likely than not that ▊ had likely experienced more situations given her proximity to Stefan. Based on all circumstances surrounding this case, it is more likely that Stefan conducted himself as reported by ▊

I assessed why the noted behavior was specific to a female employee. All of the concerns raised were raised by female employees, in EA roles other than Becky's situation. I interviewed Pandora Cable who used to support Stefan previously, she characterized Stefan as a model leader. She never experienced any conduct as reported recently. She recalled that Stefan had a lot on his "plate" when she worked with him, but he managed through the work and did better than other leaders. Nevertheless, the noted strong leadership in the past does not change the most recent situations.

Altogether, the different pieces of evidence corroborate the findings that Stefan made the alleged statements to ▊ and ▊ It is also more likely that Stefan has subjected ▊ to harassing and intimidating behavior. This investigation finds that ▊ ▊ and ▊ report of the various incidents to be accurate and credible. Stefan violated the Amazon's [ HYPERLINK

INVESTIGATION REPORT

"https://inside.amazon.com/en/Employment/uspolicies/Pages/WorkplaceHarassment.aspx" ], his conduct fell short of expectations for a leader. The investigation recommends remedial action to mitigate reoccurrence of similar incidents.

**Exhibits**

| | Exhibit 1 – Standards of Conduct |
|---|---|



Adobe Acrobat Document

**Exhibit 2 – Space Planning**

[ EMBED Package ][ EMBED Package ]

**Exhibit 3 – Promotion-▉▉▉**

[ EMBED Package ]

**Exhibit 4 – ▉▉▉ Chime to Aaron**

Thursday August 16, 2018

Sheth, ▉▉▉                                                                 9:50 AM

hey, are you free! need space help, Stefan just came bombarded me