# EXHIBIT

# 3

Redacted

# Forte 2017
# Stefan Haney

Business title: Director,BuyingExperience –CXT
Manager: Llew Mason, llmason@
Finalized by: Sean Scott, sscott@

---

# Employee portion

### What are you most excited about at work?

I am most excited to identify a direction for my teams to unlock a flood of shopping invention ideas from which at least one new ecommerce standard emerges

### When you're at your best, how do you best contribute?

At my best, I use my Amazon history and connections to accelerate my teams, avoid repetitive mistakes, and exponentially grow careers.  At my best, in every interaction and in focused training sessions, I am mr. miyagi to coach people into deeper skills and more efficient methods of work

### Are there any growth areas you want help on?

I desire to hire and develop bigger leaders, particularly 8s.
I want to identify new mechanisms for learn and be curious - too often, I intuitively jump on a solution rather than a solution framework.

### Which Leadership Principles do you most excel at?

> #### Customer Obsession
> Leaders start with the customer and work backwards. They work vigorously to earn and keep customer trust. Although leaders pay attention to competitors, they obsess over customers.

> #### Invent and Simplify
> Leaders expect and require innovation and invention from their teams and always find ways to simplify. They are externally aware, look for new ideas from everywhere, and are not limited by "not invented here." As we do new things, we accept that we may be misunderstood for long periods of time.

> #### Hire and Develop the Best

CONFIDENTIAL                                                                    AMAZON_HAYDAR_00013766

Leaders raise the performance bar with every hire and promotion. They recognize exceptional talent, and willingly move them throughout the organization. Leaders develop leaders and take seriously their role in coaching others. We work on behalf of our people to invent mechanisms for development like Career Choice.

## Think Big

Thinking small is a self-fulfilling prophecy. Leaders create and communicate a bold direction that inspires results. They think differently and look around corners for ways to serve customers.

## Have Backbone; Disagree and Commit

Leaders are obligated to respectfully challenge decisions when they disagree, even when doing so is uncomfortable or exhausting. Leaders have conviction and are tenacious. They do not compromise for the sake of social cohesion. Once a decision is determined, they commit wholly.

# Feedback

### You bring a lot of strengths to your work at Amazon. What stands out for me is:

Still early days having only worked with you for a couple months but your super power appears to be fearlessness coupled with bias for action. No problem too big or painful, you dive in head first, starting by questioning all the basics and all the assumptions to get a solid grasp on the challenge.

### Here are the super powers your peers provided:

I haven't worked much with Stefan yet, but so far I have seen that he is fearless in offering his POV and experience while still listening and learning.

Mr. Crowbar. Strong ownership and bias for action to get things done. Always has a strong point of view on priorities and where the team should focus. His decisions are rooted in customer obsession and data driven decision making.

CONFIDENTIAL                                                                  AMAZON_HAYDAR_00013767

Stefan is at his best when he is able to think big about a problem or a new space. He often pushes people to think long term and without boundaries when reviewing PRFAQs or concepts for new ideas.

Stefan is looking after feedbacks and creating a culture where his internal customers participate to the thought process. He is solid in his convictions, and open to conflicting views

Stefan is remarkable in his deep knowledge of Amazon and the Marketplace. His knowledge is broad and vast helping in many areas of product development. His team listens and is eager to hear his direction. He is successful in earning trust within his org.

Stefan possesses encyclopedic knowledge of the business and can pivot/focus that knowledge on seemingly any category/part of the business.

Stefan was a tremendous help in formulating joint Core ML team goals with the Marketplace team (Earn Trust). He has a good idea of business priorities and helped us prioritize between the different efforts based on customer impact. Finally, Stefan has been a great partner and we delivered Brand Builder models for deals recommendation jointly with his team (Deliver Results).

Stefan's superpower is his tenaciousness and willingness to grind through hard problems until they are resolved. He is fearless in taking on tough challenges and knows how to navigate and pivot when needed. His natural competitive spirit fuels some of his desire to solve the hardest problems and he knows how to bring teams along with for the quest.

Stefan's superpower is in his decisiveness and bias for action. He likes to be in the spotlight and moving things forward. He is also very effective in hiring and filling openings on his team (even filling roles that dont exist yet).

Your superpower is making fast decisions. Some decisions are great, some not but you help the teams unblock themselves and take ownership of their space. Role model behavior in moving fast while still aligned to the tenets. And your network and connections across the company are second to none. And you are a good coach/teacher.

## Here are the super powers your direct reports provided:

1) Strong mentor. never misses an opportunity. all feedback constructive and inspiring. For every best practice, he knows what about it is important and why. 2) Prioritization, trade-offs and focus. 3) Business guy. CXT is all tech leaders with a few product thinkers. It is great to have someone to channel ROI and strategy.

CONFIDENTIAL                                                                    AMAZON_HAYDAR_00013768

Stefan has a bias towards building sustainable operational mechanisms, exemplified in his direction for better latency exemption guidelines, TAM-DP ticket handling processes/tooling and structured individual goals. While still early days, I have seen Stefan ask the right questions to the team and partners to drive decisions for customers and partners.

