UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ABDULLAH HAYDAR,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON CORPORATE, LLC,<br>GARRET GAW,<br>PETER FARICY, and<br>JOEL MOSBY,<br><br>    Defendants. | Case No. 2:16-cv-13662-LJM-SDD<br>Honorable Laurie J. Michelson<br>Magistrate Judge Stephanie Dawkins Davis |

## ORDER REGRADING MOTION IN LIMINE TO EXCLUDE REFERENCE TO STEFAN HANEY INVESTIGATION [138] AND MOTION IN LIMINE TO EXCLUDE EVIDENCE OF AMAZON'S CURRENT PERFORMANCE REVIEW PROCESSES [144]

For the reasons stated on the record on October 17, 2019, the Court GRANTS IN PART and DENIES IN PART Defendants' motion in limine for an order barring admission of, and reference to investigation of Stefan Haney's workplace behavior, and his ultimate termination from Amazon. (ECF No. 138.)

Further, on the record on October 17, 2019, the Court provided that it would wait to hear the testimony at trial to decide whether to permit Plaintiff to introduce evidence of Amazon's current performance-review process. At trial, Plaintiff did not seek to introduce evidence of Amazon's current performance-review process. Accordingly, Amazon's motion in limine to exclude that evidence (ECF No. 144) is DENIED AS MOOT.

    SO ORDERED.

    Dated:  November 5, 2019

                        s/Laurie J. Michelson
                        LAURIE J. MICHELSON
                        UNITED STATES DISTRICT JUDGE