UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDULLAH HAYDAR,

    Plaintiff,

v.

AMAZON CORPORATE, LLC,
GARRET GAW,
PETER FARICY, and
JOEL MOSBY,

    Defendants.

Case No. 2:16-cv-13662-LJM-SDD
Honorable Laurie J. Michelson
Magistrate Judge Stephanie Dawkins Davis

## JUDGMENT

In accordance with this Court's summary-judgment opinion (ECF No. 88), the parties' stipulation to dismiss Garret Gaw and Joel Mosby (ECF No. 154), and the jury's verdict (ECF No. 151), it is ORDERED and ADJUDGED that this case is DISMISSED.

SO ORDERED.

                      DAVID J. WEAVER
                      CLERK OF THE COURT

                      By:    s/Erica Karhoff
                               DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: November 5, 2019