UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Abdullah Haydar,

v.

Amazon Corporate, LLC, et al.

_____/

Civil No: 16-13662

Judicial Officer: Laurie J. Michelson

# TAXED BILL OF COST

On November 5, 2019, a judgment was entered in favor of **the Defendant.** The prevailing party now requests the clerk to tax the following costs:

|   |   | Amount Requested | Amount Allowed | CLERK'S COMMENTS |
|---|---|---|---|---|
| A | Fees of the Clerk *(28:1920(1))(28:1923)* | | | |
| B | Service Fees | | | |
| C | Court Reporter Fees | $13,154.21 | $13,154.21 | |
| D | Printing Fees | | | |
| E | Witness Fees | | | |
| F | Exemplification & Copy Fees | | | |
| G | Docket fees (28 U.S.C. 1923) | | | |
| H | Costs on Mandate of Appeal | | | |
| I | Court-appointed experts | | | |
| J | Interpreters and Services | | | |
| K | Other costs | | | |
| | **TOTALS** | $13,154.21 | $13,154.21 | |

**After the taxation clerk has taxed costs, counsel for either side may, within seven (7) days, file motions to review the clerk's action.**

Date: 12/03/19

David J. Weaver, Clerk

s/D.Peruski
*Deputy Clerk*

Rev. 11/22/11

# Mailing Information for a Case 2:16-cv-13662-LJM-SDD Haydar v. Amazon Corporate, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael A. Chichester**
  MChichester@littler.com,mmccoy@littler.com
- **Joseph Xavier Michaels**
  jmichaels@nachtlaw.com,nhaynes@Nachtlaw.com,ecf@nachtlaw.com,aghannam@nachtlaw.com
- **David A. Nacht**
  dnacht@nachtlaw.com,ecf@Nachtlaw.com,kalvarez@nachtlaw.com
- **Dena Shuayto Nehme**
  dnehme@littler.com,MSchefsky@littler.com
- **Adam Michael Taub**
  ataub@nachtlaw.com,ecf@nachtlaw.com,Kalvarez@nachtlaw.com,dklocinski@nachtlaw.com
- **Robert M. Wolff**
  rwolff@littler.com,tbridle@littler.com