# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 06, 2020

Mr. Michael Alan Chichester Jr.
Littler Mendelson
200 Renaissance Center
Suite 3110
Detroit, MI 48243

Mr. Joseph Xavier Michaels
Law Offices
101 N. Main Street
Suite 555
Ann Arbor, MI 48104

Mr. Robert M. Wolff
Littler Mendelson
1100 Superior Avenue, E.
20th Floor
Cleveland, OH 44114

      Re: Case No. 19-2409, *Abdullah Haydar v. Amazon Corporate, LLC, et al*
         Originating Case No. : 2:16-cv-13662

Dear Sir or Madam,

 The Court issued the enclosed (Order/Opinion) today in this case.

               Sincerely yours,

               s/Connie A. Weiskittel
               Mediation Administrator

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 19-2409

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

ABDULLAH HAYDAR

    Plaintiff - Appellant

v.

AMAZON CORPORATE, LLC; PETER FARICY

    Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33, RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: February 06, 2020