**We know that leaders are never done learning and always seek to improve themselves. Below are the growth ideas your co-workers and I provided. We hope you find these ideas useful.**

### Growth ideas from me:

Need to be careful with your strong opinions and your strong voice. As you become more senior, your voice and opinions carry more weight and can easily change a room and help or hurt partnerships.

### Growth ideas from your peers:

3 areas: Earn Trust (avoid unnecessary animosity with some leaders/teams), Dive Deep (do not always oversell your systems and processes), and Insist on High Standards (be consistent in your guidance to your teams on what is important, and evolve their ideas - make them bigger)

Earns Trust of others is an area of growth for Stefan.  I have seen him alienate stakeholders and peers through his sometimes forceful manner.  This has at times lead to difficult on-going working relationships with those groups.

He could share more on what he plans to do from the feedbacks he receives, to manage expectations

Stefan can dominate the room or discussion. This can have the effect of stifling other points of view.

Stefan can work on being less defensive while receiving feedback and organize his teams better. He has a tendency of recruiting and taking headcount (not very frugal) without clear goals/responsibilities, leading to employee churn.

Stefan could earn more trust by taking more of a listening approach to new idea generation. Too often, he jumps in with very strong conviction with a clear black or white answer, vs. hearing the ideas through and potentially building on them.  He should also ensure his team is aligned to the entire Org's vision; too often they are not.

Stefan's crowbar mentality and strong point of view can lead to a lack of building strong relationships with peers, stakeholders, and leadership. Stefan can come across as intimidating as well as defensive when pushing his agenda/POV, leading to a lack of Earning Trust.

Stefan's growth area is to refine his natural tendency around have backbone, disagree into helping others refine their ideas. He is very quick on challenging an idea (and often correct), but he is at his best when he is patient at helping others bolster or fix ideas. I've seen him do this well when inspecting OP1/3YP ideas as the author.

To build on this superpower Stefan will need to continue to develop clarity of vision for his org and his leadership team to keep the team aligned and moving the right direction. He could grow in how he sets the bar for his hires and by focusing on development and role definition as much as just hiring itself.

While Brand Builder deals recommendation had a huge impact (2016 GMS impact of $472MM) some of the other joint projects with Stefan's team did not make it to production: Seller presence value, Nudge prioritization models, etc. It will be great if we can plan better to productionize ML models and measure lift in business metrics due to the models.

## Growth ideas from your direct reports:

Since Detail Page encompasses a vast set of technologies, tools and processes – in addition to myriad customer use cases and partners – there is a ramp up that Stefan is going through. I wish him best in this journey.

There have been a couple instances where you have confused people by speaking about your vision before they had sufficient context. (E.g. Softlines & DPv2, Casino, DP team organization). Don't forget to build a bridge from where your audience is to where your vision is. Your visions are compelling.

# Thank you!

Amazon Confidential

CONFIDENTIAL                                                          AMAZON_HAYDAR_00013770

# Forte 2018
# Stefan Haney

## Employee portion

### What are you most excited about at work?

Repositioning the Detail Page team from feature identified to Customer focused.  Driving tailored shopping product presentation anywhere, reducing architectural friction, and developing business levers.  Increasing the bar of customer obsession by focusing on fact based frameworks for shoppers and business who want to drive value through layout.  Eliminating ? mark emails on shopper frustrations from my wife

### When you're at your best, how do you best contribute?

Leveraging pattern recognition, best practices, and network from amazon experience to equip and grow others, increase delivery velocity, and impact.  I create focus for the team and programs with strategy/priorities, unblock and deflect requests, and give how-to examples

### Which Leadership Principles do you demonstrate when you are at your best?

Think Big

Thinking small is a self-fulfilling prophecy. Leaders create and communicate a bold direction that inspires results. They think differently and look around corners for ways to serve customers.

Bias for Action

Speed matters in business. Many decisions and actions are reversible and do not need extensive study. We value calculated risk taking.

Have Backbone; Disagree and Commit

Leaders are obligated to respectfully challenge decisions when they disagree, even when doing so is uncomfortable or exhausting. Leaders have conviction and are tenacious. They do not compromise for the sake of social cohesion. Once a decision is determined, they commit wholly.

CONFIDENTIAL                                                     AMAZON_HAYDAR_00013771

**What growth ideas do you have for yourself? (optional)**

(no response)

**Are there any Leadership Principles you want to focus on for growth? (optional)**

Frugality

Accomplish more with less. Constraints breed resourcefulness, self-sufficiency and invention. There are no extra points for growing headcount, budget size or fixed expense.

Learn and Be Curious

Leaders are never done learning and always seek to improve themselves. They are curious about new possibilities and act to explore them.

Ownership

Leaders are owners. They think long term and don't sacrifice long-term value for short-term results. They act on behalf of the entire company, beyond just their own team. They never say "that's not my job."

# Feedback

### You bring a lot of strengths to your work at Amazon. What stands out for me is:

Long-term Amazonian leader who knows how to set up the right mechanisms for his team/org to succeed.  Very data/metrics driven decision maker; closes the loop and audits consistently. He simplifies and eliminates ambiguity to drive decisions forward.  He has no fear to question authority or the status quo in order to make the right decisions for customers.

### Here are the super powers your peers provided:

Killing ambiguity, protecting his team, driving prioritization, pass-down about CLT/STEAM decisions, and being a role model for ownership with regards to shopper frustrations we should take on irrespective of our bandwidth (eg. taking on Sebastian escalation mid-year to make ship cost available on detail page). Is a leader to learn from.

CONFIDENTIAL

AMAZON_HAYDAR_00013772

Resist social cohesion. Stefan isn't afraid of driving the hard discussion. He also sets an example for all of us with his closed-loop management mechanisms. He's a very Amazonian leader.

Stefan charges into controversial and ambiguous challenges with energy and drive, leading his team to do the same.  He breaks down complexity into addressable issues to keep the train moving and doesn't let anyone or anything get in his way of striving for the best customer experience.

Stefan drives decision making, breaking complex issues down into digestable actions to pave a path forward with a strong bias for action.   He eliminates ambiguity and is a strong advocate for detail page, his team members, and the customer.   He is tenacious in problem solving with a relentless focus on reaching resolution.

Stefan has great judgment and a willingness to do whatever is right, no matter how difficult that may be.  His is quick to make tough decisions and align his team around a common vision.  He has a lot of passion for his space and can rally teams around him.

Stefan has outstanding customer experience instincts. He will often defer to the design team, but I find his insights and ability to effectively channel the customer extremely helpful for my own team in developing new features and experiences. He has a very high bar for quality, and is not afraid to challenge fundamental parts of the design, to improve CX.

Stefan is a clear communicator who engages well with other teams. He may be helping them, he may be telling them, no, or he may be negotiating resources/goal alignment in each case he's never ambiguous about what he thinks or what his aims are. And he does it in a non-personal way.

Stefan is a natural leader with clear direction and decisiveness. He fiercely protects his team, and is their strongest advocate.  His structure in the way he works and the way he leads is propelled by the end customer experience.

Stefan is bold, customer-focused, and thinks at large scale. He can quickly sharpen a debate to the key one or two customer-facing issues that need to be addressed, and with that he drives alignment and closure. He's creative in how he has built his team to make better, sustainable progress for detail page on behalf of Amazon.

Stefan is structured and purposeful in everything he does and is impatient with others who aren't. He raises the bar by modelling this behavior. He is able to effectively transmit his learnings and philosophy through clear tenets and frameworks. He attracts talent as

https://forte.corp.amazon.com/forte/hrbp/reviews/haney/cycles/2018

CONFIDENTIAL

AMAZON_HAYDAR_00013773

evidenced by the large number of people who followed him to CXT.

Stefan is the ultimate program manager/leader, using both data and strong mechanisms to execute. He has clearly raises the bar at LT for data-driven thinking and writing - something which we've all learned from him. In the past year, he's also demonstrated the ability to attract talent internally and seems to challenge them with the right opportunities for growth,

Stefan seeks feedback on himself and his team and sincerely wants to do right by his partners. It's not always obvious given his delivery can sound hard-headed but he is thinking about how to balance everyone's' needs, while delivering for his leadership and for his people. and he's listening to all the feedback and responding. I love that about him.

Stefan's exemplifies Customer Obsession, Have Backbone, and Highest Standards. These Leadership Principles are manifested in how he organizes/measures his teams and what he expects from other Amazonians. When these LPs are coupled with Stefan's natural leadership ability, he can be very influential in advocating for or defining a great customer-experience.

Stefan's superpowers are high standards, earn trust, and ownership.  He's a pleasure to work with, an enthusiastic advocate of PW, and a strong, transparent partner. While resources are limited and pipelines slow – Stefan solicited input on his comprehensive OP1 plan, challenged convention and raised the bar on deputy practices, and found creative ways ways to unblock our team.

Your super power is creating clear mechanisms for your team to work with you to deliver results. You are thoughtful about the processes you've created and continually check whether these are the right processes for success.

## Here are the super powers your direct reports provided:

One of Stefan's super powers is instilling confidence in his team. His bold direction, emphasis on autonomy ("Whose permission do you need?)", and unwavering support in the face of escalation, provides the confidence his team needs to act decisively on behalf of the business.

Stefan consistently approaches things from a different, broader level, e.g. bringing business and product perspectives to tech and ops and vice versa, inspiring others to think big and to invent and simplify. He also communicates ideas articulately, both in his writing but also in the way he reviews and helps others to improve their writing.

CONFIDENTIAL                                                                    AMAZON_HAYDAR_00013774

Stefan is like Thing from the Fantastic Four. He can blow through any obstacles thrown his way and better yet, thrown at anyone in his organization. He is also fantastic at providing an environment where leaders can learn, help each other and grow in their careers.

Stefan's super power is to think about Detail page from a customer perspective, striving to reduce feature clutter. He is also a big proponent of reducing tech debt, in order to drive down cost of operations for serving customers. Stefan's other strength is his writing skills, and his ability to review a document quickly and provide meaningful feedback.

Taking an idea or proposal, extracting the essence of it and then communicating it in such a way that it resonates with the target audience.
Standing up for what is best for Amazon or is just the right thing to do, no matter who is challenging him.
Being precise and factual in written communications.

## The Leadership Principles are a key component of Amazon culture. Your peers, direct reports (if applicable), and I think you best demonstrate the following Leadership Principles:

### Insist on the Highest Standards
10 responses
7 peers, 3 direct reports

Leaders have relentlessly high standards - many people may think these standards are unreasonably high. Leaders are continually raising the bar and drive their teams to deliver high quality products, services and processes. Leaders ensure that defects do not get sent down the line and that problems are fixed so they stay fixed.

### Bias for Action
10 responses
1 manager, 9 peers

Speed matters in business. Many decisions and actions are reversible and do not need extensive study. We value calculated risk taking.

### Have Backbone; Disagree and Commit
9 responses
1 manager, 7 peers, 1 direct report

Leaders are obligated to respectfully challenge decisions when they disagree, even when doing so is uncomfortable or exhausting. Leaders have conviction and are tenacious. They

https://forte.corp.amazon.com/forte/hrbp/reviews/haney/cycles/2018                    5/12

do not compromise for the sake of social cohesion. Once a decision is determined, they commit wholly.

## Customer Obsession
8 responses
1 manager, 4 peers, 3 direct reports

Leaders start with the customer and work backwards. They work vigorously to earn and keep customer trust. Although leaders pay attention to competitors, they obsess over customers.

## Ownership
7 responses
5 peers, 2 direct reports

Leaders are owners. They think long term and don't sacrifice long-term value for short-term results. They act on behalf of the entire company, beyond just their own team. They never say "that's not my job."

## Are Right, A Lot
4 responses
3 peers, 1 direct report

Leaders are right a lot. They have strong judgment and good instincts. They seek diverse perspectives and work to disconfirm their beliefs.

## Deliver Results
3 responses
1 peer, 2 direct reports

Leaders focus on the key inputs for their business and deliver them with the right quality and in a timely fashion. Despite setbacks, they rise to the occasion and never settle.

## Hire and Develop the Best
3 responses
2 peers, 1 direct report

Leaders raise the performance bar with every hire and promotion. They recognize exceptional talent, and willingly move them throughout the organization. Leaders develop leaders and take seriously their role in coaching others. We work on behalf of our people to invent mechanisms for development like Career Choice.

CONFIDENTIAL                                    AMAZON_HAYDAR_00013776

## Think Big
2 responses
1 peer, 1 direct report

Thinking small is a self-fulfilling prophecy. Leaders create and communicate a bold direction that inspires results. They think differently and look around corners for ways to serve customers.

## Earn Trust
1 response
1 peer

Leaders listen attentively, speak candidly, and treat others respectfully. They are vocally self-critical, even when doing so is awkward or embarrassing. Leaders do not believe their or their team's body odor smells of perfume. They benchmark themselves and their teams against the best.

## Invent and Simplify
1 response
1 peer

Leaders expect and require innovation and invention from their teams and always find ways to simplify. They are externally aware, look for new ideas from everywhere, and are not limited by "not invented here." As we do new things, we accept that we may be misunderstood for long periods of time.

## Dive Deep
1 response
1 peer

Leaders operate at all levels, stay connected to the details, audit frequently, and are skeptical when metrics and anecdote differ. No task is beneath them.

## Learn and Be Curious
1 response
1 direct report

Leaders are never done learning and always seek to improve themselves. They are curious about new possibilities and act to explore them.

**We know that leaders are never done learning and always seek to improve themselves. Below are the growth ideas your co-workers and I provided. We hope**

CONFIDENTIAL                                                    AMAZON_HAYDAR_00013777

you find these ideas useful.

## Growth ideas from me:

Be right more often:  (1) balance diving deep and gathering more data with your natural bias for action and constantly moving forward. (2) be respectful and listen, especially with audiences that are not naturally combative; Be firm, but with respect.

Act like an owner by acting more on behalf of the whole company instead of your (or your teams) interests.

## Growth ideas from your peers:

DP has a very deep, complex tech stack. While Stefan has set a clear vision and put some strong leaders in place, there are still several people who are managing  technical debt instead of making it go away. I think this is his plan, but to do more with less, he should empower his tech leaders to pay this down.

Disagree with partners in meetings with more respect (more constructively). Also some small things like knock politely to take a room (vs. entering room to force them out), being more inclusive of remote-attendees through the use of VC, being more inclusive of non-Americans on the team by coaching through globally-understood analogies (vs. coaching via references to US-sports).

His bias for action and decisiveness can lead to perceptions of bulldozing.  He can interrupt or talk over others when his viewpoint is challenged.  If a decision is not reached in the meeting, Stefan may still charge forward separately with the actions that he believes are right. Although often right, this approach decreases trust and discounts his credibility.

I would love more and more regular communication from Stefan. He's got a big world with a lot of stakeholders but we need to be kept abreast of what's happening in his universe. I have no idea what's going on.

In the past, Stefan has been too quick to provide direction without knowing critical details. This leads to the team following that direction, but ultimately having to adjust when we shouldn't have pursued that to begin with. A growth area would be to refrain from giving specific direction when he lacks information and instead trust SMEs to use their judgement.

It's not always clear how Stefan balances what's good for him/his team and what's best for our customers or the division. He is also quick to assess and judge -- usually a strength, but he can "flip the bit" too quickly sometimes. These can undermine trust in his intent and

CONFIDENTIAL

AMAZON_HAYDAR_00013778

actions.

Ownership/Earns Trust: Stefan's priority is unapologetically himself first ahead of everything else. As a result, i do not trust him to make a decision that is in the broader org's best interest if it has any negative implications on himself or his team. He's constantly posturing for headcount/empire-building and many PR/FAQs that his teams present have that primary slant.

Stefan should spend time connecting the dots for non-DP folks. Otherwise, his actions can be viewed more as what's best for Stefan and his empire building and less like customer obsession. Similarly, he should take the time to help other teams in CXT see how what he's doing with DP ties into the broader org. More vocally self-critical.

Stefan will make quick assumptions in order to speed his decision making. He has great judgment and this often works, but there have been times his assumptions were off or he assumed the worst of others.  Stefan can ensure he is open to details that might not align with his view and potentially disconfirm what he believes.

Stefan's communication style is not always inclusive, and can lead to steam-rolling and interruption.  He could grow his reputation as a trusted leader if he focused on listening and constructing feedback thoughtfully, even if it means taking time to let the tension die-down.

Stefan's team members are mostly solid communicators,  but I encourage his leaders to reach out more often to ensure we are thinking long term about how to collaborate.

Stefan's uncompromising attitude sometimes manifests as bulldozing others in the form of interruption and talking over them in meetings; he visibly disengages when the message isn't one he agrees with and exercises selective listening to take away only what he wants to hear. In one on one situations, he is the complete opposite and is an inspiring leader.

The downside of Stefan's natural leadership style and strong right/wrong views is that he can take overly definitive positions on topics and close down valid viewpoints. Additionally, he trusts his views to the point that he may develop blindspots. This may have been the case with HC - he over-hired with confidence that he could right the ship in time.

## Growth ideas from your direct reports:

Be a bit more proactive with direct reports, especially ones not familiar with Stefan's approach, to make sure that work product is aligned with desired outcomes.

CONFIDENTIAL                                                                      AMAZON_HAYDAR_00013779

Stefan is an effective collaborator across organizations and pushes his team to find effective ways to connect with partners. As Detail Page is a central area of leverage for the company, though, I would suggest he could drive even more impactful initiatives by clarifying and driving some think big strategic initiatives with key partners.

Stefan would sometimes do well to suspend judgment, and delegate goals to his team without distracting them with peripheral feedback. He could also be more transparent about his ideas about long term plans for his org, especially Blr team.

This isn't necessarily a big detriment but I haven't observed Stefan's ability to think big.  I say it isn't a detriment because he surrounds himself with others that almost all have this ability.

## Here are the Leadership Principles your peers, direct reports (if applicable), and I suggest you focus on for growth:

### Earn Trust
12 responses
1 manager, 10 peers, 1 direct report

Leaders listen attentively, speak candidly, and treat others respectfully. They are vocally self-critical, even when doing so is awkward or embarrassing. Leaders do not believe their or their team's body odor smells of perfume. They benchmark themselves and their teams against the best.

### Frugality
4 responses
4 peers

Accomplish more with less. Constraints breed resourcefulness, self-sufficiency and invention. There are no extra points for growing headcount, budget size or fixed expense.

### Are Right, A Lot
3 responses
1 manager, 1 peer, 1 direct report

Leaders are right a lot. They have strong judgment and good instincts. They seek diverse perspectives and work to disconfirm their beliefs.

### Ownership
3 responses
1 manager, 2 peers

CONFIDENTIAL                                                    AMAZON_HAYDAR_00013780

Leaders are owners. They think long term and don't sacrifice long-term value for short-term results. They act on behalf of the entire company, beyond just their own team. They never say "that's not my job."

## Learn and Be Curious
3 responses
2 peers, 1 direct report

Leaders are never done learning and always seek to improve themselves. They are curious about new possibilities and act to explore them.

## Hire and Develop the Best
2 responses
1 peer, 1 direct report

Leaders raise the performance bar with every hire and promotion. They recognize exceptional talent, and willingly move them throughout the organization. Leaders develop leaders and take seriously their role in coaching others. We work on behalf of our people to invent mechanisms for development like Career Choice.

## Dive Deep
2 responses
2 peers

Leaders operate at all levels, stay connected to the details, audit frequently, and are skeptical when metrics and anecdote differ. No task is beneath them.

## Customer Obsession
2 responses
2 peers

Leaders start with the customer and work backwards. They work vigorously to earn and keep customer trust. Although leaders pay attention to competitors, they obsess over customers.

## Have Backbone; Disagree and Commit
1 response
1 peer

Leaders are obligated to respectfully challenge decisions when they disagree, even when doing so is uncomfortable or exhausting. Leaders have conviction and are tenacious. They

CONFIDENTIAL                                                                     AMAZON_HAYDAR_00013781

do not compromise for the sake of social cohesion. Once a decision is determined, they commit wholly.

## Invent and Simplify
1 response
1 direct report

Leaders expect and require innovation and invention from their teams and always find ways to simplify. They are externally aware, look for new ideas from everywhere, and are not limited by "not invented here." As we do new things, we accept that we may be misunderstood for long periods of time.

## Think Big
1 response
1 direct report

Thinking small is a self-fulfilling prophecy. Leaders create and communicate a bold direction that inspires results. They think differently and look around corners for ways to serve customers.

# Thank you!

Amazon Confidential

Redacted

Forte 2019
Stefan Haney

# Employee portion

### What are you most excited about at work?

I am excited to deliver new capabilities in systems, teams, and leaders focused with data on customers. I look forward to tailored experiences targeting our shopping features and learning new insights from our expanded data. I want to build new skills in promoting sr leaders and leading distributed development teams.

### When you're at your best, how do you best contribute?

At my best I use my Amazon experiences and presence to coach & simplify - to help others get new skills and sharper focus.  I help with structure for meetings, docs, and and teach frameworks such as CXBR as well as mechanisms like WBR, MBR.

### Which Leadership Principles do you demonstrate when you are at your best?

### Customer Obsession

Leaders start with the customer and work backwards. They work vigorously to earn and keep customer trust. Although leaders pay attention to competitors, they obsess over customers.

### Think Big

Thinking small is a self-fulfilling prophecy. Leaders create and communicate a bold direction that inspires results. They think differently and look around corners for ways to serve customers.

### Invent and Simplify

Leaders expect and require innovation and invention from their teams and always find ways to simplify. They are externally aware, look for new ideas from everywhere, and are not limited by "not invented here." As we do new things, we accept that we may be misunderstood for long periods of time.

CONFIDENTIAL                                                    AMAZON_HAYDAR_00013783

**What growth ideas do you have for yourself?**

I want to grow in leading bigger and getting out of the way of my leaders for them to grow bigger. I will push on this by handing off mechanism ownership and proposing director promotion candidates

**Are there any Leadership Principles you want to focus on for growth?**

Insist on the Highest Standards

Leaders have relentlessly high standards - many people may think these standards are unreasonably high. Leaders are continually raising the bar and drive their teams to deliver high quality products, services and processes. Leaders ensure that defects do not get sent down the line and that problems are fixed so they stay fixed.

Hire and Develop the Best

Leaders raise the performance bar with every hire and promotion. They recognize exceptional talent, and willingly move them throughout the organization. Leaders develop leaders and take seriously their role in coaching others. We work on behalf of our people to invent mechanisms for development like Career Choice.

Earn Trust

Leaders listen attentively, speak candidly, and treat others respectfully. They are vocally self-critical, even when doing so is awkward or embarrassing. Leaders do not believe their or their team's body odor smells of perfume. They benchmark themselves and their teams against the best.

---

# Feedback

**You bring a lot of strengths to your work at Amazon. What stands out for me is:**

(1) Stefan's super power is his backbone.  He holds others accountable and raises the bar all around him.  He is fearless challenging others no matter what level they are.  He is incredibly passionate about the customers and about Amazon, and he uses that passion as his primary

CONFIDENTIAL                                                                  AMAZON_HAYDAR_00013784

cause.

(2) Stefan responds very well to feedback and coaching. he is eager to continually improve.

### Here are the super powers your peers provided:

Stefan comes with a strong point of view and is passionate about his products. He is a seasoned Amazonian, sets a high bar, and delivers results.

Stefan has been a great partner for private brands in 2018. He has done a great job of being flexible in places and holding firm in others. The distinction is always transparent, logical, and grounded in what is best for our customers

Stefan is a long-term thinker and an owner. He is passionate about thinking through every decision in the context of its impact on Amazon overall, not just the specific situation.

Stefan is a thoughtful, deliberate, fearless leader who leaves little to chance. A mechanisms monster and a real bar raiser in every sense.

Stefan is an excellent product partner. He brings a wealth of Amazon historical knowledge to every project, along with a deep understanding of the business levers and why we should or shouldn't prioritize certain projects. His feedback as a CXBR on both docs and mocks is among the best I have encountered.

Stefan is role-model customer-obsessed; this LP can be taken for granted at Amazon but needs its ultra-champions nonetheless. Stefan constantly pushes himself and his partner teams to figure out how to deliver the right product at the right time. He's the straightest of shooters and can be counted on to be fair and thoughtful, and to listen to feedback.

Stefan's super powers are his business acumen in seeing opportunities in his area and operational excellence to execute. Stefan put in clear WBR process and holds partner teams accountable to the quality they produced which has improved the buying experience in 2018. Stefan creates a clear vision for his team but also has backbone; will disagree and commit if necessary.

### Here are the super powers your direct reports provided:

Communicating clearly and effectively to the target audience regardless o the type of communication or audience.

CONFIDENTIAL                                                    AMAZON_HAYDAR_00013785

Stefan is a great at ideation, always looking for ways to see around corners, enabling brainstorming effectively. He couples this with this ability to stay on top of a multitude of things in a fast paced and ever-changing environment. He is UN-flustered in most difficult situations and therefore someone who you can approach regardless of the problem on hand.

Stephan's superpower is to identify other's superpowers and challenge people to leverage those superpowers to the highest level.  Personally he has noticed my research background and long-term experience both at Amazon and in previous roles.  He's challenged me to turn our apprentices and journeymen into masters at Amazon.  Additionally he has a superpower to provide a safe space for senior members to give and receive feedback.

**The Leadership Principles are a key component of Amazon culture. Your peers, direct reports (if applicable), and I think you best demonstrate the following Leadership Principles:**

### Have Backbone; Disagree and Commit
6 responses
1 manager, 2 peers, 3 direct reports

Leaders are obligated to respectfully challenge decisions when they disagree, even when doing so is uncomfortable or exhausting. Leaders have conviction and are tenacious. They do not compromise for the sake of social cohesion. Once a decision is determined, they commit wholly.

### Ownership
6 responses
1 manager, 4 peers, 1 direct report

Leaders are owners. They think long term and don't sacrifice long-term value for short-term results. They act on behalf of the entire company, beyond just their own team. They never say "that's not my job."

### Customer Obsession
3 responses
1 manager, 2 peers

Leaders start with the customer and work backwards. They work vigorously to earn and keep customer trust. Although leaders pay attention to competitors, they obsess over customers.

CONFIDENTIAL                                                          AMAZON_HAYDAR_00013786

## Deliver Results
3 responses
3 peers

Leaders focus on the key inputs for their business and deliver them with the right quality and in a timely fashion. Despite setbacks, they rise to the occasion and never settle.

## Insist on the Highest Standards
3 responses
2 peers, 1 direct report

Leaders have relentlessly high standards - many people may think these standards are unreasonably high. Leaders are continually raising the bar and drive their teams to deliver high quality products, services and processes. Leaders ensure that defects do not get sent down the line and that problems are fixed so they stay fixed.

## Dive Deep
2 responses
2 peers

Leaders operate at all levels, stay connected to the details, audit frequently, and are skeptical when metrics and anecdote differ. No task is beneath them.

## Earn Trust
2 responses
2 peers

Leaders listen attentively, speak candidly, and treat others respectfully. They are vocally self-critical, even when doing so is awkward or embarrassing. Leaders do not believe their or their team's body odor smells of perfume. They benchmark themselves and their teams against the best.

## Think Big
2 responses
2 direct reports

Thinking small is a self-fulfilling prophecy. Leaders create and communicate a bold direction that inspires results. They think differently and look around corners for ways to serve customers.

## Invent and Simplify
1 response

CONFIDENTIAL

AMAZON_HAYDAR_00013787

1 peer

Leaders expect and require innovation and invention from their teams and always find ways to simplify. They are externally aware, look for new ideas from everywhere, and are not limited by "not invented here." As we do new things, we accept that we may be misunderstood for long periods of time.

## Are Right, A Lot
1 response
1 peer

Leaders are right a lot. They have strong judgment and good instincts. They seek diverse perspectives and work to disconfirm their beliefs.

## Hire and Develop the Best
1 response
1 direct report

Leaders raise the performance bar with every hire and promotion. They recognize exceptional talent, and willingly move them throughout the organization. Leaders develop leaders and take seriously their role in coaching others. We work on behalf of our people to invent mechanisms for development like Career Choice.

## Bias for Action
1 response
1 direct report

Speed matters in business. Many decisions and actions are reversible and do not need extensive study. We value calculated risk taking.

**We know that leaders are never done learning and always seek to improve themselves. Below are the growth ideas your co-workers and I provided. We hope you find these ideas useful.**

### Growth ideas from me:

(1) While Stefan raises the bar around him, I don't see him applying that same rigor or insisting on the highest standards from himself or his team.  At times, he acts as if the "law" applies to everyone else.  He would gain even more credibility by driving himself and his team to the same standards he expects from others.

CONFIDENTIAL                                                                        AMAZON_HAYDAR_00013788

(2) Stefan is at his best when he is battling for Amazon and it's customers, and not just the DP. He can come across as rigid and territorial when he applies his strong backbone for narrow purposes.

## Growth ideas from your peers:

Great leaders can often be polarizing, and I have seen this happen with Stefan.  While I am firmly in the pro-Stefan camp, I've watched other L8 and L10 leaders react less positively to Stefan's input.  I have no actionable suggestion to pair with observation, other that to suggest he work to be more adaptable to other styles of leadership.

I think Stefan's focus on his own area / experience type may cause him to lose focus on the overall customer journey.  In 2019, I would like to see Stefan demonstrate thought leadership on customer missions spanning experience types.

I would like to see Stefan lead more broadly: do more to make everyone better across CXT and CE and to connect across teams.

I would love to work with Stefan to find ways to test detail page experiments even faster in 2019. While I'm excited about what we've accomplished din 2018, we need to move faster (across both teams).

Stefan has a big chair, and his guidance can set direction for months. Sometimes he can speak off the cuff, leading to some confusion about his meaning. I encourage him to 'see around corners' and over-communicate and ensure he's getting the outcome he is looking for. I see him making an effort here, which is helpful.

Stefan has a strong POV and could be better about having a more open mind around how to come up with solutions.

Stefan's Ownership superpower can become a weakness when it blocks Bias for Action or Deliver Results. As a business owner with big immediate problems, there are times when the immediate pain actually does need to be addressed in a short-term way, even if the solution is local and not generalizable. Stefan might improve at Earning Trust by recognizing the subtle situational differences.

## Growth ideas from your direct reports:

From a personal perspective Stefan can seem to randomize his directs.  When he reaches out for our help on follow-up to external requests it isn't always clear what the priority is and sometimes his expectation of when a response is needed.  I got a request to write a

CONFIDENTIAL

"Hardened Service" FAQ that I wrote up but wasn't aware it was needed for the MBR.

Stefan can at times tend to be over zealous in making aggressive commitments without full clarity on ability to execute. He also at times tends to over delegate decisions that he should be making top-down, especially when there are conflicting views within his team.

There are many skills you have that aren't well represented on the team. In order to get the next level of scale, I think you need to work with your leadership team and fill these gaps.

## Here are the Leadership Principles your peers, direct reports (if applicable), and I suggest you focus on for growth:

### Earn Trust
5 responses
1 manager, 3 peers, 1 direct report

Leaders listen attentively, speak candidly, and treat others respectfully. They are vocally self-critical, even when doing so is awkward or embarrassing. Leaders do not believe their or their team's body odor smells of perfume. They benchmark themselves and their teams against the best.

### Dive Deep
2 responses
1 peer, 1 direct report

Leaders operate at all levels, stay connected to the details, audit frequently, and are skeptical when metrics and anecdote differ. No task is beneath them.

### Deliver Results
2 responses
2 peers

Leaders focus on the key inputs for their business and deliver them with the right quality and in a timely fashion. Despite setbacks, they rise to the occasion and never settle.

### Ownership
2 responses
1 manager, 1 peer

Leaders are owners. They think long term and don't sacrifice long-term value for short-term results. They act on behalf of the entire company, beyond just their own team. They never say "that's not my job."

CONFIDENTIAL                                                                                      AMAZON_HAYDAR_00013790

Forte report: haney

## Think Big
2 responses
2 peers

Thinking small is a self-fulfilling prophecy. Leaders create and communicate a bold direction that inspires results. They think differently and look around corners for ways to serve customers.

## Invent and Simplify
1 response
1 peer

Leaders expect and require innovation and invention from their teams and always find ways to simplify. They are externally aware, look for new ideas from everywhere, and are not limited by "not invented here." As we do new things, we accept that we may be misunderstood for long periods of time.

## Customer Obsession
1 response
1 peer

Leaders start with the customer and work backwards. They work vigorously to earn and keep customer trust. Although leaders pay attention to competitors, they obsess over customers.

## Hire and Develop the Best
1 response
1 direct report

Leaders raise the performance bar with every hire and promotion. They recognize exceptional talent, and willingly move them throughout the organization. Leaders develop leaders and take seriously their role in coaching others. We work on behalf of our people to invent mechanisms for development like Career Choice.

## Insist on the Highest Standards
1 response
1 manager

Leaders have relentlessly high standards - many people may think these standards are unreasonably high. Leaders are continually raising the bar and drive their teams to deliver high quality products, services and processes. Leaders ensure that defects do not get sent down the line and that problems are fixed so they stay fixed.

CONFIDENTIAL                                                                                    AMAZON_HAYDAR_00013791

Redacted

# Thank you!

Amazon Confidential

CONFIDENTIAL                                                                                                      AMAZON_HAYDAR_00013792